IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. ALISIA ROBINSON-HILL<br>and DAVID PRICE,<br><br>    Plaintiffs,<br><br>v.<br><br>NURSES REGISTRY AND HOME<br>HEALTH CORP.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 08-145-KKC |

**ORDER**

The United States of America having intervened in part and declined to intervene in part in this qui tam action (Action), pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

**IT IS ORDERED** that,

1. Relators' complaint, the United States' Notice of Election to Intervene in Part and to Decline to Intervene in Part, and this Order be unsealed;

2. The United States shall serve its complaint in intervention upon Defendant, together with this Order, within forty-five (45) days of this Order;

3. Relators shall serve their complaint upon Defendant within forty-five (45) days of this Order;

4. All other papers or Orders on file in the Action shall remain under seal;

5. The seal be lifted on all other matters occurring in the Action after the date of this Order;

6. As to the part of the Action in which the United States has declined to intervene, the parties shall serve all pleadings and motions filed in that part of the Action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in that part of the Action, for good cause, at any time;

7. All orders of this Court shall be sent to the United States; and that

8. Should Relators or Defendant propose that the part of the Action in which the United States has declined to intervene be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**IT IS SO ORDERED,**


This _____ day of _____, 2011.


_____
Judge Karen Caldwell, United States District Court
Eastern District of Kentucky