| | |
|---|---|
| **From:** | Langham, Kara |
| **To:** | ▭@nursesregistry.com |
| **Sent:** | 7/14/2009 8:04:23 AM |
| **Subject:** | Tickets |

Barb,

   Just a reminder, Corales was promised two of the Jonas brother's tickets by Lennie! Also he has now requested 2 Journey Tickets for the concert in August and has said he would continue to keep his business coming to NR.

Thanks Kara



NR-0032542