UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES *ex rel*. ALISIA ROBINSON-HILL and DAVID A. PRICE, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Case No: 5:08-cv-145-KKC |
| NURSES' REGISTRY AND HOME HEALTH CORPORATION, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## DEFENDANT'S MOTION TO DISMISS *QUI TAM* COMPLAINT

Comes the defendant, Nurses' Registry and Home Health Corporation ("NRHH"), by counsel, pursuant to Fed. R. Civ. P. 12(b)(6), and moves the Court to dismiss the *qui tam* Complaint filed by the putative relators, Alisia Robinson-Hill and David A. Price, for failure to state a claim upon which relief can be granted.

The Complaint should be dismissed because:

(1) The putative relators have failed to plead the fraud allegations required to make a claim under the False Claims Act, 31 U.S.C. § 3729 *et seq*., with sufficient particularity;

(2) There has been a prior "public disclosure" of the allegations against or the transactions involving NRHH, and neither of the putative relators is an "original source" of the

information on which the allegations are based under the False Claims Act, 31 U.S.C. § 3730(e)(4); and

(3) The putative relators fail to state a claim for retaliation under the False Claims Act, 31 U.S.C. § 3730(h), due to the absence of any protected activity on their part.

A memorandum setting out the uncontested facts and the legal arguments supporting these grounds for dismissal is filed herewith. Should the Court consider it to be helpful, the defendant requests an opportunity for oral argument on this motion.

WHEREFORE, the defendant, Nurses' Registry and Home Health Corporation, respectfully requests that the Court grant this Motion to Dismiss the *qui tam* Complaint with prejudice.

Respectfully submitted,

JOHNSON, TRUE & GUARNIERI, LLP

  /s/ J. Guthrie True
J. Guthrie True
326 West Main Street
Frankfort, KY  40601
Telephone:  (502) 875-6000
Facsimile:  (502) 875-6008
E-mail:  gtrue@jtgattorneys.com

Attorney for Defendant, Nurses' Registry and Home Health Corporation

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 31st day of October, 2011, by the Court's electronic filing service to the following:

| | |
|---|---|
| Hon. Martin L. Hatfield<br>205 W. Columbia Street<br>P.O. Box 1600<br>Somerset, KY 42502-1600<br>Telephone: 606-678-0100<br>Fax: 606-678-0299<br>martin@mhatfieldlaw.com<br>*Counsel for Plaintiffs* | Hon. Cheryl D. Morgan<br>Hon. Paul McCaffrey<br>Hon. Valorie D. Smith<br>Assistant United States Attorney<br>Eastern District of Kentucky<br>260 West Vine Street<br>Lexington, KY 40507<br>Telephone: 859-685-4820<br>Fax: 859-233-2533<br>cheryl.morgan@usdoj.gov<br>pail.maccaffrey@usdoj.gov<br>valorie.d.smith@usdoj.gov<br>*Counsel for the United States of America* |
| Hon. Brian A. Ritchie<br>Hon. William Nicholas Wallingford<br>Wallingford Law, PSC<br>3141 Beaumont Centre Circle<br>Suite 302 Lexington, KY 40513<br>Telephone:859-219-0066<br>Fax: 859-219-0077<br>brian@wallingfordlaw.com<br>nick@wallingfordlaw.com<br>*Counsel for Plaintiffs* | Hon. Mark A. Wholander<br>Wholander Law Office<br>P.O. Box 910483<br>Lexington, KY 4591<br>Telephone: 859-361-5604<br>Fax: 859-309-1698<br>wholanderlaw@insightbb.com<br>*Counsel for Plaintiffs* |

    /s/ J. Guthrie True
J. Guthrie True

C:\MyFiles\jgt\nurses registry\Motion to Dismiss - Relators.wpd