UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 08-cv-00145-KKC

UNITED STATES OF AMERICA                                            PLAINTIFF

vs.        **MOTION FOR PARTIAL SUMMARY JUDGMENT**

NURSES' REGISTRY AND HOME HEALTH CORP.,
*et al.*                                                                              DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

The United States of America hereby moves the Court, pursuant to Federal Rule of Civil Procedure 56, for partial summary judgment against all Defendants on Counts I, II, V, and VI of its Complaint in Intervention to the extent its claims under the False Claims Act, 31 U.S.C. § 3729, and the common law theories of payment by mistake and unjust enrichment are predicated upon violations of the Stark Law and Anti-Kickback Statute. The undisputed material facts establish that such violations occurred, and the government is therefore entitled to judgment in the amount of $14,449,029, plus statutory penalties and interest, as a matter of law. A Memorandum in Support detailing the undisputed facts and relevant law and a Proposed Order are submitted simultaneously herewith.

        Respectfully submitted,

        KERRY B. HARVEY
        UNITED STATES ATTORNEY

By:   /s/ Christine Corndorf
        Christine Corndorf
        Paul McCaffrey
        Assistant United States Attorneys
        260 W. Vine St., Suite 300
        Lexington, KY 40507
        Tel:  (859) 233-2661
        Fax:  (859) 233-2533
        Paul.Mccaffrey@usdoj.gov
        Christine.Corndorf@usdoj.gov

        Richard S. Nicholson
        Trial Attorney, Civil Division
        Commercial Litigation Branch
        601 D Street, N.W., Room 9928
        Washington, DC 20004
        Tel: (202) 616-0345
        Fax: (202) 514-7361
        Richard.Nicholson@usdoj.gov

DATED:  June 4, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2014, I served the foregoing *Motion for Partial Summary Judgment* by e-mail on the following:

Mark A. Wohlander
Wohlander Law Office
P.O. Box 910483
Lexington, KY 40591
wohlanderlaw@insightbb.com

William Nicholas Wallingford
Brian A. Ritchie
Wallingford Law, PSC
3141 Beaumont Centre Circle, Suite 302
Lexington, KY 40513
nick@wallingfordlaw.com
brian@wallingfordlaw.com

*Counsel for Plaintiffs Alisia Robinson-Hill and David Price*

J. Guthrie True
Whitney True Lawson
True Guarnieri Ayer, LLP
124 West Main Street
Frankfort, KY 40601
gtrue@truelawky.com

*Counsel for Defendants Nurses' Registry and Home Health Corp. and Lennie G. House*

Robert W. Liles
Paul S. Weidenfeld
Liles Parker, PLLC
2233 Wisconsin Avenue NW, Suite 210
Washington, DC 20007
rliles@lilesparker.com
pweidenfeld@lilesparker.com

*Counsel for Defendant Nurses' Registry and Home Health Corp.*

David J. Guarnieri
McBrayer, McGinnis, Leslie & Kirkland, PLLC
201 East Main Street, Suite 1000
Lexington, KY 40507
dguarnieri@mmlk.com

Masten Childers II
Childers Law Offices
childerslaw@aol.com

*Counsel for Defendant Vicki S. House*

         By:  /s/ Christine Corndorf
             Christine Corndorf
             Assistant United States Attorney