**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CIVIL ACTION NO. 08-145-KKC**


**UNITED STATES OF AMERICA                    PLAINTIFFS**
**ex rel. ALISIA ROBINSON-HILL and**
**DAVID A. PRICE**




**V.**


**NURSES' REGISTRY AND HOME                    DEFENDANT**
**HEALTH CORP.**



    This Deposition under oath, of Ronald Evans,

was taken by me, Brenda Yankey, Court Reporter,

Notary Public, State at Large, Kentucky, on July 15,

2014 beginning at approximately 1:00 p.m. at the

United States Attorney's office, 260 West Vine

Street, Lexington, Kentucky.

        Deposition is taken pursuant to the Federal

Rules of Civil Procedure.

                **Yankey Reporting**

            **Certification No. 20042128**
                    **(502)939-6211**

1              A P P E A R A N C E S

2

3   FOR PLAINTIFF:

4   PAUL MCCAFFREY, ESQUIRE
    260 WEST VINE STREET, SUITE 300
5   LEXINGTON, KENTUCKY 40507

6

    CHRISTINE CORNDORF, ESQUIRE
7   260 WEST VINE STREET, SUITE 300
    LEXINGTON, KENTUCKY 40507
8

9

10  FOR DEFENDANT:

11    J. GUTHRIE TRUE, ESQUIRE
      TRUE GUARNIERI AYER, LLP
12    124 WEST CLINTON STREET
      FRANKFORT, KENTUCKY 40601
13    gtrue@truelaw.com

14

15    DAVID J. GUARNIERI, Esquire
      MCBRAYER LAW FIRM
16    201 EAST MAIN STREET, SUITE 900
      LEXINGTON, KENTUCKY 40507
17    dguarnieri@mmlk.com

18

19    MASTEN CHILDERS, II, ESQUIRE
      P.O. BOX
20    LEXINGTON, KENTUCKY 40599
      childerslaw@aol.com
21

22                 ALSO PRESENT

23

                   CHRIS HELD
24                 VICKIE HOUSE
                   PATRICIA ALLRED
25

1            **I N D E X**

2                                        **PAGE(S)**

3

4      **PROCEEDINGS:**

5      **BY MR. MCCAFFREY:**              **4—134**

6      **BY MR. TRUE:**                   **134—197**

7      **BY MR. CHILDERS:**              **197—227**

8      **REPORTER'S CERTIFICATE**        **228**

9

10                  * * * * * * * *

11              **E X H I B I T S**

12     **GOVERNMENT EXHIBIT NO.  1**      **34**

13     **GOVERNMENT EXHIBIT NO.  2**      **38**

14     **GOVERNMENT EXHIBIT NO. 3**       **39**

15     **GOVERNMENT EXHIBIT NO. 4**       **41**

16     **GOVERNMENT EXHIBIT NO. 5**       **43**

17     **GOVERNMENT EXHIBIT NO. 6**       **46**

18     **GOVERNMENT EXHIBIT NO. 7**       **52**

19     **GOVERNMENT EXHIBIT NO. 8**       **55**

20     **GOVERNMENT EXHIBIT NO. 9**       **64**

21     **GOVERNMENT EXHIBIT NO. 10**      **72**

22     **GOVERNMENT EXHIBIT NO. 11**      **89**

23     **GOVERNMENT EXHIBIT NO. 12**      **109**

24     **GOVERNMENT EXHIBIT NO. 13**      **209**

25

**PROCEEDINGS: 1:00 P.M.**

1

2          **[WHEREUPON, the oath was administered by**

3   **the court reporter.]**

4          **The witness, Ronald Evans, after first being**

5   **sworn, was examined as follows:**

6

7                          **EXAMINATION**

8

9   BY MR. MCCAFFREY:

10         Q.   Good afternoon, Mr. Evans.  My name is

11  Paul McCaffrey and along with Christine Corndorf

12  here, we represent the United States in its case

13  against Nurses' Registry and Lennie House and Vickie

14  House.  Could you state your full name for the

15  record please and spell your last name?

16         A.   Ronald W. Evans.  E-V-A-N-S.

17         Q.   Have you ever given a deposition before?

18         A.   A long time ago.

19         Q.   What type of case was that in?

20         A.   It was an insurance case.

21         Q.   Do you remember about what year that

22  was?

23         A.   Probably early nineties.

24         Q.   Let me cover a couple basics with you

25  just to make sure you understand how we're going to

1  proceed.  The most important thing for you to

2  understand today is that you are under oath just as

3  you would be in a courtroom if a judge and jury were

4  sitting here.  Do you understand that?

5      A.   Yes.

6      Q.   So you've sworn to tell the truth as

7  best you can recollect it, understood?

8      A.   Yes.

9      Q.   Ms. Yankey here is taking down all of my

10  questions and all of your answers.  And so for

11  clarity of the record, it's important that we don't

12  talk over one another, so I'd ask that you wait for

13  me to finish my question before you answer.  Can we

14  do that?

15      A.   Yes.

16      Q.   And I'll wait for you to answer;

17  hopefully I will before I start my next question.

18  For the same reasons she needs you to articulate

19  your answers, or verbalize them.  So instead of

20  shaking your head you've got to say yes or no or

21  otherwise give some verbal response, okay?

22      A.   Yes.

23      Q.   If you don't understand any of my

24  questions here today I want you to tell me that and

25  I'll try to rephrase it so that you do understand.

1 Understood?

2      A.   Yes.

3      Q.   And if you don't ask me to, I'm going to

4 assume that you understood the question.  Is that

5 all right?

6      A.   Okay.

7      Q.   If you need a break at any time just say

8 so; water, bathroom, check your email, whatever it

9 might be.  The only thing I'd ask is that you answer

10 whatever question is pending before we take our

11 break.  Okay?

12      A.   Okay.

13      Q.   So let's get started.  Why don't you

14 tell us a little bit about your educational

15 background, starting with high school?  Where did

16 you graduate high school and what year?

17      A.   Plainfield High School, 1977.

18      Q.   Where is Plainfield High School?

19      A.   Illinois, suburb of Chicago.

20      Q.   Did you attend college after that?

21      A.   I attended Joliet Junior College for a

22 quarter.

23      Q.   Any other college?

24      A.   No.

25      Q.   Do you have any other educational

degrees other than your high school diploma?

        A.    No.

        Q.    Are you licensed, strike that -- do you
have any certifications that are relevant to the
home health industry?

        A.    No.

        Q.    What did you do after you left Joliet
Junior College?

        A.    I worked for a company called Commercial
Resources Corporation.

        Q.    What type of work was that?

        A.    It was in IT.  We did banking for --
information for thirty-five banks in the Chicago
land area.

        Q.    Do you remember how long you worked for
them?

        A.    Yes, approximately ten years.

        Q.    Where did you go after that in terms of
employment?

        A.    I went to work for a company called
Classic Insurance Services.

        Q.    What type of work did you do for Classic
Insurance Services?

        A.    I was an insurance agent/broker.

        Q.    Was that also in the Chicago area?

1          A.    Chicago area, correct.

2          Q.    How long did you work in that capacity?

3          A.    I worked between that and Baldwin &

4    Company and then back to Classic Insurance up until

5    1994.

6          Q.    Is Baldwin & Company also an insurance

7    company?

8          A.    Yes, it's an insurance agency.

9          Q.    All right.  Then in 1994 where did you

10   go?

11         A.    I went to Health Management Associates.

12         Q.    What type of company is that?

13         A.    It's a consulting company for

14   healthcare, home care.

15         Q.    Where is it located?

16         A.    At that time in Hinsdale, Illinois.

17         Q.    Where in Illinois?

18         A.    Hinsdale.

19         Q.    Hinsdale.  Did you have any home health

20   or healthcare experience at all prior to joining

21   Health Management Associates?

22         A.    No.

23         Q.    What took you to that job?

24         A.    Risk management.  I started with the

25   company as risk manager and human resources as my

1  background in benefits and workers' compensation

2  insurance.

3       Q.   How long did you stay with Health

4  Management Associates?

5       A.   Up until I left for Nurses' Registry in

6  2009.

7       Q.   At some point did you relocate from the

8  Chicago area to Kentucky?

9       A.   Yes, it was August of '94.  We opened up

10 a home office for the owned home-care agencies,

11 Family Home Healthcare and Comprehensive Home

12 Healthcare Services, Inc.  One was a Kentucky

13 company and the other one was a Tennessee.

14      Q.   So you've been working in the home

15 health industry or you were working in the home

16 health industry from '94 through 2009.  Is that

17 correct?

18      A.   Yes.

19      Q.   Can you just give us a general overview

20 of your responsibilities that you may have had at

21 HMA?

22      A.   I started, like I said, as risk manager

23 in HR.  Created the HR corporate department at HMA

24 in Lexington.  Because of my operations background

25 from before at Commercial Resources, I moved into

1   more of the admin operational world as time went on.

2   In 1998, since 1998 I've been in the executive level

3   positions for home care, whether that be vice

4   president of administration or vice president of

5   operations and then forward.

6          Q.   And were your roles there primarily on

7   the business side as opposed to the clinical side?

8          A.   Yes.

9          Q.   Did you attend any trainings offered by

10  third parties or other outfits on the rules and

11  regulations that govern home healthcare?

12         A.   I mean, I went to seminars, went to NAC,

13  you know, different things like that, yeah.

14         Q.   Did you feel like you had an

15  understanding of the basic eligibility criteria that

16  Medicare imposed on home healthcare coverage?

17         A.   Yes.

18         Q.   Did you do any work yourself for Nurses'

19  Registry before you went and became an employee

20  there in 2009?

21         A.   We were trying to do some consulting

22  with them and, not that I remember that we ever

23  signed any contract to do any.

24         Q.   Do you remember when the first time was

25  that you met Lennie House?

1          A.    I don't remember exactly when, so no I

2    can't remember the exact date.

3          Q.    Did you know him sort of through the

4    industry before you started talking about becoming

5    an employee of the company, of Nurses' Registry?

6          A.    Yes.

7          Q.    How did you know him?

8          A.    He was a competitor for, of Family Home

9    Healthcare for years.  So that's how I knew of him.

10   And obviously talking to him about consulting after

11   we sold in 2008, Family Home Healthcare was sold,

12   HMA owned at that time, and we went into consulting

13   and I ran the consulting arm, and that's when I

14   really started talking to Lennie more one on one.

15         Q.    And do you remember whether he reached

16   out to you concerning consulting services or whether

17   you were sort of offering the consulting services

18   that HMA had --

19         A.    I was probably more offering to him than

20   he was to me.

21         Q.    Did you know anybody else at Nurses'

22   Registry prior to becoming an employee there?

23         A.    Did I know anybody?  I knew of people,

24   but I -- I think there was a couple of people that

25   crossed over that used to be Family employees that

1    were there and I don't recall their names.  I think

2    they were in other positions, like AP positions of

3    whatever there.

4         Q.   And how did it come about that you

5    became employed at Nurses' Registry?

6         A.   Well, like I said, Family had sold in

7    2008, and I was doing consulting?  I was traveling a

8    lot to, doing a startup up in the northern part of

9    Chicago.  And then I was talking to Lennie a lot

10   about trying to get the consulting business for

11   Nurses' Registry, and one thing kind of turned into

12   another and we started talking about a position.

13   And Lennie had said, Well what about working for me

14   instead of consulting and that's kind of where it

15   went from there.

16        Q.   What position at the company did he talk

17   to you about?

18        A.   The position we discussed was

19   president/COO.

20        Q.   Did you have an understanding prior to

21   starting at Nurses' Registry of what your job

22   responsibilities would be as president and COO?

23        A.   Yeah, we had a contract.

24        Q.   Did the contract spell out your job

25   responsibilities?

1          A.    Yeah, I mean, yes.  And basically day to

2     day operations was going to be run by me reporting

3     to him.  And I can't remember, I think it was him

4     and Vickie based on the -- the Board.

5          Q.    What was your understanding of what

6     day-to-day operations would involve?

7          A.    Just like any other operation at that

8     time, I mean, running the day to day business you

9     know from sales to making sure that everything was

10    getting billed to, everything was getting entered

11    and making sure that all personnel were doing their

12    position jobs, through other directors or other

13    managers and so on.

14         Q.    What do you mean when you say everything

15    getting entered?  I don't know what that means.

16         A.    Well, I'm just saying that business

17    during the days, whether we have admissions,

18    discharges, whatever, everything's getting entered

19    as quickly as possible so we're able to bill and run

20    the operation.

21         Q.    Did you bring anybody else with you when

22    you went from HMA to Nurses' Registry?

23         A.    No.  That I remember, no.

24         Q.    As you understood it when you started,

25    was there anybody else in the chain of command

1  between you and Lennie House?

2        A.    No.  I mean, other than Vickie, I would

3  say that.

4        Q.    Was Lindsey House an employee there when

5  you first started?

6        A.    He started pretty much the same time I

7  did.

8        Q.    And what were his job responsibilities

9  if you could tell?

10        A.    He was the senior vice president and he

11  was there to actually learn under me, because of my

12  years of things and eventually take on that position

13  as it went years later.

14        Q.    It was your understanding that he would

15  eventually take your position as president and COO?

16        A.    Well, training him to do so later in

17  life, yeah.

18        Q.    Did you have any understanding that you

19  were in line to become CEO of the company?

20        A.    I don't know that we had anything

21  ironclad on that side of it, no.  I think that

22  that's where Lindsey probably would have ended up.

23        Q.    Well, I'm asking where you thought you

24  were going to end up?

25        A.    I was pretty much where I was going to

1  be at, at that time.

2       Q.   What was your starting salary?

3       A.   A hundred and ninety thousand.  I think

4  that's what it was.

5       Q.   Were you eligible for any bonuses or

6  other sort of performance based pay?

7       A.   Yeah, they were pretty limited, but I

8  think there was up to twenty, thirty thousand, I

9  can't remember.  I didn't receive anything other

10  than a Christmas bonus, so.

11       Q.   Do you remember what the eligibility

12  criteria were for the bonus payments?

13       A.   I don't recall, I haven't look at a

14  contract in years.

15       Q.   And you have a copy of that contract

16  still?

17       A.   I probably do somewhere.

18       Q.   What did you know about Nurses' Registry

19  at the time you were hired?

20       A.   What did I know?  I think the biggest

21  thing that I knew at the time was that you know,

22  there were some issues with Lennie.  I heard a lot

23  of stories about Lennie and how his temper and all

24  these different things that were going on.  That's

25  why we went to a contract and the contract was to be

1  stated that I would run the day-to-day operations

2  that he would step back.

3      Q.   Step back from what?

4      A.   From dealing with day-to-day operations.

5      Q.   Did you have concerns going in that

6  without a contract that spelled that out that he

7  would interfere with your running of the day-to-day

8  operations of the company?

9      A.   Yeah.  Yes.

10      Q.   And was that based on the stories that

11  you had heard about his personality?

12      A.   Yes.

13      Q.   What else did you know about the company

14  at the time you were hired?

15      A.   I mean there's, I mean, it's about --

16  well, I just heard stories about shooting a gun on

17  the phone or whatever, based on that, that's what I

18  had heard. We discussed that, so,...

19      Q.   That's a story about Lennie House

20  discharging a firearm in his office?

21      A.   Right.

22      Q.   Did you say you discussed that with him?

23      A.   Yes.

24      Q.   Did he admit that or deny it?

25      A.   He admitted it.

1          Q.   Did the company, to your knowledge, have

2     a reputation in the home health industry as far as

3     quality of care?

4          MR. TRUE:   Object to form.

5          MR. MCCAFFREY:  You can answer.

6          THE WITNESS:   Okay.  You know, the service

7     and everything was questionable, I mean, as far as

8     the reputation, it didn't have the best reputation

9     and that's why I was coming.  Hopefully I could be a

10    new face to change that reputation on, you know, I'm

11    not saying I'm a god or anything like that, but

12    that's what I was hired to do, was hopefully change

13    the reputation.

14         Q.   Who reported directly to you when you

15    first started there?

16         A.   Let's see.  I'm trying to remember all

17    the reports back then.  Pat was the first direct

18    report I think I had.  And I'm trying to remember

19    who everybody was now.  I don't remember them by

20    name.

21         Q.   Is that Pat Allred?

22         A.   Yes.

23         Q.   She's here today, right?

24         A.   Yes.

25         Q.   Did Jeannie Lemaster report to you?

1    A.    Jeannie had a report style, she reported

2    as compliance directly to Lennie.  So, she had a

3    quasi-dotted line to me, but no, she didn't report

4    to me.

5    Q.    And regardless of how it looked on the

6    org chart, did Lindsey House report to you or did he

7    report to his dad?

8    A.    Well, he reported to me, up until the

9    end, then he started reporting more to his dad than

10   me.

11   Q.    How much interaction did you have with

12   Lennie House once you started working there?

13   A.    Sometimes more than I would like, so I

14   mean, Lennie was, he would, he was a very hands-on

15   person.  And I don't know, to give you an example,

16   he'd call you one second and ask you about certain

17   things or yell at you about something and then five

18   seconds later, he'd hang up and he'd call you back

19   again for the same thing.  So he was very hands-on.

20   Q.    Was it that way kind of from the get go

21   of your employment there?

22   A.    It was, for the first month or two it

23   was pretty calm.  After a couple of months it

24   started changing.

25   Q.    What about Vickie House, did you have

1  any interactions with her on business issues?

2      A.   Other than private duty, I mean,

3  realistically if we had any crossovers or I think it

4  was the Medicaid or something like that program,

5  other than that, wasn't very often.  I mean, if I

6  needed to move something furniture wise or whatever

7  it was based on, I talked to Vickie and anything

8  else dealing with the Board or with just money in

9  general, sometimes I would call.

10     Q.   Who was on the Board of Nurses'

11 Registry?

12     A.   I assumed it was just Vickie and Lennie,

13 so.

14     Q.   Were you aware of any other board

15 members?

16     A.   No.  If there was any, I never met them.

17     Q.   Was there, did they have formal Board

18 meetings while you were employed there?

19     A.   I didn't attend the board meetings.

20     MR. GUARNIERI:   You talking about Board

21 of Directors?

22     MR. MCCAFFREY:   Yeah, well, they say they

23 have a Board, right?

24     MR. TRUE:   I'm going to object to the

25 form of the question.

BY MR. MCCAFFREY:

Q. Were you aware that Nurses' Registry had what they referred to as a Board?

A. I just assumed that yes, there was a Board.

Q. And you had at least an assumption that Lennie and Vickie were on it?

A. Right.

Q. And were you aware of any other members of that board?

A. No, not that I can remember.

Q. And to the best of your recollection you never attended a board meeting?

A. If we had one, I don't remember it.

Q. How about Lindsey House, to what extent did you interact with him on business issues?

A. I worked with Lindsey a lot. You know, when we first started, and we went over like I said, day to day operations and we went with different meetings, he was in all the different meetings that we went to. So I dealt with him a lot. I tried to give him some, some latitude to help run parts of the operation. I mean, without going into detail about every little thing, but I had a lot of interaction with Lindsey.

1      Q.    Did you have he have a good working

2  relationship?

3      A.    We did for a while.

4      Q.    Did that change at some point?

5      A.    Towards the end of my employment.  Yes.

6      Q.    When did you end your employment there?

7      A.    February 2011.

8      Q.    Were you fired?

9      A.    Well, not really.  Yes and no.

10     Q.    Why don't you explain that for me?

11     A.    Based on the contract that I had, I was

12  the president/COO.  Lennie the day before or that

13  day, actually the day before came and had a meeting

14  with me and said he wanted me to be the Senior VP

15  now and he was going to move his son up, Lindsey

16  House to the president and COO.

17     And, I said, well, that breaches the contract

18  and therefore I'm not going to be the Senior VP, so

19  I left.  And that's where we're at with that

20  contract, it's still going on but that neither here

21  nor there.

22     Q.    Did your contract, did it have a set

23  duration?  A period of years --

24     A.    Yes.

25     Q.    -- that you would be COO?

1      A.   Yes.

2      Q.   And what was that period of years?

3      A.   I think the initial was two year and

4  then it was a re-up; I can't remember.  I don't

5  remember, I mean, it's all in there.  Do you have it

6  as an exh -- I don't know if you have it as an

7  exhibit or not.

8      Q.   I don't.  Did you, do you remember what

9  month of 2009 you started working there?

10     A.   2009 it was, I don't know if it was

11  August or September, I'm trying to remember.

12     Q.   Did Lennie explain to you why he wanted

13  you to be senior vice president and Lindsey House,

14  his son, to be president?

15     A.   He did at the time, I don't, I mean,

16  other than Lennie being Lennie at that time, I don't

17  remember all the details.  It with more wanting his

18  son to take over and wanting me to get more involved

19  in the sales side of it.

20     Q.   And the sales side, was that marketing

21  to physicians and other referral sources?

22     A.   Right.

23     Q.   We'll come back to that later, I think.

24  So you testified that you were aware of the sort of

25  basic eligibility criteria for Medicare

1  reimbursement for home healthcare services, right?

2      A.   Correct.

3      Q.   What are those?

4      A.   What are those?

5      Q.   Yeah.

6      A.   The basic criteria is that the patient

7  is, has Medicare, is of Medicare age, sixty-five or

8  above, or it could be disabled and they could be

9  under sixty-five, that the client or I should say

10  the potential patient has a skill.

11     Q.   What does that mean in the home health

12  context?

13     A.   That there's a reason to be out there,

14  in other words, that is -- there a primary diagnosis

15  that they're following.  I'm no clinician so you're

16  going to have to bear with me on that part of it.

17     Q.   Yeah, but you've been working in the

18  industry for thirty years, right?

19     A.   Right, yes, twenty; I'm not that old.

20     Q.   Yeah, you're math is, you're math's

21  better than mine.  Are there, you know, let's say I

22  was diagnosed with meningitis or something, would

23  that qualify me for home healthcare?

24     A.   Well, if you were homebound and you were

25  sixty-five years of, now again, it depends on what

1 the payer source is. If we're talking about

2 Medicare?

3        Q.   We're talking about Medicare.

4        A.   Just wanted to make sure were talking

5 about -- if it 's Medicare then you, yes, it would

6 probably qualify as some skill but you have to be

7 homebound to do it on.  By homebound it doesn't

8 necessarily mean you have to be bed-bound, it could

9 be limited to, you could go to the grocery, go to

10 the hairdresser, you can go to church so on and so

11 forth, but with meningitis, probably not, okay?  So

12 you would probably be homebound.

13        Q.   Can a patient have some chronic

14 condition but not have a skill?

15        A.   Per se, I mean it's, you may not still

16 have a skill.  Like, in other words, if you've hit

17 your plateau or whatever you want to call it --

18 what's the word I'm looking for?

19        In other words there's nothing more for me to

20 do when I come out and treat you more that's going

21 to make you any better, then you've probably reached

22 the point to where you have no longer a skill under

23 the guidelines.  Under Medicare guidelines.  But

24 that's, does that answer your question?  I don't

25 know if that answers.

1       Q.   Well, I was just asking for your
2  understanding of that phrase no skill.  I see that
3  pop up a lot.
4       A.   Well, there is a, in Medicare there's a
5  no skill clause too, they can still treat the
6  patient under observation for the first couple of
7  weeks they come out of the hospital.  So by just
8  saying just purely no skill, that's not necessarily
9  always the case.  But as time goes on to re-cert and
10 cert and cert patients you're going to need a skill
11 to do that and a changing skill probably.
12      Q.   And patients are certified to need home
13 healthcare services in sixty-day increments or
14 episodes, right?
15      A.   Correct.
16      Q.   Do you know whether or not patients can
17 be re-certified for additional sixty-day episodes?
18      A.   Yes, they can.
19      Q.   What if they don't have one or more of
20 those basic eligibility criteria that you just
21 described, can they be re-certified?
22      A.   In other words if there's not homebound
23 they can't be re-certified.  If they have no skill
24 they can't be re-certified, correct.  They shouldn't
25 be re-certified.

1    Q.   Is the home health agency supposed to

2  discharge them then?

3    A.   Yes.

4    Q.   In your experience is there some average

5  or normal number of episodes that patients usually

6  receive prior to be discharged?

7      MR. TRUE:   Object to form.

8      A.   There's benchmarks out from CMS and I

9  can't remember exactly what they are.  You know, I

10  think the average, the last time I looked and again,

11  the last time I looked was somewhere around 1.8 to

12  maybe as high as 2, average, that's average.  That

13  doesn't mean everybody some are higher, some would

14  be lower.

15    Q.   Average number of episodes?

16    A.   Yes.

17      MR. TRUE:   Let me just note a continuing

18  objection, I guess, to issues that would lend

19  themselves to clinical or eligibility issues in that

20  Mr. Evans has said that he's not a clinician.  I

21  just don't want to be heard to waive that, but I

22  don't want to object to every single one of these

23  questions, so if I could just have a continuing

24  objection along those lines.

25      MR. MCCAFFREY:   If the question calls for

1   some clinical opinion?

2           MR. TRUE:   Yeah, or eligibility opinion.

3           MR. MCCAFFREY:   Well, he could testify to

4   eligibility, right?  He's, those are rules that

5   non-clinicians know or should know.  Is that fair, I

6   mean, do you know the rules?

7           THE WITNESS:   Yeah, I mean, based on that,

8   yes.  I can't tell you, again, going back to if it's

9   a non-skill, I'm not the skilled person saying it's

10  a non-skill.  But if there is no skill and they're

11  not homebound, yeah.  I can attest to that.

12          MR. MCCAFFREY:   So, just to be clear, if a

13  patient walked in the room you wouldn't be qualified

14  to assess them and say whether or not they have a

15  skill?

16          THE WITNESS:   Correct.

17          MR. MCCAFFREY:   But if you were informed

18  that they did have a skill you would know that one

19  of the primary criteria for Medicare home healthcare

20  eligibility was met, right?

21          THE WITNESS:   Correct.

22          Q.   When you started at Nurses' Registry did

23  you notice anything unusual about patients or the

24  length of patients stay on the company census, in

25  terms of number of episodes?

1          A.   Yes.  A lot of patients had multiple

2     re-certs.  We had just begun our probe audit, too, I

3     think right after I started there, was a probe

4     audit, which kicked off some of the looking at it.

5     We had some patients that were therapy only cases

6     with up to thirty re-certs at any one time, which is

7     very high, unusual.

8          Q.   And what documents did you look at to

9     recognize that there was some unusual number of

10    patients with these lengthy re-certifications?

11         A.   What documents?  There's reports in

12    McKesson, or not McKesson, I'm sorry, it was -- I

13    don't remember the name of the system back then.

14         Q.   Is that HomeSys?

15         A.   HomeSys.  That would pull the number of

16    re-certs and by re-certs we had different reports

17    that would show us how many patients were at what

18    re-cert number.

19         Q.   Did you, do you remember asking for that

20    report specifically?  Or was it something that

21    somebody put in front of you and you just recognized

22    those numbers?

23         A.   Well, I think after the probe audit, it

24    says there's a number of re-certs.  Then we started

25    asking for these reports and those started coming.

1  Those were custom reports, I can't, the IT person in
2  the office would run them for us.
3      Q.   Did it concern you that they had, so far
4  as you concern tell, this high number of patients
5  with unusually long lengths of stay?
6      A.   Yes, I mean, as far as from, like I said
7  the probe audit and passing probe audits and getting
8  paid, normal therapy visits usually are done within
9  the first couple of certs, so to have that many was
10 concerning.
11     Q.   This probe audit, is that something
12 that's done by a government contractor?
13     A.   Yes.
14     Q.   Was that Palmetto that performed the
15 probe audit?  If you recall?
16     A.   Yeah, if I can remember, I don't
17 remember if it was just them or if it was; I think
18 it was them but I can't remember.
19     Q.   And to the best of your recollection,
20 was there a request for assess pursuant to some
21 probe audit that came in shortly after you started
22 --
23     A.   Yes.
24     Q.   -- or was it that the results of the
25 audit were returned?

1      A.   I think it was actually before I

2  started, the request for records and things were

3  going on.  And Jeannie Lemaster was pulling those

4  records.  But it was up to thirty, I can remember I

5  thought it was thirty-some patients that they pulled

6  initially.

7      Q.   Do you remember, I'm sorry, go ahead.

8      A.   That was on the probe audit that I

9  remember.

10     Q.   Do you remember the results of that

11 probe audit?

12     A.   Well, the results were we were over our

13 percentage; I can't remember the exact percentage to

14 where they were going to globalize it; in order

15 words, they were going to keep us on a probe edit

16 continuously.

17     And we, myself and I can't remember if it was

18 Jeannie and Lindsey or whoever, we called Palmetto,

19 because of their, when they pulled the thirty probe

20 edits, they only used eighteen of them and they

21 didn't tell us, distinguish which ones they were

22 going to use up front.  So we ended up getting off

23 the probe at that time.

24     Q.   Let me try to make sure I understand.

25 Palmetto requested thirty patient charts or tried to

1   associate with thirty claims?

2           A.   Right.

3           Q.   And they reviewed eighteen of them?

4           A.   Right.

5           Q.   But they didn't tell you up front which

6   eighteen they were going to review?

7           A.   Right.  There was, I think they reviewed

8   all of them, but they decided this was the eighteen

9   they were going to use.  I'm trying to remember if

10  it was eighteen or twenty, that they used for the

11  actual edit itself.

12          Q.   And their probe audit identified a

13  certain percentage of claims that they thought had

14  been billed incorrectly, is that right?

15          A.   Well, after that there is a percentage

16  that they look at and they say if you're above this

17  percentage based on those eighteen, then they keep

18  you on a probe, and they monitor every claim that

19  comes through or different claims that come through.

20          Q.   What is the percentage, to you

21  understanding?  Percentage of what?

22          A.   I don't remember what percentage it was,

23  we were over, I -- I mean, I don't remember the

24  exact percentage we were over, I'll be honest with

25  you.  But all's I know is I remember us fighting it,

1  because I looked at it and if they were only going

2  to use eighteen and they pulled thirty, they need to

3  at least use the full thirty, then we might have

4  been under the percentage they were looking for.

5      Q.    Did you understand the percentage to

6  mean percentage of claims that had been billed

7  incorrectly?

8      A.    Well, it's the percentage of the claims

9  that they were using, so if eighteen of them had a

10  claim balance of $60,000, I'm just using that

11  example and these thirty thousand were rejected and

12  then there's your percentage, okay?

13      Q.    Fifty percent?

14      A.    Yeah, I'm just using that as an example.

15      Q.    Sure.

16      A.    That's how it worked.  And then they

17  would try to, well, then they'd keep you on an edit

18  of you were over a certain percentage.

19      Q.    And after your discussions with them

20  about using part of the probe audit as opposed to

21  all thirty charts they had requested they agreed to

22  take the company off of this prepay edit?

23      A.    Yes.

24      Q.    And to the best of your recollection, is

25  that probe audit how you became aware that the

1    company had patients with unusually long lengths of

2    stay?

3            A.    That was the start of it, yeah.  Yes.

4            Q.    Do you remember a Nurses' Registry

5    employee by the name of Judy Neal?

6            A.    Yes.

7            Q.    Where in the company, where within the

8    company did she work?

9            A.    She was across the hall from Jeannie so

10   she was doing, she had health issues at the time so

11   I don't know how often she was there when I was

12   there.

13           Q.    Did she work in compliance with Jeannie?

14           A.    Yes, that I remember.

15           Q.    Do you remember her doing chart audits

16   on patients with these lengthy consecutive episodes

17   of care shortly after you started working at Nurses'

18   Registry?

19           A.    I'm sure she was, I can't remember

20   exactly sitting down with her, but yes.  I know I

21   talked to Jeannie and Jeannie was in Florida at the

22   time working on part of the other things at that

23   time, so it probably was Judy Neal that we were

24   talking to.

25           Q.    Do you remember asking Jeannie to do

1  some internal chart auditing of patients with longer

2  lengths of stay?

3      A.   We had discussed that and I had actually

4  brought it to Lennie's attention at that time and I

5  felt more comfortable, because I came from HMA and

6  we were doing consulting at that time, that Diana

7  Burton who used to work for me under HMA, if we

8  could get them over to look at some of these,

9  because of these long re-certs and the issues that

10 we were having.

11   (WHEREUPON, Exhibit No. 1 is marked for

12 identification entered into the record.)

13      Q.   Let me show you what we're going to mark

14 as exhibit 1 here.

15      A.   Okay.

16      Q.   Are you ready?

17      A.   Yeah.

18      Q.   For the record, this is Bates numbered

19 NRESI 21369 to 21371.  This appears to be an email

20 from Judy Neal to you and Jeannie Lemaster on

21 September 24, 2009, do you see that?

22      A.   Uh-huh, yes.

23      Q.   And she's attached document called,

24 Chart audits for patients with multiple certs number

25 2 do you see that?

1        A.    Yes.

2        Q.    Do you remember who asked Judy Neal to

3   audit these charts?

4        A.    Well, I know I was asking a lot for

5   chart review, but I can't remember if Jeannie would

6   have asked directly through, who'd asked her for her

7   to ask her, you know, how it was passed through. Do

8   you understand?  I mean, I know I probably said

9   let's look at these charts and I don't know when HMA

10  started doing the reviews, too, because they were

11  taking them and handing them to compliance to look

12  at and they were finishing them based on their

13  findings.

14       Q.    But as best you can recall, was this

15  review initiated by you?

16       A.    Yeah.  Overall, I guess, yes.

17       Q.    Do you remember how these charts that

18  are reflected here in Judy Neal's email to you were

19  selected?

20       A.    Well, again, it probably came off a

21  multiple cert list, okay.  All's I can say is what I

22  remember, is we pulled anybody who had multiple

23  certs and I can't remember if it was over six or

24  seven, and we said look at them, anything over six

25  or seven because they're extremely long and see what

1  was going on with them.

2      Q.   It looks like some of these patients

3  here have fairly long lengths of stay, first

4  patient, Elizabeth Clay has fifteen certs.  Jack

5  Cooley the second one has sixteen certs, Thomas

6  Douglas, twenty-one certs, do you see that?

7      A.   Uh-huh.

8      Q.   And did you understand the date ranges

9  here after each patient's name to be the dates of

10  the episodes that Judy was reviewing?

11      A.   That's probably the cert she was looking

12  at.  The 7/28, if you're talking about that 7/28 to

13  9/25?  That would be a sixty-day episode, you know,

14  that's, that's the cert, but, you know.

15      Q.   Why don't we look at one or two examples

16  here.  You see Warren Schearer, it's the fifty-one

17  down on her chart?

18      A.   Okay.

19      Q.   In your experience in industry is there

20  any significance to the phrase, no exacerbations.

21      A.   It means there's no changes, they have

22  an exacerbation to what their condition was

23  initially.

24      Q.   And she also says no changes and no med

25  changes, right?

1          A.    Correct.

2          Q.    What's the significance of that?

3          A.    Goes back to no exacerbation.  In other

4    words, you can have a patient who could be re-cert

5    because they have a change in meds, and you've got

6    to teach them the meds.

7          Q.    Did she conclude that Mr. Schearer for

8    that episode June 16 to August 14 had no skill?

9          A.    That's what it says, yes.

10         Q.    What about the next episode for Mr.

11   Schearer from August 15 to October 13, what was her

12   conclusion?

13         A.    She said that the 'O2 went from, I don't

14   know what HS, I'm not a oxygen person so I can't

15   really speak to that part of it, but again, it says

16   no skill.

17         Q.    If the patient had no skill as of 8/14

18   should they have been re-certified for another

19   episode of care?

20              MR. TRUE:  Object to form.

21         A.    Not on that particular diagnosis.  Now

22   they could be recerted on a different diagnosis that

23   could happen.

24         Q.    And, I guess, it doesn't reflect that

25   here on her chart though, does it?

1          A.    No.

2          Q.    Did she find any reason the following

3    episode to provide home healthcare?

4          A.    Based on what I have in front of me, no.

5          Q.    What about Elsie Purvis the next one

6    down?  It looks like there was an episode from June

7    8 to August 7.  What were her findings for that

8    episode?

9          A.    No changes.  No exacerbations, no skill.

10         Q.    Was that patient re-certified for

11   further home healthcare?

12         A.    Yes, it looks like it, based on what I

13   have in front of me from 8/8 to 10/6, no changes

14   again, no exacerbation, no skill.  So there was no

15   reason to re-cert based on,...

16         Q.    And there are numerous other patients on

17   this particular chart audit that she identifies as

18   having no skill, sometimes for multiple episodes in

19   a row, right?

20         A.    Right.

21     (WHEREUPON, Exhibit No. 2 is marked for

22   identification entered into the record.)

23         Q.    Let me show you what we'll mark as

24   exhibit 2.  You can just kind of keep it there by

25   that side.  This, for the record is, Bates labeled

1    NRESI 21465 and 21466.  This is an email from Judy

2    Neal to Jeannie Lemaster on September 23, 2009,

3    right?

4          A.   Yes.

5          Q.   Does it appear that she's doing further

6    chart auditing for patients with multiple certs?

7          A.   Yes.

8          Q.   Do you remember receiving this

9    particular email or this information, I should say,

10   that's conveyed in her email to Jeannie Lemaster?

11         A.   I don't remember, I don't recall

12   receiving it, but I received a lot of the info.  But

13   my name's not on the email, so.

14         Q.   And she sent this the day before she

15   sent what we looked at, as exhibit 1, right?

16         A.   Yes.

17         Q.   And in this chart audit that she sent on

18   the 23rd of September, did she also find patients

19   that did not appear to have a skill?

20         A.   Yes.

21         (WHEREUPON, Exhibit No. 3 is marked for

22   identification entered into the record.)

23         Q.   Mark this as exhibit 3, please.  Is this

24   another email from Judy Neal to you and Jeannie with

25   her findings on certain chart audits?

1        A.    Yes.

2        Q.    And the attachment she sends here is,

3    Chart audits for patients with multiple certs number

4    3, right?

5        A.    Correct.

6        Q.    And the report she sends again has

7    patients that she identifies as not having a skill,

8    correct?

9        A.    Correct.

10        Q.    So if you look, for instance, at Robert

11    Vorry, episode dated May 20 through July 18, what

12    are her findings there?

13        A.    She said blood pressure, well, elevated

14    blood pressure, educated and educated on importance

15    of DM, dietary or diet refuses to follow.  No skill.

16    And then it says no skill on the next cert 7/19 to

17    9/16.

18        Q.    So that patient was re-certified?

19        A.    Correct.

20        Q.    And do these records help you recall at

21    all some request from you to Judy Neal to perform an

22    audit, patients with multiple episodes?

23        A.    I recall having the conversation with

24    getting a outside company to come in and help us

25    look at them, yes.  And then she was part of the

1  review, Judy Neal was.

2      Q.   Do you think that this review here, that

3  Judy Neal did, postdated HMA's review of records?

4      A.   I can't remember the dates, that's why I

5  didn't know if it was a crossover or not and this is

6  part of the review that they're handing to her as

7  well.  I don't remember the dates.  They're close; I

8  just don't remember.

9      Q.   If the record showed that HMA began

10  working or auditing these charts in December of '09

11  do you have any reason to disagree with that?

12      A.   No.  So this might have prompted that

13  one to happen and so I just remember us looking at

14  this to prompt a outside person to look at these,

15  since we have a lot of no skill on the rest of our

16  patients.

17  (WHEREUPON, Exhibit No. 4 is marked for

18  identification entered into the record.)

19      Q.   Let's mark this as exhibit 4, please.

20  Do you remember a Cindy Watkins working there at the

21  company?

22      A.   Yes.

23      Q.   Did she also work in compliance?

24      A.   She worked in billing or pre-bill, but I

25  think they pulled her to help with audit reviews

1    that I remember, based on this count.

2         Q.   And she is emailing two attachments to

3    you and Jeannie Lemaster right?

4         A.   There are two?

5         Q.   I'm just looking at the email here --

6         A.   Okay.

7         Q.   -- that's Bates labeled 21392 at the

8    bottom.

9         A.   Yes.

10        Q.   The first attachment is called patients

11   with multiple episodes, right?

12        A.   Uh-huh.

13        Q.   The second one is summary of audit on

14   patients with multiple episodes, right?  And the

15   date of this email is what?

16        A.   September 24th, 2009.

17        Q.   Is that the same day that Judy Neal was

18   emailing you with her chart audit findings?

19        A.   Yes.

20        Q.   And does Cynthia Watkins, in her

21   attachments, also identify patients who either have

22   no skill or who need to be discharged?

23        A.   Yes.

24        Q.   For example, on the page that's marked

25   21394 at the bottom, do you see this patient Niona

1   McCord?

2        A.   Yes.

3        Q.   And what are her findings for that

4   patient?

5        A.   Eighteen episodes, no med change, no

6   exasperation, no falls, pain controlled, daughter

7   fills Mediset, no ER visits, med compliant, no

8   skill.

9        Q.   Is that a patient that she has been

10  re-certified?

11          MR. TRUE:   Object to form.

12          THE WITNESS:   Based on what's in front of

13  me, no.

14  BY MR. MCCAFFREY:

15          (WHEREUPON, Exhibit No. 5 is marked for

16  identification entered into the record.)

17       Q.   Let me show you exhibit 5.  Do you

18  remember Becky Rhodus?

19       A.   Yes.

20       Q.   Do you remember what her position was?

21       A.   When I first started I think she was in

22  compliance and then she was in training.  I'm trying

23  to remember, this goes back a ways.  So yeah, that's

24  right.

25       Q.   And is she also sending you her findings

1  as part of a chart audit for patients with multiple

2  certs?

3         A.   Yes.

4         Q.   And what is the date of her email?

5         A.   September 24th, 2009.

6         Q.   The same date as the emails from Judy

7  and from Becky Rhodus, right?

8         A.   Yes, yes.

9         Q.   You know, I meant to ask you another

10 question about what we marked as exhibit 4, this is

11 the Cindy Watkins audit; if you wouldn't mind

12 getting that back out?

13        A.   Okay.

14        Q.   If you'll turn to the page that's marked

15 21395 at the bottom?

16        A.   Uh-huh.

17        Q.   This patient, Benny Johnson, number four

18 on the list, do you see that?

19        A.   Okay.  Uh-huh.

20        Q.   This is a patient who's had eight

21 episodes of care all involving therapy, according to

22 this, right?

23        A.   Eight episodes, eight therapy, yes.

24        Q.   And her conclusions are no changes, no

25 exacerbations, no med changes.  PT notes say the

1    same thing on 09/09 as they did on 03/09.  Needs

2    D/C, or needs discharge.  Do you have any concerns

3    with the observation that the physical therapy notes

4    say the same thing in September that they did back

5    in March?

6         A.   Yes.

7         Q.   Why?

8         A.   Because you're, like I said, there's no

9    change in condition, you're not treating them for

10   this.  You can't be treating someone for the same

11   thing unless there's an actual skill that shows the

12   actual skill in what you're doing.  So in other

13   words, by doing the same thing six months later on a

14   patient all's you're doing is writing the same note

15   over and over and over again.  And not being

16   specific to what their care is on that specific

17   visit, each visit.

18        Q.   Or if the patient really qualifies for

19   the care?  Right?

20        A.    If they qualify, right.  Or they have

21   skill or not, or the therapy.  And again, I go back

22   to my therapy usually, that was the first thing

23   seeing therapy that high on re-cert because they're

24   usually lower.

25        Q.   And then Dora Harris, number six on her

1    chart here.  You see it says, Patient has been

2    getting PT since April of 2008.  Oasis function

3    questions on SOC with same answers as current

4    re-cert.  Do you know what that means?

5           A.   That means that rather than doing

6    specifics they copied a lot of the same info over.

7           Q.   Is SOC start of care?

8           A.   Start of care.  Re-cert is a re-cert of

9    the SOC.

10          (WHEREUPON, Exhibit No. 6 is marked for

11   identification entered into the record.)

12          Q.   All right.  You can put that aside

13   again, thanks.  Mark this as exhibit 6, please.

14          A.   Okay.

15          Q.   This is an email from Becky Rhodus to

16   you and Jeannie Lemaster on September 25, 2009,

17   correct?

18          A.   Yes.

19          Q.   She attaches a document called,

20   Recommendations from audit.

21          A.   Yes.  So of the 138 charts with episodes

22   greater than six they found fifty-seven that needed

23   to be discharged, based on these different reasons

24   attached.

25          Q.   You were less than a month into your new

1  job as president and COO of this agency when you got

2  this, right?

3       A.   Yes.

4       Q.   Did it concern you that more than forty

5  percent of Nurses' Registry's charts in this audit

6  were for patients who needed to be discharged?

7       A.   Yes.

8       Q.   What did you do about that?

9       A.   I think I talked about it earlier.  I

10 wanted to get an outside agency to come in and look

11 at it; people that I've dealt with before over my

12 years, to look and see how our patient population

13 was.

14      Q.   Do you remember having discussions

15 outside of this email with any of the folks involved

16 Cindy Watkins, Pat Mitchell, Judy Neal, Becky Rhodus

17 or Jeannie Lemaster, about their findings?

18      A.   Outside the email?  I probably did talk

19 to them about it; I'm assuming I did, I can't

20 remember.  You know, based on this finding it

21 prompted other things to happen, which you know, and

22 like I said, it prompted us to look deeper.

23      Q.   But you have no specific recollection of

24 a meeting with these folks to talk about their

25 findings?

1    A.   Maybe we did.  I'm not saying we didn't

2  meet and look at this and find out what it was and

3  that these patients needed to be discharged, but I

4  don't remember the exact meeting and having a

5  meeting with them, but I'm not saying we didn't.

6    Q.   Okay.  One of the recommendations here

7  says, Of these fifty-seven patients we feel that the

8  visiting staff and the case manager need to be

9  interviewed, addressing medical necessity, skill and

10 needs of the patient.  Do you recall whether the

11 clinicians and case managers who were involved in

12 the fifty-seven patients' care were interviewed?

13    A.   I can't, I don't recall all of the

14 clinicians being interviewed.  I do recall doing

15 therapy interviews myself.

16    Q.   Interviews with therapists?

17    A.   With therapists.

18    Q.   Do you know whether or not those

19 interviews were recorded in any fashion?

20    A.   There was some documentation, but I

21 can't remember the gentleman's name was over therapy

22 at the time, had signed off on that.  We had the

23 meeting and that they understood about re-certs,

24 recerting patients, whether recerting and the

25 discussion of you know, why they're recerting, why

1  did they deserve a re-cert and so on and so forth,

2  because their numbers were so high.

3      Q.   Is that David Stowell who was over the

4  group at that time?

5      A.   Yes, yes, David Stowell.  I think there

6  was a signature, I think we had signed.  I can't

7  remember where it's at, where we had the meetings

8  with individuals.

9      Q.   Were those meetings held at your

10 request?

11     A.   Yes.

12     Q.   Do you remember interviewing any

13 clinicians other than therapists?

14     A.   I don't recall, I remember having

15 meetings at different offices and discussing; I

16 think we did it as an overall to the branches, about

17 making sure that we admit patients properly and so

18 on and so forth, but I just, I don't remember

19 exactly who I talked to about what.  I just remember

20 the therapists the most.

21     Q.   The next recommendation here says,

22 Discharge documented, noncompliant patients with the

23 support of administration.  Did you get the

24 impression from your interviews of the therapists or

25 your discussions with others, that they felt that

1  Nurses' Registry administration did not support

2  their efforts to discharge noncompliant patients?

3       A.   It was said to me during the interviews

4  and during the discussions that they were concerned

5  that they would get in trouble for not discharging,

6  didn't, you know, that they just felt that they

7  would get in trouble by upper management if they

8  were discharging patients.

9       Q.   They would get in trouble if they

10 discharged or didn't discharge?

11      A.   If they didn't discharge, sorry.  I'm

12 sorry if they discharged patients, they would get in

13 trouble.

14      Q.   And that came out in your interviews of

15 those therapists?

16      A.   Uh-huh.

17      Q.   And did they tell you where they got

18 that impression?

19      A.   Well, they thought that Lennie House

20 would be upset with them if they discharged

21 patients.

22      Q.   All right.  Do you see one of the

23 recommendations on the second page of this document

24 sent by Becky Rhodus says, Therapy documentation is

25 a rubber stamp?

1    A.    Yes.

2    Q.    What did you understand that to mean?

3    A.    It means it looks probably the same

4  exact,...

5    Q.    From episode --

6    A.    From episode to episode to episode.

7    Q.    Is that something that you discussed

8  with the therapists when you did your interviews, if

9  you recall?

10    A.    The only thing I remember from

11  interviewing them is that normal processes is maybe

12  a couple of certs, so if your going thirty-seven

13  certs, I can't image why you would be doing it and

14  how, what's different, what's changing, what's the

15  process and why we're doing it.  So that's the

16  discussion that I had with them.

17    Q.    Do you remember how it was that you

18  picked six episodes as the cutoff for this

19  particular audit?

20    A.    I just remember, I don't remember, I

21  just -- anything and the reason I picked six, I

22  don't remember.  I can't remember the exact reason

23  for it, but it was somewhere in between to where,

24  you know, clinically from a SN point of view you

25  could feasibly do up to at least six.  That could

1    happen.  So I think I was just thinking of where we

2    needed to start and that's where we started.

3         Q.   SN is skilled nursing?

4         A.   Yes.

5         (WHEREUPON, Exhibit No. 7 is marked for

6    identification entered into the record.)

7         Q.   Let's mark this exhibit 7 please.

8         A.   Is this all of it?

9         Q.   I'm sorry,...

10        A.   Okay.

11        Q.   It looks like Jeannie Lemaster took the

12   findings of Becky Rhodus and Judy Neal and Cindy

13   Watkins and Pat Mitchell, and combined them into a

14   single report for your review, is that fair to say?

15        A.   Yes.

16        Q.   Do you remember providing either this

17   summary that's attached to her email here, exhibit 7

18   or any of the specific patient findings of the

19   auditors to Lennie House?

20        A.   I am sure I did, I'm a hundred, I mean,

21   I'm more than sure I did to support looking further

22   into getting HMA.  I mean, I can't, I'm trying to

23   remember -- I don't remember just handing it to him

24   and saying here it is, but I know I used data to use

25   it and this is what the ladies came up with it to

1   bring to Lennie.  So I know I gave it to Lennie.

2        Q.   You used data to justify or to support

3   your request to have an outside auditor come in and

4   look at the charts?

5        A.   Yes.  And to discharge the patients.

6        Q.   But you don't have a specific

7   recollection of discussing these findings with him?

8        A.   Oh, I'm sure I did.  I'm just trying to

9   piece it it's been such a long time ago, I know I

10  had discussed these with him.

11       Q.   Do you remember his response to the

12  audit findings that are reflected here?

13       A.   I'm, I -- I mean, at that time it was

14  still early and it was, you know, we talked about

15  discharging these patients.  So that was the

16  discussion.  Was he happy about it?  No.  So that's

17  all I -- I mean, he wasn't happy about it at all.

18       Q.   So when you went out to talk with these

19  therapists, did you ask them why they were

20  re-certifying patients who had no skill?

21       A.   Yeah, I actually brought them into my

22  office.  They were in mine, so we talked about it

23  and they were -- they brought up because I, it was

24  just most embarrassing for that number. I said, So

25  tell me why are you doing it.  And they were afraid

1  that if they discharged patients that they would get

2  in trouble.

3      Q.   And they felt they would get in trouble

4  from Lennie House?

5      A.   Yes.

6      Q.   Did they identify any other people that

7  they felt they would get in trouble with if they

8  discharged the patients?

9      A.   Not really.

10     Q.   Did they talk to you at all about the

11 discharge process as far as how the step, as far as

12 the steps they had to take in order to get a patient

13 discharged?

14     A.   Well, I mean, the discharge process was

15 just, if it was a discipline discharge whether it

16 was a therapist or whether it was a skilled nurse,

17 each one of them had their own documentation to put

18 in and we had a discharge person, Chris Lemaster I

19 think was his name.  And he would look at all the

20 discharged and screen all the discharges, whether it

21 was discipline or were total discharge.

22     Q.   I guess my question was, do you remember

23 any complaints about the process from the therapists

24 when you brought them into your office to interview

25 them?

1      A.   Well, there was, I mean, the complaints

2   that I remember, was that, you know, they were going

3   to get in trouble or they would, Chris would find

4   reasons for why they shouldn't discharge and give

5   them reasons back to clinically necessary to

6   continue the re-cert and he wasn't a therapist, so

7   that's why I remember that.

8          (WHEREUPON, Exhibit No. 8 is marked for

9   identification entered into the record.)

10      Q.   I'll show you what we'll mark as exhibit

11   8, I'll just give you one this time.

12      A.   Okay.

13      Q.   The first email in this chain is from

14   Pat Allred to you on October 14, 2009, correct?

15      A.   Right.

16      Q.   So this would be just a couple of weeks

17   after the chart audits that we looked at?

18      A.   Yes.

19      Q.   Does this reflect some discussions that

20   you and Pat Allred had been having with therapists

21   concerning discharge of the patients?

22      A.   Yes, now that it's in front of me I

23   recall having conversations with Pat.

24      Q.   What do you recall about those

25   conversations?

1          A.    Just what we were talking about.  I

2    remember Pat telling me that people are afraid to

3    discharge patients and just what she's saying here

4    if they have to go through David on the side, who is

5    not a clinician, you know, to make sure it's

6    approved first.  And she's a clinician, he's not,

7    so.

8          Q.    Do you recall the therapists expressing

9    some frustration about the process in which David

10   Stowell, a non-clinician has to approve their

11   discharge requests?

12         A.    Yeah, you know, I do.  But, I mean, that

13   one I just don't remember a lot of that discussion.

14   Because after having the therapy meetings with them

15   I said whoever is, you know, from that perspective

16   is looking at it, whether they're clinicians or not,

17   when you're looking at it from a re-cert standpoint

18   we should never be this high, so I remember having

19   that discussion.

20         But David Stowell was over them for a while

21   and then he went on to a different position after

22   that.  I can't remember what it was after that.  But

23   I do remember having this conversation.

24         Q.    Were you comfortable with a

25   non-clinician like David Stowell deciding which

1    patients could be discharged?

2         A.    No.

3         Q.    Why not?

4         A.    Because he's not a clinician.  I'm not a

5    clinician.  I don't sit there and somebody can tell

6    me if I'm wrong based on that, I never told a

7    clinician to discharge or not.  Based on their

8    findings it's up to them on what they write.

9    They're the clinicians, so.

10        Q.    Did you try to change this process?

11        A.    I think David did move into a different

12   position later, so he was not over the therapists

13   after that.  I don't remember who they were after

14   that, I think it was just under Pat as the director

15   after a while.

16        Q.    But my question though, is do you

17   remember you making any efforts to change this

18   process whereby the non-clinician approves the

19   discharge request?

20        A.    You know, I don't remember them doing a

21   lot of the requests, so I don't remember, I just

22   don't remember.

23        Q.    The last sentence of her email here

24   says, So really it is not the therapist or CM

25   decision, they have to jump through all those hoops

1   first so to them it is easier just to keep the

2   patient.  What did you understand that to mean?

3           A.   Just what we talked about.  It's, that's

4   why they don't discharge.  Because they're afraid

5   they were going to get in trouble, have to go

6   through all the rigmarole and they're going to go

7   through it, so they just keep the patient rather

8   than deal with the issues.

9           Q.   Do you remember any of the therapists

10  specifically that you talked to about this?

11          A.   I mean, I don't remember their names

12  now, so, but like I said, there were signatures at

13  our meetings, so there should still be something

14  there with David and everybody based on that.

15          Q.   It looks like you forwarded Pat's email

16  to Lindsey House and another email address that's L.

17  House.  Do you know if that's Lennie House that you

18  forwarded this to?

19          A.   LM House, I think that's Lennie.

20          Q.   There's an LM House or

21  HouseLM@nursesregistry, there's also a

22  HouseL@nursesregistry.

23          A.   I can't remember what was Lindsey's and

24  what was Lennie's back then, but it was, I think LM

25  was Lennie I think.  If you list them on as vice

versa, one or the other, one was Lennie, one was

Lindsey.

     Q.   Got it.  Why would you have forwarded

this to those two individuals?

     A.   Because of what Pat had stated in her

email.

     Q.   What was important enough about what she

stated to send it up to Lennie House?

     A.   Just that one, David being a

non-clinician approving them and then secondly, that

last statement, you know, that they'd rather not

discharge than go through this whole process.  I

mean, that's what I get out of the whole thing that

I remember.

     Q.   Do you remember having discussions with

Lennie House about the therapists' hesitancy or

reluctance to discharge patients?

     A.   Yes.

     Q.   Tell us about those discussions?

     A.   I asked him straightforward.  I said,

did you tell the patients, or did you tell our

clinicians not to discharge patients?  And he said

no. I mean he responded, no.  But that's the

impression that they were under and that's what I

told him.  That's the impression they're under.

1          Q.   Did he do anything, to your knowledge,

2     to correct that impression?

3          A.   Well, we moved David I think, but I

4     don't know if it had, I can't remember if it had

5     anything to do with this.  I just can't remember,

6     but David was not over therapy after a while, so he

7     moved that.  But, and we did discharge other

8     patients going forward.  So, I guess, that was the

9     positive thing from that.

10         Q.   Do you remember anything else about

11    those discussions with Mr. House, Mr. Lennie House,

12    about these long lengths of stay or long therapy

13    episodes?

14         A.   We just, I mean, obviously I talked to

15    him about you know thirty-five, thirty-plus, you

16    know, when I was seeing them, was really excessive

17    whether they were skilled nursing or therapy, but

18    especially for therapy.  And that's why we were

19    looking at them and that's why we started looking

20    at, had the report built to look at number of

21    episodes, re-certs.

22         Q.   All right.  Do you know if the company

23    returned any payments to Medicare for those patients

24    that you had identified through the September '09

25    audit as not having any skill?

1        MR. GUARNIERI:   Object to the form.

2      A. I just remember us discharging patients; I

3 don't know that we went back and changed the

4 billing, going backward on any pre-re-certs.

5      Q.   Why not?

6      A.   Huh?

7      Q.   Why didn't the company do that?

8        MR. GUARNIERI:   Object to the form.

9        THE WITNESS:   I don't, I just got them

10 discharged, I don't know that, why they needed to do

11 that.

12 BY MR. MCCAFFREY:

13      Q.   Is that a conversation you remember

14 having with anybody?  Hey look we've got these

15 patients that have no skill that have been recerted

16 multiple times, we should look at returning that

17 money?

18      A.   I had the conversation of getting them

19 discharged and making sure they were no longer, I

20 didn't have that conversation specifically, no.

21      Q.   Did it ever occur to you that the

22 company might owe some money back to insurance

23 companies?

24      A.   It should have, yes.

25      Q.   Yeah, but did it?

1        A.    At the time I wasn't, I was thinking

2   about getting them discharged, not thinking about

3   the past and going back and looking retrospectively.

4        MR. MCCAFFREY:   We've been going for about

5   an hour and a half, why don't we take a break for

6   ten minutes or so and then we'll come back.

7        (WHEREUPON, a short break is taken.)

8        Q.    We're back on the record here, Mr.

9   Evans.  Let me ask you, as far as Medicare

10  reimbursement for home healthcare is concerned, to

11  your knowledge, is there some significance to

12  providing a patient with five visits as opposed to

13  three or four?

14       MR. TRUE:   Object to form.

15       A.    Yes, I mean, if you go less than five

16  it's LUPA and you get LUPA rates, which is, you

17  know, again skilled nursing and might be somewhere

18  around a hundred bucks a visit versus a full HRG,

19  that could be up to anywhere from two thousand to

20  $3,000 dollars.

21       Q.    LUPA, is that low utilization payment

22  adjustment?

23       A.    Yes.

24       Q.    And HRG is that home health resource

25  group?

1          A.   Yes.

2          Q.   If the home health agency in your

3   experience, has a patient with no skill or who is

4   not homebound, and has less than five visits in on

5   the patient, is it appropriate to keep seeing that

6   patient just to get to your five visits?

7               MR. TRUE:   Object to form.

8          A.   Can you repeat it so I can understand

9   it?

10         Q.   Sure.  Home health agency admits a

11  patient, right?

12         A.   Right.

13         Q.   And they get in several visits on the

14  patient but come to recognize that the patient for

15  instance, has no skill.

16         A.   Right.

17         Q.   Is it appropriate to continue seeing

18  that patient just so you get your five visits and

19  avoid a LUPA?

20         A.   If there's no skill?

21         Q.   Right.

22         A.   No.

23              MR. TRUE:   Same objection.

24              THE WITNESS:   I mean, if there's no skill

25  you would discharge because of no skill at that

1  point.

2  BY MR. MCCAFFREY:

3      Q.   At which point?

4      A.   When they no longer have a skill.

5      Q.   At the point the agency recognizes that

6  they have no skill?

7      A.   Correct.

8      Q.   Would the same be true of a patient who

9  was not homebound?

10     A.   Yes.  If they take off and after a week

11 and they start driving, going everywhere, yes.  That

12 would be the same thing.

13     Q.   So what should the agency do in that

14 situation, if it's not appropriate to continue

15 seeing them?  Do they discharge them?

16     A.   Normal would be discharge them, yes, or

17 talk to the patient and find out why they're

18 driving.  And again, just driving doesn't mean

19 anything, but the true homebound status is what

20 we're talking about, so.

21   (WHEREUPON, Exhibit No. 9 is marked for

22 identification entered into the record.)

23     Q.   I'm going to show you what we'll mark as

24 exhibit 9.

25     A.   Okay.

1    Q.   Do you remember having conversations

2 with Pat Allred about her possibly discharging a

3 patient before the patient got a fifth visit from

4 the company?

5    A.   I remember having a conversation with

6 Pat about discharges in general, okay.  And I don't

7 know about whether they were discharged right at the

8 fifth visit or not all the time.  But her concern

9 was they should be allowed to discharge when they

10 need to discharge; it's their position to discharge.

11    They're clinical, I'm not clinical, they're

12 the ones that needed to make that decision.  So do I

13 remember having a conversation, a lot of

14 conversation, I don't know -- this happens to be one

15 of them that she emailed me, but yes, we had

16 multiple conversations.

17    Q.   Was avoiding LUPA something that Nurses'

18 Registry emphasized when you were working there?

19    MR. GUARNIERI:   Object to the form.

20    A.   Yeah, I mean, if the patient needs

21 service okay and if they're were going to whether it

22 be a doctor's visit or whatever, it doesn't always

23 equate to them not being a non-skill, then we did

24 not want to have a LUPA when we had a full episode.

25 It would have been, well, that's what we looked at.

1  If patients had four visits and they were, you know,

2  we were looking at how the patients did have that

3  number of visits as well.

4       And if they were looking that they were going

5  to be on their sixty-day episode and we're not

6  getting it in, we were looking at why they were

7  doing it.  Might have been the last two weeks, three

8  weeks, or whatever of the episode.

9       Q.   It looks like this particular patient

10  that she's emailing you about, looks like had four

11  visits in on the patient.  Is that right?

12       A.   That's what it says, yes.

13       Q.   And she thought that he did not need to

14  be recerted, he needed to be discharged, correct?

15       A.   Correct.

16       Q.   It sounds as if Chris, is that Chris

17  Lemaster that you referred to?

18       A.   Yes.

19       Q.   And Lennie House are both concerned that

20  she get in a fifth visit, is that fair?

21       A.   Uh-huh.

22       Q.   Do you remember Lennie calling people

23  and making sure they, to make sure that they got in

24  their fifth visits on patients?

25       A.   I remember Lennie calling Chris and

1 talking to Chris about discharges, yes.

2     Q.   What about this kind of separate issue

3 of getting in five visits on a patient?

4     A.   Well, he discussed LUPAs, I mean, that

5 was the discussion, open discussion with Lennie and

6 the staff not to, if we have five visits, we need to

7 get the five visits in on patients.

8     So, there was, we went off of, I'll step back

9 a little bit.  We went off of what the episode was

10 written for.  If the episode was written one week,

11 nine, then you see them one week, nine.  That's what

12 you wrote the orders for.

13     So if we're not seeing them, we're not

14 getting our five visits in or whatever at that

15 point, it would be, we're not following the doctor's

16 order anywhere.

17     Q.   Who recommends to the physician that the

18 agency see the patient, for example, once a week for

19 nine weeks?

20     A.   Who recommends that?  Once the start of

21 care was put in, there's two people, I don't

22 remember their names.  I can't remember their names,

23 so, that review the start of care and set the

24 frequency.

25     Q.   So it's somebody within Nurses'

1  Registry?

2      A.    Correct.

3      Q.    Pat mentions to you a conversation she

4  had with Lindsey House about runners.  She says that

5  is what the nurses call the patient who are never

6  home and are not compliant.  Were you familiar with

7  that phrase at Nurses' Registry?

8      A.    Well, runners, noncompliant, yes.

9  Noncompliant patients, you know, again can be gone

10 not, and they could not be home.  They could be

11 wherever.  I mean, they could be at a physician's

12 office too, so it's not always that they're not

13 homebound or whatever at that point.  But some of

14 them probably were, so I'm not saying that they

15 weren't.

16     Q.    Did you have conversations with any of

17 these therapists about patients who not only had no

18 skill but who were not homebound that were being

19 re-certified?

20     A.    Well, I mean, we discussed, it was more

21 the thirty-five re-certs.  The homebound status kind

22 of stood for itself, so I didn't bring up the

23 homebound status that I remember.  But I did bring

24 up that what was the need for therapy after, you

25 know, two or three certs.  Let alone thirty-five.

1  So that was my, what I recall.

2      Q.   Did you recall a group at the agency

3  that was referred to as the stats team?

4      A.   That's David, that was David, that's

5  what he took over.

6      Q.   What do you remember about their role in

7  the company?  What did they do?

8      A.   I can't remember anymore.

9      Q.   Were they responsible for tracking

10 patients who were at risk for becoming a LUPA?

11     A.   Yeah.

12     Q.   Do you remember what they did with the

13 information they saw concerning visits or missed

14 visits?

15     A.   They would give it to Pat and/or the

16 branch managers.

17     Q.   Did you ever have to deal with any

18 disputes between Pat or nursing staff and the stats

19 team?

20     A.   Yeah, I will tell you that Pat Allred

21 didn't like David at all, being doing that and that

22 was part of the process.  I do remember that.

23     Q.   Did she explain to you why she didn't

24 like David Stowell advising her about missed visits?

25     A.   Because of not being clinical and

1    everything else we discussed earlier.

2         Q.    Anybody else that you recall complaining

3    about either David or the stats team?

4         A.    There could have been, I just don't

5    remember.  I do remember Pat and I having

6    conversations, yes.

7         Q.    I take it from your testimony earlier

8    that Nurses' Registry did retain Health Management

9    Associates to conduct an audit of its patient

10   charts?

11        A.    Correct.

12        Q.    And was that done at your request?

13        A.    Yes, but Lennie had to approve it, so

14   yes.

15        Q.    Do you remember any of your

16   conversations with Lennie about approving this

17   request for an HMA audit?

18        A.    I remember it after what we discussed

19   earlier about the hundred and some odd patients that

20   fifty-some or whatever the number was, that were

21   not, had no skill, that we needed somebody to review

22   our, all of our patient population, to see if we had

23   that same problem, because we had a lot of re-certs

24   and, multiple re-certs.

25        Q.    Do you remember giving HMA any

particular instructions as to what they should focus

on in their review?

        A.    I remember just telling them Diana to

review them and just let me know what you find, I

mean no, don't, I didn't just say look at the

issues, find them, just review the record and see

what you find.

        I didn't put any stipulations, look for this

or look for that other than I told her we had probe

audit, we just went through it, we just had a lo of

no skills and we want to make sure they're looking

at that.

        Q.    And Diana Burton, what were her

qualifications if you recall?

        A.    She's a -- I can't remember if she is an

MSN.  She was my director of compliance when I was

with Family Home Healthcare and she is now the VP of

consulting for HMA as well.  Clinical, she's

clinical.

        Q.    Was she someone that you trusted to do

this type of audit?

        A.    Yes.

        Q.    And she was someone that you had some

experience with, I take it, when you were employed

there?

1        A.   Yes.

2      (WHEREUPON, Exhibit No. 10 is marked for

3      identification entered into the record.)

4        Q.   Let me show you their report and we can

5      mark this as exhibit 10.

6        A.   You expect me to read this?

7        Q.   No, I want you to kind of page through

8      it.  I'll ask you a few specific questions, but you

9      don't need to read through the entire document,

10     unless you want to.

11       A.   Without me reading the whole thing you

12     want to go to specific?

13       Q.   Yeah, do you recognize this as the

14     report that Health Management Associates prepared

15     for Nurses' Registry?

16       A.   It looks to be, yes.

17       Q.   What's the date on the report?

18       A.   The date is January 25th, 2010.

19       Q.   If you flip to page two of the exhibit

20     in the overview section, second paragraph, second

21     sentence, it reads, So as to adhere to the purpose

22     of the audit medical necessity and homebound status

23     evaluation were the primary focus.  Do you recall

24     instructing HMA to focus on those issues?

25       A.   What section are you in again, I'm

1   sorry?

2       Q.   I'm on the, in the overview section

3   there are three paragraphs there.  I'm looking at

4   the second paragraph and the second sentence of that

5   paragraph, that begins, So as to adhere.  Do you see

6   that?

7       A.   Am I on a different page than you?

8       Q.   No, you're on the right page.

9       A.   Right here, okay.  So as to adhere to

10  medical necessity, homebound status -- evaluations

11  where primary focus, yeah.  Based on what we just

12  talked about the previous one of our probe audits.

13      Q.   Did you ask HMA to focus on those

14  issues?

15      A.   I'm sure I did, you know, that's why I'm

16  saying, based on what we were finding with no skill

17  and homebound status.

18      Q.   Does this reflect that they reviewed a

19  total of 367 records?

20      A.   That's what it says, yes.

21      Q.   Do you remember who those records were

22  selected?

23      A.   I don't recall at all.

24      Q.   Do you remember who, other than

25  yourself, was involved in the preparations for HMA's

1  audit?

2       A.   I know Jeannie Lemaster was helping with

3  that process to make sure they had access to records

4  and so on and so forth.  I can't remember who all

5  the people were, but I know Jeannie was.

6       Q.   If you look at the summary of their

7  findings the third sentence that begins, Of the

8  total records reviewed, what was their finding

9  there?

10      A.   Approximately 201 of the 367, or 55

11  percent were identified as potentially not medically

12  reasonable or necessary.

13      Q.   Did that surprise you?

14      A.   Yes, at the time it suppressed me that

15  it would be that many.  But based on the research it

16  was, that's why we were questioning it, so it wasn't

17  surprising in that side of it either.  So, if that

18  makes any sense.

19      Q.   Because the compliance department a

20  couple of months earlier found that 41 percent of

21  the records reviewed didn't have a skill or needed

22  to be discharged.

23          MR. TRUE   Object to form.

24      A.   Right.

25      Q.   Now HMA has found that 55 percent were

1  identified as potentially not medical reasonable and

2  necessary?

3      A.   Correct.

4      Q.   So that sort of 14 percentage point

5  delta there, that surprised you that it jumped up

6  that much?

7      A.   Yeah, I mean, it did, but that's why I

8  had them do it, so.

9      Q.   It goes on to say, These patients had

10  lengths of stay for multiple episodes without

11  documentation of recent changes in their condition

12  to support medical necessity.  Documentation

13  indicated numerous chronic conditions but those

14  conditions were stable.  Is that consistent with the

15  findings that Nurses' Registry's compliance

16  department had made back in September of '09?

17      A.   Yes.

18      Q.   If you would turn to page six of the

19  report.

20      A.   Page six.  Okay.  Here you go.

21      Q.   Do you see there at paragraph six, it

22  says, In general there appears to be a sense of

23  disconnect among patient care planning and the flow

24  of the assessments from the time the data is

25  collected in the patient's home to the end of the

1  episode.  Based on your interviews with the

2  therapists or your discussions with other

3  clinicians, did you agree with that assessment?

4      A.  I mean, the disconnect that they're

5  talking about, the numerous people involved in the

6  flow, yeah, there was too many people in the flow

7  that probably didn't belong in it.  Yes.

8      Q.  Are the people who didn't belong in it,

9  in your view, the non-clinicians who were advising

10  on treatment options?

11     A.  Yes.

12        MR. CHILDERS:  Object to form.  I'm sorry

13  Paul.  I have a technical question of you.  Because

14  I've noticed that, and I've seen the report before,

15  that there's two pages, page 3s?  And so you're

16  talking right now, your page six is 0002341 and

17  immediately before that is 2340 and that's page

18  three also.  And then 02338,...

19        MR. MCCAFFREY:  Yeah, if it's easier we can

20  --

21        MR. TRUE:  Page five is missing.

22        MR. GUARNIERI:  Well, I think page five is

23  the second page three.

24        MR. MCCAFFREY:  Yeah, it's just.  So yeah,

25  just for the record, the report as produced by HMA

1  appears to be mis-numbered.  We can refer to the

2  sequential pages by Bates number to make it more

3  clear.  So this finding about a sense of disconnect,

4  this is on page, it's Bates number 1USA0002341.

5  BY MR. MCCAFFREY:

6       Q.   Did you do anything to try to improve

7  this assessment flow from the clinician who saw the

8  patient in the home, through the coding and billing

9  process?

10      A.   We tried to change some of the

11 processes, obviously keeping, trying to keep the

12 non-clinicians out, but most of the same stuff

13 continued going forward.  We did create a report to

14 look at the re-cert, like I told you before, so we

15 could actually monitor if our recert rates were

16 going up.

17      And again, we did have that.  We had a person

18 actually look at them; I can't remember her name,

19 that used to sit close to where Ms. Allred used to

20 sit.  And her job was to make sure she was reviewing

21 that as part of it as well.  If they were climbing

22 up to let us know, to notify us.  But,...

23      Q.   If the number of episodes were climbing

24 up?

25      A.   Yes, well, the number of re-certs.

1        Q.   And if there was a patient who was

2  flagged in that respect because the number of

3  re-certs was getting high, what was the process to

4  follow then.  What would you do?

5        A.   I'd take it to both, Pat would deal with

6  those along with compliance.  And we'd look to

7  whether to discharge or what was going on with that

8  patient.  At least that's what I remember.

9        Q.  Do you remember that those additional

10  processes, getting the problem in check so to speak

11  and reducing the number of patients who had these

12  lengthy stays?

13        A.   I think our resurvey did lower and was

14  lowered during my tenure at least there, that I

15  remember.  But again, the discharge process was

16  still somewhat similar, the same going through Chris

17  Lemaster and no, it still created log jams for our

18  clinicians and for Pat to run that operation side of

19  it.

20        Q.  Do you remember if the patients that HMA

21  looked at were the same or included some or all of

22  the patients that the compliance department had

23  looked at in September of '09?

24        A.   Man, I don't rem -- I really don't

25  remember.  There could have been some overlap, and

1  I'm not saying there wouldn't be and they could

2  still have the same problem, I don't know, but I

3  don't remember.

4        Q.   Well, why don't you look at page Bates

5  labeled 1USA2370?

6        A.   2370?

7        Q.   Yes.

8        A.   Okay.

9        Q.   The thirteenth patient there, Robert

10 Woolery?

11       A.   Yeah.

12       Q.   Episode of January 15 through March 15,

13 is that right?

14       A.   Right.

15       Q.   And what does HMA think about this

16 patient's episode?

17       A.   It says that this was taken from

18 previous 485, but the current one is not yet on

19 file.  Medication records does not indicate any new

20 or changed meds, medications.  The sixty-day summary

21 indicates the patient is not always compliant with

22 diet need and needs teaching.  This has been

23 addressed per two prior episodes.  At this point

24 medical necessity continued teaching is

25 questionable.

1       Q.   Medical necessity of continued teaching

2 is questionable?

3       A.   Right.

4       Q.   Go back to exhibit 3 if you would, this

5 is Judy Neal's September 24, '09 email to you, chart

6 audits for patients with multiple certs , number 3.

7       A.   Right.

8       Q.   Are you there?

9       A.   Yes.

10       Q.   Is Robert Woolery identified as one of

11 the patients that she reviewed back in September of

12 '09?

13       A.   Yeah, he had a cert for 5/20 through

14 7/18 and 7/19 through 9/16.

15       Q.   Her finding for the 5/20 through 7/18

16 says?

17       A.   Diet refuses no skill. The same.

18       Q.   The same as what HMA is finding in

19 January of '10?

20      MR. TRUE:  Object to form.

21      THE WITNESS:  Yes.

22 BY MR. MCCAFFREY:

23       Q.   And Robert Woolery was recertified for

24 the period of July 19 through September 16 of '09,

25 according to Ms. Neal's chart audit?

1        A.    July to 9/16, July 19 through 9/16, yes.

2        Q.    And she found no skill for that episode

3 too, right?

4        A.    Correct.

5        Q.    But this patient is still on the

6 company's census in January of '10 when HMA is in

7 there looking at his record, right?

8        A.    Yes, I just don't know when that , what

9 happened with, was the person discharged prior to or

10 in between it and then readmitted, I don't know that

11 I can't see that -- it's the only thing I can't see.

12        Q.    It looks like HMA said that this

13 noncompliant diet instruction --

14        A.    It's the same --

15        Q.    -- was addressed the prior two episodes.

16        A.    Yeah, it's the same problem in other

17 words, even if it was discharged and readmitted, the

18 same problem.

19        Q.    So prior two episodes from January of

20 '10 would take you back what, four months from

21 January, right?

22        A.    Four months, yes.

23        Q.    So you're back in the fall of '09,

24 right?

25        A.    Right, so it's concurrent.

1          MR. TRUE:  I'm going to object to the form

2     of the questioning, it's not what it says.

3     BY MR. MCCAFFREY:

4          Q.   Was that back when Judy Neal was saying

5     that the patient didn't have a skill?

6          A.   Yes.

7          Q.   So this was perhaps a patient who was

8     not discharged despite Judy Neal's findings?

9          A.   Right.

10         Q.   Did you have any concerns about that?

11         A.   Yes.

12         Q.   Why?

13         A.   Because we said to discharge these

14    patients.

15         Q.   Did you, do you recall Nurses' Registry

16    returning any payments to Medicare following HMA's

17    audit of these patient charts, for patients who they

18    identified as potentially not being, potentially not

19    meeting the eligibility criteria?

20         A.   I do not remember seeing any

21    reimbursement back to Medicare.

22         Q.   Do you remember having any discussions

23    about whether or not the company should reimburse

24    Medicare?

25         A.   I know we had the discussions about the

1   discharges, but not the reimbursement side.

2       Q.   Do you remember HMA forwarding their

3   findings to you about these patients on a rolling

4   basis?

5       A.   I remember I think Diana was sending me

6   emails as well as Judy, or Jeannie Lemaster.  And we

7   were following through and saying, you know, are you

8   following them and Jeannie was reviewing them and

9   making sure about the skill and discharging them, or

10  were supposed to be doing that, if they, if they

11  deserved to be discharged.

12      Q.   Was it your understanding that her role,

13  Jeannie's role, was to confirm or refute the

14  findings of HMA and then take further action as

15  appropriate?

16      A.   Yes.

17      Q.   So she and her department would be doing

18  their own review of those charts?

19      A.   Yeah, they took these and then they

20  reviewed them after her findings just to verify that

21  yeah that's true -- so, yes.

22      Q.   Was the decision to discharge patients

23  that had been flagged by HMA as potentially not

24  meeting eligibility criteria Jeannie's decision?

25  Who ultimately did that rest with?

1          MR. TRUE:   Object to form.

2          THE WITNESS:   Well, ultimately, I mean, if

3    we were seeing if there was no clinical need to do

4    that then it was on Jeannie to refute it or

5    discharge them.

6    MR. MCCAFFREY:

7          Q.   Do you recall having any debates with

8    Jeannie about whether or not these patients should

9    be discharged?

10         A.   I don't remember having a lot of debates

11   about a lot of these patients, in other words, there

12   wasn't a lot of fight to say, Well, we shouldn't do

13   anything with this or there was issues, so I don't

14   remember that.

15         Q.   Was there anything in the HMA report

16   that you recall disagreeing with at the time?

17         A.   Not that I remember.

18         Q.   Was there anything in the HMA report

19   that you recall other Nurses' Registry employees

20   disagreeing with at the time?

21         A.   Not that I recall.

22         Q.   Did you discuss the HMA report with

23   Lennie House?

24         A.   Yes.

25         Q.   What do you remember about those

1  discussions?

2         A.    I just remember giving him the report

3  and going through it and that Jeannie was going to

4  be looking at it and she would be looking at whether

5  to refute or not and that we'd be discharging the

6  patients that were not medically necessary.

7         Q.    Do you remember how many were ultimately

8  discharged?

9         A.    Boy, I don't recall, I just remember it

10 being in the between the first audit and this audit

11 there was almost 400 patients, Medicare patients

12 that were discharged.

13        Q.    Do you remember roughly what percentage

14 of their patient population that was, their Medicare

15 population?

16        A.    I'm trying to remember, I think it was

17 somewhere around twelve hundred, might have been

18 eleven hundred at the time and then so 400 of those

19 patients would have been a big chunk.

20        Q.    What was Lennie's reaction to this

21 purging of ineligible patients?

22        A.    Well, he wasn't happy because, I mean,

23 with the discharges it comes less revenue on that

24 side of it as well, so he was not happy about it,

25 but he did approve discharges.  So I do know he did

1  approve them going forward, so.

2      Q.   How about the case managers and the

3  clinicians.  Do you recall their reaction to the

4  discharge of these patients?

5      A.   I don't recall, that's probably more of

6  a Pat question; she would know better than I at that

7  time.

8      Q.   Do you recall getting any pushback from

9  them --

10      A.   To discharge them?

11      Q.   -- like no, we're discharging patients

12  that we shouldn't be?

13      A.   No, I don't remember having that

14  conversation.

15      Q.   Do you recall them expressing any relief

16  to have administration support in discharging

17  patients?

18       MR. TRUE:   Object to the form.  Asked and

19  answered.

20      A.   Again, that was more of pat's realm from

21  that perspective, I'm not saying that they did or

22  didn't at that point.  I don't remember having

23  clinician discussions.

24      Q.   Did Nurses' Registry end up bringing a

25  lot of these patients back on to its census through

1  readmissions?

2      A.   I'm sure there was other patients after

3  discharge that were brought back on as an admission

4  again, I just, I couldn't tell you how many of those

5  400 ended up being back in the census again.

6      Q.   Do you remember what the company's

7  Medicare census was at the time you left?

8      A.   At the time I left, it was, man I'm

9  trying to remember -- it was somewhere around eight

10 to nine hundred Medicare patients so I didn't bring

11 them all back on. So.  And that's what I remember it

12 could be different, I just that's what I'm

13 remembering.  It was less than when I started but it

14 was also more than when we discharged all the

15 patients that when we were down to 600 and some as

16 well.

17     Q.   At what point were you down to 600?

18     A.   When we discharged all the patients

19 through that period.

20     Q.   And just to be clear, you don't recall

21 some discussion or debate after this HMA audit

22 process that perhaps the company had discharged

23 patients that it should not have.

24     A.   I'm not saying that Lennie didn't say

25 somewhere along the line of maybe we shouldn't have

1  discharged all these patients. Okay.  That was later

2  on, but they, we did discharge them.  So that's what

3  I'm saying, so he was yelling at me.  And I was part

4  of his other issues that he had so,...

5      Q.   What conversations did you have with him

6  later on when he said maybe we shouldn't have

7  discharged these patients?

8      A.   Well, when the census was down to 600

9  and some and struggling, you know, you're trying to

10  make payroll.  You're trying to do all the different

11  things you're trying to do.  I mean, he just said

12  that, do we really need to get rid of all these, you

13  know, based on that.  We did and we, we did.

14      So was he questioning it?  Yeah, but did he,

15  yeah I mean, we did it.  Now going forward it was

16  you know, he was like, he wanted to make sure what

17  was going on with every aspect of the operation, so

18  like I said at the very beginning, I was running the

19  operation and at the end he was more running it than

20  I was, so.

21      Q.   Did he get more involved in the

22  day-to-day operations of the company after the HMA

23  audit?

24      A.   Yes.

25      Q.   Did you see that there was a correlation

1  between those two events?

2         MR. GUARNIERI:   Object to the form.

3         THE WITNESS:   I don't know that it was

4  just that, I mean, you know, again it was just the

5  fact that we had less Medicare patients that we had

6  before, so less revenue, you get more involved.

7         (WHEREUPON, Exhibit No. 11 marked for

8  identification entered into the record.)

9         Q.   Let me show you another exhibit, I think

10  we're up to eleven?

11         COURT REPORTER:   Yes, eleven.

12  BY MR. MCCAFFREY:

13         Q.   This is an email from Pat Allred to you

14  and Lindsey House, right?

15         (Witness, peruses documents.)

16         A.   Yes.

17         Q.   This is in February of 2010?

18         A.   Uh-huh.

19         Q.   In looking at this email do you recall

20  Pat Allred expressing some concern that Nurses'

21  Registry had discharged too many patients?

22         A.   Maybe I didn't read it well enough.

23         Q.   Well, I don't know if it's reflected in

24  the email itself, but my question wasn't a good one.

25  Does this email help you recall any concerns

1   expressed by Pat Allred that perhaps the company had

2   discharged too many patients?

3         A.    Well, I think, the email speaks for

4   itself based on what she's sending out that she is

5   saying we're going to screen every discharge and

6   we're going to look at re-certs and still keep it

7   medically necessity, so somebody is pushing the

8   button to make sure that we're looking at all these

9   and not discharging patients, that's what it says to

10  me.

11        Q.    Not discharging them before some

12  assessment of their need --

13        A.    Well, it still says that they're to

14  follow patient skill, medical necessity, telling you

15  to discharge your patients, okay.  So she's saying

16  you know, look at every one of them. If they have a

17  skill, then need a skill, we need to re-cert.

18  That's  what she's basically saying; that's the way

19  I'm reading it unless I'm missing it.  Am I missing

20  something?

21        Q.    Where she says and this is the second to

22  last paragraph on that page, first page, Yes if a

23  patient is not compliant, constantly not a home, we

24  do not need nor want to chase them.  I am not saying

25  that we go back to the old ways, but I'm telling you

1   is being your patient's advocate. What did you

2   understand her to mean there when she wrote, I'm not

3   saying that we go back to the old ways?

4       A.   Well, I mean, what she was saying just

5   was based on the earlier email and what she was

6   talking about was chasing patients around that were

7   not home. We couldn't find them, they were

8   noncompliant patients.

9       So she doesn't want to go back to that and

10  deal with that, but she wants to also say that they

11  still need a skill and she does say it here, so if

12  anyone's in question of a skill or medical necessity

13  telling you to discharge the patient then call me.

14  So, I guess, that's the biggest thing is when you're

15  out, I mean, everything I read off here is the

16  discharge screening process.

17      So that's what I'm reading into it. Because

18  we're looking at every discharge making sure that

19  you're just not discharging somebody to discharge

20  them. They have a skill recert them; if they don't

21  then she's saying really scrutinize it though.

22  That's what I read on it.

23      Q.   When you started there were you aware of

24  the company chasing noncompliant patients and trying

25  to get in visits for people who didn't need or want

1  them?

2         MR. TRUE:   Object to form.

3         THE WITNESS:   Chasing, I mean, help me

4  understand, rephrase it or,...

5  BY MR. MCCAFFREY:

6         Q.   I thought that was the language you

7  used.

8         A.   Huh?

9         Q.   Where she says here, you know, we're not

10 going to go back to the old ways, what was your

11 understanding of that language?

12        A.   Well, just what we talked about earlier,

13 about the noncompliant patients, not being home, and

14 keep chasing them, keep chasing them, keep chasing

15 them, so we can get the full HRG and full HRG value,

16 yes.

17        Q.   And my question was, is that the way the

18 company operated when you started there?

19        A.   Yeah, I mean, they verified if the

20 patient needed services they were there to, like I

21 told you earlier, if they had a frequency we wanted

22 to follow it so yes, they should be making sure that

23 that patient is taken care of and the way the

24 doctor's orders are written are followed.

25        Q.   Even if the patient was noncompliant and

1  not at home?

2          A.    Well, not homebound and noncompliant is

3  a different issue.

4          Q.    And maybe I'm not asking my question

5  very well.  I'm probably not.

6          A.    Well, I guess what I'm -- I guess, what

7  you're asking me is if you're chasing a noncompliant

8  patient that's no longer homebound and doesn't have

9  a skill then right, we shouldn't be servicing that

10  patient.

11          But what I said before is I'm not sure that

12  everyone of them that we're talking about, some of

13  them might have still skill but there at the

14  physician's, they always miss their visits, based on

15  that they're sick.  There are refusals all these

16  different things.  Noncompliant patients could mean

17  that.

18          Q.    And, I guess, my question is do you

19  recall some shift in how the company operated

20  pre-HMA audit and post-HMA audit as far as tracking

21  down noncompliant patients and trying to get visits

22  in on those patients?

23          A.    I can't say that I noticed any

24  difference.

25          Q.    This last paragraph of her email, you

1  were referring it earlier, she says, Clearly if

2  anyone questions a patient's skill or medical

3  necessity and is telling you to discharge your

4  patient, you are to call me immediately.  This is by

5  direction of Lennie House, Ron Evans, Lindsey House.

6  Did you issue some directive that if a patient

7  questioned whether or if a person questioned whether

8  a patient had medical necessity the case manager was

9  to call Pat Allred?

10      MR. TRUE:   Object to the form of the

11  question.

12      A.  I don't think that's the question, I

13  think the question is to whether they're going to

14  discharge them.  Pat was supposed to be reviewing

15  all discharges, it had to go through her and then

16  through our discharge planning process.

17      That's the question that I'm reading it

18  there.  That's the directive we would have given, is

19  if you're going to recert a patient make sure again

20  that they have these things but if you're going to

21  discharge you still have to go through Pat so she

22  can make sure that all those things are there, or

23  not there I should say.

24      Q.  Did you issue some directive that they

25  should call Pat Allred immediately upon identifying

1 potential lack of skill?

2     A.   I could have, I don't recall.

3     Q.   Did the process of discharging patients,

4 let me tell you something this is for the record,

5 once this guy starts you're going to be wishing that

6 I was asking the questions, okay?  I'm telling you,

7 you better be prepared to read every one of these

8 again.

9     A.   Okay.

10     Q.   Did the process change at all as far as

11 discharging patients

12     A.   What do you mean the process change

13 about discharging patients?

14     Q.   Were there always, during your tenure

15 there, people who were not involved in the patient's

16 care who ultimately decided whether or not to

17 discharge the patient?

18      MR. GUARNIERI:  Object to the form.

19     A.   Yes.

20     Q.   Did you have any concerns about that?

21     A.   Yeah, concerns I mean that, I would say

22 that I can't remember his name, just went blank with

23 his name again, Lemaster, not Jeannie but the other.

24     Q.   Chris.

25     A.   Chris.  Was doing the reviews the final

reviews before they were discharged.  It's like saying she -- they were reviewing it and sending it back out saying they can or cannot discharge, or he finds something for them to recert.

Q.  And did you try to get the process changed such that the ultimate decision for discharge rested for clinicians who were involved in that patient's care?

A.  I don't, I think at that point in time it wasn't going to matter what I said, okay?

Q.  Why not?

A.  Because, I mean, the process was the process.  It was Chris's job to do that and that's what he was there to do and that's what was the directive above me, to have that review.  So no matter what I said, it wouldn't have mattered.

Q.  And the directive above you is coming from Lennie House?

A.  Yes.

Q.  Do you remember an employee by the name of Susan Harris?

A.  Yes.

Q.  Was she a clinician?

A.  She's an LPN if I remember right.

Q.  What was her role there?

1      A.   Susan started as an LPN again when I

2   started there, and then she moved into calling

3   patients when they're ready for start of care, she

4   would call the patients and prep them and say who's

5   coming out, when they're coming out, it's kind of

6   like the first call process.

7      Q.   Was that part of the intake process,

8   central intake?

9      A.   Yes, but it's a little different, intake

10  was upstairs.  She was more after they took the

11  patient she would call them after they took the

12  patient.  Let them know who was coming out to see

13  them, when they were coming.

14     Q.   The audits that we looked at earlier,

15  the internal chart audits.

16     A.   Uh-huh.

17     Q.   Do you know if Nurses' Registry

18  continued to do those types of audits focusing on

19  patients with multiple episodes of care to ensure

20  that the company was meeting billing criteria?

21     A.   Did we do it after HMA?

22     Q.   Yes.

23     A.   I don't, if it was, it wasn't done at

24  this level.

25     Q.   Do you recall any audits being done?

1      A.   Like I said if the person that was in

2 the other, I can't remember her name, anything over

3 a certain episode she would tell me and then we --

4 we would get with Pat and Jeannie or whatever if the

5 re-certs were getting up higher than they she has

6 been.  So it was a process in place, but was there

7 any further audits of that magnitude, no.

8      Q.   I take it there wasn't a process whereby

9 the company would randomly select charts and audit

10 them for compliance?

11      A.   I'm not saying that under compliance

12 that they weren't looking at certain ones because

13 there are, there are certain things that they're

14 doing charts audits and I can't, that wasn't part of

15 my process so I couldn't, you know, I don't want to

16 say something I don't really know for sure.

17      Q.   You just don't know one way or the

18 other?

19      A.   Right.

20      Q.   Okay.  Sometime in the fall of '09 did

21 Nurses' Registry receive a subpoena from the U.S.

22 Attorney's Office for patient charts?

23      A.   Yes.

24      Q.   What do you remember about that?

25      A.   I remember them coming in an serving the

1 subpoena as I was there as the president and COO

2 accepting it.  Twenty-one patient files and we were

3 to give you all the records, original records based

4 on those twenty-one original files, that's what I

5 remember.

6      Q.   What was your reaction to receiving that

7 subpoena?

8      A.   Other than shock, other than that that

9 you know, was pretty much it at that point.

10      Q.   Were you shocked after seeing that there

11 was an internal audit showing 40 percent of the

12 patients reviewed needed to be discharged?

13      A.   I mean, I was still shocked at the

14 numbers that we were dealing with even though when

15 you're looking at just the re-certs, you don't

16 really know what the numbers are.  So the

17 percentages, high percentages, yes.

18      Q.   Could you tell from the twenty-one

19 patient charts that the government had requested,

20 whether or not it was looking at patients with a

21 high number of episodes?

22      A.   You could tell, you could tell.

23      Q.   Did Nurses' Registry do an audit of

24 those charts to your knowledge?

25      A.   Yes, I believe so.  Yes.

1          Q.   Did that occur before or after producing

2    them to the United States?

3          A.   I don't,..

4          MR. TRUE:   Yeah, let me object in that

5    you're asking now about the company's internal work

6    product and I would object.  I think -- I think I've

7    got a right to request him not to answer a question

8    like that.  You're asking about a time when he's a

9    government -- not government, when he's a company

10   representative and so whatever occurred internally

11   relative to that would be work product.

12         MR. MCCAFFREY:   Let me ask, because I don't

13   know that that's true.  When you got that subpoena

14   did you think that, you know, the company was going

15   to be litigating some case against the United

16   States?

17         THE WITNESS:   No.

18         MR. TRUE:   I'm going to object.  I mean,

19   when he gets a subpoena for charts, I mean, you

20   know, it doesn't matter what he thinks.  You know,

21   it's the company's work product privilege.

22         MR. MCCAFFREY:   The company --

23         MR. TRUE:   Clearly an investigation is

24   ongoing, I mean, clearly some form of litigation is

25   ongoing.  And they're -- they're, you know, they're

1  operating under the advice of counsel at that point

2  in time.

3  BY MR. MCCAFFREY:

4      Q.  Well, lets find out about that.  Do you

5  recall an audit of those charts occurring?

6          MR. TRUE:  Well, I'm objecting to him

7  disclosing that.

8          MR. MCCAFFREY:  Did it occur?

9          MR. TRUE:  So I guess you're just going to

10  over, you're just going to run over that objection?

11          MR. MCCAFFREY:  I don't know if it even --

12          MR. TRUE:  Well, you know, I asked the two

13  plaintiffs here about a lot of things I don't know

14  if they occurred or not.  You all claimed a joint

15  privilege with the plaintiffs and they were

16  instructed not to answer any of those questions.

17  You know the same rules apply here.

18          MR. MCCAFFREY:  Well, I just want to, we

19  might need to certificate these questions for the

20  Court, too.  Because you're saying that whatever was

21  done was done at the direction of an attorney.  I

22  don't think there's any basis in the record for

23  saying that.

24          MR. TRUE:  Well, and I'm also saying

25  whatever was done is the company's work product in

1  response to a subpoena from the government.  Under

2  which they have a right to assume there's an

3  investigation or litigation that's imminent.

4  BY MR. MCCAFFREY:

5      Q.   When you got a subpoena from Paul Meadow

6  for this probe audit did you think litigation was

7  imminent?

8      A.   No.

9      Q.   It occurs all the time, right?  The

10  government asks for patient charts?

11     A.   Well, yeah.

12     Q.   What was difficult about getting a

13  subpoena from the U.S. Attorney's Office?

14     A.   Well, it's different for me that's the

15  first one I ever got and so, you know, how was it

16  different?  I mean, I don't remember reading the

17  subpoena and everything on it.  I just remember the

18  twenty-one files and I remember us making sure that

19  we got the twenty-one files to you.

20     Q.   Who was involved in responding to the

21  subpoena?

22     A.   Who was involved.  Jeannie Lemaster, we

23  had to go offsite to find records, we had to find

24  these records so we could bring them, you know, I

25  brought he actual records down here personally

1    myself in twenty-one banker's boxes.

2         Q.   Who else was involved in responding to

3    the subpoena besides you and Jeannie?

4         A.   I think Lindsey was looking for records.

5    We were all looking for these records, because they

6    were all offsite.

7         Q.   Anybody else?

8         A.   I mean, Pat could have been, I'm trying

9    to remember.  Pat I'm sure was involved somehow and

10   I don't know if we had, I don't know, Ms. Neal I

11   think was done by then, I don't remember.  She was

12   in poor health so I don't know that she went out.

13   And I can't remember anybody else, I -- that's just

14   that's what I recall.

15        Q.   Did you have conversations with Jeannie

16   Lemaster outside the presence of counsel about this

17   subpoena?

18        A.   Did I have conversations about it?  What

19   do you mean by that, help me understand what you're

20   asking me.

21        Q.   Did you have any communications with Ms.

22   Lemaster outside the presence of counsel about how

23   to respond to this subpoena?

24        A.   About how to respond to it?

25        Q.   Yes.

1        A.    No, other than us looking for records

2   and the seriousness of the issue.

3        Q.    Did you have conversations with her

4   outside the presence of counsel about what the

5   government might be looking at?

6        A.    Well, what I remember is us looking for

7   these records and when you look at the records how

8   long they've been here, then I think we had a

9   discussion that this is what we're looking for.

10       Q.    Was that a red flag to you, the length

11  of stay for these patients that the government had

12  subpoenaed?

13       A.    Yes.

14       Q.    Did you convey your concern about that

15  to Jeannie Lemaster?

16       A.    Yes, and she was concerned, too.

17       Q.    What about Lennie House?  Did you have

18  conversations with him about that outside the

19  presence of counsel?

20       A.    Outside the presence of counsel, I mean,

21  Lennie knew that most of these were long-term

22  patients.  And we had a discussion.

23       Q.    Were you involved with any conversations

24  with counsel about this subpoena?  I don't what you

25  to tell me what the conversations were, but were you

1  ever a part of any conversations with counsel?

2      A.   I'm sure I was.  I remember being in

3  meetings with the attorneys.

4       MR. MCCAFFREY:   I'm going to go into a

5  separate line of inquiry here, do you want to break

6  for five or ten minutes before we do that?

7       (WHEREUPON, a short break is taken.)

8       Q.   I want to go back on.  I want to ask

9  again whether or not Nurses' Registry did an audit

10  of the charts that had been subpoenaed by the United

11  States; and let me just state for the record why I

12  think that's appropriate.

13      We're to seeking the results of the audit or

14  the outcome of the audit or what the company found

15  with respect to any particular chart, but simply

16  whether or not one was performed.  And to use Mr.

17  True's analogy concerning communications between the

18  government and the relaters, the government did not

19  object to questions about whether or not the United

20  States met with the United States, we didn't object

21  to questions about when those meetings occurred,

22  where they occurred or who was present.

23      We did object to questions that would reveal

24  the substance of communications between the United

25  States and the relaters.  So I'm not asking here for

1　the substance of the audit, but simply whether or

2　not it occurred.  So I'll ask you if it did occur.

3　Did the company audit charts that had been

4　subpoenaed by the United States, to your knowledge?

5　　　　MR. TRUE:　I'm still going to object to

6　that because that reflects not whether a meeting

7　occurred but it reflects the work product and the

8　thought processes of those involved in the work

9　product and just making a decisions whether they

10　were or were not going to audit charts.  That's

11　different from whether a meeting occurred, who was

12　at a meeting, that's a question that goes to

13　actually some directive given by somebody to perform

14　an act that is the work product of the company.

15　　　　MR. GUARNIERI:  And I'm going to say that

16　that direction would have been overseen by counsel.

17　Counsel was involved at this point in time.

18　　　　MR. MCCAFFREY:　There is no evidence to

19　reflect that.  Obviously someone decided that the

20　relaters of the United States should have a meeting.

21　We did just bump into each other on the street.

22　That reflects a decision by counsel for those

23　parties to meet.  No different than a decision to

24　audit charts.  But I want to certify this question

25　for the record, so we can go to the court with this,

1  because I don't think it's appropriate to object to

2  an inquiry as to whether or not an audit occurred.

3  BY MR. MCCAFFREY:

4       Q.    Was there a department at Nurses'

5  Registry known as community education?

6       A.    Yes.

7       Q.    What did that department do?

8       A.    It was basically the sales on the

9  marketing side.

10       Q.    Who did they market things to?

11       A.    To physicians, nursing homes, hospitals.

12       Q.    Are you familiar with what community

13  educators did on a day-to-day basis?

14       A.    I'm familiar that they were making calls

15  to the physicians, the discharge planners at the

16  hospitals, and yeah the discharge planners at SNIPS

17  as well.

18       Q.    And was part of their job to generate

19  referrals of patients to the company?

20       A.    Yes.

21       Q.    Do you know how they were compensated?

22       A.    Yeah, they had a base and then they had

23  a bonus structure.  I can't remember the bonus

24  structure, but yes, there was a base and bonus

25  structure.

1      Q.   Was the bonus based on the number of

2  referrals they got, if you remember?

3      A.   Referrals, but it was admits actually,

4  too, so.

5      Q.   Would they get bonuses for private pay

6  admits?

7      A.   No.

8      Q.   Which payer would they be eligible for

9  bonuses on?

10     A.   Medicare.  And I can't remember if we

11 did episodic plans, I can't remember if we gave many

12 points for that.

13     Q.   What does that mean?

14     A.   Episodic is a Medicare form; it's a

15 private Medicare payer that pays episodically, like

16 Humana, Anthem, pays sixty-day episodes.

17     Q.   Okay.  Is that managed Medicare?

18     A.   It can be, yeah it can be.  They call it

19 an Advantage Plan.

20     Q.   Do you know who approved the bonus

21 structure for the community educators?

22     A.   The director of sales.

23     Q.   Do you know whether or not Lennie House

24 had any involvement in that?

25     A.   He might have approved after that after

the approval from director of sales. In other

words, he would have approved that at the end I'm

assuming, that I remember. He approved it.

Q. Do you remember him offering any sort of

special promotionals or sales campaigns where the

community educators would be eligible for additional

payment?

A. We had different things that went on; I

can't remember exactly every program that was put

out there.

(WHEREUPON, Exhibit No. 12 marked for

identification entered into the record.)

Q. Let me show you what we'll mark as

exhibit 12 please.

A. Okay.

Q. There's an email here from Barb Ulrich

to Nathan Daniels, October 11, 2010. Do you see

that?

A. Yes.

Q. Who is Barb Ulrich?

A. She's the executive assistant for Lennie

House.

Q. And who is Nathan Daniels?

A. Nathan Daniels is, or was, the

accounting manager.

1       Q.   Why do you say that he was the

2  accounting manager, do you think he moved in some

3  different position, or?

4       A.   Well, I don't know, that's just what he

5  was at the time.

6       Q.   I got you.  Was he involved in payment

7  of bonuses to community educators?

8       A.   Yes.

9       Q.   What was his role in that process to the

10 best of your recollection?

11      A.   He would cut the checks.

12      Q.   Okay.  In this promotion that Barb is

13 advising Nathan Daniels of, is this something that

14 you recall?

15      A.   I'm sure it happened.  I'm not saying I

16 remember us doing different things to increase our

17 Medicare referrals, so yeah, this,...

18      Q.   Obviously --

19      A.   I'm -- I mean, I'm copied on it so I'm

20 assuming somewhere along the way I'd know about it,

21 yes.

22      Q.   Why would you be in the loop on Lennie's

23 community education promotional?

24        A.   Commute to the form?

25        Q.   Do you know why Nathan Daniels would

1   be keeping you in the loop on this com ed

2   promotional that Lennie's running in this given

3   week.

4           MR. GUARNIERI:   Object to the form.

5           THE WITNESS:   Because I was part of the,

6   I'm, I was head of operations and this was part of

7   it, to increase our Medicare admits.  So I dealt

8   with sales as well, okay?  So I was actually at that

9   time, the director of sales reported to me during a

10  period of time as well.

11          Q.   Do you remember who the director of

12  sales was when you were working there?

13          A.   When I first started, I don't remember.

14  Lisa Steketee was for a while and then it was Mike

15  Kreutzberg right up until I left.

16          Q.   When did Michael Kreutzberg start

17  working there?

18          A.   I can't, I don't recall.

19          Q.   Were you involved in his hiring?

20          A.   Yes, I interviewed him.

21          Q.   Do you remember why a decision was made

22  to replace Lisa Steketee with him?

23          A.   I just recall that sales were not where

24  they needed to be, so.

25          Q.   Did the company have like a target

1    number for its census, it's patient census?

2         A.    Patient census?  I mean, we had a target

3    number for what we wanted to hit for referrals and

4    Medicare admits per month.  And then census was, we

5    were driving to get back to our numbers as it were,

6    but census only drives by number of admits to number

7    of discharges.

8         Q.    So you have to have a certain number of

9    admits to keep the census covered?

10        A.    To cover the discharges and everything

11   else to grow, yes.

12        Q.    Do you remember what the target number

13   of admits was, when you were working there?

14        A.    I can't remember, somewhere along the

15   line I remember 125 admits per month, but I can't

16   remember.

17        Q.    How was that information tracked at the

18   company?  Number of admits versus number of

19   discharges?

20        A.    Admits were, it's through the system,

21   through the IT system.

22        Q.    Would you get regular reports that

23   reflected the number of admissions and the number of

24   discharges?

25        A.    We knew the census, we knew what census

was everyday.  You know, active census everyday.
And we would know what our start of cares were
everyday and we worked with our discharge department
to know what our discharges were going to be for
everyday.

          Q.    Did you receive reports that reflected
that information?

          A.    Was there actual reports?  We just had
where we could look them up; I don't know that I
received actual reports that I remember.  But I
could have, I mean, I don't I just know at the
beginning when I was there we needed to be looking
at our admissions to discharges, because that was
our growth and that was what we had to do.  We had
to admit more than we discharged.

          Q.    Did Michael Kreutzberg, did he leave the
company before you did?

          A.    He was a day sooner, I think.

          Q.    Do you remember why he left?

          A.    He was fired.

          Q.    Do you remember why he was fired?

          A.    You know, other than Lennie didn't like
him and at that particular point, he didn't like
what he was doing and didn't think he was effective,
I guess, as a leader.

1      Q.   Do you remember anything beyond the fact

2  that Lennie didn't like him?  I mean, was there a

3  reason why he didn't like the guy?

4        MR. GUARNIERI:   I am going to object to the

5  form.

6      A.   I mean, he just, he just again just

7  didn't think he was an effective leader.  He was

8  just telling me he was letting him go.  And I

9  disagreed, so.

10      Q.   You disagreed with the firing of this

11  Mr. Crutzburg?

12      A.   I didn't think that he needed to be let

13  go.  And that turned into my changeover on my side,

14  too, so.  That all happened within a day.

15      Q.   Did you stay in contact with Michael

16  Kreutzberg after he left the company's employment.

17      A.    We were gone within a day of each other.

18  I called him a couple of times since we've been

19  gone.  I've talked to him a couple of times maybe

20  but nothing -- nothing it's been a long time since I

21  talked to him.

22      Q.   Would community educators provide

23  physicians and other referral sources with tickets

24  to sporting and entertainment events?

25      A.   Yes.

1          Q.   Was that practice in place at the time

2     you started in September of 209 with the company?

3          A.   Yes.

4          MR. GUARNIERI:   I'm going to go back and

5     object to the form of that question, hindsight.

6          MR. MCCAFFREY:   Let me just try to clear it

7     up for you.  What was the problem with that one?

8          MR. GUARNIERI:   The term referral sources.

9     BY MR. MCCAFFREY:

10         Q.   Are you familiar with that term,

11    referral sources?

12         A.   Yes.

13         Q.   What does it mean to you?

14         A.   It means a referral source could be a

15    physician, a hospital discharge planner, a

16    significant, a discharge planner, that's a person

17    who could possibly refer a patient to us.

18         Q.   It's not just doctors, right?

19         A.   It's not just doctors.

20         Q.   And the practice of providing physicians

21    and referral sources with tickets was in place when

22    you started in September of 2009?

23         MR. TRUE:   Object to the form.

24         THE WITNESS:   That I'm aware of.  You know,

25    I can't tell you what happened before, but yeah,

1  when I was there when I first started, yes.

2  BY MR. MCCAFFREY:

3      Q.   It was going on when you first started?

4      A.   Yes.

5      Q.   What was your reaction when you first

6  learned that the company was distributing these

7  tickets to physicians and referral sources?

8      A.   Well, I didn't, to be honest with you, I

9  didn't have any issues necessarily with it, because

10  we had done it, you know, the previous companies

11  that I worked with, but it was just depending on how

12  you did it and, you know, the decision of making

13  relationships with the referral sources, so on and

14  so forth.

15      If you were at a baseball or football game,

16  you're there with them for four hours, you talk to

17  them, you play golf with them, you talk to them.

18  But again, we went through going back and we used to

19  use the $360 dollar rule or whatever the rule was

20  for referral source.  That you couldn't go over

21  that.  I know we instituted that at Nurses' Registry

22  later on, but that's what we used.  So I didn't look

23  at that as being a problem necessarily.  When I

24  first started.

25      Q.   When you say we used that, are you

1  referring to other companies that you've worked for
2  in the past?
3      A.   Giving tickets and different things to
4  you know, football games and gone with them, taken
5  them to games, yes.
6      Q.   At other companies did you give tickets
7  or did the companies give tickets to referral
8  sources and not attend the event with them?
9      MR. GUARNIERI:  And I would, just if, when
10 you use referral sources, if you're limiting it to
11 the groups that he identified, I'm not going to
12 object, but to the extent you're indicating anybody
13 else in this group of referrals sources, I'm just
14 going to state a continuing objection.
15     THE WITNESS:   Restate it again, I'm sorry.
16 BY MR. MCCAFFREY:
17     Q.   At other home health agencies that you
18 have would for, I think your testimony was, that
19 they also provided tickets to various events to
20 physicians and referral sources.  Is that right?
21     A.   Correct.
22     Q.   And the idea was that they, that the
23 agency personnel would accompany the physician or
24 the referral source to the events and build some
25 relationship with them, is that right?

1       A.   Most of the time, yeah.  I mean, there

2   was times when we couldn't accompany them and then

3   we gave them tickets to build our relationship, too.

4   Because now, you know, you're going in and you're

5   talking to them and the, you know, being in

6   Kentucky, I'm sorry it's just UK.  If you go to the

7   UK game you remember you go to the UK game, that's

8   what it was, so it's more that, to be able to break

9   that ice, that's what it was.

10       Q.   And why do you want to build a

11  relationship with these physicians and referrals

12  sources?

13       A.   The Medicare admits.  They have the

14  Medicare, they have the referrals you need.

15       Q.   Were you put in charge of distributing

16  tickets to football games at some point in time?

17       A.   Yes.

18       Q.   Who put you in charge of that?

19       A.   Lennie gave me the tickets, parking pass

20  I think it was or whatever and then I would

21  distribute them to the sales force.  And then I

22  would go myself, because I was going and I had, I

23  would meet them in the tent and talk to them about

24  what was going on and then go into the game

25  afterward, so.

1    Q.   What about basketball tickets, were you

2 in charge of distributing those?

3    A.   Now basketball tickets were above my pay

4 grade so, Lennie had the basketball tickets and he

5 decided mainly who was going most of the time.  Like

6 I said, I was able to go, Lindsey so on and so

7 forth, a lot of times there was a lot of employees

8 that went, but there were some times where

9 physicians went.

10    Q.   What about concert tickets?   Were you

11 involved in getting concert tickets for the

12 different physicians and referral sources?

13    A.   I was not personally, no.

14    Q.   Who was involved in that?

15    A.   That went to Lennie and Vickie.

16    Q.   Did you have any concerns about

17 providing concert tickets to these physicians and

18 referral sources?

19    A.   Well, I think the, it was brought up in

20 an email and I did discuss it before is, we're not

21 Ticketron, they need to find their own tickets to go

22 to different events, that they want to go to rather

23 than asking for the tickets.  We, you know, it's one

24 thing to take them to one, but for them to ask for

25 one is different.

1     Q.   So was that different from your

2  experience with prior agencies?

3     A.   Yeah, I didn't have people just knocking

4  on my doors asking me for tickets.

5     Q.   Did you try to put a stop to that?

6     A.   Put a stop to what?

7     Q.   Providing concert tickets or other event

8  tickets to physicians in response to their requests?

9     A.   First of all, like I said, the only one

10  that I knew about was the one that we had discussed

11  before, and that's you know, like I said, what are

12  we Ticketron.  I do know I went to a concert that

13  referral sources were there when I first started

14  with the company.  And it was a country-western

15  band, so I have no idea who that was.

16     So I went and I know that they were using

17  them for, but I don't know any other ones that just

18  specifically asked for tickets other than that one,

19  that episode that I was dealing with. I'm not saying

20  that they didn't.

21     Q.   What is this one that you keep on

22  referencing?

23     A.   I got an email that said, that said what

24  are we Ticketron?  So I know it was on the email.

25     Q.   Do you remember who the physician was?

1          A.    Yeah, it was.  I thought it was Dr.

2    Karelis, I think it was Karelis, if I'm remembering

3    correctly.

4          Q.    Do you remember which community educator

5    worked with --

6          A.    Cara.

7          Q.    -- worked with him in his territory?

8          A.    Caroline.

9          Q.    Did you ever talk to her about providing

10   tickets to the physicians?

11         A.    Sure.  I mean, we provided tickets to

12   the physicians and her, the person that was over

13   Karelis' office, I can't remember her name.

14         Q.    Is that Piper?

15         A.    Piper.  She had a good relationship with

16   her, so.

17         Q.    Did Cara ever explain to you why she

18   wanted these tickets to give to the doctors'

19   offices?

20         A.    She wanted the tickets so, to have the

21   relationship and to get referrals.

22         Q.    Did you have any discussions with Lennie

23   House about this practice of giving tickets to

24   referral sources and physicians?

25         A.    The only discussion we had was if we're

1  giving tickets to them it can't be here's a ticket,

2  I want a referral.  So it's not one for one.  We did

3  have that conversation, I had that conversation with

4  him and with our director of sales and our sales

5  department.

6          Q.    What prompted that conversation?

7          A.    Huh?

8          Q.    What prompted that conversation?

9          A.    What prompted it, probably the fact that

10  you were looking at it.

11          Q.    This was after the government issued the

12  subpoena for records relating to this practice?

13          A.    Right.

14          Q.    Did he ever express any frustration to

15  you that he wasn't getting things in return for

16  these tickets?

17          A.    Yeah, I mean, I do remember him being

18  upset that, you know, we give them tickets and they

19  don't even give us anything and so on and so forth.

20  I can't, I don't recall specific physicians or

21  referrals sources, I just know he would get upset, I

22  do remember.

23          Q.    Upset at the fact that they were not

24  sending any referrals after he had given them

25  something?

1       A.   Yes.

2       Q.   Was it your impression that he expected

3  something in return for his provision of these

4  tickets?

5         MR. TRUE:  Object to form.

6         THE WITNESS:  Yes.

7  BY MR. MCCAFFREY:

8       Q.   What about Vickie House, did you have

9  conversations with her about the provision of

10  tickets to referral sources and physicians?

11       A.   Vickie and I never really talked about

12  it; it was more Lennie and I talking about that side

13  of it.

14       Q.   So you were at the company when the U.S.

15  Attorney's Office subpoenaed records relating to

16  giving gifts and tickets to physicians, right?

17       A.   Yes, yes.

18       Q.   What was your reaction when you learned

19  of that subpoena?

20       A.   Well, that's when I, when I wanted to

21  make sure that what we're doing we were doing the

22  correct way.  Because giving tickets and keeping

23  within the guidelines of where you can with a

24  physician or another referral source dollar-wise, as

25  long as you're not influencing the referral itself,

1  okay, by saying here's a ticket I want a referral,

2  then that's what we were discussing after receiving

3  it.  I wanted to make sure they really understand

4  what the process was.

5       Q.   When did Nurses' Registry start tracking

6  the dollar value of the gifts it was giving to these

7  physicians?

8       A.   I know when I was there we started, but

9  I can't remember if they started before I was there

10 or after.  I know we did, though.

11      Q.   But you don't remember when that

12 started?

13      A.   I don't recall.

14      Q.   And was it your understanding that so

15 long as there wasn't some explicit conversation with

16 a physician that, I'm giving you this ticket and I

17 want some referrals in return, that it was okay to

18 give out tickets like that?

19      MR. TRUE:   Object to form.

20      A.   Well, I think the, it was the intent of

21 saying here's a ticket, I want a referral, okay?  In

22 other words, one for one that was what it was.

23      Now giving tickets and so on and so forth and

24 saying, you know, come with me to the game or here,

25 go to the game it increased the likelihood of him

1  talking to us and making sure that the referrals and

2  using as testing us out and actually doing services

3  with us.  That was what the content of our

4  discussion was with the sales department.  But you

5  know was there like, you know, were we doing it to

6  get referrals?  Absolutely at the end of the day

7  that's what we were doing.

8      Q.  Was it your understanding that it was

9  okay to do that with that purpose to get referrals,

10  so long as you didn't have that sort of explicit

11  conversation with the doctor that I want a referral

12  in exchange for this ticket?

13      MR. GUARNIERI:  Object to the extent it

14  calls for a legal conclusion.

15      MR. TRUE:  Same.

16      MR. MCCAFFREY:  Yeah, I'm just asking for

17  your understanding of what you could and couldn't

18  do?

19      THE WITNESS:  Just what I was telling you.

20  It is my understanding that you know from that

21  perspective that it's not one for one in the intent.

22  It's still giving the physician or referral source

23  tickets, could be a ticket, could be lunch, it could

24  be anything that can use them to look at you in a

25  different light, that they want to actually look at

1  you to do services with you.  That was the intent.

2  BY MR. MCCAFFREY:

3      Q.   And to send their referrals to you?

4      A.   Yes.

5      Q.   Did you receive training at Nurses'

6  Registry about compliance with the Stark Law or the

7  Anti-Kickback statute?

8      A.   Training?  I mean, it's not, I don't

9  remember any specific things to sign off on when we

10  went through everything like I'd do with other

11  companies, I don't remember it if I did.

12      Q.   Do you remember receiving any training

13  at the company, at Nurses' Registry?

14      MR. GUARNIERI:   Limited to Stark and

15  kickback?

16      MR. MCCAFFREY:   No, he already answered

17  that one.  I'm asking about any training.

18      THE WITNESS:  Any training of anything?

19      MR. MCCAFFREY:   Any training on the

20  Medicare rules and regulations that would apply to

21  home healthcare?

22      THE WITNESS:   No.

23  BY MR. MCCAFFREY:

24      Q.   Do you know if such training was offered

25  to other employees?

1        A.    I know that compliance and I can't

2    remember, compliance came in after the ticket thing

3    to talk about just what we were discussing a minute

4    ago, about not giving the tickets one for one for

5    referrals and so forth, the intent of the tickets

6    and tracking and making sure that we're tracking not

7    only the tickets but the meals, the whatever, taking

8    in coffee cake, whatever it is, we were tracking

9    that and that was ongoing.  I can't remember the

10   person's name in compliance that was there

11   afterwards and she was doing the tracking, that's

12   what I remember again.

13        Q.    When you were Chief-Operations Officer

14   did you receive financial statements or other

15   records of the company's financial performance?

16        A.    Yes.  Unfortunately, Lennie and I never

17   got the chance to actually go over a financial

18   statement other than maybe once in my thirteen, I

19   don't know how many month career, so.  But, yes we

20   had financial statements and I received them from, I

21   can't remember our director of finance or over

22   finance, I can't remember her name.

23        Q.    Was that Charlene Wilson?

24        A.    Charlene Wilson, yes.

25        Q.    Do you remember how often you'd get

1  them?

2        A.   I would be, requested for them every

3  month, I mean, it usually was every month, maybe

4  some were late sometimes, but it was usually once a

5  month.

6        Q.   Did you try to talk to Lennie House

7  about financials?

8        A.   Did I try to talk to him about it?

9        Q.   Yes.

10       A.   Meaning, I mean, I don't understand.

11       Q.   Yeah, you testified that you only

12  discussed with the financial statements with him one

13  time in the course of your tenure at Nurses'

14  Registry, so I was wondering if you were making

15  efforts to meet with him to talk about these

16  financial statements on other occasions?

17       A.   Yeah.  I mean, with Lennie it was very

18  difficult, because he wanted, he knew the financials

19  before anybody and he got them before.  So what I'm

20  used to in any other corporation that I've worked

21  with and I still do, is I sit down and go through it

22  with the CEO or COO, or whatever and go through the

23  actual financial statements and the trends and so on

24  and so forth.  We just never did that.

25       Q.   Did you meet with other people about the

1    financial statements?

2         A.    I met with Lindsey, we would look at

3    that.  I'm trying to remember, I don't know if, I

4    don't remember if Pat was involved or not.

5         Q.    What about budgets.  Were you involved

6    in the preparation of any budgets at the company?

7         A.    I don't -- there was no budget.

8         Q.    How does a company operate with no

9    budget?

10        A.    Well, there was no budget.  That's why

11   we used to use trends and different things to build

12   this thing in, but I mean, we didn't have a budget.

13        Q.    How -- when you were there how did the

14   company ensure that it wasn't spending more than it

15   brought in?

16        A.    Financials.

17        Q.    Just these monthly financial statements?

18        A.    Uh-huh.

19        Q.    Did it have any sort of business plan

20   that you were aware of, formal or informal?

21        A.    You know, like I said, there wasn't

22   really a formal business plan.  So I don't recall.

23        Q.    Was it as simple as making sure

24   admissions exceeded discharges?

25             MR. TRUE:   Object to the form of question.

1    A.   I mean, it's pretty -- pretty simplified

2    when it comes down to that, that it's the number of

3    admissions, Medicare admissions.  If your Medicare

4    admissions are growing then your financials are

5    going to look better, as they do, because Medicare

6    is the best payer.

7    Q.   What about discharges?

8    A.   Discharges, same thing, tracking

9    discharges you know. If you're admitting more than

10   you're discharging you're doing well. If you're

11   discharging more than you're admitting you're not

12   doing so well.  So it is a matrix if you can call it

13   that.

14   Q.   As time went on during your tenure with

15   Nurses' Registry, did you find that your

16   responsibilities grew or diminished?

17   A.   I think after, like I said after the

18   first four or five months or whatever and everything

19   was starting to go on, my supervisor, she'd say

20   Lennie -- Lennie, you know had other personal issues

21   that created discord in our relationship.  So our

22   relationship was more strained.

23   So I would try to run the company, run behind

24   him and do different things so he'd be running it at

25   the same time I was running it.  So we'd run into

1 each other all the time.  That's the best way to put

2 it, I don't even know.

3   Q. What were the personal issues?

4   A. Alcoholism.  Like I said, you know,

5 calling up yelling at people, yelling at people who

6 didn't deserve to be yelled at on top of it.  I

7 mean, just, I mean, it's just part of his personal

8 issue.

9   Q. Did you get the impression that you were

10 being frozen out from meaningful authority within

11 the company?

12   A. Well, I mean, Lennie made no bones about

13 it that he was the CEO of the company and he didn't

14 care what decisions I made for him, if he was going

15 to make a decision, he was going to make a decision.

16   And he would call around, I mean, this is

17 common practice for anybody, he'd call around to

18 everybody, anybody and anybody that would listen to

19 him, around him.  So, to your, my subordinates.  So,

20 he took all the so-called leadership effectiveness,

21 from my leadership away from me over that period of

22 time.

23   Q. Is that one of the reasons why you

24 resigned?

25   A. Yes.

1          Q.    And then after you resigned did you

2    initiate any sort of legal proceeding against the

3    company?

4          A.    Yes.

5          Q.    And what type of proceeding was that?

6          A.    Breach of contract.

7          Q.    What was the outcome of that proceeding?

8          A.    Still going on.

9          Q.    So are you still in active litigation,

10   so to speak?

11         A.    As far as I know.  I don't even pay

12   attention to it anymore.  Judd deals with that, I

13   don't deal with it anymore.

14         Q.    Is Judd the attorney that represents you

15   in that matter?

16         A.    Yes.  Yes.

17         Q.    Do you know what damages you're seeking

18   through that breach of contract action?

19         A.    Just we were, I don't even remember the

20   total amount.  However, you know, the big thing was

21   having the non-compete and dealing with it, so I

22   wasn't, you know, dealing with one year of salary

23   was part of it, you know, to have them honor that

24   part of it.  That's what we're pushing for.  I don't

25   remember the total amount, dollar amount going for

1  that, but that was where,...

2        Q.    Where did you go to work after you left

3  the employment of Nurses' Registry?

4        A.    I went to work for Heritage Healthcare,

5  that was in September of, or end of August of 2011,

6  so there was seven, six, seven months I was

7  unemployed while I was looking and that was in

8  Toledo, Ohio.

9        Q.    So it's February of '11 that you

10  resigned and September of '11 that you found new

11  employment?

12        A.    Yes, right.

13        Q.    And where are you employed now?

14        A.    I'm employed with American Nursing Care,

15  CHI National Home care.

16        Q.    I'm sorry American Nursing Care is part

17  of CHI?

18        A.    Yeah, it's part of CHI.  But American

19  Nursing Care is who I'm employed with, American

20  Nursing Care, Inc.

21        Q.    What type of services does that company

22  provide?

23        A.    Home health, hospice, DME, infusion,

24  ambulance.

25        Q.    Do they have a geographic region that

1  they operate out of?

2      A.   With CHI now it's getting to be more

3  national.  I've got a region in which I deal with.

4  I'm with the southwest region.  I've got all of

5  Indiana, locations southwest Ohio, Kentucky, and

6  Arkansas.

7      Q.   Does American Nursing Care have central

8  Kentucky operations?

9      A.   Yes.

10     Q.   Are they considered a competitor of

11 Nurses' Registry?

12     A.   Yes.

13     Q.   Has the fact that you work for a

14 competitor of Nurses' Registry influenced your

15 testimony at all here today?

16     A.   No.

17         MR. MCCAFFREY:   I think that's all the

18 questions I have for you Mr. Evans.  I think these

19 fellows are going to ask you a few more, but I

20 appreciate your time and attention.

21

22             EXAMINATION

23 BY MR. TRUE:

24     Q.   Mr. Evans, I'm Guthrie True.  We know

25 each other, okay.  I represent Nurses' Registry and

1  Lennie House in this case.  A couple of questions

2  about just your current employment.  I missed when

3  you began with American Nursing Care?

4        A.   I began American Nursing Care, it was

5  February of 2012.

6        Q.   2012.  And you were with Nurses'

7  Registry, I think, from September 1 of --

8        A.   Nine.

9        Q.    '09 to February of 2011?

10       A.   Right.

11       Q.   Okay.  So were you unemployed from

12  February of '11 to February of '12?

13       A.   No, I was, I told, as I was telling him,

14  I went to Heritage in Toledo, Ohio in September I

15  think, I began in September of 2011, and then worked

16  there until February, the middle of February; it was

17  actually a couple weeks in February.

18       Q.   And at Heritage, what did you do?

19       A.   I was the corporate director of

20  operations.

21       Q.   What is Heritage?

22       A.   Heritage is a home-care company.

23       Q.   Home care company, okay.  American

24  Nursing Care is an arm of the Catholic Health

25  Initiative? CHI?

1          A.    Correct.

2          Q.    That is St. Joseph Hospital here in the

3    Lexington area?

4          A.    It's they're part of it, yeah.

5          Q.    Part of, they're part of CHI, are they

6    not?

7          A.    They're part of CHI, yes, Kentucky One.

8          Q.    Is the home health agency operated by,

9    well, let me ask it this way.  Is American Nursing

10   Care different from the home health agency operated

11   by St. Joseph Hospital or is American Nursing Care

12   the -- the home health arm of St. Joseph Hospital?

13         A.    It's a little convoluted, so this might

14   take a little bit, so do you want me to explain?

15         Q.    Yeah, I do want you to explain that if

16   you would.

17         A.    Okay.  St. Joe's, the St. Joe's home

18   care right now, St. Joseph Home care is a

19   partnership between CHI or I should say it was

20   holding ANC at that time and St. Joe's hospital then

21   CHI came in and bought both of them.  But it's still

22   a partnership.  Right now St. Joe's home care is

23   under that partnership; it's a different

24   partnership.

25         Q.    Okay.

1       A.   So it's not ANC.

2       Q.   ANC means American Nursing Care?

3       A.   Correct.

4       Q.   Okay.  It is a partner of ANC?

5       A.   Correct.

6       Q.   Is the St. Joseph Home Care one of the

7 agencies in your region?

8       A.   Yes.

9       Q.   So your region does include Kentucky?

10      A.   Yes.

11      Q.   So through St. Joseph Home Care it is

12 certainly a direct competitor to Nurses' Registry,

13 you agree with that?

14      A.   Yes.

15      Q.   Does St. Joseph's Home Care do home

16 health, do anything other than home health?

17      A.   St. Joseph's Home Care just does home

18 health, there is no hospice.

19      Q.   Does ANC have a hospice agency in

20 central Kentucky?

21      A.   We have a hospice in Seaton-Home Health

22 and then there's Tri-County Home Health in London.

23      Q.   Okay.

24      A.   Or hospice I'm sorry.  Tri-County

25 Hospice.

1        Q.   Do you have an infusion agency in
2   central Kentucky?
3        A.   Amerimed.
4        Q.   Do you have an ambulance agency in
5   central Kentucky?
6        A.   I don't think ambulance.
7        Q.   Does ANC, does American Nursing Care
8   have any other home health agencies in the central
9   Kentucky area other than St. Joseph's Home Care?
10        A.   Well, VNA Nazareth is now part of CHI,
11   as well.
12        Q.   VNA Nazareth?
13        A.   Home care.
14        Q.   VNA stands for what?
15        A.   Visiting Nurses Association.
16        Q.   And they're licensed to operate in
17   central Kentucky?
18        A.   They're not central Kentucky, they'd be
19   more Louisville.
20        Q.   At ANC and the ANC agencies, I take it
21   the ANC in your region probably has a number of
22   affiliated agencies like St. Joseph's Home Care?
23        A.   What do you mean?
24        Q.   Partnerships, affiliate, they may be --
25        A.   They do partnerships.

1    Q.   -- wholly owned, partnership, they may

2  be partnerships they are affiliated with ANC in some

3  respect?

4    A.   We do partnerships, yeah.

5    Q.   And I assume ANC also has direct

6  ownership of another home health agencies in your

7  region?  In other words, ANC owns home health

8  agencies or operates --

9    A.   The problem is, as far as CHI now that

10  owns that, because the arm of home care was

11  consolidated health services, CHS, which is out of

12  Milford, Ohio.  That was the actual arm that had

13  ANC, the home care arm.  Then they have Amerimed,

14  the infusion arm, and then they have Cornerstone,

15  the DME arm, and then the ambulance service.

16    So when they came in and bought that, CHS was

17  really the one that's really running it still.

18  Okay, it's the management company that does the

19  management for these partnerships as well.

20    Q.   Let me back up, so what is your title

21  with American Nursing Care?

22    A.   I'm a regional vice president.

23    Q.   And what are your duties as regional

24  vice president?

25    A.   I am over the branches in which I

1  discussed earlier, their operations.

2       Q.   What does that include when you say

3  you're over their operations?  Are you over clinical

4  or are you over sales or are you over marketing?

5  Are you over all of that or some part of that?

6       A.   We have a vice president of sales, we

7  have directors of sales that work under them that

8  work on a line to me, but not under me.  The

9  director of operations for each branch reports

10  directly to me.  They have a director of clinical

11  services, which deals with that.  I'm over -- over

12  all operations whether it be clinical or financial

13  operations.

14      Q.   Would you say given your current

15  experience, your experience at Nurses' Registry and

16  the twenty years experience before coming to Nurses'

17  Registry, that you have a good handle on how the

18  home care industry conducts its business in general

19  in this part of the United States?

20      A.   I would hope so.

21      Q.   In your experience have all of the

22  agencies you've worked with, including the American

23  Nursing Care that you now work with, have they all

24  had some type of a representative like the community

25  educators that you saw at Nurses' Registry?

1        A.    Yes.

2        Q.    So all of the agencies have some one to

3    go out and make contacts with what you described as

4    referral sources?

5        A.    Yes.

6        Q.    And in all the agencies you've worked

7    with has that contact person, has their, is the end

8    goal with those contact persons to gain referrals?

9        A.    Yes.

10       Q.    And have, well, let's take the community

11   educators at Nurses' Registry.  You've been asked

12   about a very limited aspect, you've been asked about

13   tickets, really, I guess, tickets is what you've

14   been asked about.  Did the community educators at

15   Nurses' Registry do other things that actually were

16   intended to provide education to potential referral

17   sources?

18       A.    Yes.  I mean, they would go out and

19   whether they did luncheons and they met with them

20   and did education with, if it was a D/C planner so

21   on and so forth they would have a meeting, provide

22   them lunch and talk about the services that they

23   were providing.

24       Q.    D/C planner being a discharge planner?

25       A.    Discharge planner, yes.

1          Q.   And would they actually speak with

2     discharge planners and physicians and nurse and

3     things like that, whether it be at nursing homes or

4     hospitals or physician's offices, and get feedback

5     from those people about the quality of service being

6     provided by Nurses' Registry?

7               MR. MCCAFFREY:   Objection.

8               MR. TRUE:   To your knowledge?  In you

9     time there did they do that?

10              MR. MCCAFFREY:   Objection.

11              MR. TRUE:   You can go ahead and answer.

12              THE WITNESS:   I'm sorry, do I answer?  I

13    don't know,...

14              MR. MCCAFFREY:  If you know, I mean,

15    that's my objection, I don't know if you know that

16    or not.

17              THE WITNESS:   Well, I know that they're

18    there to, if there is, if there's a fall off of care

19    or something or the physician is upset about care,

20    it would come through the sales person.

21    BY MR. TRUE:

22         Q.   So, when you were at Nurses' Registry

23    did you get feedback from community educators that

24    we've got a problem here, something's fallen through

25    the cracks, we've got, you know, this doctor's

1  unhappy or --

2       A.   We'd get that.

3       Q.   -- or this hospital is unhappy?

4       A.   We'd get that, yeah.

5       Q.   And this would come back to you through

6  the community educators?

7       A.   Through them mainly, yeah.

8       Q.   Okay.  Now let's take that outside of,

9  well, let me do this, let me go to, let me knock a

10 couple of things out of here.  First of all, Chris

11 Lemaster.  Were you aware Chris Lemaster is a

12 registered nurse?

13      A.   Yes.

14      Q.   So Chris Lemaster is a clinician?

15      A.   Yes.

16      Q.   When you came to Nurses' Registry had

17 you already received training concerning the Stark

18 Law and any limitations the Stark Law may apply to

19 gifts or gratuities to what you described as

20 referral sources?

21      A.   You mean, other than the normal, like we

22 were talking about in previous testimony, with my

23 previous positions, Elizabeth Hogue, you'd go

24 through different listening to them so that's part

25 of that training, yeah.

1       Q.    So you had that knowledge when you came

2   to Nurses' Registry?

3       A.    Yeah, yes.

4       Q.    Mr. House knew you had that knowledge

5   when you came to Nurses' Registry?

6            MR. MCCAFFREY:   Objection.

7            MR. TRUE:   If you know.

8            THE WITNESS:   I'm assuming he knew, I

9   don't know, I mean,...

10  BY MR. TRUE:

11      Q.    At the time you came to Nurses' Registry

12  you had how many years of experience in the home

13  care industry?

14      A.    Around eighteen, seventeen eighteen.

15      Q.    When you were at Nurses' Registry did

16  anybody ever talk to you about a Corporate Integrity

17  Agreement?

18      A.    I knew you were under one at one point.

19      Q.    Did you know what period of time that

20  the company was under a Corporate Integrity

21  Agreement?

22      A.    I don't remember, I don't recall.

23      Q.    Did you believe that they were under a

24  CIA when you were there?

25      A.    I thought the CIA was gone by that time.

1          Q.    That's fine.  That was your

2     understanding that they were out from any of that by

3     the time you came?

4          A.    Right.

5          Q.    You've talked, you've used the term

6     referral source, let me ask you what is in the home

7     care industry, what is a patient's role and right

8     with regard to the choice of a home health agency?

9               MR. MCCAFFREY:   Objection.

10              MR. TRUE:   If you know.

11              THE WITNESS:   Well, help me understand,

12     can you rephrase the question?

13              MR. TRUE:   Yes, in the business of home

14     healthcare, what is the patient's right, if you

15     know, in terms of the choice of what home health

16     agency is going to provide that patient services in

17     their home?

18              MR. MCCAFFREY:   Objection.

19              MR. TRUE:   If you know.

20              THE WITNESS:   What I do know is, in the

21     hospital the patient is given choice for a Medicare

22     patient, Medicaid patient.  They're given a choice

23     of who they want to choose to take care of them.

24     BY MR. TRUE:

25          Q.    Is that --

1      A.    That's the normal process, it doesn't

2  necessarily mean that home care from a physician

3  perspective or a SNF even sometimes SNF, that they

4  choose that, but from the hospital perspective I do

5  know that they provide choice specific to all

6  patients.

7      Q.    You keep using the word sniff.  Is that

8  a skilled nursing --

9      A.    Skilled nursing facility, I'm sorry.

10      Q.    -- that would SNF?

11      A.    Yes, they're required to as well,

12  but,...

13      Q.    Is it your understanding that it is the

14  patient's choice as to which agency is going to

15  provide them service, regardless of whether they're

16  coming to an agency as a result of a discharge from

17  a hospital or discharge from a nursing home or as a

18  result of a physician saying you need home health

19  services?

20          MR. MCCAFFREY:  Objection.

21          MR. TRUE:  If you know.

22          THE WITNESS:   I think it's always the

23  patient's choice, but that's what it is.  It's

24  always the patient's choice.

25  BY MR. TRUE:

1          Q.   So would it be true that in a literal

2     and in an absolute sense, no doctor can refer a

3     patient to a particular home health agency, it is

4     that patient's right to choose whatever agency is

5     licensed to provide services in the county of their

6     residence?

7               MR. MCCAFFREY:   Objection.

8               MR. TRUE:   Would that be true?

9               MR. MCCAFFREY:   Objection.

10              THE WITNESS:   Well, based on marketing

11    and how we market to physicians we want them to

12    write for our agency.  So that was part of the

13    process.  If you write for our agency, whether it be

14    Nurses' Registry or any other agency, because when

15    the patient gets choice, they're going to say the

16    doctor wants you to go with X.  And then, but you

17    still have a choice.  They still give them a choice.

18              MR. TRUE:  But it's always ultimately the

19    patient's choice.

20              MR. MCCAFFREY:   Objection.

21              MR. TRUE:   Is that true?

22              MR. MCCAFFREY:   Objection.

23              THE WITNESS:   Yes.

24              MR. TRUE:   You can answer.

25              MR. MCCAFFREY:   How could he know if it's

1  always the patient's choice?  How could he possibly

2  know that?  Every patient that Nurses' Registry has

3  ever seen, they've made a choice?

4         MR. TRUE:    Based on, the patient always

5  has the choice, that's my question to him.

6         MR. MCCAFFREY:    Well, I'm objecting to

7  your question.

8  BY MR. TRUE:

9      Q.    Let's start back for a moment.  Is it

10  true that patients for whom a physician writes an

11  order for home health, has a right to pick the

12  agency that they want to provide that home health?

13         MR. MCCAFFREY:    Objection.

14         MR. TRUE:   Is that true:

15         MR. MCCAFFREY:   Objection.

16         MR. TRUE:   Let's just note your ongoing

17  objection to this?  I know you don't like my

18  questions and I know that you don't like the result

19  of my questions, but I -- I will acknowledge that

20  you've got an ongoing objection to this, you don't

21  have to object to every single question I'm asking.

22         MR. MCCAFFREY:    Well, it may be you ask

23  one that in find acceptable but I just want to make

24  sure my, I'm making a clear record.

25         MR. TRUE:    You've made a pretty clear

1  record, you don't like my questions.

2  BY MR. TRUE:

3      Q.   Now here's my question to you, yeah,

4  here's my question.  Is it true that the patient

5  gets to choose what home health agency will provide

6  them services?

7          MR. MCCAFFREY:   Objection.

8      A.   It's their right, how about we just go

9  there.

10     Q.   Okay.

11     A.    It's their right, not, I'm not saying it

12 always happens that they get their choice, it's

13 their right to choose.  How's that?

14     Q.   If it's the patient's right to choose

15 what agency they receive services from then in an

16 absolute sense no hospital discharge planner or

17 physician or nurse or anyone else can refer a

18 patient to a particular agency?

19          MR. MCCAFFREY:   Objection.

20          MR. TRUE:   Would that be true?

21          MR. MCCAFFREY:   Objection.

22          THE WITNESS:   You're going to have to

23 rephrase that, I don't understand the question.

24 BY MR. TRUE:

25     Q.   Okay.  In your hospitals,

1        A.   Yes.

2        Q.   All right.  Can your hospital discharge

3   planner refer a patient to an agency without the

4   patient having selected that agency?

5             MR. MCCAFFREY:   Objection.

6        A.   Well, I'm not the hospital but we know

7   that in our business, I'm sorry in our business,

8   that patients may go home with somebody who the

9   discharge planner is friends with versus any other

10  process.  They may not answer the question properly

11  for you, but, so do they always get the pure choice

12  of where they want to go?  Maybe not.

13       Q.   So you're saying at St. Joseph Hospital

14  do you think the patient's don't get the choice?

15       A.   No, I'm not saying that at all.  I'm

16  saying I --

17       Q.   The agencies where they want to go?

18  Wait a minute, wait a minute.

19        COURT REPORTER:   When you talk over each

20  other I can't get it.

21  BY MR. TRUE:

22       Q.   Wait a minute, wait a minute, let me

23  finish my question.  My question is are you saying

24  you believe at St. Joseph Hospital that the

25  patient's don't get the choice of the agency where

1  the patient chooses?

2          MR. MCCAFFREY:  Objection.

3      A.  I say they get choice, that's what I'm

4  saying, okay?

5      Q.  And so for instance at St. Joseph

6  Hospital the patient gets choice, the patient

7  chooses the agency?

8          MR. MCCAFFREY:  Objection.

9          MR. TRUE:  Is that true?

10          MR. MCCAFFREY:  Let me, just to be clear

11  are you asking him if every patient that comes

12  through St. Joseph Hospital gets to choose which

13  home health agency they go to? Are you asking him if

14  he knows that and if it's true?

15          MR. TRUE:  I'm asking you, do you know

16  whether or not the patients at St. Joseph

17  Hospital,..

18          THE WITNESS:  Every patient at St. Joe's

19  Hospital gets a choice; I'm not saying so they…I'm

20  saying they get a choice, okay? All right?

21          MR. TRUE:  Well -- well let's and the

22  choice,..

23          THE WITNESS:  Your using different

24  terminology, choosing and choice are two different

25  things.

BY MR. TRUE:

     Q.  Let's go back.  So let's say you have a patient at St. Joseph Hospital who is being discharged and they are  a resident of Fayette County; their home is in Fayette County  and they're going to receive home health services in Fayette County.

     A.  Right.

     Q.  By the patient receiving a choice, do you mean that upon discharge the patient would be provided a list of all the home health agencies that are licensed by the Commonwealth of Kentucky to provide home health services in Fayette County and they get to choose which one of those agencies provide services?

     MR. MCCAFFREY:  Objection.

     A.  I can't speak to the actual, because I don't remember if they have to use all or some, so I don't know the full aspect of that, but they have to have a right to choose anybody in that particular county.

     Q.  And so, if I'm being discharged from St. Joe to my home in Fayette County, I get to choose any agency that serves Fayette County?

     A.  If they're certified.

1      Q.    Pardon?

2      A.    If they're certified, yes.

3      Q.    So does that mean your discharge planner

4  is not referring the patient to any home health

5  agency?

6           MR. MCCAFFREY:    Objection.

7      A.    Say that again?

8      Q.    Yeah.  Well, you talk about referral

9  sources. And my question is, if it's the patient's

10 choice is the discharge planner a referral source or

11 is the discharge planner a conduit for arranging the

12 discharge to that agency?

13           MR. MCCAFFREY:    Objection.

14     A.    Well, it can go either way.  The reason

15 I say that is because every patient would sit there

16 and say I have a right to choose, I could choose

17 anybody I want, but I don't know who to choose.

18           That's when you're sitting there and you're

19 talking to the discharge planners and you go in and

20 talk about your coverages and what you do, what you

21 do in that particular county, and they say well we

22 have a choice, you have a choice.

23           But here's who, you know, maybe they do it by

24 the next person on the  list.  I don't know what

25 they do.  It's up to them.  I -- you know, that's a

1  hospital thing.  But the reality does come to play

2  where a person could sit there all day and say I

3  don't know who to choose.  Right?  So what happens

4  then.

5         Q.   Well, what in your experience happens?

6         A.   The relationship with different people,

7  they'll remember what goes on with, they'll look at

8  skill levels, they'll look at readmission rates,

9  they'll look at all these different things that come

10  into play.

11        Q.   So then it's been your experience that

12  those relationships, that quality of service that an

13  agency provides has anything to do with what

14  recommendation a patient might receive?

15        A.   It should,  I'm not say, I'm just saying

16  it should.

17        Q.   I guess you're not actually involved in

18  that process, so in terms --

19        A.   No.

20        Q.   -- the interaction between a discharge

21  planner or between a doctor and a patient, you

22  obviously are not aware of what's said there.

23        A.   No.

24        Q.   Is that right?

25        A.   I'm not, why would I be?  How would I be

1  aware of that?

2       Q.   I'm not suggesting you should be, I'm

3  just, I guess, I'm making a point of the obvious.

4       A.   No, yeah.

5       Q.   You haven't been a part of those

6  discussions?

7       A.   No.

8       Q.   Have the other agencies other than

9  Nurses' Registry that you've worked with, the other

10  home health agencies that you've worked with, do

11  they track admissions?

12       A.   Yes.

13       Q.   Do they track the type of admission,

14  that is, Medicare, Medicaid, private pay, do they

15  track those admissions?

16       A.   Yes.

17       Q.   Do they track discharges?

18       A.   Yes.

19       Q.   Do the other agencies you've worked with

20  will they track, for instance, how many visits, the

21  frequency and the plan of care to see if they're

22  meeting the frequency identified in the plan of

23  care?

24       A.   Are you saying frequency or utilization,

25  which one are you talking about?

1    Q.   Well, I've heard you use the word

2  frequency.  I haven't heard you use the word

3  utilization.  Let me take an example.  You have a

4  plan of care that says the patient is going go to be

5  seen five times by a registered nurse.  Do the

6  agencies you've worked with, other than Nurses'

7  Registry, will they track that to see if that's

8  happening?

9    A.   Yes, they want to make sure they're

10  following the plan of care.

11    Q.   Okay.  And similarly, if you have a

12  patient that has a plan of care that says they're

13  going to have fourteen therapy visits during this

14  episode the other agencies, other than Nurses'

15  Registry, you've worked with, will they track that

16  to see if those fourteen visits are being made?

17    A.   Yes, visits, but I mean, that's yes,

18  over the visits.  Yes.

19    Q.   I'm not suggesting there's anything

20  wrong with that, I'm just asking, I'm just asking if

21  it happens.  Okay?

22    A.   Yes, you can track it.  Yes.

23    Q.   And all the agencies you've worked with

24  are the reasons that they do that, one to see if

25  they're following the plan of care?  That would be

1  one reason they do that?

2      A.    Uh-huh.

3      MR. MCCAFFREY:   Objection.

4      Q.   Is that true:

5      A.   That would be one, yes, that would be a

6  reason, yeah.

7      Q.   Is there also a financial component to

8  why they're tracking the number of, whether or not

9  the number of visits are being, that have been

10  identified are being met?

11      MR. MCCAFFREY:   Objection.

12      MR. TRUE:   Is there a financial component

13  to that?

14      MR. MCCAFFREY:   Objection.

15      THE WITNESS:   I mean, there's -- there's

16  clinically and financially based on them following

17  what their plan of care was, yes.  So if they're

18  plan of care has already been put in for this number

19  of visits and their episode has been put in.  So it

20  will have a financial impact if they don't do the

21  visits.

22  BY MR. TRUE:

23      Q.   Do other agencies other than Nurses'

24  Registry that you've worked with, if you know, would

25  those agencies prefer to have Medicare patients as

1  opposed to Medicaid or private pay patients?

2      A.   Medicare.

3      Q.   Pardon?

4      A.   Medicare.

5      Q.   They prefer the Medicare patients?

6      A.   Yes.

7      Q.   Is that true through the whole home

8  health industry that regardless of what agency

9  you're talking about they'd always prefer to have a

10  Medicare patient over some other patient?

11         MR. MCCAFFREY:   Objection.

12         MR. TRUE:   If you know.

13         MR. MCCAFFREY:   Objection.

14         THE WITNESS:   Yes, based on financial,

15  because they're the best margin business, that's

16  what it is.

17  BY MR. TRUE:

18      Q.   Explain that.  Why is the Medicare

19  patient the best margin business in the home health

20  industry?

21      A.   When you're dealing with an episodic

22  payer you can control, when you control the cost

23  then you control everything that goes on with the

24  number of visits that you're doing.  I'll give, do

25  you want an example?

1          Q.    Example, yes.    That's fine.   Yeah.

2          A.    Twenty-five hundred dollar HRG you get

3    paid.   You do five skilled nursing visits and you do

4    fourteen therapy, it costs you $2,000 dollars to

5    provide that service.

6          You've made $500 dollars on that particular

7    HRG versus per visit the way they do per visits, and

8    per visit based on our private insurance sector and

9    worker's comp or anything, you might be lucky to get

10   $80 dollars a visit and your cost.

11         When you do your cost per visits that are set

12   up with fully loaded, what I'm calling admin and

13   everything else is probably going to be over a

14   hundred dollars it's going to cost you per SN visit,

15   so you lose money on those processes.   Because

16   you're only getting a certain amount per visit,

17   okay.

18         Q.    So it's better to make money than to

19   lose money isn't it -- if you're in, if you're in a

20   business that's objective is in part to make money?

21         A.    Yes.

22         Q.    And that's why when you talked about the

23   two thousand cost versus the twenty-five hundred

24   reimbursement that's the margin you're talking about

25   --

1      A.   Yes.

2      Q.   -- in the Medicare patient, right?

3           MR. MCCAFFREY:   Objection.

4      A.   In the example.

5      Q.   Right.  You mentioned that in other

6  agencies you've worked with they have provided

7  tickets to what you've described as referral

8  sources, is that right?

9      A.   Yes.

10     Q.   Tickets for instance to what?

11     A.   Football games, I mean, we did do a

12  couple of basketball games, basketball games are

13  hard to get so it's just, there was very --

14     Q.   And I'm talking about other agencies

15  other than Nurses' Registry?

16     A.   Yes, other agencies.

17     Q.   UK football games?

18     A.   Yes, we took them to the games.

19     Q.   Okay.  What other types of gifts or

20  gratuities with other agencies other than Nurses'

21  Registry have you seen provided to what you've

22  described as referral sources?

23          MR. MCCAFFREY:   Has he physically seen

24  provided?  Is that the question?

25          MR. TRUE:  Yeah, that he is personally

familiar with.  Yes.

             THE WITNESS:   Personally?  Lunches.

Again, I mean, we have to track it all the way down

to a cup of coffee sometimes, too, or whatever.

But, I mean, you can bring a cup of coffee to a

physician's office or their person, so, I've seen

all different things.

BY MR. TRUE:

        Q.   Outings?

        A.   Golf.

        Q.   Golf outings?

        A.   Golf before, yes.

        Q.   You've seen golf bags or golf clubs be

given to referral sources?

        A.   Uh-huh.

        Q.   Is that a yes?

        A.   Yes.

        Q.   Have you ever seen at any agency other

than Nurses' Registry, have you ever seen agencies

sponsor events for -- referral sources, to

Keeneland?

        A.   Yeah, I think a long time ago we had

done that with HMA, yeah, it was a dinner at

Keeneland.  But we also did the total up as far as

the number or the actual dollars. Okay?  So that's

1  what,..

2       Q.   So in your experience in the home health

3  industry, these types of gifts or gratuities to what

4  you've described as referral sources, are these

5  unusual or would you describe them as commonplace?

6       A.   I mean, I can't speak to everybody's

7  home health but there were like I said, the tickets

8  and things were common to me, because I had done

9  those before.  But again, you know, I put into place

10 that we have limitations on what we can give and

11 that's what it is.

12      The doctor came to the golf outing or

13 whatever and they used up their whole $250 bucks for

14 that thing, and they were done.  I mean, they

15 couldn't even go see them, take them to lunch or

16 dinner.  So it's a relationship building process

17 that's what we do.

18      Q.   And I think I understand based on your

19 earlier testimony when Mr. McCaffrey was asking, you

20 don't have any, you don't have any knowledge of any

21 instance where anyone with Nurses' Registry has

22 given something and sought or solicited a direct

23 quid pro quo, in other words I'm giving you this and

24 expecting X in return for this?

25           MR. MCCAFFREY:    Objection.

1        MR. TRUE:   You're now aware of any such

2    thing, are you?

3        MR. MCCAFFREY:   Objection.

4        THE WITNESS:   I'm not aware of just what

5    we talked about of them handing a ticket and saying

6    I'm taking, give me a referral.

7        MR. TRUE:   Right.

8        THE WITNESS:   But I'm not aware of it, if

9    they did they did. I'm saying that they did or

10   didn't.

11   BY MR. TRUE:

12        Q.   You're also not aware of any physician

13   office or hospital or nursing home sending patients

14   directly as a result of that are you?

15        MR. MCCAFFREY:   Objection.

16        A.   Directing as a result of?

17        Q.   Directly as a result of that, in other

18   words, saying I'm giving you this patient because

19   you gave me this ticket?

20        A.   Again, I'm not aware of, I didn't hear

21   specific if that happened.

22        Q.   At any other agency with which you have

23   worked or the agency where you are now, are the

24   people in the role of the community educators, is it

25   common for them to receive a base plus some type of

1  a bonus system?

2       A.   Yes.

3       Q.   Even with the agency you're with now?

4       A.   Yes.

5       Q.   And is that a productivity based bonus?

6       A.   It's based on Medicare admissions.

7       Q.   Medicare admissions?

8       A.   Yes.

9       Q.   So in your experience bonusing people in

10 the role of community educators for only Medicare

11 admissions is not unusual, in your experience?

12      A.   No.

13      Q.   Let me ask you about some of these

14 documents that you might want to put in front of

15 you.  First of all along those lines I just asked

16 you about the bonus.  Look at exhibit 12.

17      A   Okay.

18      Q.   I noticed if you look at the email at

19 the bottom that's an email from Barbara Ulrich to

20 Nathan Daniels, is that right?

21      A.   Yes.

22      Q.   And the email at the top is, looks like

23 it's forwarding that email from Nathan Daniels onto

24 Michael Crutzburg.

25      A.   Crutzburg?

1      Q.   Crutzburg and you and to, and copied to

2  Lennie House, is that right?

3      A.   That's what it looks like, yes.

4      Q.   Okay.  So we don't have an email with

5  this information and with this promotional that's

6  referenced in here that's going anywhere beyond you

7  and Michael Crutzburg, do we?

8        MR. MCCAFFREY:  Objection.

9        MR. TRUE:  Let me be clear.  This email

10  does not reflect this going out to the community

11  educators, does it?

12        THE WITNESS:  No.

13  BY MR. TRUE:

14      Q.   I'm going to back through some of these

15  exhibits.

16      A.   Okay.

17      Q.   Look at exhibit 11.

18      A.   Okay.

19      Q.   This is the email from Pat Allred and

20  it's an email from her to you and to Lindsey House

21  is that right?

22      A.   Correct.

23      Q.   And then under the subject does it say

24  please read and see if this is okay before I send

25  it, is it clear enough. Is that what it says?

1          A.    Yes.

2          Q.    This email does not reflect that it,

3     that there was any response to it, does it?

4          A.    No.

5          Q.    And this email does not reflect that it

6     went out beyond anyone other than you and Lindsey

7     House does it?

8          A.    No.

9          Q.    Okay.  Let's look at exhibits two and

10    I'm going to ask you to get exhibits 1, 2, 3 and 4

11    if you would for a moment.  And 5 actually.

12         A.    Which ones?

13         Q.    One through 5.

14         A.    Okay.

15         Q.    Okay.  Let's take exhibit 1 for just a

16    moment.  This -- these are reviews being done by

17    Judy Neal, is that right?

18         A.    Yes, that's what it said.

19         Q.    Now in looking at these patients on this

20    list, it looks like to me she's got one, two, three,

21    four, five, six, seven, eight, nine, ten, eleven,

22    twelve, it looks like fourteen on this list she's

23    got no skill somewhere written beside the patient.

24         A.    I'll take your word for it.

25              MR. MCCAFFREY:   Well, let's don't count

1  them on the -- let's let the witness count them.

2      THE WITNESS:  1, 2, 3, 4, 5, 6, 7, 8, 9,

3  10, 11, 12, 13, 14, 15, 16, 17, 18,...

4  BY MR. TRUE:

5      Q.  Now wait a minute, I'm not counting the

6  no skills.  I'm counting the patients.

7      A.  Oh, okay.  I was counting the no skills.

8      Q.  I'm just counting the patients where

9  it's got no skill written somewhere out beside of

10  it.

11      A.  4, 5, 6, 7, 8, 9, 10, 11 -- there's

12  eleven and possibly 12 because it says no other

13  skills.

14      Q.  It's the next page, three more on the

15  next page.

16      A.  12, 13, 14, 15.

17      Q.  Okay.  Maybe fifteen.

18      A.  Okay.

19      MR. MCCAFFREY:  For the record I counted

20  sixteen.

21      THE WITNESS:  Did I miss one?

22  BY MR. TRUE:

23      Q.  Well, we've got somewhere in the range

24  of 14 to 16, okay?  Does she on any of these

25  patients from what you can tell identify at what

1  point in time in the search she's reviewing that she

2  determines that the patient, she's deeming the

3  patient not to have a skill?

4      A.   She's deeming, I mean, I'm only going on

5  what I'm looking at, so she's deeming that during

6  the process of, well, I'll just use the first one.

7  No skill is on the 7/28 to 9/25 is where she's

8  talking about.

9      Q.   Okay.  But she's not identifying where

10  during the period of July 28th to September 25th

11  when she's determining, at what point in time in

12  that time period she's determining the patient lacks

13  a skill.  She doesn't do that, does she?

14      A.   Without reading.

15      MR. MCCAFFREY:   I'm not sure what you're

16  asking.

17      Q.   Yeah, I mean, she's not saying, she is

18  not saying the patient didn't have a skill on July

19  the 28th or the patient, I find that the patient

20  lacked a skill beginning August 31st.  She doesn't

21  say that does she?

22      A.   I'm going to have to look at all of

23  them, to sit there and say that.  I mean, some of

24  them did say that, in the subsequent that there was

25  no skill, but for this one, in the subsequence, it

1  says no changes no skill, right?  I'm not saying on

2  their initial, just I'm just using that as an

3  example that you've given me.  It says no skill, but

4  then on subsequent ones for like William Causey it

5  says no changes, no skill.  So there was no skill

6  and no subsequents.

7          Q.   Look at the third one down, look at

8  Thomas Douglas.

9          A.   Okay.

10         Q.   Out beside there it says 21 certs,

11 8/15-10/13, won't walk around is afraid of falling.

12 Refuses PT.  Fell last month, very forgetful, pain

13 4/10 chronic.  Does the fact that he fell last

14 month, would that constitute a skill for him

15 remaining in home health?

16         MR. MCCAFFREY:   Objection.

17         A.   First of all, I'm not clinical but just

18 having a fall doesn't always subsequent say that

19 there is a skill.  I'm not clinical on that.

20         Q.   In some instances it does?

21         A.   Some instances yes.

22         Q.   Okay.  On exhibit 2, look at exhibit 2.

23         A.   Okay.

24         Q.   Now out of that group it looks like to

25 me she's only written no skill on four of the

1  patients in that group.  Is that right?

2          MR. MCCAFFREY:   Objection.

3          MR. TRUE:   What's your objection?

4          MR. MCCAFFREY:   I just don't see that what

5  you, what you've said I don't see that reflected on

6  this document, which I think speaks for itself.  I

7  don't understand the counting exercise.

8          MR. TRUE:   Well, don't you see that there

9  are four patients there that's got no skill written

10 beside of and the rest of them that doesn't?

11         MR. MCCAFFREY:   No, I don't actually.

12         MR. TRUE:   Well, Glory Anderson says no

13 skill.  Pearl Byrd says no skill, Velma Allen says

14 no skill and Armethia Bledsoe says no skill and the

15 rest of them it doesn't say that.

16         MR. MCCAFFREY:   I mean, I hate to give you

17 all credit, but Velma Allen, Armethia Bledsoe, it

18 doesn't say no skill.  It says PT skill but no

19 nursing skill, which I believe means something

20 different than no skill.

21 BY MR. TRUE:

22     Q.   All right.  So only two of them have no

23 skill written beside of, is that correct?

24      A.   If you're just looking at no skill on

25 the page, is that what?

1        Q.   Yeah, that's what I'm asking you.

2        A.   I got no skill, one, PT  no skill, PT

3   no skill -- I don't know do I just have one/two?

4   Under Gloria Anderson, so Pearl Byrd, they just say

5   no skill.

6        Q.   Right.

7        A.   But that's all we're talking about

8   right, that it says no skill?

9        Q    Right.  So two on that page say no

10  skill.  Right?  I mean, it's not a trick question.

11       A.   Yes.

12       Q.   If you'll just follow me these are not

13  trick questions.

14       A.   All right.

15       Q.   Exhibit 3, look at exhibit 3.

16       A.   Okay.

17       Q.   I think there are what seven patients on

18  there and everyone of those say no skill, doesn't

19  it?

20           MR. MCCAFFREY:   Let me object again. I

21  mean, it's not what the record says, I think the

22  record speaks for itself.  You've got seven

23  patients.  Six of them say no skill next to their

24  name.  Frankly I don't understand the counting

25  exercise.

1          MR. TRUE:   Well,...

2          MR. MCCAFFREY:   I object to it if you're

3    going to misrepresent what the record says.

4          MR. TRUE:   I'm sorry I misread that six

5    of seven say no skill.  Is that right?

6          THE WITNESS:   Let me recount them -- 2,

7    3, 4, 5, 6.

8    BY MR. TRUE:

9          Q.   And that's Judy Neal that did that

10   review, is that right?

11         A.   Yes.

12         Q.   Now look at exhibit 4.  Cynthia Watkins

13   did this review, is that right?

14         A.   Correct.

15         Q.   I'm looking at the second and third

16   pages of that exhibit, which are Bates stamped NRESI

17   21393 and 21394.

18         A.   Okay.

19         Q.   Now she does it a little bit different.

20         A.   Right.

21         Q.   But I find 1, 2, 3 of 16 patients there

22   that she says there's no skill on.  Is that right?

23         A.   If it's the no skill terminology, yes.

24         Q.   And then if you'll look at exhibit 5, I

25   believe, this review was done by Becky Rhodus, is

1  that right?

2      A.   A different exhibit.

3      Q.   Exhibit 5, exhibit 5.

4      A.   Yes.

5      Q.   This review is done by Becky Rhodus.

6  And I see one patient, Marie Black, she's

7  recommending discharge process after getting the

8  diet order corrected and educated on, is that right?

9      A.   What's the page?

10     Q.   I'm looking  at the second page under

11 Marie Black the very first patient.

12     A.   Okay.

13     Q.   That's what she says isn't it?

14 Recommend discharge process after getting the diet

15 order corrected and educated on, right?

16     A.   Uh-huh, yes.

17     Q.   And I think if you look at the next page

18 on Caroline Batterton, she recommends discharge

19 planning, doesn't she?

20     A.   Uh-huh.

21     Q.   The next one down she says observe this

22 cert if no change in plan of care begin discharge

23 process, right?

24     A.   Uh-huh.

25     Q.   The next one down she says observe this

1   cert, if no change begin the discharge process,

2   right?  That's Ethel Bailey?

3         A.  Uh-huh.

4         Q.  And the next patient down Louise Chowing

5   she says the same thing doesn't she?

6         A.  Yeah.

7         Q.  Chowing, right?

8         A.  Right.

9         Q.  And if you look on the next page those

10   are the only patients she makes any suggestion of

11   discharge or discharge planning on, isn't it?

12         A.  Well, without reading every single line

13   on this, and just what we went over, yes.

14         Q.  Would you then agree we, we've kind of

15   been through three different clinicians reviewing

16   quite a number of patient charts with one of those

17   clinicians we've seen nearly every one of them

18   marked as no skill.  Would you agree that it kind of

19   depends on the judgment of the clinician in these

20   instances as to whether or not a patient ought to be

21   discharged or not?

22         A.  It's always dependent on the clinician

23   to write that up as well.  I'm, I don't understand

24   the question.

25         Q.  Yeah, we've seen one clinician Judy

1    Neal, almost every single patient she looked at she

2    said no skill right?

3        A.    Uh-huh.

4        Q.    We saw two other clinicians and they saw

5    a very, much smaller number of the patients they

6    looked at that they think need to be discharged.

7            MR. MCCAFFREY:    Objection.

8            MR. TRUE:    Do you agree with that?

9            MR. MCCAFFREY:    Objection.  You didn't

10   cover thirty of the patients that Cindy Watkins

11   reviewed.  You looked at one small piece of her

12   review.  So, I -- I mean.

13   BY MR. TRUE:

14       Q.    Do you agree that the clinician's

15   judgment has a lot to do with this?

16       A.    The review?

17       Q.    Yeah, and the decisions that are made?

18       A.    I'm just going off of the totals that

19   were given at the end so if you go off the totals at

20   the end, the total recommendations of this is how

21   many need to be discharged, this is how many we

22   have.  That's what I'm looking at after taking all

23   these together, that's what I'd be looking at.

24       Q.    Look at exhibit 10 which is a big

25   report.

1          A.    Sure.

2          Q.    Turn to the second page of that if you

3    would.

4          A.    Okay.

5          Q.    This is Diana Burton's report, from HMA,

6    is that right?

7          A.    Correct.

8          Q.    Okay.  Look down under summary of

9    findings.  Let's go to the third sentence where it

10   says, Of the total records reviewed, do you see

11   that?

12         A.    Yes.

13         Q.    Of the total records reviewed

14   approximately 201 paren 55 percent, closed paren

15   identified as potentially not medically reasonable

16   and necessary.  Did I read that correctly?

17         A.    Yeah.

18         Q.    She didn't say that they were not

19   medically reasonable and necessary, did she?  She

20   said that they were potentially not reasonable, not,

21   potentially not medically reasonable and necessary,

22   those were her words weren't they?

23         A.    Yes.

24         Q.    Okay.  Did she make any recommendation

25   in this report that any of these patients be

1   discharged?

2           A.   Without looking at all of this, I don't

3   know.

4           Q.   Okay.

5           A.   I mean, she is the consultant bringing

6   it to our people to say here's the potential, so

7   that's what she was bringing to it.  So she is

8   saying in there that I read it, sorry, it's the way

9   I read it.  And it's potentially that we've got 201

10  patients that don't have medical and reasonable

11  necessary, or I should say that's medically

12  reasonable or necessary.  So that's how many do we

13  discharge?

14          Q.   Well, would it surprise you to know that

15  she's testified in this case that she didn't make a

16  recommendation that anybody be discharged?

17          A.   I'm not saying she did, and she says

18  potentially.  She's not making a recommendation.

19  She's bringing it in saying this is what my findings

20  are  you have to deal with it, because it's your

21  license, it's your things to do about it, right?

22          Q.   And do you know what she was looking at

23  in making that recommendation?

24          A.   What?

25          Q.   Do you know if she was looking at a full

1   patient chart, do you know if she was looking at one

2   episode, did you know what she was looking at?

3         A.    I wasn't in, I wasn't sitting and

4   watching her do her review, okay?

5         Q.    And there was some reference made to 400

6   patients being discharged.  I heard that in the, in

7   the direct examination of you.  Do you believe that

8   to be correct that there were 400 patients

9   discharged?

10        A.    In totality from the initial edit in

11  this one, I do remember our census dropping too, we

12  discharged a lot of patients.

13        Q.    So you believe that was as a result of

14  your all's internal edit, audit that you did back in

15  September plus this one, between those two, you,...

16        A.    That's what I'm remembering.

17        Q.    All right.  And I take it you are

18  unaware of what portion or what percentage of those

19  patients may have come back into the service of

20  Nurses' Registry or home health, or another home

21  health agency after their discharge from Nurses'

22  Registry?

23        A.    I don't know.

24        Q.    Okay.  Do you know if there's any

25  limitation on the number of times a patient can be

1    re-certified for home health services?

2           A.    I don't know if there's a limitation.

3           Q.    Do you recall what the average patient

4    census at Nurses' Registry was when you were the

5    chief operating officer?

6           A.    Medicare?

7           Q.    Well, let's take Medicare.

8           A.    When I first started it was over a

9    thousand Medicare patients.

10          Q.    That was the average patient census?

11          A.    That was my average patient, daily

12   census was right around a little over a thousand.

13          Q.    A thousand Medicare?

14          A.    Yes.

15          Q.    Okay.  Do you know what the total

16   patient census would have been?

17          A.    I can't remember, it might have been

18   twelve, 13,000, because it was Medicaid and other.

19   That's a guess, okay?

20          Q.    So at ANC right now what percentage of

21   your all's average daily census would be comprised

22   of Medicare patients?

23              MR. MCCAFFREY:  Objection.

24              THE WITNESS:   Is that privileged

25   information here or what?  Am I allowed, am I

1  supposed to answer that?

2          MR. MCCAFFREY:   My objection is simply if

3  you know --

4          MR. TRUE:   If you know.

5          MR. MCCAFFREY:   -- American Nursing Care

6  what percentage on a daily basis is Medicare

7  patients?

8          THE WITNESS:   Presently it's about, we're

9  probably looking at about 55 percent as Medicare.

10 BY MR. TRUE:

11     Q.   You talked about a patient getting

12 better, I guess, particularly talking about a

13 Medicare patient getting better while in home

14 health.

15     A.   Right.

16     Q.   If you know, is it okay to maintain a

17 person in home health in order just to maintain that

18 person, in other words the patient is not going to

19 get better, but in order to just --

20     A.   Maintenance?

21     Q.   -- maintain them.

22     A.   Maintenance?

23     Q.   Just maintenance, yes.

24         MR. MCCAFFREY:   Let me object to the

25 form.

1    A.    There's a ruling on this and it's very

2    vague, so you know, as far as taking, keeping

3    patients on maintenance, so I don't know a hundred

4    percent, so.

5    Q.    If you don't that's fine.  There was

6    some discussion in your testimony about people at

7    Nurses' Registry saying that they would get in

8    trouble if they discharged patients.  Did you ever

9    hear anyone say that to you?

10    A.    Like I said, I talked to the therapists.

11    I can't remember their names though anymore, so to

12    be, and then Pat, you have that in the emails that

13    she felt if we discharged patients that we were

14    going to have issues.

15    Q.    Well, you know, and I was going to ask

16    you about that, the therapist issue.  Yeah, I take

17    it what you were saying is therapists mentioned to

18    you that they were having difficulty discharging

19    patients, is that what you're saying?

20    A.    Yes.

21    Q.    The therapist would not however be

22    familiar with all that was going on with the

23    patient, would you agree with that?

24           MR. MCCAFFREY:   Objection.

25    A.    If it's therapy only patient, yeah, but

1  if it's not therapy only, correct.

2      Q.    Yeah, if they were not a therapy only

3  patient there would be other issues being attended

4  to by other clinicians?

5      A.    Correct.

6      Q.    You mentioned when you came to Nurses'

7  Registry that there was a probe audit?

8      A.    Yes.

9      Q.    That it was ongoing or had just been

10  completed?

11      A.    It just started I think it was in August

12  before I started, because Jeannie was working on it

13  when I came in and that's how I found out about it,

14  was like a couple of weeks after I started.

15      Q.    I think you're the first person to

16  mention something like that in our record.  So if

17  you can tell us what a probe audit is?

18      A.    A probe audit is where CMS Palmetto

19  pulls a patient volume or census or whatever,

20  reviews them, it's almost like an ADR or bigger on

21  that side of it.

22          And they set aside a sampling to review and

23  based on the review, if they pass muster to the

24  percentage of what they would pay and what they

25  wouldn't have paid, and if you don't get a certain

1  percentage, you're held to that edit audit, still

2  keep going forward.  It's probably the hardest way

3  to explain that.  I don't think I did, but,...

4      Q.  Well, you did the best you could.  I

5  think you testified earlier the ultimate outcome of

6  that probe audit was that you all did not remain

7  under an edit audit going forward, is that right?

8      A.  That's correct.

9      Q.  You passed the test?

10      MR. MCCAFFREY:  Objection.

11      A.  Yeah, we went back in and fought the

12  first ruling because they came back.

13      Q.  As a result of that probe audit were you

14  required to discharge any patients?

15      A.  I don't remember, I don't recall.

16      Q.  As a result that probe audit were you

17  required to repay any moneys to Medicare?

18      A.  I remember a couple of patients, I

19  thought they did.  There was a couple of patients we

20  had to.  I'm just recalling.

21      Q.  You think on a couple of patients you

22  did?

23      A.  Yeah, I'm just trying to remember, based

24  on that audit.

25      Q.  When you were at Nurses' Registry --

1          A.    They denied them so we had to pay it

2     back, so.

3          Q.    Forgive me for skipping around a little

4     bit here, because I'm kind of going back through

5     some things, but when you were at Nurses' Registry

6     did the discharge team exist?  Was there such a

7     thing as a discharge team when  you were there?

8          A.    Discharge team?

9          Q.    Yes.

10          A.    There was Chris Lemaster and there might

11     have been somebody added to, with him after, right

12     before I left.  I can't remember I couldn't guess

13     what it was.

14          Q.    Let me drop back to exhibit number 3 for

15     a minute and exhibit number 10.

16          A.    Number 10?

17          Q.    On exhibit number 10 if you would turn

18     over to page 2370, Bates stamped 2370.

19          A.    Okay.

20          Q.    It's down at the bottom, patient 13

21     Robert Woolery?  That's the same patient that's

22     listed on exhibit 3, is that right?

23          A.    Correct.

24          Q.    Let's read now in exhibit 3 Judy Neal

25     shows Mr. Woolery if I'm interpreting her report

1    correctly, that in the, in the cert period of May 20

2    through July 18, she is saying no skill and in cert

3    period July 19 to September 16 she is saying no

4    skill.  Is that the way you interpret that?

5         A.   That's the way I interpret it, yes.

6         Q.   Let's look at what HMA's report says in

7    exhibit 10 about Robert Woolery during the cert

8    period of 1/15 to 3/15.  See if I read this

9    correctly, it says, Primary diagnosis diabetes, this

10   was taken from the previous 485 as the current one

11   is not yet on file.

12        The medication record does not indicate any

13   new or changed medications.  The sixty-day summary

14   indicates the patient is not always compliant with

15   diet and needs teaching.  This has been addressed

16   for two prior episodes.  At this point medical

17   necessity of continued teaching is questionable.

18   That's what HMA said about this patient, is that

19   right?

20        A.   Correct.

21        Q.   HMA did not say that Mr. Woolery lacked

22   a skill, did they?

23             MR. MCCAFFREY:   Objection.

24        A.   It said they were seen two prior and

25   the two prior said no skill, right, isn't that what

1  they said?

2      Q.   No, well I don't see that, I didn't read

3  that in here, where'd it say that.

4      A.   Didn't we just talk about the two, the

5  two prior and right here?

6      Q.   I'm not talking about what Judy Neal

7  said, I'm talking about what HMA said.  HMA didn't

8  make any mention of that did they?

9          MR. MCCAFFREY:   Objection.

10     A.   Unless I'm reading wrong, because it

11 says the two prior episodes.

12     Q.  It says this has been addressed for two

13 prior episodes, you're right, it does say that,

14 yeah.  My question is did they make any mention in

15 here that he lacks a skill?

16     A.   She doesn't write in there that there's

17 no skill, no.

18     Q.   Did she write in there that this patient

19 needs to be discharged?

20     A.   No.

21         THE WITNESS:   How much more do you guys

22 have?

23     (WHEREUPON, a short break is taken.)

24 BY MR. TRUE:

25     Q.   All right.  Let's troop on here and see

1    if we can get done with you here.  Mr. Evans, you

2    said a while ago, that on this issue of this

3    maintenance issue, maintaining a patient that there

4    was a ruling and it was ambiguous.  Tell me what you

5    mean by that and in what way is it ambiguous?

6           A.   I just know that there's something out

7    there, they talk about maintenance, but we've never

8    been able to find out of that thing is for real and

9    when you're talking about maintenance, meaning that

10   the person is never going to improve and you're just

11   going out there to take care of them.  And home

12   health unfortunately has to show that there is

13   improvement and everything else that goes with it,

14   so that's the ambiguous part.  It kind of doesn't

15   correlate.

16          Q.   Well, and from your experience in the

17   industry, is that known to be an issue in the

18   industry that there is ambiguity about whether or

19   not a patient can be certified or re-certified for

20   care or maintenance only?

21           MR. MCCAFFREY:   Objection.

22          Q.   If you know.

23          A.   I mean, I don't really know, I mean

24   based on that side of that, I couldn't answer that,

25   to be honest with you.

BY MR. TRUE:

Q.   That's fair enough.  Let me ask you about one other exhibit, it's exhibit 9.  This is Pat Allred's email to you and to Lindsey House October 22, 2009, is that right?

A.   Yes.

Q.   Let me, let's read through the second paragraph of this email if we can, see if I read this correctly:  So that it is, so that it, so that is probable, the conversation you are talking about this kind of stuff is why we never D/C people.  Yes, I know there are people paren (CM) paren, here who are stupid and screw things up for everyone else and yes, someone should be checking on all D/C.  Let me just stop there for a minute.

A.   All right.

Q.   In that passage, D/C is discharge is that right?

A.   Correct.

Q.   And CM is case managers is that right?

A.   That's the way I read it.

Q.   Do you read that to be saying that Ms. Allred is indicating here that there are case managers who make poor discharge decisions and kind of screw things up for everybody?

1          A.    Yes.

2          Q.    Read on:  But the staff is all aware CM,

3     case managers and nursing staff of LUPAs and all of

4     us are not like the ones who just do stupid things.

5     Again, is that an indication that not everyone in

6     the organization makes good judgment about issues

7     related to discharges and that sort of thing?

8          MR. MCCAFFREY:    Objection.

9          A.    I don't know that, I think it just says

10    that everybody should know about LUPAs, that's what

11    it says to me.

12         Q.    What is she indicating to you when it

13    reads, And all of us are not like the ones who just

14    do stupid things?  What's that indicating to you?

15    How did you take that?

16         A.    That people discharge patients too soon,

17    or like, like I said, that's the way I would, so.

18         Q.    Was it true that there were some people

19    in the organization who didn't make good judgments?

20         A.    I can say that about any organization.

21         Q.    Sure -- sure -- sure.  And if everybody

22    in the organization made good judgments you might

23    not have to track some things as closely, would that

24    be true as a manager?

25         A.    It would make your life easier, yes.

1      Q.   Have you talked to Mr. McCaffrey at any

2  time before this deposition today?

3      A.   Have I talked to him?

4      Q.   Mr. McCaffrey over here.  Have you

5  talked to him any time before today?  Before this

6  deposition today?

7      A.   I was called in.

8      Q.   All right.  Tell me about that.

9      A.   I just asked questions.

10     Q.   When was that?

11     A.   A long time ago, I don't even remember

12 the date.

13     Q.   Would it have been this year, last year?

14     A.   Well, I mean, this was right after some

15 when I left Nurses' Registry.

16     Q.   Okay.  So you left in February of 2011,

17 so some time shortly after that, you were called in,

18 as you said?

19     A.   Yes.

20     Q.   Where did you meet?

21     A.   Right here.

22     Q.   Here?

23     A.   Uh-huh.

24     Q.   Who did you meet with?

25     A.   I met with Paul and I can't remember all

1    the investigators and I don't remember all their

2    names.

3         Q.   So Mr. McCaffrey was there at this

4    meeting?

5         A.   As I recall, yes.

6         Q.   Was there an Agent Pope present?

7         A.   Yes.

8         Q.   Okay.  Valerie Smith?  Was a lady named

9    Valerie Smith present?

10        A.   I don't remember the name, it doesn't

11   ring a bell.

12        Q.   What was the discussion during that

13   session?

14        A.   What was the discussion?

15        Q.   Yeah, what were you asked about?

16        A.   Pretty much the same thing I was asked

17   about now.

18        Q.   Were you shown any documents during that

19   meeting?

20        A.   The only one that I remember was that

21   email I keep talking about.

22        Q.   And that's the one that says what?

23        A.   That says that I responded to somebody

24   about are we Ticketron or what?  That's the only one

25   I remember.

1       Q.   Was that an email from you?

2       A.   Uh-huh.

3       Q.   Was that email from you?

4       A.   It was from me, I don't remember who it

5  was to.  And we met subsequently after that.

6       Q.   Tell me about that, when and where?

7       A.   One of them, I don't think Paul was at,

8  it was over in Richmond at my attorney's office.

9  And that was after the initial, it was all the same

10  questions kind of over and over again.

11      Q.   Who was that, who was doing that

12  interview?

13      A.   It was the assistant attorney and I

14  can't remember his name.

15      Q.   It was someone from the U.S. Attorney's

16  Office?

17      A.   Yes.

18      Q.   It was a male, a man?

19      A.   Yes, beard.

20      Q.   Was it a guy named Pat Molloy?

21      A.   Pat Molloy, yes.

22      Q.   His picture is up there but he's a lot

23  younger.  So Mr. Molloy interviewed you over in

24  Richmond?

25      A.   Right.  And he had somebody with him; I

1  can't remember who it was.

2          Q.    Fellow named Andrew Sparks, maybe?

3          A.    It might have been, it sounds familiar,

4  but I can't remember.

5          Q.    Who is your attorney?

6          A.    Judd Patterson.

7          Q.    Judd Patterson.  And what did Mr. Molloy

8  want to know?

9          A.    The same stuff that we've been talking

10 about.

11         Q.    And when do you think that interview

12 took place?

13         A.    It was probably a few months after the

14 initial one.

15         Q.    Think it was still in 2011?

16         A.    Yes, It was still 2011.

17         Q.    Have you spoken with any other, let's

18 take former Nurses' Registry employees, about this

19 case or about the interviews that you've been having

20 or anything related to this case?

21         A.    Have I spoke with anyone?

22         Q.    Yeah, any, any --

23         A.    Former?

24         Q.    -- NR employees?

25         A.    Amy Gray.  She worked with me, so,...

1          Q.   Okay.

2          A.   I am trying to remember if there was

3     anybody else, I don't think there was anybody else

4     that I recall.

5          Q.   When did you speak with Amy Gray?

6          A.   When did I speak to her?  I see her

7     every week.

8          Q.   Okay.  So she works over there?

9          A.   Yeah.

10         Q.   And have you all spoken --

11         A.   She doesn't work in Kentucky but she

12    works in other areas of my territory.

13         Q.   Have you all spoken about this case

14    frequently or about Nurses' Registry frequently?

15         A.   We don't talk that much about it, just

16    other than getting through this process.

17         Q.   The deposition process?

18         A.   Yeah.

19         Q.   Have you spoken with any employees that

20    are current Nurses' Registry employees?

21         A.   No.

22         Q.   I contacted you at one point in time,

23    didn't I?

24         A.   October you called me.

25         Q.   October of --

1          A.    And asked and tried to contact me on

2    Linked-In, I think in October as well.

3          Q.    You didn't meet with either Masten or I,

4    did you?  Is that right?

5          A.    No.

6          Q.    In addition to your compensation of

7    $190,000 dollars a year, did you have any interest

8    in the company?

9          A.    Well, it was written in the document

10   that I was going to get interest, but it was in the

11   next two-year process.

12         Q.    And what would have been the interest in

13   the company?

14         A.    It was -- I didn't have the contract, I

15   think it was five percent or up to,...

16         Q.    What's your current compensation were

17   you are now?

18         A.    A hundred and fifty-three thousand plus

19   bonus.

20         Q.    Is the company you work for is it a

21   stock company or is it a charitable entity?

22         A.    Charitable I think, it's private.

23         Q.    You don't receive any stock?

24         A.    No, there's no stock there.

25         Q.    What's your bonus potential?

1          A.   Why does it matter?  What does it have

2     to do with this case?

3          Q.   Yeah, because bias is always a potential

4     issue in any case.

5          A.   I mean, what does it matter, I mean,

6     what does it even matter what I make at this point?

7          Q.   Well --

8          A.   Am I required to answer?

9          Q.   Are you going to decline to answer it?

10         A.   Am I required to answer it?

11           MR. MCCAFFREY:   You know, I can't advise

12    you, I'm not your attorney.

13    BY MR. TRUE:

14         Q.   So what's your potential bonus?

15         A.   I think I'll just decline to answer

16    right now.  I don't see any point.

17         Q.   We'll, certify that question.  Well,

18    maybe, yeah, that's a good point, maybe you'll

19    answer this.  Have you made more in your current

20    employment than you make, made at Nurses' Registry

21    or less?

22         A.   Less.

23         Q.   Less per year?

24         A.   Yeah.

25         Q.   Every year?

1    A. Every year since, yes.

2    Q. That's all.

3    A. Did I make more before that, yes, I made

4 more before that, so do you want that on the record,

5 too?

6    Q. Made more before what?

7    A. With Family Home Healthcare than I did

8 with Nurses' Registry, so why does that matter?

9    Q. You didn't have any ownership interest

10 in Family Home Health, did you or potential

11 ownership interest, did you?

12    A. No.

13    MR. TRUE: That's all, thank you.

14

15        EXAMINATION

16 BY MR. CHILDERS:

17    Q. Mr. Evans, my name's Masten Childers,

18 you know, we've talked before on the phone, I don't

19 believe we've met before today.  I'm going to just

20 throw a couple of quick ones at you, it's probable

21 that Guthrie just talked to you about.  What is your

22 bonus based on?  What criteria?

23    A. What is my bonus based on currently?

24    Q. Yes, yes.

25    A. Financials, fifty percent clinical

1  outcomes, other clinical issues or whatever, H-caps

2  or whatever is the other fifty percent.

3      Q.   What do you mean by financials?

4      A.   By margin by one.

5      Q.   How much money you contribute towards

6  the bottom line of the company?

7      A.   Correct.

8      Q.   Now you said that you made more money

9  with Family Home Health than you did at Nurses'

10 Registry?

11     A.   Yes.

12     Q.   Why then did you leave Family Home

13 Health?

14     A.   Because they sold.

15     Q.   They sold.

16     A.   Uh-huh.

17     Q.   And the new owners didn't want you to

18 work there?

19     A.   Well, the new owners sold the company,

20 well, the new owners, I should say, asked me to work

21 there, but I went to consulting instead.

22     Q.   Okay.  Did they offer you the same

23 amount of money that you had been paid prior to?

24     A.   Yeah, they were offering me the same

25 base, different bonus structure.

1          Q.    Okay.  Thank you.  Now you indicated

2    that there is a commonality in ownership interest

3    with CHI Catholic Health Initiatives and American

4    Nursing Care, correct?

5          A.    Correct.  Right.

6          Q.    And American Nursing Care gets referrals

7    from provider sources all throughout your region,

8    correct?

9          A.    Correct.

10          Q.    Do they get referrals from St. Joseph

11    Hospital in Lexington?

12          A.    Yes.

13          Q.    What percentage of the referrals made by

14    St. Joe go to American Nursing Care?

15          A.    I  couldn't tell you; I don't know the

16    exact percent.

17          Q.    Who would be able to give us the answer

18    to that question?

19          A.    Why does it matter?

20          Q.    Well, I just want to see how much

21    self-referring goes on between American Nursing Care

22    and St. Joe Hospital.

23          A.    This has nothing to do with this versus

24    that.

25          Q.    But because sir, you have already

1  raised, as has the government, custom and usages in

2  the industry and patterns of referrals.

3          A.    Okay.  I can tell you this.  You're

4  getting as much Medicare as we're getting.  Trust

5  me -- or more.  That's all you need to know.

6          Q.    That's not what I'm asking.  I'm asking

7  you how many referrals does St. Joe make to its own

8  healthcare agency?

9          MR. MCCAFFREY:   I'm going to object to

10  that.

11          THE WITNESS:   You'll have to ask the

12  hospital.

13  BY MR. CHILDERS:

14          Q.    Who at the hospital would know that?

15          A.    I don't know, you'd have to find out.

16          Q.    Okay.  We'll just keep subpoenaing

17  people until we do find out the answer to that

18  question.  Now, do you disclose to any patient that

19  you refer, that St. Joe refers to ANC, I'll just

20  refer to it as ANC when I'm talking about it, that

21  you have an ownership interest in common that St.

22  Joe has an ownership in common with ANC?

23          MR. MCCAFFREY:   Objection.

24          A.    I don't run the hospital, so I'm not

25  there when the discharge planners are doing it.

1 They're required to do so, of ownership and all

2 these different things.  So whatever they're

3 required to do, they're given choice, that's what it

4 is.  So that's all I know.

5          Q.   Do you market St. Joe Hospital?  Do you

6 do anything to market business from them?

7          A.   To market the hospital?

8          Q.   Yes.  Do you -- did you build

9 relationships with your partner to get more

10 referrals?

11          A.   Sure.

12          Q.   What do you do?

13          A.   I meet with them.

14          Q.   You meet with them, okay.  Now among the

15 marketing activities that you've been involved in,

16 you said, well, let's just start with Family.  You

17 gave, you participated in golf outings, right?

18          A.   Right.

19          Q.   Did you take doctors with you to play

20 golf?

21          A.   To the golf outing, yes.

22          Q.   Yeah, you did.

23          A.   Did you give golf bags to doctors?

24          MR. MCCAFFREY:   Objection.

25          THE WITNESS:   Golf bags?

1  BY MR. CHILDERS:

2      Q.   Yes, did you ever give a golf bag to a

3  doctor?

4      A.   I don't remember a golf bags,...

5      Q.   Did you ever send a golf club to a

6  doctor?

7      A.   Well, one club, yeah, not a set of

8  clubs.

9      Q.   What club?

10     A.   I don't know, a pitching wedge.

11     Q.   Did you get a referral back from them?

12     A.   I'm sure we did along the way

13  somewhere.

14     Q.   Did you get referrals from any of the

15  doctors that you gave athletic event tickets to?

16         MR. MCCAFFREY:   Objection.

17     A.   I'm sure we did.

18     Q.   You're sure you did.  Do you, what

19  about, you give any golf shoes away?

20     A.   It depends on the year of that then and

21  it goes back to the dollar amount.  So that's what

22  I'm talking about, so.

23     Q.   Did you give away golf shoes?

24     A.   It wasn't yeah, we gave away different

25  things, but it was still within the requirement

1  dollar amount.  So,...

2      Q.    Because you didn't expect, I mean, you

3  didn't expect them to give a referral just because

4  you gave them a pair of golf shoes, right?

5      A.    No, we didn't expect that.

6      Q.    Oh, okay.  Anymore than you did at

7  Nurses' Registry, right?

8          MR. MCCAFFREY:   Objection.

9          MR. CHILDERS:   When you gave out tickets at

10  Nurses' Registry, correct?

11          MR. MCCAFFREY:  Objection.

12          THE WITNESS:   I already, it's on the record

13  what I said about Nurses' Registry.

14  BY MR. CHILDERS:

15      Q.    But you never did that either?

16      A.    Uh-huh.

17      Q.    You didn't do that at Nurses' Registry?

18  You didn't give them,...

19      A.    I didn't give a ticket for a referral,

20  no.

21      Q.    Now what marketing activities does ANC

22  engage in generally, just give me some examples of

23  what American Nursing Care does under your

24  management and your region, to build relationships?

25      A.    They go visit doctors, they go visit

1  SNFs, they do all the same things that we just

2  discussed.

3      Q.  All the things that Nurses' Registry did

4  while you were there, right?

5          MR. MCCAFFREY:  Objection.

6          MR. CHILDERS:   Pretty much?

7          MR. MCCAFFREY:  Objection.

8          MR. CHILDERS:  He can still, okay, fine, he

9  can answer the question.  You can answer the

10  question.

11         MR. MCCAFFREY:  Does ANC do everything that

12  Nurses' Registry did when he was employed?

13         MR. CHILDERS:  Well, he said he did the

14  things we're talking about.

15         THE WITNESS:  Well, not everything is the

16  same as, at ANC as it is at Nurses' Registry, but do

17  we see doctors, we see discharge planners, do we,

18  yes.

19  BY MR. CHILDERS:

20      Q.  Do you give athletic tickets away --

21      A.  No.

22      Q.  -- and sporting event tickets?

23      A.  No.

24      Q.  You buy lunches?

25      A.  Yes.

1    Q.    You have outings?

2    A.    We don't have outings.  There's no

3    outings that I'm aware of, no.

4    Q.    Okay.  What do you do then specifically,

5    give me examples of what you do as far as perhaps

6    you know, tickets or invitations to social events or

7    athletic events?

8    A.    The only event that I've taken any

9    physician or whatever to is the golf outing for St.

10   Joe's, that's been one.

11   Q.    Has the government asked you to disclose

12   any information regarding that golf outing?  Has the

13   United States government done so?  Yes or no.

14   A.    Not that I'm aware of, no.

15   Q.    Have they, to the best of your

16   knowledge, have they asked for the names of any

17   doctors that gave referrals to you that may have

18   attended the golf outing?

19   A.    No.

20   Q.    I'm sorry?

21   A.    No.

22   Q.    What about your educators; have your

23   educators given tickets or invited physicians or

24   referral sources to athletic events?

25       MR. MCCAFFREY:    Objection.

1        A.      THE WITNESS:    If they have I'm not

2    aware of them.

3        Q.    How large is your region, could you

4    define it more for me geographically?

5        A.    Little Rock, Arkansas, Morton, Arkansas,

6    London, Kentucky, Lexington, Kentucky, St. E's up in

7    Florence, Mercy in Cincinnati, Reed, I mean, I'm

8    just all of the Indiana branch.  You can look up the

9    branches on the internet.  So it's large, I've got

10   the largest territory, how's that, would that help?

11       Q.    I'm sorry, go ahead sir, I'm sorry.

12       A.    I've got the largest territory, does

13   that help?

14       Q.    What does the term visiting nurse

15   program revenue mean to you, do you know what a

16   visiting nurse program revenue is?

17       A.    What?

18       Q.    Do you know what that is?  I'll just go

19   on ahead and tell you, I mean in a report that was

20   published by Almost Family, now you didn't work for

21   them, right?

22       A.    No.

23       Q.    You don't work for them.  They brag that

24   92 percent of the visiting nurse program revenues

25   come from Medicare, that's what they, they bragged

1    about it in their annual report.  And that's a

2    competing company to you and that's someone who has

3    been under investigation that we shouldn't talk

4    about in the Eastern District of Kentucky, but do

5    you --

6          MR. MCCAFFREY:   Hang on, hang, hang on.

7    Are you, what is the question?

8          MR. CHILDERS:   The question is this, do

9    you think that a high proportion of Medicare-patient

10   mix indicates something improper is going on in the

11   company?

12         MR. MCCAFFREY:   Let me object.

13         MR. CHILDERS:   Now --

14         MR. MCCAFFREY:   Let me object, let me

15   just -- absurd questions.

16          THE WITNESS:   Based on the question, no.  I

17   mean just saying that they're a high Medicare base

18   doesn't say that.

19   BY MR. CHILDERS:

20         Q.   Okay.  Now I understand that because

21   even your own company pays bonuses based on the

22   Medicare referrals, right?

23         A.   Right.

24         Q.   Just like Nurses' Registry does,

25   correct?

1        A.   Right.

2        Q.   Is that your understanding that that's

3   what goes on generally in the industry in --

4        A.   I think we've gone through that yes.

5        Q.   All right.  And I know and some of this

6   stuff I, I'm just trying to get straight in my mind.

7   What about at Family?

8        A.   What about family?  Family Home

9   Healthcare?

10       Q.   Yeah.

11       A.   Before it sold?

12       Q.   Yeah.

13       A.   Yeah, it was part Medicare, is Medicare

14  is the only one that makes money.  The rest of them

15  lose money so that's why you bonus that.  That's

16  what you're bonusing for.

17       Q.   All right.  Makes sense doesn't it?  I

18  mean, you're not in it to lose money?

19       A.   Right.

20       Q.   Just one moment.  Who owned Family Home

21  Health when you were there?

22       A.   Zaheer Sardar was the major owner.

23       Q.   Could you spell that for me please?

24       A.   Z-A-H-E-E-R, Sardar, S-A-R-D-A-R.

25       Q.   Okay.  Now that's the same person whose

1 -- you gave a business request reference in looks

2 like in September 22, '09.  Have you got copies of

3 that?

4         A.    That's Fahr's, that's his son.

5         Q.    Is that his son?

6         A.    Yes.

7         Q.    That's what I was confused about, that's

8 why I asked you to spell it.  Okay, so that's his

9 son, that's Zaheer's son.  Zee, they call him Zee?

10        A.    Yeah.

11           MR. TRUE:   Are you going to make that an

12 exhibit?

13    (WHEREUPON, Exhibit No. 13 is marked for

14 identification entered into the record.)

15           MR. CHILDERS:  Yes, I was going to make it

16 part of another exhibit, but let's go ahead and

17 introduce that as the next sequential exhibit.  I'm

18 not sure where we're up to.  How soon did you --

19 you'll need to redact his social.  You want one of

20 those?

21           THE WITNESS:   Yeah, that would be nice.

22 BY MR. CHILDERS:

23        Q.    Let me ask you this, when did you first

24 entertain HMA providing audit services to Nurses'

25 Registry?

1    A.   When I was first with, I don't know if

2  it was audit services, but when I was with

3  consulting we were trying to do consulting work with

4  Nurses' Registry and it was in what, 2008, end of

5  2009.

6    Q.   What about March of 2009?   Do you

7  recall negotiating a consulting amount with Nurses'

8  Registry as early as March 17, 2009?

9    A.   If we had one what were we doing, I

10 don't remember what we were doing back then.

11   Q.   Who is Ginger Baldwin?

12   A.   She is a, had done coding.

13   Q.   With who?

14   A.   Ginger Baldwin, she's with HMA.   Was it

15 March?

16   Q.   Yes, sir.

17   A.   2009?

18   Q.   Yes, sir.  I'll go ahead and show you; I

19 wasn't going to introduce it.

20   A.   I don't remember.

21   (WHEREUPON, Exhibit No. 14 is marked for

22 identification entered into the record.)

23   Q.   I'll show it to you to refresh your

24 memory; I hadn't planned on using this in exhibit,

25 because I don't have any other copies, but I'll be

1  sure to, I don't have a problem with you looking at

2  that.

3      A.   Is there a contract?

4      Q.   I'll represent to you it appeared that

5  there were some negotiations going on.

6      A.   Yeah, we were talking about it, I told

7  you.  We were talking about doing it, but if there's

8  no contract, right?  So what, I guess I'm confused.

9      MR. MCCAFFREY:   Yeah, he'll have to

10  establish that there's a contract if he wants to

11  make that out.  So just answer his questions.

12      Q.   Well, do you recall there being a letter

13  of engagement stating that they would complete a

14  review of thirty starts of care or re-certification

15  assessments to identify coding and/or oasis data

16  items for inaccuracies?  Do you recall that being

17  what you talked about?

18      A.   Yes.

19      Q.   As early as March of 2009, correct?

20      A.   Right.

21      Q.   And those were going to be done at no

22  cost, correct?

23      A.   Yes, because we were showing what we

24  could do.

25      Q.   All right.  So you didn't determine that

there needed to be an HMA audit after you came to
Nurses' Registry, correct? You thought there might
be a need for an audit in March several months
before you went to work for Nurses' Registry,
correct?

      MR. MCCAFFREY:   Objection.

BY MR. CHILDERS:

    Q.   I mean, you started your job there in
what was it, August?  September 1 of that year.

    A.   That was for coding.  Okay?  It was for
coding and oasis review.

    Q.   Okay.

    A.   It's different than what we're talking
about.  But we didn't even review oasis yet, so we
hadn't even seen what --

    Q.   Okay.  All right.  Did you have any
intention to acquire or purchase Nurses' Registry
when you went to work there?

    A.   Did I have any intention?

    Q.   Yeah, or interest.

    A.   Lennie brought it to my attention, he
asked me personally, if I wanted to buy it.

    Q.   What did you say?

    A.   And I said, yeah.

    Q.   Did you make an offer on behalf of

1  anyone and yourself?

2      A.   No, because he as fast as he opened it

3  up, the faster he closed it.

4      Q.   Did you talk to your former employer

5  about buying Nurses' Registry?

6      A.   I don't recall if I even got to him, no,

7  because it closed up as fast as it started.

8      Q.   What do you mean by that?

9      A.   I mean he brought it to my attention, he

10 wanted to get out.

11     Q.   Would you like to buy now?

12     A.   No.

13     Q.   How close was your relationship to IMG

14 when you were at Nurses' Registry?

15     A.   IMG?  I mean, I know the general manager

16 pretty well, I mean, I used to work with him when I

17 dealt with Family.

18     Q.   You did?

19     A.   Yeah.  Why?

20     Q.   Did you recommend that Nurses' Registry

21 enter into a contract with IMG for promotional

22 purposes?

23     A.   Yeah.

24     Q.   You did?

25     A.   Yes.

1          Q.    And to the best of your knowledge, what

2     did that contract involve?

3          A.    Advertising, mainly advertising.

4          Q.    Did anything else come with it?

5          A.    Well, we got more tickets that they

6     already had.  I think we got four extra football

7     tickets and I think we got a couple extra I'm trying

8     to remember, I think we got, I don't even know if we

9     got any extra basketball, we might have got two

10    extra basketball tickets.

11         Q.    Did you have access to a social tent or

12    something like?

13         A.    Yeah, that's what I was talking about

14    the tent when I took them to the tent that was

15    because of that.

16         Q.    All right.  Did you receive anything in

17    return from IMG for getting the business at Nurses'

18    Registry?

19         A.    No.

20         Q.    Any tickets from them?

21         A.    Tickets?

22         Q.    Independent, any athletic tickets?

23         A.    No.

24         Q.    Have you made any recommendations that

25    ANC review any patient charts with six or more

1  certs?

2       A.    Well, first of all, I don't think we

3  have anybody with six or more certs.

4       Q.    Have you?

5       A.    No.

6       Q.    If you --

7       A.    If I thought the need was there I would,

8  yes.

9       Q.    -- if you went out tomorrow and said hey

10  you know I got asked a question by this jerk lawyer

11  yesterday, and he said you know well if you found

12  out there were more than six certs in your company,

13  that's what I'm going to ask you, would you then ask

14  that an audit --

15       A.    Yes.

16       Q.    -- be conducted by an outside firm?

17       A.    I'd audit it like we did internally

18  first, it depends on how comfortable you feel.  I

19  just started with Nurses' Registry and I had all

20  these red flags going off so I wanted to make sure

21  that we had somebody that I had dealt with for

22  years.  So that's the reason I brought her in.

23  That's what I said.

24       Q.    But you don't know if you've got any

25  with six or more at your company?

1          A.    No, not right at this moment.

2          Q.    All around the central part of the

3    United States?

4          A.    I will sit there and say that our length

5    of stay or length of service is a lot less.  So I

6    can see that from our length of service that we've

7    found on service.  It doesn't mean that there isn't

8    some that might be over six, but the average, you

9    know, when I'm dealing with the averages.

10         Q.    So you think it's more accurate to look

11   at an average rather than those deviations from a

12   midpoint?

13            MR. MCCAFFREY:    Objection.

14            MR. CHILDERS:    One average, correct?

15            MR. MCCAFFREY:    Objection.

16            THE WITNESS:  I'm just saying that I look at

17   averages of all.

18   BY MR. CHILDERS:

19         Q.    Okay.  Why did you want to go to work

20   for Nurses' Registry in the first instance?

21         A.    I don't know, I'm asking myself that

22   same question.

23         Q.    Well, and I appreciate your humor, but

24   why did you want to go to work for them in the first

25   instance?

1    A.    Realistically, I liked being operations,

2  that's what I did, I did for years.  I wanted to do

3  it and I wanted to be in Lexington.  And he was the

4  market in Lexington at the time.  I didn't, you

5  know, I didn't like the national way or per se, so

6  I'm not going to go into all that so we don't get to

7  all the questions about that.

8        But with that I thought maybe, you know,

9  there was a possibility if Lennie stepped back like

10  I'd said, if he steps back then maybe with could do

11  something with this company and take it forward,

12  just like it, it worked with Family.  I was looking

13  forward to that.  It just didn't work out that way.

14    Q.    After you came to Nurses' Registry how

15  often did you communicate with Zaheer Sardar?

16    A.    How often did I communicate with him?

17    Q.    Yeah.

18    A.    Not very often.

19    Q.    Did you ever talk to him about buying

20  Nurses' Registry?

21    A.    Not that I -- no, no.

22    Q.    Okay.  Did you ever have any discussion

23  with Mr. or Mrs. House regarding you mentoring

24  Lindsey House to become the CEO?

25    A.    Yes, that's what I said earlier.

1      Q.   Okay.  I just, I don't think the word

2  mentor --

3      A.   Okay.

4      Q.   My notes, I gotta stick to my notes.

5  Okay, all right.  Do you recall how much your total

6  earnings were from September 1, 2009, through

7  February 3 of 2011?

8      A.   No.

9      Q.   $282,741.34 sound about right?

10      A.   I don't know, I mean, it's got, I don't

11  know.  You probably have the records from NR, so

12  that's I'm assuming.

13      Q.   You had a bonus of $8,700 during that

14  time period, does that sound about right?

15      A.   I think the initial one $5,000 was just

16  to sign the non-compete.

17      Q.   And you got, well, I think you had to

18  sign, what they call a signing bonus?

19      A.   To sign the non-compete.  Yes.

20      Q.   Well, you signed a non-compete?

21      A.   Yeah, right.  So of that, that was

22  $5,000 of it.

23      Q.   $9,500.11 in holiday pay?   That sound

24  about right? $4,476.05 sick pay?  Sound about right?

25  $8,129.99 for vacation pay?

1      A.   I don't know, sounds, I don't know, I

2  don't know.  If it is right or wrong.

3      Q.   Have you discussed this lawsuit with

4  anyone at CHI?

5      A.   The lawsuit?

6      Q.   Yes, have you discussed it?

7      A.   I told my employer that, you know, I was

8  engaged in different questioning of this particular

9  thing, it's just what it is, it's a lawsuit, right?

10     Q.   Has anyone at ANC or CHI or St. Joseph's

11 Healthcare or whatever, any of those three little

12 entities, have you discussed what you observed while

13 you were at Nurses' Registry in your role as a vice

14 president?  Or COO, sorry.

15     A.   I did my interview with them as part of

16 the interview process and told them what I did at

17 each position I was in.  So that's what I remember

18 talking to them about, yes.

19     Q.   Have you talked to your current employer

20 about any marketing strategies that you observed at

21 Nurses' Registry?

22     A.   We don't talk about Nurses' Registry.

23 Honestly we just don't, it's not in our wheelhouse.

24 I don't market against Nurses' Registry.  Okay?

25     Q.   Do you know Alisa Robinson Hill?

```
1        A.   I've heard the name.

2        Q.   Have you ever spoken to her about this

3   case?

4        A.   No.

5        Q.   Do you know David Price?

6        A.   I've heard the name.

7        Q.   Have you talked to David Price about

8   this case?

9        A.   No.

10        Q.   Do you know Mark Wohlander, an attorney?

11        A.   I've heard the name, many times.

12        Q.   How have you heard that name?

13        A.   Lennie House.

14        Q.   Have you talked to Mark Wohlander?

15        A.   No.

16        Q.   Have you ever met him?

17        A.   If I did I wouldn't have known him.

18        Q.   Was he in a meeting that you attended

19   with the United States Attorney's Office?

20        A.   No, not that I recall.  There was a lot

21   of people so I want to make sure that I cover that.

22        Q.   I understand you're doing fine.  Let's

23   see I think Mr. True tried to get you to recall,

24   here's my question, name each therapist who said

25   they would get in trouble with Lennie House and I
```

1  think you said on two occasions you couldn't

2  remember.

3          A.   I don't recall their names, I don't.

4  But there was, like I told in the original, there

5  was, I know that we had meetings and they were

6  signed off on.  So I don't know who has that.  I

7  don't remember.

8          Q.   This may sound somewhat redundant but I

9  don't think it is, but on the exhibit 10 that was

10  handed to you as being the HMA report, but the

11  actual report itself is six pages long.  Correct?

12          A.   Which one, are you talking about the

13  HMA?

14          Q.   Exhibit 11, exhibit 10.

15          A.   Ten?  Yes.

16          Q.   I'm looking at Bates stamp numbers 2336

17  through 2341.  Do you see --

18          A.   Make sure I'm on the right, 2336.

19          Q.   Top of the page and then go through look

20  at 2341.

21          A.   Okay.  2341, I'm sorry.

22          Q.   As a follow up to a question.

23          A.   Wait a minute, wait a minute.

24          Q.   Do you have the document, bottom

25  right-hand corner 0002341?

1        A.    Yes.

2        Q.    Under recommendations is there a

3   specific recommendation to discharge any patient

4   that was reviewed by HMA?  Yes or no?

5        A.    No.

6        Q.    Then who made the decision to discharge

7   patients reviewed by HMA?

8        A.    Who did?

9        Q.    Yes, who made the decision?

10        A.    It went through like I said earlier, it

11   went through Jeannie and myself.

12        Q.    Okay.

13        A.    And then Lennie obviously.

14        Q.    Okay.  So HMA did not recommend the

15   discharge of one patient, correct?  According to the

16   report?  Correct?

17        A.    Correct.

18        Q.    So the company then undertook at its own

19   initiative to review the summaries prepared by HMA

20   and made a decision to discharge those patients,

21   correct?

22        A.    Yes.

23        Q.    And Mr. House took no steps to stop this

24   discharging, did he?

25        A.    No.

1          Q.    In fact he was aware of the discharges

2    and concurred with the discharges?

3          A.    At that time, yes.

4          Q.    What did you say the percentage of

5    Medicare patient mix was in your territory?

6          A.    I think we were talking about Lexington

7    at that time and Lexington was like 55 percent.

8          Q.    What about, what about --

9          A.    Overall my whole, my whole region is

10   about 60 percent.

11         Q.    About 60 percent.  Who is your immediate

12   supervisor?

13         A.    My immediate supervisor is Linda Huffer,

14   she is the COO.

15         Q.    She is located where?

16         A.    Milford.

17         Q.    Ohio?

18         A.    Ohio.  You might have trouble getting

19   hold of her, her last day is Friday.

20         Q.    Really?  Where is she going?

21         A.    Oh, she's going to Virginia, some place

22   in Virginia.

23         Q.    Who are you going to report to after

24   that?

25         A.    I'll probably go up to Dan Deeds, the

1    CEO, until they find a COO.

2         Q.    And Deeds is in Milford?

3         A.    Yes.

4         Q.    Is that the headquarters?

5         A.    For CHI, yes.

6         Q.    Part of your benefits package at Nurses'

7    Registry involved use of a vehicle, right?

8         A.    Yes.

9         Q.    And country club membership?

10        A.    Yes.

11        Q.    What country club did you belong to?

12        A.    Greenbriar.

13        Q.    Did you ever work with Lisa Steketee in

14   the distribution of athletic event tickets?

15             MR. MCCAFFREY:   Asked and answered.

16             THE WITNESS:   Yeah, I --

17             MR. CHILDERS:  Yeah, well, could you just, I

18   forgot, I guess, if you did?

19             THE WITNESS:   She was the director of

20   sales.

21             MR. CHILDERS:   Okay.  All right.

22   BY MR. CHILDERS:

23        Q.    Were you ever made aware of any

24   instances when doctors had asked Nurses' Registry

25   sales people for athletic event tickets?

1       A.   The only one was the one I discussed

2  earlier.

3       Q.   Would that be Dr. Davenport?

4       A.   Huh?

5       Q.   Would that be a Dr. Davenport?

6       A.   No.

7       Q.   Do you remember Lisa Utterback sending

8  you a copy of the memo that was written to Lisa

9  Steketee --

10      A.   Who is Lisa?

11      Q.   -- that Dr. Davenport wanted basketball

12  tickets?

13      A.   If he did, I don't remember.  I just

14  said, that's the one I remember.

15      (WHEREUPON, Exhibit No. 14 is marked for

16  identification entered into the record.)

17      Q.   I'm just going to put this in the

18  record, it's already been an exhibit in previous

19  depositions; I'm not trying to trick you or

20  anything.

21      A.   I just don't, I mean the one I

22  remembered was my email.  That's the only one I

23  remembered.

24      Q.   Okay.  Do you recall sending that memo?

25  It's already been an exhibit.

1    A.   I'm saying, it says my names on it so I

2  must have looked at it.

3    Q.   You didn't have any objection to this

4  request did you?  You don't recall objecting to this

5  request, do you?

6    A.   I don't recall objecting to it, I don't

7  recall it, so I mean it's; I'm saying other than

8  it's on record.

9    Q.   Well, you would acknowledge that you've

10 seen this before?

11   A.   Huh?

12   Q.   You would acknowledge that you've seen

13 this email before?

14   A.   Well, it says my name on it; I'm cc'd on

15 it, I'm assuming that I'd write it so that's an

16 assumption.

17   Q.   And I looked and I couldn't find any

18 responsive email,...

19   A.   Did I send anything back?

20   Q.   I agree I was directed otherwise.

21   A.   What?

22     MR. CHILDERS:   I'm talking to my

23 co-counsel.  Guthrie, is that it?  Are you done?

24     MR. MCCAFFREY:   Nothing more for me.

25     MR. CHILDERS:   Thanks, Mr. Evans,

1   appreciate your time today.

2   **(WHEREUPON, the Deposition of Ronald Evans concludes**

3   **at 5:45 p.m.)**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE

STATE OF KENTUCKY)

COUNTY OF OLDHAM)

I, BRENDA YANKEY, the undersigned Court Reporter and Notary Public in and for the State of Kentucky At Large, certify that the facts stated in the caption hereto are true, that at the time and place stated in said caption, the witness named, that after being duly sworn, was examined by counsel for the parties; that said testimony was taken down in stenotype by me and later reduced to type writing, and the foregoing is a true record of the testimony given by said witness.

No party to said action nor counsel for said parties requested in writing that said testimony be signed by the testifying witness.  I further certify that I am not related by blood or marriage to any of the parties hereto and that I have no interest in the outcome of the captioned matter.

My commission expires:  January 31, 2016.

IN TESTIMONY WHEREOF, I hereunto set my hand and seal of office on this 29 day of July, 2014.

Crestwood, Oldham County, Kentucky.

BRENDA YANKEY, NOTARY PUBLIC
STATE AT LARGE, KENTUCKY NOTARY ID #4580604

## $

$190,000 [1]  195/7
$2,000 [1]  159/4
$250 [1]  162/13
$282,741.34 [1]  218/9
$3,000 [1]  62/20
$360 [1]  116/19
$4,476.05 [1]  218/24
$5,000 [2]  218/15 218/22
$500 [1]  159/6
$60,000 [1]  32/10
$8,129.99 [1]  218/25
$8,700 [1]  218/13
$80 [1]  159/10
$9,500.11 [1]  218/23

## '

'09 [11]  41/10 60/24 75/16
78/23 80/5 80/12 80/24 81/23
98/20 135/9 209/2
'10 [3]  80/19 81/6 81/20
'11 [3]  133/9 133/10 135/12
'12 [1]  135/12
'94 [2]  9/9 9/16
'O2 [1]  37/13
's [1]  24/5

## 0

0002341 [2]  76/16 221/25
02338 [1]  76/18
03/09 [1]  45/1
08-145-KKC [1]  1/4
09 [2]  45/1 45/1
09/09 [1]  45/1

## 1

1.8 [1]  26/11
1/15 [1]  185/8
10 [13]  3/21 72/2 72/5 167/3
167/11 169/13 175/24 184/15
184/16 184/17 185/7 221/9
221/14
10/6 [1]  38/13
109 [1]  3/23
11 [7]  3/22 89/7 109/17
165/17 167/3 167/11 221/14
12 [7]  3/23 109/11 109/14
164/16 167/3 167/12 167/16
124 [1]  2/12
125 [1]  112/15
13 [7]  3/24 37/11 167/3
167/16 169/11 184/20 209/13
13,000 [1]  179/18
134 [1]  3/5
134-197 [1]  3/6
138 [1]  46/21
14 [9]  37/8 37/17 55/14 75/4
167/3 167/16 167/24 210/21
225/15
15 [8]  1/17 37/11 79/12
79/12 167/3 167/16 185/8
185/8
16 [10]  37/8 40/17 80/14
80/24 81/1 81/1 167/3 167/24
172/21 185/3
17 [2]  167/3 210/8
18 [5]  40/11 80/14 80/15
167/3 185/2
19 [5]  40/16 80/14 80/24
81/1 185/3
197 [1]  3/6
197-227 [1]  3/7
1977 [1]  6/17

## 1994 [2]  8/5 8/9
1998 [2]  10/2 10/2
1:00 [2]  1/18 4/1
1USA0002341 [1]  77/4
1USA2370 [1]  79/5

## 2

20 [4]  40/11 80/13 80/15
185/1
20042128 [1]  1/24
2008 [4]  11/11 12/7 46/2
210/4
2009 [19]  9/6 9/16 10/20
22/9 22/10 34/21 39/2 42/16
44/5 46/16 55/14 115/22
188/5 210/5 210/6 210/8
210/17 211/19 218/6
201 [4]  2/16 74/10 176/14
177/9
2010 [3]  72/18 89/17 109/17
2011 [8]  21/7 133/5 135/9
135/15 190/16 193/15 193/16
218/7
2012 [2]  135/5 135/6
2014 [2]  1/18 228/22
2016 [1]  228/20
209 [2]  3/24 115/2
21 [1]  169/10
21369 [1]  34/19
21371 [1]  34/19
21392 [1]  42/7
21393 [1]  172/17
21394 [2]  42/25 172/17
21395 [1]  44/15
21465 [1]  39/1
21466 [1]  39/1
22 [2]  188/5 209/2
227 [1]  3/7
228 [1]  3/8
23 [1]  39/2
2336 [2]  221/16 221/18
2340 [1]  76/17
2341 [3]  221/17 221/20
221/21
2370 [3]  79/6 184/18 184/18
23rd [1]  39/18
24 [2]  34/21 80/5
24th [2]  42/16 44/5
25 [3]  36/13 46/16 168/7
25th [2]  72/18 168/10
260 [3]  1/19 2/4 2/7
28 [3]  36/12 36/12 168/7
28th [2]  168/10 168/19
29 [1]  228/22

## 3

3/15 [1]  185/8
300 [2]  2/4 2/7
31 [1]  228/20
31st [1]  168/20
34 [1]  3/12
367 [2]  73/19 74/10
38 [1]  3/13
39 [1]  3/14
3s [1]  76/15

## 4

4-134 [1]  3/5
4/10 [1]  169/13
40 [1]  99/11
400 [5]  85/11 85/18 87/5
178/5 178/8
40507 [3]  2/5 2/7 2/16
40599 [1]  2/20

## 40601 [1]  2/12
41 [2]  3/15 74/20
43 [1]  3/16
4580604 [1]  228/24
46 [1]  3/17
485 [2]  79/18 185/10

## 5

5/20 [2]  80/13 80/15
502 [1]  1/24
52 [1]  3/18
55 [6]  3/19 74/10 74/25
176/14 180/9 223/7
5:45 [1]  227/3

## 6

60 [2]  223/10 223/11
600 [3]  87/15 87/17 88/8
6211 [1]  1/24
64 [1]  3/20

## 7

7/18 [2]  80/14 80/15
7/19 [2]  40/16 80/14
7/28 [3]  36/12 36/12 168/7
72 [1]  3/21

## 8

8/14 [1]  37/17
8/15-10/13 [1]  169/11
8/8 [1]  38/13
89 [1]  3/22

## 9

9/16 [4]  40/17 80/14 81/1
81/1
9/25 [2]  36/13 168/7
900 [1]  2/16
92 [1]  206/24
939-6211 [1]  1/24

## A

able [5]  13/19 118/8 119/6
187/8 199/17
about [224]  4/21 6/14 11/4
11/10 12/4 12/10 12/12 12/13
12/17 15/18 15/23 16/11
16/13 16/15 16/16 16/19
18/16 18/17 18/25 19/20
20/15 20/24 24/1 24/3 24/5
27/23 32/20 36/12 37/10 38/5
44/10 47/8 47/9 47/17 47/19
47/24 48/23 49/16 49/19
53/14 53/16 53/17 53/22
54/10 54/23 55/24 56/1 56/9
58/3 58/10 59/7 59/16 59/19
60/10 60/12 60/15 62/2 62/2
62/4 64/20 65/2 65/6 65/7
66/10 67/1 67/2 68/4 68/17
69/6 69/24 70/3 70/16 70/19
73/12 76/5 77/3 79/15 82/10
82/23 82/25 83/3 83/9 84/8
84/11 84/25 85/24 86/2 91/6
92/12 92/13 93/12 95/13
95/20 98/24 100/5 100/8
101/4 101/13 102/12 103/16
103/18 103/22 103/24 104/4
104/14 104/17 104/18 104/24
105/19 105/21 110/20 118/23
119/1 119/10 119/16 120/10
121/9 121/23 123/8 123/9
123/11 123/12 126/6 126/17
127/3 127/4 128/7 128/8
128/15 128/25 129/5 130/7

**A**

**about... [92]** 131/12 135/2 141/12 141/12 141/14 141/22 142/5 142/19 143/22 144/16 149/8 153/8 153/20 155/25 158/9 159/22 159/24 160/14 163/5 164/13 164/16 168/8 171/7 177/21 180/8 180/9 180/11 180/12 181/6 181/16 182/13 185/7 185/18 186/4 186/6 186/7 187/7 187/9 187/18 188/3 188/10 189/6 189/10 189/20 190/8 191/15 191/17 191/21 191/24 192/6 193/10 193/18 193/19 194/13 194/14 194/15 197/21 200/20 202/19 202/22 203/13 204/14 205/22 207/1 207/4 208/7 208/8 209/7 210/6 211/6 211/7 211/17 212/14 213/5 214/13 217/7 217/19 218/9 218/14 218/24 218/24 219/18 219/20 219/22 220/2 220/7 221/12 223/6 223/8 223/8 223/10 223/11

**above [5]** 23/8 31/16 96/15 96/17 119/3

**absolute [2]** 147/2 149/16

**Absolutely [1]** 125/6

**absurd [1]** 207/15

**acceptable [1]** 148/23

**accepting [1]** 99/2

**access [2]** 74/3 214/11

**accompany [2]** 117/23 118/2

**according [3]** 44/21 80/25 222/15

**accounting [2]** 109/25 110/2

**accurate [1]** 216/10

**acknowledge [3]** 148/19 226/9 226/12

**acquire [1]** 212/17

**across [1]** 33/9

**act [1]** 106/14

**action [4]** 1/4 83/14 132/18 228/14

**active [2]** 113/1 132/9

**activities [2]** 201/15 203/21

**actual [11]** 31/11 45/11 45/12 102/25 113/8 113/10 128/23 139/12 152/17 161/25 221/11

**actually [19]** 14/11 21/13 30/1 34/3 53/21 77/15 77/18 106/13 108/3 111/8 125/2 125/25 127/17 135/17 141/15 142/1 154/17 166/11 170/11

**added [1]** 184/11

**addition [1]** 195/6

**additional [3]** 25/17 78/9 109/6

**address [1]** 58/16

**addressed [4]** 79/23 81/15 185/15 186/12

**addressing [1]** 48/9

**adhere [3]** 72/21 73/5 73/9

**adjustment [1]** 62/22

**admin [2]** 10/1 159/12

**administered [1]** 4/2

**administration [4]** 10/4 49/23 50/1 86/16

**admission [2]** 87/3 155/13

**admissions [12]** 13/17 112/23 113/13 129/24 130/3 130/3

130/4 155/11 155/15 164/6 164/7 164/11

**admit [3]** 16/24 49/17 113/15

**admits [12]** 63/10 108/3 108/6 111/7 112/4 112/6 112/9 112/13 112/15 112/18 112/20 118/13

**admitted [1]** 16/25

**admitting [2]** 130/9 130/11

**ADR [1]** 182/20

**Advantage [1]** 108/19

**advertising [2]** 214/3 214/3

**advice [1]** 101/1

**advise [1]** 196/11

**advising [3]** 69/24 76/9 110/13

**advocate [1]** 91/1

**affiliate [1]** 138/24

**affiliated [2]** 138/22 139/2

**afraid [4]** 53/25 56/2 58/4 169/11

**after [60]** 4/4 6/20 7/7 7/18 11/10 18/23 28/3 28/23 29/21 31/15 32/19 33/17 36/9 55/17 56/14 56/21 56/22 57/13 57/13 57/15 60/6 64/10 68/24 70/18 83/20 87/2 87/21 88/22 97/10 97/11 97/21 99/10 100/1 108/25 108/25 114/16 122/11 122/24 124/2 124/10 127/2 130/17 130/17 132/1 133/2 173/7 173/14 175/22 178/21 182/14 184/11 190/14 190/17 192/5 192/9 193/13 212/1 217/14 223/23 228/9

**afternoon [1]** 4/10

**afterward [1]** 118/25

**afterwards [1]** 127/11

**again [37]** 18/19 23/25 26/10 27/8 35/20 37/15 38/14 40/6 45/15 45/21 46/13 62/17 64/18 68/9 72/25 77/17 78/15 86/20 87/4 87/5 89/4 94/19 95/8 95/23 97/1 105/9 114/6 116/18 117/15 127/12 153/7 161/3 162/9 163/20 171/20 189/5 192/10

**against [4]** 4/13 100/15 132/2 219/24

**age [1]** 23/7

**agencies [28]** 9/10 117/17 120/2 137/7 138/8 138/20 138/22 139/6 139/8 140/22 141/2 141/6 150/17 152/11 152/14 155/8 155/10 155/19 156/6 156/14 156/23 157/23 157/25 160/6 160/14 160/16 160/20 161/19

**agency [45]** 8/8 26/1 47/1 47/10 63/2 63/10 64/5 64/13 67/18 69/2 117/23 136/8 136/10 137/19 138/1 138/4 145/8 145/16 146/14 146/16 147/3 147/4 147/12 147/13 147/14 148/12 149/5 149/15 149/18 150/3 150/4 150/25 151/7 151/13 152/24 153/5 153/12 154/13 158/8 161/18 163/22 163/23 164/3 178/21 200/8

**agent [2]** 7/24 191/6

**agent/broker [1]** 7/24

**ago [6]** 4/18 53/9 127/4

161/22 187/2 190/11

**agree [8]** 76/3 137/13 174/14 174/18 175/8 175/14 181/23 226/20

**agreed [1]** 32/21

**Agreement [2]** 144/17 144/21

**ahead [6]** 30/7 142/11 206/11 206/19 209/16 210/18

**Alcoholism [1]** 131/4

**Alisa [1]** 219/25

**ALISIA [1]** 1/6

**all [120]** 5/9 5/10 6/5 8/9 8/20 13/11 15/23 17/16 20/20 22/5 22/17 31/8 32/21 40/21 44/21 46/12 48/13 50/22 52/8 53/17 53/17 54/10 54/19 54/20 57/25 58/6 60/22 65/8 69/21 70/22 73/23 74/4 78/21 87/11 87/14 87/18 88/1 88/10 88/12 90/8 93/15 94/15 94/22 95/10 99/3 101/14 102/9 103/5 103/6 114/14 120/9 131/1 131/20 134/4 134/15 134/17 140/5 140/12 140/21 140/23 141/2 141/6 143/10 146/5 150/2 150/15 151/20 152/11 152/18 154/2 154/9 156/23 161/3 161/7 164/15 168/22 169/17 170/17 170/22 171/7 171/14 175/22 177/2 178/17 181/22 183/6 186/25 188/14 188/16 189/2 189/3 189/13 190/8 190/25 191/1 192/9 194/10 194/13 197/2 197/13 199/7 200/5 201/1 201/4 204/1 204/3 206/8 208/5 208/17 211/25 212/16 214/16 215/2 215/19 216/2 216/17 217/6 217/7 218/5 224/21

**all's [5]** 31/25 35/21 45/14 178/14 179/21

**Allen [2]** 170/13 170/17

**allowed [2]** 65/9 179/25

**ALLRED [14]** 2/24 17/21 55/14 55/20 65/2 69/20 77/19 89/13 89/20 90/1 94/9 94/25 165/19 188/23

**Allred's [1]** 188/4

**almost [4]** 85/11 175/1 182/20 206/20

**alone [1]** 68/25

**along [8]** 4/11 26/24 78/6 87/25 110/20 112/14 164/15 202/12

**already [8]** 126/16 143/17 157/18 199/25 203/12 214/6 225/18 225/25

**also [18]** 2/22 7/25 8/6 36/24 39/18 41/23 42/21 43/25 58/21 76/18 87/14 91/10 101/24 117/19 139/5 157/7 161/24 163/12

**always [18]** 25/9 65/22 68/12 79/21 93/14 95/14 146/22 146/24 147/18 148/1 148/4 149/12 150/11 158/9 169/18 174/22 185/14 196/3

**am [12]** 52/20 73/7 90/19 90/24 114/4 139/25 179/25 179/25 194/2 196/8 196/10 228/17

**ambiguity [1]** 187/18

# A

**ambiguous [3]** 187/4 187/5 187/14

**ambulance [4]** 133/24 138/4 138/6 139/15

**AMERICA [1]** 1/6

**American [20]** 133/14 133/16 133/18 133/19 134/7 135/3 135/4 135/23 136/9 136/11 137/2 138/7 139/21 140/22 180/5 199/3 199/6 199/14 199/21 203/23

**Amerimed [2]** 138/3 139/13

**among [2]** 75/23 201/14

**amount [8]** 132/20 132/25 132/25 159/16 198/23 202/21 203/1 210/7

**Amy [2]** 193/25 194/5

**analogy [1]** 105/17

**ANC [22]** 136/20 137/1 137/2 137/4 137/19 138/7 138/20 138/20 138/21 139/2 139/5 139/7 139/13 179/20 200/19 200/20 200/22 203/21 204/11 204/16 214/25 219/10

**and/or [2]** 69/15 211/15

**Anderson [2]** 170/12 171/4

**Andrew [1]** 193/2

**annual [1]** 207/1

**another [11]** 5/12 12/12 37/18 39/24 44/9 58/16 89/9 123/24 139/6 178/20 209/16

**answer [23]** 5/13 5/16 6/9 17/5 24/24 100/7 101/16 142/11 142/12 147/22 150/10 180/1 187/24 196/8 196/9 196/10 196/15 196/19 199/17 200/17 204/9 204/9 211/11

**answered [3]** 86/19 126/16 224/15

**answers [4]** 5/10 5/19 24/25 46/3

**Anthem [1]** 108/16

**Anti [1]** 126/7

**Anti-Kickback [1]** 126/7

**any [138]** 5/23 6/7 6/23 6/25 7/4 8/19 10/9 10/18 10/23 10/23 13/7 14/18 15/5 19/1 19/3 19/14 19/16 20/9 24/21 28/6 36/20 38/2 41/11 45/2 47/15 48/19 49/12 52/18 54/6 54/23 57/17 58/9 60/23 60/25 61/4 68/16 69/17 70/15 70/25 71/8 74/18 79/19 82/10 82/16 82/20 82/22 84/7 86/8 86/15 89/25 93/23 95/20 97/25 98/7 101/16 101/22 103/21 104/23 105/1 105/15 108/24 109/4 116/9 119/16 120/17 121/22 122/14 122/24 126/9 126/12 126/17 126/18 126/19 128/20 129/6 129/19 132/2 138/8 143/18 145/2 147/14 150/9 152/24 153/4 161/18 162/20 162/20 162/20 163/1 163/12 163/22 166/3 167/24 174/10 176/24 176/25 178/24 183/14 183/17 185/12 186/8 186/14 189/20 190/1 190/5 191/18 193/17 193/22 193/22 194/19 195/7 195/23 196/4 196/16 197/9 200/18 202/14 202/19 205/8 205/12 205/16 210/25 212/16 212/19 214/9 214/20 214/22 214/24 214/25 215/24 217/22 219/11 219/20 222/3 224/23 226/3 226/17 228/17

**anybody [21]** 11/21 11/23 13/21 13/25 35/22 61/14 70/2 103/7 103/13 117/12 128/19 131/17 131/18 131/18 144/16 152/20 153/17 177/16 194/3 194/3 215/3

**anymore [5]** 69/8 132/12 132/13 181/11 203/6

**anyone [9]** 94/2 149/17 162/21 166/6 181/9 193/21 213/1 219/4 219/10

**anyone's [1]** 91/12

**anything [30]** 14/20 15/9 17/11 19/7 27/23 35/24 51/21 60/1 60/5 60/10 64/19 77/6 84/13 84/15 84/18 98/2 114/1 122/19 125/24 126/18 137/16 154/13 156/19 159/9 193/20 201/6 214/4 214/16 225/20 226/19

**anywhere [3]** 62/19 67/16 165/6

**aol.com [1]** 2/20

**AP [1]** 12/2

**appear [2]** 39/5 39/19

**appeared [1]** 211/4

**appears [3]** 34/19 75/22 77/1

**apply [3]** 101/17 126/20 143/18

**appreciate [3]** 134/20 216/23 227/1

**appropriate [6]** 63/5 63/17 64/14 83/15 105/12 107/1

**approval [1]** 109/1

**approve [4]** 56/10 70/13 85/25 86/1

**approved [5]** 56/6 108/20 108/25 109/2 109/3

**approves [1]** 57/18

**approving [2]** 59/10 70/16

**approximately [4]** 1/18 7/17 74/10 176/14

**April [1]** 46/2

**are [101]** 5/2 7/3 7/4 23/3 23/4 23/21 25/12 26/9 26/13 27/4 29/8 34/16 35/18 38/16 40/12 42/4 43/3 44/24 53/12 53/25 56/2 66/19 68/5 68/6 72/25 73/3 76/8 80/8 83/7 92/24 92/24 93/15 94/4 94/2 98/13 98/13 99/16 107/12 115/10 116/25 120/11 120/24 130/4 130/4 132/9 133/13 134/10 134/19 136/5 139/2 139/23 140/3 140/4 140/4 140/5 150/23 151/11 151/13 151/24 152/4 152/12 154/22 155/24 155/25 156/16 156/24 157/9 157/10 159/11 160/12 162/4 163/2 163/14 163/23 163/23 166/16 170/9 171/12 171/17 172/16 174/10 175/17 177/20 178/17 188/10 188/12 188/13 188/23 189/4 189/13 191/24 194/20 195/17 196/9 200/25 207/7 209/11 221/12 223/23 226/23 228/7

**area [6]** 7/14 7/25 8/1 9/8 205/8 205/12 205/16 210/25 136/3 138/9

**areas [1]** 194/12

**Arkansas [3]** 134/6 206/5 206/5

**arm [8]** 11/13 135/24 136/12 139/10 139/12 139/13 139/14 139/15

**Armethia [2]** 170/14 170/17

**around [13]** 26/11 62/18 85/17 87/9 91/6 131/16 131/17 131/19 144/14 169/11 179/12 184/3 216/2

**arranging [1]** 153/11

**articulate [1]** 5/18

**as [175]** 4/5 5/2 5/6 8/25 8/25 9/22 10/1 10/7 12/22 13/19 13/19 13/24 14/13 14/15 17/2 17/2 17/7 17/7 18/2 20/3 22/6 22/6 24/6 25/9 26/12 26/12 29/4 29/6 29/6 32/14 32/20 34/14 35/14 37/17 38/17 38/23 39/15 39/23 40/7 41/6 41/19 44/1 44/6 44/10 45/1 46/3 46/13 47/1 49/16 51/18 54/11 54/11 54/11 54/11 55/10 57/14 58/25 60/25 62/9 62/9 62/12 64/23 66/3 66/16 69/3 71/1 71/18 72/5 72/13 72/21 73/5 73/9 74/11 75/1 76/25 77/21 77/21 80/10 80/18 82/18 83/6 83/6 83/14 83/23 85/24 87/3 87/15 93/20 93/20 95/10 95/10 97/1 99/1 99/1 107/2 107/5 107/17 109/13 111/8 111/10 112/5 113/25 116/23 123/24 123/25 124/15 125/2 125/10 129/23 129/23 130/5 130/14 132/11 132/11 135/13 138/11 139/9 139/9 139/19 139/23 141/3 143/19 146/11 146/14 146/16 146/17 157/25 160/7 160/22 161/24 161/24 162/4 162/5 163/14 163/16 163/17 169/22 174/18 174/20 174/23 176/15 178/13 180/9 181/2 181/2 183/13 183/16 184/7 185/10 189/23 189/24 190/18 191/5 195/2 200/1 200/4 200/4 200/20 204/16 204/16 205/5 205/5 209/17 210/8 210/8 211/19 211/19 213/2 213/2 213/7 213/7 219/13 219/15 221/10 221/22

**aside [2]** 46/12 182/22

**ask [26]** 5/12 6/3 6/9 18/16 35/7 44/9 53/19 62/9 72/8 73/13 100/12 105/8 106/2 119/24 134/19 136/9 145/6 148/22 164/13 166/10 181/15 188/2 200/11 209/23 215/13 215/13

**asked [23]** 35/2 35/6 35/6 59/20 86/18 101/12 120/18 141/11 141/12 141/14 164/15 190/9 191/15 191/16 195/1 198/20 205/11 205/16 209/8 212/22 215/10 224/15 224/24

**asking [29]** 14/23 25/1 28/19 28/25 33/25 35/4 93/4 93/7 95/6 100/5 100/8 103/20 105/25 119/23 120/4 125/16 126/17 148/21 151/11 151/13

## A

**asking... [9]** 151/15 156/20 156/20 162/19 168/16 171/1 200/6 200/6 216/21

**asks [1]** 102/10

**aspect [3]** 88/17 141/12 152/19

**assess [2]** 27/14 29/20

**assessment [3]** 76/3 77/7 90/12

**assessments [2]** 75/24 211/15

**assistant [2]** 109/21 192/13

**associate [1]** 31/1

**Associates [5]** 8/11 8/21 9/4 70/9 72/14

**Association [1]** 138/15

**assume [3]** 6/4 102/2 139/5

**assumed [2]** 19/12 20/4

**assuming [6]** 47/19 109/3 110/20 144/8 218/12 226/15

**assumption [2]** 20/6 226/16

**athletic [7]** 202/15 204/20 205/7 205/24 214/22 224/14 224/25

**attached [3]** 34/23 46/24 52/17

**attaches [1]** 46/19

**attachment [2]** 40/2 42/10

**attachments [2]** 42/2 42/21

**attend [4]** 6/20 10/9 19/19 117/8

**attended [5]** 6/21 20/13 182/3 205/18 220/18

**attention [5]** 34/4 132/12 134/20 212/21 213/9

**attest [1]** 27/11

**attorney [6]** 101/21 132/14 192/13 193/5 196/12 220/10

**attorney's [7]** 1/19 98/22 102/13 123/15 192/8 192/15 220/19

**attorneys [1]** 105/3

**audit [70]** 28/2 28/4 28/23 29/7 29/11 29/15 29/21 29/25 30/8 30/11 31/12 32/20 32/25 35/3 38/17 39/17 40/22 41/25 42/13 42/18 44/1 44/11 46/20 47/5 51/19 53/12 60/25 70/9 70/17 71/10 71/21 72/22 74/1 80/25 82/17 85/10 85/10 87/21 88/23 93/20 93/20 98/9 99/11 99/23 101/5 102/6 105/9 105/13 105/14 106/1 106/3 106/10 106/24 107/2 178/14 182/7 182/17 182/18 183/1 183/6 183/7 183/13 183/16 183/24 209/24 210/2 212/1 212/3 215/14 215/17

**auditing [3]** 34/1 39/6 41/10

**auditor [1]** 53/3

**auditors [1]** 52/19

**audits [14]** 29/7 33/15 34/24 39/25 40/3 55/17 73/12 80/6 97/14 97/15 97/18 97/25 98/7 98/14

**August [9]** 9/9 22/11 37/8 37/11 38/7 133/5 168/20 182/11 212/9

**authority [1]** 131/10

**average [12]** 26/4 26/10 26/12 26/12 26/15 179/3 179/10 179/11 179/21 216/8 216/11

216/14

**averages [2]** 216/9 216/17

**avoid [1]** 63/19

**avoiding [1]** 65/17

**aware [22]** 19/14 20/2 20/9 22/24 32/25 91/23 115/24 129/20 143/11 154/22 155/1 163/1 163/4 163/8 163/12 163/20 189/2 205/3 205/14 206/2 223/1 224/23

**away [5]** 131/5 202/19 202/23 202/24 204/20

**AYER [1]** 2/11

## B

**back [59]** 8/4 16/2 16/3 17/17 18/18 22/23 27/8 28/13 37/3 43/23 44/12 45/4 45/21 55/5 58/24 61/3 61/22 62/3 62/6 62/8 67/8 75/16 80/4 80/11 81/20 81/23 82/4 82/21 86/25 87/3 87/5 87/11 90/25 91/3 91/9 92/10 96/3 105/8 112/5 115/4 116/18 139/20 143/5 148/9 152/2 165/14 178/14 178/19 183/11 183/12 184/2 184/4 184/14 202/11 202/21 210/10 217/9 217/10 226/19

**background [3]** 6/15 9/1 9/24

**backward [1]** 61/4

**bag [2]** 202/2 202/4

**bags [3]** 161/13 201/23 201/25

**Bailey [1]** 174/2

**balance [1]** 32/10

**Baldwin [4]** 8/3 8/6 210/11 210/14

**band [1]** 120/15

**banker's [1]** 103/1

**banking [1]** 7/12

**banks [1]** 7/13

**Barb [3]** 109/16 109/20 110/12

**Barbara [1]** 164/19

**base [5]** 107/22 107/24 163/25 198/25 207/17

**baseball [1]** 116/15

**based [44]** 13/4 15/6 16/10 16/17 19/7 21/11 27/7 31/17 35/12 38/4 38/12 38/15 42/1 43/12 46/23 47/20 57/6 57/7 58/14 73/11 73/16 74/15 76/1 88/13 90/4 91/5 93/14 99/3 108/1 147/10 148/4 157/16 158/14 159/8 162/18 164/5 164/6 182/23 183/23 187/24 197/22 197/23 207/16 207/21

**basic [4]** 10/15 22/25 23/6 25/20

**basically [3]** 13/1 90/18 107/8

**basics [1]** 4/24

**basis [4]** 83/4 101/22 107/13 180/6

**basketball [8]** 119/1 119/3 119/4 160/12 160/12 214/9 214/10 225/11

**Bates [9]** 34/18 38/25 42/7 77/2 77/4 79/4 172/16 184/18 221/16

**bathroom [1]** 6/8

**Batterton [1]** 173/18

**be [165]** 5/3 6/9 10/3 11/25 12/22 13/2 15/1 15/25 17/9 21/14 21/18 21/25 22/13 22/14 23/8 23/23 23/13 24/6 24/8 24/9 24/12 25/17 25/21 25/23 25/24 25/25 26/6 26/14 26/21 27/12 27/13 31/24 34/19 36/9 36/13 37/4 37/22 42/22 45/10 46/23 47/6 48/3 48/8 50/20 51/13 55/16 56/18 57/1 58/13 62/17 62/19 64/8 64/12 64/16 65/9 65/14 65/22 66/5 66/14 66/14 67/15 68/9 68/10 68/10 68/11 72/16 74/15 74/22 75/22 77/1 79/1 83/10 83/11 83/17 84/9 85/4 85/4 85/5 86/12 87/12 87/20 92/22 93/9 94/14 95/5 95/7 99/12 100/11 100/15 104/5 108/8 108/18 108/18 109/6 112/20 111/1 111/24 113/4 113/12 114/12 115/14 116/8 118/8 122/1 125/23 125/23 125/24 128/2 130/24 131/6 134/2 138/18 138/24 139/2 140/12 142/3 147/1 147/8 147/13 148/22 149/20 151/10 152/10 154/25 154/25 155/2 156/4 156/25 157/5 157/5 159/9 159/13 161/13 165/9 174/20 175/6 175/21 175/23 176/25 177/16 178/8 178/25 179/21 181/12 181/21 182/3 186/19 187/17 187/19 187/25 188/14 188/22 189/24 199/17 209/21 210/25 211/21 212/1 212/3 215/16 216/8 217/3 225/3 225/5 228/15

**bear [1]** 23/16

**beard [1]** 192/19

**became [3]** 10/19 12/5 32/25

**because [67]** 9/24 14/11 30/19 32/1 34/5 34/9 35/10 35/25 37/5 45/8 45/23 49/2 53/23 56/14 57/4 58/4 59/5 63/25 69/25 70/23 74/19 76/13 78/2 82/13 85/22 91/17 96/12 98/12 100/12 101/20 103/5 106/6 107/1 111/5 113/13 116/9 118/4 118/22 123/22 128/18 130/5 139/10 147/14 152/17 153/15 158/15 159/15 162/8 163/18 167/12 177/20 179/18 182/12 183/12 184/4 186/10 196/3 198/14 199/25 203/2 203/3 207/20 210/25 211/23 213/2 213/7 214/15

**Becky [8]** 43/18 44/7 46/15 47/16 50/24 52/12 172/25 173/5

**become [2]** 14/19 217/24

**becoming [3]** 11/4 11/22 69/10

**bed [1]** 24/8

**bed-bound [1]** 24/8

**been [56]** 9/14 10/2 23/17 31/14 32/4 32/6 37/18 43/9 46/1 53/9 55/20 61/15 62/4 65/25 66/7 70/4 78/25 79/22 83/23 85/17 85/19 98/6 103/8 104/8 105/10 106/3 106/16 114/18 114/20 141/11 141/12 141/14 154/11 155/5 157/9 157/18 157/19 174/15 179/16

**B**

**been... [17]**  179/17 182/9 184/11 185/15 186/12 187/8 190/13 193/3 193/9 193/19 195/12 198/23 201/15 205/10 207/3 225/18 225/25

**before [47]**  4/17 5/13 5/17 6/10 9/25 10/19 11/4 21/12 21/13 30/1 39/14 47/11 65/3 76/14 76/17 77/14 89/6 90/11 93/11 96/1 100/1 105/6 113/17 115/25 119/20 120/11 124/9 128/19 128/19 140/16 161/12 162/9 165/24 182/12 184/12 190/2 190/5 190/5 197/3 197/4 197/6 197/18 197/19 208/11 212/4 226/10 226/13

**began [4]**  41/9 135/3 135/4 135/15

**begin [2]**  173/22 174/1

**beginning [4]**  1/18 88/18 113/12 168/20

**begins [2]**  73/5 74/7

**begun [1]**  28/2

**behalf [1]**  212/25

**behind [1]**  130/23

**being [35]**  4/4 22/16 45/15 48/14 59/9 67/23 68/18 69/21 69/25 82/18 85/10 87/5 91/1 92/13 97/25 105/2 116/23 118/5 122/17 131/10 141/24 142/5 152/3 152/22 156/16 157/9 157/10 166/16 178/6 182/3 211/12 211/16 217/1 221/10 228/9

**believe [8]**  99/25 144/23 150/24 170/19 172/25 178/7 178/13 197/19

**bell [1]**  191/11

**belong [3]**  76/7 76/8 224/11

**benchmarks [1]**  26/8

**benefits [2]**  9/1 224/6

**Benny [1]**  44/17

**beside [5]**  166/23 167/9 169/10 170/10 170/23

**besides [1]**  103/3

**best [14]**  5/7 17/8 20/12 29/19 32/24 35/14 110/10 130/6 131/1 158/15 158/19 183/4 205/15 214/1

**better [9]**  23/21 24/21 86/6 95/7 130/5 159/18 180/12 180/13 180/19

**between [14]**  8/3 14/1 51/23 69/18 81/10 85/10 89/1 105/17 105/24 136/19 154/20 154/21 178/15 199/21

**beyond [3]**  114/1 165/6 166/6

**bias [1]**  196/3

**big [3]**  85/19 132/20 175/24

**bigger [1]**  182/20

**biggest [2]**  15/20 91/14

**bill [2]**  13/19 41/24

**billed [3]**  13/10 31/14 32/6

**billing [4]**  41/24 61/4 77/8 97/20

**bit [5]**  6/14 67/9 136/14 172/19 184/4

**Black [2]**  173/6 173/11

**blank [1]**  95/22

**Bledsoe [2]**  170/14 170/17

**blood [3]**  40/13 40/14 228/17

**board [12]**  13/4 19/8 19/10 19/14 19/17 19/19 19/20 19/23 20/3 20/5 20/10 20/13

**bones [1]**  131/12

**bonus [19]**  15/10 15/12 107/23 107/23 107/24 108/1 108/20 164/1 164/5 164/16 195/19 195/25 196/14 197/22 197/23 198/25 208/15 218/13 218/18

**bonuses [5]**  15/5 108/5 108/9 110/7 207/21

**bonusing [2]**  164/9 208/16

**both [3]**  66/19 78/5 136/21

**bottom [7]**  42/8 42/25 44/15 164/19 184/20 198/6 221/24

**bought [2]**  136/21 139/16

**bound [1]**  24/8

**BOX [1]**  2/19

**boxes [1]**  103/1

**Boy [1]**  85/9

**brag [1]**  206/23

**bragged [2]**  206/25

**branch [3]**  69/16 140/9 206/8

**branches [3]**  49/16 139/25 206/9

**breach [2]**  132/6 132/18

**breaches [1]**  21/17

**break [8]**  6/7 6/11 62/5 62/7 105/5 105/7 118/8 186/23

**Brenda [3]**  1/16 228/4 228/24

**bring [7]**  13/21 53/1 68/22 68/23 87/10 102/24 161/5

**bringing [4]**  86/24 177/5 177/7 177/19

**broker [1]**  7/24

**brought [11]**  34/4 53/21 53/23 54/24 87/3 102/25 119/19 129/15 212/21 213/9 215/22

**bucks [2]**  62/18 162/13

**budget [4]**  129/7 129/9 129/10 129/12

**budgets [2]**  129/5 129/6

**build [6]**  117/24 118/3 118/10 129/11 201/8 203/24

**building [1]**  162/16

**built [1]**  60/20

**bump [1]**  106/21

**Burton [2]**  34/7 71/13

**Burton's [1]**  176/5

**business [18]**  10/7 12/10 13/8 13/16 19/1 20/16 129/19 129/22 140/18 145/13 150/7 150/7 158/15 158/19 159/20 201/6 209/1 214/17

**button [1]**  90/8

**buy [3]**  204/24 212/22 213/11

**buying [2]**  213/5 217/19

**Byrd [2]**  170/13 171/4

**C**

**cake [1]**  127/8

**call [18]**  18/16 18/18 19/9 24/17 68/5 91/13 94/4 94/9 94/25 97/4 97/6 97/11 108/18 130/12 131/16 131/17 209/9 218/18

**called [11]**  7/9 7/20 30/18 34/23 42/10 46/19 114/18 131/20 190/7 190/17 194/24

**calling [5]**  66/22 66/25 97/2 131/5 159/12

**calls [3]**  26/25 107/14 125/14

**calm [1]**  18/23

**came [20]**  21/13 29/21 34/5 35/20 50/14 52/25 127/2 136/21 139/16 143/16 144/1 144/5 144/11 145/3 162/12 182/6 182/13 183/12 212/1 217/14

**campaigns [1]**  109/5

**can [59]**  5/7 5/13 9/19 17/5 20/11 24/10 24/13 25/5 25/16 25/18 25/21 27/11 29/16 30/4 35/14 35/21 37/4 38/24 46/12 57/5 63/8 63/8 68/9 72/4 76/19 77/1 92/15 94/22 96/3 106/25 108/18 108/18 123/23 125/24 130/12 142/11 145/12 147/2 147/24 149/17 150/2 153/14 156/22 158/22 161/5 162/10 167/25 178/25 182/17 187/1 187/19 188/8 189/20 200/3 204/8 204/9 204/9 206/8 216/6

**can't [68]**  11/2 13/3 15/9 22/4 25/23 25/24 26/9 27/8 29/1 29/18 30/13 30/17 33/19 35/5 35/23 37/14 41/4 45/10 47/19 48/13 48/21 49/6 51/13 51/22 52/22 56/22 58/23 60/4 60/5 67/22 69/8 71/15 74/4 77/18 81/11 81/11 93/23 95/22 98/2 98/14 103/13 107/23 108/10 108/11 109/9 111/18 112/14 112/15 115/25 121/13 122/1 122/20 124/9 127/1 127/9 127/21 127/22 150/20 152/17 162/6 179/17 181/11 184/12 190/25 192/14 193/1 193/4 196/11

**cannot [1]**  96/3

**capacity [1]**  8/2

**caps [1]**  198/1

**caption [2]**  228/7 228/8

**captioned [1]**  228/19

**Cara [2]**  121/6 121/17

**care [75]**  8/14 9/10 10/3 17/3 33/17 37/19 44/21 45/16 45/19 46/7 46/8 48/12 67/21 67/23 75/23 92/23 95/16 96/8 97/3 97/19 131/14 133/14 133/15 133/16 133/19 133/20 134/7 135/3 135/4 135/22 135/23 135/24 136/10 136/11 136/18 136/18 136/22 137/2 137/6 137/11 137/15 137/17 138/7 138/9 138/13 138/22 139/10 139/13 139/21 140/18 140/23 142/18 142/19 144/13 147/5 145/23 146/2 155/21 155/23 156/4 156/10 156/12 156/25 157/17 157/18 173/22 180/5 187/11 187/20 199/4 199/6 199/14 199/21 203/23 211/14

**career [1]**  127/19

**cares [1]**  113/2

**Caroline [2]**  121/8 173/18

**case [21]**  4/12 4/19 4/20 25/9 48/8 48/11 86/2 94/8 100/15 135/1 177/15 188/20 188/23 189/3 193/19 193/20 194/13 196/2 196/4 220/3

**C**

**case... [1]** 220/8
**cases [1]** 28/5
**Catholic [2]** 135/24 199/3
**Causey [1]** 169/4
**cc'd [1]** 226/14
**census [22]** 27/24 81/6 86/25 87/5 87/7 88/8 112/1 112/1 112/2 112/4 112/6 112/9 112/25 112/25 113/1 178/11 179/4 179/10 179/12 179/16 179/21 182/19
**central [10]** 1/3 97/8 134/7 137/20 138/2 138/5 138/8 138/17 138/18 216/2
**CEO [5]** 14/19 128/22 131/13 217/24 224/1
**cert [25]** 25/9 25/10 25/10 28/18 35/21 36/11 36/14 37/4 38/15 40/16 45/23 46/4 46/8 46/8 49/1 55/6 56/17 77/14 80/13 90/17 173/22 174/1 185/1 185/2 185/7
**certain [10]** 18/16 31/13 32/18 39/25 98/3 98/12 98/13 112/8 159/16 182/25
**certainly [1]** 137/12
**certificate [3]** 3/8 101/19 228/1
**certification [2]** 1/24 211/14
**certifications [2]** 7/4 28/10
**certified [16]** 25/12 25/17 25/21 25/23 25/24 25/25 37/18 38/10 40/18 43/10 68/19 152/15 153/2 179/1 187/19 187/19
**certify [4]** 106/24 196/17 228/6 228/16
**certifying [1]** 53/20
**certs [34]** 28/2 28/6 28/16 28/16 28/24 29/9 34/9 34/24 35/23 36/4 36/5 36/6 39/6 40/3 44/2 48/23 51/12 51/13 60/21 61/4 68/21 68/25 70/23 70/24 77/25 78/3 80/6 90/6 98/5 99/15 169/10 215/1 215/3 215/12
**chain [2]** 13/25 55/13
**chance [1]** 127/17
**change [13]** 17/10 17/12 21/4 37/5 43/5 45/9 57/10 57/17 77/10 95/10 95/12 173/22 174/1
**changed [4]** 61/3 79/20 96/6 185/13
**changeover [1]** 114/13
**changes [10]** 36/21 36/24 36/25 38/9 38/13 44/24 44/25 75/11 169/1 169/5
**changing [3]** 18/24 25/11 51/14
**charge [3]** 118/15 118/18 119/2
**charitable [2]** 195/21 195/22
**Charlene [1]** 127/23 127/24
**chart [21]** 18/6 33/15 34/1 34/24 35/5 36/17 37/25 38/17 39/6 39/17 39/25 40/3 42/18 44/1 46/1 55/17 80/5 80/25 97/15 105/15 178/1
**charts [26]** 30/25 32/21 35/3 35/9 35/17 41/10 46/21 47/5
53/4 70/10 82/17 83/18 98/9 98/14 98/22 99/19 99/24 100/19 101/5 102/10 105/10 106/3 106/10 106/24 174/16 214/25
**chase [1]** 90/24
**chasing [7]** 91/6 91/24 92/3 92/14 92/14 92/14 93/7
**check [2]** 6/8 78/10
**checking [1]** 188/14
**checks [1]** 110/11
**CHI [15]** 133/15 133/17 133/18 134/2 135/25 136/5 136/7 136/19 136/21 138/10 139/9 199/3 219/4 219/10 224/5
**Chicago [6]** 6/19 7/13 7/25 8/1 9/8 12/9
**chief [2]** 127/13 179/5
**Chief-Operations [1]** 127/13
**CHILDERS [24]** 2/19 3/7 76/12 197/16 197/17 200/13 203/9 203/14 204/6 204/8 204/13 204/19 207/8 207/13 207/19 209/15 209/22 216/14 216/18 224/17 224/21 224/22 226/22 226/25
**childerslaw [1]** 2/20
**choice [30]** 145/8 145/15 145/21 145/22 146/5 146/14 146/23 146/24 147/15 147/17 147/17 147/19 148/1 148/3 148/5 149/12 150/11 150/14 150/25 151/3 151/6 151/19 151/20 151/22 151/24 152/9 153/10 153/22 153/22 201/3
**choose [14]** 145/23 146/4 147/4 149/5 149/13 149/14 151/12 152/14 152/20 152/23 153/16 153/16 153/17 154/3
**chooses [2]** 151/1 151/7
**choosing [1]** 151/24
**Chowing [2]** 174/4 174/7
**CHRIS [14]** 2/23 54/18 55/3 66/16 66/16 66/25 67/1 78/16 95/24 95/25 143/10 143/11 143/14 184/10
**Chris's [1]** 96/13
**CHRISTINE [2]** 2/6 4/11
**Christmas [1]** 15/10
**chronic [3]** 24/13 75/13 169/13
**CHS [2]** 139/11 139/16
**chunk [1]** 85/19
**church [1]** 24/10
**CIA [2]** 144/24 144/25
**Cincinnati [1]** 206/7
**Cindy [5]** 41/20 44/11 47/16 52/12 175/10
**CIVIL [2]** 1/4 1/22
**claim [2]** 31/18 32/10
**claimed [1]** 101/14
**claims [5]** 31/1 31/13 31/19 32/6 32/8
**clarity [1]** 5/11
**Classic [3]** 7/21 7/22 8/4
**clause [1]** 25/5
**Clay [1]** 36/4
**clear [9]** 27/12 77/3 87/20 115/6 148/24 148/25 151/10 165/9 165/25
**clearly [3]** 94/1 100/23 100/24

**client [1]** 23/9
**climbing [2]** 77/21 77/23
**clinical [16]** 10/7 26/19 27/1 65/11 65/11 69/25 71/18 71/19 84/3 140/3 140/10 140/12 169/17 169/19 197/25 198/1
**clinically [3]** 51/24 55/5 157/16
**clinician [18]** 23/15 26/20 56/5 56/6 56/10 56/25 57/4 57/5 57/7 57/18 59/10 77/7 86/23 96/23 143/14 174/19 174/22 174/25
**clinician's [1]** 175/14
**clinicians [17]** 27/5 48/11 48/14 49/13 56/16 57/9 59/22 76/3 76/9 77/12 78/18 86/3 96/7 174/15 174/17 175/4 182/4
**CLINTON [1]** 2/12
**close [3]** 41/7 77/19 213/13
**closed [3]** 176/14 213/3 213/7
**closely [1]** 189/23
**club [5]** 202/5 202/7 202/9 224/9 224/11
**clubs [2]** 161/13 202/8
**CM [4]** 57/24 188/12 188/20 189/2
**CMS [2]** 26/8 182/18
**co [1]** 226/23
**co-counsel [1]** 226/23
**coding [5]** 77/8 210/12 211/15 212/10 212/11
**coffee [3]** 127/8 161/4 161/5
**collected [1]** 75/25
**college [4]** 6/20 6/21 6/23 7/8
**com [1]** 111/1
**combined [1]** 52/13
**come [18]** 12/4 22/23 24/20 25/7 31/19 40/24 47/10 53/3 62/6 63/14 124/24 142/20 143/5 154/1 154/9 178/19 206/25 214/4
**comes [4]** 31/19 85/23 130/2 151/11
**comfortable [3]** 34/5 56/24 215/18
**coming [10]** 17/9 28/25 96/17 97/5 97/5 97/12 97/13 98/25 140/16 146/16
**command [1]** 13/25
**Commercial [2]** 7/9 9/25
**commission [1]** 228/20
**common [5]** 131/17 162/8 163/25 200/21 200/22
**commonality [1]** 199/2
**commonplace [1]** 162/5
**Commonwealth [1]** 152/12
**communicate [2]** 217/15 217/16
**communications [3]** 103/21 105/17 105/24
**community [16]** 107/5 107/12 108/21 109/6 110/7 110/23 114/22 121/4 140/24 141/10 141/14 142/23 143/6 163/24 164/10 165/10
**Commute [1]** 110/24
**comp [1]** 159/9
**companies [6]** 61/23 116/10 117/1 117/6 117/7 126/11

**C**

**company [76]** 7/9 7/20 8/4 8/6 8/7 8/12 8/13 8/25 9/13 11/5 12/16 14/19 16/8 16/13 17/1 27/24 32/22 33/1 33/7 33/8 40/24 41/21 60/22 61/7 61/22 65/4 69/7 82/23 87/22 88/22 90/1 91/24 92/18 93/19 97/20 98/9 100/9 100/14 100/22 105/14 106/3 106/14 107/19 111/25 112/18 113/17 115/2 116/6 120/14 123/14 126/13 129/6 129/8 129/14 130/23 131/11 131/13 132/3 133/21 135/22 135/23 139/18 144/20 195/8 195/13 195/20 195/21 198/6 198/19 207/2 207/11 207/21 215/12 215/25 217/11 222/18

**company's [7]** 81/6 87/6 100/5 100/21 101/25 114/16 127/15

**compensated [1]** 107/21

**compensation [3]** 9/1 195/6 195/16

**compete [4]** 132/21 218/16 218/19 218/20

**competing [1]** 207/2

**competitor [4]** 11/8 134/10 134/14 137/12

**complaining [1]** 70/2

**complaints [2]** 54/23 55/1

**complete [1]** 211/13

**completed [1]** 182/10

**compliance [16]** 18/2 33/13 35/11 41/23 43/22 71/16 74/19 75/15 78/6 78/22 98/10 98/11 126/6 127/1 127/2 127/10

**compliant [5]** 43/7 68/6 79/21 90/23 185/14

**component [2]** 157/7 157/12

**Comprehensive [1]** 9/11

**comprised [1]** 179/21

**concern [6]** 29/3 29/4 47/4 65/8 89/20 104/14

**concerned [4]** 50/4 62/10 66/19 104/16

**concerning [6]** 11/16 29/10 55/21 69/13 105/17 143/17

**concerns [7]** 16/5 45/2 82/10 89/25 95/20 95/21 119/16

**concert [5]** 119/10 119/11 119/17 120/7 120/12

**conclude [1]** 37/7

**concludes [1]** 227/2

**conclusion [2]** 37/12 125/14

**conclusions [1]** 44/24

**concurred [1]** 223/2

**concurrent [1]** 81/25

**condition [4]** 24/14 36/22 45/9 75/11

**conditions [2]** 75/13 75/14

**conduct [1]** 70/9

**conducted [2]** 215/16

**conducts [1]** 140/18

**conduit [1]** 153/11

**confirm [1]** 83/13

**confused [2]** 209/7 211/8

**consecutive [1]** 33/16

**considered [1]** 134/10

**consistent [1]** 75/14

**consolidated [1]** 139/11

**constantly [1]** 90/23

**constitute [1]** 169/14

**consultant [1]** 177/5

**consulting [16]** 8/13 10/21 11/10 11/12 11/13 11/16 11/17 12/7 12/10 12/14 34/6 71/18 198/21 210/3 210/3 210/7

**contact [4]** 114/15 141/7 141/8 195/1

**contacted [1]** 194/22

**contacts [1]** 141/3

**content [1]** 125/3

**context [1]** 23/12

**continue [3]** 55/6 63/17 64/14

**continued [5]** 77/13 79/24 80/1 97/18 185/17

**continuing [3]** 26/17 26/23 117/14

**continuously [1]** 30/16

**contract [20]** 10/23 12/23 12/24 15/14 15/15 15/25 15/25 16/6 21/11 21/17 21/20 21/22 132/6 132/18 195/14 211/3 211/8 211/10 213/21 214/2

**contractor [1]** 29/12

**contribute [1]** 198/5

**control [3]** 158/22 158/22 158/23

**controlled [1]** 43/6

**conversation [17]** 40/23 56/23 61/13 61/18 61/20 65/5 65/13 65/14 68/3 86/14 122/3 122/3 122/6 122/8 124/15 125/11 188/10

**conversations [16]** 55/23 55/25 65/1 65/16 68/16 70/6 70/16 88/5 103/15 103/18 104/3 104/18 104/23 104/25 105/1 123/9

**convey [1]** 104/14

**conveyed [1]** 39/10

**convoluted [1]** 136/13

**COO [12]** 12/19 12/22 14/15 21/12 21/16 21/25 47/1 99/1 128/22 219/14 223/14 224/1

**Cooley [1]** 36/5

**copied [3]** 46/6 110/19 165/1

**copies [2]** 209/2 210/25

**copy [2]** 15/15 225/8

**CORNDORF [2]** 2/6 4/11

**corner [1]** 221/25

**Cornerstone [1]** 139/14

**CORP [1]** 1/12

**corporate [4]** 9/23 135/19 144/16 144/20

**corporation [2]** 7/10 128/20

**correct [55]** 8/1 9/17 23/2 25/15 25/24 27/16 27/21 37/1 40/5 40/8 40/9 40/19 46/17 55/14 60/2 64/7 66/14 66/15 68/2 70/11 75/3 81/4 117/21 123/22 136/1 137/3 137/5 165/22 170/23 172/14 176/7 178/8 182/1 182/5 183/8 184/23 185/20 188/19 198/7 199/4 199/5 199/8 199/9 203/10 207/25 211/19 211/22 212/2 212/5 216/14 221/11 222/15 222/16 222/17 222/21 222/25

**corrected [2]** 173/8 173/15

**correctly [5]** 121/3 176/16

185/1 185/9 188/9

**correlate [1]** 187/15

**correlation [1]** 88/25

**cost [6]** 158/22 159/10 159/11 159/14 159/23 211/22

**costs [1]** 159/4

**could [50]** 4/14 14/9 17/9 23/8 23/8 24/8 24/9 26/23 27/3 34/8 37/4 37/22 37/23 51/25 51/25 57/1 62/19 68/10 68/10 68/11 70/4 77/15 78/25 79/1 87/12 93/16 95/2 99/18 99/22 99/22 102/24 103/8 113/9 113/11 115/14 115/17 125/17 125/23 125/23 125/23 147/25 148/1 153/16 154/2 183/4 206/3 208/23 211/24 217/10 224/17

**couldn [12]** 87/4 91/7 98/15 116/20 118/2 125/17 162/15 184/12 187/24 199/15 221/1 226/17

**counsel [14]** 101/1 103/16 103/22 104/4 104/19 104/20 104/24 105/1 106/16 106/17 106/22 226/23 228/9 228/14

**count [3]** 42/1 166/25 167/1

**counted [1]** 167/19

**counting [6]** 167/5 167/6 167/7 167/8 170/7 171/24

**country [3]** 120/14 224/9 224/11

**country-western [1]** 120/14

**county [13]** 137/22 137/24 147/5 152/5 152/5 152/7 152/13 152/21 152/23 152/24 153/21 228/3 228/23

**couple [20]** 4/24 11/24 18/23 25/6 29/9 51/12 55/16 74/20 114/18 114/19 135/1 135/17 143/10 160/12 182/14 183/18 183/19 183/21 197/20 214/7

**course [1]** 128/13

**court [8]** 1/2 1/16 4/3 89/11 101/20 106/25 150/19 228/4

**courtroom [1]** 5/3

**cover [4]** 4/24 112/10 175/10 220/21

**coverage [1]** 10/16

**coverages [1]** 153/20

**covered [1]** 112/9

**cracks [1]** 142/25

**create [1]** 77/13

**created [3]** 9/23 78/17 130/21

**credit [1]** 170/17

**Crestwood [1]** 228/23

**criteria [10]** 10/15 15/12 22/15 23/6 25/20 27/19 82/19 83/24 97/20 197/22

**crossed [1]** 11/25

**crossover [1]** 41/5

**crossovers [1]** 19/3

**Crutzburg [5]** 114/11 164/24 164/25 165/1 165/7

**cup [2]** 161/4 161/5

**current [9]** 46/3 79/18 135/2 140/14 185/10 194/20 195/16 196/19 219/19

**currently [1]** 197/23

**custom [2]** 29/1 200/1

**cut [1]** 110/11

**cutoff [1]** 51/18

**Cynthia [2]** 42/20 172/12

**D**

**D/C [6]**  45/2 141/20 141/24
188/11 188/14 188/17
**dad [2]**  18/7 18/9
**daily [3]**  179/11 179/21
180/6
**damages [1]**  132/17
**Dan [1]**  223/25
**Daniels [7]**  109/17 109/23
109/24 110/13 110/25 164/20
164/23
**data [4]**  52/24 53/2 75/24
211/15
**date [8]**  11/2 36/8 42/15
44/4 44/6 72/17 72/18 190/12
**dated [1]**  40/11
**dates [3]**  36/9 41/4 41/7
**daughter [1]**  43/6
**Davenport [3]**  225/3 225/5
225/11
**DAVID [20]**  1/7 2/15 49/3
49/5 56/4 56/9 56/20 56/25
57/11 58/14 59/9 60/3 60/6
69/4 69/4 69/21 69/24 70/3
220/5 220/7
**day [37]**  13/1 13/2 13/6 13/6
13/8 13/8 16/1 16/1 16/4
16/4 16/7 16/7 20/19 20/19
21/12 21/13 21/13 25/13
25/17 36/13 39/14 42/17 66/5
79/20 88/22 88/22 107/13
107/13 108/16 113/8 114/14
114/17 125/6 154/2 185/13
223/19 228/22
**day-to-day [6]**  13/6 16/1 16/4
16/7 88/22 107/13
**days [1]**  13/17
**deal [7]**  58/8 69/17 78/5
91/10 132/13 134/3 177/20
**dealing [8]**  16/4 19/8 99/14
120/19 132/21 132/22 158/21
216/9
**deals [2]**  132/12 140/11
**dealt [5]**  20/21 47/11 111/7
213/17 215/21
**debate [1]**  87/21
**debates [2]**  84/7 84/10
**December [1]**  41/10
**decided [4]**  31/8 95/16 106/19
119/5
**deciding [1]**  56/25
**decision [14]**  57/25 65/12
83/22 83/24 96/6 106/22
106/23 111/21 116/12 131/15
131/15 222/6 222/9 222/20
**decisions [4]**  106/9 131/14
175/17 188/24
**decline [2]**  196/9 196/15
**Deeds [2]**  223/25 224/2
**deeming [3]**  168/2 168/4 168/5
**deeper [1]**  47/22
**DEFENDANT [2]**  1/12 2/10
**define [1]**  206/4
**degrees [1]**  7/1
**delta [1]**  75/5
**denied [1]**  184/1
**deny [1]**  16/24
**department [10]**  9/23 74/19
75/16 78/22 83/17 107/4
107/7 113/3 122/5 125/4
**dependent [1]**  174/22
**depending [1]**  116/11

**depends [4]**  23/25 174/19
202/20 215/18
**deposition [7]**  1/15 1/21 4/17
190/2 190/6 194/17 227/2
**depositions [1]**  225/19
**describe [1]**  162/5
**described [6]**  25/21 141/3
143/19 160/7 160/22 162/4
**deserve [2]**  49/1 131/6
**deserved [1]**  83/11
**despite [1]**  82/8
**detail [1]**  20/23
**details [1]**  22/17
**determine [1]**  211/25
**determines [1]**  168/2
**determining [2]**  168/11 168/12
**deviations [1]**  216/11
**dguarnieri [1]**  2/17
**diabetes [1]**  185/9
**diagnosed [1]**  23/22
**diagnosis [4]**  23/14 37/21
37/22 185/9
**Diana [5]**  34/6 71/3 71/13
185/7 176/5
**did [296]**
**didn [2]**  48/5 89/22
**didn't [71]**  15/9 17/8 18/3
19/19 30/21 31/5 41/5 48/1
50/6 50/10 50/11 61/7 61/20
68/22 69/21 69/23 71/5 71/8
74/21 76/7 76/8 82/5 86/22
87/10 87/24 91/25 105/20
113/22 113/23 113/24 114/2
114/3 114/7 114/12 116/8
116/9 116/22 120/3 120/20
125/10 129/12 131/6 131/13
163/10 163/20 168/18 175/9
176/18 177/15 186/2 186/4
186/7 189/19 194/23 195/3
195/14 197/9 198/17 203/2
203/3 203/5 203/17 203/18
203/19 206/20 211/25 212/14
217/4 217/5 217/13 226/3
**diet [7]**  40/15 79/22 80/17
81/13 173/8 173/14 185/15
**dietary [1]**  40/15
**difference [1]**  93/24
**different [50]**  10/13 15/24
20/19 20/20 28/16 31/19
37/22 46/23 49/15 51/14
56/21 57/11 73/7 87/12 88/10
93/3 93/16 97/9 102/14
102/16 106/11 106/23 109/8
110/3 110/16 117/3 119/12
119/22 119/25 120/1 125/25
129/11 130/24 136/10 136/23
143/24 151/23 151/24 154/6
154/9 161/7 170/20 172/19
173/2 174/15 198/25 201/2
202/24 212/13 219/8
**difficult [2]**  102/12 128/18
**difficulty [1]**  181/18
**diminished [1]**  130/16
**dinner [2]**  162/13 162/16
**diploma [1]**  7/1
**direct [5]**  17/17 137/12
139/5 162/22 178/7
**directed [1]**  226/20
**Directing [1]**  163/16
**direction [3]**  94/5 101/21
106/16
**directive [6]**  94/6 94/18
94/24 96/15 96/17 106/13

**directly [6]**  17/14 18/2 35/6
140/10 163/14 163/17
**director [12]**  57/14 71/16
108/22 109/1 111/9 111/11
122/4 127/21 135/19 140/9
140/10 224/19
**directors [3]**  13/12 19/21
140/7
**disabled [1]**  23/8
**disagree [1]**  41/11
**disagreed [2]**  114/9 114/10
**disagreeing [2]**  84/16 84/20
**discharge [93]**  26/2 45/2
49/22 50/2 50/10 50/11 53/5
54/11 54/14 54/15 54/18
54/21 55/4 55/21 56/3 56/11
57/7 57/19 58/4 59/12 59/17
59/22 60/7 63/25 64/15 64/16
65/9 65/10 65/10 78/7 78/15
82/13 83/22 84/5 86/4 86/10
87/3 88/2 90/5 90/15 91/13
91/16 91/18 91/19 94/3 94/14
94/16 94/21 95/17 96/3 96/7
107/15 107/16 113/3 115/15
115/16 141/24 141/25 142/2
146/16 146/17 149/16 150/2
150/9 152/10 153/3 153/10
153/11 153/12 153/19 154/20
173/7 173/14 173/18 173/22
174/1 174/11 174/11 177/13
178/21 183/14 184/6 184/7
184/8 188/17 188/24 189/16
200/25 204/17 222/3 222/6
222/15 222/20
**discharged [49]**  26/6 42/22
46/23 47/6 48/3 50/10 50/12
50/20 54/1 54/8 54/13 54/20
57/1 61/10 61/19 62/2 65/7
66/14 74/22 81/9 81/17 82/8
83/11 84/9 85/8 85/12 87/14
87/18 87/22 88/1 88/7 89/21
90/2 96/1 99/12 113/15 152/4
152/22 174/21 175/6 175/21
177/1 177/16 178/6 178/9
178/12 181/8 181/13 186/19
**discharges [22]**  13/18 54/20
65/6 67/1 83/1 85/23 85/25
94/15 112/7 112/10 112/19
112/24 113/4 113/13 129/24
130/7 130/8 130/9 155/17
189/7 223/1 223/2
**discharging [20]**  16/20 50/5
50/8 53/15 61/2 65/2 83/9
85/5 86/11 86/16 90/9 90/11
91/19 95/3 95/11 95/13
130/10 130/11 181/18 222/24
**discipline [2]**  54/15 54/21
**disclose [2]**  200/18 205/11
**disclosing [1]**  101/7
**disconnect [3]**  75/23 76/4
77/3
**discord [1]**  130/21
**discuss [2]**  84/22 119/20
**discussed [18]**  12/18 16/18
16/22 34/3 51/7 53/10 67/4
68/20 70/1 70/18 120/10
128/12 140/1 204/2 219/3
219/6 219/12 225/1
**discussing [4]**  49/15 53/7
124/2 127/3
**discussion [16]**  48/25 51/16
53/16 56/13 56/19 67/5 67/5
87/21 104/9 104/22 121/25

## D

**discussion... [5]**  125/4 181/6 191/12 191/14 217/22

**discussions [15]**  32/19 47/14 49/25 50/4 55/19 59/15 59/19 60/11 76/2 82/22 82/25 85/1 86/23 121/22 155/6

**disputes [1]**  69/18

**distinguish [1]**  30/21

**distribute [1]**  118/21

**distributing [3]**  116/6 118/15 119/2

**distribution [1]**  224/14

**DISTRICT [3]**  1/2 1/2 207/4

**DIVISION [1]**  1/3

**DM [1]**  40/15

**DME [2]**  133/23 139/15

**do [280]**

**doctor [7]**  125/11 147/2 147/16 154/21 162/12 202/3 202/6

**doctor's [4]**  65/22 67/15 92/24 142/25

**doctors [9]**  115/18 115/19 201/19 201/23 202/15 203/25 204/17 205/17 224/24

**doctors' [1]**  121/18

**document [7]**  34/23 46/19 50/23 72/9 170/6 195/9 221/24

**documentation [5]**  48/20 50/24 54/17 75/11 75/12

**documented [1]**  49/22

**documents [5]**  28/8 28/11 89/15 164/14 191/18

**does [55]**  23/11 24/24 37/25 39/5 42/20 55/19 73/18 79/15 79/19 89/25 91/11 108/13 115/13 129/8 133/21 134/7 137/9 137/15 137/17 137/19 138/7 138/7 139/18 140/2 153/3 154/1 165/10 165/11 165/23 166/2 166/3 166/5 166/7 167/24 168/13 168/21 169/13 169/20 172/19 185/12 186/13 196/1 196/1 196/5 196/6 197/8 199/19 200/7 203/21 203/23 204/11 206/12 206/14 207/24 218/14

**doesn [25]**  24/7 26/13 37/24 64/18 65/22 91/9 93/8 100/20 146/1 168/13 168/20 169/18 170/10 170/15 170/18 171/18 173/19 174/5 186/16 187/14 191/10 194/11 207/18 208/17 216/7

**doing [40]**  12/7 12/8 13/11 33/10 33/15 34/6 35/10 39/5 45/12 45/13 45/14 46/5 48/14 51/13 51/15 53/25 57/20 66/7 69/21 83/10 83/17 95/25 98/14 110/16 113/24 123/21 123/21 125/2 125/5 125/7 127/11 130/10 130/12 158/24 192/11 200/25 210/9 210/10 211/7 220/22

**dollar [7]**  116/19 123/24 124/6 132/25 159/2 202/21 203/1

**dollar-wise [1]**  123/24

**dollars [7]**  62/20 159/4 159/6 159/10 159/14 161/25 195/7

**don [8]**  22/8 22/15 61/9 62/5 71/5 219/23 221/3 225/21

**don't [206]**  5/11 5/23 6/3 6/13 11/1 12/1 13/15 14/20 15/13 17/19 18/15 20/14 21/10 22/4 22/6 22/10 22/16 24/24 25/19 26/21 26/22 28/13 29/16 31/22 31/23 33/11 35/9 36/15 37/13 39/11 39/11 41/7 41/8 48/4 48/13 49/14 49/18 51/20 51/22 52/23 53/6 56/13 57/5 57/13 57/20 57/21 57/22 58/4 58/11 60/4 61/3 61/10 65/6 65/14 67/21 70/4 72/9 73/23 78/24 78/24 79/2 79/3 79/4 81/8 81/10 84/10 84/13 85/9 86/5 86/13 86/22 87/20 89/3 89/23 91/20 94/12 95/2 96/9 97/23 98/15 98/16 98/17 99/15 100/3 100/12 101/11 101/13 101/22 102/16 103/10 103/10 103/11 103/12 104/24 107/1 110/4 111/13 111/18 113/9 113/11 120/17 122/19 122/20 124/11 124/13 126/8 126/11 127/19 128/10 129/3 129/4 129/7 129/22 131/2 132/11 132/13 132/19 132/24 138/6 142/13 142/15 144/9 144/22 144/22 148/17 148/18 148/20 149/1 149/23 150/14 150/25 152/18 152/19 153/17 153/24 154/3 157/20 162/20 162/20 165/4 166/25 170/4 170/5 170/7 170/8 170/11 171/3 171/24 174/23 177/2 177/10 178/23 179/2 181/3 181/5 182/25 183/3 183/15 183/15 186/2 187/23 189/9 190/11 191/1 191/10 192/4 192/7 194/3 194/15 195/23 196/16 197/18 199/15 200/15 200/24 202/4 202/10 205/2 206/23 210/1 210/10 210/20 210/25 211/1 213/6 214/8 215/2 215/24 216/21 217/6 218/1 218/10 218/10 219/1 219/1 219/2 219/22 219/24 221/3 221/6 221/7 221/9 225/13 226/4 226/6 226/6

**done [21]**  29/8 29/12 70/12 97/23 97/25 101/21 101/21 101/25 103/11 116/10 161/23 162/8 162/14 166/16 172/25 173/5 187/1 205/13 210/12 211/21 226/23

**doors [1]**  120/4

**Dora [1]**  45/25

**dotted [1]**  18/3

**Douglas [2]**  36/6 169/8

**down [19]**  5/9 33/20 36/17 38/6 87/15 87/17 88/8 93/21 102/25 128/21 130/2 161/3 169/7 173/21 173/25 174/4 184/20 228/10

**Dr [4]**  121/1 225/3 225/5 225/11

**drives [1]**  112/6

**driving [4]**  64/11 64/18 64/18 112/5

**drop [1]**  184/14

**dropping [1]**  178/11

**duly [1]**  228/9

**duration [1]**  21/23

**during [14]**  13/17 50/3 50/4 78/14 95/14 111/9 130/14 156/13 168/5 168/10 185/7 191/12 191/18 218/13

**duties [1]**  139/23

**duty [1]**  19/2

## E

**E's [1]**  206/6

**E-V-A-N-S [1]**  4/16

**each [11]**  36/9 45/17 54/17 106/21 114/17 131/1 134/25 140/9 150/19 219/17 220/24

**earlier [16]**  47/9 70/1 70/7 70/19 74/20 91/5 92/12 92/21 94/1 97/14 140/1 162/19 183/5 217/25 222/10 225/2

**early [4]**  4/23 53/14 210/8 211/19

**earnings [1]**  218/6

**easier [3]**  58/1 76/19 189/25

**EAST [1]**  2/16

**EASTERN [2]**  1/2 207/4

**ed [1]**  111/1

**edit [8]**  30/15 31/11 32/17 32/22 178/10 178/14 183/1 183/7

**edits [1]**  30/20

**educated [4]**  40/14 40/14 173/8 173/15

**education [4]**  107/5 110/23 141/16 141/20

**educational [2]**  6/14 6/25

**educator [1]**  121/4

**educators [15]**  107/13 108/21 109/6 110/7 114/22 140/25 141/11 141/14 142/23 143/6 163/24 164/10 165/11 205/22 205/23

**effective [2]**  113/24 114/7

**effectiveness [1]**  131/20

**efforts [3]**  50/2 57/17 128/15

**eight [5]**  44/20 44/23 44/23 87/9 166/21

**eighteen [11]**  30/20 31/3 31/6 31/8 31/10 31/17 32/2 32/9 43/5 144/14 144/14

**either [7]**  42/21 52/16 70/3 74/17 153/14 195/3 203/15

**elevated [1]**  40/13

**eleven [5]**  85/18 89/10 89/11 166/21 167/12

**eligibility [10]**  10/15 15/11 22/25 25/20 26/19 27/2 27/4 27/20 82/19 83/24

**eligible [3]**  15/5 108/8 109/6

**Elizabeth [2]**  36/4 143/23

**else [20]**  11/21 13/21 13/25 16/13 19/8 60/10 70/1 70/2 103/2 103/7 103/13 112/11 117/13 149/17 159/13 187/13 188/13 194/3 194/3 214/4

**Elsie [1]**  38/5

**email [50]**  6/8 34/19 35/18 39/1 39/9 39/10 39/13 39/24 42/5 42/15 44/4 46/15 47/15 47/18 52/17 55/13 57/23 58/15 58/16 59/6 80/5 89/13 89/19 89/24 89/25 90/3 91/5 93/25 109/16 119/20 120/23 120/24 164/18 164/19 164/22

## E

**email... [15]**   164/23 165/4
165/9 165/19 165/20 166/2
166/5 188/4 188/8 191/21
192/1 192/3 225/22 226/13
226/18
**emailed [1]**   65/15
**emailing [3]**   42/2 42/18 66/10
**emails [3]**   44/6 83/6 181/12
**embarrassing [1]**   53/2
**emphasized [1]**   65/18
**employed [7]**   12/5 19/18 71/24
133/13 133/14 133/19 204/12
**employee [6]**   10/19 11/5 11/22
14/4 33/5 96/20
**employees [8]**   11/25 84/19
119/7 126/25 193/18 193/24
194/19 194/20
**employer [3]**   213/4 219/7
219/19
**employment [9]**   7/19 18/21
21/5 21/6 114/16 133/3
133/11 135/2 196/20
**end [14]**   14/24 18/9 21/5
21/6 75/25 86/24 88/19 109/2
125/6 133/5 141/7 175/19
175/20 210/4
**ended [3]**   14/22 30/22 87/5
**engage [1]**   203/22
**engaged [1]**   219/8
**engagement [1]**   211/13
**enough [4]**   59/7 89/22 165/25
188/2
**ensure [2]**   97/19 129/14
**enter [1]**   213/21
**entered [18]**   13/10 13/15
13/18 34/12 38/22 39/22
41/18 43/16 46/11 52/6 55/9
64/22 72/3 89/8 109/12
209/14 210/22 225/16
**entertain [1]**   209/24
**entertainment [1]**   114/24
**entire [1]**   72/9
**entities [1]**   219/12
**entity [1]**   195/21
**episode [26]**   36/13 37/8 37/10
37/19 38/3 38/6 38/8 40/11
51/5 51/6 51/6 51/6 65/24
66/5 66/8 67/9 67/10 76/1
79/12 79/16 81/2 98/3 120/19
156/14 157/19 178/2
**episodes [29]**   25/14 25/17
26/5 26/15 27/25 33/16 36/10
38/18 40/22 42/11 42/14 43/5
44/21 44/23 46/21 51/18
60/13 60/21 75/10 77/23
79/23 81/15 81/19 97/19
99/21 108/16 185/16 186/11
186/13
**episodic [3]**   108/11 108/14
158/21
**episodically [1]**   108/15
**equate [1]**   65/23
**ER [1]**   43/7
**especially [1]**   60/18
**ESQUIRE [5]**   2/4 2/6 2/11 2/15
2/19
**establish [1]**   211/10
**Ethel [1]**   174/2
**evaluation [1]**   72/23
**evaluations [1]**   73/10
**Evans [13]**   1/15 4/4 4/10
4/16 26/20 62/9 94/5 134/18
134/24 187/1 197/17 226/25
227/2
**even [18]**   81/17 92/25 99/14
101/11 122/19 131/2 132/11
132/19 146/3 162/15 164/3
190/11 196/6 207/21 212/14
212/15 213/6 214/8
**event [7]**   117/8 120/7 202/15
204/22 205/8 224/14 224/25
**events [9]**   89/1 114/24
117/19 117/24 119/22 161/20
205/6 205/7 205/24
**eventually [2]**   14/12 14/15
**ever [22]**   4/17 10/22 61/21
69/17 102/15 105/1 121/9
121/17 122/14 144/16 148/3
161/18 161/19 181/8 202/2
202/5 217/19 217/22 220/2
220/16 224/13 224/23
**every [22]**   20/24 26/22 31/18
88/17 90/5 90/16 91/18 95/7
109/9 128/2 128/3 148/2
148/21 151/11 151/18 153/15
174/12 174/17 175/1 194/7
195/25 197/1
**everybody [7]**   17/19 26/13
58/14 131/18 188/25 189/10
189/21
**everybody's [1]**   162/6
**everyday [4]**   113/1 113/1
113/3 113/5
**everyone [4]**   93/12 171/18
188/13 189/5
**everything [15]**   13/9 13/10
13/14 17/7 70/1 91/15 102/17
112/10 126/10 130/18 158/23
159/13 187/13 204/11 204/15
**everything's [1]**   13/18
**everywhere [1]**   64/11
**evidence [1]**   106/18
**ex [1]**   1/6
**exacerbation [3]**   36/22 37/3
38/14
**exacerbations [3]**   36/20 38/9
44/25
**exact [7]**   11/2 30/13 31/24
48/4 51/4 51/22 199/16
**exactly [5]**   11/1 26/9 33/20
49/19 109/9
**examination [4]**   4/7 134/22
178/7 197/15
**examined [2]**   4/5 228/9
**example [10]**   18/15 32/11
32/14 42/24 67/18 156/3
158/25 159/1 160/4 169/3
**examples [3]**   36/15 203/22
205/5
**exasperation [1]**   43/6
**exceeded [1]**   129/24
**excessive [1]**   60/16
**exchange [1]**   125/12
**executive [2]**   10/2 109/21
**exercise [2]**   170/7 171/25
**exh [1]**   22/6
**exhibit [77]**   3/12 3/13 3/14
3/15 3/16 3/17 3/18 3/19
3/20 3/21 3/22 3/23 24/24
22/7 34/11 34/14 38/21 38/24
39/15 39/21 39/23 41/17
41/19 43/15 43/17 44/10
46/10 46/13 52/5 52/7 52/17
55/8 55/10 64/21 64/24 72/2
72/5 72/19 80/4 89/7 89/9
109/11 109/14 164/16 165/17
166/15 169/22 169/22 171/15
171/15 172/12 172/16 172/24
173/2 173/3 173/3 175/24
184/14 184/15 184/17 184/22
184/24 185/7 188/3 188/3
209/12 209/13 209/16 209/17
210/21 210/24 221/9 221/14
221/14 225/15 225/18 225/25
**exhibits [3]**   165/15 166/9
166/10
**exist [1]**   184/6
**expect [4]**   72/6 203/2 203/3
203/5
**expected [1]**   123/2
**expecting [1]**   162/24
**experience [17]**   8/20 26/4
36/19 63/3 71/24 120/2
140/15 140/15 140/16 140/21
144/12 154/5 154/11 162/2
164/9 164/11 187/16
**expires [1]**   228/20
**explain [8]**   21/10 22/12 69/23
121/17 136/14 136/15 158/18
183/3
**explicit [2]**   124/15 125/10
**express [1]**   122/14
**expressed [1]**   90/1
**expressing [3]**   56/8 86/15
89/20
**extent [3]**   20/15 117/12
125/13
**extra [4]**   214/6 214/7 214/9
214/10
**extremely [1]**   35/25

## F

**face [1]**   17/10
**facility [1]**   146/9
**fact [7]**   89/5 114/1 122/9
122/23 134/13 169/13 223/1
**facts [1]**   228/6
**Fahr's [1]**   209/4
**fair [4]**   27/5 52/14 66/20
188/2
**fairly [1]**   36/3
**fall [4]**   81/23 98/20 142/18
169/18
**fallen [1]**   142/24
**falling [1]**   169/11
**falls [1]**   43/6
**familiar [7]**   68/6 107/12
107/14 115/10 161/1 181/22
193/3
**family [18]**   9/11 11/8 11/11
11/25 12/6 71/17 197/7
197/10 198/9 198/12 201/16
206/20 208/7 208/8 208/8
208/20 213/17 217/12
**far [14]**   17/2 17/7 29/3 29/6
54/1 54/11 62/9 93/20 95/10
132/11 139/9 161/24 181/2
205/5
**fashion [1]**   48/19
**fast [2]**   213/2 213/7
**faster [1]**   213/3
**Fayette [6]**   152/4 152/5 152/6
152/13 152/23 152/24
**feasibly [1]**   51/25
**February [12]**   21/7 89/17
133/9 135/5 135/9 135/12
135/12 135/16 135/16 135/17

## F

February... **[2]** 190/16 218/7
**Federal [1]** 1/21
**feedback [2]** 142/4 142/23
**feel [3]** 10/14 48/7 215/18
**fell [2]** 169/12 169/13
**Fellow [1]** 193/2
**fellows [1]** 134/19
**felt [6]** 34/5 49/25 50/6
54/3 54/7 181/13
**few [3]** 72/8 134/19 193/13
**fifteen [2]** 36/4 167/17
**fifth [4]** 65/3 65/8 66/20
66/24
**fifty [9]** 32/13 36/16 46/22
48/7 48/12 70/20 195/18
197/25 198/2
**fifty-one [1]** 36/16
**fifty-seven [3]** 46/22 48/7
48/12
**fifty-some [1]** 70/20
**fifty-three [1]** 195/18
**fight [1]** 84/12
**fighting [1]** 31/25
**file [2]** 79/19 185/11
**files [4]** 99/2 99/4 102/18
102/19
**fills [1]** 43/7
**final [1]** 95/25
**finance [2]** 127/21 127/22
**financial [14]** 127/14 127/15
127/17 127/20 128/12 128/16
128/23 129/1 129/17 140/12
157/7 157/12 157/20 158/14
**financially [1]** 157/16
**financials [6]** 127/8 128/18
129/16 130/4 197/25 198/3
**find [22]** 38/2 39/18 48/2
55/3 64/17 71/4 71/6 71/7
91/7 101/4 102/23 102/23
119/21 130/15 148/23 168/19
172/21 187/8 200/15 200/17
224/1 226/17
**finding [6]** 47/20 73/16 74/8
77/3 80/15 80/18
**findings [22]** 35/13 38/7
39/25 40/12 42/18 43/3 43/25
47/17 47/25 52/12 52/18 53/7
53/12 57/8 74/7 75/15 82/8
83/3 83/14 83/20 176/9
177/19
**finds [1]** 96/4
**fine [5]** 145/1 159/1 181/5
204/8 220/22
**finish [2]** 5/13 150/23
**finishing [1]** 35/12
**firearm [1]** 16/20
**fired [3]** 21/8 113/20 113/21
**firing [1]** 114/10
**firm [2]** 2/15 215/16
**first [42]** 4/4 10/24 14/5
17/15 17/17 18/22 20/18 25/6
29/9 36/3 42/10 43/21 45/22
55/13 56/6 58/1 85/10 90/22
97/6 102/15 111/13 116/1
116/3 116/5 116/24 120/9
120/13 130/18 143/10 164/15
168/6 169/17 173/11 179/8
182/15 183/12 209/23 210/1
215/2 215/18 216/20 216/24
**five [27]** 7/13 18/17 23/7
23/9 23/25 60/15 62/12 62/15
63/4 63/6 63/18 67/3 67/6
67/7 67/14 68/21 68/25 76/21
76/22 105/6 130/18 156/5
159/2 159/3 159/23 166/21
195/15
**flag [1]** 104/10
**flagged [2]** 78/2 83/23
**flags [1]** 215/20
**flip [1]** 72/19
**Florence [1]** 206/7
**Florida [1]** 33/21
**flow [4]** 75/23 76/6 76/6
77/7
**focus [5]** 71/1 72/23 72/24
73/11 73/13
**focusing [1]** 97/18
**folks [2]** 47/15 47/24
**follow [6]** 40/15 78/4 90/14
92/22 171/12 221/22
**followed [1]** 92/24
**following [9]** 23/15 38/2
67/15 82/16 83/7 83/8 156/10
156/25 157/16
**follows [1]** 4/5
**football [6]** 116/15 117/4
118/16 160/11 160/17 214/6
**force [1]** 118/21
**foregoing [1]** 228/12
**forgetful [1]** 169/12
**Forgive [1]** 184/3
**forgot [1]** 224/18
**form [31]** 17/4 19/25 26/7
37/20 43/11 61/1 61/8 62/14
63/7 65/19 74/23 76/12 80/20
82/1 84/1 86/18 89/2 92/2
94/10 95/18 100/24 108/14
110/24 111/4 114/5 115/5
115/23 123/5 124/19 129/25
180/25
**formal [3]** 19/17 129/20
129/22
**former [3]** 193/18 193/23
213/4
**forth [11]** 24/11 49/1 49/18
74/4 116/14 119/7 122/19
124/23 127/5 128/24 141/21
**forty [1]** 47/4
**forward [6]** 10/5 60/8 77/13
86/1 88/15 183/2 183/7
217/11 217/13
**forwarded [3]** 58/15 58/18
59/3
**forwarding [2]** 83/2 164/23
**fought [1]** 183/11
**found [9]** 46/22 74/20 74/25
81/2 105/14 133/10 182/13
215/11 216/7
**four [12]** 44/17 62/13 66/1
66/10 81/20 81/22 116/16
130/18 166/21 169/25 170/9
214/6
**fourteen [4]** 156/13 156/16
159/4 166/22
**FRANKFORT [1]** 2/12
**Frankly [1]** 171/24
**frequency [6]** 67/24 92/21
155/21 155/22 155/24 156/2
**frequently [2]** 194/14 194/14
**Friday [1]** 223/19
**friends [1]** 150/9
**front [8]** 28/21 30/22 31/5
38/4 38/13 43/12 55/22
164/14

**frozen [1]** 131/10
**frustration [2]** 56/9 122/14
**full [8]** 4/14 32/3 62/18
65/24 92/15 92/15 152/19
177/25
**fully [1]** 159/12
**function [1]** 46/2
**furniture [1]** 19/6
**further [6]** 38/11 39/5 52/21
83/14 98/7 228/16

## G

**gain [1]** 141/8
**game [6]** 116/15 118/7 118/7
118/24 124/24 124/25
**games [8]** 117/4 117/5 118/16
160/11 160/12 160/12 160/17
160/18
**gave [12]** 53/1 108/11 118/3
118/19 163/19 201/17 202/15
202/24 203/4 203/9 205/17
209/1
**general [6]** 9/19 19/9 65/6
75/22 140/18 213/15
**generally [2]** 203/22 208/3
**generate [1]** 107/18
**gentleman's [1]** 48/21
**geographic [1]** 133/25
**geographically [1]** 206/4
**get [72]** 6/13 12/10 18/20
22/18 34/8 47/10 49/23 50/5
50/7 50/9 50/12 54/1 54/3
54/7 54/12 55/3 58/5 59/13
62/16 63/6 63/13 63/18 66/20
67/7 88/12 88/21 89/6 91/25
92/15 93/21 96/5 98/4 108/5
112/5 112/22 121/21 122/21
125/6 125/9 127/25 131/9
142/4 142/23 143/2 143/4
149/12 150/11 150/14 150/20
150/25 151/3 151/20 152/14
152/23 159/2 159/9 160/13
166/10 180/19 181/7 182/25
187/1 195/10 199/10 201/9
202/11 202/14 208/6 213/10
217/6 220/23 220/25
**gets [7]** 100/19 147/15 149/5
151/6 151/12 151/19 199/6
**getting [33]** 13/10 13/10
13/15 13/18 29/7 30/22 40/24
44/12 46/2 52/22 61/18 62/2
66/6 67/3 67/14 78/3 78/10
86/8 98/5 102/12 119/11
122/15 134/2 159/16 173/7
173/14 180/11 180/13 194/16
200/4 200/4 214/17 223/18
**gifts [5]** 123/16 124/6
143/19 160/19 162/3
**Ginger [2]** 210/11 210/14
**give [30]** 5/21 9/19 18/15
20/22 55/4 55/11 69/15 99/3
117/6 117/7 121/18 122/18
122/19 124/18 147/17 158/24
162/10 163/6 170/16 199/17
201/23 202/2 202/19 202/23
203/3 203/18 203/19 203/22
204/20 205/5
**given [15]** 4/17 94/18 106/13
111/2 122/24 140/14 145/21
145/22 161/14 162/22 169/3
175/19 201/3 205/23 228/13
**giving [14]** 70/25 85/2 117/3
121/23 122/1 123/16 123/22

# G

**giving... [7]**  124/6 124/16 124/23 125/22 127/4 162/23 163/18
**globalize [1]**  30/14
**Gloria [1]**  171/4
**Glory [1]**  170/12
**go [73]**  7/18 8/10 18/20 24/9 24/9 24/10 30/7 45/21 56/4 58/5 58/6 59/12 62/15 72/12 75/20 80/4 90/25 91/3 91/9 92/10 94/15 94/21 102/23 105/4 105/8 106/25 114/8 114/13 115/4 116/20 118/6 118/7 118/22 118/24 119/6 119/21 119/22 124/25 127/17 128/21 128/22 130/19 133/2 141/3 141/18 142/11 143/9 143/23 147/16 149/8 150/8 150/12 150/17 151/13 152/2 153/14 153/19 156/4 162/15 175/19 176/9 199/14 203/25 203/25 206/11 206/18 209/16 210/18 216/19 216/24 217/6 221/19 223/25
**goal [1]**  141/8
**god [1]**  17/11
**goes [11]**  25/9 37/3 43/23 75/9 106/12 154/7 158/23 187/13 199/21 202/21 208/3
**going [123]**  4/25 6/3 13/2 14/24 14/25 15/24 16/5 19/24 20/23 21/15 21/18 21/20 23/16 24/20 25/10 27/8 30/3 30/14 30/15 30/22 31/6 31/9 32/1 34/13 36/1 51/12 55/2 58/5 58/6 60/8 61/4 62/3 62/4 64/11 64/23 65/21 66/4 77/13 77/16 78/7 78/16 82/1 85/3 85/3 86/1 88/15 88/17 90/5 90/6 92/10 94/13 94/19 94/20 95/5 96/10 100/14 100/18 101/9 101/10 105/4 106/5 106/10 106/15 113/4 114/4 115/4 116/3 116/18 117/11 117/14 118/4 118/22 118/24 119/5 130/5 131/14 131/15 132/8 132/25 134/19 145/16 146/14 147/15 149/22 152/6 156/4 156/13 159/13 159/14 165/6 165/10 165/14 166/10 168/4 168/22 172/3 175/18 180/18 181/14 181/15 181/22 183/2 183/7 184/4 187/10 187/11 195/10 196/9 197/19 200/9 207/10 209/11 209/15 210/19 211/5 211/21 215/13 215/20 217/6 223/20 223/21 223/23 225/17
**golf [21]**  116/17 161/10 161/11 161/12 161/13 161/13 162/12 201/17 201/20 201/21 201/23 201/25 202/2 202/4 202/5 202/19 202/23 203/4 205/9 205/12 205/18
**gone [6]**  68/9 114/17 114/19 117/4 144/25 208/4
**good [9]**  4/10 21/1 89/24 121/15 140/17 189/6 189/19 189/22 196/18
**got [46]**  5/20 37/5 47/1 50/17 59/3 61/9 61/14 65/3 66/23 100/7 100/13 102/5 102/15 102/19 108/2 110/6 120/23 127/17 128/19 134/3 134/4 142/24 142/25 148/20 166/20 166/23 167/9 167/23 170/9 171/2 171/22 177/9 206/9 206/12 209/2 213/6 214/5 214/6 214/7 214/8 214/9 214/9 215/10 215/24 210/18 218/17
**gotta [1]**  218/4
**govern [1]**  10/11
**government [27]**  3/12 3/13 3/14 3/15 3/16 3/17 3/18 3/19 3/20 3/21 3/22 3/23 3/24 29/12 99/19 100/9 100/9 102/1 102/10 104/5 104/11 105/18 105/18 122/11 200/1 205/11 205/13
**grade [1]**  119/4
**graduate [1]**  6/16
**gratuities [3]**  143/19 160/20 162/3
**Gray [2]**  193/25 194/5
**greater [1]**  46/22
**Greenbriar [1]**  224/12
**grew [1]**  130/16
**grocery [1]**  24/9
**group [6]**  49/4 62/25 69/2 117/13 169/24 170/1
**groups [1]**  117/11
**grow [1]**  112/11
**growing [1]**  130/4
**growth [1]**  113/14
**gtrue [1]**  2/13
**GUARNIERI [17]**  2/11 2/15 19/20 61/1 61/8 65/19 76/22 89/2 95/18 106/15 111/4 114/4 115/4 115/8 117/9 125/13 126/14
**guess [19]**  26/18 35/16 37/24 54/22 60/8 91/14 93/6 93/6 93/18 101/9 113/25 141/13 154/17 155/3 179/19 180/12 184/12 211/8 224/18
**guidelines [3]**  24/23 24/23 123/23
**gun [1]**  16/16
**GUTHRIE [4]**  2/11 134/24 197/21 226/23
**guy [3]**  95/5 114/3 192/20
**guys [1]**  186/21

# H

**H-caps [1]**  198/1
**had [135]**  9/20 10/14 11/18 12/6 12/13 12/23 14/20 16/11 16/18 17/18 18/1 18/2 19/3 20/2 20/6 20/14 20/24 21/11 21/13 28/1 28/2 28/5 28/16 29/3 31/13 32/6 32/9 32/21 33/1 33/10 34/3 34/3 35/22 37/8 37/17 44/20 48/22 48/22 49/6 49/7 51/16 53/10 53/20 54/12 54/17 54/18 55/20 59/5 60/4 60/4 60/20 60/24 61/18 65/15 65/24 66/1 66/10 68/4 68/17 70/13 70/21 70/22 70/23 71/9 71/10 71/23 74/3 75/8 75/9 75/16 77/17 78/11 78/22 80/13 82/25 83/23 87/22 88/4 89/5 89/5 89/21 90/1 92/21 94/8 94/15 99/19 102/23 102/23 103/10 104/8 104/11 104/22 105/10 106/3 107/22 107/22 108/24 109/8 112/2 113/8 113/14 113/14 116/10 118/22 119/4 120/10 121/15 121/25 122/3 122/24 127/20 130/20 139/12 140/24 143/16 144/1 144/4 144/12 161/22 162/8 182/9 183/20 184/1 192/25 198/23 210/9 210/12 214/6 215/19 215/21 215/21 218/13 218/17 221/5 224/24
**hadn [2]**  210/24 212/15
**hairdresser [1]**  24/10
**half [1]**  62/5
**hall [1]**  33/9
**hand [2]**  221/25 228/21
**handed [1]**  221/10
**handing [4]**  35/11 41/6 52/23 163/5
**handle [1]**  140/17
**hands [2]**  18/14 18/19
**hands-on [2]**  18/14 18/19
**hang [4]**  18/18 207/6 207/6 207/6
**happen [4]**  37/23 41/13 47/21 52/1
**happened [5]**  81/9 110/15 114/14 115/25 163/21
**happening [1]**  156/8
**happens [5]**  65/14 149/12 154/3 154/5 156/21
**happy [4]**  53/16 53/17 85/22 85/24
**hard [1]**  160/13
**hardest [1]**  183/2
**Harris [2]**  45/25 96/21
**has [41]**  23/7 23/10 26/20 36/4 36/5 40/6 43/9 46/1 56/10 63/3 63/4 63/15 74/25 79/22 98/5 134/13 138/21 139/5 141/7 141/7 148/2 148/5 148/11 154/13 156/12 157/18 157/19 160/23 162/21 175/15 185/15 186/12 187/12 199/23 200/1 200/22 205/11 205/12 207/2 219/10 221/6
**hate [1]**  170/16
**have [246]**
**haven't [3]**  15/13 155/5 156/2
**having [29]**  34/10 38/18 40/7 40/23 47/14 48/4 49/14 55/20 55/23 56/14 56/18 56/23 59/15 60/25 61/14 65/1 65/5 65/13 70/5 82/22 84/7 84/10 86/13 86/22 132/21 150/4 169/18 181/18 193/19
**he [128]**  11/8 11/15 11/20 12/16 14/6 14/10 14/10 14/14 16/2 16/6 16/24 16/25 18/6 18/8 18/9 18/14 18/14 18/19 20/20 21/1 21/14 21/15 22/12 22/15 27/3 53/16 53/17 54/19 55/6 56/21 57/12 59/22 59/23 60/1 60/6 66/13 66/14 67/4 69/5 80/13 85/22 85/24 85/25 85/25 88/3 88/4 88/6 88/11 88/14 88/14 88/16 88/16 88/19 88/21 96/3 96/14 100/19 100/20 102/25 108/25 109/2 109/3 110/1 110/2 110/4 110/6 110/11 113/16

**H**

**he... [60]**  113/18 113/19
113/20 113/21 113/23 113/24
113/24 114/3 114/6 114/6
114/7 114/7 114/8 114/12
114/16 117/11 119/4 122/14
122/15 122/21 122/24 123/2
126/16 128/18 128/18 128/19
131/13 131/13 131/14 131/15
131/16 131/20 144/8 147/25
148/1 151/14 160/23 160/25
169/13 186/15 192/25 204/8
204/8 204/12 204/13 204/13
211/10 212/21 213/2 213/2
213/3 213/9 213/9 215/11
217/3 217/10 220/18 222/24
223/1 225/13

**he'd [5]**  18/16 18/18 18/18
130/24 131/17

**he'll [1]**  211/9

**he's [7]**  26/20 27/4 56/6
57/4 100/8 100/9 192/22

**head [2]**  5/20 111/6

**headquarters [1]**  224/4

**health [62]**  1/12 7/5 8/11
8/19 8/21 9/3 9/15 9/16 17/2
23/11 26/1 33/10 62/24 63/2
63/10 70/8 72/14 103/12
117/17 133/23 135/24 136/8
136/10 136/12 137/16 137/16
137/18 137/21 137/22 138/8
139/6 139/7 139/11 145/8
145/15 146/18 147/3 148/11
148/12 149/5 151/13 152/6
152/11 152/13 153/4 155/10
158/8 158/19 162/2 162/7
169/15 178/20 178/21 179/1
180/14 180/17 187/12 197/10
198/9 198/13 199/3 208/21

**healthcare [23]**  8/14 8/20
9/11 9/12 10/11 10/16 11/9
11/11 23/1 23/23 25/13 27/19
38/3 38/11 62/10 71/17
126/21 133/4 145/14 197/7
200/8 208/9 219/11

**hear [2]**  163/20 181/9

**heard [12]**  15/22 16/11 16/16
16/18 26/21 156/1 156/2
178/6 220/1 220/6 220/11
220/12

**held [3]**  2/23 49/9 183/1

**help [10]**  20/22 40/20 40/24
41/25 89/25 92/3 103/19
145/11 206/10 206/13

**helping [1]**  74/2

**her [61]**  19/1 33/15 33/20
35/6 35/6 35/7 36/17 37/11
37/25 38/7 39/10 39/25 40/12
41/6 41/25 42/18 42/20 43/3
43/20 43/25 44/4 44/24 45/25
52/17 57/23 59/5 65/2 65/8
69/24 71/9 71/13 77/18 77/20
80/15 83/12 83/17 83/20 91/2
93/25 94/15 96/25 98/2 104/3
121/9 121/12 121/13 121/16
123/9 127/22 165/20 175/11
176/22 178/4 178/4 184/25
194/6 194/6 215/22 220/2
223/19 223/19

**here [54]**  4/12 5/4 5/9 5/24
17/23 21/20 34/14 35/18 36/3
36/9 36/16 37/25 40/2 41/2
42/5 46/1 48/6 49/21 52/17
52/24 53/12 56/3 57/23 62/8
73/9 75/20 91/11 91/15 92/9
101/13 101/17 102/25 104/8
105/5 105/25 109/16 124/24
134/15 136/2 142/24 143/10
165/6 179/25 184/4 186/3
186/5 186/15 186/25 187/1
188/12 188/23 190/4 190/21
190/22

**here's [8]**  122/1 124/1
124/21 149/3 149/4 153/23
177/6 220/24

**hereto [2]**  228/7 228/18

**hereunto [1]**  228/21

**Heritage [5]**  133/4 135/14
135/18 135/21 135/22

**hesitancy [1]**  59/16

**hey [2]**  61/14 215/9

**high [16]**  6/15 6/16 6/17
6/18 7/1 26/12 28/7 29/4
45/23 49/2 56/18 78/3 99/17
99/21 207/9 207/17

**higher [2]**  26/13 98/5

**HILL [2]**  1/6 219/25

**him [59]**  11/3 11/7 11/9
11/10 11/19 13/3 13/3 14/16
16/22 20/16 20/21 20/22
52/23 53/7 53/10 59/20 59/25
60/15 85/2 88/5 100/7 101/6
104/18 109/4 111/20 111/22
113/23 114/2 114/8 114/18
114/19 114/21 121/7 122/4
122/17 124/25 128/8 128/12
128/15 130/24 131/14 131/19
131/19 135/13 148/5 151/11
151/13 169/14 184/11 190/3
190/5 192/25 209/9 213/6
213/16 217/16 217/19 220/16
220/17

**hindsight [1]**  115/5

**Hinsdale [3]**  8/16 8/18 8/19

**hired [3]**  15/19 16/14 17/12

**hiring [1]**  111/19

**his [27]**  14/8 15/23 16/11
16/20 18/7 18/9 21/15 22/14
22/17 53/11 54/19 81/7 88/4
95/22 95/23 110/9 111/19
121/7 123/3 131/7 192/14
192/22 209/4 209/5 209/8
209/19 211/11

**hit [2]**  24/16 112/3

**HMA [48]**  9/21 9/23 11/12
11/18 13/22 34/5 34/7 35/9
41/9 52/22 70/17 70/25 71/18
72/24 73/13 74/25 76/25
78/20 79/15 80/18 81/6 81/12
83/2 83/14 83/23 84/15 84/18
84/22 87/21 88/22 93/20
93/20 97/21 161/23 176/5
185/18 185/21 186/7 186/7
209/24 210/14 212/1 221/10
221/13 222/4 222/7 222/14
222/23

**HMA's [4]**  41/3 73/25 82/16
185/6

**Hogue [1]**  143/23

**hold [1]**  223/19

**holding [1]**  136/20

**holiday [1]**  218/23

**home [107]**  1/12 7/5 8/14
8/19 9/10 9/10 9/11 9/11
9/14 9/15 10/3 10/11 10/16
11/8 11/11 11/17 17/2 23/1 23/11
23/23 25/12 26/1 27/19 38/3
38/11 62/10 62/24 63/2 63/10
68/6 68/10 71/17 75/25 77/8
90/23 91/7 92/13 93/1 117/17
126/21 133/15 133/23 135/22
135/23 136/8 136/10 136/12
136/17 136/18 136/22 137/6
137/11 137/15 137/15 137/16
137/17 137/17 137/21 137/22
138/8 138/9 138/13 138/22
139/6 139/7 139/10 139/13
140/18 144/12 145/6 145/8
145/13 145/15 145/17 146/2
146/17 146/18 147/3 148/11
148/12 149/5 150/8 151/13
152/5 152/6 152/12 152/13
152/23 153/4 155/10 158/7
158/19 162/2 162/7 163/13
169/15 178/20 178/20 179/1
180/13 180/17 187/11 197/7
197/10 198/9 198/12 208/8
208/20

**home-care [2]**  9/10 135/22

**homebound [18]**  23/24 24/7
24/7 24/12 25/22 27/11 63/4
64/9 64/19 68/13 68/18 68/21
68/23 72/22 73/10 73/17 93/2
93/8

**homes [2]**  107/11 142/3

**HomeSys [2]**  28/14 28/15

**honest [3]**  31/24 116/8
187/25

**Honestly [1]**  219/23

**honor [1]**  132/23

**hoops [1]**  57/25

**hope [1]**  140/20

**hopefully [3]**  5/17 17/9 17/12

**hospice [6]**  133/23 137/18
137/19 137/21 137/24 137/25

**hospital [29]**  25/7 115/15
136/2 136/11 136/12 136/20
143/3 145/21 146/4 146/17
149/16 150/2 150/6 150/13
150/24 151/6 151/12 151/17
151/19 152/3 154/1 163/13
199/11 199/22 200/12 200/14
200/24 201/5 201/7

**hospitals [4]**  107/11 107/16
142/4 149/25

**hour [1]**  62/5

**hours [1]**  116/16

**HOUSE [49]**  2/24 4/13 4/14
10/25 14/1 14/4 16/19 18/6
18/12 18/25 20/15 21/16
22/13 50/19 52/19 54/4 58/16
58/17 58/17 58/19 58/20 59/8
59/16 60/11 60/11 66/19 68/4
84/23 89/14 94/5 94/5 96/18
104/17 108/23 109/22 121/23
123/8 128/6 135/1 144/4
165/2 165/20 166/7 188/4
217/23 217/24 220/13 220/25
222/23

**HouseL [1]**  58/22

**HouseLM [1]**  58/21

**how [63]**  4/25 7/15 8/2 9/3
11/7 11/9 12/4 15/23 18/5
18/11 20/15 28/17 32/16
32/25 33/11 35/7 35/17 47/12
51/14 51/17 54/11 66/2 85/7
86/2 87/4 93/19 102/15
103/22 103/24 104/7 107/21

**H**

**how... [32]** 112/17 116/11 127/19 127/25 129/8 129/13 129/13 140/17 144/12 147/11 147/25 148/1 149/8 154/25 155/20 175/20 175/21 177/12 182/13 186/21 189/15 198/5 199/20 200/7 206/3 209/18 213/13 215/18 217/14 217/16 218/5 220/12
**how's [2]** 149/13 206/10
**however [2]** 132/20 181/21
**HR [2]** 9/23 9/23
**HRG [6]** 62/18 62/24 92/15 92/15 159/2 159/7
**HS [1]** 37/14
**Huffer [1]** 223/13
**huh [26]** 34/22 36/7 42/12 44/16 44/19 50/16 61/6 66/21 89/18 92/8 97/16 122/7 129/18 157/2 161/15 173/16 173/20 173/24 174/3 175/3 190/23 192/2 198/16 203/16 225/4 226/11
**human [1]** 8/25
**Humana [1]** 108/16
**humor [1]** 216/23
**hundred [12]** 15/3 52/20 62/18 70/19 85/17 85/18 87/10 159/2 159/14 159/23 181/3 195/18

**I**

**I'd [9]** 5/12 6/9 78/5 110/20 126/10 175/23 215/17 217/10 226/15
**I'll [19]** 5/16 5/25 31/24 55/10 55/11 67/8 72/8 106/2 158/24 166/24 168/6 196/15 200/19 206/18 210/18 210/23 210/25 211/4 223/25
**I'm [205]** 6/3 13/16 14/23 17/10 17/11 17/16 17/18 19/24 21/18 22/11 23/15 23/19 24/18 27/9 28/12 30/7 31/9 32/10 32/14 33/19 37/14 42/5 43/22 47/19 48/1 48/5 50/11 52/9 52/20 52/21 52/22 53/8 53/8 53/13 57/4 57/6 64/23 65/11 68/14 72/25 73/2 73/3 73/15 73/15 76/12 79/1 82/1 85/16 86/21 87/2 87/8 87/12 87/24 88/3 90/19 90/19 90/25 91/2 91/17 93/4 93/5 93/6 93/11 94/17 95/6 98/11 100/18 101/6 101/24 103/8 103/9 105/2 105/4 105/25 106/5 106/15 107/14 109/2 110/15 110/15 110/19 110/19 110/19 111/6 115/4 115/24 117/11 117/13 117/15 118/6 120/19 121/2 124/16 125/16 126/17 128/19 129/3 133/14 133/16 133/19 134/4 134/24 137/24 139/22 140/11 142/12 144/8 146/9 148/6 148/21 148/24 149/11 150/6 150/7 150/15 150/15 151/3 151/11 151/19 151/19 152/22 154/15 154/15 154/25 155/2 155/2 155/3 156/19 156/20 156/20 159/12 160/14 162/23 163/4 163/6 163/8 163/9 163/18 163/20 165/14 166/10 167/5 167/6 167/8 168/4 168/5 168/15 168/22 169/1 169/2 169/17 169/19 171/1 172/4 172/15 173/10 174/23 175/18 175/22 177/17 178/16 183/20 183/23 184/4 184/25 186/6 186/7 186/10 196/12 197/19 200/6 200/6 200/9 200/20 200/24 202/12 202/17 202/22 205/3 205/14 205/20 206/1 206/7 206/11 206/11 208/6 209/17 211/8 214/7 215/13 216/9 216/16 216/21 217/6 218/12 221/16 221/18 221/21 225/17 225/21 226/1 226/7 226/14 226/15 226/22
**I've [17]** 10/2 47/11 76/14 76/14 100/6 114/19 128/20 134/3 134/4 156/1 161/6 205/8 206/9 206/12 220/1 220/6 220/11
**ice [1]** 118/9
**ID [1]** 228/24
**idea [1]** 117/22 120/15
**identification [15]** 34/12 38/22 39/22 41/18 43/16 46/11 52/6 55/9 64/22 72/3 89/8 109/12 209/14 210/22 225/16
**identified [10]** 31/12 60/24 74/11 75/1 80/10 82/18 117/11 155/22 157/10 176/15
**identifies [2]** 38/17 40/7
**identify [4]** 42/21 54/6 167/25 211/15
**identifying [2]** 94/25 168/9
**II [1]** 2/19
**Illinois [3]** 6/19 8/16 8/17
**image [1]** 51/13
**IMG [4]** 213/13 213/15 213/21 214/17
**immediate [2]** 223/11 223/13
**immediately [3]** 76/17 94/4 94/25
**imminent [2]** 102/3 102/7
**impact [1]** 157/20
**importance [1]** 40/14
**important [3]** 5/1 5/11 59/7
**imposed [1]** 10/16
**impression [7]** 49/24 50/18 59/24 59/25 60/2 123/2 131/9
**improper [1]** 207/10
**improve [2]** 77/6 187/10
**improvement [1]** 187/13
**inaccuracies [1]** 211/16
**Inc [2]** 9/12 133/20
**include [2]** 137/9 140/2
**included [1]** 78/21
**including [1]** 140/22
**incorrectly [2]** 31/14 32/7
**increase [2]** 110/16 111/7
**increased [1]** 124/25
**increments [1]** 25/13
**Independent [1]** 214/22
**Indiana [2]** 134/5 206/8
**indicate [2]** 79/19 185/12
**indicated [2]** 75/13 199/1
**indicates [3]** 79/21 185/14 207/10
**indicating [4]** 117/12 188/23 189/12 189/14

**indication [1]** 189/5
**individuals [2]** 49/8 59/4
**industry [17]** 7/5 9/15 9/16 11/4 17/2 23/18 36/19 140/18 144/13 145/7 158/8 158/20 162/3 187/17 187/18 200/2 208/3
**ineligible [1]** 85/21
**influenced [1]** 134/14
**influencing [1]** 123/25
**info [2]** 39/12 46/6
**informal [1]** 129/20
**information [8]** 7/13 39/9 69/13 112/17 113/7 165/5 179/25 205/12
**informed [1]** 27/17
**infusion [3]** 133/23 138/1 139/14
**initial [6]** 22/3 169/2 178/10 192/9 193/14 218/15
**initially [2]** 30/6 36/23
**initiate [1]** 132/2
**initiated [1]** 35/15
**initiative [2]** 135/25 222/19
**Initiatives [1]** 199/3
**inquiry [2]** 105/5 107/2
**instance [8]** 40/10 63/15 151/5 155/20 160/10 162/21 216/20 216/25
**instances [4]** 169/20 169/21 174/20 224/24
**instead [3]** 5/19 12/14 198/21
**instituted [1]** 116/21
**instructed [1]** 101/16
**instructing [1]** 72/24
**instruction [1]** 81/13
**instructions [1]** 71/1
**insurance [10]** 4/20 7/21 7/23 7/24 8/4 8/6 8/8 9/2 61/22 159/8
**intake [3]** 97/7 97/8 97/9
**Integrity [2]** 144/16 144/20
**intended [1]** 141/16
**intent [4]** 124/20 125/21 126/1 127/5
**intention [2]** 212/17 212/19
**interact [1]** 20/16
**interaction [3]** 18/11 20/25 154/20
**interactions [1]** 19/1
**interest [9]** 195/7 195/10 195/12 197/9 197/11 199/2 200/21 212/20 228/18
**interfere [1]** 16/7
**internal [5]** 34/1 97/15 99/11 100/5 178/14
**internally [2]** 100/10 215/17
**internet [1]** 206/9
**interpret [2]** 185/4 185/5
**interpreting [1]** 184/25
**interview [5]** 54/24 192/12 193/11 219/15 219/16
**interviewed [5]** 48/9 48/12 48/14 111/20 192/23
**interviewing [2]** 49/12 51/11
**interviews [9]** 48/15 48/16 48/19 49/24 50/3 50/14 51/8 76/1 193/19
**introduce [2]** 209/17 210/19
**investigation [3]** 100/23 102/3 207/3
**investigators [1]** 191/1
**invitations [1]** 205/6

## I

**invited [1]** 205/23
**involve [2]** 13/6 214/2
**involved [25]** 22/18 47/15
48/11 73/25 76/5 88/21 89/6
95/15 96/7 102/20 102/22
103/2 103/9 104/23 106/8
106/17 110/6 111/19 119/11
119/14 129/4 129/5 154/17
201/15 224/7
**involvement [1]** 108/24
**involving [1]** 44/21
**ironclad [1]** 14/21
**is [361]**
**isn [1]** 185/25
**isn't [4]** 159/19 173/13
174/11 216/7
**issue [11]** 67/2 93/3 94/6
94/24 104/2 131/8 181/16
187/2 187/3 187/17 196/4
**issued [1]** 122/11
**issues [20]** 15/22 19/1 20/16
26/18 26/19 33/10 34/9 58/8
71/6 72/24 73/14 84/13 88/4
116/9 130/20 131/3 181/14
182/3 189/6 198/1
**it [530]**
**it's [112]** 5/11 8/8 8/13
16/15 21/20 22/5 24/15 27/8
27/9 32/8 36/16 49/7 53/9
55/22 56/5 57/8 58/3 62/16
64/14 65/10 67/25 68/12
76/19 76/24 77/4 81/11 81/14
81/16 81/25 82/2 89/23 96/1
97/5 97/9 100/21 102/14
107/1 108/14 112/1 112/20
114/20 115/18 115/19 118/6
118/8 119/23 122/2 125/21
125/22 126/8 130/1 131/7
133/9 133/18 134/2 136/4
136/13 136/21 136/23 137/1
139/18 146/22 146/23 147/18
147/25 149/8 149/11 149/12
149/14 151/14 153/9 153/25
154/11 159/14 159/18 160/13
162/16 164/6 164/23 165/20
167/9 167/14 171/10 171/21
172/23 174/22 177/8 177/9
177/20 177/21 180/8 181/1
181/25 182/1 182/20 183/2
184/20 188/3 195/22 197/20
203/12 206/9 212/13 216/10
218/10 219/9 219/9 219/23
225/18 225/25 226/7 226/8
**items [1]** 211/16
**its [7]** 4/12 70/9 86/25
112/1 140/18 200/7 222/18
**itself [8]** 31/11 68/22 89/24
90/4 123/25 170/6 171/22
221/11

## J

**Jack [1]** 36/4
**jams [1]** 78/17
**January [7]** 72/18 79/12 80/19
81/6 81/19 81/21 228/20
**Jeannie [33]** 17/25 18/11 30/3
30/18 33/9 33/13 33/21 33/21
33/25 34/20 35/5 39/2 39/10
39/24 42/3 46/16 47/17 52/11
74/2 74/5 83/6 83/8 84/4
84/8 85/3 95/23 98/4 102/22

**Jeannie's [2]** 83/13 83/24
**jerk [1]** 215/10
**job [9]** 8/23 12/21 12/24
14/8 47/1 77/20 96/13 107/18
212/8
**jobs [1]** 13/12
**Joe [7]** 152/23 199/14 199/22
200/7 200/19 200/22 201/5
**Joe's [6]** 136/17 136/17
136/20 136/22 151/18 205/10
**Johnson [1]** 44/17
**joining [1]** 8/20
**joint [1]** 101/14
**Joliet [2]** 6/21 7/7
**Joseph [13]** 136/2 136/11
136/12 136/18 137/6 137/11
150/13 150/24 151/5 151/12
151/16 152/3 199/10
**Joseph's [5]** 137/15 137/17
138/9 138/22 219/10
**Judd [4]** 132/12 132/14 193/6
193/7
**judge [1]** 5/3
**judgment [3]** 174/19 175/15
189/6
**judgments [2]** 189/19 189/22
**Judy [24]** 33/5 33/23 34/20
35/2 35/18 36/10 39/1 39/24
40/21 41/1 41/3 42/17 44/6
47/16 52/12 80/5 82/4 82/8
83/6 166/17 172/9 174/25
184/24 186/6
**July [10]** 1/17 40/11 80/24
81/1 81/1 168/10 168/18
185/2 185/3 228/22
**jump [1]** 57/25
**jumped [1]** 75/5
**June [2]** 37/8 38/6
**Junior [2]** 6/21 7/8
**jury [1]** 5/3
**just [188]** 4/25 5/2 6/7 9/19
13/7 13/16 16/16 19/8 19/12
20/4 24/4 25/1 25/7 25/8
25/20 26/17 26/21 26/23
27/12 28/2 28/21 29/17 32/10
32/14 38/24 41/8 41/13 42/5
49/18 49/19 50/6 51/20 51/21
52/1 52/23 53/8 53/24 54/15
55/11 55/16 56/1 56/3 56/13
57/14 57/21 58/1 58/3 58/7
59/9 60/5 60/14 61/2 61/9
63/6 63/18 64/18 70/4 71/3
71/4 71/5 71/6 71/10 71/10
73/11 76/24 76/25 81/8 83/20
85/2 85/9 87/4 87/12 87/20
88/11 89/4 89/4 91/4 91/19
92/12 95/22 98/17 99/15
101/9 101/10 101/18 102/17
103/13 105/11 106/9 106/21
110/4 111/23 113/8 113/11
114/6 114/6 114/6 114/8
115/6 115/18 115/19 116/11
117/9 117/13 118/6 120/3
120/17 122/21 125/16 125/19
127/3 128/24 129/17 131/7
131/7 132/19 135/2 137/17
148/16 148/23 149/8 151/10
154/15 155/3 156/20 156/20
160/13 163/4 166/15 166/15
167/8 168/6 169/2 169/2
169/17 170/4 170/24 171/3

103/3 103/15 104/15 182/12
222/11

171/4 171/12 174/13 175/18
180/17 180/19 180/23 182/9
182/11 183/20 183/23 186/4
187/6 187/10 188/15 189/4
189/9 189/13 190/9 194/15
196/15 197/19 197/21 199/20
200/16 200/19 201/16 203/3
203/22 204/1 206/8 206/18
207/15 207/17 207/24 208/6
208/20 211/11 215/19 216/16
217/12 217/13 218/1 218/15
219/9 219/23 224/17 225/13
225/17 225/21
**justify [1]** 53/2

## K

**Karelis [2]** 121/2 121/2
**Karelis' [1]** 121/13
**Keeneland [2]** 161/21 161/24
**keep [18]** 30/15 31/17 32/17
38/24 58/1 58/7 63/5 77/11
90/6 92/14 92/14 92/14 112/9
120/21 146/7 183/2 191/21
200/16
**keeping [4]** 77/11 111/1
123/22 181/2
**KENTUCKY [30]** 1/2 1/17 1/20
2/5 2/7 2/12 2/16 2/20 9/8
9/12 118/6 134/5 134/8 136/7
137/9 137/20 138/2 138/5
138/9 138/17 138/18 152/12
194/11 206/6 206/18 207/4
228/2 228/5 228/23 228/24
**kickback [2]** 126/7 126/15
**kicked [1]** 28/4
**kind [15]** 12/11 12/14 18/20
38/24 67/2 68/21 72/7 97/5
174/14 174/18 184/4 187/14
188/11 188/24 192/10
**KKC [1]** 1/4
**knew [11]** 11/9 11/23 15/21
104/21 112/25 112/25 120/10
128/18 144/4 144/8 144/18
**knock [1]** 143/9
**knocking [1]** 120/3
**know [244]**
**knowledge [11]** 17/1 60/1
62/11 99/24 106/4 142/8
144/1 144/4 162/20 205/16
214/1
**known [3]** 107/5 187/17
220/17
**knows [1]** 151/14
**Kreutzberg [4]** 111/15 111/16
113/16 114/16

## L

**labeled [3]** 38/25 42/7 79/5
**lack [1]** 95/1
**lacked [2]** 168/20 185/21
**lacks [2]** 168/12 186/15
**ladies [1]** 52/25
**lady [1]** 191/8
**land [1]** 7/14
**language [2]** 92/6 92/11
**large [5]** 1/17 206/3 206/9
228/6 228/24
**largest [2]** 206/10 206/12
**last [12]** 4/15 26/10 26/11
57/23 59/11 66/7 90/22 93/25
169/12 169/13 190/13 223/19
**late [1]** 128/4
**later [10]** 14/13 14/16 18/18

## L

**later... [7]**  22/23 45/13 57/12 88/1 88/6 116/22 228/11
**latitude [1]**  20/22
**LAW [4]**  2/15 126/6 143/18 143/18
**lawsuit [3]**  219/3 219/5 219/9
**lawyer [1]**  215/10
**leader [2]**  113/25 114/7
**leadership [2]**  131/20 131/21
**learn [1]**  14/11
**learned [2]**  116/6 123/18
**least [5]**  20/6 32/3 51/25 78/8 78/14
**leave [2]**  113/16 198/12
**left [12]**  7/7 9/5 21/19 87/7 87/8 111/15 113/19 114/16 133/2 184/12 190/15 190/16
**legal [2]**  125/14 132/2
**Lemaster [23]**  17/25 30/3 34/20 39/2 39/10 42/3 46/16 47/17 52/11 54/18 66/17 74/2 78/17 83/6 95/23 102/22 103/16 103/22 104/15 143/11 143/11 143/14 184/10
**lend [1]**  26/18
**length [5]**  27/24 104/10 216/4 216/5 216/6
**lengths [6]**  29/5 33/1 34/2 36/3 60/12 75/10
**lengthy [3]**  28/10 33/16 78/12
**Lennie [64]**  4/13 10/25 11/14 12/9 12/13 14/1 15/22 15/23 16/19 18/2 18/12 18/14 19/12 20/7 21/12 22/12 22/16 22/16 50/19 52/19 53/1 53/1 54/4 58/17 58/19 58/25 59/1 59/8 59/16 60/11 66/19 66/22 66/25 67/5 70/13 70/16 84/23 87/24 94/5 96/18 104/17 104/21 108/23 109/21 113/22 114/2 118/19 119/4 119/15 121/22 123/12 127/16 128/6 128/17 130/20 130/20 131/12 135/1 165/2 212/21 217/9 220/13 220/25 222/13
**Lennie's [5]**  34/4 58/24 85/20 110/22 111/2
**less [11]**  46/25 62/15 63/4 85/23 87/13 89/5 89/6 196/21 196/22 196/23 216/5
**let [43]**  4/24 26/17 30/24 34/13 38/23 43/17 62/9 68/25 71/4 72/4 77/22 89/9 95/4 97/12 100/4 100/12 105/11 109/13 114/12 115/6 136/9 139/20 143/9 143/9 143/9 145/6 150/22 151/10 156/3 164/13 165/9 167/1 171/20 172/6 180/24 184/14 188/7 188/7 188/14 207/12 207/14 207/14 209/23
**let's [27]**  6/13 17/16 23/21 35/9 41/19 52/7 141/10 143/8 148/9 148/16 151/21 152/2 152/2 166/9 166/15 166/25 167/1 176/9 179/7 184/24 185/6 186/25 188/7 193/17 201/16 209/16 220/22
**lets [1]**  101/4
**letter [1]**  211/12
**letting [1]**  114/8
**level [2]**  10/2 97/24
**levels [1]**  154/8
**LEXINGTON [14]**  1/3 1/20 2/5 2/7 2/16 2/20 9/24 136/3 199/11 206/6 217/3 217/4 223/6 223/7
**license [1]**  177/21
**licensed [4]**  7/3 138/16 147/5 152/12
**life [2]**  14/17 189/25
**light [1]**  125/25
**like [83]**  9/22 10/13 10/14 12/2 12/6 13/7 17/11 18/13 19/4 20/18 24/16 29/6 36/2 38/6 38/12 45/8 47/22 52/11 56/25 58/12 58/15 66/9 66/10 69/21 69/24 77/14 81/12 86/11 88/16 88/18 92/20 96/1 97/6 98/1 100/8 108/15 111/25 113/22 113/23 114/2 114/3 119/5 120/9 120/11 124/18 125/5 126/10 129/21 130/17 131/4 138/22 140/24 142/3 143/21 148/17 148/18 149/1 162/7 164/22 165/3 166/20 166/22 169/4 169/24 181/10 182/14 182/16 182/20 189/4 189/13 189/17 189/17 207/24 209/2 213/11 214/12 215/17 217/5 217/9 217/12 221/4 222/10 223/7
**liked [1]**  217/1
**likelihood [1]**  124/25
**limitation [2]**  178/25 179/2
**limitations [2]**  143/18 162/10
**limited [4]**  15/7 24/9 126/14 141/12
**limiting [1]**  117/10
**Linda [1]**  223/13
**Lindsey [21]**  14/4 14/22 18/6 20/15 20/17 20/25 21/15 22/13 30/18 58/16 59/2 68/4 89/14 94/5 103/4 119/6 129/2 165/20 166/6 188/4 217/24
**Lindsey's [1]**  58/23
**line [8]**  14/19 18/3 87/25 105/5 112/15 140/8 174/12 198/6
**lines [2]**  26/24 164/15
**Linked [1]**  195/2
**Linked-In [1]**  195/2
**Lisa [6]**  111/14 111/22 224/13 225/7 225/8 225/10
**list [7]**  35/21 44/18 58/25 152/11 153/24 166/20 166/22
**listed [1]**  184/22
**listen [1]**  131/18
**listening [1]**  143/24
**literal [1]**  147/1
**litigating [1]**  100/15
**litigation [4]**  100/24 102/3 102/6 132/9
**little [11]**  6/14 20/24 67/9 97/9 136/13 136/14 172/19 179/12 184/3 206/5 219/11
**ll [4]**  154/7 154/7 154/8 154/9
**LLP [1]**  2/11
**LM [3]**  58/19 58/20 58/24
**lo [1]**  71/10
**loaded [1]**  159/12
**located [2]**  8/15 223/15
**locations [1]**  134/5
**log [1]**  78/17
**London [2]**  137/22 206/6
**long [21]**  4/18 7/15 8/2 9/3 29/5 33/1 34/9 35/25 36/3 53/9 60/12 60/12 104/8 104/21 114/20 123/25 124/15 125/10 161/22 190/11 221/11
**long-term [1]**  104/21
**longer [5]**  24/22 34/1 61/19 64/4 93/8
**look [60]**  15/13 28/8 31/16 34/8 35/9 35/11 35/24 36/15 40/10 40/25 41/14 47/10 47/12 47/22 48/2 53/4 54/19 60/20 61/14 61/16 71/5 71/8 71/9 74/6 77/14 77/18 78/6 79/4 90/6 90/16 104/7 113/9 116/22 125/24 125/25 129/2 130/5 154/7 154/8 154/9 164/16 164/18 165/17 166/9 168/22 169/7 169/7 169/22 171/15 172/12 172/24 173/17 174/9 175/24 176/8 185/6 206/8 216/10 216/16 221/19
**looked [15]**  18/5 26/10 26/11 32/1 39/15 55/17 65/25 78/21 78/23 97/14 175/1 175/6 175/11 226/2 226/17
**looking [51]**  24/18 28/4 32/4 36/11 41/13 42/5 52/21 56/16 56/17 60/19 60/19 62/3 66/2 66/4 66/6 71/11 73/3 81/7 85/4 85/4 89/19 90/8 91/18 98/12 99/15 99/20 103/4 103/5 104/1 104/5 104/6 104/9 113/12 122/10 133/7 166/19 168/5 170/24 172/15 173/10 175/22 175/23 177/2 177/22 177/25 178/1 178/2 180/9 211/1 217/12 221/16
**looks [16]**  36/2 38/6 38/12 51/3 52/11 58/15 66/9 66/10 72/16 81/12 164/22 165/3 166/20 166/22 169/24 209/1
**loop [2]**  110/22 111/1
**lose [4]**  159/15 159/19 208/15 208/18
**lot [28]**  12/8 12/9 15/22 20/17 20/21 20/24 25/3 28/1 35/4 39/12 41/15 46/6 56/13 57/21 65/13 70/23 84/10 84/11 84/12 86/25 101/13 119/7 119/7 175/15 178/12 192/22 216/5 220/20
**Louise [1]**  174/4
**Louisville [1]**  138/19
**low [1]**  62/21
**lower [3]**  26/14 45/24 78/13
**lowered [1]**  78/14
**LPN [2]**  96/24 97/1
**lucky [1]**  159/9
**lunch [3]**  125/23 141/22 162/15
**luncheons [1]**  141/19
**lunches [2]**  161/2 204/24
**LUPA [7]**  62/16 62/16 62/21 63/19 65/17 65/24 69/10
**LUPAs [3]**  67/4 189/3 189/10

## M

**made [22]**  75/16 111/21 131/12 131/14 148/3 148/25

# M

**made... [16]** 156/16 159/6 175/17 178/5 189/22 196/19 196/20 197/3 197/6 198/8 199/13 214/24 222/6 222/9 222/20 224/23

**magnitude [1]** 98/7

**MAIN [1]** 2/16

**mainly [3]** 119/5 143/7 214/3

**maintain [3]** 180/16 180/17 180/21

**maintaining [1]** 187/3

**maintenance [8]** 180/20 180/22 180/23 181/3 187/3 187/7 187/9 187/20

**major [1]** 208/22

**make [43]** 4/25 24/4 24/21 30/24 56/5 65/12 66/23 71/11 74/3 77/2 77/20 88/10 88/16 90/8 94/19 94/22 123/21 124/3 131/15 131/15 141/3 148/23 156/9 159/18 159/20 176/24 177/15 186/8 186/14 188/24 189/19 189/25 196/6 196/20 197/3 200/7 209/11 209/15 211/11 212/25 215/20 220/21 221/18

**makes [5]** 74/18 174/10 189/6 208/14 208/17

**making [21]** 13/9 13/11 49/17 57/17 61/19 66/23 83/9 91/18 92/22 102/18 106/9 107/14 116/12 125/1 127/6 128/14 129/23 148/24 155/3 177/18 177/23

**male [1]** 192/18

**man [3]** 78/24 87/8 192/18

**managed [1]** 108/17

**management [10]** 8/11 8/21 8/24 9/4 50/7 70/8 72/14 139/18 139/19 203/24

**manager [8]** 8/25 9/22 48/8 94/8 109/25 110/2 189/24 213/15

**managers [7]** 13/13 48/11 69/16 86/2 188/20 188/24 189/3

**many [17]** 28/17 29/9 74/15 76/6 85/7 87/4 89/21 90/2 108/11 127/19 144/12 155/20 175/21 175/21 177/12 200/7 220/11

**March [7]** 45/5 79/12 210/6 210/8 210/15 211/19 212/3

**margin [4]** 158/15 158/19 159/24 198/4

**Marie [2]** 173/6 173/11

**mark [12]** 34/13 38/23 39/23 41/19 46/13 52/7 55/10 64/23 72/5 109/13 220/10 220/14

**marked [19]** 34/11 38/21 39/21 41/17 42/24 43/15 44/10 44/14 46/10 52/5 55/8 64/21 72/2 89/7 109/11 174/18 209/13 210/21 225/15

**market [7]** 107/10 147/11 201/5 201/6 201/7 217/4 219/24

**marketing [7]** 22/20 107/9 140/4 147/10 201/15 203/21 219/20

**marriage [1]** 228/17

**MASTEN [3]** 2/19 195/3 197/17

**math [1]** 23/20

**math's [1]** 23/20

**matrix [1]** 130/12

**matter [10]** 96/10 96/16 100/20 132/15 196/1 196/5 196/6 197/8 199/19 228/19

**mattered [1]** 96/16

**may [13]** 9/20 24/15 40/11 138/24 139/1 143/18 148/22 150/8 150/10 178/19 185/1 205/17 221/8

**maybe [18]** 26/12 48/1 51/11 87/25 88/6 89/22 93/4 114/19 127/18 128/3 150/12 153/23 167/17 193/2 196/18 196/18 217/8 217/10

**MCBRAYER [1]** 2/15

**MCCAFFREY [124]** 2/4 3/5 4/9 4/11 17/5 19/22 20/1 26/25 27/3 27/12 27/17 43/14 61/12 62/4 64/2 76/19 76/24 80/22 82/3 84/6 92/5 100/12 100/22 101/3 101/8 101/11 101/18 102/4 105/4 106/18 115/6 115/9 116/2 117/16 123/7 125/16 126/2 126/16 126/19 126/23 134/17 142/7 142/10 142/14 144/6 145/9 145/18 146/20 147/7 147/9 147/20 147/22 147/25 148/6 148/13 148/15 148/22 149/7 149/19 149/21 150/5 151/2 151/8 151/10 152/16 153/6 153/13 157/3 157/11 157/14 158/11 158/13 160/3 160/23 162/19 162/25 163/3 163/15 165/8 166/25 167/19 168/15 169/16 170/2 170/4 170/11 170/16 171/20 172/2 175/7 175/9 179/23 180/2 180/5 180/24 181/24 183/10 185/23 186/9 187/21 189/8 190/1 190/4 191/3 196/11 200/9 200/23 201/24 202/16 203/8 203/11 204/5 204/7 204/11 205/25 207/6 207/12 207/14 211/9 212/6 216/13 216/15 224/15 226/24

**McCord [1]** 43/1

**McKesson [2]** 28/12 28/12

**me [120]** 1/16 4/24 5/13 5/24 6/3 11/20 12/13 13/2 14/11 18/3 18/4 18/8 18/10 21/10 21/14 21/14 22/18 23/16 23/23 24/19 26/17 30/24 34/7 34/13 38/4 38/13 38/23 43/13 43/17 50/3 53/25 55/22 56/2 57/6 62/9 65/15 71/4 72/4 72/6 72/11 74/14 83/5 88/3 89/9 90/10 91/13 92/3 93/7 94/4 95/4 96/15 98/3 100/4 100/12 102/14 103/19 103/20 104/25 105/11 109/13 111/9 114/8 115/6 118/19 120/4 124/24 131/21 136/9 136/14 139/20 140/8 140/8 140/10 143/9 143/9 143/9 145/6 145/11 150/22 151/10 156/3 162/8 163/6 163/19 164/13 165/9 166/20 169/3 169/25 171/12 171/20 172/6 180/24 184/3 184/14 187/4 188/2

188/7 188/14 189/11 190/8 192/4 192/6 193/25 194/24 195/1 198/20 198/24 200/5 203/22 205/5 206/4 207/12 207/14 207/14 208/23 209/23 212/22 226/24 228/11

**Meadow [1]** 102/5

**meals [1]** 127/7

**mean [134]** 10/12 13/1 13/8 13/14 14/2 16/15 16/15 17/7 18/14 19/2 19/5 20/23 22/5 22/15 23/11 24/8 24/15 26/13 27/6 27/7 29/6 31/23 32/6 35/8 51/2 52/20 52/22 53/13 53/17 54/14 55/1 56/12 58/2 58/11 59/13 59/23 60/14 62/15 63/24 64/18 65/20 67/4 68/11 68/20 71/5 75/7 76/4 84/2 85/22 88/11 88/15 89/4 91/2 91/4 91/15 92/3 92/19 93/16 95/12 95/21 96/12 99/13 100/18 100/19 100/24 102/16 103/8 103/19 104/20 108/13 110/19 112/2 113/11 114/2 114/6 115/13 118/1 121/11 122/17 126/8 128/3 128/10 128/17 129/12 130/1 131/7 131/7 131/12 131/16 138/23 141/18 142/14 143/21 144/9 146/2 152/10 153/3 156/17 157/15 160/11 161/3 161/5 162/6 162/14 168/4 168/17 168/23 170/16 171/10 171/21 175/12 177/5 187/5 187/23 187/23 190/14 196/5 196/5 198/3 203/2 206/7 206/15 206/19 207/17 208/18 212/8 213/8 213/9 213/15 213/16 216/7 218/10 225/21 226/7

**meaning [2]** 128/10 187/9

**meaningful [1]** 131/10

**means [8]** 13/15 36/21 46/4 46/5 51/3 115/14 137/2 170/19

**meant [1]** 44/9

**med [4]** 36/24 43/5 43/7 44/25

**Medicaid [5]** 19/4 145/22 155/14 158/1 179/18

**medical [13]** 48/9 72/22 73/10 75/1 75/12 79/24 80/1 90/14 91/12 94/2 94/8 177/10 185/16

**medically [7]** 74/11 85/6 90/7 176/15 176/19 176/21 177/11

**Medicare [62]** 10/16 22/25 23/7 23/7 24/2 24/3 24/5 24/23 25/4 27/19 60/23 62/9 82/16 82/21 82/24 85/11 85/14 87/7 87/10 89/5 108/10 108/14 108/15 108/17 110/17 111/7 112/4 118/13 118/14 126/20 130/3 130/3 130/5 145/21 155/14 157/25 158/2 158/4 158/5 158/10 158/18 160/2 164/6 164/7 164/10 179/6 179/7 179/9 179/13 179/22 180/6 180/9 180/13 183/17 200/4 206/25 207/9 207/17 207/22 208/13 208/13 223/5

**Medicare-patient [1]** 207/9

## M

**medication [2]** 79/19 185/12
**medications [2]** 79/20 185/13
**Mediset [1]** 43/7
**meds [3]** 37/5 37/6 79/20
**meet [10]** 48/2 106/23 118/23 128/15 128/25 190/20 190/24 195/3 201/13 201/14
**meeting [18]** 20/13 21/13 47/24 48/4 48/5 48/23 82/19 83/24 97/20 106/6 106/11 106/12 106/20 141/21 155/22 191/4 191/19 220/18
**meetings [12]** 19/18 19/19 20/20 20/20 49/7 49/9 49/15 56/14 58/13 105/3 105/21 221/5
**members [2]** 19/15 20/9
**membership [1]** 224/9
**memo [2]** 225/8 225/24
**memory [1]** 210/24
**meningitis [2]** 23/22 24/11
**mention [3]** 182/16 186/8 186/14
**mentioned [3]** 160/5 181/17 182/6
**mentions [1]** 68/3
**mentor [1]** 218/2
**mentoring [1]** 217/23
**Mercy [1]** 206/7
**met [11]** 10/25 19/16 27/20 105/20 129/2 141/19 157/10 190/25 192/5 197/19 220/16
**Michael [5]** 111/16 113/16 114/15 164/24 165/7
**middle [1]** 135/16
**midpoint [1]** 216/12
**might [23]** 6/9 32/3 41/12 61/22 62/17 66/7 85/17 93/13 101/19 104/5 108/25 136/13 154/14 159/9 164/14 179/17 184/10 189/22 193/3 212/2 214/9 216/8 223/18
**Mike [1]** 111/14
**Milford [3]** 139/12 223/16 224/2
**mind [2]** 44/11 208/6
**mine [2]** 23/21 53/22
**minute [10]** 127/3 150/18 150/18 150/22 150/22 167/5 184/18 188/15 221/23 221/23
**minutes [2]** 62/6 105/6
**mis [1]** 77/1
**mis-numbered [1]** 77/1
**misread [1]** 172/4
**misrepresent [1]** 172/3
**miss [2]** 93/14 167/21
**missed [3]** 69/13 69/24 135/2
**missing [3]** 76/21 90/19 90/19
**Mitchell [2]** 47/16 52/13
**mix [2]** 207/10 223/5
**mmlk.com [1]** 2/17
**Molloy [4]** 192/20 192/21 192/23 193/7
**moment [5]** 148/9 166/11 166/16 208/20 216/1
**money [13]** 19/8 61/17 61/22 159/15 159/18 159/19 159/20 198/5 198/8 198/23 208/14 208/15 208/18
**moneys [1]** 183/17
**monitor [2]** 31/18 77/15

**month [11]** 18/22 22/9 46/25 112/4 112/15 127/19 128/3 128/3 128/5 169/12 169/14
**monthly [1]** 129/17
**months [9]** 18/23 45/13 74/20 81/20 81/22 130/18 133/6 193/13 212/3
**more [49]** 10/1 11/14 11/19 18/9 18/13 22/17 22/18 24/19 24/20 25/19 34/5 47/4 52/21 68/20 77/2 86/5 86/20 87/14 88/19 88/21 89/6 97/10 113/15 118/8 123/12 129/14 130/9 130/11 130/22 134/2 134/19 138/19 167/14 186/21 196/19 197/3 197/4 197/6 198/8 200/5 201/9 206/4 214/5 214/25 215/3 215/12 215/25 216/10 226/24
**Morton [1]** 206/5
**most [7]** 5/1 49/20 53/24 77/12 104/21 118/1 119/5
**move [3]** 19/6 21/15 57/11
**moved [5]** 9/25 60/3 60/7 97/2 110/2
**MR [265]**
**Mrs [1]** 217/23
**Ms [6]** 5/9 77/19 80/25 103/10 103/21 188/22
**MSN [1]** 71/16
**much [14]** 14/6 14/25 18/11 75/6 99/9 175/5 186/21 191/16 194/15 198/5 199/20 200/4 204/6 218/5
**multiple [17]** 28/1 34/24 35/21 35/22 38/18 39/6 40/3 40/22 42/1 42/14 44/1 61/16 65/16 70/24 75/10 80/6 97/19
**must [1]** 226/2
**muster [1]** 182/23
**my [70]** 4/10 5/9 5/13 5/17 5/23 8/25 9/24 14/11 21/5 39/13 45/22 47/11 53/21 54/22 57/16 69/1 71/16 78/14 89/24 92/17 93/4 93/18 98/15 114/13 114/13 119/3 120/4 125/20 127/18 130/19 131/19 131/21 142/15 143/22 148/5 148/17 148/19 148/24 149/1 149/3 149/4 150/23 150/23 152/23 153/9 177/19 179/11 180/2 186/14 192/8 194/12 197/17 197/23 208/6 212/21 213/9 218/4 218/4 219/7 219/15 220/24 223/9 223/9 223/13 225/22 226/1 226/14 226/22 228/20 228/21
**myself [6]** 30/17 48/15 103/1 118/22 216/21 222/11

## N

**NAC [1]** 10/12
**name [26]** 4/10 4/14 4/15 17/20 28/13 33/5 36/9 48/21 54/19 77/18 95/22 95/23 96/20 98/2 121/13 127/10 127/22 171/24 191/10 192/14 220/1 220/6 220/11 220/12 220/24 226/14
**name's [2]** 39/13 197/17
**named [8]** 191/8 192/20 193/2 228/8
**names [9]** 12/1 58/11 67/22

67/22 181/11 191/2 205/16 221/3 226/1
**Nathan [7]** 109/17 109/23 109/24 110/13 110/25 164/20 164/23
**national [3]** 133/15 134/3 217/5
**Nazareth [2]** 138/10 138/12
**Neal [19]** 33/5 33/23 34/20 35/2 39/2 39/24 40/21 41/1 41/3 42/17 47/16 52/12 82/4 103/10 166/17 172/9 175/1 184/24 186/6
**Neal's [4]** 35/18 80/5 80/25 82/8
**nearly [1]** 174/17
**necessarily [5]** 24/8 25/8 116/9 116/23 146/2
**necessary [9]** 55/5 74/12 75/2 85/6 176/16 176/19 176/21 177/11 177/12
**necessity [12]** 48/9 72/22 73/10 75/12 79/24 80/1 90/7 90/14 91/12 94/3 94/8 185/17
**need [30]** 6/7 25/10 25/12 32/2 42/22 48/8 65/10 66/13 67/6 68/24 72/9 79/22 84/3 88/12 90/12 90/17 90/17 90/24 91/11 91/25 101/19 118/14 119/21 146/18 175/6 175/21 200/5 209/19 212/3 215/7
**needed [16]** 19/6 46/22 47/6 48/3 52/2 61/10 65/12 66/14 70/21 74/21 92/20 99/12 111/24 113/12 114/12 212/1
**needs [8]** 5/18 45/1 45/2 48/10 65/20 79/22 185/15 186/19
**negotiating [1]** 210/7
**negotiations [1]** 211/5
**neither [1]** 21/20
**never [12]** 19/16 20/13 56/18 57/6 68/5 123/11 127/16 128/24 187/7 187/10 188/11 203/15
**new [8]** 17/10 46/25 79/19 133/10 185/13 198/17 198/19 198/20
**next [16]** 5/17 37/10 38/5 40/16 49/21 153/24 167/14 167/15 171/23 173/17 173/21 173/25 174/4 174/9 195/11 209/17
**nice [2]** 209/21
**nine [6]** 67/11 67/11 67/19 87/10 135/8 166/21
**nineties [1]** 4/23
**ninety [1]** 15/3
**Niona [1]** 42/25
**no [233]**
**non [14]** 27/5 27/9 27/10 56/10 56/25 57/18 59/10 65/23 76/9 77/12 132/21 218/16 218/19 218/20
**non-clinician [4]** 56/10 56/25 57/18 59/10
**non-clinicians [3]** 27/5 76/9 77/12
**non-compete [4]** 132/21 218/16 218/19 218/20
**non-skill [3]** 27/9 27/10 65/23

**N**

**noncompliant [13]** 49/22 50/2
68/8 68/9 81/13 91/8 91/24
92/13 92/25 93/2 93/7 93/16
93/21
**normal [6]** 26/5 29/8 51/11
64/16 143/21 146/1
**northern [1]** 12/8
**not [232]**
**Notary [4]** 1/17 228/5 228/24
228/24
**note [3]** 26/17 45/14 148/16
**notes [4]** 44/25 45/3 218/4
218/4
**nothing [5]** 24/19 114/20
114/20 199/23 226/24
**notice [1]** 27/23
**noticed [3]** 76/14 93/23
164/18
**notify [1]** 77/22
**now [46]** 17/19 21/15 23/25
37/21 55/22 58/12 71/17
74/25 76/16 88/15 100/5
118/4 119/3 124/23 133/13
134/2 136/18 136/22 138/10
139/9 140/23 143/8 149/3
163/1 163/23 164/3 166/19
167/5 169/24 172/12 172/19
179/20 184/24 191/17 195/17
196/16 198/8 199/1 200/18
201/14 203/21 206/20 207/13
207/20 208/25 213/11
**NR [2]** 193/24 218/11
**NRESI [3]** 34/19 39/1 172/16
**number [49]** 26/5 26/15 27/25
28/9 28/15 28/18 28/24 29/4
34/24 40/3 44/17 45/25 53/24
60/20 66/3 70/20 77/2 77/4
77/23 77/25 78/2 78/11 80/6
99/21 108/1 112/1 112/3
112/6 112/6 112/8 112/12
112/18 112/18 112/23 112/23
130/2 138/21 157/8 157/9
157/18 158/24 161/25 174/16
175/5 178/25 184/14 184/15
184/16 184/17
**numbered [2]** 34/18 77/1
**numbers [6]** 28/22 49/2 99/14
99/16 112/5 221/16
**numerous [3]** 38/16 75/13 76/5
**nurse [8]** 54/16 142/2 143/12
149/17 156/5 206/14 206/16
206/24
**nurses [2]** 68/5 138/15
**NURSES' [109]** 1/12 4/13 9/5
10/18 11/5 11/21 12/5 12/11
12/21 13/22 15/18 19/10 20/2
27/22 33/4 33/17 47/5 50/1
65/17 67/25 68/7 70/8 72/15
75/15 82/15 84/19 86/24
89/20 97/17 98/21 99/23
105/9 107/4 116/21 124/5
126/5 126/13 128/13 130/15
133/3 134/11 134/14 134/25
135/6 137/12 140/15 140/16
140/25 141/11 141/15 142/6
142/22 143/16 144/2 144/5
144/11 144/15 147/14 148/2
155/9 156/6 156/14 157/23
160/15 160/20 161/19 162/21
178/20 178/21 179/4 181/7
182/6 183/25 184/5 190/15
193/18 194/14 194/20 196/20
197/8 198/9 203/7 203/10
203/13 203/17 204/3 204/12
204/16 207/24 209/24 210/4
210/7 212/2 212/4 212/17
213/5 213/14 213/20 214/17
215/19 216/20 217/14 217/20
219/13 219/21 219/22 219/24
224/6 224/24
**nursesregistry [2]** 58/21
58/22
**nursing [33]** 52/3 60/17 62/17
69/18 107/11 133/14 133/16
133/19 133/20 134/7 135/3
135/4 135/24 136/9 136/11
137/2 138/7 139/21 140/23
142/3 146/8 146/9 146/17
159/3 163/13 170/19 180/5
189/3 199/4 199/6 199/14
199/21 203/23

**O**

**oasis [4]** 46/2 211/15 212/11
212/14
**oath [3]** 1/15 4/2 5/2
**object [45]** 17/4 19/24 26/7
26/22 37/20 43/11 61/1 61/8
62/14 63/7 65/19 74/23 76/12
80/20 82/1 84/1 86/18 89/2
92/2 94/10 95/18 100/4 100/6
100/18 105/19 105/20 105/23
106/5 107/1 111/4 114/4
115/5 115/23 117/12 123/5
124/19 125/13 129/25 148/21
171/20 172/2 180/24 200/9
207/12 207/14
**objecting [4]** 101/6 148/6
226/4 226/6
**objection [64]** 26/18 26/24
63/23 101/10 117/14 142/7
142/10 142/15 144/6 145/9
145/18 146/20 147/7 147/9
147/20 147/22 148/13 148/15
148/17 148/20 149/7 149/19
149/21 150/5 151/2 151/8
152/16 153/6 153/13 157/3
157/11 157/14 158/11 158/13
160/3 162/25 163/3 163/15
165/8 169/16 170/2 170/3
175/7 175/9 179/23 180/2
181/24 183/10 185/23 186/9
187/21 189/8 200/23 201/24
202/16 203/8 203/11 204/5
204/7 205/25 212/6 216/13
216/15 226/3
**objective [1]** 159/20
**observation [2]** 25/6 45/3
**observe [2]** 173/21 173/25
**observed [2]** 219/12 219/20
**obvious [1]** 155/3
**obviously [7]** 11/10 60/14
77/11 106/19 110/18 154/22
222/13
**occasions [2]** 128/16 221/1
**occur [4]** 61/21 100/1 101/8
106/2
**occurred [8]** 100/10 101/14
105/21 105/22 106/2 106/7
106/11 107/2
**occurring [1]** 101/5
**occurs [1]** 102/9
**October [7]** 37/11 55/14
109/17 188/5 194/24 194/25

195/2
**odd [1]** 70/19
**off [15]** 28/4 30/22 32/22
35/20 48/22 64/10 67/8 67/9
91/15 126/9 142/18 175/18
175/19 215/20 221/6
**offer [2]** 198/22 212/25
**offered [2]** 10/9 126/24
**offering [4]** 11/17 11/19
109/4 198/24
**office [17]** 1/19 9/10 16/20
29/2 53/22 54/24 68/12 98/22
102/13 121/13 123/15 161/6
163/13 192/8 192/16 220/19
228/22
**officer [2]** 127/13 179/5
**offices [3]** 49/15 121/19
142/4
**offsite [2]** 102/23 103/6
**often [6]** 19/5 33/11 127/25
217/15 217/16 217/18
**Oh [4]** 53/8 167/7 203/6
223/21
**Ohio [6]** 133/8 134/5 135/14
139/12 223/17 223/18
**okay [113]** 5/21 6/6 6/11
6/12 17/6 24/11 32/12 34/15
35/21 36/18 42/6 44/13 44/19
46/14 48/6 52/10 55/12 64/25
65/6 65/21 73/9 75/20 79/8
88/1 90/15 95/6 95/9 96/10
98/20 108/17 109/15 110/12
111/8 124/1 124/17 124/21
125/9 134/25 135/11 135/23
136/17 136/25 137/4 137/23
139/18 143/8 149/10 149/25
151/4 151/20 156/11 156/21
159/17 160/19 161/25 164/17
165/4 165/16 165/18 165/24
166/9 166/14 166/15 167/7
167/17 167/18 167/24 168/9
169/9 169/22 169/23 171/16
172/18 173/12 176/4 176/8
176/24 177/4 178/4 178/24
179/15 179/19 180/16 184/19
190/16 191/8 194/1 194/8
198/22 199/1 200/3 200/16
201/14 203/6 204/8 205/4
207/20 208/25 209/8 212/10
212/12 212/16 216/19 217/22
218/1 218/3 218/5 219/24
221/21 222/12 222/14 224/21
225/24
**old [4]** 23/19 90/25 91/3
92/10
**OLDHAM [2]** 228/3 228/23
**once [6]** 18/12 67/18 67/20
95/5 127/18 128/4
**one [120]** 5/12 9/12 9/13
11/14 11/14 12/11 18/16
20/14 25/19 26/22 27/18 28/6
36/5 36/6 36/15 36/16 38/5
41/13 42/13 48/6 50/22 54/7
55/11 56/13 59/1 59/1 59/1
59/9 65/14 67/10 67/11 73/12
79/18 80/10 89/24 90/16 95/7
98/17 99/2 99/4 99/18 102/15
102/18 102/19 103/1 105/16
115/7 119/23 119/24 119/25
120/9 120/10 120/18 120/21
122/2 122/2 124/22 124/22
125/21 125/21 126/17 127/4
127/4 128/12 131/23 132/22

**O**

**one... [54]**   136/7 137/6
139/17 141/2 144/18 144/18
148/23 152/14 155/25 156/24
157/1 157/5 166/13 166/20
167/21 168/6 168/25 169/7
171/2 171/3 173/6 173/21
173/25 174/16 174/17 174/25
175/11 178/1 178/11 178/15
185/10 188/3 191/20 191/22
191/24 192/7 193/14 194/22
198/4 202/7 205/10 208/14
208/20 209/19 210/9 216/14
218/15 221/12 222/15 225/1
225/1 225/14 225/21 225/22
**one/two [1]**   171/3
**ones [9]**   30/21 65/12 98/12
120/17 166/12 169/4 189/4
189/13 197/20
**ongoing [6]**   100/24 100/25
127/9 148/16 148/20 182/9
**only [28]**   6/9 28/5 30/20
32/1 51/10 68/17 81/11 112/6
120/9 121/25 127/7 128/11
159/16 164/10 168/4 169/25
170/22 174/10 181/25 182/1
182/2 187/20 191/20 191/24
205/8 208/14 225/1 225/22
**open [1]**   67/5
**opened [2]**   9/9 213/2
**operate [3]**   129/8 134/1
138/16
**operated [4]**   92/18 93/19
136/8 136/10
**operates [1]**   139/8
**operating [2]**   101/1 179/5
**operation [6]**   13/7 13/20
20/23 78/18 88/17 88/19
**operational [1]**   10/1
**operations [19]**   9/24 10/5
13/2 13/6 16/1 16/4 16/8
20/19 88/22 111/6 127/13
134/8 135/20 140/1 140/3
140/9 140/12 140/13 217/1
**opinion [2]**   27/1 27/2
**opposed [4]**   10/7 32/20 62/12
158/1
**options [1]**   76/10
**order [8]**   30/14 54/12 67/16
148/11 173/8 173/15 180/17
180/19
**orders [2]**   67/12 92/24
**org [1]**   18/6
**organization [4]**   189/6 189/19
189/20 189/22
**original [3]**   99/3 99/4 221/4
**other [112]**   6/23 6/25 7/1
9/13 10/10 12/2 13/7 13/12
13/12 14/2 15/6 15/9 19/2
19/5 19/14 20/9 22/16 22/21
23/14 24/16 24/19 25/22
33/22 37/3 38/16 45/12 47/21
49/13 54/6 59/1 60/7 71/9
73/24 76/2 81/16 84/11 84/19
87/2 88/4 95/23 98/2 98/18
99/8 99/8 104/1 106/21 109/1
113/22 114/17 114/23 117/1
117/6 117/17 120/7 120/17
120/18 124/22 126/10 126/25
127/14 127/18 128/16 128/20
128/25 130/20 131/1 134/25
137/16 138/8 138/9 139/7

141/15 143/21 147/14 150/9
150/20 155/8 155/8 155/9
155/19 156/6 156/14 156/14
157/23 157/23 158/10 160/5
160/14 160/15 160/16 160/19
160/20 160/20 161/18 162/23
163/17 163/22 166/6 167/12
175/4 179/18 180/18 182/3
182/4 188/3 193/17 194/12
194/16 198/1 198/2 210/25
226/7
**others [4]**   49/25
**otherwise [2]**   5/21 226/20
**ought [1]**   174/20
**our [41]**   6/10 28/2 30/12
41/15 47/12 58/13 59/21
67/14 70/22 70/22 73/12
77/15 78/13 78/17 94/16
110/16 111/7 112/5 113/2
113/3 113/4 113/13 113/14
118/3 122/4 122/4 125/3
127/21 130/21 130/21 147/12
147/13 150/7 150/7 159/8
177/6 178/11 182/16 216/4
216/6 219/23
**out [49]**   11/16 12/24 16/6
23/13 24/20 25/7 26/8 44/12
48/2 50/14 53/18 59/13 64/17
77/12 90/4 91/15 96/3 97/5
97/5 97/12 101/4 103/12
109/10 124/18 125/2 131/10
134/1 139/11 141/3 141/18
143/10 145/2 165/10 166/6
167/9 169/10 169/24 182/13
187/6 187/8 187/11 200/15
200/17 203/9 211/11 213/10
215/9 215/12 217/13
**outcome [4]**   105/14 132/7
183/5 228/19
**outcomes [1]**   198/1
**outfits [1]**   10/10
**outing [5]**   162/12 201/21
205/9 205/12 205/18
**outings [6]**   161/9 161/11
201/17 205/1 205/2 205/3
**outside [13]**   40/24 41/14
47/10 47/15 47/18 53/3
103/16 103/22 104/4 104/18
104/20 143/8 215/16
**over [53]**   5/12 11/25 20/18
22/18 30/12 31/23 31/24
32/18 34/8 35/23 35/24 45/15
45/15 45/15 46/6 47/11 48/21
49/3 56/20 57/12 60/6 69/5
98/2 101/10 101/10 116/20
121/12 127/17 127/21 131/21
139/25 140/4 140/4 140/4
140/4 140/5 140/11 140/11
150/19 156/18 158/10 159/13
174/13 179/8 179/12 184/18
190/4 192/8 192/10 192/10
192/23 194/8 216/8
**overall [3]**   35/16 49/16 223/9
**overlap [1]**   78/25
**overseen [1]**   106/16
**overview [3]**   9/19 72/20 73/2
**owe [1]**   61/22
**own [6]**   54/17 83/18 119/21
200/7 207/21 222/18
**owned [4]**   9/10 11/12 139/1
208/20
**owner [1]**   208/22
**owners [3]**   198/17 198/19

198/20
**ownership [7]**   139/6 197/9
197/11 199/2 200/21 200/22
201/1
**owns [2]**   139/7 139/10
**oxygen [1]**   37/14

**P**

**p.m [3]**   1/18 4/1 227/3
**P.O [1]**   2/19
**package [1]**   224/6
**page [31]**   3/2 42/24 44/14
50/23 72/7 72/19 73/7 73/8
75/18 75/20 76/15 76/16
76/17 76/21 76/22 76/23 77/4
79/4 90/22 90/22 167/14
167/15 170/25 171/9 173/9
173/10 173/17 174/9 176/2
184/18 221/19
**pages [4]**   76/15 77/2 172/16
221/11
**paid [4]**   29/8 159/3 182/25
198/23
**pain [2]**   43/6 169/12
**pair [1]**   203/4
**Palmetto [4]**   29/14 30/18
30/25 182/18
**paragraph [7]**   72/20 73/4 73/5
75/21 90/22 93/25 188/8
**paragraphs [1]**   73/3
**Pardon [2]**   153/1 158/3
**paren [4]**   176/14 176/14
188/12 188/12
**parking [1]**   118/19
**part [39]**   12/8 23/16 32/20
33/22 37/15 40/25 41/6 44/1
69/22 77/21 88/3 97/7 98/14
105/1 107/18 111/5 111/6
131/7 132/23 132/24 133/16
133/18 136/4 136/5 136/5
136/7 138/10 140/5 140/19
143/24 147/12 155/5 159/20
187/14 208/13 209/16 216/2
219/15 224/6
**participated [1]**   201/17
**particular [14]**   37/21 38/17
39/9 51/19 66/9 71/1 105/15
113/23 147/3 149/18 152/20
153/21 159/6 219/8
**particularly [1]**   180/12
**parties [5]**   10/10 106/23
228/10 228/15 228/18
**partner [2]**   137/4 201/9
**partnership [5]**   136/19 136/22
136/23 136/24 139/1
**partnerships [5]**   138/24
138/25 139/2 139/4 139/19
**parts [1]**   20/22
**party [1]**   228/14
**pass [2]**   118/19 182/23
**passage [1]**   188/17
**passed [2]**   35/7 183/9
**passing [1]**   29/7
**past [2]**   62/3 117/2
**Pat [36]**   17/17 17/21 47/1
52/13 55/14 55/20 55/23 56/2
57/14 59/5 65/2 65/6 68/3
69/15 69/18 69/20 70/5 78/5
78/18 86/6 89/13 89/20 90/1
94/9 94/14 94/21 94/25 98/4
103/8 103/9 129/4 165/19
181/12 188/4 192/20 192/21
**pat's [2]**   58/15 86/20

# P

**patient [148]**   23/6 23/10
24/13 25/6 27/13 30/25 36/4
37/4 37/17 38/10 40/18 42/25
43/4 43/9 44/17 44/20 45/14
45/18 46/1 47/12 48/10 52/18
54/12 58/2 58/7 62/12 63/3
63/5 63/6 63/11 63/14 63/14
63/18 64/8 64/17 65/3 65/3
65/20 66/9 66/11 67/3 67/18
68/5 70/9 70/22 75/23 77/8
78/1 78/8 79/9 79/21 81/5
82/5 82/7 82/17 85/14 90/14
90/23 91/13 92/20 92/23
92/25 93/8 93/10 94/4 94/6
94/8 94/19 95/17 97/11 97/12
98/22 99/2 99/19 102/10
112/1 112/2 115/17 145/16
145/21 145/22 145/22 147/3
147/15 148/2 148/4 149/4
149/18 150/3 150/4 151/1
151/6 151/6 151/11 151/18
152/3 152/9 152/10 153/4
153/15 154/14 154/21 156/4
156/12 158/10 158/10 158/19
160/2 163/18 166/23 168/2
168/3 168/12 168/18 168/19
168/19 173/6 173/11 174/4
174/16 174/20 175/1 178/1
178/25 179/3 179/10 179/11
179/16 180/11 180/13 180/18
181/23 181/25 182/3 182/19
184/20 184/21 185/14 185/18
186/18 187/3 187/19 200/18
207/9 214/25 222/3 222/15
223/5

**patient's [19]**   36/9 75/25
79/16 91/1 94/2 95/15 96/8
145/7 145/14 146/14 146/23
146/24 147/4 147/19 148/1
149/14 150/14 150/25 153/9

**patients [152]**   25/10 25/12
25/16 26/5 27/23 27/24 28/1
28/5 28/10 28/17 29/4 30/5
33/1 33/16 34/1 34/24 36/2
38/16 39/6 39/18 40/3 40/7
40/22 41/16 42/10 42/14
42/21 44/1 47/6 48/3 48/7
48/24 49/17 49/22 50/2 50/8
50/12 50/21 53/5 53/15 53/20
54/1 54/8 55/21 56/3 57/1
59/17 59/21 59/22 60/8 60/23
61/2 61/15 66/1 66/2 66/24
67/7 68/9 68/17 69/10 70/19
75/9 78/11 78/20 78/22 80/6
80/11 82/14 82/17 83/3 83/22
84/8 84/11 85/6 85/11 85/11
85/19 85/21 86/4 86/11 86/17
86/25 87/2 87/10 87/15 87/18
87/23 88/1 88/7 89/5 89/21
90/2 90/9 90/15 91/6 91/8
91/24 92/13 93/16 93/21
93/22 95/3 95/11 95/13 97/3
97/4 97/19 99/12 99/20
104/11 104/22 107/19 146/6
148/10 150/8 151/16 157/25
158/1 158/5 163/13 166/19
167/6 167/8 167/25 170/1
170/9 171/17 171/23 172/21
174/10 175/5 175/10 176/25
177/10 178/6 178/8 178/12
178/19 179/9 179/22 180/7

181/3 181/8 181/13 181/19
183/14 183/18 183/19 183/21
189/16 222/7 222/20

**patients' [1]**   48/12

**PATRICIA [1]**   2/24

**patterns [1]**   200/2

**Patterson [2]**   193/6 193/7

**PAUL [6]**   2/4 4/11 76/13
102/5 190/25 192/7

**pay [11]**   15/6 108/5 119/3
132/11 155/14 158/1 182/24
184/1 218/23 218/24 218/25

**payer [5]**   24/1 108/8 108/15
130/6 158/22

**payment [3]**   62/21 109/7 110/6
82/16

**payments [3]**   15/12 60/23

**payroll [1]**   88/10

**pays [3]**   108/15 108/16
207/21

**Pearl [2]**   170/13 171/4

**pending [1]**   6/10

**people [30]**   11/23 11/24 47/11
54/6 56/2 66/22 67/21 74/5
76/5 76/6 76/8 91/25 95/15
120/3 128/25 131/5 131/5
142/5 154/6 163/24 164/9
177/6 181/6 188/11 188/12
189/16 189/18 200/17 220/21
224/25

**per [12]**   24/15 79/23 112/4
112/15 159/7 159/7 159/8
159/11 159/14 159/16 196/23
217/5

**percent [17]**   32/13 47/5 74/11
74/20 74/25 99/11 176/14
180/9 181/4 195/15 197/25
198/2 199/16 206/24 223/7
223/10 223/11

**percentage [24]**   30/13 30/13
31/13 31/15 31/17 31/20
31/21 31/22 31/24 32/4 32/5
32/6 32/8 32/12 32/18 75/4
85/13 178/18 179/20 180/6
182/24 183/1 199/13 223/4

**percentages [2]**   99/17 99/17

**perform [2]**   40/21 106/13

**performance [2]**   15/6 127/15

**performed [2]**   29/14 105/16

**perhaps [4]**   82/7 87/22 90/1
205/5

**period [13]**   21/23 22/2 80/24
87/19 111/10 131/21 144/19
168/10 168/12 185/1 185/3
185/8 218/14

**person [22]**   18/15 27/9 29/1
37/14 41/14 54/18 77/17 81/9
94/7 98/1 115/16 121/12
141/7 142/20 153/24 154/2
161/6 180/17 180/18 182/15
187/10 208/25

**person's [1]**   127/10

**personal [3]**   130/20 131/3
131/7

**personality [1]**   16/11

**personally [5]**   102/25 119/13
160/25 161/2 212/22

**personnel [2]**   13/11 117/23

**persons [1]**   141/8

**perspective [5]**   56/15 86/21
125/21 146/3 146/4

**peruses [1]**   89/15

**phone [2]**   16/17 197/18

**phrase [3]**   25/2 36/20 68/7

**physical [1]**   45/3

**physically [1]**   160/23

**physician [14]**   67/17 115/15
117/23 120/25 123/24 124/16
125/22 142/19 146/2 146/18
148/10 149/17 163/12 205/9

**physician's [4]**   68/11 93/14
142/4 161/6

**physicians [22]**   22/21 107/11
107/15 114/23 115/20 116/7
117/20 118/11 119/9 119/12
119/17 120/8 121/10 121/12
121/24 122/20 123/10 123/16
124/7 142/2 147/11 205/23

**pick [1]**   148/11

**picked [2]**   51/18 51/21

**picture [1]**   192/22

**piece [2]**   53/9 175/11

**Piper [2]**   121/14 121/15

**pitching [1]**   202/10

**place [7]**   98/6 115/1 115/21
162/9 193/12 223/21 228/7

**Plainfield [2]**   6/17 6/18

**PLAINTIFF [1]**   2/3

**plaintiffs [3]**   1/6 101/13
101/15

**plan [12]**   108/19 129/19
129/22 155/21 155/22 156/4
156/10 156/12 156/25 157/17
157/18 173/22

**planned [1]**   210/24

**planner [13]**   115/15 115/16
141/20 141/24 141/24 141/25
149/16 150/3 150/9 153/3
153/10 153/11 154/21

**planners [6]**   107/15 107/16
142/2 153/19 200/25 204/17

**planning [4]**   75/23 94/16
173/19 174/11

**plans [1]**   108/11

**plateau [1]**   24/17

**play [4]**   116/17 154/1 154/10
201/19

**please [8]**   4/15 39/23 41/19
46/13 52/7 109/14 165/24
208/23

**plus [4]**   60/15 163/25 178/15
195/18

**point [28]**   9/7 21/4 24/22
51/24 64/1 64/3 64/5 67/15
68/13 75/4 79/23 86/22 87/17
96/9 99/9 101/1 106/17
113/23 118/16 144/18 155/3
168/1 168/11 185/16 194/22
196/6 196/16 196/18

**points [1]**   108/12

**poor [2]**   103/12 188/24

**pop [1]**   25/3

**Pope [1]**   191/6

**population [4]**   47/12 70/22
85/14 85/15

**portion [1]**   178/18

**position [12]**   12/12 12/16
12/18 13/12 14/12 14/15
43/20 56/21 57/12 65/10
110/3 219/17

**positions [4]**   10/3 12/2 12/2
143/23

**positive [1]**   60/9

**possibility [1]**   217/9

**possible [1]**   13/19

**possibly [4]**   65/2 115/17

## P

possibly... [2]  148/1 167/12
post [1]  93/20
post-HMA [1]  93/20
postdated [1]  41/3
potential [8]  23/10 95/1
141/16 177/6 195/25 196/3
196/14 197/10
potentially [10]  74/11 75/1
82/18 82/18 83/23 176/15
176/20 176/21 177/9 177/18
practice [5]  115/1 115/20
121/23 122/12 131/17
pre [3]  41/24 61/4 93/20
pre-bill [1]  41/24
pre-HMA [1]  93/20
pre-re-certs [1]  61/4
prefer [3]  157/25 158/5
158/9
prep [1]  97/4
preparation [1]  129/6
preparations [1]  73/25
prepared [3]  72/14 95/7
222/19
prepay [1]  32/22
presence [5]  103/16 103/22
104/4 104/19 104/20
present [4]  2/22 105/22 191/6
191/9
Presently [1]  180/8
president [16]  10/4 10/4
12/19 12/22 14/10 14/15
21/12 21/16 22/13 22/14 47/1
99/1 139/22 139/24 140/6
219/14
president/COO [2]  12/19 21/12
pressure [2]  40/13 40/14
pretty [11]  14/6 14/25 15/7
18/23 99/9 130/1 130/1
148/25 191/16 204/6 213/16
previous [7]  73/12 79/18
116/10 143/22 143/23 185/10
225/18
PRICE [3]  1/7 220/5 220/7
primarily [1]  10/6
primary [5]  23/14 27/19 72/23
73/11 185/9
prior [16]  8/20 11/22 12/20
26/6 79/23 81/9 81/15 81/19
120/2 185/16 185/24 185/25
186/5 186/11 186/13 198/23
private [7]  19/2 108/5 108/15
155/14 158/1 159/8 195/22
privilege [2]  100/21 101/15
privileged [1]  179/24
pro [1]  162/23
probable [2]  188/10 197/20
probably [27]  4/23 11/19
14/22 15/17 24/6 24/11 24/12
24/21 25/11 33/23 35/8 35/20
36/11 47/18 51/3 68/14 76/7
86/5 93/5 122/9 138/21
159/13 180/9 183/2 193/13
218/11 223/25
probe [26]  28/2 28/3 28/23
29/7 29/7 29/11 29/15 29/21
30/8 30/11 30/15 30/19 30/23
31/12 31/18 32/20 32/25 71/9
73/12 102/6 182/7 182/17
182/18 183/6 183/13 183/16
problem [10]  70/23 78/10 79/2
81/16 81/18 115/7 116/23

139/9 142/24 211/1
Procedure [1]  1/22
proceed [1]  5/1
proceeding [3]  132/2 132/5
132/7
PROCEEDINGS [2]  3/4 4/1
process [43]  51/15 54/11
54/14 54/23 56/9 57/10 57/18
59/12 69/22 74/3 77/9 78/3
78/15 87/22 91/16 94/16 95/3
95/10 95/12 96/5 96/12 96/13
97/6 97/7 98/6 98/8 98/15
110/9 124/4 146/1 147/13
150/10 154/18 162/16 168/6
173/7 173/14 173/23 174/1
194/16 194/17 195/11 219/16
processes [5]  51/11 77/11
78/10 106/8 159/15
produced [1]  76/25
producing [1]  100/1
product [7]  100/6 100/11
100/21 101/25 106/7 106/9
106/14
productivity [1]  164/5
program [5]  19/4 109/9 206/15
206/16 206/24
promotion [1]  110/12
promotional [4]  110/23 111/2
165/5 213/21
promotionals [1]  109/5
prompt [1]  41/14
prompted [6]  41/12 47/21
47/22 122/6 122/8 122/9
properly [2]  49/17 150/10
proportion [1]  207/9
provide [14]  38/3 114/22
133/22 141/16 141/21 145/16
146/5 146/15 147/5 148/12
149/5 152/13 152/15 159/5
provided [7]  117/19 121/11
142/6 152/11 160/6 160/21
160/24
provider [1]  199/7
provides [1]  154/13
providing [8]  52/16 62/12
115/20 119/17 120/7 121/9
141/23 209/24
provision [2]  123/3 123/9
PT [6]  44/25 46/2 169/12
170/18 171/2 171/2
Public [3]  1/17 228/5 228/24
published [1]  206/20
pull [1]  28/15
pulled [5]  30/5 30/19 32/2
35/22 41/25
pulling [1]  30/3
pulls [1]  182/19
purchase [1]  212/17
pure [1]  150/11
purely [1]  25/8
purging [1]  85/21
purpose [2]  72/21 125/9
purposes [1]  213/22
pursuant [2]  1/21 29/20
Purvis [1]  38/5
pushback [1]  86/8
pushing [2]  90/7 132/24
put [16]  28/21 46/12 54/17
67/21 71/8 109/9 118/15
118/18 120/5 120/6 131/1
157/18 157/19 162/9 164/14
225/17

## Q

qualifications [1]  71/14
qualified [1]  27/13
qualifies [1]  45/18
qualify [3]  23/23 24/6 45/20
quality [3]  17/3 142/5 154/12
quarter [1]  6/22
quasi [1]  18/3
quasi-dotted [1]  18/3
question [53]  5/13 5/17 6/4
6/10 19/25 24/24 26/25 44/10
54/22 57/16 76/13 86/6 89/24
91/12 92/17 93/4 93/18 94/11
94/12 94/13 94/17 100/7
106/12 106/24 115/5 129/25
145/12 148/5 148/7 148/21
149/3 149/4 149/23 150/10
150/23 150/23 153/9 160/24
171/10 174/24 186/14 196/17
199/18 200/18 204/9 204/10
207/7 207/8 207/16 215/10
216/22 220/24 221/22
questionable [4]  17/7 79/25
80/2 185/17
questioned [2]  94/7 94/7
questioning [4]  74/16 82/2
88/14 219/8
questions [23]  5/10 5/24
26/23 46/3 72/8 94/2 95/6
101/16 101/19 105/19 105/21
105/23 134/18 135/1 148/18
148/19 149/1 171/13 190/9
192/10 207/15 211/11 217/7
quick [1]  197/20
quickly [1]  13/19
quid [1]  162/23
quite [1]  174/16
quo [1]  162/23

## R

raised [1]  200/1
ran [1]  11/13
randomly [1]  98/9
range [1]  167/23
ranges [1]  36/8
rates [3]  62/16 77/15 154/8
rather [5]  46/5 58/7 59/11
119/22 216/11
re [47]  22/4 25/9 25/17
25/21 25/23 25/24 25/25 28/2
28/6 28/10 28/16 28/16 28/18
28/24 34/9 37/4 37/18 38/10
38/15 40/18 43/10 45/23 46/4
46/8 46/8 48/23 49/1 53/20
55/6 56/17 60/21 61/4 68/19
68/21 70/23 70/24 77/14
77/25 78/3 90/6 90/17 98/5
99/15 171/7 179/1 187/19
211/14
re-cert [13]  25/9 28/18 37/4
38/15 45/23 46/4 46/8 46/8
49/1 55/6 56/17 77/14 90/17
re-certification [1]  211/14
re-certifications [1]  28/10
re-certified [12]  25/17 25/21
25/23 25/24 25/25 37/18
38/10 40/18 43/10 68/19
179/1 187/19
re-certifying [1]  53/20
re-certs [16]  28/2 28/6 28/16
28/16 28/24 34/9 48/23 60/21
68/21 70/23 70/24 77/25 78/3

**R**

**re-certs... [3]** 90/6 98/5 99/15

**re-up [1]** 22/4

**reached [2]** 11/15 24/21

**reaction [5]** 85/20 86/3 99/6 116/5 123/18

**read [18]** 72/6 72/9 89/22 91/15 91/22 95/7 165/24 176/16 177/8 177/9 184/24 185/8 186/2 188/7 188/8 188/21 188/22 189/2

**reading [8]** 72/11 90/19 91/17 94/17 102/16 168/14 174/12 186/10

**readmission [1]** 154/8

**readmissions [1]** 87/1

**readmitted [2]** 81/10 81/17

**reads [2]** 72/21 189/13

**ready [2]** 34/16 97/3

**real [1]** 187/8

**realistically [2]** 19/3 217/1

**reality [1]** 154/1

**really [20]** 11/14 21/9 37/15 45/18 54/9 57/24 60/16 78/24 88/12 91/21 98/16 99/16 123/11 124/3 129/22 139/17 139/17 141/13 187/23 223/20

**realm [1]** 86/20

**reason [11]** 23/13 38/2 38/15 41/11 51/21 51/22 114/3 153/14 157/1 157/6 215/22

**reasonable [8]** 74/12 75/1 176/15 176/19 176/20 176/21 177/10 177/12

**reasons [6]** 5/18 46/23 55/4 55/5 131/23 156/24

**recall [62]** 12/1 15/13 29/15 35/14 39/11 40/20 40/23 48/10 48/13 48/14 49/14 51/9 55/23 55/24 56/8 69/1 69/2 70/2 71/14 72/23 73/23 82/15 84/7 84/16 84/19 84/21 85/9 86/3 86/5 86/8 86/15 87/20 89/19 89/25 93/19 95/2 97/25 101/5 110/14 110/14 111/18 111/23 122/20 124/13 129/22 144/22 179/3 183/15 191/5 194/4 210/7 211/12 211/16 213/6 218/5 220/20 220/23 221/3 225/24 226/4 226/6 226/7

**recalling [1]** 183/20

**receive [12]** 15/9 26/6 98/21 113/6 126/5 127/14 149/15 152/6 154/14 163/25 195/23 214/16

**received [4]** 39/12 113/10 127/20 143/17

**receiving [6]** 39/8 39/12 99/6 124/2 126/12 152/9

**recent [1]** 75/11

**recert [4]** 77/15 91/20 94/19 96/4

**recerted [3]** 37/22 61/15 66/14

**recertified [1]** 80/23

**recerting [3]** 48/24 48/24 48/25

**recognize [3]** 28/9 63/14 72/13

**recognized [1]** 28/21

**recognizes [1]** 64/5

**recollect [1]** 5/7

**recollection [6]** 20/12 29/19 32/24 47/23 53/7 110/10

**recommend [3]** 173/14 213/20 222/14

**recommendation [7]** 49/21 154/14 176/24 177/16 177/18 177/23 222/3

**recommendations [6]** 46/20 48/6 50/23 175/20 214/24 222/2

**recommending [1]** 173/7

**recommends [3]** 67/17 67/20 173/18

**record [41]** 4/15 5/11 34/12 34/18 38/22 38/25 39/22 41/9 41/18 43/16 46/11 52/6 55/9 62/8 64/22 71/6 72/3 76/25 81/7 89/8 95/4 101/22 105/11 106/25 109/12 148/24 149/1 167/19 171/21 171/22 172/3 182/16 185/12 197/4 203/12 209/14 210/22 225/16 225/18 226/8 228/12

**recorded [1]** 48/19

**records [26]** 30/2 30/4 40/20 41/3 73/19 73/21 74/3 74/8 74/21 79/19 99/3 99/3 102/23 102/24 102/25 103/4 103/5 104/1 104/7 104/7 122/12 123/15 127/15 176/10 176/13 218/11

**recount [1]** 172/6

**red [2]** 104/10 215/20

**redact [1]** 209/19

**reduced [1]** 228/11

**reducing [1]** 78/11

**redundant [1]** 221/8

**Reed [1]** 206/7

**refer [7]** 77/1 115/17 147/2 149/17 150/3 200/19 200/20

**reference [2]** 178/5 209/1

**referenced [1]** 165/6

**referencing [1]** 120/22

**referral [41]** 22/21 114/23 115/8 115/11 115/14 115/21 116/7 116/13 116/20 117/7 117/10 117/20 117/24 119/12 119/18 120/13 121/24 122/2 123/10 123/24 123/25 124/1 124/21 125/11 125/22 141/4 141/16 143/20 145/6 153/8 153/10 160/7 160/22 161/14 161/20 162/4 163/6 202/11 203/3 203/19 205/24

**referrals [27]** 107/19 108/2 108/3 110/17 112/3 117/13 118/11 118/14 121/21 122/21 122/24 124/17 125/1 125/6 125/9 126/3 127/5 141/8 199/6 199/10 199/13 200/2 200/7 201/10 202/14 205/17 207/22

**referred [3]** 20/3 66/17 69/3

**referring [4]** 94/1 117/1 153/4 199/21

**refers [1]** 200/19

**reflect [7]** 37/24 55/19 73/18 106/19 165/10 166/2 166/5

**reflected [6]** 35/18 53/12 89/23 112/23 113/6 170/5

**reflects [3]** 106/6 106/7 106/22

**refresh [1]** 210/23

**refusals [1]** 93/15

**refuses [3]** 40/15 80/17 169/12

**refute [3]** 83/13 84/4 85/5

**regard [1]** 145/8

**regarding [2]** 205/12 217/23

**regardless [3]** 18/5 146/15 158/8

**region [11]** 133/25 134/3 134/4 137/7 137/9 138/21 139/7 199/7 203/24 206/3 223/9

**regional [2]** 139/22 139/23

**registered [2]** 143/12 156/5

**REGISTRY [107]** 1/12 4/13 9/5 10/19 11/5 11/22 12/5 12/11 12/21 13/22 15/18 19/11 20/2 27/22 33/4 33/18 50/1 65/18 68/1 68/7 70/8 72/15 82/15 84/19 86/24 89/21 97/17 98/21 99/23 105/9 107/5 116/21 124/5 126/6 126/13 128/14 130/15 133/3 134/11 134/14 134/25 135/7 137/12 140/15 140/17 140/25 141/11 141/15 142/6 142/22 143/16 144/2 144/5 144/11 144/15 147/14 148/2 155/9 156/7 156/15 157/24 160/15 160/21 161/19 162/21 178/20 178/22 179/4 181/7 182/7 183/25 184/5 190/15 193/18 194/14 194/20 196/20 197/8 198/10 203/7 203/10 203/13 203/17 204/3 204/12 204/16 207/24 209/25 210/4 210/8 212/2 212/4 212/17 213/5 213/14 213/20 214/18 215/19 216/20 217/14 217/20 219/13 219/21 219/22 219/24 224/7 224/24

**Registry's [2]** 47/5 75/15

**regular [1]** 112/22

**regulations [2]** 10/11 126/20

**reimburse [1]** 82/23

**reimbursement [5]** 23/1 62/10 82/21 83/1 159/24

**rejected [1]** 32/11

**rel [1]** 1/6

**related [3]** 189/7 193/20 228/17

**relaters [3]** 105/18 105/25 106/20

**relating [2]** 122/12 123/15

**relationship [11]** 21/2 117/25 118/3 118/11 121/15 121/21 130/21 130/22 154/6 162/16 213/13

**relationships [4]** 116/13 154/12 201/9 203/24

**relative [1]** 100/11

**relevant [1]** 7/4

**relief [1]** 86/15

**relocate [1]** 9/7

**reluctance [1]** 59/17

**rem [1]** 78/24

**remain [1]** 183/6

**remaining [1]** 169/15

**remember [233]**

**remembered [2]** 225/22 225/23

**remembering [3]** 87/13 121/2 178/16

## R

**repay [1]** 183/17
**repeat [1]** 63/8
**rephrase [4]** 5/25 92/4 145/12
149/23
**replace [1]** 111/22
**report [32]** 17/18 17/25 18/1
18/3 18/6 18/7 28/20 40/6
52/14 60/20 72/4 72/14 72/17
75/19 76/14 76/25 77/13
84/15 84/18 84/22 85/2
175/25 176/5 176/25 184/25
185/6 206/19 207/1 221/10
221/11 222/16 223/23
**reported [4]** 17/14 18/1 18/8
111/9
**reporter [5]** 1/16 4/3 89/11
150/19 228/4
**REPORTER'S [1]** 3/8
**reporting [3]** 1/23 13/2 18/9
**reports [10]** 17/17 28/11
28/16 28/25 29/1 112/22
113/6 113/8 113/10 140/9
**represent [3]** 4/12 134/25
211/4
**representative [2]** 100/10
140/24
**represents [1]** 132/14
**reputation [5]** 17/2 17/8 17/8
17/10 17/13
**request [12]** 29/20 30/2 40/21
49/10 53/3 57/19 70/12 70/17
100/7 209/1 226/4 226/5
**requested [5]** 30/25 32/21
99/19 128/2 228/15
**requests [3]** 56/11 57/21
120/8
**required [7]** 146/11 183/14
183/17 196/8 196/10 201/1
201/3
**requirement [1]** 202/25
**research [1]** 74/15
**residence [1]** 147/6
**resident [1]** 152/4
**resigned [3]** 131/24 132/1
133/10
**resource [1]** 62/24
**resources [3]** 7/10 8/25 9/25
**respect [3]** 78/2 105/15 139/3
**respond [2]** 103/23 103/24
**responded [2]** 59/23 191/23
**responding [2]** 102/20 103/2
**response [5]** 5/21 53/11 102/1
120/8 166/3
**responsibilities [5]** 9/20
12/22 12/25 14/8 130/16
**responsible [1]** 69/9
**responsive [1]** 226/18
**rest [5]** 41/15 83/25 170/10
170/15 208/14
**Restate [1]** 117/15
**rested [1]** 96/7
**result [9]** 146/16 146/18
148/18 163/14 163/16 163/17
178/13 183/13 183/16
**results [4]** 29/24 30/10 30/12
105/13
**resurvey [1]** 78/13
**retain [1]** 70/8
**retrospectively [1]** 62/3
**return [5]** 122/15 123/3
124/17 162/24 214/17

**returned [2]** 29/25 60/23
**returning [2]** 61/16 82/16
**reveal [1]** 105/23
**revenue [4]** 85/23 89/6 206/15
206/16
**revenues [1]** 206/24
**review [29]** 31/6 35/5 35/15
41/1 41/2 41/3 41/6 52/14
67/23 70/21 71/2 71/4 71/6
83/18 96/15 172/10 172/13
172/25 173/5 175/12 175/16
178/4 182/22 182/23 211/14
212/11 212/14 214/25 222/19
**reviewed [13]** 31/3 31/7 73/18
74/8 74/21 80/11 83/20 99/12
175/11 176/10 176/13 222/4
222/7
**reviewing [7]** 36/10 77/20
83/8 94/14 96/2 168/1 174/15
**reviews [6]** 35/10 41/25 95/25
96/1 166/16 182/20
**Rhodus [8]** 43/18 44/7 46/15
47/16 50/24 52/12 172/25
173/5
**Richmond [2]** 192/8 192/24
**rid [1]** 88/12
**right [174]** 6/5 8/9 16/21
17/23 19/23 20/8 22/22 23/1
23/18 23/19 25/14 27/4 27/20
28/3 31/2 31/4 31/7 31/14
36/25 38/19 38/20 39/3 39/15
40/4 42/3 42/11 42/14 43/24
44/7 44/22 45/19 45/20 46/12
47/2 50/22 55/15 60/22 63/11
63/12 63/16 63/21 65/7 66/11
73/8 73/9 74/24 76/16 79/13
79/14 80/3 80/7 81/3 81/7
81/21 81/24 81/25 82/9 89/14
93/9 96/24 98/19 100/7 102/2
102/9 111/15 115/18 117/20
117/25 122/13 123/16 133/12
135/10 136/18 136/22 145/4
145/7 145/14 147/4 148/11
149/8 149/11 149/13 149/14
150/2 151/20 152/8 152/20
153/16 154/3 154/24 160/2
160/5 160/8 163/7 164/20
165/2 165/21 166/17 169/1
170/1 170/22 171/6 171/8
171/9 171/10 171/14 172/5
172/10 172/13 172/20 172/22
173/1 173/8 173/15 173/23
174/2 174/7 174/8 175/2
176/6 177/21 178/17 179/12
179/20 180/15 183/7 184/11
184/22 185/19 185/25 186/5
186/13 186/25 188/15 188/16
188/18 188/20 190/8 190/14
190/21 192/25 195/4 196/16
199/5 201/17 201/18 203/4
203/7 204/4 206/21 207/22
207/23 208/1 208/5 208/17
208/19 211/8 211/20 211/25
212/16 214/16 216/1 218/5
218/9 218/14 218/21 218/24
218/24 219/2 219/9 221/18
221/25 224/7 224/21
**right-hand [1]** 221/25
**rigmarole [1]** 58/6
**ring [1]** 191/11
**risk [4]** 8/24 8/25 9/22
69/10
**Robert [6]** 40/10 79/9 80/10

80/23 184/21 185/7
**ROBINSON [2]** 1/6 219/25
**ROBINSON-HILL [1]** 1/6
**Rock [1]** 206/5
**role [9]** 69/6 83/12 83/13
96/25 110/9 145/7 163/24
164/10 219/13
**roles [1]** 10/6
**rolling [1]** 83/3
**Ron [1]** 94/5
**Ronald [4]** 1/15 4/4 4/16
227/2
**room [1]** 27/13
**roughly [1]** 85/13
**row [1]** 38/19
**rubber [1]** 50/25
**rule [2]** 116/19 116/19
**rules [6]** 1/22 10/10 27/4
27/6 101/17 126/20
**ruling [3]** 181/1 183/12
187/4
**run [11]** 13/2 13/19 16/1
20/22 29/2 78/18 101/10
130/23 130/23 130/25 200/24
**runners [2]** 68/4 68/8
**running [8]** 13/8 16/7 88/18
88/19 111/2 130/24 130/25
139/17

## S

**S-A-R-D-A-R [1]** 208/24
**said [73]** 9/22 12/6 12/13
20/18 21/14 21/17 26/20 29/6
35/8 35/24 37/13 40/13 45/8
47/22 50/3 53/24 56/15 58/12
59/20 59/22 81/12 82/13 88/6
88/11 88/18 93/11 96/10
96/16 98/1 119/6 120/9
120/11 120/23 120/23 129/21
130/17 131/4 154/22 162/7
166/18 170/5 175/2 176/20
181/10 185/18 185/24 185/25
186/1 186/7 186/7 187/2
189/17 190/18 198/8 201/16
203/13 204/13 212/24 215/9
215/11 215/23 217/10 217/25
220/24 221/1 222/10 225/14
228/8 228/10 228/13 228/14
228/14 228/15
**salary [2]** 15/2 132/22
**sales [21]** 13/9 22/19 22/20
107/8 108/22 109/1 109/5
111/8 111/9 111/12 111/23
118/21 122/4 122/4 125/4
140/4 140/6 140/7 142/20
224/20 224/25
**same [41]** 5/18 14/6 18/19
42/17 44/6 45/1 45/4 45/10
45/13 45/14 46/3 46/6 51/3
63/23 64/8 64/12 70/23 77/12
78/16 78/21 79/2 80/17 80/18
81/14 81/16 81/18 101/17
125/15 130/8 130/25 174/5
184/21 191/16 192/9 193/9
198/22 198/24 204/1 204/16
205/22 216/22
**sampling [1]** 182/22
**Sardar [3]** 208/22 208/24
217/15
**saw [5]** 69/13 77/7 140/25
175/4 175/4
**say [67]** 5/20 6/7 13/14 14/3
16/22 19/22 23/9 23/21 27/14

**S**

**say... [58]**   31/16 35/21 39/9
44/25 45/4 52/14 71/5 75/9
84/12 87/24 91/10 91/11
93/23 94/23 95/21 97/4 98/16
106/15 110/1 116/25 130/19
136/19 140/2 140/14 147/15
151/3 152/2 153/7 153/15
153/16 153/21 154/2 154/15
165/23 168/21 168/23 168/24
169/18 170/15 170/18 171/4
171/9 171/18 171/23 172/5
176/18 177/6 177/11 181/9
185/21 186/3 186/13 189/20
198/20 207/18 212/23 216/4
223/4

**saying [64]**   13/16 17/11 25/8
27/9 48/1 48/5 52/24 56/3
68/14 73/16 79/1 82/4 83/7
86/21 87/24 88/3 90/5 90/15
90/18 90/24 91/3 91/4 91/21
96/2 96/3 98/11 101/20
101/23 101/24 110/15 120/19
124/1 124/21 124/24 146/18
149/11 150/13 150/15 150/16
150/23 151/4 151/19 151/20
154/15 155/24 163/5 163/9
163/18 168/17 168/18 169/1
177/8 177/17 177/19 181/7
181/17 181/19 185/2 185/3
188/22 207/17 216/16 226/1
226/7

**says [55]**   28/24 36/24 37/9
37/15 40/16 46/1 48/7 49/21
50/24 57/24 66/12 68/4 73/20
75/22 79/17 80/16 82/2 90/9
90/13 90/21 92/9 94/1 156/4
156/12 165/25 167/12 169/1
169/3 169/5 169/10 170/12
170/13 170/13 170/14 170/18
171/8 171/21 172/3 172/22
173/13 173/21 173/25 174/5
176/10 177/17 185/6 185/9
186/11 186/12 189/9 189/11
191/22 191/23 226/1 226/14

**Schearer [3]**   36/16 37/7 37/11

**school [3]**   6/15 6/16 6/17
6/18 7/1

**screen [2]**   54/20 90/5

**screening [1]**   91/16

**screw [2]**   188/13 188/25

**scrutinize [1]**   91/21

**se [2]**   24/15 217/5

**seal [1]**   228/22

**search [1]**   168/1

**Seaton [1]**   137/21

**Seaton-Home [1]**   137/21

**second [14]**   18/16 36/5 42/13
50/23 72/20 72/20 73/4 73/4
76/23 90/21 172/15 173/10
176/2 188/7

**secondly [1]**   59/10

**seconds [1]**   18/18

**section [3]**   72/20 72/25 73/2

**sector [1]**   159/8

**see [46]**   17/16 25/2 34/21
34/25 35/25 36/6 36/16 42/25
44/18 46/1 47/12 50/22 67/11
67/18 70/22 71/6 73/5 75/21
81/11 81/11 88/25 97/12
109/17 155/21 156/7 156/16
156/24 162/15 165/24 170/4

170/5 170/8 173/6 176/10
185/8 186/2 186/25 188/8
194/6 196/16 199/20 204/17
204/17 216/6 220/23 221/17

**seeing [9]**   45/23 60/16 63/5
63/17 64/15 67/13 82/20 84/3
99/10

**seeking [2]**   105/13 132/17

**seen [15]**   76/14 148/3 156/5
160/21 160/23 161/6 161/13
161/18 161/19 174/17 174/25
185/24 212/15 226/10 226/12

**select [1]**   98/9

**selected [3]**   35/19 73/22
150/4

**self [1]**   199/21

**self-referring [1]**   199/21

**seminars [1]**   10/12

**send [5]**   59/8 126/3 165/24
202/5 226/19

**sending [8]**   43/25 83/5 90/4
96/2 122/24 163/13 225/7
225/24

**sends [2]**   40/2 40/6

**senior [4]**   14/10 21/14 21/18
22/13

**sense [6]**   74/18 75/22 77/3
147/2 149/16 208/17

**sent [4]**   39/14 39/15 39/17
50/24

**sentence [5]**   57/23 72/21 73/4
74/7 176/9

**separate [2]**   67/2 105/5

**September [27]**   22/11 34/21
39/2 39/18 42/16 44/5 45/4
46/16 60/24 75/16 78/23 80/5
80/11 80/24 115/2 115/22
133/5 133/10 135/7 135/14
135/15 168/10 178/15 185/3
209/2 212/9 218/6

**sequential [2]**   77/2 209/17

**seriousness [1]**   104/2

**serves [1]**   152/24

**service [11]**   17/6 65/21
139/15 142/5 146/15 154/12
159/5 178/19 216/5 216/6
216/7

**services [25]**   7/21 7/23 9/12
11/16 11/17 23/1 25/13 92/20
125/2 126/1 133/21 139/11
140/11 141/22 145/16 146/19
147/5 149/6 149/15 152/6
152/13 152/15 179/1 209/24
210/2

**servicing [1]**   93/9

**serving [1]**   98/25

**session [1]**   191/13

**set [6]**   21/22 67/23 159/11
182/22 202/7 228/21

**seven [12]**   35/24 35/25 46/22
48/7 48/12 51/12 133/6 133/6
166/21 171/17 171/22 172/5

**seventeen [1]**   144/14

**several [2]**   63/13 212/3

**shaking [1]**   5/20

**she [127]**   5/18 18/1 18/2
18/3 33/8 33/9 33/10 33/10
33/11 33/13 33/19 36/11
36/24 37/7 37/13 38/2 38/17
39/14 39/14 39/17 39/18 40/2
40/6 40/7 40/13 40/25 41/23
41/24 42/2 43/9 43/21 43/22
43/25 46/19 59/7 65/15 66/13

66/20 68/3 68/4 69/23 69/23
71/15 71/16 71/17 71/20
71/23 77/20 80/11 81/2 83/17
85/4 86/6 90/4 90/21 91/2
91/4 91/5 91/9 91/10 91/11
92/9 94/1 94/21 96/2 96/23
97/2 97/3 97/10 97/11 98/3
98/5 103/11 103/12 104/16
121/15 121/17 121/20 127/11
167/24 168/1 168/13 168/13
168/17 168/20 168/21 172/19
172/22 173/13 173/18 173/19
173/21 173/25 174/5 174/5
174/10 175/1 175/1 176/18
176/19 176/19 176/24 177/5
177/7 177/7 177/15 177/17
177/17 177/22 177/25 178/1
178/2 181/13 185/2 185/3
186/16 186/18 189/12 193/25
194/8 194/11 194/11 210/12
223/14 223/15 223/20 224/19

**she'd [1]**   130/19

**she's [32]**   17/23 34/23 39/5
56/3 56/6 66/10 71/15 71/18
90/4 90/15 90/18 91/21 96/24
109/21 166/20 166/22 168/1
168/2 168/4 168/5 168/7
168/9 168/11 168/12 168/17
169/25 173/6 177/15 177/18
177/19 210/14 223/21

**shift [1]**   93/19

**shock [1]**   99/8

**shocked [2]**   99/10 99/13

**shoes [3]**   202/19 202/23
203/4

**shooting [1]**   16/16

**short [3]**   62/7 105/7 186/23

**shortly [3]**   29/21 33/17
190/17

**should [26]**   23/9 27/5 37/18
39/9 56/18 58/13 61/16 61/24
64/13 65/9 71/1 82/23 84/8
87/23 92/22 94/23 94/25
106/20 136/19 154/15 154/16
155/2 177/11 188/14 189/10
198/20

**shouldn [8]**   25/24 55/4 84/12
86/12 87/25 88/6 93/9 207/3

**show [12]**   28/17 34/13 38/23
43/17 55/10 64/23 72/4 89/9
109/13 187/12 210/18 210/23

**showed [1]**   41/9

**showing [2]**   99/11 211/23

**shown [1]**   191/18

**shows [2]**   45/11 184/25

**sick [2]**   93/15 218/24

**side [16]**   10/7 10/7 14/21
22/19 22/20 38/25 56/4 74/17
78/18 83/1 85/24 107/9
114/13 123/12 182/21 187/24
218/19

**sign [4]**   126/9 218/16 218/18
218/19

**signature [1]**   49/6

**signatures [1]**   58/12

**signed [6]**   10/23 48/22 49/6
218/20 221/6 228/16

**significance [3]**   36/20 37/2
62/11

**significant [1]**   115/16

**signing [1]**   218/18

**similar [1]**   78/16

**similarly [1]**   156/11

**simple [1]**   129/23

**S**

**simplified [1]** 130/1
**simply [3]** 105/15 106/1 180/2
**since [6]** 10/2 41/15 46/2 114/18 114/20 197/1
**single [5]** 26/22 52/14 148/21 174/12 175/1
**sir [4]** 199/25 206/11 210/16 210/18
**sit [8]** 57/5 77/19 77/20 128/21 153/15 154/2 168/23 216/4
**sitting [4]** 5/4 33/20 153/18 178/3
**situation [1]** 64/14
**six [22]** 35/23 35/24 45/13 45/25 46/22 51/18 51/21 51/25 75/18 75/20 75/21 76/16 133/6 166/21 171/23 172/4 214/25 215/3 215/12 215/25 216/8 221/11
**sixteen [2]** 36/5 167/20
**sixty [10]** 23/7 23/9 23/25 25/13 25/17 36/13 66/5 79/20 108/16 185/13
**sixty-day [7]** 25/13 25/17 36/13 66/5 79/20 108/16 185/13
**sixty-five [3]** 23/7 23/9 23/25
**skill [108]** 23/10 24/6 24/14 24/16 24/22 25/2 25/5 25/8 25/10 25/11 25/23 27/9 27/10 27/10 27/15 27/18 37/8 37/16 37/17 38/9 38/14 38/18 39/19 40/7 40/15 40/16 41/15 42/22 43/8 45/11 45/12 45/21 48/9 53/20 60/25 61/15 63/3 63/15 63/20 63/24 63/25 64/4 64/6 65/23 68/18 70/21 73/16 74/21 80/17 81/2 82/5 83/9 90/14 90/17 90/17 91/11 91/12 91/20 93/9 93/13 94/2 95/1 154/8 166/23 167/9 168/3 168/7 168/13 168/18 168/20 168/25 169/1 169/3 169/5 169/5 169/14 169/19 169/25 170/9 170/13 170/13 170/14 170/14 170/18 170/18 170/19 170/20 170/23 170/24 171/2 171/2 171/3 171/5 171/8 171/10 171/18 171/23 172/5 172/22 172/23 174/18 175/2 185/2 185/4 185/22 185/25 186/15 186/17
**skilled [8]** 27/9 52/3 54/16 60/17 62/17 146/8 146/9 159/3
**skills [4]** 71/11 167/6 167/7 167/13
**skipping [1]** 184/3
**small [1]** 175/11
**smaller [1]** 175/5
**Smith [2]** 191/8 191/9
**SN [3]** 51/24 52/3 159/14
**SNF [3]** 146/3 146/3 146/10
**SNFs [1]** 204/1
**sniff [1]** 146/7
**SNIPS [1]** 107/16
**so [301]**
**so-called [1]** 131/20

**SOC [3]** 46/3 46/7 46/9
**social [3]** 205/6 209/19 214/11
**sold [7]** 11/11 11/11 12/6 198/14 198/15 198/19 208/11
**solicited [1]** 162/22
**some [77]** 5/21 9/7 10/21 15/22 20/22 20/22 21/4 24/6 24/13 26/4 26/13 26/13 27/1 28/4 28/5 28/9 29/20 30/5 34/1 34/8 36/2 40/21 48/20 55/19 56/9 61/22 62/11 68/13 70/19 70/20 71/23 77/10 78/21 78/25 87/15 87/21 88/9 89/20 90/11 93/12 93/19 94/6 94/24 100/15 100/24 106/13 110/2 117/24 118/16 119/8 124/15 124/17 128/4 139/2 140/5 140/24 141/2 152/18 158/10 163/25 164/13 165/14 168/23 169/20 169/21 178/5 181/6 184/5 189/18 189/23 190/14 190/17 203/22 208/5 211/5 216/8 223/21
**somebody [12]** 28/21 57/5 67/25 70/21 90/7 91/19 106/13 150/8 184/11 191/23 192/25 215/21
**somehow [1]** 103/9
**someone [7]** 45/10 71/20 71/23 106/19 188/14 192/15 207/2
**something [24]** 18/17 19/4 19/6 23/22 28/20 29/11 51/7 58/13 65/17 90/20 95/4 96/4 98/16 110/13 122/25 123/3 142/19 162/22 170/19 182/16 187/6 207/10 214/12 217/11
**something's [1]** 142/24
**Sometime [1]** 98/20
**sometimes [6]** 18/13 19/9 38/18 128/4 146/3 161/4
**somewhat [2]** 78/16 221/8
**somewhere [13]** 15/17 26/11 51/23 62/17 85/17 87/9 87/25 110/20 112/14 166/23 167/9 167/23 202/13
**son [7]** 21/15 22/14 22/18 209/4 209/5 209/9 209/9
**soon [2]** 189/16 209/18
**sooner [1]** 113/18
**sorry [21]** 28/12 30/7 50/11 50/12 52/9 73/1 76/12 117/15 118/6 133/16 137/24 142/12 146/9 150/7 172/4 177/8 205/20 206/11 206/11 219/14 221/21
**sort [10]** 11/3 11/17 15/6 22/24 75/4 109/4 125/10 129/19 132/2 189/7
**sought [1]** 162/22
**sound [5]** 218/9 218/14 218/23 218/24 221/8
**sounds [3]** 66/16 193/3 219/1
**source [8]** 24/1 115/14 116/20 117/24 123/24 125/22 145/6 153/10
**sources [29]** 22/21 114/23 115/8 115/11 115/21 116/7 116/13 117/8 117/10 117/13 117/20 118/12 119/12 119/18 120/13 121/24 122/21 123/10 141/4 141/17 143/20 153/9 160/8 160/22 161/14 161/20

162/4 199/7 205/24
**southwest [2]** 134/4 134/5
**Sparks [1]** 193/2
**speak [8]** 37/15 78/10 132/10 142/1 152/17 162/6 194/5 194/6
**speaks [3]** 90/3 170/6 171/22
**special [1]** 109/5
**specific [12]** 45/16 45/16 47/23 52/18 53/6 72/8 72/12 122/20 126/9 146/5 163/21 222/3
**specifically [5]** 28/20 58/10 61/20 120/18 205/4
**specifics [1]** 46/6
**spell [4]** 4/15 12/24 208/23 209/8
**spelled [1]** 16/6
**spending [1]** 129/14
**spoke [1]** 193/21
**spoken [5]** 193/17 194/10 194/13 194/19 220/2
**sponsor [1]** 161/20
**sporting [2]** 114/24 204/22
**St [32]** 136/2 136/11 136/12 136/17 136/17 136/18 136/20 136/22 137/6 137/11 137/15 137/17 138/19 138/22 150/13 150/24 151/5 151/12 151/16 151/18 152/3 152/22 199/10 199/14 199/22 200/7 200/19 200/21 201/5 205/9 206/6 219/10
**stable [1]** 75/14
**staff [5]** 48/8 67/6 69/18 189/2 189/3
**stamp [2]** 50/25 221/16
**stamped [2]** 172/16 184/18
**standpoint [1]** 56/17
**stands [1]** 138/14
**Stark [4]** 126/6 126/14 143/17 143/18
**start [14]** 5/17 33/3 46/7 46/8 52/2 64/11 67/20 67/23 97/3 111/16 113/2 124/5 148/9 201/16
**started [48]** 6/13 8/24 9/22 11/4 11/14 12/12 13/24 14/5 14/6 17/15 18/9 18/12 18/24 20/18 22/9 27/22 28/3 28/24 28/25 29/21 30/2 33/17 35/10 43/21 52/2 60/19 87/13 91/23 92/18 97/1 97/2 111/13 115/2 115/22 116/1 116/3 116/24 120/13 124/8 124/9 124/12 179/8 182/11 182/12 182/14 212/8 213/7 215/19
**starting [4]** 6/15 12/21 15/2 130/19
**starts [2]** 95/5 211/14
**startup [1]** 12/8
**state [7]** 1/17 4/14 105/11 117/14 228/2 228/5 228/24
**stated [5]** 16/1 59/5 59/8 228/6 228/8
**statement [2]** 59/11 127/18
**statements [7]** 127/14 127/20 128/12 128/16 128/23 129/1 129/17
**STATES [16]** 1/2 1/6 1/19 4/12 100/2 100/16 105/11 105/20 105/20 105/25 106/4 106/20 140/19 205/13 216/3 220/19

**S**

**stating [1]** 211/13
**stats [3]** 69/3 69/18 70/3
**status [6]** 64/19 68/21 68/23 72/22 73/10 73/17
**statute [1]** 126/7
**stay [11]** 9/3 27/24 29/5 33/2 34/2 36/3 60/12 75/10 104/11 114/15 216/5
**stays [1]** 78/12
**Steketee [4]** 111/14 111/22 224/13 225/9
**stenotype [1]** 228/11
**step [4]** 16/2 16/3 54/11 67/8
**stepped [1]** 217/9
**steps [3]** 54/12 217/10 222/23
**stick [1]** 218/4
**still [30]** 15/16 21/20 24/15 25/5 53/14 58/13 78/16 78/17 79/2 81/5 90/6 90/13 91/11 93/13 94/21 99/13 106/5 125/22 128/21 132/8 132/9 136/21 139/17 147/17 147/17 183/1 193/15 193/16 202/25 204/8
**stipulations [1]** 71/8
**stock [2]** 195/21 195/23 195/24
**stood [1]** 68/22
**stop [4]** 120/5 120/6 188/15 222/23
**stories [3]** 15/23 16/10 16/16
**story [1]** 16/19
**Stowell [6]** 49/3 49/5 56/10 56/20 56/25 69/24
**straight [1]** 208/6
**straightforward [1]** 59/20
**strained [1]** 130/22
**strategies [1]** 219/20
**street [6]** 1/20 2/4 2/7 2/12 2/16 106/21
**strike [1]** 7/3
**structure [5]** 107/23 107/24 107/25 108/21 198/25
**struggling [1]** 88/9
**stuff [4]** 77/12 188/11 193/9 208/6
**stupid [3]** 188/13 189/4 189/14
**style [1]** 18/1
**subject [1]** 165/23
**subordinates [1]** 131/19
**subpoena [16]** 98/21 99/1 99/7 100/13 100/19 102/1 102/5 102/13 102/17 102/21 103/3 103/17 103/23 104/24 122/12 123/19
**subpoenaed [4]** 104/12 105/10 106/4 123/15
**subpoenaing [1]** 200/16
**subsequence [1]** 168/25
**subsequent [3]** 168/24 169/4 169/18
**subsequently [1]** 192/5
**subsequents [1]** 169/6
**substance [2]** 105/24 106/1
**suburb [1]** 6/19
**such [5]** 53/9 96/6 126/24 163/1 184/6
**suggesting [2]** 155/2 156/19

**suggestion [1]** 174/10
**SUITE [3]** 2/4 2/7 2/16
**summaries [1]** 222/19
**summary [6]** 42/13 52/17 74/6 79/20 176/8 185/13
**supervisor [3]** 130/19 223/12 223/13
**support [6]** 49/23 50/1 52/21 53/2 75/12 86/16
**supposed [4]** 26/1 83/10 94/14 180/1
**suppressed [1]** 74/14
**sure [56]** 4/25 13/9 13/11 24/4 30/24 32/15 33/19 49/17 52/20 52/21 53/8 56/5 61/19 63/10 66/23 66/23 71/11 73/15 74/3 77/20 83/9 87/2 88/16 90/8 91/18 92/22 93/11 94/19 94/22 98/16 102/18 103/9 105/2 110/15 121/11 123/21 124/3 125/1 127/6 129/23 148/24 156/9 168/15 176/1 189/21 189/21 189/21 201/11 202/12 202/17 202/18 209/18 211/1 215/20 220/21 221/18
**surprise [2]** 74/13 177/14
**surprised [1]** 75/5
**surprising [1]** 74/17
**Susan [2]** 96/21 97/1
**sworn [3]** 4/5 5/6 228/9
**system [4]** 28/13 112/20 112/21 164/1

**T**

**take [32]** 6/10 14/12 14/15 22/18 32/22 54/12 62/5 64/10 70/7 71/24 78/5 81/20 83/14 98/8 119/24 136/14 138/20 141/10 143/8 145/23 156/3 162/15 166/15 166/24 178/17 179/7 181/16 187/11 189/15 193/18 201/19 217/11
**taken [11]** 1/16 1/21 62/7 79/17 92/23 105/7 117/4 180/15 186/23 205/8 228/10
**taking [6]** 5/9 35/11 127/7 163/6 175/22 181/2
**talk [27]** 5/12 12/16 47/18 47/24 53/18 54/10 64/17 116/16 116/17 118/23 121/9 127/3 128/6 128/8 128/15 141/22 144/16 150/19 153/8 153/20 186/4 187/7 194/15 207/3 213/4 217/19 219/22
**talked [28]** 19/7 33/21 47/9 49/19 53/14 53/22 58/3 58/10 60/14 73/12 92/12 114/19 114/21 123/11 145/5 159/22 163/5 180/11 181/10 190/1 190/3 190/5 197/18 197/21 211/17 219/19 220/7 220/14
**talking [47]** 11/4 11/10 11/14 12/9 12/12 19/20 24/1 24/3 24/4 33/24 36/12 56/1 64/20 67/1 76/5 76/16 91/6 93/12 118/5 123/12 125/1 143/22 153/19 155/25 158/9 159/24 160/14 168/8 171/7 180/12 186/6 186/7 187/9 188/10 191/21 193/9 200/20 202/22 204/14 211/6 211/7 212/13 214/13 219/18 221/12 223/6

226/22
**target [3]** 111/25 112/2 112/12
**teach [1]** 37/6
**teaching [5]** 79/22 79/24 80/1 185/15 185/17
**team [6]** 69/3 69/19 70/3 184/6 184/7 184/8
**technical [1]** 76/13
**tell [31]** 5/6 5/24 6/14 14/9 27/3 29/4 30/21 31/5 50/17 53/25 57/5 59/19 59/21 59/21 69/20 87/4 95/4 98/3 99/18 99/22 99/22 104/25 115/25 167/25 182/17 187/4 190/8 192/6 199/15 200/3 206/19
**telling [10]** 56/2 71/3 90/14 90/25 91/13 94/3 95/6 114/8 125/19 135/13
**temper [1]** 15/23
**ten [5]** 7/17 62/6 105/6 166/21 221/15
**Tennessee [1]** 9/13
**tent [4]** 118/23 214/11 214/14 214/14
**tenure [4]** 78/14 95/14 128/13 130/14
**term [5]** 104/21 115/8 115/10 145/5 206/14
**terminology [2]** 151/24 172/23
**terms [4]** 7/18 27/25 145/15 154/18
**territory [5]** 121/7 194/12 206/10 206/12 223/5
**test [1]** 183/9
**testified [4]** 22/24 128/11 177/15 183/5
**testify [1]** 27/3
**testifying [1]** 228/16
**testimony [10]** 70/7 117/18 134/15 143/22 162/19 181/6 228/10 228/12 228/15 228/21
**testing [1]** 125/2
**than [62]** 7/1 11/19 14/2 15/10 18/9 18/13 19/2 19/5 22/16 23/21 46/5 46/22 46/25 47/4 49/13 52/21 58/8 59/12 62/15 63/4 71/9 73/7 73/24 86/6 87/13 87/14 88/19 98/5 99/8 99/8 104/1 106/23 113/15 113/22 119/23 120/18 127/18 129/14 130/9 130/11 137/16 138/9 143/21 155/8 156/6 156/14 157/23 159/18 160/15 160/20 161/19 166/6 170/20 194/16 196/20 197/7 198/9 203/6 212/13 215/12 216/11 226/7
**thank [2]** 197/13 199/1
**thanks [2]** 46/13 226/25
**that [1258]**
**that's [16]** 17/12 52/2 59/24 87/12 156/7 159/22 171/1 171/7 175/23 183/8 188/2 196/18 215/13 215/23 217/2 225/22
**their [58]** 12/1 13/11 30/19 31/12 35/12 36/22 45/16 47/17 47/24 49/2 50/2 54/17 56/10 57/7 58/11 65/10 66/5 66/24 67/22 67/22 69/6 71/2 72/4 74/6 74/8 75/11 83/2 83/18 85/14 85/14 86/3 90/12

**T**

**their... [26]**  93/14 107/18
119/21 120/8 126/3 140/1
140/3 141/7 145/17 147/5
149/8 149/11 149/12 149/13
152/5 157/17 157/19 161/6
162/13 169/2 171/23 178/21
181/11 191/1 207/1 221/3

**them [172]**  5/19 7/16 10/22
17/19 19/16 26/2 27/14 29/2
29/17 29/18 30/20 31/3 31/8
32/9 32/19 34/8 35/11 35/11
35/12 35/24 36/1 37/6 40/25
45/9 47/19 48/5 50/20 51/11
51/16 52/13 53/19 53/21
54/17 54/24 54/25 55/5 56/14
56/20 57/8 57/20 58/1 58/25
59/10 60/16 60/19 61/9 61/18
62/2 64/15 64/15 64/16 65/15
65/23 67/11 67/13 68/14 71/3
71/4 71/6 75/8 77/18 83/8
83/8 83/9 83/20 84/5 86/1
86/9 86/10 86/15 87/11 88/2
90/11 90/16 90/24 91/7 91/20
91/20 92/1 92/14 92/14 92/15
93/12 93/13 94/14 96/4 97/4
97/11 97/12 97/13 98/10
98/25 100/2 102/24 113/9
116/16 116/17 116/17 116/17
117/4 117/5 117/8 117/25
118/2 118/3 118/5 118/21
118/23 118/23 119/24 119/24
120/17 122/1 122/18 122/24
125/24 127/20 128/1 128/2
128/19 132/23 136/21 140/7
141/19 141/22 143/7 143/24
145/23 146/15 147/11 147/17
149/6 153/25 157/16 160/18
162/5 162/15 162/15 163/5
163/25 167/1 167/1 168/23
168/24 170/10 170/15 170/22
171/23 172/6 174/17 180/21
182/20 184/1 187/11 192/7
201/6 201/13 201/14 202/11
203/3 203/4 203/18 206/2
206/21 206/23 208/14 214/14
214/20 216/24 219/15 219/16
219/18

**themselves [1]**  26/19

**then [80]**  8/4 8/9 10/5 12/9
17/17 18/9 18/17 22/4 24/5
24/21 26/2 28/13 28/24 31/17
32/3 32/12 32/16 32/17 40/16
40/25 43/22 45/25 56/21
58/24 59/10 62/6 65/23 67/11
76/18 78/4 81/10 83/14 83/19
84/4 85/18 90/17 91/13 91/21
93/9 94/15 97/2 98/3 103/11
104/8 107/22 111/14 112/4
118/2 118/20 118/21 118/24
124/2 130/4 132/1 135/15
136/20 137/22 139/13 139/14
139/15 147/16 149/15 154/4
154/11 158/23 165/23 169/4
172/24 174/14 181/12 198/12
202/20 205/4 210/10 215/13
217/10 221/19 222/6 222/13
222/18

**therapist [6]**  54/16 55/6
57/24 181/16 181/21 220/24

**therapists [17]**  48/16 48/17
49/13 49/20 49/24 50/15 51/8
53/19 54/23 55/20 56/8 57/12
58/9 68/17 76/2 181/10
181/17

**therapists' [1]**  59/16

**therapy [22]**  28/5 29/8 44/21
44/23 45/3 45/21 45/22 45/23
48/15 48/21 50/24 56/14 60/6
60/12 60/17 60/18 68/24
156/13 159/4 181/25 182/1
182/2

**there [201]**  10/6 10/20 11/22
11/24 12/1 12/3 12/15 13/25
14/4 14/11 15/8 15/22 17/15
18/12 18/21 19/16 19/17
19/18 20/4 21/6 21/21 22/5
22/9 23/13 23/14 23/21 25/4
26/4 27/10 28/3 28/9 29/20
31/7 31/15 33/11 33/12 36/19
38/6 38/14 38/16 38/24 40/12
41/20 42/4 48/20 49/5 55/1
57/5 58/12 58/13 58/14 62/11
65/18 67/8 70/4 71/25 73/3
73/3 74/9 75/5 75/21 75/22
76/6 78/1 78/14 78/25 79/1
79/9 80/8 81/7 84/3 84/11
84/13 84/15 84/18 85/11 87/2
88/25 91/2 91/23 92/18 92/20
93/13 93/15 94/18 94/22
94/23 95/14 95/15 96/14
96/25 97/2 98/6 98/8 98/13
98/13 99/1 99/10 106/18
107/4 107/24 109/10 111/12
111/17 112/13 113/8 113/12
114/2 116/1 116/16 118/1
119/7 119/8 120/13 124/8
124/9 124/15 125/5 127/10
129/7 129/10 129/13 129/21
133/6 135/16 137/18 142/9
142/18 142/18 144/24 149/9
153/15 153/18 154/2 154/22
157/7 157/12 160/13 162/7
166/3 168/23 168/24 169/5
169/10 169/19 170/8 170/9
171/17 171/18 172/21 177/8
178/5 178/8 181/5 182/3
182/7 183/19 184/6 184/7
184/10 184/10 186/16 186/18
187/3 187/7 187/11 187/12
187/18 188/12 188/15 188/23
189/18 191/3 191/6 192/22
194/2 194/3 194/8 195/24
198/18 198/21 199/2 200/25
204/4 208/21 211/3 211/5
211/12 212/1 212/2 212/8
212/18 215/7 215/12 216/4
216/7 217/9 220/20 221/4
221/4 222/2

**there's [37]**  16/15 23/13
24/19 25/4 25/22 26/8 28/11
28/24 32/12 36/21 45/8 45/11
58/20 58/21 63/20 63/24
67/21 76/15 101/22 102/2
109/16 137/22 142/18 156/19
157/15 157/15 167/11 172/22
178/24 179/2 181/1 186/16
187/6 195/24 205/2 211/7
211/10

**therefore [1]**  21/18

**these [74]**  15/24 26/22 28/10
28/25 32/11 33/16 34/8 34/9
35/3 35/9 35/17 36/2 40/20
41/10 41/14 46/23 47/24 48/3
48/7 53/7 53/10 53/15 53/18
53/19 54/23 55/20 56/8 57/12
58/9 68/17 76/2 181/10
181/17

**they [307]**

**they'd [4]**  32/17 59/11
138/18 158/9

**they're [52]**  23/15 27/10
35/25 41/6 41/7 45/23 48/25
56/16 57/9 58/4 58/6 59/25
64/17 65/11 65/11 65/21
68/12 71/11 76/4 90/13 93/15
94/13 97/3 97/5 98/13 100/25
100/25 100/25 136/4 136/5
136/7 138/16 138/18 142/17
145/22 146/11 146/15 147/15
152/5 152/25 153/2 155/21
156/9 156/12 156/25 157/8
157/17 158/15 201/1 201/2
201/3 207/17

**thing [32]**  5/1 6/9 12/11
15/21 18/19 20/24 45/1 45/4
45/11 45/13 45/22 51/10
59/13 60/9 64/12 72/11 81/11
91/14 119/24 127/2 129/12
130/8 132/20 154/1 162/14
163/2 174/5 184/7 187/8
189/7 191/16 219/9

**things [40]**  10/13 14/12 15/24
18/17 30/2 33/22 47/21 88/11
93/16 94/20 94/22 98/13
101/13 107/10 109/8 110/16
117/3 122/15 126/9 129/11
130/24 141/15 142/3 143/10
151/25 154/9 161/7 162/8
177/21 184/5 188/13 188/25
189/4 189/14 189/23 201/2
202/25 204/1 204/3 204/14

**think [105]**  11/24 12/1 13/3
14/21 15/3 15/8 15/20 17/18
19/3 22/3 22/23 26/10 28/3
28/23 29/17 30/1 31/7 41/2
41/25 43/21 47/9 49/5 49/6
49/16 52/1 54/19 57/11 57/14
58/19 58/24 58/25 60/3 76/22
78/13 79/15 83/5 85/16 89/9
90/3 94/12 94/13 96/9 100/6
100/6 100/14 101/22 102/6
103/4 103/11 104/8 105/12
107/1 110/2 113/18 113/24
114/7 114/12 117/18 118/20
119/19 121/2 124/20 130/17
134/17 134/18 135/7 135/15
138/6 146/22 150/14 161/22
162/18 170/6 171/17 171/21
173/17 175/6 182/11 182/15
183/3 183/5 183/21 189/9
192/7 193/11 193/15 194/3
195/2 195/15 195/22 196/15
207/9 208/4 214/6 214/7
214/8 215/2 216/10 218/1
218/15 218/17 220/23 221/1
221/9 223/6

**thinking [3]**  52/1 62/1 62/2

**thinks [1]**  100/20

# T

**third [5]** 10/10 74/7 169/7 172/15 176/9

**thirteen [1]** 127/18

**thirteenth [1]** 79/9

**thirty [20]** 7/13 15/8 23/18 28/6 30/4 30/5 30/19 30/25 31/1 32/2 32/3 32/11 32/21 51/12 60/15 60/15 68/21 68/25 175/10 211/14

**thirty-five [4]** 7/13 60/15 68/21 68/25

**thirty-plus [1]** 60/15

**thirty-seven [1]** 51/12

**thirty-some [1]** 30/5

**this [211]** 1/15 29/4 29/11 31/8 31/16 32/22 34/18 34/19 35/14 38/17 38/25 39/1 39/8 39/9 39/14 39/17 39/23 39/23 41/2 41/5 41/12 41/14 41/19 42/1 42/15 42/25 43/23 44/10 44/17 44/20 44/22 45/10 46/13 46/15 47/1 47/2 47/5 47/15 47/20 48/2 50/23 51/18 52/7 52/8 52/16 52/25 55/11 55/13 55/16 55/19 56/18 56/23 57/10 57/17 58/10 58/18 59/4 59/12 60/5 65/14 66/9 67/2 70/16 71/8 71/21 72/5 72/6 72/13 73/18 77/3 77/4 77/7 79/15 79/17 79/22 79/23 80/4 81/5 81/12 82/7 84/13 85/10 85/20 87/21 89/13 89/17 89/19 89/25 90/21 93/25 94/4 95/4 95/5 97/24 102/6 103/16 103/23 104/9 104/24 106/17 106/24 106/25 110/12 110/13 110/17 111/1 111/2 111/6 114/10 117/13 120/21 121/23 122/11 122/12 124/16 125/12 129/12 131/16 135/1 136/9 136/13 140/19 142/25 143/3 143/5 143/9 148/17 148/20 156/13 157/18 162/23 162/24 163/18 163/19 165/5 165/5 165/9 165/10 165/19 165/24 166/2 166/5 166/16 166/19 166/22 168/25 170/6 172/13 172/25 173/5 173/21 173/25 174/13 175/15 175/20 175/21 176/5 176/25 177/2 177/15 177/19 178/11 178/15 181/1 185/8 185/9 185/15 185/16 185/18 186/12 186/18 187/2 187/2 188/3 188/8 188/9 188/11 190/2 190/5 190/13 190/14 191/3 193/18 193/20 194/13 194/16 196/2 196/6 196/19 199/23 199/23 200/3 207/8 208/5 209/23 210/24 215/10 216/1 217/11 219/3 219/8 220/2 220/8 221/8 222/23 225/17 226/3 226/4 226/10 226/13 228/22

**Thomas [2]** 36/5 169/8

**those [63]** 23/3 23/4 25/20 26/24 27/4 28/22 28/25 29/1 30/3 31/17 48/18 49/9 50/15 55/24 57/25 59/4 59/19 60/11 60/23 72/24 73/13 73/21 75/13 78/6 78/9 83/18 84/25

85/18 87/4 89/1 93/22 94/22 97/18 99/4 99/24 101/5 101/16 105/21 106/8 106/22 109/2 141/8 142/5 152/14 154/12 155/5 155/15 156/16 157/25 159/15 162/9 164/15 171/18 174/9 174/16 176/22 178/15 178/18 209/20 211/21 216/11 219/11 222/20

**though [6]** 37/25 57/16 91/21 99/14 124/10 181/11

**thought [13]** 14/23 30/5 31/13 50/19 66/13 92/6 106/8 121/1 144/25 183/19 212/2 215/7 217/8

**thousand [9]** 15/3 15/8 32/11 62/19 159/23 179/9 179/12 179/13 195/18

**three [11]** 62/13 66/7 68/25 73/3 76/18 76/23 166/20 167/14 174/15 195/18 219/11

**through [60]** 9/16 11/3 13/12 31/19 31/19 35/6 35/7 40/11 56/4 57/25 58/6 58/7 59/12 60/24 71/10 72/7 72/9 77/8 78/16 79/12 80/13 80/14 80/15 80/24 81/1 83/7 85/3 86/25 87/19 94/15 94/16 94/21 112/20 112/21 116/18 126/10 128/21 128/22 132/18 137/11 142/20 142/24 143/5 143/7 143/24 151/12 158/7 165/14 166/13 174/15 184/4 185/2 188/7 194/16 208/4 218/6 221/17 221/19 222/10 222/11

**throughout [1]** 199/7

**throw [1]** 197/20

**ticket [10]** 122/1 124/1 124/16 124/21 125/12 125/23 127/2 163/5 163/19 203/19

**Ticketron [4]** 119/21 120/12 120/24 191/24

**tickets [60]** 114/23 115/21 116/7 117/3 117/6 117/7 117/19 118/3 118/16 118/19 119/1 119/3 119/4 119/10 119/11 119/17 119/21 119/23 120/4 120/7 120/8 120/18 121/21 122/1 122/16 122/18 123/4 123/10 123/16 123/22 124/18 124/23 125/23 127/4 127/5 127/7 141/13 141/13 160/7 160/10 162/7 202/15 203/9 204/20 204/22 205/6 205/23 214/5 214/7 214/10 214/20 214/21 214/22 224/14 224/25 225/12

**time [79]** 4/18 6/7 8/16 10/1 10/24 11/12 13/8 14/6 15/1 15/19 15/21 16/14 22/15 22/16 25/9 26/10 26/11 28/6 30/23 33/10 33/22 33/23 34/4 34/6 48/22 49/4 53/9 53/13 55/11 62/1 65/8 74/14 75/24 84/16 84/20 85/18 86/7 87/7 87/8 96/9 100/8 101/2 102/9 106/17 110/5 111/9 111/10 114/20 115/1 118/1 118/16 119/5 128/13 130/14 130/25 131/1 131/22 134/20 136/20 142/9 144/11 144/19 144/25

145/3 161/22 168/1 168/11 168/12 190/2 190/5 190/11 190/17 194/22 217/4 218/14 223/3 223/7 227/1 228/7

**times [9]** 61/16 114/18 114/19 118/2 119/7 119/8 156/5 178/25 220/11

**title [1]** 139/20

**today [9]** 5/2 5/24 17/23 134/15 190/2 190/5 190/6 197/19 227/1

**together [1]** 175/23

**told [10]** 57/6 59/25 71/9 77/14 92/21 135/13 211/6 217/7 219/16 221/4

**Toledo [2]** 133/8 135/14

**tomorrow [1]** 215/9

**too [17]** 25/5 28/2 35/10 68/12 76/6 81/3 89/21 90/2 101/20 104/16 108/4 114/14 118/3 161/4 178/11 189/16 197/5

**took [11]** 8/23 52/11 69/5 83/19 97/10 97/11 131/20 160/18 193/12 214/14 222/23

**top [3]** 131/6 164/22 221/19

**total [11]** 54/21 73/19 74/8 132/20 132/25 161/24 175/20 176/10 176/13 179/15 218/5

**totality [1]** 178/10

**totals [2]** 175/18 175/19

**towards [2]** 21/5 198/5

**track [10]** 155/11 155/13 155/15 155/17 155/20 156/7 156/15 156/22 161/3 189/23

**tracked [1]** 112/17

**tracking [9]** 69/9 93/20 124/5 127/6 127/6 127/8 127/11 130/8 157/8

**training [11]** 14/16 43/22 126/5 126/8 126/12 126/17 126/18 126/19 126/24 143/17 143/25

**trainings [1]** 10/9

**traveling [1]** 12/7

**treat [2]** 24/20 25/5

**treating [2]** 45/9 45/10

**treatment [1]** 76/10

**trends [2]** 128/23 129/11

**Tri [2]** 137/22 137/24

**Tri-County [2]** 137/22 137/24

**trick [3]** 171/10 171/13 225/19

**tried [5]** 20/21 30/25 77/10 195/1 220/23

**troop [1]** 186/25

**trouble [12]** 50/5 50/7 50/9 50/13 54/2 54/3 54/7 55/3 58/5 181/8 220/25 223/18

**true [107]** 2/11 2/11 3/6 17/4 19/24 26/7 26/17 27/2 37/20 43/11 62/14 63/7 63/23 64/8 64/19 74/23 76/21 80/20 82/1 83/21 84/1 86/18 92/2 94/10 100/4 100/13 100/18 100/23 101/6 101/9 101/12 101/24 106/5 115/23 123/5 124/19 125/15 129/25 134/24 142/8 142/11 142/21 144/7 144/10 145/10 145/13 145/19 145/24 146/21 146/25 147/1 147/8 147/8 147/18 147/21 147/21 147/24 148/4 148/8

## T

**true... [48]** 148/10 148/14
148/14 148/16 148/25 149/4
149/20 149/20 149/24 151/9
151/9 151/14 151/15 151/21
152/1 157/4 157/12 157/22
158/7 158/12 158/17 160/25
161/8 163/1 163/7 163/11
165/9 165/13 167/4 167/22
170/3 170/8 170/12 172/1
172/4 172/8 175/8 175/13
180/4 180/10 188/1 189/18
189/24 197/13 209/11 220/23
228/7 228/12
**True's [1]** 105/17
**truelaw.com [1]** 2/13
**Trust [1]** 200/4
**trusted [1]** 71/20
**truth [1]** 5/6
**try [11]** 5/25 30/24 32/17
57/10 77/6 96/5 115/6 120/5
128/6 128/8 130/23
**trying [25]** 10/21 12/10 17/16
17/18 22/11 31/9 43/22 52/22
53/8 77/11 85/16 87/9 88/9
88/10 88/11 91/24 93/21
103/8 129/3 183/23 194/2
208/6 210/3 214/7 225/19
**turn [4]** 44/14 75/18 176/2
184/17
**turned [2]** 12/11 114/13
**twelve [3]** 85/17 166/22
179/18
**twenty [13]** 15/8 23/19 31/10
36/6 99/2 99/4 99/18 102/18
102/19 103/1 140/16 159/2
159/23
**twenty-five [2]** 159/2 159/23
**twenty-one [7]** 36/6 99/2 99/4
99/18 102/18 102/19 103/1
**two [36]** 18/22 22/3 36/15
42/2 42/4 59/4 62/19 66/7
67/21 68/25 72/19 76/15
79/23 81/15 81/19 89/1
101/12 151/24 159/23 166/9
166/20 170/22 171/3 171/9
175/4 178/15 185/16 185/24
185/25 186/4 186/5 186/11
186/12 195/11 214/9 221/1
**two-year [1]** 195/11
**type [11]** 4/19 7/11 7/22
8/12 71/21 132/5 133/21
140/24 155/13 163/25 228/11
**types [3]** 97/18 160/19 162/3

## U

**U.S [4]** 98/21 102/13 123/14
192/15
**Uh [21]** 34/22 36/7 42/12
44/16 44/19 50/16 66/21
89/18 97/16 129/18 157/2
161/15 173/16 173/20 173/24
174/3 175/3 190/23 192/2
198/16 203/16
**Uh-huh [21]** 34/22 36/7 42/12
44/16 44/19 50/16 66/21
89/18 97/16 129/18 157/2
161/15 173/16 173/20 173/24
174/3 175/3 190/23 192/2
198/16 203/16
**UK [4]** 118/6 118/7 118/7
160/17

**Ulrich [3]** 109/16 109/20
164/19
**ultimate [2]** 96/6 183/5
**ultimately [5]** 83/25 84/2
85/7 95/16 147/18
**unaware [1]** 178/18
**under [29]** 1/15 5/2 14/11
23/9 24/22 24/23 25/6 32/4
34/7 57/14 59/24 59/25 98/11
101/1 102/1 136/23 140/7
140/8 144/18 144/20 144/23
165/23 171/4 173/10 176/8
183/7 203/23 207/3 222/2
**undersigned [1]** 228/4
**understand [25]** 4/25 5/2 5/4
5/23 5/25 30/24 32/5 35/8
36/8 51/2 58/2 63/8 91/2
92/4 103/19 124/3 128/10
145/11 149/23 162/18 170/7
171/24 174/23 207/20 220/22
**understanding [16]** 10/15
12/20 13/5 14/14 14/18 25/2
31/21 83/12 92/11 124/14
125/8 125/17 125/20 145/2
146/13 208/2
**understood [5]** 5/7 6/1 6/4
13/24 48/23
**undertook [1]** 202/18
**unemployed [2]** 133/7 135/11
**unfortunately [2]** 127/16
187/12
**unhappy [2]** 143/1 143/3
**UNITED [16]** 1/2 1/6 1/19 4/12
100/2 100/15 105/10 105/19
105/20 105/24 106/4 106/20
140/19 205/13 216/3 220/19
**unless [4]** 45/11 72/10 90/19
186/10
**until [7]** 8/4 9/5 18/8
111/15 135/16 200/17 224/1
**unusual [5]** 27/23 28/7 28/9
162/5 164/11
**unusually [2]** 29/5 33/1
**up [55]** 8/4 9/5 9/9 12/8
14/22 14/24 15/8 18/8 18/18
21/15 22/4 25/3 28/6 30/4
30/22 30/22 31/5 51/25 52/25
53/23 57/8 59/8 62/19 68/22
68/24 75/5 77/16 77/22 77/24
86/24 87/5 89/10 98/5 111/15
113/9 115/7 119/19 131/5
139/20 153/25 159/12 161/24
162/13 174/23 188/13 188/25
192/22 195/15 206/6 206/8
209/18 213/3 213/7 221/22
223/25
**upon [2]** 94/25 152/10
**upper [1]** 50/7
**upset [5]** 50/20 122/18
122/21 122/23 142/19
**upstairs [1]** 97/10
**us [27]** 6/14 9/19 28/17 29/2
30/15 30/21 31/25 40/24
41/13 47/22 59/19 61/2 77/22
77/22 102/18 104/1 104/6
110/16 115/17 122/19 125/1
125/2 125/3 182/17 189/4
189/13 199/17
**usages [1]** 200/1
**use [15]** 30/22 31/9 32/2
32/3 52/24 105/16 116/19
117/10 125/24 129/11 152/18
156/1 156/2 168/6 224/7

**used [17]** 11/25 30/20 31/10
34/7 52/24 53/2 77/19 77/19
92/7 116/18 116/22 116/25
128/20 129/11 145/5 162/13
213/16
**using [10]** 32/9 32/10 32/14
32/20 120/16 125/2 146/7
151/23 169/2 210/24
**usually [6]** 26/5 29/8 45/22
45/24 128/3 128/4
**utilization [3]** 62/21 155/24
156/3
**Utterback [1]** 225/7

## V

**vacation [1]** 218/25
**vague [1]** 181/2
**Valerie [2]** 191/8 191/9
**value [2]** 92/15 124/6
**various [1]** 117/19
**ve [40]** 5/6 5/20 9/14 23/17
24/16 24/21 37/5 104/8 117/1
140/22 141/6 141/11 141/12
141/13 145/5 145/5 148/3
148/20 148/25 155/9 155/10
155/19 156/6 156/15 156/23
157/24 159/6 160/6 160/7
160/21 161/13 162/4 169/3
170/5 171/22 193/19 201/15
215/24 226/9 226/12
**vehicle [1]** 224/7
**Velma [2]** 170/13 170/17
**verbal [1]** 5/21
**verbalize [1]** 5/19
**verified [1]** 92/19
**verify [1]** 83/20
**versa [1]** 59/1
**versus [6]** 62/18 112/18
150/9 159/7 159/23 199/23
**very [14]** 18/14 18/19 19/5
28/7 88/18 93/5 128/17
141/12 160/13 169/12 173/11
175/5 181/1 217/18
**vice [9]** 10/3 10/4 14/10
22/13 58/25 139/22 139/24
140/6 219/13
**VICKIE [11]** 2/24 4/13 13/4
14/2 18/25 19/7 19/12 20/7
119/15 123/8 123/11
**view [2]** 51/24 76/9
**Vine [1]** 1/19 2/4 2/7
**Virginia [2]** 223/21 223/22
**visit [14]** 45/17 45/17 62/18
65/3 65/8 65/22 66/20 159/7
159/8 159/10 159/14 159/16
203/25 203/25
**visiting [5]** 48/8 138/15
206/14 206/16 206/24
**visits [33]** 29/8 43/7 62/12
63/4 63/6 63/13 63/18 66/1
66/3 66/11 66/24 67/3 67/6
67/7 67/14 69/13 69/14 69/24
91/25 93/14 93/21 155/20
156/13 156/16 156/17 156/18
157/9 157/19 157/21 158/24
159/3 159/7 159/11
**VNA [3]** 138/10 138/12 138/14
**volume [1]** 182/19
**Vorry [1]** 40/11
**VP [3]** 21/14 21/18 71/17

## W

**wait [9]** 5/12 5/16 150/18

# W

**wait... [6]** 150/18 150/22 150/22 167/5 221/23 221/23

**waive [1]** 26/21

**walk [1]** 169/11

**walked [1]** 27/13

**want [46]** 5/24 24/17 26/21 26/22 65/24 71/11 72/7 72/10 72/12 90/24 91/9 91/25 98/15 101/18 105/5 105/8 105/8 106/24 118/10 119/22 122/2 124/1 124/17 124/21 125/11 125/25 136/14 136/15 145/23 147/11 148/12 148/23 150/12 150/17 153/17 156/9 158/25 164/14 193/8 197/4 198/17 199/20 209/19 216/19 216/24 220/21

**wanted [18]** 21/14 22/12 24/4 47/10 88/16 92/21 112/3 121/18 121/20 123/20 124/3 128/18 212/22 213/10 215/20 217/2 217/3 225/11

**wanting [2]** 22/17 22/18

**wants [3]** 91/10 147/16 211/10

**Warren [1]** 36/16

**was [549]**

**wasn [1]** 178/3

**wasn't [20]** 19/5 53/17 55/6 62/1 74/16 84/12 85/22 89/24 96/10 97/23 98/8 98/14 122/15 124/15 129/14 129/21 132/22 178/3 202/24 210/19

**watching [1]** 178/4

**water [1]** 6/8

**Watkins [7]** 41/20 42/20 44/11 47/16 52/13 172/12 175/10

**way [22]** 18/20 90/18 92/17 92/23 98/17 110/20 123/22 131/1 136/9 153/14 159/7 161/3 177/8 183/2 185/4 185/5 187/5 188/21 189/17 202/12 217/5 217/13

**ways [4]** 43/23 90/25 91/3 92/10

**we [276]**

**we'd [5]** 78/6 85/5 130/25 143/2 143/4

**we'll [8]** 22/23 38/23 55/10 62/6 64/23 109/13 196/17 200/16

**we're [33]** 4/25 13/19 21/19 24/1 24/3 34/13 51/15 62/8 64/20 66/5 67/13 67/13 67/15 86/11 89/10 90/5 90/6 90/8 91/18 92/9 93/12 104/9 105/13 119/23 121/25 123/21 127/6 132/24 180/8 200/4 204/14 209/18 212/13

**we've [16]** 61/14 62/4 114/18 142/24 142/25 167/23 174/14 174/17 174/25 177/9 187/7 193/9 197/18 197/19 208/4 216/6

**wedge [1]** 202/10

**week [6]** 64/10 67/10 67/11 67/18 111/3 194/7

**weeks [7]** 25/7 55/16 66/7 66/8 67/19 135/17 182/14

**well [130]** 12/6 12/13 13/16 14/16 14/23 16/16 18/8 19/22

21/9 21/17 23/24 25/1 25/4 27/3 28/23 30/12 31/15 32/8 32/17 35/4 35/20 40/13 41/7 50/19 54/14 55/1 60/3 65/25 66/3 67/4 68/8 68/20 71/18 76/22 77/21 77/25 79/4 83/6 84/2 84/12 85/22 85/24 87/16 88/8 89/22 89/23 90/3 90/13 91/4 92/12 93/2 93/5 93/6 101/4 101/6 101/12 101/18 101/24 102/11 102/14 104/6 107/17 110/4 111/8 111/10 116/8 119/19 123/20 124/20 129/10 130/10 130/12 131/12 136/9 138/10 138/11 139/19 141/10 142/17 143/9 145/11 146/11 147/10 148/6 148/22 150/6 151/21 151/21 153/8 153/14 153/21 154/5 156/1 166/25 167/23 168/6 170/8 170/12 172/1 174/12 174/23 177/14 179/7 181/15 183/4 186/2 187/16 190/14 195/2 195/9 196/7 196/17 198/19 198/20 199/20 201/16 202/7 204/13 204/15 211/12 213/16 214/5 215/2 215/11 216/23 218/17 218/20 224/17 226/9 226/14

**went [43]** 7/20 8/11 10/11 10/12 10/12 10/19 11/12 12/15 13/22 14/13 15/25 20/18 20/19 20/21 37/13 53/18 56/21 61/3 67/8 67/9 71/10 95/22 103/12 109/8 116/18 119/8 119/9 119/15 120/12 120/16 126/10 130/14 133/4 135/14 166/6 174/13 183/11 198/21 212/4 212/18 215/9 222/10 222/11

**were [235]**

**weren [3]** 68/15 98/12 176/22

**West [4]** 1/19 2/4 2/7 2/12

**western [1]** 120/14

**what [372]**

**what's [14]** 24/18 37/2 43/12 51/14 51/14 51/14 72/17 154/22 170/3 173/9 189/14 195/16 195/25 196/14

**whatever [31]** 6/8 6/10 12/3 13/18 16/17 19/6 24/17 65/22 66/8 67/14 68/13 70/20 98/4 100/10 101/20 101/25 116/19 118/20 127/7 127/8 128/22 130/18 147/4 161/4 162/13 182/19 198/1 198/2 201/2 205/9 219/11

**wheelhouse [1]** 219/23

**when [126]** 10/24 11/1 11/13 13/14 13/21 13/24 14/4 17/14 20/18 21/6 24/20 27/22 30/19 33/11 35/9 43/21 47/1 51/8 53/18 54/24 56/17 60/16 64/4 65/9 65/18 65/24 71/16 71/24 81/6 81/8 82/4 87/13 87/14 87/15 87/18 88/6 88/8 91/2 91/14 91/23 92/18 97/1 97/3 97/5 97/13 99/14 100/8 100/9 100/13 100/19 102/5 104/7 105/21 111/12 111/13 111/16 112/13 113/12 115/21 116/1 116/1 116/3 116/5 116/23 116/25 117/9 118/2 120/13

123/14 123/18 123/20 123/20 124/5 124/8 124/11 126/9 127/13 129/13 130/2 135/2 139/16 140/2 142/22 143/16 144/1 144/5 144/15 144/24 147/14 150/19 153/18 158/21 158/22 159/11 159/22 162/19 168/11 179/4 179/8 182/6 182/13 183/25 184/5 184/7 187/9 189/12 190/10 190/15 192/6 193/11 194/5 194/6 200/20 200/25 203/9 204/12 208/21 209/23 210/1 210/2 212/18 213/14 213/16 214/14 216/9 224/24

**where [50]** 6/15 6/18 7/18 8/9 8/15 8/17 12/14 14/22 14/23 14/25 21/19 24/22 30/14 33/7 33/7 49/7 49/7 50/17 51/23 52/1 52/2 73/11 77/19 90/21 92/9 105/22 109/5 111/23 113/9 119/8 123/23 133/1 133/2 133/13 150/12 150/17 150/25 154/2 162/21 163/23 167/8 168/7 168/9 176/9 182/18 190/20 192/6 209/18 223/15 223/20

**where'd [1]** 186/3

**whereby [2]** 57/18 98/8

**WHEREOF [1]** 228/21

**WHEREUPON [20]** 4/2 34/11 38/21 39/21 41/17 43/15 46/10 52/5 55/8 62/7 64/21 72/2 89/7 105/7 109/11 186/23 209/13 210/21 225/15 227/2

**wherever [1]** 68/11

**whether [43]** 10/3 11/15 11/16 13/17 25/16 27/14 48/10 48/18 48/24 54/15 54/16 54/20 56/16 60/17 65/7 65/21 78/7 82/23 84/8 85/4 94/7 94/7 94/13 95/16 99/20 105/9 105/16 105/19 106/1 106/6 106/9 106/11 107/2 108/23 140/12 141/19 142/3 146/15 147/13 151/16 157/8 174/20 187/18

**which [27]** 28/4 28/6 30/21 31/5 47/21 56/9 56/25 62/16 64/3 102/2 108/8 121/4 134/3 139/11 139/25 140/11 146/14 151/12 152/14 155/25 163/22 166/12 170/6 170/19 172/16 175/24 221/12

**while [11]** 19/18 21/3 56/20 57/15 60/6 111/14 133/7 180/13 187/2 204/4 219/12

**who [89]** 17/14 17/19 19/10 34/7 35/2 35/22 37/4 42/21 42/22 47/6 48/11 49/3 49/19 53/20 56/4 57/13 63/3 64/8 67/17 67/20 68/5 68/17 68/18 69/10 73/21 73/24 74/4 76/8 76/9 77/7 78/1 78/11 82/7 82/17 83/25 91/25 95/15 95/16 96/7 97/12 102/20 102/22 103/2 105/22 106/11 107/10 108/20 109/20 109/23 111/11 115/17 118/18 119/5 119/14 120/15 120/25 131/5 133/19 145/23 150/8 152/3 153/17 153/23 154/3 188/12

## W

**who... [24]**  188/24 189/4
189/13 189/19 190/24 192/4
192/11 192/11 193/1 193/5
199/17 200/14 207/2 208/20
210/11 210/13 220/24 221/6
222/6 222/8 222/9 223/11
223/23 225/10
**who'd [1]**  35/6
**who's [2]**  44/20 97/4
**whoever [2]**  30/18 56/15
**whole [7]**  59/12 59/13 72/11
158/7 162/13 223/9 223/9
**wholly [1]**  139/1
**whom [1]**  148/10
**whose [1]**  208/25
**why [60]**  6/13 15/25 17/9
21/10 22/12 36/15 41/4 45/7
48/25 48/25 51/13 51/15
53/19 53/25 55/4 55/7 57/3
58/4 59/3 60/18 60/19 61/5
61/7 61/10 62/5 64/17 66/6
69/23 73/15 74/16 75/7 79/4
82/12 96/11 105/11 110/1
110/22 110/25 111/21 113/19
113/21 114/3 118/10 121/17
129/10 131/23 154/25 157/8
158/18 159/22 188/11 196/1
197/8 198/12 199/19 208/15
209/8 213/19 216/19 216/24
**will [9]**  5/17 69/20 148/19
149/5 155/20 156/7 156/15
157/20 216/4
**William [1]**  169/4
**Wilson [2]**  127/23 127/24
**wise [2]**  19/6 123/24
**wishing [1]**  95/5
**within [8]**  29/8 33/7 67/25
114/14 114/17 123/23 131/10
202/25
**without [8]**  16/6 20/23 72/11
75/10 150/3 168/14 174/12
177/2
**witness [58]**  4/4 17/6 27/7
27/16 27/21 43/12 61/9 63/24
80/21 84/2 89/3 89/15 92/3
100/17 111/5 115/24 117/15
123/6 125/19 126/18 126/22
142/12 142/17 144/8 145/11
145/20 146/22 147/10 147/23
149/22 151/18 151/23 157/15
158/14 161/2 163/4 163/8
165/12 167/1 167/2 167/21
172/6 179/24 180/8 186/21
200/11 201/25 203/12 204/15
206/1 207/16 209/21 216/16
224/16 224/19 228/8 228/13
228/16
**Wohlander [2]**  220/10 220/14
**won't [1]**  169/11
**wondering [1]**  128/14
**Woolery [7]**  79/10 80/10 80/23
184/21 184/25 185/7 185/21
**word [6]**  24/18 146/7 156/1
156/2 166/24 218/1
**words [16]**  23/14 24/16 24/19
25/22 30/15 37/4 45/13 81/17
84/11 109/2 124/22 139/7
162/23 163/18 176/22 180/18
**work [36]**  7/11 7/20 7/22 8/2
10/18 33/8 33/13 34/7 41/23
100/5 100/11 100/21 101/25

106/7 106/8 106/14 133/2
133/4 134/13 140/7 140/8
140/23 194/11 195/20 198/18
198/20 206/20 206/23 210/3
212/4 212/18 213/16 216/19
216/24 217/13 224/13
**worked [26]**  7/9 7/15 8/3
20/17 32/16 41/24 113/3
116/11 117/1 121/5 121/7
128/20 135/15 140/22 141/6
155/9 155/10 155/19 156/6
156/15 156/23 157/24 160/6
163/23 193/25 217/12
**worker's [1]**  159/9
**workers' [1]**  9/1
**working [16]**  9/14 9/15 12/13
18/12 21/1 22/9 23/17 33/17
33/22 41/10 41/20 65/18
111/12 111/17 112/13 182/12
**works [2]**  194/8 194/12
**world [1]**  10/1
**would [143]**  5/3 12/22 13/6
14/2 14/14 14/22 16/1 16/2
16/7 18/13 18/14 19/9 21/25
23/22 24/5 24/12 26/13 26/18
27/18 28/15 28/17 29/2 32/17
35/5 36/13 50/5 50/7 50/9
50/12 50/20 51/13 54/1 54/3
54/7 54/19 55/3 55/3 55/16
59/3 63/25 64/8 64/12 64/16
65/25 67/15 69/15 74/15
75/18 78/4 78/5 80/4 81/20
83/17 85/4 85/19 86/6 94/18
95/21 97/4 97/11 98/3 98/4
98/9 100/6 100/11 105/23
106/16 108/5 108/8 109/2
109/6 110/11 110/22 110/25
112/22 113/2 114/22 117/9
117/18 117/23 118/20 118/22
118/23 122/21 126/20 128/2
129/2 130/23 131/16 131/18
136/16 140/14 140/20 141/18
141/21 142/1 142/20 143/5
146/10 147/1 147/8 149/20
152/10 153/15 154/25 154/25
156/25 157/5 157/5 157/24
162/5 166/11 169/14 174/14
174/18 176/3 177/14 179/16
179/21 181/7 181/21 181/23
182/3 182/24 184/17 189/17
189/23 189/25 190/13 195/12
199/17 200/14 206/10 209/21
211/13 213/11 215/7 215/13
220/25 225/3 225/5 226/9
226/12
**wouldn [6]**  27/13 44/11 79/1
96/16 182/25 220/17
**write [7]**  57/8 147/12 147/13
174/23 186/16 186/18 226/15
**writes [1]**  148/10
**writing [3]**  45/14 228/11
228/15
**written [10]**  67/10 67/10
92/24 166/23 167/9 169/25
170/9 170/23 195/9 225/8
**wrong [4]**  57/6 156/20 186/10
219/2
**wrote [2]**  67/12 91/2

## Y

**Yankey [5]**  1/16 1/23 5/9
228/4 228/24
**yeah [110]**  10/13 12/23 13/1

14/17 15/7 16/9 19/22 23/5
23/17 23/20 27/2 27/7 27/11
29/16 32/14 33/3 34/17 35/16
43/23 53/21 56/12 61/25
65/20 69/11 69/20 72/13
73/11 75/7 76/6 76/19 76/24
76/24 79/11 80/13 81/16
83/19 83/21 88/14 88/15
92/19 95/21 100/4 102/11
107/16 107/22 108/18 110/17
115/25 118/1 120/3 121/1
122/17 125/16 128/11 128/17
133/18 136/4 136/15 139/4
143/4 143/7 143/25 144/3
149/3 153/8 155/4 157/6
159/1 160/25 161/22 161/23
168/17 171/1 174/6 174/25
175/17 176/17 181/16 181/25
182/2 183/11 183/23 186/14
191/15 193/22 194/9 194/18
196/3 196/18 196/24 198/24
201/22 202/7 202/24 208/10
208/12 208/13 209/10 209/21
211/6 211/9 212/20 212/24
213/19 213/23 214/13 217/17
218/21 224/16 224/17
**year [13]**  4/21 6/16 22/3
132/22 190/13 190/13 195/7
195/11 196/23 196/25 197/1
202/20 212/9
**years [14]**  7/17 11/9 14/12
14/13 15/14 21/23 22/2 23/18
23/25 47/12 140/16 144/12
215/22 217/2
**yell [1]**  18/17
**yelled [1]**  131/6
**yelling [3]**  88/3 131/5 131/5
**yes [270]**
**yesterday [1]**  215/11
**yet [3]**  79/18 185/11 212/14
**you [1066]**
**you'd [3]**  127/25 143/23
200/15
**you'll [6]**  44/14 171/12
172/24 196/18 200/11 209/19
**you're [74]**  23/15 23/20 23/20
25/10 31/16 36/12 45/8 45/9
45/12 45/14 56/17 73/8 76/15
81/23 88/9 88/10 88/11 91/14
91/19 93/7 93/7 94/19 94/20
95/5 99/15 100/5 100/8 101/9
101/10 101/20 103/19 116/16
117/10 117/12 118/4 118/4
123/25 130/9 130/10 130/10
130/10 130/11 130/11 132/17
140/3 149/22 150/13 153/18
153/18 154/17 158/9 158/21
158/24 159/16 159/19 159/19
159/24 163/1 163/12 164/3
168/15 170/24 172/2 181/19
182/15 183/1 186/13 187/9
187/10 200/3 202/18 208/16
208/18 220/22
**younger [1]**  192/23
**your [150]**  4/14 4/15 5/10
5/19 5/20 6/8 6/14 7/1 9/20
10/6 12/21 12/24 13/5 14/14
14/15 15/2 16/7 17/1 18/21
20/12 21/6 21/22 24/17 24/24
25/1 26/4 29/19 32/12 32/19
32/24 36/19 46/25 49/9 49/24
49/25 50/14 51/8 51/12 52/14
53/3 54/24 60/1 62/11 63/2

## Y

**your... [106]**   63/6 63/18 70/7
 70/12 70/15 76/1 76/2 76/9
 76/16 83/12 90/15 91/1 92/10
 94/3 95/14 99/6 99/24 104/14
 106/4 110/10 116/5 117/18
 120/1 123/2 123/18 124/14
 125/8 125/17 128/13 130/3
 130/4 130/14 130/15 131/19
 134/14 134/20 135/2 137/7
 137/9 138/21 139/6 139/20
 139/23 140/14 140/15 140/21
 142/8 145/1 146/13 148/7
 148/16 149/25 150/2 151/23
 153/3 153/20 154/5 154/11
 159/10 159/11 162/2 162/18
 164/9 164/11 166/24 170/3
 177/20 177/21 178/14 179/21
 181/6 187/16 189/25 193/5
 195/6 195/16 195/25 196/12
 196/14 196/19 197/21 199/7
 201/9 203/23 203/24 205/15
 205/22 205/22 206/3 207/21
 208/2 210/23 212/8 213/4
 213/13 214/1 215/12 215/25
 216/23 218/5 219/13 219/19
 223/5 223/11 224/6 227/1
**yourself [3]**   10/18 73/25
 213/1

## Z

**Z-A-H-E-E-R [1]**   208/24
**Zaheer [2]**   208/22 217/15
**Zaheer's [1]**   209/9
**Zee [2]**   209/9 209/9