| PHYSICIAN | DESCRIPTION OF GRATUITY | DATE OF GRATUITY | REASON GRATUITY DOES NOT VIOLATE STARK | PAGE & EX. NOS. FROM PARTIAL MSJ |
|---|---|---|---|---|
| Richard Arnold, Sr. | 2 tickets to 2 UK football games | 09/27/2008 10/18/2008 (Skybox) | The two tickets to the 9/27 game went to someone named Susie (see NR0013353). Therefore, Stark is is not implicated. The tickets to the 10/18 game were for a skybox (See NR0013355), which have a face value of $125.00 per IMG. Even if Dr. Arnold went to both games, the face value of all four tickets is $330.00—which is within the safe harbor amount in effect in 2008 ($338.00). | p. 21; Ex. 18 NR0013353 and 13355 |
| Kenneth Brodsky | 2 tickets to 1 UK football game | 10/11/2008 | UK football tickets face value in 2008 was $40.00, so the $80.00 total value is well within safe harbor. | p. 21; Ex. 18 NR0013354 |
| Ramon Caballero | 2 tickets to 1 UK basketball game | 11/21/2009 | Went to non-physician (April Coots). Therefore Stark is not even implicated. Further, the face value of two basketball tickets is well within the safe harbor. Interestingly, April is referenced in the government's exhibit as a "referral nurse." However, April was a receptionist in Dr. Caballero's office. Per the KBN, April Coots has never been licensed as a nurse in Kentucky. | p. 21, Ex. 22 |
| Julian Castillo | 2 tickets to 1 UK basketball game | 11/2009 | Within safe harbor. | p. 22. Ex. 24 |
| Hammad Malik | 2 tickets to 1 UK basketball game | 11/21/2009 | Went to non-physician (P.A. Mike). Therefore, Stark is not implicated. Further, the value of these two tickets is within safe harbor. | p. 22, Ex. 22 |
| Christopher Weiting and Thuy Vo | 2 tickets to 1 UK basketball game | 11/2009 | Went to non-physician (unidentified "referral nurses"), therefore Stark is not implicated. Further, the value of these two tickets is within safe harbor. | p. 22; Ex. 25 |

| PHYSICIAN | DESCRIPTION OF GRATUITY | DATE OF GRATUITY | REASON GRATUITY DOES NOT VIOLATE STARK | PAGE & EX. NOS. FROM PARTIAL MSJ |
|---|---|---|---|---|
| William Whitman | 2 tickets to 1 UK football game | 11/15/2008 | Face value is within safe harbor ($40.00), and the tickets were given to a non-physician (Alex). | p. 23, Ex. 18 NR0013357 |
| Robert Davenport | 2 tickets to Coaches Night | 3/15/2010 | Face value of the food and drink provided at this event is within safe harbor. | p. 23, Ex. 28 |
| Michael Noble | Tickets to Coaches Night | 12/14/2009 03/02/2010 | Face value of the food and drink provided at this event is within safe harbor. | p. 24, Ex. 30, 31 |
| Stella Staley | Private event hosted at Keeneland | 10/2009 | Within safe harbor ($31.25 per ticket) | p. 25, Ex. 34 |
| Michelle Welling | Private event hosted at Keeneland | 10/2009 | Within safe harbor ($31.25 per ticket) | p. 25, Ex. 34 |
| Danilo Corales | 2 tickets to Alan Jackson concert | Summer 2008 | Face value of two concert tickets is within safe harbor. The allegation that Dr. Corales requested them is triple hearsay. According to 6/20/08 email, Piper called Sonya Miller and advised that Dr. Corales was allegedly asking for Alan Jackson tickets and use of the House's luxury box. | p.25; Ex 14 |
| Drs. Corales and Von UnRug | Gift basket | 12/2008 | This gift did not go directly to either physician, and the value of the gift basket is not debited against the safe harbor allowance. Regardless, even when added to the value of the Alan Jackson tickets, the combined amount is within safe harbor ($82.67 per basket). | p. 25, Ex. 36 |
| Drs. Corales & VonUnrug | Three bottles of liquor | 4/2/2009 | Each bottle cost $23.99, for a total of $71.97. This amount is within Safe Harbor. | p. 26, Ex. 10 |
| Danilo Corales | Tickets to "Heard it through the Grapevine" | 4/11/2009 | This event was only attended by members of Dr. Corales' staff. Therefore, Stark is not implicated, and the value of the tickets is not debited against the safe harbor allowance. | Ex. 37 |

2

| PHYSICIAN | DESCRIPTION OF GRATUITY | DATE OF GRATUITY | REASON GRATUITY DOES NOT VIOLATE STARK | PAGE & EX. NOS. FROM PARTIAL MSJ |
|---|---|---|---|---|
| Danilo Corales | Two tickets to Jonas Brothers | August 2009 | Tickets to Jonas Brothers cost $99.50 each. This amount is within safe harbor in effect in 2009 ($355.00). | p. 27; Ex. 40 |
| Danilo Corales | Two tickets to Journey | 8/21/2009 | Within safe harbor. The allegation that Dr. Corales requested these tickets is hearsay. According to email, Kara Langham advised Barb Ulrich that Dr. Corales was allegedly asking for Journey tickets. (Ex. 41). | p. 27; Ex. 42 |
| Danilo Corales | Private event at Keeneland | October 2009 | This event was attended by Piper, a non-physician. Therefore, Stark is not implicated and the value ($31.25) is not debited against the safe harbor allowance for that year. | p. 28; Ex. 34 |
| Thomas Von UnRug | 4 tickets for Taste of the Bluegrass ($260.00) | 5/2009 | This event was attended only by non-physician staff, therefore Stark is not implicated, and the value of the tickets is not debited against the safe harbor allowance. | p. 27, Ex. 38 |
| Drs. Corales & VonUnrug | $100.00 gift card | 5/2009 | Did not go directly to physician. Expense reimbursement sheet indicates it was for the office. Therefore, Stark is not implicated and this amount is not a debit against the safe harbor allowance for 2009. | p. 27, Ex. 39 |
| Thomas Von UnRug | 2 tickets to Lexington Philharmonic | 12/2009 | Within Safe Harbor | p. 28, Ex. 43 |
| Danilo Corales | Two tickets to Taylor Swift | February 2010 | Within safe harbor. The allegation that Dr. Corales was B-E-G-G-I-N-G for these tickets is based on triple hearsay. According to an email from Lisa Steketee to Ron Evans, Kara Langham was B-E-G-G-I-N-G Lisa Steketee for them because Dr. Corales was allegedly B-E-G-G-I-N-G her for them. (Ex. | p. 28, Ex. 44 |

3

| PHYSICIAN | DESCRIPTION OF GRATUITY | DATE OF GRATUITY | REASON GRATUITY DOES NOT VIOLATE STARK | PAGE & EX. NOS. FROM PARTIAL MSJ |
|---|---|---|---|---|
| | | | 44). | |
| Thomas Von UnRug | 2 tickets to Lexington Philharmonic | 01/2010 | Within safe harbor | p. 28, Ex. 45 |
| Thomas Von UnRug | 2 tickets to Beauty and the Beast | March 2010 | Went to Crystal, who is a non-physician staff member. Therefore Stark is not implicated. | p. 28; Ex. 15 |
| Drs. Corales and Von UnRug | Coaches Night | March 2, 2010 | Attended by Crystal and Piper from "St. Joe." These are non-physician staff, and therefore Stark is not implicated. | p. 28, Ex. 31 |
| Danilo Corales | 4 tickets to Celtic Women | August 2, 2010 | Total value of tickets is $238, which is within Safe Harbor. Because there is no indication which, if any of these 4 tickets were used by Dr. Corales (see Ex. 46), it is not possible to determine how much of this amount is added to the value of the Taylor Swift tickets to determine if Safe Harbor was exceeded in 2010. | p. 28; Ex. 46 |

4

| PHYSICIAN | DESCRIPTION OF GRATUITY | DATE OF GRATUITY | REASON GRATUITY DOES NOT VIOLATE STARK | PAGE & EX. NOS. FROM PARTIAL MSJ |
|---|---|---|---|---|
| Ralph Alvarado | Edible Arrangement fruit basket ($56.00) | 04/2010 | Fruit basket was not to the physician. | p. 29, Ex. 48 |
| Ralph Alvarado | 2 tickets to 1 UK basketball game | 01/2010 | Within safe harbor.  There is also question whether he went to the game or if a non-physician used the tickets | p.29, Ex. 47 |
| Ralph Alvarado | Tickets to Coaches Night | 03/2010 | Within safe harbor. | p. 29, Ex. 31 |
| Ralph Alvarado | Campaign contributions | 2006 and 2010 | Not implicated by Stark and protected as free speech | p. 29; Ex. 49 |
| Gus Bynum | Derby tickets | April 2009 | The value of these tickets does exceed the safe harbor in effect in 2009 ($355.00). | pp. 29-30; Exs; 50-51 |
| Bradford Fine | 2 tickets to 2 UK football games | 10/18/2008 11/08/2008 | Within safe harbor of $338.00 (4 x $40.00=$160.00) | p. 30, Ex. 18 NR0013355 and 13356 |
| Bradford Fine | Year-end gift basket | 12/2008 | Within safe harbor of $338.00.  Gift basket valued at $82.67—brings total for 2008 to $242.67. | p. 30, Ex. 36 |
| John Gilbert | $500 gift certificate | March 2008 | This was provided to Dr. Gilbert in recognition of his service of NRHH's Board. It was well under fair market value for the time he put into his service. | p.31; Ex. 52 |
| John Gilbert | Gift from Artique—purchase price $228.96; gift from Williams Sonoma (no value listed) | February 20, 2009 | This was provided to Dr. Gilbert in recognition of his service of NRHH's Board. It was well under fair market value for the time he put into his service. | p. 31; Exs. 53 and 54 |
| Michael Heilig and Gregory Grau | 2 tickets to Jonas Bros. concert | 03/2009 | Within safe harbor of $355.00.($97.95 per ticket) | p. 31, Ex. 40 |
| Michael Huang | Guest at private Keeneland event | April 2010 | Within safe harbor ($31.25 per ticket) | p. 32, Ex. 32 |
| Michael Huang | 2 tickets to 1 UK football game and to hospitality tent | 11/24/2009 | Within safe harbor. | p.32; Ex. 55 and 56 |

5

| PHYSICIAN | DESCRIPTION OF GRATUITY | DATE OF GRATUITY | REASON GRATUITY DOES NOT VIOLATE STARK | PAGE & EX. NOS. FROM PARTIAL MSJ |
|---|---|---|---|---|
| George Pittman | 2 tickets to Taylor Swift concert` | March 2010 | Within safe harbor. The contention that Dr. Pittman's office requested the tickets is based on triple hearsay. According to an email Lisa Steketee sent Barb Ulrich, Lisa advised that Meridith indicated that someone at Dr. Pittman's office was requesting the tickets. | p. 33; Ex. 13 |
| William Childers | Monthly payments of $1,000 | March, 2006- March, 2007 | These payments related to services Dr. Childers performed for NRHH. They were based upon the value of the service provided, and well within fair market value in the community. | |