**Contribution Total : 12,000.00**                                   **( 1 - 12 of 12 Shown )**

| | |
|---|---|
| HOUSE, LENNIE<br>4707 IRON WORKS RD.<br>GEORGETOWN, KY, 403240000<br>**Employer :** NURSES REGISTRY<br>**Occupation :** HEALTH CARE | INDIVIDUAL Contribution<br>$1,000.00 on 02/19/2004<br>ALVARADO, RALPH for<br>STATE REPRESENTATIVE - 73RD DISTRICT<br>**PRIMARY - 05/18/2004** |
| HOUSE, LENNIE<br>4707 IRON WORKS RD.<br>GEORGETOWN, KY, 403240000<br>**Employer :** NURSES REGISTRY<br>**Occupation :** HEALTH CARE | INDIVIDUAL Contribution<br>$1,000.00 on 06/18/2004<br>ALVARADO, RALPH for<br>STATE REPRESENTATIVE - 73RD DISTRICT<br>**GENERAL - 11/02/2004** |
| HOUSE, LENNIE<br>4707 IRON WORKS RD.<br>GEORGETOWN, KY, 403240000<br>**Employer :** NURSES REGISTRY<br>**Occupation :** HEALTH CARE | INDIVIDUAL Contribution<br>$1,000.00 on 03/20/2006<br>ALVARADO, RALPH for<br>STATE REPRESENTATIVE - 73RD DISTRICT<br>**PRIMARY - 05/16/2006** |
| HOUSE, LENNIE<br>4707 IRON WORKS RD.<br>GEORGETOWN, KY, 403240000<br>**Employer :** NURSES REGISTRY<br>**Occupation :** HEALTH CARE | INDIVIDUAL Contribution<br>$1,000.00 on 08/22/2006<br>ALVARADO, RALPH for<br>STATE REPRESENTATIVE - 73RD DISTRICT<br>**GENERAL - 11/07/2006**<br>AMENDED |
| HOUSE, LENNIE<br>101 VENTURE CT<br>LEXINGTON, KY, 405110000<br>**Employer :** NURSES REGISTRY<br>**Occupation :** CEO | INDIVIDUAL Contribution<br>$1,000.00 on 02/28/2010<br>ALVARADO, RALPH for<br>STATE SENATOR - 28TH DISTRICT<br>**PRIMARY - 05/18/2010** |
| HOUSE, LENNIE<br>101 VENTURE CT<br>LEXINGTON, KY, 405110000<br>**Employer :** NURSES REGISTRY<br>**Occupation :** CEO | INDIVIDUAL Contribution<br>$1,000.00 on 07/09/2010<br>ALVARADO, RALPH for<br>STATE SENATOR - 28TH DISTRICT<br>**GENERAL - 11/02/2010** |
| HOUSE, VICKI<br>4707 IRONWORKS RD.<br>GEORGETOWN, KY, 403240000<br>**Employer :** NR INC.<br>**Occupation :** HEALTH CARE | INDIVIDUAL Contribution<br>$1,000.00 on 02/19/2004<br>ALVARADO, RALPH for<br>STATE REPRESENTATIVE - 73RD DISTRICT<br>**PRIMARY - 05/18/2004** |
| HOUSE, VICKI<br>4707 IRONWORKS RD.<br>GEORGETOWN, KY, 403240000<br>**Employer :** NR INC.<br>**Occupation :** HEALTH CARE | INDIVIDUAL Contribution<br>$1,000.00 on 06/18/2004<br>ALVARADO, RALPH for<br>STATE REPRESENTATIVE - 73RD DISTRICT<br>**GENERAL - 11/02/2004** |
| HOUSE, VICKI<br>4707 IRONWORKS RD.<br>GEORGETOWN, KY, 403240000<br>**Employer :** NR INC.<br>**Occupation :** HEALTH CARE | INDIVIDUAL Contribution<br>$1,000.00 on 03/20/2006<br>ALVARADO, RALPH for<br>STATE REPRESENTATIVE - 73RD DISTRICT<br>**PRIMARY - 05/16/2006** |
| HOUSE, VICKI<br>4707 IRONWORKS RD.<br>GEORGETOWN, KY, 403240000<br>**Employer :** NR INC.<br>**Occupation :** HEALTH CARE | INDIVIDUAL Contribution<br>$1,000.00 on 08/28/2006<br>ALVARADO, RALPH for<br>STATE REPRESENTATIVE - 73RD DISTRICT<br>**GENERAL - 11/07/2006**<br>AMENDED |
| HOUSE, VICKI<br>101 VENTURE CT<br>LEXINGTON, KY, 405110000 | INDIVIDUAL Contribution<br>$1,000.00 on 02/28/2010<br>ALVARADO, RALPH for |

| | |
|---|---|
| **Employer :** NURSES REGISTRY<br>**Occupation :** VICE PRESIDENT | STATE SENATOR - 28TH DISTRICT<br>**PRIMARY - 05/18/2010** |
| HOUSE, VICKI<br>101 VENTURE CT<br>LEXINGTON, KY, 405110000<br>**Employer :** NURSES REGISTRY<br>**Occupation :** VICE PRESIDENT | INDIVIDUAL Contribution<br>$1,000.00 on 07/09/2010<br>ALVARADO, RALPH for<br>STATE SENATOR - 28TH DISTRICT<br>**GENERAL - 11/02/2010** |

Click here to Generate Extract Files

**Kentucky Registry of Election Finance**
140 Walnut Street
Frankfort, Kentucky 40601
Phone: 502.573.2226 FAX: 502.573.5622
Regular Hours of Operation: 8:00 am - 4:30 pm

To return to the Registry's Main Page, click on this link.