

**Page 1**

```
                 UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION
                        LEXINGTON

CIVIL ACTION NO. 08-145-KKC

UNITED STATES OF AMERICA          PLAINTIFFS
ex rel. ALISIA ROBINSON-HILL and
DAVID A. PRICE


V.


NURSES' REGISTRY AND HOME          DEFENDANT
HEALTH CORP.
```

This Deposition under oath, of Nathan Daniels, was taken by me, Brenda Yankey, Court Reporter, Notary Public, State at Large, Kentucky, on July 2, 2014 beginning at approximately 10:00 a.m. at the offices of McBrayer Law Firm, 201 East Main Street, Suite 900, Lexington, Kentucky.

Deposition is taken pursuant to the Federal Rules of Civil Procedure.

```
               Yankey Reporting
            Certification No. 20042128
                 (502) 939-6211
```

**Page 2**

## A P P E A R A N C E S

FOR PLAINTIFF:

PAUL MCCAFFREY, ESQUIRE
260 WEST VINE STREET, SUITE 300
LEXINGTON, KENTUCKY 40507

CHRISTINE CORNDORF, ESQUIRE
260 WEST VINE STREET, SUITE 300
LEXINGTON, KENTUCKY 40507

FOR DEFENDANT:

J. GUTHRIE TRUE, ESQUIRE
TRUE GUARNIERI AYER, LLP
124 WEST CLINTON STREET
FRANKFORT, KENTUCKY 40601
gtrue@truelaw.com

DAVID J. GUARNIERI, Esquire
MCBRAYER LAW FIRM
201 EAST MAIN STREET, SUITE 900
LEXINGTON, KENTUCKY 40507
dguarnieri@mlk.com

MASTEN CHILDERS, II, ESQUIRE
P.O. BOX
LEXINGTON, KENTUCKY 40599
childerslaw@aol.com

ALSO PRESENT

* * * * * * * * * * * * *

PATRICIA ALLRED
VICKIE HOUSE

**Page 3**

## I N D E X

|                          | PAGE(S)  |
|--------------------------|----------|
| PROCEEDINGS:             |          |
| BY MS CORNDORF:          | 4-151    |
| BY MR. TRUE:             | 151-162  |
| BY MR. GUARNIERI:        | 162-167  |
| BY MS. CORNDORF:         | 167-171  |
| REPORTER'S CERTIFICATE   | 172      |

* * * * * * * * * *

## E X H I B I T S

| GOVERNMENT EXHIBIT NO.  1  | 27  |
| GOVERNMENT EXHIBIT NO.  2  | 36  |
| GOVERNMENT EXHIBIT NO. 3   | 43  |
| GOVERNMENT EXHIBIT NO. 4   | 50  |
| GOVERNMENT EXHIBIT NO. 5   | 58  |
| GOVERNMENT EXHIBIT NO. 6   | 64  |
| GOVERNMENT EXHIBIT NO. 7   | 87  |
| GOVERNMENT EXHIBIT NO. 8   | 96  |
| GOVERNMENT EXHIBIT NO. 9   | 124 |
| GOVERNMENT EXHIBIT NO. 10  | 131 |
| GOVERNMENT EXHIBIT NO. 11  | 138 |
| GOVERNMENT EXHIBIT NO. 12  | 147 |

**Page 4**

PROCEEDINGS:  10:00 A.M.

[WHEREUPON, the oath was administered by the court reporter.]

The witness, Nathan Daniels, after first being sworn, was examined as follows:

EXAMINATION

BY MS. CORNDORF:

Q.   Good morning, Mr. Daniels.  I introduced myself before, but again, my name is Christine Corndorf along with my colleague who is here today, Paul McCaffrey.  We represent the United States in its case against Nurses' Registry and Home Health Corporation and Lennie House and Vickie House. Would you please state and spell your first and last name for the record?

A.   Nathan, sorry, Nathan Daniels, N-A-T-H-A-N, D-A-N-I-E-L-S.

Q.   What's your home address please?

A.   214 Rossford Avenue, Fort Thomas, Kentucky.

Q.   I'm sorry, you said Fort Thomas?

A.   Yes.

5

1    Q.  Have you ever given a deposition before?
2    A.  No.
3    Q.  Have you testified in court previously?
4    A.  No.
5    Q.  I'm just going to go over then some
6  ground rules for giving testimony in a deposition.
7  First thing and most important thing to keep in mind
8  is that you're under oath today, which means that
9  you've sworn to tell the truth.  Do you understand
10 that?
11   A.  Yes.
12   Q.  Brenda introduced herself before; she's
13 our court reporter.  She's here taking down
14 everything that we say today and there are some
15 things that we need to do for her benefit.  The
16 first is, I need you to give verbal answers.  Those
17 are the only types of answers she can record.
18 Shakes of the head, expressions like uh-huh, huh-uh,
19 we can't use because it's too hard for her to take
20 down.  Do you understand?
21   A.  I do.
22   Q.  Second, if you don't understand the
23 question today; I'm sure that will happen many
24 times, please let me know and ask me to rephrase it.
25 If you don't do so I'm going to assume that you

6

1  understood the question and can answer that, okay?
2    A.  Okay.
3    Q.  Finally, if you at any point, need to
4  take a break today for any reason, just let me know,
5  but I ask that you answer any question that's
6  pending before we do so.  Do you understand?
7    A.  Okay.
8    Q.  Can you tell me please what you did to
9  prepare for the deposition today?
10   A.  I met with my lawyer, the lawyers here
11 last Thursday.
12   Q.  Did you review any documents?
13   A.  They sent me some documents and I,...
14   Q.  What kind of documents did you review?
15   A.  Some general ledger
16   COURT REPORTER:  You need to speak up a
17 little more.
18   THE WITNESS:  I'm sorry.  Some general
19 ledger-account stuff and pretty much it.
20   Q.  Anything besides general ledgers?
21   A.  Some emails and,...
22   Q.  Did you review the transcripts from
23 other depositions given in this case?
24   A.  No.
25   Q.  Besides the attorneys here today, did

7

1  you speak with anyone else about this deposition?
2    A.  No.
3    Q.  Did you speak to Mr. House?
4    A.  No.
5    Q.  Mrs. House?
6    A.  No.
7    Q.  Any other employee of Nurses' Registry?
8    A.  Oh, our CPA, I'm sorry.
9    Q.  Who is your CPA?
10   A.  Charlene Wilson.
11   Q.  Is she an in-house?
12   A.  Yeah.
13   Q.  What did you discuss with her?
14   A.  Just some general ledger stuff, you
15 know, just to kind of clarify what had happen at the
16 time, I've been with the company for eleven years,
17 so it's kind of hard to remember a lot of the stuff.
18   Q.  I understand.  Today's not a memory test
19 though.
20   A.  Okay.
21   Q.  Anyone else?
22   A.  No.
23   Q.  Let's start by discussing your
24 educational background.  Did you graduate from high
25 school?

8

1    A.  Yes.
2    Q.  What year?
3    A.  Ninety-eight.
4    Q.  Where did you go to high school?
5    A.  Highlands High School.
6    Q.  I'm sorry, Collins?
7    A.  Highlands.
8    Q.  Highlands.
9    A.  High school.
10   Q.  Where is that?
11   A.  Fort Thomas.
12   Q.  What did you do after graduating from
13 high school?
14   A.  Attended University of Kentucky.
15   Q.  What year did you graduate?
16   A.  What year?  2003.
17   Q.  What is your degree in?
18   A.  I have three degrees.
19   Q.  All right.  Fair enough.
20   A.  Bachelors of accounting, management and
21 decision science.
22   Q.  What's decision science?
23   A.  It's like how you can use IT elements
24 like Excel and to help you do things to get reports
25 and technol —

9

1        MR. TRUE:  You're going to have to speak
2  up.  You're speaking way too low.  You've got to
3  speak up.
4        COURT REPORTER:  They have to hear you down
5  there.
6        MS. CORNDORF:  They've got to hear you all
7  the way to the end of the table.
8        THE WITNESS:  Okay.  I have a bachelor of
9  science in accounting, management, and decision
10  science and decision science, as questioned, was
11  about how to use a Excel to help you in running your
12  business or website design, you know, more of the
13  technical end of businesses.
14     Q.  And you said those are Bachelor of
15  Science degrees in all three?
16     A.  Yes.
17     Q.  Did you attend graduate school?
18     A.  No.
19     Q.  Do you have any professional licenses or
20  certifications?
21     A.  No.
22     Q.  So I take it then you are not a CPA?
23     A.  No.
24     Q.  Besides the classes that you took at the
25  University of Kentucky in order to earn your

10

1  Bachelor of Science in accounting degree have you
2  taken other courses in accounting?
3     A.  No.
4     Q.  Any courses in finance?
5     A.  No.
6     Q.  So outside of the courses you took in
7  college, you've not taken anything specific to
8  accounting or finance?
9     A.  Nothing to — to add on to that.
10     Q.  Who's your current employer?
11     A.  Nurses' Registry and Home Health.
12     Q.  I understand that there are multiple
13  Nurses' Registry entities, but if I say Nurses'
14  Registry today can we agree I'm referring to Nurses'
15  Registry and Home Health?
16     A.  Yes.
17     Q.  What's your current title?
18     A.  Accounting manager.
19     Q.  How long have you had that position?
20     A.  Since 2007.
21     Q.  Have you held any other positions at
22  Nurses' Registry?
23     A.  Yes.
24     Q.  Let's start with the job before
25  accounting manager?

11

1     A.  It was a AR or AP coordinator, was the
2  label.
3     Q.  "AP" for accounts payable?
4     A.  Yeah.
5     Q.  How long did you have that position?
6     A.  I held that position since 2003.
7     Q.  Did you have any positions at Nurses'
8  Registry prior to that?
9     A.  No.
10     Q.  Did you start working at Nurses'
11  Registry after graduating from the University of
12  Kentucky?
13     A.  I started working at Nurses' Registry
14  while I was still at UK.
15     Q.  What year did you start —
16     A.  I had one —
17     Q.  I'm sorry?
18     A.  I had one semester remaining.
19     Q.  So the spring of 2003 you began working
20  at Nurses' Registry?
21     A.  July.
22     Q.  July.  Did you start as the AP
23  coordinator?
24     A.  Yes.
25     Q.  What generally were your

12

1  responsibilities when you were the AP coordinator?
2     A.  I was hired in to do the accounts
3  payable for NR respiratory and NR, Inc.
4     Q.  But not NR Home Health?
5     A.  Right.  But I did also bank
6  reconciliations for all the companies at the time.
7     Q.  When you say that you're responsible for
8  accounts payable for those entities, can you be more
9  specific and describe what you were doing?
10     A.  Receive invoices, data entry of
11  invoices, cutting the checks.
12     Q.  In 2007 you testified that you were then
13  moved to the position of accounting manager, was
14  that a promotion?
15     A.  Yes.
16     Q.  Can you describe for me please generally
17  what your responsibilities are as the accounting
18  manager?
19     A.  I provide cash management, I manage the
20  bank reconciliations, the accounts payables,
21  payroll,...
22     Q.  Anything else?
23     A.  That's it.
24     Q.  I have to apologize, I'm not an
25  accountant; I know very little about accounting, so

13

1  some of these questions are possibly going to seem
2  pretty silly to you, but just trying to understand
3  what you do for the company.  So can you describe
4  for me please what you mean by cash management?
5      A.   Analyze cash flows, how much money's
6  coming in and just managing the cash flows, how much
7  money's coming in, how much was going out, you know.
8      MR. TRUE:   You need to have your own law
9  firm don't you.
10     Q.   What about bank reconciliation,
11 reconciliations?
12     A.   We take what has cleared the bank, we
13 clear it in the bank rec, and then add in any
14 transactions you know that aren't probably AP or
15 anything like that, like bank fees, you know, put
16 those in the bank rec and you record them on the
17 general ledger.
18     Q.   When you say "bank rec", what do you
19 mean?
20     A.   Bank reconciliation.
21     Q.   Is that shorthand for that?
22     A.   Yeah, accounting shorthand.
23     Q.   We discussed accounts payable, when you
24 referenced that in connection with your current
25 position, is it being responsible for the same items

14

1  that you were responsible for when you were the
2  accounts payable coordinator?
3      A.   I'm sorry, repeat that?
4      Q.   You said as part of your
5  responsibilities as the accounting manager that you
6  were mainly responsible for accounts payable.
7      A.   I manage several employees, I do
8  accounts payables.
9      Q.   What are the names of those employees?
10     A.   Currently?
11     Q.   Uh-huh.
12     A.   Ryan Winkle and Stacy Reardon.
13     COURT REPORTER:  Beardon or Reardon?
14     THE WITNESS:   Beardon.  No, I'm sorry her
15 name's changed, it's actually Harbison.  She's
16 gotten married.
17 BY MS. CORNDORF:
18     Q.   What did you mean when you said payroll?
19     A.   I managed, you know, you probably want
20 her name too, Stephanie Livingood and just we
21 process all the payroll that comes in, time sheets,
22 reports that we pull for our field staff and
23 anything to do with the payroll end of it, benefits,
24 you know.
25     Q.   Is this for all employees of Nurses'

15

1  Registry Home Health?
2      A.   Yes.
3      Q.   Was that for, do you have these
4  responsibilities for any of the other Nurses'
5  Registry entities?
6      A.   Yes.
7      Q.   Can you list those entities that you're
8  also responsible for?
9      A.   NR Incorporated and NR Respiratory.
10     Q.   And do the responsibilities that you've
11 listed apply to all those entities as well?
12     A.   Yes.
13     Q.   Speaking of your testimony it sounds
14 like Nurses' Registry has an accounting department
15 that had multiple employees?
16     A.   Yes.
17     Q.   You've listed yourself, Ryan Winkle,
18 Stacy Beardon and Stephanie Livingston, does anyone
19 else work in that department?
20     A.   Our in-house CPA.
21     Q.   Charlene Wilson?
22     A.   Yeah.
23     Q.   Anyone else?
24     A.   That's it.
25     Q.   How long has Charlene Wilson been your

16

1  in-house CPA?
2      A.   2006.
3      Q.   Was there an in-house CPA prior to
4  Charlene Wilson?
5      A.   Yes.
6      Q.   Who was that?
7      A.   Bob Beston.
8      COURT REPORTER:   Who?
9      THE WITNESS:   Bob Beston.
10 BY MS. CORNDORF:
11     Q.   How long did Mr. Beston work for Nurses'
12 Registry, if you know?
13     A.   Around two years.
14     Q.   Do you know if there was an individual
15 in that position prior to Mr. Beston?
16     A.   Oh,...
17     Q.   I don't know if your time would have
18 overlapped there —
19     A.   When I came to Nurses' Registry there
20 was no CPA, in-house CPA at the time.  I can't
21 recall if there was and who it was.
22     Q.   Are you familiar with what the in-house
23 CPA does for Nurses' Registry?
24     A.   She does financial statements for the
25 companies, I know she, I've worked with the — we

17

1  have had auditors in the past come in to do
2  financial-statement audits, so she's worked with
3  them, worked with our outside CPA.
4       Q.   Who is your outside CPA?
5       A.   Chuck McGahey.
6       Q.   Does he work independently or is he
7  associated with one office or company?
8       A.   I think it's called Sweitzer & McGahey.
9       Q.   Here in Lexington?
10      A.   Yes.
11      Q.   What does the outside accountant do?
12      A.   I don't know.
13      Q.   Who prepares the company's tax returns?
14      A.   I think, I think Chuck McGahey does.
15      Q.   Did you ever communicate with the
16  outside CPA?
17      A.   Very little.
18      Q.   What kinds of questions might you take
19  to him?
20      A.   (Non-verbal response.)
21           MR. TRUE:   Object to the form.
22           THE WITNESS:   What did he say?
23           MS. CORNDORF:   He said object, you can
24  answer.
25           THE WITNESS:   I don't remember, it's very

18

1  little maybe one question over the past eleven years
2  I've gone to him, so — so small.
3  BY MS. CORNDORF:
4       Q.   What about with Ms. Wilson, do you
5  communicate frequently with her?
6       A.   Daily.
7       Q.   What types of issues do you discuss with
8  her?
9       A.   I work on a daily basis with her with
10  payables and, you know, cash flow management, that's
11  about it for the company.
12      Q.   Who is the supervisor of the accounting
13  department?
14      A.   Lennie House.
15      Q.   Does Nurses' Registry have a CFO?  A
16  chief financial officer?
17      A.   It's not a label given, we just call
18  Charlene our CPA, I don't know if she would be a
19  chief financial officer, that's what I would give
20  her the title, but it's not, she's labeled CPA.
21      Q.   Do you report to Ms. Wilson?
22      A.   Yes.
23      Q.   Do the other employees in the department
24  report to you?
25      A.   Yes.

19

1       Q.   Does the accounting department have any
2  involvement in the billing of insurance companies or
3  patients for services Nurses' Registry has rendered?
4       A.   No.
5       Q.   Which department there is responsible
6  for that?
7       A.   Our billing department.
8       Q.   Does the accounting department have any
9  responsibility for accounts receivable?
10      A.   No.
11      Q.   You said that Ms. Wilson generates
12  financial statements for the company; do you know
13  what kind of financial statements she generates?
14      A.   Balance sheets and income statements,
15  that's all I know, that's all I know that she does.
16      Q.   How frequently does she generate those
17  reports?
18      A.   I would say she does it monthly, she
19  does it on an as needed basis as well, sometimes
20  Lennie wants to see some of them, you know.
21      Q.   Does she regularly generate those
22  reports monthly?
23      A.   Honestly I don't know.
24      Q.   Who does she provide the financial
25  statements to if you know?

20

1       A.   I know Lennie calls down and asks for
2  them sometimes.  I know she's provided it to outside
3  worker firms, you know.
4       Q.   Did she ever print out the financial
5  statements at executive management board meetings or
6  anything like that?
7       A.   We don't have a board like meetings.
8       Q.   Does the accounting department regularly
9  meet to discuss issues?
10      A.   We don't have a regular meeting
11  assigned, a time, but we'll meet, you know, on a
12  daily basis if we have an issue.  Just as-needed.
13      Q.   You mentioned that the company maintains
14  a general ledger, correct?
15      A.   Yes.
16      Q.   To track all the company's transactions,
17  income and expenses?
18      A.   We use accounting software.
19      Q.   What accounting software do you use?
20      A.   It's now called Sage 100.
21      Q.   And that's maintained in house?
22      A.   Yes.
23      Q.   Who within the accounting department is
24  responsible for entering transactions into the
25  general ledger?

21

```
 1       A.   I have the ability to enter transactions
 2  into the general ledger, Stacy Harbison can do it,
 3  but she's really she's focused more on just bank
 4  rec, bank reconciliation items.  I have the ability
 5  to fix a transaction.  Charlene maintains most of
 6  the accounts on the general ledger.
 7       Q.   By that, do you mean that she enters the
 8  majority of transactions into the general ledger?
 9       A.   Well, each of the employees in our
10  department have the ability to create a payroll,
11  which will in turn enter a transaction on the
12  general ledger.
13       They have the ability to create accounts
14  payable which will enter a transaction on the
15  general ledger, but mainly to fix them or change
16  them, you know, I have a little bit of access to fix
17  them.  Charlene maintains the general ledger.  She
18  maintains all the accounts on it.
19       Q.   What do you mean by that, maintains all
20  the accounts?
21       A.   Accruals, she does — she does the
22  accruals, she does the month-end depreciations, she
23  maintains the fixed assets, you know, she does that.
24       Q.   I'd like to talk a little bit about the
25  manner in which Nurses' Registry pays its expenses.
```

22

```
 1  Okay?
 2       A.   Pays it?
 3       Q.   Pays its expenses.  I guess it's a,
 4  you've given me a weird face about a weird
 5  phraseology.
 6       A.   I'm sorry, it's okay.
 7       Q.   Does the company generally keep what
 8  I'll call backup documentation as support for
 9  expenses that have been incurred that are entered
10  into the general ledger?
11       A.   For the majority of the accounts
12  payable, yes.
13       Q.   It is pursuant to a written company
14  policy?
15       A.   I don't know about policy per se.
16       Q.   What kind of doc —
17       A.   It's just normal for accounting to have,
18  you know, documents to support an expense.
19       Q.   I'm sorry for interrupting you there.
20  What kind of documentation would it keep for a given
21  expense?
22       A.   Any kind of receipts, we have an
23  in-house check request policy form where you
24  complete a check request to get a check written and
25  cut.  We have an employee reimbursement process
```

23

```
 1  where if someone spends something we will reimburse
 2  it to them.
 3       You know, any kind of documentation.  Say
 4  it's a hotel charge, you know, was there a
 5  reservation, is there a checkout bill, you know,
 6  whatever we can get we try to get it.
 7       Q.   Is that documentation kept
 8  electronically or hard copy?
 9       A.   It's all hard copy.
10       Q.   Where is it kept?
11       A.   The majority of it's all hard copy.
12  It's kept at our warehouse.  Some of the current
13  years are kept near accounting because when we get
14  into those years for reference to a charge or
15  something, someone asks a question did they do this
16  last year; you know, you like to keep it a year or
17  so near us.
18       Q.   How many years do you keep near you?
19       A.   I think it's probably two.
20       Q.   And the remainder are placed in the
21  warehouse?
22       A.   Yes.
23       Q.   How far back do the warehouse archives
24  go?
25       A.   I don't maintain that.  I don't know.
```

24

```
 1       Q.   But are you aware that those documents
 2  are destroyed after a certain number of years?
 3       A.   I mean that's my impression is that the
 4  warehouse manager does destroy documents every once
 5  in a while; I don't know what's out there.
 6       Q.   Who is the warehouse manager?
 7       A.   Jim Atherton
 8       MR. TRUE:  What was that name again?
 9       THE WITNESS:  Jim.
10       MR. TRUE:     Atherton?
11       THE WITNESS:  Atherton
12  BY MS. CORNDORF:
13       Q.   Have you ever seen a written policy
14  regarding document destruction?
15       A.   No.
16       Q.   Would you think such a policy might
17  exist?
18       A.   I don't know.
19       Q.   Is that a question for Jim?
20       A.   Yeah.
21       Q.   And, I'm sorry, you said that you keep
22  the documents near you in accounting, but I never
23  asked, where is the accounting department located,
24  which of the Nurses' Registry's offices?
25       A.   We're at the 101 Venture Court address.
```

25

```
1      Q.    Who within your office is responsible
2   for collecting the backup documentation for
3   expenses?
4      A.    All of us that do accounts payable can
5   manage it.
6      Q.    Is there anyone that's specifically
7   responsible for filing it away within your office?
8      A.    The accounts payable coordinator Ryan
9   Winkle; she would, she takes in the document, she
10  enters it.  And then I review it to pay it.
11         And then she takes the check, you know, the
12  stub, attaches it to it in the files and at year-end
13  we will correct everything and go through our check
14  history to make sure that what we've got as many
15  documents as we can in the files so we can reference
16  them down the road.
17     Q.    Was the accounting department asked to
18  search for documents that might be responsive to
19  Government's document request?
20     A.    We've provided some documents in the
21  past, to find them.
22     Q.    And did you search the physical files
23  that are located in the Venture-Court office?
24     A.    Yes.
25     Q.    Did you provide those to the attorneys?
```

26

```
1      A.    Yes.
2      Q.    Well, do you know if the documents
3   maintained in the warehouse were searched?
4      A.    Yes.
5      Q.    And those were provided?
6      A.    Yeah, I would say long ago, yeah.
7      Q.    Do you know approximately when that was?
8      A.    I don't know.
9      Q.    Do you think it was years ago, months
10  ago?
11     A.    Probably closer to years ago.
12     Q.    What about electronic records, you said
13  that most documents are kept in hard copy but some
14  are kept electronically.  Which would be kept
15  electronically?
16     A.    For accounts payable end of it the only
17  thing that we really keep electronically is all of
18  our lawyer invoices, that's about it.
19         COURT REPORTER:   What kind of invoices?
20         THE WITNESS:   Lawyer, attorney invoices.
21         COURT REPORTER:   Okay.  Thank you.
22  BY MS. CORNDORF:
23     Q.    Were you asked to search the electronic
24  records that you all maintain as well?
25     A.    I might have done a search on it to see
```

27

```
1   if there was anything out there, but we don't keep a
2   lot of it out there.
3      (WHEREUPON, Exhibit No. 1 marked for identification
4   entered into the record.)
5      Q.    Go ahead and mark our first exhibit
6   please, Brenda.  I'm handing you what we've marked
7   as Exhibit 1 and we'll identify it for the record as
8   a document that's been Bates labeled NR000027
9   through 272.  Just for your purposes what we refer
10  to as the Bates number is the number that gets
11  stamped at the very bottom.
12     A.    Okay.
13     Q.    And at various times today I might
14  reference it just so I'm sure we're on the same
15  physical page.  Do you recognize this document?
16     A.    It looks like a Nurses' Registry Home
17  Health check, do I remember every document that
18  comes through there, no.  And I'm not a person to
19  commemorate things to memory as it is if I can just
20  look it up on the computer, then yes we did it, I'll
21  go find the document if we have it.
22     Q.    Is this a type of backup documentation
23  that would be maintained though to support an
24  expense?
25     A.    Of this expense, yeah.  I mean,
```

28

```
1   something else we've got to have.
2      Q.    So looking at the first page, you
3   mentioned that this appears to be a check.  Whose
4   account is this drawn on?
5      A.    Nurses' Registry and Home Health.
6      Q.    And the accounting department prepares
7   checks?
8      A.    Yes.
9      Q.    Who within the accounting department had
10  the authority to prepare checks?
11     A.    Ryan Winkle and myself and Charlene had
12  the ability to do it if none of us are available.
13     Q.    Why is this check unsigned?
14     A.    Because this is probably a copy before
15  the check was signed.
16     Q.    Is it the accounting department's
17  practice to keep copies of checks before they're
18  signed?
19     A.    Yes, at the time we did quit doing that,
20  you know, we just went to using the stub now.
21     Q.    At what point did you quit doing that?
22     A.    A couple of years ago maybe.
23     Q.    Who has the authority to sign checks on
24  behalf of Nurses' Registry?
25     A.    Lennie House, Charlene Wilson.
```

29

1    Q.   Anyone else?

2    A.   No.

3    Q.   How would the accounting department know

4 who prepared this check?

5    A.   This specific check?  We may have got a

6 request from Lennie or Vickie at the time wanting to

7 do this check request, or, yeah.

8    Q.   How do those requests get communicated

9 to the accounting department?

10   A.   If it's coming from Lennie or Vickie

11 usually it's verbal, you know.  And then we'll get

12 documentation like this, you know, afterwards.

13   Q.   Lennie or Vickie will forward you this

14 type of documentation?

15   A.   Yes.

16   Q.   Turn to the second page, Bates label 271

17 at the bottom.  This appears to be an invitation to

18 this event at the Headley-Whitney Museum.  There is

19 handwriting up in the top right corner.  Do you

20 recognize that handwriting?

21   A.   Yes.

22   Q.   Whose handwriting is that?

23   A.   That's Ryan Winkle's

24   Q.   But the letters RBW are those his

25 initials?

YANKEYREPORTING@YAHOO.COM 502/ 939 -6211

30

1    A.   That is her initials.

2    Q.   Oh, her initials, excuse me.  Very

3 faint, but there also appears to be a date stamp up

4 at the top, do you see that?

5    A.   Yes.

6    Q.   Does that indicate the date on which the

7 accounting department received this documentation?

8    A.   Yeah.

9    Q.   Below that there is a number 6740-560;

10 what does that represent?

11   A.   That's, you know, we have a accounting

12 process to stamp it or put the name, you know, and

13 the account number that we're coding the document

14 to, and then the amount of the document.  So it's

15 easier to reference like when you just pull up the

16 document, which GL account that was put into at the

17 time.

18   Q.   Let me just make sure that I understand.

19   A.   Just at the time.

20   Q.   I'm taking you to say that there is a

21 process within the accounting department when

22 documentation comes in similar to this requesting a

23 check, to mark at the top or stamp it with the

24 individual who receives the request; in this case

25 Ms. Winkle?

YANKEYREPORTING@YAHOO.COM 502/ 939 -6211

31

1    A.   The individual that's putting their

2 initials on the document is the person entering it.

3 And this is —

4    Q.   Entering it where?

5    A.   Into Sage 100.

6    Q.   Okay.

7    A.   And this is the initial part of the

8 accounts-payable process.  So you stamp it, you put

9 the general-ledger-account number, the department

10 number and the amount to the documents.

11   Q.   Okay.  And the general-ledger number,

12 account number is the 6740-560?

13   A.   Yes, at the time that she entered it,

14 that's what it was.

15   Q.   What account is this?

16   A.   I can't recall.  I don't memorize the

17 accounts.

18   Q.   And I believe you testified that the

19 next number, the 1500 is the amount?

20   A.   That's the amount that was credited to

21 this account.

22   Q.   So when Ms. Winkle made these notations

23 on this document it was about the same time that she

24 was entering it into the general-ledger system.  How

25 would Ms. Winkle know to assign or allocate this

YANKEYREPORTING@YAHOO.COM 502/ 939 -6211

32

1 expense to this particular general-ledger account?

2         MR. GUARNIERI:   Object to the form.

3         MS. CORNDORF:   You can answer the

4 question.

5         THE WITNESS:   Oh, okay.  We take the

6 document in hand and then we determine, you know,

7 what the function is, you know, who is attending,

8 and that's how we kind of, you know, for this

9 document we would make that decision before she

10 enters it.  If it changes or something is different

11 then we might adjust the account afterwards, but we

12 don't list the adjustments on here, so,..

13 BY MS. CORNDORF:

14   Q.   Where would those adjustments be listed?

15   A.   It would be listed in GL, but not on

16 this document.

17   Q.   Who specifically within the accounting

18 department makes the decision as to which account to

19 allocate expense?

20   A.   The accounts-payable coordinators are

21 kind of, we get used what comes in to put to which

22 accounts.  I direct them, you know, to what accounts

23 it should be put in.  If I'm not there Charlene does

24 direct them.

25   Q.   Is that decision ever made outside the

YANKEYREPORTING@YAHOO.COM 502/ 939 -6211

33

accounting department?

A. Not normally, very rare.

Q. What kind of rare circumstances would those be?

A. Lennie might call for a check or something that's different than this, you know, but it's very rare. You know, we usually make the decision on where it goes.

Q. There is a notation at the bottom also in handwriting that says, VSH approved and the date 3/31/10. Who is VSH?

A. Vickie House.

Q. What is she approving?

A. I'm assuming she's approving, you know, this attendance of this brunch and Bibelots.

COURT REPORTER: Attending brunch?

THE WITNESS: Brunch and it's,...

MS. CORNDORF: The word is B-I-B-E-L-O-T-S. Why did Mrs. House need to approve this expense?

MR. GUARNIERI: Object to the form. But go ahead and answer.

THE WITNESS: She just wrote on there, but sometimes she approved documents. She set it up I assume, so.

34

BY MS. CORNDORF:

Q. Generally are there certain types of expenses that require Mrs. House's approval?

A. She has at times set up, you know, events and stuff and we attended, the company has attended, and so she's approved it, you know. But she had set it up you know, I'm not going to pay this as you know, we get a lot of spam and literature through the mail, people trying to get us to pay documents. I'm just running it by people to make sure that it's something that we would want for the company,...

Q. Let me turn to the next page, 272, down at the bottom. This appears to be a form that, you know, for lack of a better word I guess order or sponsorship of a table at this event for $1,500 dollars. The name listed are Lennie and Vickie House, correct?

A. The names listed are Lennie and Vickie House.

Q. But Lennie and Vickie House are not personally paying the $1,500 dollars to sponsor the table at the event, correct?

A. That's correct. And as the address says 101 Venture Court, this is our company corporate

35

address.

Q. And the account that the check was drawn on is the account of Nurses' Registry and Home Health Corp, correct?

A. That's correct.

Q. And the expense is allocated to a general ledger account that's the company's, correct?

A. That's correct.

Q. Why then wouldn't Nurses' Registry's name appear as the entity ordering or sponsoring a table?

MR. GUARNIERI: Object to the form.

MS. CORNDORF: You can answer.

THE WITNESS: I — I don't know, you know, sometimes we put Lennie and Vickie House on there you know, nurses' Registry, you know. I'm sure that,...

MR. TRUE: If you know, you know. If you don't, just tell her you don't know.

THE WITNESS: I don't know why that was, but I'm sure that some of the company's employees attended probably; that's why the company paid for it.

BY MS. CORNDORF:

36

Q. Do you recognize the handwriting on this document?

A. I don't know whose that is.

(WHEREUPON, Exhibit No. 2 marked for identification entered into the record.)

Q. Go ahead and set that aside. Go ahead and mark the Exhibit 2.

MR. TRUE: And I don't want to foul up the witness, but I want to clearly note my objection to stop you, because we don't have anything to show the account was faultily allocated in terms of connections. So I will put together a request to object.

BY MS. CORNDORF:

Q. I'm handing you what we've marked as Exhibit 2 and I'll identify it for the record. This is the document that's been Bates labeled NR0000484 through 486. Can you take a look at the first page please? This is another copy of an unsigned check. Who is that check made out to?

A. Debbie May.

Q. Do you know who Debbie May is?

A. She was a prior employee.

Q. What department did she work in?

A. I think she worked for our community

37

```
 1   education department.
 2        Q.   Will you go ahead and turn to the second
 3   page.  Do you recognize this form?
 4        A.   It looks like a Nurses' Registry and
 5   Home Health expense reimbursement form.
 6        Q.   What is this document used for?
 7        A.   If an employee has purchased items then
 8   they're — that's the form we used to obtain expense
 9   reimbursements at the time, to,...
10        COURT REPORTER:   Two thousand?
11        THE WITNESS:   2010.
12   BY MS. CORNDORF:
13        Q.   Does Nurses' Registry still use this
14   form?
15        A.   For some of the employees we've changed
16   how our forms, you know, for — we change every year
17   you know based on, you know, what style of the form.
18        Q.   I see down in the bottom that there's a
19   box that's labeled, For accounting department use
20   only, and it again has, it looks like Ryan Winkle's
21   initials and a date as well as the same general
22   ledger account number that appeared before on the
23   previous document we saw, 6740-560.
24        Again, would this be the type of notations
25   that the accounting department typically makes when
```

38

```
 1   entering a transaction into the general ledger?
 2        A.   Yes, on the initial entering of this
 3   transaction.
 4        Q.   There's also a line for a supervisor to
 5   sign this expense-reimbursement form, correct?
 6        A.   Yes.
 7        Q.   Is a supervisor signature required
 8   before an expense reimbursement form will be
 9   approved?
10        A.   Yes.
11        Q.   The supervisor signing that, is that
12   indicating that the supervisor has indicated his or
13   her approval for payment of reimbursement?
14        A.   Yes.
15        Q.   If that line is not signed will the
16   accounting department pay for the expense
17   reimbursement request?
18        A.   I mean if the person's not there and
19   we're trying to get them reimbursed for it, but we
20   would ultimately want approval from someone.
21        Q.   Kind of diagonal there is also, you'll
22   see a signature, it looks like it might say okay and
23   then a signature.  Do you recognize that signature?
24        A.   Yes.
25        Q.   Whose is that?
```

39

```
 1        A.   It's Lennie's — Lennie House.
 2        Q.   Is it, strike that — is this signature
 3   indicating Mr. House's approval of this expense
 4   reimbursement form?
 5        A.   He obviously he has reviewed it.  Put
 6   his name on it, so he's seen it.
 7        Q.   Does Mr. House typically review expense
 8   reimbursement forms?
 9        A.   He will at times, you know, he's not
10   always in the office, so if something you know comes
11   up and he wants to review it, he will look at it and
12   put his name on it that he looked at it.  The
13   majority of the times he's not, you know, in the
14   office to do so.
15        Q.   Do expense reimbursements require his
16   approval?
17        A.   Not every like I said, he's not in there
18   all the time and so sometimes he will look at them,
19   you know, if someone has put in a expense
20   reimbursement, he'll want to look at it, but not
21   every time.
22        Q.   Will the accounting department pay an
23   expense reimbursement without his approval?
24        A.   Yes.
25        Q.   Are there particular circumstances in
```

40

```
 1   which Mr. House decides he wants to review expense
 2   reimbursement forms?
 3        A.   Not set up as a policy or anything, you
 4   know, just sometimes he will, he doesn't do it all,
 5   do them all.
 6        Q.   Is there a certain amount threshold for
 7   reimbursement that might require his approval?
 8        A.   No.
 9        Q.   Just more or less random?
10        A.   Yeah, it's very infrequent.
11        COURT REPORTER:   Pretty infrequent?
12        THE WITNESS:   Pretty infrequent.
13   BY MS. CORNDORF:
14        Q.   Does Nurses' Registry have a written
15   policy relating to expense reimbursements to
16   employees?
17        A.   I don't think there's a policy per se,
18   you know, there's a process that we have created
19   over the years, but not, not a policy.
20        Q.   Why don't you describe for me that
21   general policy then?  Process?
22        MR. TRUE:  Object to the form of the
23   question.  Go ahead and answer.
24   BY MS. CORNDORF:
25        Q.   I think you testified that there's a
```

41

```
1   general process, can you describe for me please that
2   process?
3        A.   You know, accounts payable process is
4   that what you're asking?
5        Q.   The expense reimbursement.
6        A.   The expense reimbursement.  You know,
7   the person, the employee goes out and buys
8   something, you know, and then they will fill out an
9   expense reimbursement.  And send it to our
10  department after receiving supervisor approval,
11  we'll enter it and we'll pay it to the employees.
12       That's about the gist of the process you
13  know.  Sometimes Lennie will approve them, sometimes
14  he won't, you know, it's just — it's just random.
15  You know if he's in the office and we have one there
16  and if he's signing checks that day he'll look it
17  over and he'll say, attach the form.  You know, he,
18  when Charlene does it she has to put her name on it.
19       Q.   Are there documents that the employee
20  must submit to the accounting department in order to
21  be reimbursed for an expense.
22       A.   Yes, that's the process, you know.
23  They'll submit like a receipt.  If they have any
24  kind of other literature to go with it that's how
25  they get reimbursed.
```

42

```
1        Q.   In what circumstances would the
2   accounting department deny a request for an expense
3   reimbursement from an employee?
4        A.   I guess if it didn't follow company
5   policies, you know, like they didn't have the
6   receipt, you know, I don't know.
7        Q.   You said that the accounting department
8   will deny a request if it's not following company
9   policies and you gave the example of not having a
10  receipt.  Are there other company policies that
11  exist that govern what expense reimbursements get
12  paid and which don't?
13       A.   There's no like written policy, like a
14  process, you know, but there's no written policy on
15  what gets denied and what doesn't.
16       Q.   Are there certain types of expenses that
17  do not get reimbursed?
18       A.   No.
19       Q.   Does the expense have to have some
20  connection to the employee's employment with Nurses'
21  Registry?  Like if the employee went out to dinner
22  with some other employees and submitted it as an
23  expense for reimbursement, would that type of
24  expense be reimbursed by the company?
25            MR. GUARNIERI:   Object to the form.
```

43

```
1            THE WITNESS:   You know I — if, you know,
2   an employee had a meeting, you know, they're
3   spending their work time they would submit
4   documentation, you know, and turn it in as expense
5   reimbursement if it happens.
6            Expense reimbursements happen only in general
7   they — it doesn't happen a whole lot, you know,
8   it's more like a check request type thing, you know,
9   they submit it for approval, a check request, but it
10  does happen.
11  (WHEREUPON, Exhibit No 3 marked for identification
12  entered into the record.)
13       Q.   I'm going to mark this next exhibit,
14  this will be exhibit 3.  This is an email from you
15  to Sandy Bennington and Adam Ulrich dated February
16  9th, 2009, correct?
17       A.   Yes.
18       Q.   Who is Sandy Bennington?
19       A.   At the time she was director of
20  community-ed.
21       Q.   And who's Adam Ulrich?
22       A.   I think he was at the admin, basic
23  admin.
24       Q.   Turn to the second page, the title of
25  the document at the top was, Community education
```

44

```
1   guidelines to follow to get a check.  Did you create
2   that document?
3        A.   I did.
4        Q.   Why did you create it?
5        A.   It's just a document, it's not like a
6   policy or anything, it's just a document to help us
7   to get a check cut to the employees.
8        Q.   To any employee?
9        A.   No, this is just to community-ed.  I do
10  this sort of thing all the time.  I create little
11  process things to help my employees in my
12  department.  This is something that we created to
13  help them you know to get a check cut, you know, and
14  what we required, check stub, receipt, you know, in
15  service report signed off and then,...
16       Q.   If these guidelines are not followed
17  does the accounting department cut the check to
18  reimburse the employee?
19       A.   I would say, yes.
20       Q.   You would say yes they would still cut
21  the check?
22       A.   I would say we would not cut a check.
23       Q.   Okay.  How is this then not a policy?  I
24  guess I'm just trying to understand the distinction
25  in your mind between a policy and this guideline.
```

45

```
1         A.  I guess there's —
2         MR. TRUE:   Object to the form of the
3  question.  Go ahead.
4         THE WITNESS:   — policy written, you know,
5  it's just kind of this is just kind of the thing
6  that we created to help our employees get the
7  documents filled out correctly so we could, you
8  know, get a check cut to them.
9  BY MS. CORNDORF:
10        Q.  Did anyone approve this document before
11 you distributed it to Sandy Bennington?
12        A.  No, this is a creation of my department.
13        Q.  Did you discuss it with Charlene Wilson?
14        A.  No.
15        Q.  Did you discuss it with Mr. House?
16        A.  No.
17        Q.  Mrs. House?
18        A.  No.  This is just a creation of my
19 department to help my employees and those employees
20 to get a check cut.  I do this all the time.  I
21 create this little guideline on how to do, how to
22 receive a deposit from the bank, you know or, you
23 know, just I've crated this, these types of things.
24 I'm kind of like flowcharts, you know, that type
25 thing.
```

YANKEYREPORTING@YAHOO.COM 502/ 939 –6211

46

```
1         Q.  Let's take a look at what's paragraph
2  two next to those two little asterisks.  Would you
3  read that out loud, please?  It starts, Do not use.
4         A.  Do not use the words referral or gift in
5  any of the wording — this will request, the
6  request being returned for not following guidelines.
7         Q.  Why is the guideline a policy to not use
8  the words referral or gift in any of the wording?
9         MR. TRUE:   Object to the form of the
10 question.
11        THE WITNESS:   In this circumstance if we
12 have, you know, they're out there getting checks to
13 take stuff out to doc's offices and,...
14 COURT REPORTER:  Doctor's office?
15        THE WITNESS:   Doctor's office.  So we're not
16 providing a gift to them when they're out there to,
17 it's to help provide or accept the service, you
18 know, to show them to tell them, talk to them about
19 what we do, and how we can help, you know, the
20 community.  It's not a gift.
21        That's what I'm employed from day one, you
22 know, we're not there to provide gifts.  We're there
23 to provide a service.  And we're there to just show
24 them what we have, what we offer, you know.  That's
25 why, you know,...
```

YANKEYREPORTING@YAHOO.COM 502/ 939 –6211

47

```
1  BY MS. CORNDORF:
2         Q.  Who told you that we're not providing
3  gifts?
4         A.  Lennie said we're not there to provide
5  gifts, we're there to provide service.
6         Q.  But, you said, that you did not discuss
7  the creation of this document or this policy with
8  Mr. House?
9         A.  No.
10        Q.  At what point then did he communicate
11 this message to you?
12        A.  Just over time, you know, and I created
13 this over, you know, just to help me help the
14 employees, you know, just to cut the check.  And Lennie
15 just told me over, you know, years of working for
16 the company that you don't provide this, you know,
17 sorry and we're just out there to provide a service,
18 you know, talk about it, that's where it came from,
19 so,...
20        Q.  Were you having a problem with community
21 educators or other employees using the word referral
22 or gift in their expense reimbursement
23 documentation?
24        A.  We had at times some employees, you
25 know, had referenced gift, but that's not what we're
```

YANKEYREPORTING@YAHOO.COM 502/ 939 –6211

48

```
1  there to do.  We're there to provide a service, it's
2  not, just I guess that's a bad connotation of it you
3  know, we're just there to provide a service to the,
4  to doctors.  Using these check requests, they want
5  you to do that.
6         Q.  How does the word gift have a bad
7  connotation?
8         MR. TRUE:   I object to the form of the
9  question.
10        THE WITNESS:   I don't know.  We had
11 compliance meetings every year, you know, it's just
12 not what we're doing there.  We're not providing a
13 gift per se.
14 BY MS. CORNDORF:
15        Q.  If the community educators aren't
16 providing a gift why are they using that word?
17        MR. TRUE:  Object to the form of the
18 question.
19        MR. GUARNIERI:  Objection.
20        MR. CHILDERS:  Objection.
21        THE WITNESS:   I don't know.
22 BY MS. CORNDORF:
23        Q.  Let's go back and take a look at these
24 that we were looking at previously, exhibit 2 the
25 expense reimbursement documentation with
```

YANKEYREPORTING@YAHOO.COM 502/ 939 –6211

49

1  reimbursement to Debbie May.  On the second page
2  listed under explanation of expense it says UK
3  Supplies, states these items were purchased at the
4  Cat Fan Addict.  What's the Cat Fan Addict?  Do you
5  know?
6       A.   I assume it's just another store that
7  provides maybe UK products, I don't know.
8       Q.   What do you think UK supplies means?
9       A.   I know it has several different meanings
10  here in Lexington, you know.
11       Q.   But, would this reimbursement have — go
12  ahead?
13       A.   There's UK, you know University of
14  Kentucky the hospital, there's University of
15  Kentucky Wildcats, you know, there's several
16  different University of Kentucky when you get down
17  to it.
18       Q.   I'm only interested in what the word
19  supplies means.
20       A.   It's just a term, I guess, they use for
21  you know like cookies or something to whatever they
22  take out to these doctor's offices.
23       Q.   You said before though that these
24  community educators are out providing services to
25  physicians, are supplies services?

YANKEYREPORTING@YAHOO.COM 502/ 939 -6211

50

1       A.   What's that, I'm sorry?
2       Q.   I said you testified previously in your
3  explanation about not using the word gift that
4  Nurses' Registry isn't in the business of providing
5  gifts, it's in the business of providing services.
6  So I'm asking if supplies is the same as services?
7       A.   They take, they request stuff to take
8  out to the offices, I guess to help, you know, start
9  the conversation about our services.
10       MR. GUARNIERI:  And again, I would
11  interpose on the record an ongoing objection to this
12  line of questioning, to the extent this witness is
13  being asked to offer testimony that could be asking
14  him to interpret either Stark or the Anti-kickback
15  Statute on what is gift and what is supply and what
16  is anything that is intended to be qualified by any
17  of those statutes.
18       MS. CORNDORF:  I'm not seeking his
19  interpretation of the law, I'm just trying to
20  understand the phraseology that they're using in
21  documentations including in a document that he
22  distributed to the community education department
23  about which words to use and not use.
24  BY MS. CORNDORF:
25       Q.   Would you take a look at the third page

YANKEYREPORTING@YAHOO.COM 502/ 939 -6211

51

1  of the document.  I don't think we've looked at that
2  yet.  It shows copies of the receipts that she
3  submitted in support of her expense reimbursement
4  form.
5       Two of her receipts were for $79.24 and
6  $63.39 and appear to be supporting her purchases at
7  the Cat Fan Addict, those numbers are the same as
8  what she's listed on the expense reimbursement form.
9  Those items are just described as various items.
10       A.   That's the receipt that was given to us
11  from, I guess, generated from the Cat Fan Addict,
12  it's all I have.
13       Q.   When the accounting sees a receipt like
14  this, it's not specific as to what kind of product
15  was purchased, does it go ahead and approve the
16  expense reimbursement request even without knowing
17  what the item was?
18       A.   We have, you know, in the past done so,
19  I mean if it's all we can get the documentation that
20  she's filling out here, you know, and it's approved
21  so.
22       Q.   But is the accounting department not
23  concerned that this might be a gift?
24       MR. TRUE:  Object to the form of the
25  question.

YANKEYREPORTING@YAHOO.COM 502/ 939 -6211

52

1       THE WITNESS:  It's approved by everybody so,
2  you know, I don't know if it— honestly I don't know
3  exactly what item is it, you know.  I don't know.
4  We — we paid this one, you know, obviously we
5  didn't have a list with the exact items.
6       We don't normally get a lot of receipts with
7  exact items on them, they just have a generic
8  receipt, so the exact items, I don't know exactly
9  what, I don't require to know exactly every item
10  that's listed on the receipt.
11  BY MS. CORNDORF:
12       Q.   Why not?
13       A.   I just, I don't know, we just haven't.
14  You know, sometimes receipts are general, you know,
15  like hotel stay, you know.
16       Q.   But does knowing the exact item allow
17  you to distinguish between what is possibly a gift
18  and what is not?
19       A.   I'm just, I don't know I don't make that
20  determination on what's a gift or not, or, we don't
21  do gifts.  We do, we're out there to provide, you
22  know, a service to the community and,...
23       Q.   Well, I understand that.  You've said
24  that multiple times.  I'm not trying to be
25  difficult.  I'm just trying to understand though —

YANKEYREPORTING@YAHOO.COM 502/ 939 -6211

53

```
 1        A.   At times we have not required to be
 2   exact on what is being purchased.
 3        Q.   If Miss May had used the word UK Gift
 4   instead of UK supplies in her explanation of expense
 5   should the accounting have denied that request?
 6        MR. TRUE:   Object to the form of the
 7   question.
 8        THE WITNESS:   I probably would, because
 9   we're not, we're not buying gifts, you know, it's a
10   supply or we're not there,...
11   BY MS. CORNDORF:
12        Q.   But again, no description of what the
13   item purchase actually was on the receipt.  How
14   would the accounting department know whether it's a
15   supply or a gift?
16        A.   I guess, we wouldn't, you know, I don't
17   know.
18        MR. TRUE:   Let me just object to your
19   questions and what you're presupposing this is
20   somehow involved or a gift is somehow inappropriate
21   or somehow ambiguous or somehow involved.
22        (WHEREUPON, Exhibit No. 4 marked for
23   identification and entered into the record.)
24        MS. CORNDORF:   Let's go ahead and mark our
25   next exhibit?
```

54

```
 1        COURT REPORTER:   Number 4.
 2   BY MS. CORNDORF:
 3        Q.   I'm handing you what's been marked as
 4   exhibit 4.  This is an email chain.  I'd like to
 5   draw your attention to the email that appears in the
 6   middle.  The email from you dated October 24th, 2008
 7   to Sandy Bennington and Amy Gray.  Who is Amy Gray?
 8        A.   Amy is an ex-employee.
 9        Q.   What was her position at the time?
10        A.   I don't recall.  She's had several
11   positions with the company and it's changed every
12   year, so I don't recall what she was at the time.
13        Q.   Sandy Bennington at the time was
14   responsible for the —
15        A.   She was director of community ed.
16        Q.   Would you go ahead please and read the
17   first sentence in your email?
18        A.   Due to many attempts of trying to get
19   the community education to correctly document using
20   the guidelines set by Lennie and Medicare from day
21   one.  All expense reimbursements and check requests
22   that make any reference to the words gift or
23   referral source will not be paid by NR.
24        Q.   When you referenced the guidelines set
25   by Lennie and Medicare from day one, what guidelines
```

55

```
 1   are you referring to?
 2        A.   This is a communication I'm just
 3   communicating it straight from what Lennie had told
 4   me that, you know, the guidelines, I guess, of what
 5   is required to document the going into the offices
 6   and stuff.  You know, I don't know what the
 7   guidelines are for and this is a pass-along from
 8   Lennie.
 9        Q.   Lennie asked you to send this email?
10        A.   Well, you know, in conversations with
11   Lennie, you know, the result to send this email.
12        Q.   Did Mr. House describe to you what those
13   guidelines were?
14        A.   I don't know what the guidelines are
15   honestly, I don't know what limits to what there is.
16   I don't know.  Honestly I don't.
17        Q.   This email is repeating the same message
18   correct, that was in the guidelines to get a check
19   document before, which is that check requests or
20   reimbursement that reference the words gift
21   or referral will not be paid.  Correct?
22        MR. GUARNIERI:   Object to the form.
23        THE WITNESS:   With reference to that
24   guideline.
25   BY MS. CORNDORF:
```

56

```
 1        Q.   And these are prohibitions on the use of
 2   those words, correct?
 3        Q.   Prohibitions?
 4        A.   They are saying don't do it, right?
 5   Using those words, do not use the words gift or
 6   referral source?
 7        A.   Yeah, it says don't use those words.
 8   And like I said it's, all that was created, you
 9   know, because that's not what we're out there for,
10   not providing gifts for referral or anything, we're
11   just out there, you know, just to talk about our
12   services.
13        Q.   Well, then why not say in both the
14   guidelines to get a check or this email where you're
15   repeating that message, do not provide gifts?
16        MR. TRUE:   Object to the form of the
17   question.
18        MS. CORNDORF:   Instead, you're saying do
19   not use the word gift.  Why not be more clear and
20   say do not be out there giving gifts, because that's
21   not what we're as a company doing.
22        MR. TRUE:   Object to the form of the
23   question.
24        THE WITNESS:   I don't know.  I just I was
25   repeating what I'd been told to do.  To send you
```

1  know communication across based on, you know, how we
2  set things up here, so,...
3  BY MS. CORNDORF:
4      Q.   Do you recall a conversation you had
5  with Mr. House about the need to send out this
6  email?
7      A.   I don't recall this conversation, you
8  know, I've worked for the company a long time.
9  He's, he's communicated that across several times
10 over the years, you know, we're not in the business
11 of providing a gift or anything, we're in the
12 business of providing service to the community, so
13 that's what was communicated across.
14     Q.   Do you think you've had multiple
15 conversations with Mr. House about this issue?
16     A.   Probably several.
17     Q.   But he's never asked you to send out an
18 email to the community education department saying
19 stop giving gifts?
20     A.   I don't recall.
21     Q.   Instead the message has been stop using
22 that word in your expense reimbursement
23 documentation?
24     A.   Right.
25          MS. CORNDORF:   We've been going about an

1  hour, do you mind if we take a quick break?
2          THE WITNESS:   Sure you're running the show
3  right?
4          (WHEREUPON, a short break is taken.)
5
6                      EXAMINATION
7  BY MS. CORNDORF:
8          (WHEREUPON, Exhibit 5 marked for
9  identification entered into the record.)
10     Q.   Okay.  We're back on the record.  I
11 asked Brenda to please mark our next exhibit, which
12 is going to be Exhibit 5.  And we're handing you
13 what's been marked as exhibit 5.  For the record, it
14 is going to be labeled NR-0001471 through 75.  The
15 first page of this is another example of an unsigned
16 check drawn on the Nurses' Registry and Home Health
17 account.  Who is the check payable to, please?
18     A.   Looks like Capital One Bank.
19     Q.   Do you know if Nurses' Registry has a
20 Capital One Bank card?
21     A.   No.
22     Q.   No, it does not or no you don't know?
23     A.   No, we don't.
24     Q.   Do you know whose Capital One Bank card
25 this is?

1      A.   Just from viewing the document here,
2  first page, no.
3      Q.   Did you flip through the entire set of
4  backup documentation?
5          MR. TRUE:   I'm sorry, the question is
6  what?
7          MS. CORNDORF:   Whose Capital One Bank card
8  is this?
9          THE WITNESS:   I don't see a reference to
10 whose card it is.
11 BY MS. CORNDORF:
12     Q.   Would you flip please to page 1472?
13 Second page in this pack.  Who documented this?
14     A.   A check request form that we use to, for
15 people to request a check.
16     Q.   Would you describe for me please the
17 process by which employees of Nurses' Registry can
18 request a check from the accounting department?
19     A.   This is the formalized process, you
20 know, you request a check cut.
21     Q.   Is the only thing that the process
22 requests is this check request form?
23     A.   We would like to have any kind of
24 documentation to support the document.  Receipts,
25 you know, any kind of document that would help us

1  put this document together, you know, to get it
2  paid.
3      Q.   Up in the top right hand corner there
4  are some handwritten notations.  Again we see the
5  stamp, and that's the accounting department stamp,
6  correct?
7      A.   That is our stamp.  One of them.
8      Q.   Next to the word enter there are the
9  initials "DG" whose initials are those?
10     A.   Debbie Graham.
11     Q.   Is Debbie Graham a current employee of
12 the accounting department?
13     A.   No.
14     Q.   What period did Debbie Graham work in?
15     A.   I don't recall.
16     Q.   Do you think it was within the last few
17 years?
18     A.   No, I believe she left more than two
19 years ago, three or four.
20     Q.   There is a notation within the box, the
21 numbers 6740-560.  And that's to generalize your
22 account number?
23     A.   Yes.
24     Q.   Your testimony is that you do not recall
25 which?

61

```
1        A.   I don't recall exactly which one it is.
2   I don't recall 6740.  I know like our general bank
3   account number, because I deal with that all the
4   time, like 1010, general bank account number, but
5   these I don't commemorate to memory because I can
6   look them up.
7        Q.   The next number listed here in the box
8   is 2700-000.  Do you know what account that is?
9        A.   Yeah.
10       Q.   What account is it?
11       A.   That is the account set up for Lennie
12  and Vickie's distributions.
13       Q.   I'm sorry you said distributions?
14       A.   Yeah.
15       Q.   What's a distribution?
16       A.   Like a personal expense or, you know,
17  Lennie might call for a check to be cut, that's
18  recorded there, you know.
19       Q.   Why would the $53.96 be allocated to
20  that account?
21            MR. GUARNIERI:  Object to the form.
22            MR. GUARNIERI:   Join that.
23            THE WITNESS:  If it was a personal
24  expense you know, on credit card receipt.
25  BY MS. CORNDORF:
```

62

```
1        Q.   Who makes the determination that it's a
2   personal expense?
3        A.   We do most of the time, you know.  If we
4   don't have any documentation to support it and it
5   seems like it's a personal expense, you know, we
6   would cut it to personal.
7        Q.   You have documentation here, correct?
8   There is a receipt of $53.96 from Joseph Bath, which
9   is a bookstore?
10       A.   Sure.
11       Q.   Would you have evaluated this receipt to
12  make the determination about this personal expense?
13       A.   Yeah, we put it to personal expense,
14  seemed like it at the time that was a personal
15  expense.  If it becomes a company expense down the
16  road we'd put it that way to get the check cut.  You
17  know, it might have changed, I don't know.
18       Q.   If it's a personal expense why is
19  Nurses' Registry paying it?
20            MR. GUARNIERI::  Let's — let me either
21  answer the question or enter an objection, are you
22  talking about specifically this form, because if so
23  I don't know if he testified the agency or are you
24  talking about in general?
25            MS. CORNDORF:  I'm talking about
```

63

```
1   generally.
2            THE WITNESS:   I'm sorry, where are we at?
3            MS. CORNDORF:   You testified that the 2700
4   code is set up for personal expense of Lennie and
5   Vickie house.
6            THE WITNESS:   Yes.
7   BY MS. CORNDORF:
8        Q.   I'm asking if these expenses are
9   considered personal expenses why is the company
10  paying?
11       A.   Sometimes the company has paid for some
12  of their personal expenses, you know, and we've cut
13  it to a distribution account.  I don't know why we
14  run them through there, it's just, you know, where
15  we put them.
16       Q.   At the top of this document there is a
17  handwritten notation NRH.
18       A.   Why is that notation appearing there?
19            MR. TRUE:  Object to the form.
20            THE WITNESS:   It's a — they wrote it
21  there to designate for Nurses' Registry and Home
22  Health.
23       Q.   Who is "they"?
24       A.   I would say our accounts payable
25  coordinator at the time, looks like Debbie Graham
```

64

```
1   would have put it on there to signify that Home
2   Health should pay for this check request.
3        Q.   As opposed to one of the other Nurses'
4   Registry entities?  Like Nurses' Registry Inc.?
5        A.   Yeah.  Correct.
6   (WHEREUPON, Exhibit 6 marked for identification
7   entered into the record.)
8        Q.   Let's put this aside and get our next
9   exhibit.  I'm handing you what's been marked as
10  Exhibit 6.  Bates number at the bottom is House
11  Financial 1 through 21.  Do you recognize this
12  document?
13       A.   It looks like a general-ledger report
14  for 2004.  I recognize it.
15            MR. TRUE:  Just let me note for the record
16  that this is subject to a special protective order
17  so it shouldn't show up in the public record as a
18  document.
19            MS. CORNDORF:  Yes.
20            MR. TRUE:  Go ahead.
21  BY MS. CORNDORF:
22       Q.   What information is this general ledger
23  detailed report reporting?
24       A.   Expenses or items that were coded to the
25  2700 account, which is the distribution account.
```

65

```
1        Q.   So is the report listing the
2   transactions that were allocated to the 2700 report?
3        A.   2700 and GL account, yeah.
4        Q.   The very top of the page underneath the
5   various columns, under comments, says, Notes payable
6   dash L. House, correct?
7        A.   That's what it says?
8        Q.   Is that a description of the 2700
9   account?
10       A.   That's a description of the 2700 account
11  in Sage 100.
12       MR. TRUE:   I'm sorry, you've got to speak
13  up I can't hear you.
14       THE WITNESS:   I'm sorry, that's a
15  description of the account that is listed in Sage
16  100.
17  BY MS. CORNDORF:
18       Q.   You've been using the phrase however, or
19  describing it as, the distribution account?
20       A.   That's where we code stuff that, you
21  know, is personal expenses to Lennie and Vickie.
22       Q.   What's a note payable?
23       A.   It's a payment, you know, obligation to
24  pay something.
25       Q.   So were the transactions allocated to
```

66

```
1   this account a payment obligation?
2        MR. GUARNIERI:   I'm going to object until
3   more of a foundation is laid as to this witness's
4   knowledge of this particular document; I'm going to
5   object to the form of any question asking about the
6   details of this document.
7        MS. CORNDORF:   He said he recognized the
8   document and he's familiar with the general-ledger
9   system, I think that's sufficient foundation.
10       MR. GUARNIERI:   I don't know that he said he
11  recognized the document.  He very well may.  I don't
12  know that those questions were asked of him.
13       MS. CORNDORF:   Have you seen this specific
14  document before?
15       The witness:   This document?  I was shown,
16  we can run a GL detail all the time, so when you run
17  them you know to see -- to reconcile our bank
18  accounts and so this is a GL detail of the 2700
19  account.
20  BY MS. CORNDORF:
21       Q.   Have you ever run a GL detail report on
22  the 2700 account before?
23       A.   Maybe a couple of times.
24       Q.   Have you seen this specific document
25  before?
```

67

```
1        A.   Yes.  Any time I can run a report for a
2   GL detail.  How it was set up 2700 I don't know.
3   That was how it was set up you know when I was hired
4   in very brand new in 2003 or four.  You know, that's
5   just how it was set up for our GL in our accounting
6   system.  And that's where we've put it all the time,
7   you know.
8        Q.   Who gave you the instruction about what
9   transactions would get coded to the 2700 account?
10       A.   The exact person, I mean, this account's
11  been going on for a long time.  It was probably the
12  manager at the time, you know, back in 2003, 2004,
13  maybe 2005; I don't know when this was created.  I
14  didn't create this account.
15       Q.   The manager of the accounting
16  department?
17       A.   Yeah, maybe the manager of the
18  accounting department or maybe the CPA, you know, at
19  the time who created the account.
20       Q.   Did that individual give you any
21  parameters as to what types of transactions or
22  expenses would get coded to this account?
23       MR. TRUE:   Object to the form.
24       A.   Just like distributions, you know, just
25  a record.  It's like a placeholder for like the
```

68

```
1   distributions and like personal expenses.
2        Q.   I'm sorry I think I asked you this
3   before, but I'm still not understanding.  What do
4   you mean by distribution?  You keep using that word.
5        A.   Like, Lennie will ask you know call up
6   and say, "Hey I need some money."  And that's where
7   we code it from the company.
8        Q.   So when Lennie calls up and says, I need
9   some money, you consider that to be a distribution?
10       A.   Yeah.
11       Q.   And it gets coded to the 2700 account?
12       A.   Yeah.
13       Q.   The 2700 account though has been titled
14  Notes Payable, which you said is an obligation to
15  the company?
16       A.   I said that that's the description of
17  the account.
18       Q.   Is your understanding though that these
19  transactions that are entered here in this account
20  create an obligation to the company?
21       A.   We were just told to put it there for
22  his distributions and expenses.  You know.  I don't
23  do his personal financial returns, I don't do the
24  company financial returns, that's where we put it,
25  that's all I knew, I make it happen, that's it.
```

69

1    Q.   So is your understanding that the
2   various transactions that are listed here within the
3   2700 account are funds that Mr. House owes to the
4   company?
5    A.   I don't know.  That's not my expertise.
6    Q.   So you have no understanding whatsoever?
7    A.   No.  I don't know how it runs like
8   financial statement wise and tax return, I don't
9   know, I'm sorry.
10   COURT REPORTER:   What you just said you have
11  to repeat it.
12   THE WITNESS:   I don't know how it relates to
13  financial statements or tax returns how — they how
14  Chuck McGahey, you know, may be pick it up.  I don't
15  know.  We were just told to put it there.
16   Q.   Okay.
17   A.   And that's been going on for a long
18  time.
19   Q.   So you said the types of transactions
20  that you would enter in using this 2700 account
21  would be when Mr. House calls up and asks that a
22  check be issued?
23   A.   Yes.
24   Q.   Would Mrs. House call and ask that
25  checks be issued?  And then allocated to this

YANKEYREPORTING@YAHOO.COM 502/ 939 -6211

70

1   account?
2    A.   She has requested checks before.
3    Q.   What about Lindsey House?
4    A.   I don't think Lindsey House would go in
5   here.
6    Q.   Just take a step back generally and take
7   a closer look at this document.  I was hoping that
8   you could explain to me what these columns
9   represent.  I think that period and date is pretty
10  self-explanatory, but the column for journal — what
11  information gets recorded in this column?
12   A.   That column will show where the posting
13  has come from, like accounts payable, like AP  is
14  accounts payable a check has been cut and the
15  register will put that there in reference to the
16  journal, okay?  So that's what that column is for,
17  is to reference the journal.
18   Q.   What about the debit column?  What
19  entries get reflected here?
20   A.   The amount you know of the transaction.
21   Q.   The amount of funds that are going to
22  say Mr. House?
23   A.   Whatever the transaction is.
24   Q.   But it's money that's going out of the
25  company?

YANKEYREPORTING@YAHOO.COM 502/ 939 -6211

71

1    A.   For the 2700 account yes.
2    Q.   What about the column for credit?
3    A.   Credit is, you know, if there's an
4   adjustment, looks like, you know, to the account.
5    Q.   So an adjustment is one example.
6   Anything else that we can enter in the credit
7   column?
8    A.   I don't know, we mainly just do the
9   debits and take care of the credits you see, unless
10  it's like we received some cash back or something,
11  you know.
12   Q.   Right.  So I see there's an entry on
13  August 5th, 2004, the comment is cash received and
14  it shows a credit of $20,000 dollars?
15   A.   Yeah, it looks like we recorded it
16  through the cash received module and the journal for
17  cash receipts posted $20,000 dollars.  Lennie — it
18  may have been a reimburse no, looks like — I don't
19  know what that transaction is.  I guess it's money
20  back that we've received from somewhere.
21   Q.   Would the company have maintained any
22  documentation for each of these transactions, like
23  the backup documentation that we've been discussing
24  previously?
25   A.   We don't get a lot of the documentation

YANKEYREPORTING@YAHOO.COM 502/ 939 -6211

72

1   for these accounts, this account.
2    Q.   For this account specifically?
3    A.   You know, it's mainly distributions, you
4   know, from the company.  Sometimes we do get some
5   documents for it, but not very many.
6    Q.   How would we then be able to determine
7   where the $20,000 dollar cash receipt came from?
8    A.   Might be a deposit book, you know.
9    Q.   But there's not set of files that are
10  the documents that back up the transactions that
11  were entered on the general ledger and allocated to
12  this account?
13   A.   They'd be spread out through all these
14  different various things here.  It's like cash
15  receipts would be in like our deposit books,
16  accounts payable would be in our AP files and spread
17  out.
18   Q.   Let's take a look at the comments
19  column.  What information is typically recorded
20  within the comments field?
21   A.   It looks like the department number, the
22  AP vendor and then the vendor number and then the
23  date I guess — or invoice number maybe, and just a
24  comment of the check or whatever.
25   Q.   Okay.  Let's just take a look at an

YANKEYREPORTING@YAHOO.COM 502/ 939 -6211

73

1  example, so I can piece, parse out each of those
2  pieces.
3      A.  Sure.
4      Q.  Let's just look at the entry for March
5  22nd 2004.  The comment reads 00LGHouse040322 and
6  then the word "loan" and loan again.
7      A.  Uh-huh.
8      Q.  So that first part, 00LGHouse, what does
9  that represent?
10      A.  The department, you know, division code
11  for the AP and the vendor code.
12      Q.  The department code is the 00?
13      A.  Yeah, like the division, accounts
14  payable we have it set up for divisions and at the
15  time here, our accounts payable didn't have the
16  divisions and over the years we've created the
17  divisions to set them up, you know, and that's the
18  00 is just what the division code is.
19      Q.  Could you give me an example of another
20  division?
21      A.  Currently?
22      Q.  Uh-huh.
23      A.  A 1 is our rents division.  But that's
24  current stuff.  This is from 2004.
25      Q.  Right, I understand, I'm just trying to

74

1  make sure I understand.
2      A.  Yeah, so.
3      Q.  And the rents division would be for the
4  payment of rent?
5      A.  Taxes, I'm sorry, 1 is taxes.
6      Q.  And that would indicate that division is
7  to indicate payment of taxes?
8      A.  Right.
9      Q.  So the second part was vendor?
10      A.  Vendor code, yeah.
11      Q.  So vendor code here is LG House?
12      A.  Uh-huh.
13      Q.  For Mr. House?
14      A.  Uh-huh.  Yes.
15      Q.  And then the 40322 you said was the
16  date?
17      A.  You know, I assume it's a date, I don't
18  know exactly, I don't analyze these on a level basis
19  like we're sitting here.  I know in general what
20  everything is.  If I could pull up the, in Sage and
21  find it, then I could tell you exactly what it is,
22  but I don't know exactly what that is.
23      Q.  Looks like the date though, right?
24  Because we're talking about March 22nd, 2004 where
25  those same digits appear?

75

1      A.  Yeah.
2      Q.  What about loan — loan?
3      A.  I guess that's the, one of them is the
4  comment of the check.  I don't know what the other
5  one is, the second one.
6      Q.  Who enters this information into the
7  comment field?
8      A.  The AP coordinator would enter those,
9  information in.
10      Q.  Each of these pieces or do some
11  auto-populate?
12      A.  The first part, the division code and
13  the vendor code are auto-populated I would say, or
14  that's what we use, it just pulls from where we
15  write the check at and then the comment is, you
16  know, what they enter, you know.  They enter the
17  invoice number, you know.
18      Q.  Who is the "they"?
19      A.  Our accounts payable coordinator.
20      Q.  Let's look to another example on how,
21  the page that says House Financial 12, please.  Take
22  a look at the transaction that's dated 6/25/2009 in
23  the comments field.
24      A.  There are several transactions on 6/25.
25      Q.  I'm sorry the one for $17,500 dollars.

76

1      A.  Okay.
2      Q.  So if I'm understanding your testimony
3  correctly, the 00LGHouse that is auto-populated?  Or
4  does somebody physically type that in?
5      A.  When they enter the invoice to date the
6  check?
7      Q.  Yes.
8      A.  You search for the vendor and you find
9  it and you enter, and you enter the invoice date and
10  the invoice number and then the amount and the
11  comment.
12      Q.  Okay.  The comment here is radar for
13  plane?
14      A.  Uh-huh.
15      Q.  Would one of the accounts payable
16  coordinators within the accounting department enter
17  that text into the general-ledger system?
18      A.  Yes.
19      Q.  How would the accounting department
20  individual know that this was for radar for plane?
21      A.  Sometimes Lennie calls and tells us what
22  it is and, you know, you put it on there for
23  sometimes just to put it on the comments, but you
24  know,...
25      Q.  Because it appears that sometimes there

77

1  are specific comments like this one, radar for plane
2  —
3       A.   Right.
4       Q.   — in this example.  But in others, the
5  example we looked at first, it doesn't say what type
6  loan.
7       A.   And honest, honestly I don't know if
8  they buy radar for the plane, that's what he was
9  just talking about when he was calling to get a
10 check.  You know, he could have spent it on whatever
11 he wanted personally, you know, that's just what he
12 was saying, Hey I've got this to do and, you know,
13 it could have only cost a hundred bucks, but he got
14 on that day he took $17,500.
15      Q.   The accounting department didn't attempt
16 to determine what the money was being spent on so it
17 could enter that into the comments field in the
18 general ledger?
19      A.   No.  We don't, it, ninety-nine point
20 nine percent of this, you know, we don't know what,
21 most of the time we don't know what is being
22 purchased.  He's calling up and saying, you know,
23 I've got a radar for the plane that I need to buy,
24 you know, do, and so we put it on there.  And what
25 he spends it on I don't know.

YANKEYREPORTING@YAHOO.COM 502/ 939 -6211

78

1       Q.   Why sometimes though does the accounting
2  department include those types of comments and other
3  times doesn't?
4       A.   I don't know, I can't explain it, we
5  have at times we've recorded it.  If we know, you
6  know at times if we know what it was we put it on
7  there.  There's no real specific why.  I guess we
8  should never have you know?  But we had.
9       Q.   On many of these entries the word "loan"
10 appears, but I think you've testified that your
11 understanding of this account is that these
12 transactions are not loans?
13      A.   Correct.
14      Q.   Why then does the word loan appear on
15 almost all of them?
16      A.   When this account was set up back when I
17 was first hired, that's what we were told to you,
18 you know, put on the comments section, you know.  The
19 2700 account, put it to 2700 and just put that on
20 the check, that's all I know on there.
21      Q.   But even though the word loan appears,
22 there is no documentation reflecting that these
23 transactions are loans, never see promissory notes
24 or,...
25      A.   Right.

YANKEYREPORTING@YAHOO.COM 502/ 939 -6211

79

1       Q.   You described this a little bit, but I
2  want to drill down on it more.  Can you describe to
3  me the process by which these payments are made to
4  Mr. House?
5       You've described receiving phone calls from
6  Mr. House asking for, you know, let's take the one
7  we were looking at from June 25th, 2009, the $17,500
8  dollars that may be related to radar for the plane.
9  Was it Mr. House's practice to pick up the phone and
10 call the accounting department and say hey, cut me
11 this check?
12      A.   That's correct, you know.
13      Q.   And then the check gets cut?
14      A.   Right.  Yes.
15      Q.   Is there any other approval process
16 that's involved?
17      A.   No.
18      Q.   Any documentation that's created?
19      A.   No.
20      Q.   It's just entered into the general
21 ledger and the check is generated?
22      A.   Right.
23      Q.   Are there other ways in which the
24 requests for these types of funds be made other than
25 phone calls from Mr. House?

YANKEYREPORTING@YAHOO.COM 502/ 939 -6211

80

1       A.   Over the years sometimes he has, he has
2  a personal credit card, well, I'm sorry, it's a
3  company credit card in his name, and we've allocated
4  from that.  You know, personal expenses and stuff.
5       Q.   Okay.  Well, we'll talk about that
6  further.
7       A.   I'm sure we will.
8       Q.   Think on the previous document that we
9  were looking at, exhibit 5, the Capital One Bank
10 account, there was a check request form from Mrs.
11 House and we saw that part of that bill got
12 allocated to the 2700 account.  So this, I assume
13 would be another way that transactions would get
14 entered here?
15      A.   Right.  We'll get a check request and
16 we'll see on there, you know, if the majority of the
17 item was a company expense and we saw on there that
18 she was wanting us to pay the whole item so we'd put
19 it to their personal expense, you know, because it
20 wasn't company related.  Because the company, we
21 want, you know, we want just to document what the
22 company purchases are, you know that's a personal
23 expense.
24      Q.   But items that are not company purchases
25 although they're being used, although company funds

YANKEYREPORTING@YAHOO.COM 502/ 939 -6211

81

1 were being used to purchase those items they get
2 allocated to the 2700 account if the accounting
3 department determines them to be personal expenses?
4   A. Right.
5   Q. Just look to the last page please, Bates
6 labeled Financial 21 and take a look at the last
7 transaction that's listed here, dated December 31st,
8 2011.  The journal is JG, is that for General
9 Journal entry?
10   A. That's correct.
11   Q. What kind of transactions were
12 considered general journal entry transactions?
13   A. Transactions outside of like the
14 payables process and correcting entries, you know,
15 and it says re-class tax payments or distributions.
16   Q. What does that mean?
17   A. I don't know.  I don't do the most of
18 the general-journal entries.  I just do the basic
19 corrections like to the payables if like we have a
20 cash receipt and it needs to go a certain way
21 Charlene does the general journals.  Especially,
22 especially year end stuff and,...
23   Q. Had you seen this entry in the general
24 ledger before?
25   A. I see a lot of general-journal entries

82

1 looking up details for my payables and stuff so
2 that's not, that's normal to see journal entries.
3   Q. Well, right; this one is though showing
4 a credit for over $20 million dollars.
5   A. Uh-huh.
6   Q. I mean that's a fairly large
7 transaction, would you agree?
8   A. Yes.
9   Q. Is that one that you had noticed
10 previously?
11   A. Specifically going out there and looking
12 for a $20 million dollar transaction, you know, I
13 don't pull on a regular basis the 2700 account so
14 I'm mainly in the payables section, and cash
15 receipts and payroll entries if we have a error, a
16 check misprints and it's coded to the wrong areas,
17 that's my expertise.  This general-journal entry I
18 wouldn't make a $20 million dollar general journal
19 entry.
20   Q. You believe that it was likely Charlene
21 Wilson who did so?
22   A. I assume she would. In 2011 she was
23 there at the time.  I don't do those entries.
24   Q. Does Charlene Wilson still work there?
25   A. Yes.

83

1   Q. Are you familiar though with the phrase
2 re-class tax payments?
3   A. I don't know exactly what it is.  She
4 handles the financial statements and stuff, so.
5   Q. This credit is in the same amount as the
6 previous ending balance in this account, correct?
7   A. Yes.
8   Q. So entering this transaction to the
9 general ledger left an ending balance on the 2700
10 account of zero?
11   A. Yes.
12   Q. Why would an account be zeroed out like
13 that?
14   MR. TRUE:  Object to the form.
15   THE WITNESS:  It would be normal, you know,
16 year-end practices to zero out accounts.  I don't
17 know. I don't maintain the 2700 account.
18 BY MS. CORNDORF:
19   Q. Who maintains the 2700 account?
20   A. Charlene Wilson.
21   Q. But other individuals within the
22 accounting department are able to enter
23 transactions, which get allocated to the 2700
24 account?
25   A. We can use, we can use modules that will

84

1 post to the general-ledger account, okay?
2   Q. Uh-huh.
3   A. There's no module that my employees in
4 my department can post to and make a direct entry
5 like this.
6   Q. A direct general-journal entry like
7 this?
8   A. Now one of my employees can do general
9 journal entries but she is limited to the cash
10 account or bank fees, you know.
11   Q. When you say that Ms. Wilson, you said
12 "manages" this account, what does that mean?
13   A. Yeah, she will, I guess she will take
14 this account and based on maybe to prepare for
15 financial statements, I don't know, I — I, it's
16 really out of my realm.
17   Q. But this entry is not reflecting that
18 Mr. House paid back the $20 million dollars and
19 change, correct?
20   MR. GUARNIERI:  I'm going to object; he
21 says he's not familiar with that entry.
22   MS. CORNDORF:  But he's familiar generally
23 with the manner in which transactions are entered.
24 He testified previously with regard to the August
25 5th, 2004 transaction that cash receipt of $20,000

85

1 dollars, that the "CR" indicated that that was an
2 income of funds.  And he's also testified that he
3 manages cash flow, so I think he has sufficient
4 knowledge to testify as to whether or not this
5 credit was a result of incoming funds or not.
6        THE WITNESS:   Yeah, like I said, it's not a
7 cash receipt so there was no real funds exchanged.
8 Now if it's on the financial statement end of it,
9 how that was handled, I don't know.  That may be
10 just an adjusting entry that was created, you know,
11 I don't know honestly.
12 BY MS. CORNDORF:
13        Q.   But if it was a cash receipt more likely
14 that not,
15        A.   It would come under CR.
16        Q.   Correctly accounting would be the CR.
17 Are there other journal codes that reflect the
18 receipt of funds besides CR?
19        A.   If a wire transfer happens, it might
20 happen through a general-journal entry.
21        Q.   Why don't you flip to House Financial 2;
22 oh wait, no I'm sorry — I thought I had an example
23 of the wire.
24        A.   Oh, too bad.
25        Q.   Do you know if Nurses' Registry charges

86

1 interest to Mr. House for any of these payments that
2 it makes on his behalf?
3        A.   I don't know.  Interest payments,
4 like,...
5        Q.   Do they charge interest?
6        A.   I don't know.  I've never seen anything.
7        MR. TRUE:  Object of the form of the
8 question; it assumes facts that are not in evidence.
9 BY MS. CORNDORF:
10        Q.   Have you ever seen a transaction in
11 which Mr. House makes an interest payment to Nurses'
12 Registry?
13        A.   Not like an interest payment or
14 anything.
15        Q.   Are there circumstances in which he has
16 made payments to Nurses' Registry?
17        A.   Very few, maybe on my hand a couple that
18 he's put back into the company that were very small
19 and that's where we've coded it at the 2700 account.
20        Q.   But it would have been coded to the 2700
21 account?
22        A.   Uh-huh.
23        Q.   Do you remember any of those instances
24 specifically?
25        A.   Not off hand, I mean, there's probably

87

1 just a very— very few.
2        Q.   Will you remind me, where would that be
3 documented that would show beyond what we're seeing
4 in the credits column of the 2700 account, what
5 backup documentation would I look at, the deposit
6 book you said?
7        A.   Maybe the deposit book, yeah, if it's on
8 the cash receipts journal.
9        Q.   Any other places to look?
10        A.   Non-verbal response.
11     (WHEREUPON, Exhibit 7 marked for identification
12 entered into the record.)
13        Q.   Go ahead and mark our next exhibit.
14 This is exhibit 7.  Let's start by looking at the
15 first page please.  There is some handwriting across
16 the check stub at the top that says, "W1272" do you
17 recognize that handwriting?
18        A.   Yes.
19        Q.   Whose is it?
20        A.   It's mine.
21        Q.   Do you know what this notation means?
22        A.   That is the confirmation number of
23 payment with American Express.
24        Q.   So this would have been a payment that
25 you made online or by phone?

88

1        A.   Correct.
2        Q.   I guess your notation here, paid online.
3        A.   Yes.
4        Q.   Is that your handwriting also?
5        A.   Yes.
6        Q.   Who is the payee on this check?
7        A.   American Express.
8        Q.   Dash LGH, right?
9        A.   Yes.
10        Q.   Who does that LGH stand for?
11        A.   That's just the card that Lennie has in
12 his pocket, you know, just a designation of what we
13 make.
14        Q.   Is the American Express card a personal
15 card or is it a business card?
16        A.   It's actually got the Nurses' Registry
17 name on it and it has Lennie House on it, too.  I
18 don't see a stub statement here, so.  Actually it
19 says it on the top of this House, or NR1390.
20        Q.   Does Mr. House use this for both
21 business and personal expenses?
22        A.   He does.
23        Q.   Let's see on this page NR1390, there are
24 a number of handwritten notes here, it appeared to
25 me to have been made by different individuals.

89

1  Let's look first at the notations that are in the
2  darker pen that are also in printing.  The first
3  transaction has the handwritten notation "COMED";
4  what does that stand for?
5      A.   Community Ed.
6      Q.   Whose handwriting is that?
7      A.   It's mine.
8      Q.   Below that there is a handwritten
9  notation in script that says, Heart ball sponsor
10 physicians, do you recognize that handwriting?
11     A.   Yes.
12     Q.   Whose handwriting is that?
13     A.   Vickie House.
14     Q.   Is all of the cursive writing that
15 appears here like employee benefits, company
16 meeting, next to these transactions, is that all
17 Vickie House's handwriting?
18     A.   It's all similar handwriting; I would
19 assume it's all Vickie.
20     Q.   What about the other notations that are
21 in that similar dark pen, like the 2700 meals, is
22 that yours?
23     A.   Yes.
24     Q.   You recognize it to be your handwriting?
25     A.   Yes.

90

1      Q.   Who makes the notations first, you or
2  Mrs. House?
3      A.   Sometimes I make then, you know, and you
4  know, and then pass it off to her, you know, if we
5  she will make a designation on where it goes.  You
6  know, depending on if they're there or not, you
7  know, I'm trying to get stuff paid and stuff so I
8  might make it first and then she'll make it or
9  she'll make it and I'll make it.
10     Q.   Let's take a step back actually and talk
11 generally about how these American Express
12 statements get processed.
13     A.   Sure.
14     Q.   Because I know you mentioned before that
15 those are frequent transactions that get allocated
16 to the 2700 account.  Who did the statement go to,
17 does it go to Mr. House or does it come to the
18 accounting department?
19     A.   We print it off and we'll distribute it
20 to Lennie or Vickie, you know.
21     Q.   And based on what you just told me
22 sometimes Mr. or Mrs. House will review the
23 statement first?
24     A.   Right.
25     Q.   What are they reviewing for?

91

1      A.   They're just looking at it, you know,
2  making allocations where it should be, what it was
3  for, you know.  I'll use it also to get receipts,
4  you know, if it's company related, you know.
5      Q.   So just taking this first transaction on
6  this page as an example, it was a charge on March
7  5th, 2009, by the Hyatt Regency and Mrs. House wrote
8  in Heart Ball sponsor physicians.  Is that a
9  communication to you and to the accounting
10 department to describe what this charge was for?
11     A.   Yes.
12     Q.   And then from there in this instance
13 it's you, but maybe it's someone else within the
14 accounting department, determines what account
15 that's going to be allocated to, is that how it
16 works?
17     A.   Yeah, right.  So I determined it was
18 community ed at the time, I don't see our stamp.
19     Q.   How would you know that this would be
20 allocated to the, should be allocated to the
21 community education account?
22     A.   If an educator had attended, you know,
23 that's where we've coded it.
24     Q.   Why do you make these notations on the
25 AMEX statements?

92

1      A.   It's easier to allocate, you know,
2  especially this statement because it's, there's
3  several items going on here, you know,  it's easier
4  for us to tally up what needs to be on each account.
5      Q.   And is this a process you undertake for
6  every American Express statement that comes in?
7      A.   Yeah.  If we can, and it's not
8  necessarily me every time.  It might be one of my
9  accounts payable people; they may know what the
10 statement is for and allocate it correctly.  You
11 know, I review it too, as well to get it entered so
12 we can pay it.
13     Q.   Looking at the third transaction to
14 Sears for $107.48 dollars, Mrs. House had written in
15 employee benefits.  What does that represent?
16     A.   When Mrs. House or Lennie used that term
17 it's usually like a personal expense, depending, it
18 depended.  You have to make a judgment call on, you
19 know, what they're wanting it for and where it's
20 ending up.  Is it ending up for company stuff?  Then
21 yeah it would be an employee benefit for the
22 company.  If it's a personal end, we've allocated it
23 to their personal expense.
24     Q.   How do you make the determination now
25 that this was in fact a personal expense?

1    A.   Maybe a communication with Vickie.  You
2  know, or Lennie.  What did they buy, you know, what
3  purpose of it, you know do you have any
4  documentation to support it for a company expense?
5    Q.   If there was documentation to support it
6  would it be attached to a copy of the statement?
7    A.   For the most part, yeah.  For the
8  charges on the American Express, yeah.
9    Q.   Did you routinely keep copies of the
10 American Express statements that have these
11 handwritten notations on them?
12   A.   In our accounts payable files.
13   Q.   If you look down about two-thirds of the
14 way there is an entry on March 15th, 2009 to
15 Winchell's restaurant in Lexington.  As with the
16 entry, or the transaction excuse me, for Sears, Mrs.
17 House wrote in employee benefits.
18        For the Sears transaction you allocated
19 that to the 2700 account, but for Winchell's
20 restaurant you allocated that to meals.  Is there an
21 account specific to meals?
22   A.   There is.  And probably what's happened
23 after a conversation with Vickie and Lennie maybe,
24 you know, we determined that it should have been
25 based off of the initial allocation, that it should

1  be a company expense.  Like they've talked about
2  company business and had people there.
3    Q.   But again, you would make that
4  determination likely after having a conversation to
5  receive clarification from Mr. or Mrs. House or
6  someone else?
7    A.   Whoever yeah, made the charge, you know.
8    Q.   Why don't we flip a page back to the
9  page numbered 1389; what is this document?
10   A.   This is a document that, we use Excel
11 for about everything we do.  And we create small
12 Excel documents that will help us allocate, you
13 know, bills and we've, we do this with our water
14 bill, we do this with anything that, you know, we
15 get on a regular basis to help allocate the funds or
16 charges.
17   Q.   So this is a document that the
18 accounting department creates?
19   A.   Yes.
20   Q.   And how does this document relate to the
21 American Express bill?  Are you recording, taking
22 transactions from the American Express statement and
23 recording them here?
24   A.   In this instance yes and it's not
25 something that we keep of historical value, it's

1  something we use and dump.  So you just use it, you
2  print it and it's created to help you enter it in
3  accounting.
4    Q.   Into a general ledger?
5    A.   Into Sage 100 accounts payable module.
6    Q.   So you make the handwritten notations on
7  the American Express statement and those handwritten
8  notations generally make an allocation to an account
9  within the general ledger system, like the Sears
10 charge is going to be allocated to the 2700 and all
11 these handwritten notations are then transferred
12 into these Excel documents that you've created, that
13 shows the allocations?
14   A.   Right.  So you're taking the charges
15 from the American Express card and you're using
16 Excel, a preformed document that we've created to
17 help pull them into the general ledger accounts that
18 we will allocate when we enter the invoice to
19 process for payment.
20   Q.   And these, so then the numbers that are
21 recorded here on the Excel sheet are then inputted
22 into the general ledger?
23   A.   Right.  We use this to enter into the
24 general ledger.
25   Q.   There's a stamp down at the bottom that

1  I recognize as the accounting stamp.
2    A.   Uh-huh.
3    Q.   Would this document then get stamped at
4  the time this accounting department employee
5  actually entered the transaction into the general
6  ledger system?
7    A.   The proper process is when we received
8  it.
9    Q.   Okay.
10   A.   You know, a person may stamp it when
11 they get to it, so it may be a day or two, you know,
12 might be a week, you know, just depending on when
13 they're ready to stamp them.
14   (WHEREUPON, Exhibit 8 marked for identification
15 entered into the record.)
16   Q.   Let's go ahead and take a look at the
17 next document; keep that though handy, because I
18 think that the two relate.  What is this document?
19   A.   It is an accounts payable invoice
20 history report for Nurses' Registry and Home Health.
21   Q.   Is it reporting every invoice out of
22 accounts payable?
23   MR. TRUE:   Yeah, this is subject to the
24 same protective orders.  So the same objection would
25 apply for this.

1    THE WITNESS:   I don't know how the report's
2 been run.
3 BY MS. CORNDORF:
4    Q.   Does the general ledger, strike that —
5 does the software that you use for accounting allow
6 you to run an accounts-payable invoice history
7 report by vendor?
8    A.   I'm trying to visualize the screen.  I
9 would say it does.
10    Q.   Because it looks to me like the vendor
11 number for all of these entries is the same,
12 03-AMERLGH.
13    A.   That's what it looks like, yes.
14    Q.   What vendor is that?
15    A.   The American Express transaction that we
16 just talked about — that vendor.
17    Q.   So am I correct that this appears to be
18 a history report for all invoices from this vendor?
19    A.   Yes.
20    Q.   Does the accounting department —
21    MR. TRUE:   I'm going to object to that.
22 I mean, these documents that you're asking him about
23 were provided to you by us pursuant to some
24 particular parameters we agreed on.  And so, what
25 this represents is represented in all that.  He

1 didn't produce any of this, he didn't provide any of
2 this.  So, and frankly he doesn't know what
3 parameters are included in this and that information
4 has been made available to you all.
5    So I would object to him being, you know,
6 asked these questions and kind of being led into an
7 answer that he really I don't, I don't think is
8 capable of giving.  He didn't produce any of this
9 stuff.
10    MR. MCCAFFREY:   Let me respond since I was
11 the one involved in the case at that time.  And we
12 did not agree on any parameters for the creation of
13 any report.  There was a document request for all
14 documents that would reflect the payment of any sort
15 of financial benefit from the company to Lennie or
16 Vickie House.
17    The company objected to providing those
18 records.  The Court compelled the company to produce
19 them and this was something that they produced.  But
20 there was no agreement as to the form of the
21 document or otherwise.  And whether or not Mr.
22 Daniels created this record means nothing as to
23 whether or not he can answer questions about it.
24    He is an accounting manager for the company
25 and has been since 2007.  And if he is familiar with

1 the contents or the form there would be no
2 limitation on his ability to testify.  And he is not
3 being led into anything, these are open-ended
4 questions.  If he doesn't know he doesn't know, but
5 he is testifying what he knows.
6    MR. TRUE:   I guess I didn't realize that
7 you were asking the questions, first of all.
8 Secondly, I don't agree with your representations.
9 Third, there were some specific parameters to what
10 was ultimately produced.
11    Those were parameters that came through
12 ultimately by virtue of agreement and fourth, he
13 didn't have anything to do with providing or
14 producing anything that was ultimately creating
15 anything that was ultimately produced.  So if the
16 question is couched in terms if he had something to
17 do with the creation of this document or knows
18 anything about the parameters of this document what
19 I'm saying is he doesn't.
20    MR. MCCAFFREY:   Well, he can say if he
21 doesn't know.  Right?  I mean, you don't have to
22 tell him to say that.  He can say if he doesn't know
23 the answer to any particular question.
24    MR. TRUE:   Again, I guess I didn't realize
25 that you were asking the questions in this

1 deposition.  I may be mistaken.
2    MR. MCCAFFREY:   You're not, I'm not asking
3 any questions, but Ms. Corndorf wasn't with the
4 department when the issue of the company's
5 production of these records arose.  I was, I was
6 involved in moving to compel their production and
7 responding to your various arguments that the court
8 ultimately rejected about that.
9    And we did not set any parameters as to what
10 would be produced.  We did not agree upon any
11 parameters.  We had a document request, you on
12 behalf of Nurses' Registry submitted this in
13 response to that request.  And that's, that's the
14 history and the documentation will support that if
15 we need to go there, but questions are fair
16 questions.  If he knows the answer, he knows the
17 answer.  There is nothing improper about the
18 questions.
19    MR. GUARNIERI:   I am just going to insert
20 an objection that similar to a prior objection I
21 made there was actually no foundation laid as to
22 this witness's knowledge of this document, knowledge
23 of how this document was formatted and knowledge of
24 the entries on this document.  And until such a
25 format is laid, he can speculate all he wants.

101

```
 1        Almost all of his answers today have been
 2   given in the I assume or I guess or perhaps, but
 3   until a foundation is made, is laid, this is for the
 4   most part been a record today that's going to be
 5   virtually unusable.  Because not a single foundation
 6   has been laid as to Nathan Daniels Exhibit 8.
 7   Foundation wasn't laid as to Nathan Daniels exhibit
 8   6.  So we can keep asking the questions, but I think
 9   a foundation needs to be laid.
10        MS. CORNDORF:  Are we done?
11        MR. GUARNIERI:  I am.
12   BY MS. CORNDORF:
13        Q.   Let's just turn to a specific entry
14   within this accounts payable invoice history report,
15   which was generated by the accounting software that
16   your office uses, that you are familiar with,
17   correct?
18        A.   Yes.
19        Q.   And you have the capacity to go within
20   the accounting system and direct the system with
21   parameters to general a report.  Like if, for
22   example, you wanted to run a report of all invoices
23   from a specific vendor?
24        A.   Yes.
25        Q.   Would you know how to do that, how to
```

102

```
 1   instruct the accounting software to generate such a
 2   report?
 3        A.   Yes.
 4        Q.   Have you ever done so?
 5        A.   Yes.
 6        Q.   The report that was generated in the
 7   example you just gave, did it look similar to this
 8   report, in terms of the type of information that is
 9   reported?
10        A.   My ability to do the report is,...
11        Q.   I asked you if you had in the past ever
12   run a accounts payable invoice history report for a
13   specific vendor?  And you said, yes.
14        A.   Yes.
15        Q.   Was the information that was reported
16   and captured in the report that you generated,
17   similar to the information that's reported here in
18   terms of fields?
19        A.   Yes.
20        Q.   Like invoice number, invoice date,
21   vendor number, payee?
22        A.   Yes.
23        Q.   Go ahead and take a look at then at a
24   specific example within this report.  Let's turn
25   please to page House Financial 2978.  About halfway
```

103

```
 1   down.  There is an invoice dated April 2nd, 2009,
 2   correct?
 3        A.   I see it halfway down.
 4        Q.   And is that the same invoice, is that
 5   the same date as the invoice on the American Express
 6   statement that we were just reviewing that was
 7   marked as exhibit 7?
 8        A.   It is the same date.
 9        Q.   The amount of the invoice as recorded
10   within exhibit 8 is the same amount as the check
11   that's attached to exhibit 7, correct?
12        A.   That's correct.
13        Q.   And according to the report in exhibit
14   8, to which general ledger account was the $13,269
15   dollars allocated?
16        A.   It looks like the 2700 account.
17        Q.   Looking at exhibit 7, page 1389, the
18   Excel spreadsheet that the accounting department
19   created to make the allocations, was the full
20   $13,269.31 allocated to the 2700 account?
21        A.   Yes.
22        Q.   On the Excel spreadsheet?
23        A.   No, not on the Excel spreadsheet it was
24   different.
25        Q.   What's the number reported on that Excel
```

104

```
 1   spreadsheet?
 2        A.   Total, grand total is $13,269.31.
 3        Q.   What was the amount that was allocated
 4   to the 2700 account?
 5        A.   13,269.31.
 6        Q.   It's not the $10,167.96 that's under the
 7   2700 account column?
 8        A.   I'm sorry, where is it, over here, okay.
 9   No.
10        Q.   What would explain the discrepancy
11   between those two numbers?
12        MR. GUARNIERI:   Object to the form.
13        THE WITNESS:   We had to make a payment so
14   we probably coded the whole invoice to the 2700
15   account so we could make a payment.  Payment needed
16   to be made.  We came back, did this allocation and
17   there maybe an adjusting entry to this, the original
18   transaction, because we just created it to get it
19   paid.  So we just assumed all that was distribution
20   and then we may have come back and done all this.
21   BY MS. CORNDORF:
22        Q.   But the transaction that is detailed in
23   exhibit 8 for the April 2nd, 2009 entry where it
24   shows that that amount, the $13,269.31, that's the
25   amount that was paid to American Express?
```

1    A.   That's what shows on the check.
2    Q.   And according to exhibit 8 this is the
3  amount that was,...
4       MR. TRUE:   This is exhibit 8.  This is
5  what she's talking about.
6       THE WITNESS:   Okay.  I'm sorry.
7  BY MS. CORNDORF:
8    Q.   It's okay.  Exhibit 8 is the accounts
9  payable invoice history report.
10    A.   Right.
11    Q.   Does this reflect that the invoice was
12  paid?
13    A.   This reflects that we coded a
14  transaction to the 2700 account to American Express.
15  On this invoice history report.
16    Q.   But does not necessarily reflect that
17  this amount was paid to American Express?
18    A.   Correct.
19    Q.   What document would I need to look at to
20  confirm that this is the amount that was paid out?
21    A.   A check-history report, maybe.
22    Q.   What document would I need to look at to
23  determine the final allocation of this amount to a
24  general journal account not a general journal,
25  general-ledger account?

1    A.   General ledger.
2    Q.   General ledger.
3    A.   I'm just having trouble understanding
4  why these entries maybe don't match reality.
5  Because you're saying that there is a possibility…
6       MR. TRUE:   I'm going to object to the form
7  of that question.
8       THE WITNESS:   Our software to get these done
9  is not, it's a live system.  So we have to get some
10  transactions done so we may credit it a certain way
11  and then we may come back after the fact and have
12  the time to decide where it should have gone.  Like
13  allocate it correctly.
14       So maybe we made a transaction payment to get
15  it paid so that way, you know, the bill is paid.
16  And then come back after the fact and changed it.
17  BY MS. CORNDORF:
18    Q.   So you may have answered this already;
19  what document, what report, generated by the
20  accounting system would I need to look at to
21  understand the final allocation to various accounts
22  of the American Express statement?
23       MR. TRUE:   You've got it, you've got it in
24  the previous document, exhibit 6, House Financial
25  eleven, if you'll look at that it's got the entry

1  you're looking for.
2       MS. CORNDORF:   I'm sorry, I think he's
3  testifying, correct?
4       MR. TRUE:   Yeah, but you know, you've got it
5  right here, so let's don't mislead the witness.
6  You've got it right here.
7       MS. CORNDORF:   I'm genuinely not attempting
8  to mislead the witness.
9       MR. TRUE:   Well, let's go off the record and
10  we can explain it to you, because all this has been
11  provided to you for this very purpose.
12       MR. MCCAFFREY:   No, it's a discovery
13  deposition.  If he knows, he knows, if he doesn't,
14  he doesn't.  He can tell us who would.  You don't
15  have to testify off the record.
16       MR. TRUE:   He doesn't have to tell you who
17  did, you've got the information, that's the point.
18  That's the point.  Because you have the information,
19  it's been provided to you by the defendant.  I can't
20  help that you don't understand it, but this is not
21  the witness, if you don't understand it who can
22  explain it to you.  But if you'll look at it, it's
23  all right there.
24       MR. MCCAFFREY:   Who is?  Who is that
25  witness?

1       MR. TRUE:   Well, I'm sure, it's your
2  discovery.
3       MR. MCCAFFREY:   Okay.  So we're entitled
4  to ask him about that sort of thing and he can maybe
5  tell us and maybe he can't but, you know, you going
6  off the record and telling us where to look is not
7  evidence that's of any value to anybody.
8       MR. TRUE:   House Financial page eleven and
9  the allocation is right there.  It's $10,066.16.
10  BY MS. CORNDORF:
11    Q.   Mr. Daniels, why don't you take a look
12  at the next transaction that's entered in the
13  accounts payable invoice history report.  Page House
14  Financial 2978.  What's the invoice date for the
15  next transaction that's listed?
16    A.   7/1/2009.
17    Q.   It's different from the invoice date on
18  the previous transaction, correct?
19    A.   Yes.
20    Q.   We take a look at exhibit 7 on the Excel
21  spreadsheet that we were referring before.  Down at
22  the bottom there is a grand-total row.  Underneath
23  the column 2700 is the number $10,066.16, correct?
24    A.   Correct.
25    Q.   If you look at Exhibit 8, which is the

1  invoice history report we've been debating, there is
2  an entry for the 2700 account on the invoice
3  7/1/2009, are you with me?
4        A.   Yes.
5        Q.   The note's payable L House $10,066.16.
6        A.   Correct.
7        Q.   Which matches the number that's
8  appearing on the American Express Excel spreadsheet,
9  correct?
10       A.   Correct.
11       Q.   I'm trying to understand why this
12 transaction gets entered here with an invoice date
13 number of July 1st, 2009, but might possibly relate
14 to the invoice that we were looking at that's dated
15 April 2nd, 2009?
16            MR. GUARNIERI:   Again, I have to state an
17 objection, because unless and until he says that
18 he's the one that entered these transactions, he
19 can't testify as to why.
20            MS. CORNDORF:   Then he can answer he
21 doesn't know why.  Do you know why?
22            THE WITNESS:   Do I know what?  I'm sorry.
23 BY MS. CORNDORF:
24       Q.   You've testified previously and were
25 explaining to me that sometimes you, the accounting

1  department will pay an invoice, will allocate it a
2  certain way.
3        A.   Correct.
4        Q.   And then go back later —
5        A.   Right.
6        Q.   — and re-allocate.
7        A.   Sure.
8        Q.   I'm trying to understand if this
9  possibly is an example of that process occurring?
10       A.   I can't explain why the difference of
11 date, the invoice date, but it does happen where we
12 come back.  It might not be in a period of one
13 month, it could be a couple of months where we've
14 changed the allocation.
15       Q.   Would that then though get reflected as
16 a new invoice from this vendor, such that it would
17 then be reported on the invoice-history report?
18       A.   It could be depending on, you know,
19 whatever has happened in this vendor.  Sometimes we
20 have software issues and we can't — we can't add it
21 to a certain invoice so we may have to go in there
22 and just create the transaction again; it happens,
23 that softwares aren't capable of that.  I can't
24 explain why that's different dates.  I don't know.
25       Q.   I note, too, that the invoice number is

1  also different, correct?
2        A.   Yes.
3        Q.   I'm really not trying to trip you up,
4  I'm just trying to understand the workflow here and
5  how these transactions get entered.  And how
6  invoices that are entered and then are referred on
7  an invoice-history report match up with the invoices
8  that were produced, so.
9        A.   Right.  And sometimes, you know, my
10 accounts payable people they don't understand
11 invoice number dates and stuff and they make put it
12 in the wrong period when they're changing it or
13 correcting it they may just do that.  It's an uphill
14 battle with them sometimes.
15       Q.   I understand.  You may have answered
16 this before and it might have been when we got into
17 a discussion about this document, but I'm still
18 trying to understand where would I look to see the
19 final allocation of this American Express statement
20 or any American Express statement to various
21 accounts?  What document would encapsulate the final
22 reconciliation for allocation of an American Express
23 bill?
24       A.   I guess you would have the accounts
25 payable invoice history report, you know, if you

1  pulled it up specifically for an invoice, but like I
2  said, if you have changed the invoice number it's
3  going to be different.
4        Q.   Is there another report that the
5  accounting software could run that might show it?
6        A.   I don't know how it would make that
7  connection between the invoices numbers if we've
8  changed it, we've had, we've had issues where an
9  invoice you can't adjust it, okay?  So we've had to
10 create a new invoice number to, you know, to create
11 that entry to adjust the where it was allocated, it
12 happens.
13       Q.   Let's take a look at again at his
14 transaction that we were just discussing for July
15 1st, 2009.  Again, you might not know the answer to
16 this question, but the invoice amount is $17,941
17 dollars.  Looking at the various entries here,
18 $10,000, $1,600, $1,300; that doesn't seem to sum to
19 $17,900 dollars, right?
20       A.   Just offhand, I mean, it doesn't look
21 like it sums to $17,000.
22       Q.   And the example that we were looking at
23 before the transactions — do you know why those
24 wouldn't add up to the $17,941?
25       A.   You know, we have a lot of reports in

1  our system and I don't use them all, we just are,
2  you know, use it basically.  Have I run this invoice
3  report, I have, but I don't sit and try to analyze
4  it.  Okay, I don't know why it says that.  I would
5  assume you know, I don't know.
6          MS. CORNDORF:  Why don't we take a quick
7  break, let me get reorganized.  I don't want you
8  guys to just sit here and stare at me while I flip
9  through paper, is that okay?
10         (WHEREUPON, a short break is taken.)
11
12              EXAMINATION
13  MS. CORNDORF:
14     Q.   We're back on the record.  Mr. Daniels
15  if you could please grab for me please, exhibit 6,
16  which is the general-ledger detail report for
17  account 2700.  And exhibit 7 which is the AMEX
18  statement for April 2nd, 2009.
19     A.   Are we done with 8?
20     Q.   I don't think I'm ever going to
21  understand eight so you can, yeah, just six and
22  seven, please.  And if within exhibit seven if you
23  could flip to page 1389, which is the excel
24  spreadsheet?  Exhibit 7 is this one.  And flip in
25  exhibit 6 to page House eleven, if you could flip to

1  page eleven.
2     A.   I'm sorry I'm discombobulated here.
3     Q.   I know, it's a lot of documents a lot of
4  numbers.
5     A.   Okay.
6     Q.   Okay.  On the Excel spreadsheet that's
7  titled American Express under the column for 2700
8  the grand total down at the bottom is $10,066.16
9  correct?
10    A.   Yes.
11    Q.   And this is reflecting a $10,066.16
12  allocation to the 2700 account?
13    A.   That's what we allocate on this
14  spreadsheet, yes.
15    Q.   Looking at exhibit 6, page 11, about
16  three-quarters of the way down there is an entry in
17  the amount of on 4/16/2009, for $10,066.16?
18    A.   Right.
19    Q.   And in the comments we have 00AMRLGH?
20    A.   In the comments on that line item?
21    Q.   Uh-huh.  Do you see that?
22    A.   Oh, okay, right.
23    Q.   Is that entry on exhibit 6 reflecting
24  allocating of this American Express bill to the 2700
25  account?

1     A.   It has a similar amount, I don't know I
2  mean there are several, or maybe a couple American
3  Express vendor numbers.  I would assume that that's
4  this transaction.
5     Q.   What other information would you have to
6  look at to confirm that that's this transaction?
7     A.   I would want to see maybe the vendor
8  history, you know, to be exact.
9     Q.   Looking at the Excel spreadsheet the
10  accounting stamp that appears on it; there is a
11  handwritten number, 090402.  That number also
12  appears in the comments section for this transaction
13  on exhibit 6.  And I think you testified before that
14  that's the date?
15    A.   Yes.
16    Q.   So those dates appear to match.  Also in
17  the comments field of exhibit 6 for this transaction
18  is a long strand of numbers that ends 42001?
19    A.   Correct.
20    Q.   And on exhibit 7 in the comments section
21  on the check stub on page one, that long strand of
22  numbers I believe matches, it also ends 42001,
23  correct?
24    A.   It does.
25    Q.   That comment field on exhibit 7, the

1  check stub, is that the American Express account
2  number?
3     A.   Card number.
4     Q.   Would that confirm for you that the
5  transaction reflected on the line item we're looking
6  on, on exhibit 6, is it reflection of the allocation
7  on exhibit 7?
8          MR. GUARNIERI:  Object to the form.
9          THE WITNESS:  I mean it shares the same
10  account number, you know.  I mean, all the numbers
11  are matching I'd assume that it's the same one
12  honestly.
13  BY MS. CORNDORF:
14    Q.   All right.  Tell me again what other
15  information you'd want to look at?
16    A.   I don't know because I would want to
17  reconcile the account and make sure that this
18  document is the exact one for that month or that
19  period.  You know, that's how I say that that
20  transaction is for this invoice.  This is 2009, it's
21  what five or six, seven, eight years ago?  That's a
22  long period of time to know exactly that this is the
23  one for this.
24    Q.   Staying on exhibit 6 please, the general
25  ledger detail report why don't we flip back again to

1   the last page to 21, yeah, you can pass that
2   American Express statement aside.
3        A.   What page?
4        Q.   The last page, please, House Financial
5   21. We were previously looking at that final
6   transaction that's listed here, the one dated
7   December 31st, 2011. After that date are you aware
8   of any personal expenses of Mr. or Mrs. House being
9   allocated to the 2700 account?
10       A.   Yes.
11       Q.   So although the account was zeroed out
12  on that date by virtue of the general-journal entry,
13  subsequent to that date there had been additional
14  debits entered into this account?
15       A.   Yes.
16       Q.   Are you aware of an additional general
17  journal entry subsequent to that date, which would
18  have zeroed out the account again?
19       A.   Am I aware of additional entries? Like
20  I said before, that's not my venue. If there's, I
21  don't go in and look at this account. I don't look
22  at the accounts for those transactions, I'm merely
23  reconciling if it's like the general-bank account,
24  these transaction, the adjustments, we overlook them
25  we don't reconcile, we don't look at them. Not my

1   expertise.
2        Q.   But Ms. Wilson, that would be within her
3   area of responsibility?
4        A.   She creates them, she knows what they're
5   for, you know. She creates all the accruals from
6   one month from one period to the next.
7        Q.   Have Mr. House or Mrs. House ever asked
8   you to run a general ledger detail report for the
9   2700 account?
10       A.   No.
11       Q.   Are you aware of them asking anyone in
12  the accounting department to do so?
13       A.   I think Charlene may have got a request.
14  That's who would have ran this general ledger.
15       MR. TRUE:   She's asking you a request
16  though, from Lennie House?
17       THE WITNESS:   No.
18       MR. TRUE:   Not just a request from anybody.
19  BY MS. CORNDORF:
20       Q.   Has Mr. House ever asked you for the
21  balance, the current balance on this account?
22       A.   No.
23       Q.   Are you aware of Mr. House ever asking
24  anyone in the accounting department for a current
25  balance?

1        A.   I don't think he has asked for a balance
2   on it.
3        Q.   Do you know what the current balance on
4   the 2700 account is?
5        A.   I don't look at it, I don't manage it, I
6   don't — we enter it through the accounts payable
7   module and that's how most transactions go in there.
8        Q.   But if I wanted to know the current
9   balance I could run this report and it would tell
10  me?
11       A.   Yeah.
12       Q.   You can set those aside. You testified
13  previously that the accounting dependent is not
14  responsible for the billing of insurance companies
15  for patient care, correct?
16       A.   That's correct.
17       Q.   You testified I think that it's the
18  billing department that does, though?
19       A.   Yes.
20       Q.   Who keeps track of other accounts
21  receivable for Nurses' Registry?
22       A.   Other as in,...
23       Q.   Well, is there any other accounts
24  receivable?
25       A.   Other accounts receivable, you know,

1   payer sources, coming from billing that's all I know
2   of.
3        Q.   But part of your responsibility as the
4   accounting manager is to keep track of cash flows,
5   correct?
6        A.   Cash flows.
7        Q.   A cash flow would include income from
8   payor sources?
9        A.   Correct.
10       Q.   Do you track the money that's coming in
11  from payor sources, like Medicare, Medicaid, private
12  insurance?
13       A.   We get like checks that are coming in
14  from Medicare, Medicaid, that's about we just do
15  that so we can predict the cash for that week or the
16  next week. We don't get anything more.
17       Q.   Do you communicate though the amount of
18  those funds that have come in to the billing
19  department so that they can reconcile against
20  patient bills?
21       A.   They reconcile on patient bills, I don't
22  handle any of the billing aspect of it. We take in,
23  we record the deposit, okay, and then they take it
24  and apply it to the patient accounts.
25       Q.   Is the accounting department aware

1  though of what a payor source owes Nurses' Registry
2  at any given time?
3          A.   I don't know, I don't get that it's not
4  me.
5          Q.   Does anyone in the accounting department
6  receive that information?
7          A.   I don't know.  None of my employees that
8  would be, I don't know if Charlene does or not.  I
9  try to stay out of billing as much as possible.
10         Q.   So your only responsibility and by
11 "your" I guess, I mean, the accounting department,
12 is to physically receive the checks from payor
13 sources?
14         A.   The cash record of the deposit
15 transactions, any kind of cash that come in on a
16 daily basis, that's the cash management and I do AP
17 and payroll.
18         Q.   And that income you record in the
19 general-ledger system?
20         A.   We record it through the cash receipts
21 module and post to the general ledger.
22         Q.   And I take it —
23         A.   We record it to a temporary account,
24 okay?  We take the moneys in and then there's a
25 temporary account and than that temporary account,

1  you know, I guess Charlene gets a report, maybe a
2  totals for the month that's been received and then
3  just takes it out of the temporary account; that's
4  all we do.
5          Q.   Take what out of the temporary account?
6          A.   Takes whatever is deposited for the
7  month.
8          Q.   How does the billing department become
9  aware that a deposit has been received from, or a
10 payment has been received from a payor source?
11         A.   We post an Excel spreadsheet to them, we
12 just send them and say hey we received five thousand
13 from Medicare, you know, a hundred dollars from, you
14 know, in deposits today, and then they take those,
15 they get the check copies or EOBs from our mail
16 person and then they apply them to the accounts.  We
17 don't, I don't do that, we don't do that.
18         Q.   You're familiar with the company's
19 community education department correct?
20         A.   Correct.
21         Q.   What are the goals or responsibilities
22 of that department?
23         MR. GUARNIERI:   Object to the form.
24         THE WITNESS:   I don't know honestly.  I get
25 the check request and I create the check for them.

1  BY MS. CORNDORF:
2          Q.   I think you testified before that —
3          A.   But they get that they're, I've been
4  told that's what they do.  You know, they go into
5  the offices and talk about our services, I see that
6  on all the check requests.
7          Q.   Do community educators attempt to
8  generate referrals for Nurses' Registry?
9          A.   I don't know what they're doing.
10         Q.   Are you familiar with the way in which
11 community educators are compensated?
12         A.   Yes.
13         Q.   How are they compensated?
14         A.   Salary and commission schedule.
15         Q.   Describe to me the commission schedule,
16 please?
17         A.   They bring in referrals and if they
18 become, if their patient admits then we may pay them
19 a certain dollar value.
20         Q.   Do you know any more detail about that?
21         A.   I mean, what do you want to know about
22 that?
23         Q.   Anything?
24         A.   It's just a certain dollar value, you
25 know, we pay —

1          Q.   What's the dollar value?
2          A.   — for the admits?
3          Q.   Uh-huh.
4          A.   It ranges.  There's a tier.
5          Q.   Did you have, did the accounting
6  department have responsibility for calculating
7  commissions?
8          A.   I tally it, so I get a report from our
9  community ed department and I just tally the number
10 that came in and then assign the value to it.
11 (WHEREUPON, Exhibit No 9 marked for
12 identification  entered into the record].
13         Q.   Go ahead and take a look at a document.
14 What number are we on please, Brenda?
15         COURT REPORTER:  Nine.
16 BY MS. CORNDORF:
17         Q.   This is a document titled, Referrals by
18 leads on territory and date detail report.  Is this
19 a document or a report that you've seen before?
20         A.   Yes.
21         Q.   In what circumstances would you have
22 seen that?
23         A.   This is a report that they communicate
24 across on the designation of the community educator
25 on what is assigned to those educators.

1    Q.    What do you mean what's assigned to
2    those educators?
3    A.    What, when they brought in a referral
4    and it's an admit they'll assign the educator, the
5    name, you know, and I use that to tally to match it
6    to the commission schedule.
7    Q.    So this is the document that you would
8    use to calculate or tally, I guess, is your word,
9    the commissions for community educators?
10   A.    Yes.
11   Q.    What information within this report
12   specifically do you look at to make that
13   calculation?
14   A.    I mean, we look at, you know, the
15   educator who's been assigned and then tally up by
16   the educator to produce a commission.
17   Q.    Is the information in this report sorted
18   in any way by educator?
19   A.    I don't know, I don't know if there's a
20   sort on it.
21   Q.    Why don't you take a look at page, at
22   the bottom, it's 19960.  Page seven of the report.
23   Up at the top it says, Territory 1, John Short.  Is
24   John Short a community educator?
25   A.    He was.

1    Q.    Do the patients that appear below his
2    name, are those patients that were referred out of
3    his territory?
4    A.    I assume, I mean, I don't keep track of
5    than territories, I don't know where they come from,
6    you know.  I just take this report in general and
7    say this person was assigned this commission, you
8    know, this admit I'm to assign to a commission
9    schedule.
10   Q.    So it's, I'm sorry to interrupt you.
11   A.    So I don't know about the territories.
12   Q.    Well, let's put the territories aside
13   then.  You testified that John Short was at one time
14   a community educator?
15   A.    Yes.
16   Q.    Appearing below his name is a patient,
17   had that patient been assigned as a referral to him?
18   A.    It looks like that patient fell into his
19   territory.  If it was assigned to him, they would
20   have out here because the territories, they switch,
21   so maybe that was in his territory, I don't know.
22   And they don't keep up on a lot of
23   territories, its kind of like, you know, they just
24   divide it, I know, that they just divide it up.  But
25   usually there's a designation even if the

1    territory's listed here, of who gets it.
2    Q.    Okay.  Just trying to understand if you
3    received this report how would you know to whom
4    patients were to which community educator was
5    assigned, you're pointing to a column that appears
6    to be on the left-hand side of the paper.  Can you
7    show me where that is?
8    A.    It would come to me with a designation
9    of who should get it.  Now the reports are just made
10   then sort of by territory but people switch
11   territories, you know, all the time, so that's not a
12   clear designation that would tell me that that
13   person got that.
14   Q.    Okay.  So let's set the territories
15   aside then.  Looking at the document I've handed
16   you, is this document showing me who the referral
17   has been assigned to anywhere within this document?
18   A.    No.
19   Q.    Where would that information appear?
20   A.    They, I would get the report, it may
21   have been printed like this, but this — it would be
22   written John Short.
23   Q.    Who would write John Short?
24   A.    PCT or the community ed-department.
25   Q.    And it would be written in this column

1    that says liaison?
2    A.    Yes.
3    Q.    And your role would be to just go
4    through and create a tally?
5    A.    A tally of it.
6    Q.    And then from there what would you do?
7    A.    Apply the commission schedule at the
8    time and then pay them the commission.
9    Q.    So you didn't make any, you personally
10   didn't make any assessment as to whether or not that
11   referral should be credited under the commission
12   structure?
13   A.    Right.  I just make sure that that, that
14   patient is definitely an admit.  You know, that's
15   it.  I don't, I don't, I just re-verify it, that's
16   all I do.
17   Q.    How do you re-verify if the patient's an
18   admit?
19   A.    I just confirm in our billing software,
20   you know, that the patient has been entered, that we
21   have visits scheduled, and that's it.  I just do a
22   one-off check afterwards.  I don't create it.
23   Q.    Who within the community education
24   department makes the determination that a referral
25   should be credited to a particular community

1  educator?
2      A.  Job title?  The director of community
3  ed.
4      Q.  Why did the patient's status as an admit
5  matter to you in terms of calculating the
6  commissions?
7      A.  It's just something that, you know, we
8  just want to make sure that it gets in to our
9  billing software, you know.  That's all I want to
10 make sure.
11     Q.  If the patient is not an admit do they
12 count for the commission structure?
13     A.  No.
14     Q.  So even if the community educator, the
15 director of community education had marked a patient
16 as counting for the commission structure, if you
17 determined the patient was not an admit that
18 referral would be removed and not counted for the
19 commission?
20     A.  Right.  Yes.
21     Q.  Are there any other parameters for
22 whether or not a referral is counted towards a
23 commission structure?  Does payor source matter?
24     A.  The commission schedule is set up to pay
25 you know Medicare and MMCs.

1      Q.  What's MMC?
2      A.  Managed Medicare.
3      Q.  Okay.
4      A.  I know, I've heard it, I tried.
5      Q.  So commissions are paid on Medicare and
6  Managed Medicare patients only?
7      A.  For home health, yes.
8      Q.  Looking at this first page of the
9  report, actually I'm sorry, let's turn to the second
10 page.  There's a column for payor source, correct?
11     A.  Correct.
12     Q.  The first patient listed here, Anna
13 Estes, the payor is listed as MED.  What does MED
14 stand for?
15     A.  Medicare.
16     Q.  The next patient the payor is MCD, what
17 does that stand for?
18     A.  Medicaid.
19     Q.  Couple of more patients down, John Hale,
20 the payor is listed as INS?
21     A.  Private or commercial insurance, I don't
22 know how it's set up.
23     Q.  If the director of community education
24 marked for you in the column that this patient John
25 Hale should be counted as a referral for the

1  commission structure, would that be incorrect?
2      A.  If it doesn't meet the criteria of the
3  commission schedule.
4      Q.  Then what would you do?
5      A.  It's not paid as a commission.
6      Q.  Do you know why commissions are paid
7  only on Medicare and Managed Medicare patients?
8      A.  I don't know.
9      Q.  Have you ever discussed that with
10 anyone?
11     A.  No, I just get it done.
12  (WHEREUPON, Exhibit No. 10 marked for
13 identification entered into the record.)
14     Q.  I promised you I was getting organized,
15 I don't know if I managed or not.  Let's go ahead
16 and mark this next document please, exhibit 10.  For
17 the record this is an email chain that is Bates
18 labeled NRESI-19897 through 900.  Let's start please
19 with your email that starts in the middle of the
20 first page, from you dated June 24th, 2008 to Amy
21 Gray and Brenda Tea.  Who is Brenda Tea?
22     A.  An ex-employee.
23     Q.  What was her job?
24     A.  A mechanic.
25     Q.  A mechanic?

1      A.  Yeah.
2      Q.  On cars?
3      A.  No.
4      Q.  What kind of mechanic?
5      A.  She just did a lot of things, you know,
6  so — her, she did filling in role, you know, so.
7  She was a dietary person but she filled in to do a
8  lot of stuff, so.
9      Q.  The subject line on your email is,
10 Community Education May bonus, why would you be
11 communicating with Brenda Tea about Community
12 Education May bonus?
13     A.  I don't know at the time she may have
14 been filling in.
15     Q.  Is a bonus different from the referrals
16 or the commission structure?  Excuse me.
17     A.  No, it's probably just commission, is
18 what it should be.
19     Q.  Did the company ever pay community
20 educators bonuses separate from the referral
21 structure, sorry commission structure?
22     A.  Yes.
23     Q.  How frequent was that?
24     A.  Very infrequent.  You know, the company
25 used to give out bonuses around December-ish, you

1 know, to the company.
2          Q.   All employees of the company?
3          A.   To all employees, no discretion, so and
4 so they may have got a bonus then.
5          Q.   Has the company awarded bonuses to
6 community educators specifically related to
7 generation of referrals?
8          A.   No, not that I know of, it's been you
9 know infrequently, you know, like the December bonus
10 stuff.
11          Q.   The bonuses are something that would be
12 handled through your department, right?
13          A.   To process them, yeah.  To get them
14 paid.
15          Q.   So if a bonus was paid the accounting
16 department would be aware of it?
17          A.   Right.
18          Q.   And would have record of it.
19          A.   Right.
20          Q.   But you're not aware of any bonuses,
21 separate from the commission structure that were
22 paid to community educators for any reason?
23          A.   No.
24          Q.   Separate from the Christmas bonuses you
25 mentioned.

1          A.   Right.  Has an educator received a bonus
2 you know, outside of Christmas stuff, the December
3 stuff, maybe, but it's so rare — very rare.
4          Q.   What about case managers?
5          A.   Case managers?  They've received
6 bonuses.
7          Q.   Christmas bonuses?
8          A.   Christmas bonuses.
9          Q.   What about besides the holiday bonuses?
10          A.   That's been very rare, like once in the
11 past eleven years or so or maybe twice.  And I don't
12 know really the criteria of, he'd just, Lennie would
13 call and say, Hey give the case managers a bonus
14 just, you know.
15          Q.   So Mr. House typically was the one
16 to decide if a bonus was being distributed?
17          A.   Sometimes it's coming from, you know,
18 the operations manager, you know.  But Lennie would
19 usually, I'd confirm with him to say, Hey, you know,
20 do you want them to have a bonus and he would say
21 yes.
22          Q.   Going back to the exhibit that we were
23 looking at in your email, why were you reporting May
24 bonus information for the community educators to Amy
25 Gray?

1          A.   At the time she was probably like the
2 operations manager.
3          Q.   As a general matter, who did you report
4 this information about commissions to after you
5 calculated it?  Was there anyone that you reported
6 to?
7          A.   I would give the final report to the
8 education, community ed department.
9          Q.   And then would you proceed to prepare
10 the checks for those commissions?
11          A.   Yes.
12          Q.   Did Mr. or Mrs. House have to approve
13 those commissions before they were paid?
14          A.   I might run it by them and say hey we're
15 going to bonus these people, you know, is it okay to
16 do, you know, but then we'd run the check to
17 them.
18          Q.   Did you make your tallies on a monthly
19 basis?
20          A.   I — Yes.  I —
21          Q.   Why are you hesitating?
22          A.   I don't know, mental issue.  I guess.
23          Q.   But it was something that you routinely
24 calculated on a monthly basis?
25          A.   To do the commissions, to get them paid,

1 yes.
2          Q.   So that those would be paid on a monthly
3 basis?
4          A.   Right.
5          Q.   Let's take a closer look at your email.
6 You write, Hello, I have audited the May bonus from
7 the referrals by liaison in date detail report.  Is
8 the report you're referencing there the one that we
9 were looking at in the previous exhibit 9?
10          A.   I assume, yes.  Yes.
11          Q.   I obviously don't mean this document
12 specifically, but —
13          A.   Yes.
14          Q.   — this type of report is the one that
15 you testified you would use?
16          A.   Yes.
17          Q.   Skipping to the third sentence, you
18 write, I have highlighted the patients in green if I
19 find those as good referrals with visits or
20 potential to continue care.  What do you mean by
21 good referrals?
22          A.   The admit process that I'm going through
23 that I explained earlier, you know.  If it's comes
24 in and we've got them in the admit; it's entered in
25 the billing software.

137

```
 1        Q.   And that means that you're going to pay?
 2        A.   Yeah, that's — that's just a good admit
 3   you know, terminology referral that we've taken the
 4   admit and made sure it's in the billing software.
 5   That's how I check it then.
 6        Q.   Skipping to the last sentence in that
 7   paragraph you write, I have highlighted patients in
 8   red for any denials of referrals based on if the
 9   patient admitted or discontinued care.  What did you
10   mean here?
11        A.   Let me read it.
12        Q.   Sure.
13        A.   Well, I don't know what the context of
14   the discussion or what we were having — highlighted
15   the patients in red denials or referrals maybe it
16   was just up in the air, the decision on if it
17   admitted.  Like if the patient isn't in the billing
18   software yet so I just have to make sure that it's
19   getting there and that's probably what that is.
20        Q.   Amy Gray writes up at the top in
21   response to your email, I agree you need to be able
22   to sort by Medicare and MMC as that is all we pay
23   on.  This is just confirmation or I guess a
24   re-statement of what you previously testified to,
25   which is that the referrals were only paid for
```

138

```
 1   Medicare and Managed Medicare referrals?
 2        A.   On the commission schedule.
 3        Q.   Has that always been the commission
 4   schedule structure?
 5        A.   I assume, yeah, I think it's been
 6   Medicare and MMC for a long time, I can't say if it
 7   was discontinued at one month or not, but yeah.  For
 8   the most part I would say yeah.
 9        (WHEREUPON, Exhibit No. 11 marked for
10   identification entered into the record.)
11        Q.   Let's go on and mark our next exhibit
12   please, it will be exhibit 11.  Why don't you just
13   go ahead and read this email chain, starting from
14   the back?  Let me know when you're finished.
15        (Witness peruses the document.)
16        A.   I'm a slow reader.
17        Q.   That's okay, I've read it before.
18        A.   I'm sure you have.  Okay.
19        Q.   Who is Karen Ables?
20        A.   She's the, she was the building manager
21   at the time of this email.
22        Q.   Does she still work for Nurses'
23   Registry?
24        A.   Yes.
25        Q.   What does she now do?
```

139

```
 1        A.   I don't know.
 2        Q.   Do you continue to interact with her?
 3        A.   She's at the Venture Court office so I
 4   see her and she's friendly so I say hi.
 5        Q.   Who is Lindsey House?
 6        A.   He is the son of Lennie House.
 7        Q.   Is he an employee of Nurses' Registry
 8   currently?
 9        A.   He's contracted.
10        Q.   Okay.  Was he an employee of Nurses'
11   Registry in 2011 when you were having this email
12   exchange?
13        A.   His employment has been off and on over
14   the past few years and so I don't know exactly if he
15   was hired, or working at this time, you know, as an
16   employee.
17        Q.   Do you recall what his responsibilities
18   at the company were, whether or not he was an
19   employee or contractor in 2011, generally?
20        A.   Lindsey's, I don't know what Lindsey
21   does.  He interacts with some of the employees, you
22   know, so I don't know exactly what his role,...
23        Q.   Why would he be on an email discussion
24   between you and Karen about payroll and notes?
25        A.   This email this corresponding, this
```

140

```
 1   email here, was about notes in our billing software.
 2        Q.   What kind of notes?
 3        A.   Well, notes that had been processed in
 4   our billing software that hadn't made it through all
 5   the processes to make it on our verified report.
 6        Q.   Okay.
 7        A.   So we could then process it for payment
 8   to our caregivers.
 9        Q.   What kind of notes are these, though,
10   what are the notes about?
11        A.   We get the notes, I guess, a patient
12   note comes in and they enter it in the billing
13   software.
14        Q.   So these notes relate to patient care?
15   I'm sorry, I'm not trying to be difficult, I —
16   just the reason I'm showing you this email is
17   because I don't understand it and I'm trying to
18   understand what you all are talking about.
19        A.   Sure.  We pay, we — our billing
20   software is set up to there's a process, you know,
21   of certain stages of a visits, okay?
22        Q.   And when you say billing process, we're
23   talking about the billing to a payor source of
24   patient care, of patient services?
25        A.   Our billing,...
```

141

1    Q.   Or were you talking about like the
2  general ledger?
3    A.   So we use the billing software to record
4  our patient visits, okay?  And then from there they
5  bill out from there, okay?  Based on whatever and I
6  don't have any deal with the billing okay?  So, we
7  use that also to verify the time that or the visits
8  that employees have performed so that way we can
9  generate payroll reports to pay the caregiver.
10   So, we use those to justify a person worked,
11 for instance.  Maybe they need to use vacation and
12 sick time and their TOR is not in so the report will
13 come up and we read the day was off and, you know,
14 there's no notes, so we verify they're off and so
15 they need to use some accrual time.  So, we use it
16 to pay, to do our payroll.
17   Q.   So the notes would reflect whether or
18 not a visit was made to a patient?
19   A.   The note would, I guess, that's where
20 the caregiver, where they take the notes out to the
21 patients house and they do the visit, and then they
22 bring them back and then the outer offices.  They'll
23 use that note to determine, you know, to put it into
24 our billing software and then from there, bill it or
25 the other end if payroll.  So once it's verified for

142

1  payroll we will take it to pay it.
2    Q.   So payroll is not going to pay a
3  clinician for visits that they have made to patients
4  if the notes are not in the system?
5    A.   What's the question?  I'm sorry.
6    Q.   I don't know, I'm trying to understand
7  how the two processes work together.
8    A.   Okay.
9    Q.   What I was taking you to say was that
10 the notes from the visit have to be in the system in
11 the billing system in order for that clinician's
12 payroll to be processed.  Is that not correct?
13   A.   That's how we pull our reports just to
14 get from there, so whatever notes are entered in
15 there, that's what we pull to pay.  Now over the
16 years has Lennie paid outside of the billing
17 software like a patient was seen and we didn't have
18 the ability to put it in the system — he will pay
19 the caregiver, you know, for their time.
20   Q.   Do the caregivers also fill out time
21 sheets or time cards?
22   A.   They do like a note process.  You know,
23 it's like a, they have like the time of the note,
24 you know, so and then they have the patient clinical
25 details of the note.  And they take the note and

143

1  record it into our billing software to show hey this
2  is what they actually saw this person at eight nine
3  and then they put it in the billing software and
4  then they bill it out and then we pick it up for
5  payroll.
6    Q.   So you use — I'm sorry, I'm trying real
7  hard to understand this.  You use the existence of
8  notes within the billing system to determine whether
9  or not that caregiver has provided services on that
10 day and therefore should be paid for that day's
11 work, for that hour's work?
12   A.   Right.  And we also use another document
13 that records like if they had a meeting so that way
14 it fills their day up.  So that report that we pull
15 has, you know, their whole day.
16   Q.   So it allows the accounting department
17 to calculate or determine who worked, when, so that
18 you can figure out how much they should be paid?
19   A.   Correct.  We want to pay them for the
20 time worked and if there's a gap in time they may
21 need to use accrual time or like I said if a patient
22 didn't make it in there and then Lennie will say
23 let's pay this person.
24   Q.   But the only source that you're using to
25 determine whether or not a caregiver has been out in

144

1  the field making a making a visit, excuse me, is
2  based on the notes in the billing system?  It's not
3  based on time cards or anything else?
4    A.   We use a document that also has like,
5  that'll help fill in their day so that our office
6  can enter it in the billing software.  It's a
7  non-billable item, obviously and it just shows
8  meeting time or you, know, in-service training, lab
9  drop, you know, stuff like that.
10   Q.   Let's take a look at page 49164, second
11 page in the email chain; it's your email.  Your
12 second sentence you say that, The current payroll
13 periods are set up.  We have only five days to
14 complete the notes for the prior week, or second
15 week of the payroll period.  So does this, you're
16 referencing this,...
17   MR. TRUE:   Where are you starting here.
18   MS. CORNDORF:   I'm starting with his email.
19 The second sentence, starts with, I know that the
20 current,...
21     MR. TRUE:   Okay, got you.
22 BY MS. CORNDORF:
23   Q.   Does this mean that the caregiver has
24 five days to enter their notes into this system
25 before their payroll will get processed?

1     A.   Let me read this.  I think it's only
2 like we have five days to pull it, you know, and
3 then we have to go on to the next period for our
4 payroll periods.  We have to create a cut time and
5 we have to move on.  We pay our payroll by hand for
6 two or three hundred employees at any given time, so
7 we have to say, you know, whatever notes are out
8 there, we have to move forward and,...
9     Q.   What does it mean when you say that
10 something is verified, a verified report?
11     A.   It's made it, our verified report pulls
12 all visits that are marked in V status, verified for
13 payroll.
14     Q.   What has to be within the notes for them
15 to become verified, if you know?
16     A.   I don't know.  It goes, the notes come
17 in to the office and then it goes through certain
18 statuses and verified for payroll is what we pull in
19 for what we do for payroll.
20     Q.   So payroll only pays on those visits
21 that have been verified?
22     A.   Verified for payroll.
23     Q.   Verified for payroll?
24     A.   Yeah.
25     Q.   Could there be notes that have been put

1 into the system that are not yet verified such that
2 then payroll is not going to pay on that visit?
3     A.   There's notes in, there are notes that
4 are in process.  Like I said, we have to create a
5 cut date so we can move forward and pay what we
6 have, what report we can run.  If not, it's a live
7 system so we would not be able to, it's not feasible
8 to get the payroll done in a live system unless you
9 create cut dates.
10     Q.   So the cut date passes for a certain
11 payroll period.  There were notes that were
12 unverified —
13     A.   Right.
14     Q.   — at the time of that cutoff.  If the
15 note subsequently becomes verified does a clinician
16 then get paid —
17     A.   Yes.
18     Q.   — for those notes?  It gets added to
19 the next payroll period?
20     A.   We run a report for the prior payroll
21 periods and that's what we were cleaning up here, in
22 this email.  We were cleaning up notes that were in
23 the unverified, you know, unpaid status.
24     Q.   Okay.  How would you clean that up?
25     A.   We'd run the report and we'd talk to,

1 we'd send the report out to the offices, say you
2 have twenty notes or so that we need you to clean
3 up; they didn't make it for payroll and we need you
4 to work on those and, you know, you get them
5 processed for verified.
6     Q.   Do you have an understanding as to what
7 further needs to be done to the notes for them to
8 become verified?
9     A.   Like if it, if it's rejected or whatever
10 you know, for some small item or whatever, I know
11 that there's reject codes out there.  I may work
12 with the office to, you know, say Hey, you got one
13 that's rejected for this.  Can you please work with
14 the caregiver to get that fixed?  So that way we can
15 get the person paid.
16     Q.   But if the notes have been rejected
17 prior to the payroll cutoff date —
18     A.   Right.
19     Q.   — the caregiver's not paid on those
20 notes until they get corrected?
21     A.   Right.
22 (WHEREUPON Exhibit No. 12 marked for
23 identification entered into the record.)
24     Q.   I think I'm with you now.  All right.
25 I'm going to show you one last document.  We're

1 going to mark it exhibit 12.  Would you go ahead and
2 read the entire email chain for me please, just to
3 yourself?
4     (The witness peruses the document.)
5     A.   Okay.
6     Q.   This is an email chain; it's Bates
7 labeled NRESI09910.  The original email came from
8 the email address of Barbara Ulrich but it is signed
9 from Lennie House.  Who is Barbara Ulrich?
10     A.   She is an ex-employee.
11     Q.   What was her job?
12     A.   She was administrative assistant to
13 Lennie House.
14     Q.   Although this came from her email
15 account you take this as being a message from Mr.
16 House, correct?
17     A.   Yes.
18     Q.   Your email is distributed to Richard
19 Warner, Debbie Graham, Stephanie Watkins and
20 Stephanie Livingood.  Are those employees of the
21 accounting department?
22     A.   At that time.
23     Q.   In the second paragraph you write, I
24 have already been told by several sources directly
25 that the accounting department needs to quote

1  unquote buckle down.
2      A.   Okay.
3      Q.   What do you mean by that?
4      A.   I guess it's like his email says on the
5  bottom, not doing personal cell phone calls or, I
6  don't know what he's just saying, talking in chat
7  rooms.
8      MR. GUARNIERI:  Let me interpose an
9  objection to form, to causing speculation.
10     MS. CORNDORF:  Well, he wrote the email.
11     MR. GUARNIERI:  I thought you were asking
12 what did Mr. House mean by the email?
13     MS. CORNDORF:  No, I'm asking what he means
14 by his instruction that he has been told by several
15 sources that the accounting department needs to
16 buckle down.  Who were the several sources that told
17 you the accounting department needs to buckle down,
18 if you remember?
19     THE WITNESS:  Probably Lennie is one; I
20 don't know what period it is, 2008.
21 BY MS. CORNDORF:
22     Q.   2008, you were the manager of the
23 accounting department, correct?
24     A.   Right.
25     Q.   Were you aware of these types of issues

1  that Mr. House raises, the playing games, talking in
2  chat rooms, talking on cell phones?
3      A.   None of my employees to my knowledge
4  have been talking in chat rooms.  I think his email
5  was a general email on, in 2008 to the company as
6  an et al.
7      As to reference of what he is referring to in
8  my email or why I responded that we need to buckle
9  down?  You know, at times people at work they get a
10 little off-track and their train needs fixed, train,
11 you know, as a person just trying to do their job
12 and I may have just reiterated this with my
13 department and it's in February of — my email's in
14 February and we just came off the most busiest time
15 of our year and February is the period, you know,
16 just trying to get everybody on track.  That's
17 probably where my email came from.
18     Q.   But you don't have a specific
19 recollection as this time being particularly
20 problematic within the accounting dependent of
21 people not being focused on their work?
22     A.   No.  Accounting, January is our busiest
23 month.  We do in-house W2s, you know, and we do
24 in-house close, you know, accounts payable close so
25 it's just one of them things where you just gotta

1  correct that train.
2      MS. CORNDORF:  Okay.  Well, I don't have
3  any further questions for you today.  I really
4  appreciate your time.
5      THE WITNESS:  Okay.  Thank you.
6
7              EXAMINATION
8  BY MR. TRUE:
9      Q.   Nathan let me ask you just a few quick
10 questions here.  You were asked a number of
11 questions by Ms. Corndorf about nurse's notes and
12 how that ties to payroll.  Remember those questions
13 she just finished asking you?
14     A.   Yes, yes, sorry — I'm not, sorry, yes.
15     Q.   You don't have anything to do with that
16 verification process that you talked about?
17     A.   No, that's not my process.
18     Q.   Do you know, do you even know what
19 causes a note to be in a verified versus an
20 unverified process?
21     A.   Just the rejection statuses, you know.
22     Q.   Okay.  But you don't know what cause the
23 note to be rejected?
24     A.   Like mileage out of skew, you know,
25 doesn't match, it's in reverse and the time might

1  be, the caregiver may have entered the time backward
2  so we may, they revert, they reject that.  You know,
3  nothing,...
4      Q.   But those kinds of things have to be
5  cleaned up before you can count it as visit
6  justifying compensation to the caregiver?
7      A.   Yes, we just make sure it's verified.
8      Q.   Do you know who owns Nurses' Registry
9  and Home Health Corporation?
10     A.   Lennie and Vickie House?
11     Q.   Well, if you know, say so, if you
12 don't,...
13     A.   Oh, yeah.
14     Q.   Do you know?
15     A.   Yes.
16     Q.   Okay.  You believe that they own it, is
17 that your belief?
18     A.   Yes.
19     Q.   Okay.  You were asked a question about,
20 and I was unsure of the question honestly, about
21 being whether a person's had requested a run of the
22 2700 account.  Have you ever been asked by Lennie
23 House to run the 2700 account to provide him a copy
24 of the printout of the 2700 account?
25     MS. CORNDORF:  Object to form.

153

1    MR. TRUE:  Have you ever been asked that?
2    THE WITNESS:  No.
3    MR. TRUE:  Have you been asked by anyone else
4  to run the 2700 account?
5    MS. CORNDORF:  Object to form.
6    THE WITNESS:  No.
7    MR. TRUE:  Would you be the person that
8  someone would request information about the 2700
9  account from?
10    THE WITNESS:  No.
11  BY MR. TRUE:
12    Q.  Let me, for expediency, I'm referring to
13  exhibit 7.  This is the, let's see, if I can pull
14  this together.  This is the American Express bill or
15  the American Express check, and walk through with me
16  for a moment here, the date of this check is April
17  2nd, the date of the stub appears to be April
18  2nd, 2009.
19    A.  Incorrect.  The date of the stub is
20  actually 4/16/2009.
21    Q.  Okay.  I'm sorry.  I guess this is the
22  date of the invoice, April 2nd, 2009, is the date of
23  the American Express invoice?
24    A.  Yes.
25    Q.  Okay.  The date of the check is April

154

1  the 16th, 2009, is that right?
2    A.  Yes.
3    Q.  And the amount of the invoice is
4  $13,269.31?
5    A.  Yes.
6    Q.  And that's the same amount as the check?
7    A.  The amount of the check is $13,269.31.
8  Do you have the invoice?
9    Q.  According to your check stub, okay, fair
10  enough.  The amount of the check is $13,269.31?
11    A.  Yes.
12    Q.  Paid to American Express —
13    A.  Yes.
14    Q.  — on April the 16th, 2009, right?
15    A.  Yes.
16    Q.  Now if you flip to the, maybe the third
17  page of that exhibit, which is the Bates number is
18  NR1389, let me, it's showing at the top of that
19  page, it's showing the full invoice amount, isn't
20  it; $13,371.11, because the invoice is the next
21  page?
22    A.  The full statement amount, yes.
23    Q.  Full statement amount here, right?
24    A.  Yes.
25    Q.  Okay.  And then the next group where

155

1  you've allocated this you've, it's got a grand total
2  down there of $13,269.31, right?
3    A.  Yes.
4    Q.  Which matches the check?
5    A.  Yes.
6    Q.  But you've allocated $10,066.16 of that
7  to the 2700 account?
8    A.  Yes.
9    Q.  Which would be allocating as I
10  understand your testimony that amount to Lennie,
11  Lennie, that 2700 account is Lennie House,
12  essentially, is that right?
13    MS. CORNDORF:  Object to form.
14    THE WITNESS:  That's the distribution
15  account that we,...
16    MR. MCCAFFREY:  Distribution account to
17  Lennie House?
18    THE WITNESS:  Right.
19  BY MR. TRUE:
20    Q.  So $10,066.16 of that is allocated to
21  that account?
22    A.  Yes.
23    Q.  Okay.  Which is treated for that purpose
24  of that account as a distribution to him?
25    MS. CORNDORF:  Object to form.

156

1    THE WITNESS:  Yes.
2  BY MR. TRUE:
3    Q.  Now let's look at exhibit 6, which is
4  this document, which is the general-ledger detail
5  report for the 2700 account.  You go back to the
6  page at the bottom that's marked House Financial
7  eleven.  And down at the entry on April 16, 2009,
8  for $10,066.16 you see that?
9    A.  Yes.
10    Q.  Okay.  Now I know you testified earlier
11  that in order to be sure that this was the
12  allocation that's on exhibit 7 you would need to,
13  what did you call it?  You called it —
14    A.  Reconcile —
15    Q.  — reconcile the account.
16    A.  — the account.
17    Q.  But it does, in fact, look like,...
18    A.  The numbers are similar.
19    Q.  That the $10,066.16 has been thrown over
20  into the 2700 account on exhibit 6, you'd agree with
21  that?
22    MS. CORNDORF:  Object to form.
23    THE WITNESS:  Yes.
24  BY MR. TRUE:
25    Q.  Now let's go to this exhibit 8 for a



157

```
 1   minute, which is this document, want to get it?
 2        A.   Yeah, which page?
 3        Q.   Go to page 27, no 2978, I'm sorry, 2978.
 4   The middle of the page there shows an invoice date
 5   of 4/2/2009, you see that?
 6        A.   Yes.
 7        Q.   That matches the invoice date on the
 8   American Express?
 9        A.   It does.
10        Q.   The amount, $13,269.31, that matches the
11   check amount that you all wrote in payment of that
12   invoice?
13        A.   It does.
14        Q.   All right.  Now the entries down below
15   that there is an entry to the 2700 account for
16   $10,066.16, do you follow that?
17        A.   Yes.
18        Q.   And there are some other corrections
19   that Ms. Corndorf noted don't add up to $17,941,
20   which is the, I guess, shown as the invoice amount
21   there.  You agreed with her on that?
22        A.   Yes.
23        Q.   Are those correcting transactions,
24   reallocating transactions?
25        A.   I don't know.
```

YANKEYREPORTING@YAHOO.COM 502/ 939 -6211

158

```
 1        Q.   Okay.
 2        A.   I can't say, you know, I don't know.
 3        Q.   Do you do this process that's reflected
 4   in this document, this exhibit 8t?
 5        A.   Do I do correcting entries?
 6        Q.   Do you do the process that results in
 7   this document accounts-payable-invoice history
 8   report.
 9        A.   This report pulls from our transactions
10   that we do in accounts payable.
11        Q.   Okay.  Is this a report that you would
12   normally be looking at in accounts payable invoice
13   history report?
14        A.   I've ran the report.
15        Q.   Okay.  Did you run this particular
16   report?
17        A.   No.
18        Q.   Okay.  You've run reports like this?
19        A.   Right.
20        Q.   Okay.  Do these appear to be correcting
21   entries where they've gone back and corrected, for
22   instance the proper amount that should be allocated
23   to the 2700 account?
24        A.   I don't know.
25        Q.   Okay.  If you look, and I'm looking at
```

YANKEYREPORTING@YAHOO.COM 502/ 939 -6211

159

```
 1   this section right here, if you look under the —
 2   they're comments, you see those words comments
 3   there?
 4        MS. CORNDORF:   I'm sorry Guthrie, where are
 5   you looking?
 6        MR. TRUE:   I'm looking at the very far
 7   left-hand column.
 8        MS. CORNDORF:   Same invoice though?
 9        MR. TRUE:   I'm looking at exhibit 8.
10        MS. CORNDORF:   I'm with you now.
11   BY MR. TRUE:
12        Q.   Okay.  It looks like the comment is
13   addressing the number above the comment is that
14   right?
15        A.   That's correct.
16        Q.   So the comment related to the
17   $10,066.16, the comment showing it relates to the
18   2700 account?
19        A.   Yes.
20        Q.   The next comment which pertains to an
21   amount of $1,635.78, does that relate to account
22   6740-560?
23        A.   Yes.
24        Q.   And the same with the next one, which is
25   $191.08, does that relate to account 6815-560?
```

YANKEYREPORTING@YAHOO.COM 502/ 939 -6211

160

```
 1        A.   Yes.
 2        Q.   And so forth?
 3        A.   Yes.
 4        Q.   Does that help you in whether or not
 5   these appear to be transactions that are
 6   reallocating amounts to proper accounts or not?  Do
 7   you still not know?
 8        A.   I still don't know.
 9        Q.   Okay.
10        A.   Sorry.
11        Q.   Is that a typical process like with this
12   $13,269.31 American Express bill that only
13   $10,066.16 was allocated to the 2700 account, is
14   that a typical process for you all to go back
15   through and reallocate certain expenses?
16        A.   It's not typical, it happens.  Like I
17   said, if I have to get a check cut for something I
18   get it done, might allocate it to a certain account,
19   just assume it's 2700 then go back.
20        Q.   So this doesn't happen everyday but it's
21   something that does happen?
22        A.   It does.
23        Q.   Okay.  And is that process done to be
24   sure that the expenses are properly allocated to the
25   proper accounts?
```

YANKEYREPORTING@YAHOO.COM 502/ 939 -6211

161

```
1        A.   Correct.
2        Q.   And in this case to be sure that an
3   expense that was a personal expense to Lennie House
4   was properly allocated to his 2700 account?
5        A.   Yes.
6        Q.   In exhibit 5, which looks like this —
7   the second page of that document, which is NR1472,
8   makes reference to a Dr. John Gilbert.  Governing
9   Board 2008 appreciation gift, do you see that?
10        A.   Yes.
11        Q.   Do you have any idea how many patients
12   Dr. Gilbert referred to the agency in 2008?
13        A.   I don't know.  I don't monitor that.
14        Q.   You don't monitor that?
15        A.   No.
16        Q.   Exhibit 6, you were asked a number of
17   questions, that's again this general-ledger detail
18   report on the 2700 account.  You were asked some
19   questions about the reference to loan in many places
20   through that document?
21        A.   Yes.
22        Q.   Do you know how these distributions, let
23   me back up.  First of all, you used the word
24   distributions, okay.  What does distribution in
25   terms of the 2700 account mean in terms of the way
```

162

```
1   you've used that term?
2        MS. CORNDORF:   Object to form.
3        A.   It's, the account is just what we set,
4   what was set up back then; to my knowledge and to
5   record the distributions of Lennie House.
6        Q.   Distributions being a distribution of
7   money to him?
8        A.   Yes.  Like moneys going to him were
9   paying for expenses.
10        Q.   All right.  So really all of the, all of
11   the transactions reflected in this report, you're
12   referring to those as distributions?
13        A.   Correct.
14        Q.   Okay.  There are a lot of, the word
15   "loan" appears many times through this document.  Do
16   you know ultimately how those distributions
17   reflected in exhibit 6 are treated for tax purposes
18   by Lennie House?
19        A.   No.
20        Q.   Is that, that's not a part of your
21   duties, you don't deal with his tax treatment?
22        A.   Yes.
23        Q.   Is that correct?
24        A.   That's correct.
25        MR. TRUE:   I think that's all the
```

163

```
1   questions I have.
2                EXAMINATION
3   BY MR. GUARNIERI:
4        Q.   I've got a few Nathan.  If you would,
5   get exhibit 2 in front of you please.  Turn to the
6   second page which is Bates labeled NR0000485.  Are
7   you there?
8        A.   Yes.
9        Q.   Am I reading correctly that in the first
10   entry it indicates UK Supplies for Dr. Alvarado's
11   office and then it has the names Deborah, Emily,
12   Mary Ann and Holly?
13        A.   Yes.
14        Q.   Do you know who Deborah, Emily, Mary Ann
15   and Holly are?
16        A.   No.
17        Q.   Do you have any idea whether or not
18   they're related to Dr. Alvarado?
19        A.   I do not.
20        Q.   Let's go to the next one.  UK Supplies
21   for Dr., I believe it's Andreas office.  And then
22   you've got the names after that it says Dr. Pica,
23   either Diane or Dionne, Carrie, Katie and Kim.  Did
24   I appear to read those correctly?
25        A.   Yes.
```

164

```
1        Q.   At least focusing on Diane or Dionne,
2   Carrie, Katie and Kim, do you know who they are?
3        A.   No.
4        Q.   Do you know if they're related to any of
5   the physicians in Dr. Andreas office?
6        A.   No.
7        Q.   And the third entry there, Dr. Ott's
8   office, and it says Jane, Charlotte and Dr. Ott.  My
9   question to you is do you know who Jane and
10   Charlotte are?
11        A.   No.
12        Q.   Do you know if they're related to any of
13   the physicians in Dr. Ott's office including Dr.
14   Ott?
15        A.   No.
16        Q.   Go to exhibit 9 if you would.  And my
17   understanding of this document is that you use it at
18   least for purposes of tallying referrals from
19   certain territories in order to help calculate a
20   commission that a community educator may be entitled
21   to?
22        MS. CORNDORF:   Object to form.
23        A.   Yes.
24        Q.   Okay.  Turn if you would to page Bates
25   labeled page 0019972.  It's page 1942 of the
```

1  detailed report itself.  Are you there?
2      A.  I'm there.
3      Q.  Look at the first entry that relates to
4  Virginia Kellerhouse.
5      A.  Okay.
6      Q.  Can you determine from that whether Ms.
7  Kellerhouse was referred to Nurses' Registry from
8  somebody at St. Joseph East Hospital by Dr.
9  Davenport himself or by somebody within Dr.
10  Davenport's office?
11      A.  I just know the source is St. Joseph
12  Hospital.
13      Q.  Okay.  But the answer to my question is
14  that you don't know who actually referred this
15  individual to Nurses' Registry, do you?
16      A.  No.
17      Q.  In fact, do you know whether or not
18  Virginia Kellerhouse exercised her right to
19  patient's choice to choose Nurses' Registry as her
20  home health agency?
21      A.  I do not, it's not part of my job.
22      Q.  Turn if you will to NR0019975, which is
23  page 2242 of the detailed report.
24      A.  Okay.
25      Q.  Go down under territory nine, Carol

1  Lingo the third entry related to Sherry Bashorun.
2      A.  Okay.
3      Q.  I want to know generally the same thing.
4  Do you know whether Ms. Bashorun exercised patient's
5  choice and chose Nurses' Registry?
6      A.  I have no clue.
7      Q.  Do you know whether or not it was a
8  hospital list or discharge coordinator at St. Joe
9  hospital who referred Sherry Bashorun to Nurses'
10  Registry?
11      A.  I don't know.
12      Q.  Do you know whether it was somebody in
13  Dr. Bradford Fine's office that referred her to
14  Nurses' Registry?
15      A.  No, just St. Joseph Hospital.
16      Q.  Go back if you will to exhibit 2 again.
17  And then turn to NR000485.  Do you know whether or
18  not Dr. Alvarado has placed any discretion within
19  Deborah, Emily, Mary Ann or Holly to refer patients
20  to a particular home health agency?
21      A.  I have no clue.
22      Q.  And with respect to Dr. Andreas' office,
23  do you know, do you have any information as to
24  whether Dr. Andreas has entrusted Dionne or Dianne,
25  Carrie, Katie or Kim to sit down with his patients

1  and discuss particular home-health agencies?
2      A.  No.
3      Q.  Dr. Ott's office, do you know whether or
4  not Dr. Ott has vested authority within Jane or
5  Charlotte to sit down with his patients and help
6  those patients choose a home health agency?
7      A.  No.
8      MR. GUARNIERI:  Thank you, Nathan, that's
9  all the questions I have.
10      EXAMINATION
11  BY MS. CORNDORF:
12      Q.  Couple of quick questions, then we'll be
13  done.  If you could take a look at exhibit 9, which
14  is the referrals by liaison, territory in detail
15  report, David was asking you questions about page 22
16  and the patient Sherry Bashorun, B-A-S-H-O-R-U-N.
17      A.  Okay.
18      Q.  He asked you whether or not if you knew
19  this patient has exercised patient's choice in
20  selecting Nurses' Registry.
21      A.  Yes.
22      Q.  Assuming that she did exercise patient
23  choice in selecting Nurses' Registry, why would St.
24  Joseph Hospital and Dr. Bradford Fine's name then
25  appear in the referral source column on this report

1  if they were not the referral source?
2      A.  It's just what the report has, picks it
3  up from the billing software.  You know, I don't
4  know.  I didn't create the report you know
5  specifically, it's just listed on there.
6      Q.  Exhibit 8 the invoice history report
7  that relates to the American Express statements, I
8  think a lot of us are having trouble understanding
9  the information that's recorded here; I'm thinking
10  maybe part of it could be a formatting issue.  Who
11  within the accounting department could help us read
12  this report and understand what the different
13  entries mean?  I took it from your testimony that
14  this isn't a report that you're super-familiar with?
15      A.  I don't know, I guess, the maybe the
16  CPA, I don't know, but —
17      Q.  Maybe Ms. Wilson?
18      A.  Yeah, but it's how the report's run, you
19  can't really tell the sequence or the actual
20  transaction, what's happened.
21      Q.  Mr. True asked you some questions about
22  reasons why notes might be rejected within the
23  billing system and you gave two examples like the
24  mileage being out of skew or the nursing dates being
25  incorrect.

169

```
1        A.   Like payroll end of things.
2        Q.   Are those the only reasons why nursing
3   notes might be rejected?
4        A.   Mileage, time in and out, I don't know
5   the clinical end of it.  There may be a clinical
6   rejection.
7        Q.   So it might be your review is limited
8   when you reject notes to the mileage being out of
9   skew or the dates being incorrect?
10       A.   Yeah, I don't handle the clinical end of
11  it.
12       Q.   But the clinical manager, the case
13  managers, I suppose, are the ones that review the
14  clinical side?
15       A.   Yes.
16       Q.   The case managers also review nursing
17  notes, correct?
18       A.   That's what they're supposed to do,
19  yeah.
20       Q.   And case managers could reject the notes
21  for clinical reasons?
22       A.   They could.
23       MR. TRUE:  Object to the form.
24       Q.   Are you aware of any reasons why a case
25  manager might reject nursing notes?
```

170

```
1        A.   Mainly it's my payroll end, I try to get
2   the payroll end done.
3        Q.   So just so I understand your testimony,
4   there are reasons why the payroll department might
5   reject notes, but there are also reasons why case
6   managers might reject notes?
7        A.   The office takes a note in and the
8   office may reject it for several reasons, okay?  And
9   it may be rejected for payroll end or the clinical
10  end.  So if it's a payroll end I'll try to help
11  correct it and go from there.  The clinical end is
12  not my business.  I didn't go to school for that.
13       Q.   If payroll has no issues with a note,
14  but the clinical —the case managers have still not
15  verified the report for clinical reasons, is that
16  note then going to hold up payroll?
17       A.   If it's not through the statuses you
18  know, it has to be verified for payroll.
19       Q.   So that's, yes?
20       A.   Yes.
21       MS. CORNDORF:  That's all the questions I
22  have, thank you.  You can just leave those here for
23  the court reporter please.  Thanks again for your
24  time today.
25       THE WITNESS:  Yeah.
```

171

```
1        (WHEREUPON, the Deposition of Nathan Daniels
2   concludes at 2 p.m.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

172

```
1                  CERTIFICATE
2   STATE OF KENTUCKY)
3   COUNTY OF OLDHAM)
4       I, BRENDA YANKEY, the undersigned Court Reporter
5   and Notary Public in and for the State of Kentucky
6   At Large, certify that the facts stated in the
7   caption hereto are true, that at the time and place
8   stated in said caption, the witness named, that
9   after being duly sworn, was examined by counsel for
10  the parties; that said testimony was taken down in
11  stenotype by me and later reduced to type writing,
12  and the foregoing is a true record of the testimony
13  given by said witness.
14       No party to said action nor counsel for said
15  parties requested in writing that said testimony be
16  signed by the testifying witness.  I further certify
17  that I am not related by blood or marriage to any of
18  the parties hereto and that I have no interest in
19  the outcome of the captioned matter.
20       My commission expires:  January 31, 2016.
21  IN TESTIMONY WHEREOF, I hereunto set my hand and
22  seal of office on this 11 day of July, 2014.
23  Crestwood, Oldham County, Kentucky.
24       BRENDA YANKEY, NOTARY PUBLIC
25       STATE AT LARGE, KENTUCKY NOTARY ID #4580604
```

**$**
**$1,300 [1]**   112/18
**$1,500 [2]**   34/16 34/22
**$1,600 [1]**   112/18
**$1,635.78 [1]**   159/21
**$10,000 [1]**   112/18
**$10,066.16 [13]**   108/9 108/23
  109/5 114/8 114/11 114/17
  155/6 155/20 156/8 156/19
  157/16 159/17 160/13
**$10,167.96 [1]**   104/6
**$107.48 [1]**   92/14
**$13,269 [1]**   103/14
**$13,269.31 [9]**   103/20 104/2
  104/24 154/4 154/7 154/10
  155/2 157/10 160/12
**$13,371.11 [1]**   154/20
**$17,000 [1]**   112/21
**$17,500 [3]**   75/25 77/14 79/7
**$17,900 [1]**   112/19
**$17,941 [3]**   112/16 112/24
  157/19
**$191.08 [1]**   159/25
**$20 [4]**   82/4 82/12 82/18
  84/18
**$20,000 [4]**   71/14 71/17 72/7
  84/25
**$53.96 [2]**   61/19 62/8
**$63.39 [1]**   51/6
**$79.24 [1]**   51/5

**—**
**--the [1]**   170/14

**0**
**00 [2]**   73/12 73/18
**000 [1]**   61/8
**0001471 [1]**   58/14
**0019972 [1]**   164/25
**00AMRLGH [1]**   114/19
**00LGHouse [2]**   73/8 76/3
**00LGHouse040322 [1]**   73/5
**03-AMERLGH [1]**   97/12
**08-145-KKC [1]**   1/4
**090402 [1]**   115/11

**1**
**10 [4]**   3/23 33/11 131/12
  131/16
**100 [5]**   20/20 31/5 65/11
  65/16 95/5
**101 [2]**   24/25 34/25
**1010 [1]**   61/4
**10:00 [2]**   1/18 4/2
**11 [5]**   3/24 114/15 138/9
  138/12 172/22
**12 [4]**   3/25 75/21 147/22
  148/1
**124 [2]**   2/12 3/22
**13,269.31 [1]**   104/5
**131 [1]**   3/23
**138 [1]**   3/24
**1389 [3]**   94/9 103/17 113/23
**147 [1]**   3/25
**1472 [1]**   59/12
**1500 [1]**   31/19
**151 [1]**   3/5
**151-162 [1]**   3/6
**15th [1]**   93/14
**16 [1]**   156/7
**162 [1]**   3/6
**162-167 [1]**   3/7
**167 [1]**   3/7

**167-171 [1]**   3/8
**170 [1]**   3/8
**171 [1]**   3/8
**172 [1]**   3/9
**1942 [1]**   164/25
**19897 [1]**   131/18
**19960 [1]**   125/22
**1st [2]**   109/13 112/15

**2**
**2003 [5]**   8/16 11/6 11/19
  67/4 67/12
**2004 [7]**   64/14 67/12 71/13
  73/5 73/24 74/24 84/25
**20042128 [1]**   1/24
**2005 [1]**   67/13
**2006 [1]**   16/2
**2007 [3]**   10/20 12/12 98/25
**2008 [7]**   54/6 131/20 149/20
  149/22 150/5 161/9 161/12
**2009 [22]**   43/16 75/22 79/7
  91/7 93/14 103/1 104/23
  108/16 109/3 109/13 109/15
  112/15 113/18 114/17 116/20
  153/18 153/20 153/22 154/1
  154/14 156/7 157/5
**201 [2]**   1/19 2/16
**2010 [1]**   37/11
**2011 [5]**   81/8 82/22 117/7
  139/11 139/19
**2014 [2]**   1/18 172/22
**2016 [1]**   172/20
**21 [4]**   64/11 81/6 117/1
  117/5
**214 [1]**   4/22
**22 [1]**   167/15
**2242 [1]**   165/23
**22nd [2]**   73/5 74/24
**24th [2]**   54/6 131/20
**25 [1]**   75/24
**25th [1]**   79/7
**260 [2]**   2/4 2/7
**27 [2]**   3/14 157/3
**2700 [63]**   63/3 64/25 65/2
  65/3 65/8 65/10 66/18 66/22
  67/2 67/9 68/11 68/13 69/3
  69/20 71/1 78/19 78/19 80/12
  81/2 82/13 83/9 83/17 83/19
  83/23 86/19 86/20 87/4 89/21
  90/16 93/19 95/10 103/16
  103/20 104/4 104/7 104/14
  105/14 108/23 109/2 113/17
  114/7 114/12 114/24 117/9
  118/9 119/4 152/22 152/23
  152/24 153/4 153/8 155/7
  155/11 156/5 156/20 157/15
  158/23 159/18 160/13 160/19
  161/4 161/18 161/25
**2700-000 [1]**   61/8
**271 [1]**   29/16
**272 [2]**   27/9 34/13
**2978 [4]**   102/25 108/14 157/3
  157/3
**2nd [7]**   103/1 104/23 109/15
  113/18 153/17 153/18 153/22

**3**
**3/31/10 [1]**   33/11
**300 [2]**   2/4 2/7
**31 [1]**   172/20
**31st [2]**   81/7 117/7
**36 [1]**   3/15

**4**
**4-151 [1]**   3/5
**4/16/2009 [2]**   114/17 153/20
**4/2/2009 [1]**   157/5
**40322 [1]**   74/15
**40507 [3]**   2/5 2/7 2/16
**40599 [1]**   2/20
**40601 [1]**   2/12
**42001 [2]**   115/18 115/22
**43 [1]**   3/16
**4580604 [1]**   172/24
**486 [1]**   36/18
**49164 [1]**   144/10

**5**
**50 [1]**   3/17
**502 [1]**   1/24
**560 [6]**   30/9 31/12 37/23
  60/21 159/22 159/25
**58 [1]**   3/18
**5th [3]**   71/13 84/25 91/7

**6**
**6/25 [1]**   75/24
**6/25/2009 [1]**   75/22
**6211 [1]**   1/24
**64 [1]**   3/19
**6740 [1]**   61/2
**6740-560 [5]**   30/9 31/12 37/23
  60/21 159/22
**6815-560 [1]**   159/25

**7**
**7/1/2009 [2]**   108/16 109/3
**75 [1]**   58/14

**8**
**87 [1]**   3/20
**8t [1]**   158/4

**9**
**900 [3]**   1/20 2/16 131/18
**939-6211 [1]**   1/24
**96 [1]**   3/21
**9th [1]**   43/16

**A**
**a.m [2]**   1/18 4/2
**ability [8]**   21/1 21/4 21/10
  21/13 28/12 99/2 102/10
  142/18
**able [4]**   72/6 83/22 137/21
  146/7
**Ables [1]**   138/19
**about [74]**   7/1 9/11 12/25
  13/10 18/4 18/11 21/24 22/4
  22/15 26/12 26/18 31/23
  41/12 46/18 47/18 50/3 50/9
  50/23 56/11 57/5 57/15 57/25
  62/12 62/22 62/24 62/25 66/5
  67/8 70/3 70/18 71/2 74/24
  75/2 77/9 80/5 89/20 90/11
  93/13 94/1 94/11 97/16 97/22
  98/23 99/18 100/8 100/17
  102/25 105/5 108/4 111/17
  114/15 120/14 123/5 123/20
  123/21 126/11 132/11 134/4
  134/9 135/4 139/24 140/1
  140/10 140/18 140/23 141/1
  151/11 151/16 152/19 152/20
  153/8 161/19 167/15 168/21
**above [1]**   159/13
**accept [1]**   46/17

**access [1]**  21/16

**according [3]**  103/13 105/2 154/9

**account [135]**  6/19 28/4 30/13 30/16 31/9 31/12 31/15 31/21 32/1 32/11 32/18 35/2 35/3 35/7 36/11 37/22 58/17 60/22 61/3 61/4 61/8 61/10 61/11 61/20 63/13 64/25 64/25 65/3 65/9 65/10 65/15 65/19 66/1 66/19 66/22 67/9 67/14 67/19 67/22 68/11 68/13 68/17 68/19 69/3 69/20 70/1 71/1 71/4 72/1 72/2 72/12 78/11 78/16 78/19 80/10 80/12 81/2 82/13 83/6 83/10 83/12 83/17 83/19 83/24 84/1 84/10 84/12 84/14 86/19 86/21 87/4 90/16 91/14 91/21 92/4 93/19 93/21 95/8 103/14 103/16 103/20 104/4 104/7 104/15 105/14 105/24 105/25 109/2 113/17 114/12 114/25 116/1 116/10 116/17 117/9 117/11 117/14 117/18 117/21 117/23 118/9 118/21 119/4 121/23 121/25 121/25 122/3 122/5 148/15 152/22 152/23 152/24 153/4 153/9 155/7 155/11 155/15 155/16 155/21 155/24 156/5 156/15 156/16 156/20 157/15 158/23 159/18 159/21 159/25 160/13 160/18 161/4 161/18 161/25 162/3

**account's [1]**  67/10

**accountant [2]**  12/25 17/11

**accounting [97]**  8/20 9/9 10/1 10/2 10/8 10/18 10/25 12/13 12/17 12/25 13/22 14/5 15/14 18/12 19/1 19/8 20/8 20/18 20/19 20/23 22/17 23/13 24/22 24/23 25/17 28/6 28/9 28/16 29/3 29/9 30/7 30/11 30/21 32/17 33/1 37/19 37/25 38/16 39/22 41/20 42/2 42/7 44/17 51/13 51/22 53/5 53/14 59/18 60/5 60/12 67/5 67/15 67/18 76/16 76/19 77/15 78/1 79/10 81/2 83/22 85/16 90/18 91/9 91/14 94/18 95/3 96/1 96/4 97/5 97/20 98/24 101/15 101/20 102/1 103/18 106/20 109/25 112/5 115/10 118/12 118/24 119/13 120/4 120/25 121/5 121/11 124/5 133/15 143/16 148/21 148/25 149/15 149/17 149/23 150/20 150/22 168/11

**accounts [62]**  11/3 12/2 12/8 12/20 13/23 14/2 14/6 14/8 19/9 21/6 21/13 21/18 21/20 22/11 25/4 25/8 26/16 31/8 31/17 32/20 32/22 32/22 41/3 63/24 66/18 70/13 70/14 72/1 72/16 73/13 73/15 75/19 76/15 83/16 92/9 93/12 95/5 95/17 96/19 96/22 97/6 101/14 102/12 105/8 106/21 108/13 111/10 111/21 111/24 117/22 119/6 119/20 119/23 119/25 120/24 122/16 150/24

**accounts-payable [3]**  31/8 32/20 97/6

**accounts-payable-invoice [1]**  158/7

**accrual [2]**  141/15 143/21

**accruals [3]**  21/21 21/22 118/5

**across [5]**  57/1 57/9 57/13 87/15 124/24

**action [2]**  1/4 172/14

**actual [1]**  168/19

**actually [11]**  14/15 53/13 88/16 88/18 90/10 96/5 100/21 130/9 143/2 153/20 165/14

**Adam [2]**  43/15 43/21

**add [5]**  10/9 13/13 110/20 112/24 157/19

**added [1]**  146/18

**Addict [4]**  49/4 49/4 51/7 51/11

**additional [3]**  117/13 117/16 117/19

**address [5]**  4/21 24/25 34/24 35/1 148/8

**addressing [1]**  159/13

**adjust [3]**  32/11 112/9 112/11

**adjusting [2]**  85/10 104/17

**adjustment [2]**  71/4 71/5

**adjustments [3]**  32/12 32/14 117/24

**admin [2]**  43/22 43/23

**administered [1]**  4/3

**administrative [1]**  148/12

**admit [11]**  125/4 126/8 128/14 128/18 129/4 129/11 129/17 136/22 136/24 137/2 137/4

**admits [2]**  123/18 124/2

**admitted [2]**  137/9 137/17

**after [13]**  4/5 8/12 11/11 24/2 41/10 93/23 94/4 106/11 106/16 117/7 135/4 163/22 172/9

**afterwards [3]**  29/12 32/11 128/22

**again [20]**  4/12 24/8 37/20 37/24 50/10 53/12 60/4 73/6 94/3 99/24 109/16 110/22 112/13 112/15 116/14 116/25 117/18 161/17 166/16 170/23

**against [2]**  4/15 120/19

**agencies [1]**  167/1

**agency [5]**  62/23 161/12 165/20 166/20 167/6

**ago [7]**  26/6 26/9 26/10 26/11 28/22 60/19 116/21

**agree [7]**  10/14 82/7 98/12 99/8 100/10 137/21 156/20

**agreed [2]**  97/24 157/21

**agreement [2]**  98/20 99/12

**ahead [19]**  27/5 33/22 36/6 36/6 37/2 40/23 45/3 49/12 51/15 53/24 54/16 64/20 87/13 96/16 102/23 124/13 131/15 138/13 148/1

**air [1]**  137/16

**al [1]**  150/6

**ALISIA [1]**  1/6

**all [78]**  8/19 9/6 9/15 12/6

158/7 158/10 158/12 160/6 170/6

**accounts-payable [3]**  31/8 32/20 97/6

**accounts-payable-invoice [1]**  158/7

**accrual [2]**  141/15 143/21

**accruals [3]**  21/21 21/22 118/5

**across [5]**  57/1 57/9 57/13 87/15 124/24

**action [2]**  1/4 172/14

**actual [1]**  168/19

**actually [11]**  14/15 53/13 88/16 88/18 90/10 96/5 100/21 130/9 143/2 153/20 165/14

**Adam [2]**  43/15 43/21

**add [5]**  10/9 13/13 110/20 112/24 157/19

**added [1]**  146/18

**Addict [4]**  49/4 49/4 51/7 51/11

**additional [3]**  117/13 117/16 117/19

**address [5]**  4/21 24/25 34/24 35/1 148/8

**addressing [1]**  159/13

**adjust [3]**  32/11 112/9 112/11

**adjusting [2]**  85/10 104/17

**adjustment [2]**  71/4 71/5

**adjustments [3]**  32/12 32/14 117/24

**admin [2]**  43/22 43/23

**administered [1]**  4/3

**administrative [1]**  148/12

**admit [11]**  125/4 126/8 128/14 128/18 129/4 129/11 129/17 136/22 136/24 137/2 137/4

**admits [2]**  123/18 124/2

**admitted [2]**  137/9 137/17

**after [13]**  4/5 8/12 11/11 24/2 41/10 93/23 94/4 106/11 106/16 117/7 135/4 163/22 172/9

**afterwards [3]**  29/12 32/11 128/22

**again [20]**  4/12 24/8 37/20 37/24 50/10 53/12 60/4 73/6 94/3 99/24 109/16 110/22 112/13 112/15 116/14 116/25 117/18 161/17 166/16 170/23

**against [2]**  4/15 120/19

**agencies [1]**  167/1

**agency [5]**  62/23 161/12 165/20 166/20 167/6

**ago [7]**  26/6 26/9 26/10 26/11 28/22 60/19 116/21

**agree [7]**  10/14 82/7 98/12 99/8 100/10 137/21 156/20

**agreed [2]**  97/24 157/21

**agreement [2]**  98/20 99/12

**ahead [19]**  27/5 33/22 36/6 36/6 37/2 40/23 45/3 49/12 51/15 53/24 54/16 64/20 87/13 96/16 102/23 124/13 131/15 138/13 148/1

**air [1]**  137/16

**al [1]**  150/6

**ALISIA [1]**  1/6

**all [78]**  8/19 9/6 9/15 12/6

14/21 14/25 15/11 19/15 21/23 22/22 22/23 23/9 23/11 25/4 26/17 26/24 39/18 40/4 40/5 44/10 45/20 51/12 51/19 54/21 56/8 61/3 66/16 67/6 68/25 72/13 78/15 78/20 89/14 89/16 89/18 89/19 95/10 97/11 97/18 97/25 98/4 98/13 99/7 100/25 101/1 101/22 104/19 104/20 107/10 107/23 113/1 116/10 116/14 118/5 120/1 122/4 123/6 127/11 128/16 129/9 133/2 133/3 137/22 140/4 140/18 145/12 147/24 157/11 157/14 160/14 161/23 162/10 162/10 162/25 162/9 167/9 170/21

**allocate [12]**  31/25 32/19 92/1 92/10 94/12 94/15 95/18 106/13 110/1 110/6 114/13 160/18

**allocated [31]**  35/6 36/11 61/19 65/2 65/25 69/25 72/11 80/3 80/12 81/2 83/23 90/15 91/15 91/20 91/20 92/22 93/18 93/20 95/10 103/15 103/20 104/3 112/11 117/9 155/1 155/6 155/20 158/22 160/13 160/24 161/4

**allocating [2]**  114/24 155/9

**allocation [12]**  93/25 95/8 104/16 105/23 106/21 108/9 110/14 111/19 111/22 114/12 116/6 156/12

**allocations [3]**  91/2 95/13 103/19

**allow [2]**  52/16 97/5

**allows [1]**  143/16

**ALLRED [1]**  2/24

**almost [2]**  78/15 101/1

**along [2]**  4/13 55/7

**already [2]**  106/18 148/24

**also [21]**  2/22 12/5 15/8 30/3 33/9 38/4 38/21 85/2 88/4 89/2 91/3 111/1 115/11 115/16 115/22 141/7 142/20 143/12 144/4 169/16 170/5

**although [4]**  80/25 80/25 117/11 148/14

**Alvarado [2]**  163/18 166/18

**Alvarado's [1]**  163/10

**always [2]**  39/10 138/3

**am [6]**  97/17 100/19 101/11 117/19 163/9 172/17

**ambiguous [1]**  53/21

**AMERICA [1]**  1/6

**American [33]**  87/23 88/7 88/14 90/11 92/6 93/8 93/10 94/21 94/22 95/7 95/15 97/15 103/5 104/25 105/14 105/17 106/22 109/8 111/19 111/20 111/22 114/7 114/24 115/2 116/1 117/2 153/14 153/15 153/23 154/12 157/8 160/12 168/7

**AMERLGH [1]**  97/12

**AMEX [2]**  91/25 113/17

**amount [35]**  30/14 31/10 31/19 31/20 40/6 70/20 70/21 76/10 83/5 103/9 103/10 104/3 104/24 104/25 105/3 105/17 105/20 105/23 112/16 114/17 115/1 120/17 154/3 154/6

**A**

**amount... [11]** 154/7 154/10
154/19 154/22 154/23 155/10
157/10 157/11 157/20 158/22
159/21
**amounts [1]** 160/6
**Amy [6]** 54/7 54/7 54/8
131/20 134/24 137/20
**analyze [3]** 13/5 74/18 113/3
**Andreas [3]** 163/21 164/5
166/24
**Andreas' [1]** 166/22
**Ann [3]** 163/12 163/14 166/19
**Anna [1]** 130/12
**another [8]** 36/19 49/6 58/15
73/19 75/20 80/13 112/4
143/12
**answer [16]** 6/1 6/5 17/24
32/3 33/22 35/14 40/23 62/21
98/7 98/23 99/23 100/16
100/17 109/20 112/15 165/13
**answered [2]** 106/18 111/15
**answers [3]** 5/16 5/17 101/1
**Anti [1]** 50/14
**Anti-kickback [1]** 50/14
**any [70]** 6/3 6/4 6/5 6/12
7/7 9/19 10/4 10/21 11/7
13/13 15/4 19/1 19/8 22/22
23/3 41/23 44/8 46/5 46/8
50/16 54/22 59/23 59/25 62/4
66/5 67/1 67/20 71/21 79/15
79/18 86/1 86/23 87/9 93/3
98/1 98/1 98/8 98/12 98/13
98/14 99/23 100/3 100/9
100/10 108/7 111/20 117/8
119/23 120/22 121/2 121/15
123/20 125/18 128/9 128/10
129/21 133/20 133/22 137/8
141/6 145/6 151/3 161/11
163/17 164/4 164/12 166/18
166/23 169/24 172/17
**anybody [2]** 108/7 118/18
**anyone [13]** 7/1 7/21 15/18
15/23 25/6 29/1 45/10 118/11
118/24 121/5 131/10 135/5
153/3
**anything [26]** 6/20 10/7 12/22
13/15 14/23 20/6 27/1 36/10
40/3 44/6 50/16 56/10 57/11
71/6 86/6 86/14 94/14 99/3
99/13 99/14 99/15 99/18
120/16 123/23 144/3 151/15
**anywhere [1]** 127/17
**aol.com [1]** 2/20
**AP [11]** 11/1 11/3 11/22 12/1
13/14 70/13 72/16 72/22
73/11 75/8 121/16
**apologize [1]** 12/24
**appear [11]** 35/11 51/6 74/25
78/14 115/16 126/1 127/19
158/20 160/5 163/24 167/25
**appeared [2]** 37/22 88/24
**appearing [3]** 63/18 109/8
126/16
**appears [15]** 28/3 29/17 30/3
34/14 54/5 76/25 78/10 78/21
89/15 97/17 115/10 115/12
127/5 153/17 162/15
**apply [5]** 15/11 96/25 120/24
122/16 128/7
**appreciate [1]** 151/4
**appreciation [1]** 161/9

**approval [10]** 34/3 38/13
63/13 78/9 120/13 120/13
41/10 43/9 79/15
**approve [5]** 33/19 41/13 45/10
51/15 135/12
**approved [6]** 33/10 33/24 34/6
38/9 51/20 52/1
**approving [2]** 33/13 33/14
**approximately [2]** 1/18 26/7
**April [10]** 103/1 104/23
109/15 113/18 153/16 153/17
153/22 153/25 154/14 156/7
**AR [1]** 11/1
**archives [1]** 23/23
**are [139]** 5/14 5/17 9/14
9/22 10/12 12/17 13/1 14/9
16/22 22/9 23/13 23/20 24/1
24/2 25/23 26/13 26/14 28/12
29/24 32/20 34/2 34/17 34/19
34/21 39/25 41/19 42/10
42/16 44/16 48/16 49/24
49/25 51/7 51/9 52/14 55/1
55/7 55/14 56/1 56/4 60/4
60/8 60/9 62/21 62/23 63/2
63/8 68/19 69/2 69/3 70/21
72/9 75/13 75/24 77/1 78/12
78/23 79/3 79/23 80/22 80/24
83/1 83/22 84/23 85/17 86/8
86/15 88/23 89/1 89/2 89/20
90/15 90/25 94/21 95/11
95/20 95/21 98/3 99/3 100/15
101/10 101/16 109/3 111/6
111/6 113/1 113/19 115/2
116/11 117/7 117/16 118/11
118/23 120/13 122/21 123/10
123/11 123/13 124/14 126/2
127/9 129/21 130/5 131/6
133/11 135/21 140/9 140/10
140/18 142/4 142/14 144/13
144/17 145/7 145/12 146/1
146/3 146/4 148/20 156/18
157/18 157/23 159/4 160/5
160/24 162/14 162/17 163/6
163/15 164/2 164/10 165/1
168/8 169/2 169/13 169/24
170/4 170/5 172/7
**area [1]** 118/3
**areas [1]** 82/16
**aren [2]** 13/14 48/15
**aren't [1]** 110/23
**arguments [1]** 100/7
**arose [1]** 100/5
**around [2]** 16/13 132/25
**as [89]** 4/6 9/10 11/22 12/17
14/4 14/5 15/11 19/19 19/19
20/12 22/8 25/14 25/15 26/24
27/7 27/17 27/10 27/19 32/18
34/8 34/24 35/11 36/15 37/21
37/21 40/3 42/22 43/4 50/6
51/7 51/9 51/14 54/3 56/21
58/13 64/3 64/9 64/17 65/19
66/3 67/21 83/5 85/4 91/6
92/11 93/15 96/1 98/20 98/22
100/9 100/21 101/6 101/7
103/5 103/7 103/9 103/10
109/19 110/15 119/22 120/3
121/9 121/9 126/17 128/10
129/4 129/16 130/13 130/20
130/25 131/5 135/3 136/19
137/22 139/15 147/6 148/15
150/5 150/7 150/11 150/19
152/5 154/6 155/9 155/24
157/20 162/12 165/19 166/23

**as-needed [1]** 20/12
**aside [5]** 32/22 119/11 119/12
119/12 126/12 127/15
**ask [6]** 5/24 6/5 68/5 69/24
108/4 151/9
**asked [23]** 24/23 25/17 26/23
50/13 55/9 57/17 58/11 66/12
68/2 98/6 102/11 118/7
118/20 119/1 151/10 152/19
152/22 153/1 153/3 161/16
161/18 167/18 168/21
**asking [18]** 41/4 50/6 50/13
63/8 66/5 79/6 97/22 99/7
99/25 100/2 101/8 118/11
118/15 118/23 149/11 149/13
151/13 167/15
**asks [3]** 20/1 23/15 69/21
**aspect [1]** 120/22
**assessment [1]** 128/10
**assets [1]** 21/23
**assign [4]** 31/25 124/10
125/4 126/8
**assigned [9]** 20/11 124/25
125/1 125/15 126/7 126/17
126/19 127/5 127/17
**assistant [1]** 148/12
**associated [1]** 17/7
**assume [15]** 5/25 33/25 49/6
74/17 80/12 82/22 89/19
101/2 113/5 115/3 116/11
126/4 136/10 138/5 160/19
**assumed [1]** 104/19
**assumes [1]** 86/8
**assuming [2]** 33/14 167/22
**asterisks [1]** 46/2
**Atherton [3]** 24/7 24/10 24/11
**attach [1]** 41/17
**attached [2]** 93/6 103/11
**attaches [1]** 25/12
**attempt [2]** 77/15 123/7
**attempting [1]** 107/7
**attempts [1]** 54/18
**attend [1]** 9/17
**attendance [1]** 33/15
**attended [5]** 8/14 34/5 34/6
35/23 91/22
**attending [2]** 32/7 33/16
**attention [1]** 54/5
**attorney [1]** 26/20
**attorneys [2]** 6/25 25/25
**audited [1]** 136/6
**auditors [1]** 17/1
**audits [1]** 17/2
**August [2]** 71/13 84/24
**authority [3]** 28/10 28/23
167/4
**auto [3]** 75/11 75/13 76/3
**auto-populate [1]** 75/11
**auto-populated [2]** 75/13 76/3
**available [2]** 28/12 98/4
**Avenue [1]** 4/22
**awarded [1]** 133/5
**aware [12]** 24/1 117/7 117/16
117/19 118/11 118/23 120/25
122/9 133/16 133/20 149/25
169/24
**away [1]** 25/7
**AYER [1]** 2/11

**B**

**B-A-S-H-O-R-U-N [1]** 167/16
**B-I-B-E-L-O-T-S [1]** 33/19
**bachelor [3]** 9/8 9/14 10/1

**B**

**Bachelors [1]** 8/20

**back [31]** 23/23 48/23 58/10 67/12 70/6 71/10 71/20 72/10 78/16 84/18 86/18 90/10 94/8 104/16 104/20 106/11 106/16 110/4 110/12 113/14 116/25 134/22 138/14 141/22 156/5 158/21 160/14 160/19 161/23 162/4 166/16

**background [1]** 7/24

**backup [6]** 22/8 25/2 27/22 59/4 71/23 87/5

**backward [1]** 152/1

**bad [3]** 48/2 48/6 85/24

**balance [9]** 19/14 83/6 83/9 118/21 118/21 118/25 119/1 119/3 119/9

**ball [2]** 89/9 91/8

**bank [22]** 12/5 12/20 13/10 13/12 13/13 13/15 13/16 13/18 13/20 21/3 21/4 45/22 58/18 58/20 58/24 59/7 61/2 61/4 66/17 80/9 84/10 117/23

**Barbara [2]** 148/8 148/9

**based [9]** 37/17 57/1 84/14 90/21 93/25 137/8 141/5 144/2 144/3

**Bashorun [4]** 166/1 166/4 166/9 167/16

**basic [2]** 43/22 81/18

**basically [1]** 113/2

**basis [10]** 18/9 19/19 20/12 74/18 82/13 94/15 121/16 135/19 135/24 136/3

**Bates [11]** 27/8 27/10 29/16 36/17 64/10 81/5 131/17 148/6 154/17 163/6 164/24

**Bath [1]** 62/8

**battle [1]** 111/14

**be [131]** 12/8 18/18 25/18 26/14 27/23 28/3 29/17 30/3 32/14 32/15 32/23 33/4 34/14 37/24 38/8 41/21 42/24 43/14 50/13 50/16 51/6 51/23 52/24 53/1 54/23 55/21 56/19 56/20 58/12 58/14 61/17 61/19 68/9 69/14 69/21 69/22 69/25 72/6 72/8 72/13 72/15 72/16 74/3 79/8 79/24 80/13 81/3 83/12 83/15 85/9 85/16 87/2 89/24 91/2 91/15 91/19 91/20 92/4 92/8 92/21 93/6 94/1 95/10 96/11 96/12 97/17 99/1 100/1 100/10 101/4 101/9 104/16 110/12 110/13 110/17 110/18 112/3 115/8 118/2 121/8 127/6 127/21 127/25 128/3 128/11 128/25 129/18 130/25 131/1 132/10 132/18 133/11 133/16 134/15 136/2 137/21 138/12 139/23 140/15 142/10 142/12 143/10 143/18 145/14 145/25 146/7 147/7 151/19 151/23 152/1 152/4 153/7 153/17 155/9 156/11 158/12 158/20 158/22 160/5 160/23 161/2 164/20 167/12 168/10 168/22 169/3 169/5 169/7 170/9 170/18 172/15

**Beardon [3]** 14/13 14/14 15/18

**because [28]** 5/19 23/13 28/14

36/10 53/8 56/9 56/20 61/3 80/20 90/14 92/2 96/17 97/10 101/5 104/18 106/5 107/10 107/18 109/17 116/16 126/20 140/17 154/20

**become [4]** 122/8 123/18 145/15 147/8

**becomes [2]** 62/15 146/15

**been [60]** 7/16 15/25 22/9 27/8 36/17 54/3 56/25 57/21 57/25 58/13 64/9 65/18 67/11 68/13 69/17 70/14 71/18 71/23 86/20 87/24 88/25 93/24 97/2 98/4 98/25 101/1 101/4 101/6 107/10 107/19 109/1 111/16 117/13 122/2 122/9 122/10 123/3 125/15 126/17 127/17 127/21 128/20 132/14 133/8 134/10 138/3 138/5 139/13 140/3 143/25 145/21 145/25 147/16 148/24 149/14 150/4 152/22 153/1 153/3 156/19

**before [31]** 4/12 5/1 5/12 6/6 10/24 28/14 28/17 32/9 37/22 38/8 45/10 49/23 55/19 66/14 66/22 66/25 68/3 70/2 81/24 90/14 108/21 111/16 112/23 115/13 117/20 123/2 124/19 135/13 138/17 144/25 152/5

**began [1]** 11/19

**beginning [1]** 1/18

**behalf [3]** 28/24 86/2 100/12

**being [24]** 4/6 13/25 46/6 50/13 53/2 77/16 77/21 80/25 81/1 98/5 98/6 99/3 117/8 134/16 148/15 150/19 150/21 152/21 162/6 168/24 168/24 169/8 169/9 172/9

**belief [1]** 152/17

**believe [6]** 31/18 60/18 82/20 115/22 152/16 163/21

**below [5]** 30/9 89/8 126/1 126/16 157/14

**benefit [3]** 5/15 92/21 98/15

**benefits [4]** 14/23 89/15 92/15 93/17

**Bennington [5]** 43/15 43/18 45/11 54/7 54/13

**besides [5]** 6/20 6/25 9/24 85/18 134/9

**Beston [4]** 16/7 16/9 16/11 16/15

**better [1]** 34/15

**between [5]** 44/25 52/17 104/11 112/17 139/24

**beyond [1]** 87/3

**Bibelots [1]** 33/15

**bill [12]** 23/5 80/11 94/14 94/21 106/15 111/23 114/24 141/5 141/24 143/4 153/14 160/12

**billable [1]** 144/7

**billing [33]** 19/2 19/7 119/14 119/18 120/11 120/18 120/22 121/9 122/8 128/19 129/9 136/25 137/4 137/17 140/1 140/4 140/12 140/19 140/22 140/23 140/25 141/3 141/6 141/24 142/11 142/16 143/1 143/3 143/8 144/2 144/6 168/3 168/23

**bills [3]** 94/13 120/20

**bit [3]** 21/16 21/24 79/1

**blood [1]** 172/17

**board [3]** 20/5 20/7 161/9

**Bob [2]** 16/7 16/9

**bonus [13]** 132/10 132/12 132/15 133/4 133/9 133/15 134/1 134/13 134/16 134/20 134/24 135/15 136/6

**bonuses [10]** 132/20 132/25 133/5 133/11 133/20 133/24 134/6 134/7 134/8 134/9

**book [3]** 72/8 87/6 87/7

**books [1]** 72/15

**bookstore [1]** 62/9

**both [2]** 56/13 88/20

**bottom [12]** 27/11 29/17 33/9 34/14 37/18 64/10 95/25 108/22 114/8 125/22 149/5 156/6

**box [4]** 2/19 37/19 60/20 61/7

**Bradford [2]** 166/13 167/24

**brand [1]** 67/4

**break [5]** 6/4 58/1 58/4 113/7 113/10

**Brenda [10]** 1/16 5/12 27/6 58/11 124/14 131/21 131/21 132/11 172/4 172/24

**bring [2]** 123/17 141/22

**brought [1]** 125/3

**brunch [2]** 33/15 33/16 33/17

**buckle [4]** 149/1 149/16 149/17 150/8

**bucks [1]** 77/13

**building [1]** 138/20

**busiest [2]** 150/14 150/22

**business [9]** 9/12 50/4 50/5 57/10 57/12 88/15 88/21 94/2 170/12

**businesses [1]** 9/13

**buy [3]** 77/8 77/23 93/2

**buying [1]** 53/9

**buys [1]** 41/7

**C**

**calculate [3]** 125/8 143/17 164/19

**calculated [2]** 135/5 135/24

**calculating [2]** 124/6 129/5

**calculation [1]** 125/13

**call [10]** 18/17 22/8 33/5 61/17 68/5 69/24 79/10 92/18 134/13 156/13

**called [3]** 17/8 20/20 156/13

**calling [2]** 77/9 77/22

**calls [7]** 20/1 68/8 69/21 76/21 79/5 79/25 149/5

**came [10]** 16/19 47/18 72/7 99/11 104/16 124/10 148/7 148/14 150/14 150/17

**can [62]** 5/17 6/1 6/8 8/23 10/14 12/8 12/16 13/3 15/7 17/23 21/2 23/6 25/4 25/15 25/15 27/19 32/3 35/14 36/18 41/1 46/19 51/19 59/17 61/5 66/16 67/1 71/6 73/1 79/2 83/25 83/25 84/4 84/8 92/7 92/12 98/23 99/20 99/22 100/25 101/8 107/10 107/14 107/21 108/4 109/20 113/21 117/1 119/12 120/15 120/19

**can... [12]**   127/6 141/8
143/18 144/6 146/5 146/6
147/13 147/14 152/5 153/13
165/6 170/22
**can't [16]**   5/19 16/20 31/16
65/13 78/4 107/19 108/5
109/19 110/10 110/20 110/20
110/23 112/9 138/6 158/2
168/19
**capable [2]**   98/8 110/23
**capacity [1]**   101/19
**Capital [5]**   58/18 58/20 58/24
59/7 80/9
**caption [2]**   172/7 172/8
**captioned [1]**   172/19
**captured [1]**   102/16
**card [13]**   58/20 58/24 59/7
59/10 61/24 80/2 80/3 88/11
88/14 88/15 88/15 95/15
116/3
**cards [2]**   142/21 144/3
**care [6]**   71/9 119/15 136/20
137/9 140/14 140/24
**caregiver [9]**   141/9 141/20
142/19 143/9 143/25 144/23
147/14 152/1 152/6
**caregiver's [1]**   147/19
**caregivers [2]**   140/8 142/20
**Carol [1]**   165/25
**Carrie [3]**   163/23 164/2
166/25
**cars [1]**   132/2
**case [14]**   4/15 6/23 30/24
98/11 134/4 134/5 134/13
161/2 169/12 169/16 169/20
169/24 170/5 170/14
**cash [27]**   12/19 13/4 13/5
13/6 18/10 71/10 71/13 71/16
71/17 72/7 72/14 81/20 82/14
84/9 84/25 85/3 85/7 85/13
87/8 120/4 120/6 120/7
120/15 121/14 121/15 121/16
121/20
**Cat [4]**   49/4 49/4 51/7 51/11
**category [1]**   151/20
**cause [1]**   151/22
**causes [1]**   151/19
**causing [1]**   149/9
**cell [2]**   149/5 150/2
**CENTRAL [1]**   1/3
**certain [16]**   24/2 34/2 40/6
42/16 81/20 106/10 110/2
110/21 123/19 123/24 140/21
145/17 146/10 160/15 160/18
164/19
**CERTIFICATE [2]**   3/9 172/1
**Certification [1]**   1/24
**certifications [1]**   9/20
**certify [2]**   172/6 172/16
**CFO [1]**   18/15
**chain [6]**   54/4 131/17 138/13
144/11 148/2 148/6
**change [3]**   21/15 37/16 84/19
**changed [8]**   14/15 37/15 54/11
62/17 106/16 110/14 112/2
112/8
**changes [1]**   32/10
**changing [1]**   111/12
**charge [7]**   23/4 23/14 86/5
91/6 91/10 94/7 95/10
**charges [4]**   85/25 93/8 94/16

95/14
**CHAROEF [1]**   ...
15/25 16/4 18/18 21/5 21/17
28/11 28/25 32/23 41/18
45/13 81/21 82/20 82/24
83/20 118/13 121/8 122/1
**Charlotte [3]**   164/8 164/10
167/5
**chat [3]**   149/6 150/2 150/4
**check [83]**   22/23 22/24 22/24
25/11 25/13 27/17 28/3 28/4
28/13 28/15 29/4 29/5 29/7
30/23 33/5 35/2 36/19 36/20
43/8 43/9 44/1 44/7 44/13
44/14 44/17 44/21 44/22 45/8
45/20 47/14 48/4 54/21 55/18
55/19 56/14 58/16 58/17
59/14 59/15 59/18 59/20
59/22 61/17 62/16 64/2 69/22
70/14 72/24 75/4 75/15 76/6
77/10 78/20 79/11 79/13
79/21 80/10 80/15 82/16
87/16 88/6 103/10 105/1
105/21 115/21 116/1 122/15
122/25 122/25 123/6 128/22
135/16 137/5 153/15 153/16
153/25 154/6 154/7 154/9
154/10 155/4 157/11 160/17
**check-history [1]**   105/21
**checkout [1]**   23/5
**checks [12]**   12/11 28/7 28/10
28/17 28/23 41/16 46/12
69/25 70/2 120/13 121/12
135/10
**chief [2]**   18/16 18/19
**CHILDERS [2]**   2/19 48/20
**childerslaw [1]**   2/20
**choice [4]**   165/19 166/5
167/19 167/23
**choose [2]**   165/19 167/6
**chose [1]**   166/5
**CHRISTINE [2]**   2/6 4/12
**Christmas [4]**   133/24 134/2
134/7 134/8
**Chuck [3]**   17/5 17/14 69/14
**circumstance [1]**   46/11
**circumstances [5]**   33/3 39/25
42/1 86/15 124/21
**CIVIL [2]**   1/4 1/22
**clarification [1]**   94/5
**clarify [1]**   7/15
**class [2]**   81/15 83/2
**classes [1]**   9/24
**clean [2]**   146/24 147/2
**cleaned [1]**   152/5
**cleaning [2]**   146/21 146/22
**clear [3]**   13/13 56/19 127/12
**cleared [1]**   13/12
**clearly [1]**   36/9
**clinical [11]**   142/24 169/5
169/5 169/10 169/12 169/14
169/21 170/9 170/11 170/14
170/15
**clinician [2]**   142/3 146/15
**clinician's [1]**   142/11
**CLINTON [1]**   2/12
**close [2]**   150/24 150/24
**closer [3]**   26/11 70/7 136/5
**clue [2]**   166/6 166/21
**code [11]**   63/4 65/20 68/7
73/10 73/11 73/12 73/18
74/10 74/11 75/12 75/13
**coded [10]**   64/24 67/9 67/22

68/11 82/16 86/19 86/20
87/1 87/4 95/21
**codes [2]**   85/17 147/11
**coding [1]**   30/13
**colleague [1]**   4/13
**collecting [1]**   25/2
**college [1]**   10/7
**Collins [1]**   8/6
**column [18]**   70/10 70/11 70/12
70/16 70/18 71/2 71/7 72/19
87/4 104/7 108/23 114/7
127/5 127/25 130/10 130/24
159/7 167/25
**columns [2]**   65/5 70/8
**come [14]**   17/1 70/13 85/15
90/17 104/20 106/11 106/16
110/12 120/18 121/15 126/5
127/8 141/13 145/16
**COMED [1]**   89/3
**comes [8]**   14/21 27/18 30/22
32/21 39/10 92/6 136/23
140/12
**coming [7]**   13/6 13/7 29/10
120/1 120/10 120/13 134/17
**commemorate [2]**   27/19 61/5
**comment [14]**   71/13 72/24 73/5
75/4 75/7 75/15 76/11 76/12
115/25 159/12 159/13 159/16
159/17 159/20
**comments [16]**   65/5 72/18
72/20 75/23 76/23 77/1 77/17
78/2 78/18 114/19 114/20
115/12 115/17 115/20 159/2
159/2
**commercial [1]**   130/21
**commission [25]**   123/14 123/15
125/6 125/16 126/7 126/8
128/7 128/8 128/11 129/12
129/16 129/19 129/23 129/24
131/1 131/3 131/5 132/16
132/17 132/21 133/21 138/2
138/3 164/20 172/20
**commissions [9]**   124/7 125/9
129/6 130/5 131/6 135/4
135/10 135/13 135/25
**communicate [2]**   17/15 18/5
47/10 120/17 124/23
**communicated [3]**   29/8 57/9
57/13
**communicating [2]**   55/3 132/11
**communication [4]**   55/2 57/1
91/9 93/1
**community [41]**   36/25 43/20
43/25 44/9 46/20 47/20 48/15
49/24 50/22 52/22 54/15
54/19 57/12 57/18 89/5 91/18
91/21 122/19 123/7 123/11
124/9 124/24 125/9 125/24
126/14 127/4 127/24 128/23
128/25 129/2 129/14 129/15
130/23 132/10 132/11 132/19
133/6 133/22 134/24 135/8
164/20
**community-ed [2]**   43/20 44/9
**companies [4]**   12/6 16/25 19/2
119/14
**company [57]**   7/16 13/3 17/7
18/11 19/12 20/13 22/7 22/13
34/5 34/12 34/25 35/23 42/4
42/8 42/10 42/24 47/16 54/11
56/21 57/8 62/15 63/9 63/11
68/7 68/15 68/20 68/24 69/4
70/25 71/21 72/4 80/3 80/17

**C**

company... **[24]** 80/20 80/20
80/22 80/24 80/25 86/18
89/15 91/4 92/20 92/22 93/4
94/1 94/2 98/15 98/17 98/18
98/24 132/19 132/24 133/1
133/2 133/5 139/18 150/5
company's **[6]** 17/13 20/16
35/7 35/22 100/4 122/18
compel **[1]** 100/6
compelled **[1]** 98/18
compensated **[2]** 123/11 123/13
compensation **[1]** 152/6
complete **[2]** 22/24 144/14
compliance **[1]** 48/11
computer **[1]** 27/20
concerned **[1]** 51/23
concludes **[1]** 171/2
confirm **[5]** 105/20 115/6
116/4 128/19 134/19
confirmation **[2]** 87/22 137/23
connection **[3]** 13/24 42/20
112/7
connections **[1]** 36/12
connotation **[2]** 48/2 48/7
consider **[1]** 68/9
considered **[2]** 63/9 81/12
contents **[1]** 99/1
context **[1]** 137/13
continue **[2]** 136/20 139/2
contracted **[1]** 139/9
contractor **[1]** 139/19
conversation **[5]** 50/9 57/4
57/7 93/23 94/4
conversations **[2]** 55/10 57/15
cookies **[1]** 49/21
coordinator **[9]** 11/1 11/23
12/1 14/2 25/8 63/25 75/8
75/19 166/8
coordinators **[2]** 32/20 76/16
copies **[4]** 28/17 51/2 93/9
122/15
copy **[8]** 23/8 23/9 23/11
26/13 28/14 36/19 93/6
152/23
CORNDORF **[89]** 2/6 3/5 3/8
4/10 4/13 9/6 14/17 16/10
17/23 18/3 24/12 26/22 32/3
32/13 33/18 34/1 35/14 35/25
36/14 37/12 40/13 40/24 45/9
47/1 48/14 48/22 50/18 50/24
52/11 53/11 53/24 54/2 55/25
56/18 57/3 57/25 58/7 59/7
59/11 61/25 62/25 63/3 64/19
64/21 65/17 66/7 66/13 83/18
84/22 85/12 86/9 97/3 100/3
101/10 101/12 104/21 105/7
106/17 107/2 107/7 108/10
109/20 109/23 113/6 113/13
116/13 118/19 123/1 124/16
144/18 144/22 149/10 149/13
149/21 151/2 151/11 152/25
153/5 155/13 155/25 156/22
157/19 159/4 159/8 159/10
162/2 164/22 167/11 170/21
corner **[2]** 29/19 60/3
CORP **[2]** 1/12 35/4
corporate **[1]** 34/25
Corporation **[2]** 4/16 152/9
correct **[62]** 20/14 25/13
34/18 34/23 34/24 35/4 35/5
35/8 35/9 38/5 43/16 55/18
55/21 56/2 60/6 62/7 64/5
84/19 88/1 97/17 101/17
103/2 103/11 103/12 105/18
107/3 108/18 108/23 108/24
109/6 109/9 109/10 110/3
111/1 114/9 115/19 115/23
119/15 119/16 120/5 120/9
122/19 122/20 130/10 130/11
142/12 143/19 148/16 149/23
151/1 159/15 161/1 162/13
162/23 162/24 169/17 170/11
corrected **[2]** 147/20 158/21
correcting **[5]** 81/14 111/13
157/23 158/5 158/20
corrections **[2]** 81/19 157/18
correctly **[8]** 45/7 54/19 76/3
85/16 92/10 106/13 163/9
163/24
corresponding **[1]** 139/25
cost **[1]** 77/13
couched **[1]** 99/16
could **[24]** 45/7 50/13 70/8
73/19 74/20 74/21 77/10
77/13 77/17 104/15 110/13
110/18 112/5 113/15 113/23
113/25 119/9 140/7 145/25
167/13 168/10 168/11 169/20
169/22
counsel **[2]** 172/9 172/14
count **[2]** 129/12 152/5
counted **[3]** 129/18 129/22
130/25
counting **[1]** 129/16
COUNTY **[2]** 172/3 172/23
couple **[7]** 28/22 66/23 86/17
110/13 115/2 130/19 167/12
courses **[3]** 10/2 10/4 10/6
court **[26]** 1/2 1/16 4/4 5/3
5/13 6/16 9/4 14/13 16/8
24/25 25/23 26/19 26/21
33/16 34/25 37/10 40/11
46/14 54/1 69/10 98/18 100/7
124/15 139/3 170/23 172/4
CPA **[16]** 7/8 7/9 9/22 15/20
16/1 16/3 16/20 16/20 16/23
17/3 17/4 17/16 18/18 18/20
67/18 168/16
CR **[4]** 85/1 85/15 85/16
85/18
crated **[1]** 45/23
create **[19]** 21/10 21/13 44/1
44/4 44/10 45/21 67/14 68/20
94/11 110/22 112/10 112/10
122/25 128/4 128/22 145/4
146/4 146/9 168/4
created **[16]** 40/18 44/12 45/6
47/12 56/8 67/13 67/19 73/16
79/18 85/10 95/2 95/12 95/16
98/22 103/19 104/18
creates **[3]** 94/18 118/4 118/5
creating **[1]** 99/14
creation **[5]** 45/12 45/18 47/7
98/12 99/17
credit **[11]** 61/24 71/2 71/3
71/6 71/14 80/2 80/3 82/4
83/5 85/5 106/10
credited **[3]** 31/20 128/11
128/25
credits **[2]** 71/9 87/4
Crestwood **[1]** 172/23
criteria **[2]** 131/2 134/12
current **[12]** 10/10 10/17
13/24 23/12 60/11 73/24
144/12 144/20
currently **[3]** 14/10 73/21
139/8
cursive **[1]** 89/14
cut **[22]** 22/25 44/7 44/13
44/17 44/20 44/22 45/8 45/20
47/14 59/20 61/17 62/6 62/16
63/12 70/14 79/10 79/13
145/4 146/5 146/9 146/10
160/17
cutoff **[2]** 146/14 147/17
cutting **[1]** 12/11

**D**

D-A-N-I-E-L-S **[1]** 4/20
daily **[4]** 18/6 18/9 20/12
121/16
Daniels **[10]** 1/15 4/5 4/11
4/19 98/22 101/6 101/7
108/11 113/14 171/1
dark **[1]** 89/21
darker **[1]** 89/2
dash **[2]** 65/6 88/8
data **[1]** 12/10
date **[37]** 30/3 30/6 33/10
37/21 70/9 72/23 74/16 74/17
74/23 76/5 76/9 102/20 103/5
103/8 108/14 108/17 109/12
110/11 110/11 115/14 117/7
117/12 117/13 117/17 124/18
136/7 146/5 146/10 147/17
153/16 153/17 153/19 153/22
153/22 153/25 157/4 157/7
dated **[8]** 43/15 54/6 75/22
81/7 103/1 109/14 117/6
131/20
dates **[6]** 110/24 111/11
115/16 146/9 168/24 169/9
Davenport **[1]** 165/9
Davenport's **[1]** 165/10
DAVID **[3]** 1/7 2/15 167/15
day **[12]** 41/16 46/21 54/20
54/25 77/14 96/11 141/13
143/10 143/14 143/15 144/5
172/22
day's **[1]** 143/10
days **[3]** 144/13 144/24 145/2
deal **[3]** 61/3 141/6 162/21
debating **[1]** 109/1
Debbie **[8]** 36/21 36/22 49/1
60/10 60/11 60/14 63/25
148/19
debit **[1]** 70/18
debits **[2]** 71/9 117/14
Deborah **[3]** 163/11 163/14
166/19
December **[5]** 81/7 117/7
132/25 133/9 134/2
December-ish **[1]** 132/25
decide **[2]** 106/12 134/16
decides **[1]** 40/1
decision **[9]** 8/21 8/22 9/9
9/10 32/9 32/18 32/25 33/8
137/16
defendant **[3]** 1/12 2/10
107/19
definitely **[1]** 128/14
degree **[2]** 8/17 10/1
degrees **[2]** 8/18 9/15
denials **[2]** 137/8 137/15
denied **[2]** 42/15 53/5

**deny [2]** 42/2 42/8
**department [91]** 15/14 15/19
18/13 18/23 19/1 19/5 19/7
19/8 20/8 20/23 21/10 24/23
25/17 28/6 28/9 29/3 29/9
30/7 30/21 31/9 32/18 33/1
36/24 37/1 37/19 37/25 38/16
39/22 41/10 41/20 42/2 42/7
44/12 44/17 45/12 45/19
50/22 51/22 53/14 57/18
59/18 60/5 60/12 67/16 67/18
72/21 73/10 73/12 76/16
76/19 77/15 78/2 79/10 81/3
83/22 84/4 90/18 91/10 91/14
94/18 96/4 97/20 100/4
103/18 110/1 118/12 118/24
119/18 120/19 120/25 121/5
121/11 122/8 122/19 122/22
124/6 124/9 127/24 128/24
133/12 133/16 135/8 143/16
148/21 148/25 149/15 149/17
149/23 150/13 168/11 170/4
**department's [1]** 28/16
**depended [1]** 92/18
**dependent [2]** 119/13 150/20
**depending [4]** 90/6 92/17
96/12 110/18
**deposit [8]** 45/22 72/8 72/15
87/5 87/7 120/23 121/14
122/9
**deposited [1]** 122/6
**deposition [9]** 1/15 1/21 5/1
5/6 6/9 7/1 100/1 107/13
171/1
**depositions [1]** 6/23
**deposits [1]** 122/14
**depreciations [1]** 21/22
**describe [10]** 12/9 12/16 13/3
40/20 41/1 55/12 59/16 79/2
91/10 123/15
**described [3]** 51/9 79/1 79/5
**describing [1]** 65/19
**description [5]** 53/12 65/8
65/10 65/15 68/16
**design [1]** 9/12
**designate [1]** 63/21
**designation [6]** 88/12 90/5
124/24 126/25 127/8 127/12
**destroy [1]** 24/4
**destroyed [1]** 24/2
**destruction [1]** 24/14
**detail [13]** 66/16 66/18 66/21
67/2 113/16 116/25 118/8
123/20 124/18 136/7 156/4
161/17 167/14
**detailed [4]** 64/23 104/22
165/1 165/23
**details [3]** 66/6 82/1 142/25
**determination [6]** 52/20 62/1
62/12 92/24 94/4 128/24
**determine [9]** 32/6 72/6 77/16
105/23 141/23 143/8 143/17
143/25 165/6
**determined [3]** 91/17 93/24
129/17
**determines [2]** 81/3 91/14
**DG [1]** 60/9
**dguarnieri [1]** 2/17
**diagonal [1]** 38/21
**Diane [2]** 163/23 164/1
**Dianne [1]** 166/24

**did [68]** 6/8 6/12 6/14 6/22
7/19 7/24 8/6 8/10 8/13 8/14
8/15 9/17 11/5 11/7 11/10
11/15 11/22 12/5 14/18 16/11
17/15 17/22 20/4 23/15 25/22
25/25 27/20 28/19 28/21
33/19 36/24 44/1 44/3 44/4
45/10 45/13 45/15 47/6 47/10
55/12 59/3 60/14 67/20 82/21
90/16 93/2 93/9 98/12 100/9
100/10 102/7 104/16 107/17
124/5 124/5 129/4 132/5
132/6 132/19 135/3 135/12
135/18 137/9 149/12 156/13
155/18 163/23 167/22
**didn't [19]** 42/4 42/5 52/5
67/14 73/15 77/15 98/1 98/1
98/8 99/6 99/13 99/24 128/9
128/10 142/17 143/22 147/3
168/4 170/12
**dietary [1]** 132/7
**difference [1]** 110/10
**different [13]** 32/10 33/6
49/9 49/16 72/14 88/25
103/24 108/17 110/24 111/1
112/3 132/15 168/12
**difficult [2]** 52/25 140/15
**digits [1]** 74/25
**dinner [1]** 42/21
**Dionne [3]** 163/23 164/1
166/24
**direct [5]** 32/22 32/24 84/4
84/6 101/20
**directly [1]** 148/24
**director [5]** 43/19 54/15
129/2 129/15 130/23
**discharge [1]** 166/8
**discombobulated [1]** 114/2
**discontinued [2]** 137/9 138/7
**discovery [2]** 107/12 108/2
**discrepancy [1]** 104/10
**discretion [2]** 133/3 166/18
**discuss [7]** 7/13 18/7 20/9
45/13 45/15 47/6 167/1
**discussed [2]** 13/23 131/9
**discussing [3]** 7/23 71/23
112/14
**discussion [3]** 111/17 137/14
139/23
**distinction [1]** 44/24
**distinguish [1]** 52/17
**distribute [1]** 90/19
**distributed [4]** 45/11 50/22
134/16 148/18
**distribution [12]** 61/15 63/13
64/25 65/19 68/4 68/9 104/19
155/14 155/16 155/24 161/24
162/6
**distributions [13]** 61/12
61/13 67/24 68/1 68/22 72/3
81/15 161/22 161/24 162/5
162/6 162/12 162/16
**DISTRICT [2]** 1/2 1/2
**divide [2]** 126/24 126/24
**division [9]** 1/3 73/10 73/13
73/18 73/20 73/23 74/3 74/6
75/12
**divisions [3]** 73/14 73/16
73/17
**do [192]**
**doc [1]** 22/16
**doc's [1]** 46/13
**doctor's [3]** 46/14 46/15

49/22
**document [92]** 24/14 25/9
25/19 27/8 27/15 27/17 27/21
30/13 30/14 30/16 31/2 31/23
32/6 32/9 32/16 36/2 36/17
37/6 37/23 43/25 44/2 44/5
44/6 45/10 47/7 50/21 51/1
54/19 55/5 55/19 59/1 59/24
59/25 60/1 63/16 64/12 64/18
66/4 66/6 66/8 66/11 66/14
66/15 66/24 70/7 80/8 80/21
94/9 94/10 94/17 94/20 95/16
96/3 96/17 96/18 98/13 98/21
99/17 99/18 100/11 100/22
100/23 100/24 105/19 105/22
106/19 106/24 111/17 111/21
116/18 124/13 124/17 124/19
125/7 127/15 127/16 127/17
131/16 136/11 138/15 143/12
144/4 147/25 148/4 156/4
157/1 158/4 158/7 161/7
161/20 162/15 164/17
**documentation [28]** 22/8 22/20
23/3 23/7 25/2 27/22 29/12
29/14 30/7 30/22 43/4 47/23
48/25 51/19 57/23 59/4 59/24
62/4 62/7 71/22 71/23 71/25
78/22 79/18 87/5 93/4 93/5
100/14
**documentations [1]** 50/21
**documented [2]** 59/13 87/3
**documents [24]** 6/12 6/13 6/14
22/18 24/1 24/4 24/22 25/15
25/18 25/20 26/2 26/13 31/10
33/24 34/10 41/19 45/7 72/5
72/10 94/12 95/12 97/22
98/14 114/3
**does [83]** 15/18 16/23 16/24
17/6 17/11 17/14 18/15 19/1
19/8 19/15 19/16 19/18 19/19
19/21 19/24 20/8 21/21 21/21
21/22 21/23 22/7 24/4 30/6
30/10 32/23 37/13 39/7 40/14
41/18 42/19 43/10 44/17 48/6
51/15 52/16 58/22 73/8 76/4
78/1 78/14 81/16 81/21 82/24
84/12 88/10 88/20 88/22 89/4
90/17 90/17 92/15 94/20 97/4
97/5 97/9 97/20 105/11
105/16 110/11 115/24 119/18
121/5 121/8 122/8 129/23
130/13 130/17 138/22 138/25
139/21 144/15 144/23 145/9
146/15 156/17 157/9 157/13
159/21 159/25 160/4 160/21
160/22 161/24
**doesn [20]** 40/4 42/15 43/7
77/5 78/3 98/2 99/4 99/4
99/19 99/21 99/22 107/13
107/14 107/16 109/21 112/18
112/20 131/2 151/25 160/20
**doing [7]** 12/9 28/19 28/21
48/12 56/21 123/9 149/5
**dollar [6]** 72/7 82/12 82/18
123/19 123/24 124/1
**dollars [14]** 34/17 34/22
71/14 71/17 75/25 79/8 82/4
84/18 85/1 92/14 103/15
112/17 112/19 122/13
**don [5]** 35/20 55/16 77/19
98/7 122/17
**don't [199]**

## D

done [15]   26/25 51/18 101/10
102/4 104/20 106/8 106/10
113/19 131/11 146/8 147/7
160/18 160/23 167/13 170/2
down [29]   5/13 5/20 9/4 20/1
25/16 34/13 37/18 49/16
62/15 79/2 93/13 95/25 103/1
103/3 108/21 114/8 114/16
130/19 149/1 149/16 149/17
150/9 155/2 156/7 157/14
165/25 166/25 167/5 172/10
Dr [20]   161/8 161/12 163/10
163/18 163/21 163/22 164/5
164/7 164/8 164/13 164/13
165/8 165/9 166/13 166/18
166/22 166/24 167/3 167/4
167/24
draw [1]   54/5
drawn [3]   28/4 35/2 58/16
drill [1]   79/2
drop [1]   144/9
Due [1]   54/18
duly [1]   172/9
dump [1]   95/1
duties [1]   162/21

## E

each [5]   21/9 71/22 73/1
75/10 92/4
earlier [2]   136/23 156/10
earn [1]   9/25
easier [3]   30/15 92/1 92/3
East [3]   1/19 2/16 165/8
EASTERN [1]   1/2
ed [9]   43/20 44/9 54/15 89/5
91/18 124/9 127/24 129/3
135/8
ed-department [1]   127/24
education [13]   37/1 43/25
50/22 54/19 57/18 91/21
122/19 128/23 129/15 130/23
132/10 132/12 135/8
educational [1]   7/24
educator [13]   91/22 124/24
125/4 125/15 125/16 125/18
125/24 126/14 127/4 129/1
129/14 134/1 164/20
educators [12]   47/21 48/15
49/24 123/7 123/11 124/25
125/2 125/9 132/20 133/6
133/22 134/24
eight [4]   8/3 113/21 116/21
143/2
either [3]   50/14 62/20
163/23
electronic [2]   26/12 26/23
electronically [4]   23/8 26/14
26/15 26/17
elements [1]   8/23
eleven [8]   7/16 18/1 106/25
108/8 113/25 114/1 134/11
156/7
else [12]   7/1 7/21 12/22
15/19 15/23 28/1 29/1 71/6
91/13 94/6 144/3 153/3
email [41]   43/14 54/4 54/5
54/6 54/17 55/9 55/11 55/17
56/14 57/6 57/18 131/17
131/19 132/9 134/23 136/5
137/21 138/13 138/21 139/11
139/23 139/25 140/1 140/16
144/11 144/11 144/18 146/22
148/14 148/18 149/4 149/10
149/12 150/4 150/5 150/8
150/17
email's [1]   150/13
emails [1]   6/21
Emily [3]   163/11 163/14
166/19
employed [1]   46/21
employee [24]   7/7 22/25 36/23
37/7 41/7 41/19 42/3 42/21
43/2 44/8 44/18 54/8 60/11
89/15 92/15 92/21 93/17 96/4
131/22 139/7 139/10 139/16
139/19 148/10
employee's [1]   42/20
employees [30]   14/7 14/9
14/25 15/15 18/23 21/9 35/22
37/15 40/16 41/11 42/22 44/7
44/11 45/6 45/19 45/19 47/14
47/21 47/24 59/17 84/3 84/8
121/7 133/2 133/3 139/21
141/8 145/6 148/20 150/3
employer [1]   10/10
employment [2]   42/20 139/13
encapsulate [1]   111/21
end [20]   9/7 9/13 14/23
21/22 25/12 26/16 81/22
83/16 85/8 92/22 141/25
169/1 169/5 169/10 170/1
170/2 170/9 170/10 170/10
170/11
ended [1]   99/3
ending [4]   83/6 83/9 92/20
92/20
ends [2]   115/18 115/22
enough [1]   8/19 154/10
enter [24]   21/1 21/11 21/14
41/11 60/8 62/21 69/20 71/6
75/8 75/16 75/16 76/5 76/9
76/9 76/16 77/17 83/22 95/2
95/18 95/23 119/6 140/12
144/6 144/24
entered [31]   22/9 27/4 31/13
36/5 43/12 53/23 58/9 64/7
68/19 72/11 79/20 80/14
84/23 87/12 92/11 96/5 96/15
108/12 109/12 109/18 111/5
111/6 117/14 124/12 128/20
131/13 136/24 138/10 142/14
147/23 152/1
entering [7]   20/24 31/2 31/4
31/24 38/1 38/2 83/8
enters [4]   21/7 25/10 32/10
75/6
entire [2]   59/3 148/2
entities [6]   10/13 12/8 15/5
15/7 15/11 64/4
entitled [2]   108/3 164/20
entity [1]   35/11
entries [18]   70/19 78/9 81/14
81/18 81/25 82/2 82/15 82/23
84/9 97/11 100/24 106/4
112/17 117/19 157/14 158/5
158/21 168/13
entrusted [1]   166/24
entry [32]   12/10 71/12 73/4
81/9 81/12 81/23 82/17 82/19
84/4 84/6 84/17 84/21 85/10
85/20 93/14 93/16 101/13
104/17 104/23 106/25 109/2
112/11 114/16 114/23 117/12
117/17 156/7 157/15 163/10
165/5 165/9 166/1
EOBs [1]   122/15
error [1]   82/15
especially [3]   81/21 81/22
92/2
ESQUIRE [5]   2/4 2/6 2/11 2/15
2/19
essentially [1]   155/12
Estes [3]   130/13
et [1]   150/6
evaluated [1]   62/11
even [5]   51/16 78/21 126/25
129/14 151/18
event [3]   29/18 34/16 34/23
events [1]   34/5
ever [17]   5/1 17/15 20/4
24/13 32/25 66/21 86/10
102/4 102/11 113/20 118/7
118/20 118/23 131/9 132/19
152/22 153/1
every [11]   24/4 27/17 37/16
39/17 39/21 48/11 52/9 54/11
92/6 92/8 96/21
everybody [2]   52/1 150/16
everyday [1]   160/20
everything [4]   5/14 25/13
74/20 94/11
evidence [2]   86/8 108/7
ex [4]   1/6 54/8 131/22
148/10
ex-employee [3]   54/8 131/22
148/10
exact [8]   52/5 52/7 52/8
52/16 53/2 67/10 115/8
116/18
exactly [11]   52/3 52/8 52/9
61/1 74/18 74/21 74/22 83/3
116/22 139/14 139/22
EXAMINATION [6]   4/9 58/6
113/12 151/7 163/2 167/10
examined [2]   4/6 172/9
example [15]   42/9 58/15 71/5
73/1 73/19 75/20 77/4 77/5
85/22 91/6 101/22 102/7
102/24 110/9 112/22
examples [1]   168/23
excel [17]   8/24 9/11 94/10
94/12 95/12 95/16 95/21
103/18 103/22 103/23 103/25
108/20 109/8 113/23 114/6
115/9 122/11
exchange [1]   139/12
exchanged [1]   85/7
excuse [4]   30/2 93/16 132/16
144/1
executive [1]   20/5
exercise [1]   167/22
exercised [3]   165/18 166/4
167/19
exhibit [91]   3/14 3/15 3/16
3/17 3/18 3/19 3/20 3/21
3/22 3/23 3/24 3/25 27/3
27/5 27/7 36/4 36/7 36/16
43/11 43/13 43/14 48/24
53/22 53/25 54/4 58/8 58/11
58/12 58/13 64/6 64/9 64/10
80/9 87/11 87/13 87/14 96/14
101/6 101/7 103/7 103/10
103/11 103/13 103/17 104/23
105/2 105/4 105/8 106/24
108/20 108/25 113/15 113/17
113/22 113/24 113/25 114/15

**E**

**exhibit... [34]** 114/23 115/13
115/17 115/20 115/25 116/6
116/7 116/24 124/11 131/12
131/16 134/22 136/9 138/9
138/11 138/12 147/22 148/1
153/13 154/17 156/3 156/12
156/20 156/25 158/4 159/9
161/6 161/16 162/17 163/5
164/16 166/16 167/13 168/6
**exist [2]** 24/17 42/11
**existence [1]** 143/7
**expediency [1]** 153/12
**expense [60]** 22/18 22/21
27/24 27/25 32/1 32/19 33/20
35/6 37/5 37/8 38/5 38/8
38/16 39/3 39/7 39/15 39/19
39/23 40/1 40/15 41/5 41/6
41/9 41/21 42/2 42/11 42/19
42/23 42/24 43/4 43/6 47/22
48/25 49/2 51/3 51/8 51/16
53/4 54/21 57/22 61/16 61/24
62/2 62/5 62/12 62/13 62/15
62/15 62/18 63/4 80/17 80/19
80/23 92/17 92/23 92/25 93/4
94/1 161/3 161/3
**expense-reimbursement [1]**
38/5
**expenses [22]** 20/17 21/25
22/3 22/9 25/3 34/3 42/16
63/8 63/9 63/12 64/24 65/21
67/22 68/1 68/22 80/4 81/3
88/21 117/8 160/15 160/24
162/9
**expertise [3]** 69/5 82/17
118/1
**expires [1]** 172/20
**explain [7]** 70/8 78/4 104/10
107/10 107/22 110/10 110/24
**explained [1]** 136/23
**explaining [1]** 109/25
**explanation [3]** 49/2 50/3
53/4
**explanatory [1]** 70/10
**Express [33]** 87/23 88/7 88/14
90/11 92/6 93/8 93/10 94/21
94/22 95/7 95/15 97/15 103/5
104/25 105/14 105/17 106/22
109/8 111/19 111/20 111/22
114/7 114/24 115/3 116/1
117/2 153/14 153/15 153/23
154/12 157/8 160/12 168/7
**expressions [1]** 5/18
**extent [1]** 50/12

**F**

**face [1]** 22/4
**fact [5]** 92/25 106/11 106/16
156/17 165/17
**facts [2]** 86/8 172/6
**faint [1]** 30/3
**fair [3]** 8/19 100/15 154/9
**fairly [1]** 82/6
**familiar [10]** 16/22 66/8 83/1
84/21 84/22 98/25 101/16
122/18 123/10 168/14
**Fan [4]** 49/4 49/4 51/7 51/11
**far [2]** 23/23 159/6
**faultily [1]** 36/11
**feasible [1]** 146/7
**February [4]** 43/15 150/13
150/14 150/15

**Federal [1]** 1/21
**feel [6]** 117/16
**fell [1]** 126/18
**few [6]** 60/16 86/17 87/1
139/14 151/9 163/4
**field [8]** 14/22 72/20 75/7
75/23 77/17 115/17 115/25
144/1
**fields [1]** 102/18
**figure [1]** 143/18
**files [6]** 25/12 25/15 25/22
72/9 72/16 93/12
**filing [1]** 25/7
**fill [3]** 41/8 142/20 144/5
**filled [2]** 45/7 132/7
**filling [3]** 51/20 132/6
132/14
**fills [1]** 143/14
**final [6]** 105/23 106/21
111/19 111/21 117/5 135/7
**Finally [1]** 6/3
**finance [2]** 10/4 10/8
**financial [26]** 16/24 17/2
18/16 18/19 19/12 19/13
19/24 20/4 64/11 68/23 68/24
69/8 69/13 75/21 81/6 83/4
84/15 85/8 85/21 98/15
102/25 106/24 108/8 108/14
117/4 156/6
**financial-statement [1]** 17/2
**find [5]** 25/21 27/21 74/21
76/8 136/19
**Fine's [2]** 166/13 167/24
**finished [2]** 138/14 151/13
**firm [3]** 1/19 2/15 13/9
**firms [1]** 20/3
**first [28]** 4/5 4/17 5/7 5/16
27/5 28/2 36/18 54/17 58/15
59/2 73/8 75/12 77/5 78/17
87/15 89/1 89/2 90/1 90/8
90/23 91/5 99/7 130/8 130/12
131/20 161/23 163/9 165/3
**five [5]** 116/21 122/12
144/13 144/24 145/2
**fix [3]** 21/5 21/15 21/16
**fixed [3]** 21/23 147/14
150/10
**flip [10]** 59/3 59/12 85/21
94/8 113/8 113/23 113/24
113/25 116/25 154/16
**flow [3]** 18/10 85/3 120/7
**flowcharts [1]** 45/24
**flows [4]** 13/5 13/6 120/4
120/6
**focused [2]** 21/3 150/21
**focusing [1]** 164/1
**follow [3]** 42/4 44/1 157/16
**followed [1]** 44/16
**following [2]** 42/8 46/6
**follows [1]** 4/6
**foregoing [1]** 172/12
**form [53]** 17/21 22/23 32/2
33/21 34/14 35/13 37/3 37/5
37/8 37/14 37/17 38/5 38/8
39/4 40/22 41/17 42/25 45/2
46/9 48/8 48/17 51/4 51/8
51/24 53/6 55/22 56/16 56/22
59/14 59/22 61/21 62/22
63/19 66/5 67/23 80/10 83/14
86/7 98/20 99/1 104/12 106/6
116/8 122/23 149/9 152/25
153/5 155/13 155/25 156/22
162/2 164/22 169/23

**formalized [1]** 59/19
**formatted [1]** 100/23
**formatting [1]** 168/10
**forms [3]** 37/16 39/8 40/2
**Fort [3]** 4/22 4/24 8/11
**forth [1]** 160/2
**forward [3]** 29/13 145/8 146/5
**foul [1]** 36/8
**foundation [7]** 66/3 66/9
100/21 101/3 101/5 101/7
101/9
**four [2]** 60/19 67/4
**fourth [1]** 99/12
**FRANKFORT [1]** 2/12
**frankly [1]** 98/2
**frequent [2]** 90/15 132/23
**frequently [2]** 18/5 19/16
**friendly [1]** 139/4
**front [1]** 163/5
**full [4]** 103/19 154/19
154/22 154/23
**function [1]** 32/7
**funds [10]** 69/3 70/21 79/24
80/25 85/2 85/5 85/7 85/18
94/15 120/18
**further [4]** 80/6 147/7 151/3
172/16

**G**

**games [1]** 150/1
**gap [1]** 143/20
**gave [4]** 42/9 67/8 102/7
168/23
**general [78]** 6/15 6/18 6/20
7/14 13/17 20/14 20/25 21/2
21/6 21/8 21/12 21/15 21/17
22/10 31/9 31/11 31/24 32/1
35/7 37/21 38/1 40/21 41/1
43/6 52/14 61/2 61/4 62/24
64/13 64/22 66/8 72/11 74/19
76/17 77/18 79/20 81/8 81/12
81/18 81/21 81/23 81/25
82/17 82/18 83/9 84/1 84/6
84/8 85/20 95/4 95/9 95/17
95/22 95/24 96/5 97/4 101/21
103/14 105/24 105/24 105/25
106/1 106/2 113/16 116/24
117/12 117/16 117/23 118/8
118/14 121/19 121/21 126/6
135/3 141/2 150/5 156/4
161/17
**general-bank [1]** 117/23
**general-journal [6]** 81/18
81/25 82/17 84/6 85/20
117/12
**general-ledger [12]** 31/11
31/24 32/1 64/13 66/8 76/17
84/1 105/25 113/16 121/19
156/4 161/17
**general-ledger-account [1]**
31/9
**generalize [1]** 60/21
**generally [11]** 11/25 12/16
22/7 34/2 63/1 70/6 84/22
90/11 95/8 139/19 166/3
**generate [5]** 19/16 19/21
102/1 123/8 141/9
**generated [6]** 51/11 79/21
101/15 102/6 102/16 106/19
**generates [2]** 19/11 19/13
**generation [1]** 133/7
**generic [1]** 52/7

**G**

**genuinely [1]** 107/7

**get [83]** 8/24 22/24 23/6
23/6 23/13 29/8 29/11 32/21
34/8 34/9 38/19 41/25 42/11
42/17 44/1 44/7 44/13 45/6
45/8 45/20 49/16 51/19 52/6
54/18 55/18 56/14 59/20 60/1
62/16 64/8 67/9 67/22 70/19
71/25 72/4 77/9 80/13 80/15
81/1 83/23 90/7 90/12 90/15
91/3 92/11 94/15 96/3 96/11
104/18 106/8 106/9 106/14
110/15 111/5 113/7 120/13
120/16 121/3 122/15 122/24
123/3 124/8 127/9 127/20
131/11 133/13 135/25 140/11
142/14 144/25 146/8 146/16
147/4 147/14 147/15 147/20
150/9 150/16 157/1 160/17
160/18 163/5 170/1

**gets [10]** 27/10 42/15 68/11
70/11 79/13 109/12 122/1
127/1 129/8 146/18

**getting [3]** 46/12 131/14
137/19

**gift [23]** 46/4 46/8 46/16
46/20 47/22 47/25 48/6 48/13
48/16 50/3 50/15 51/23 52/17
52/20 53/3 53/15 53/20 54/22
55/20 56/5 56/19 57/11 161/9

**gifts [10]** 46/22 47/3 47/5
50/5 52/21 53/9 56/10 56/15
56/20 57/19

**Gilbert [2]** 161/8 161/12

**gist [1]** 41/12

**give [7]** 5/16 18/19 67/20
73/19 132/25 134/13 135/7

**given [10]** 5/1 6/23 18/17
22/4 22/20 51/10 101/2 121/2
145/6 172/13

**giving [4]** 5/6 56/20 57/19
98/8

**GL [8]** 30/16 32/15 65/3
66/16 66/18 66/21 67/2 67/5

**go [52]** 5/5 8/4 23/24 25/13
27/5 27/21 33/22 36/6 36/6
37/2 40/23 41/24 45/3 48/23
49/11 51/15 53/24 54/16
64/20 70/4 81/20 87/13 90/16
90/17 96/16 100/15 101/19
102/23 107/9 110/4 110/21
117/21 119/7 123/4 124/13
128/3 131/15 138/11 138/13
145/3 148/1 156/5 156/25
157/3 160/14 160/19 163/20
164/16 165/25 166/16 170/11
170/12

**goals [1]** 122/21

**goes [5]** 33/8 41/7 90/5
145/16 145/17

**going [39]** 5/5 5/25 9/1 13/1
13/7 34/7 43/13 55/5 57/25
58/12 58/14 66/2 66/4 67/11
69/17 70/21 70/24 82/11
84/20 91/15 92/3 95/10 97/21
100/19 101/4 106/6 108/5
112/3 113/20 134/22 135/15
136/22 137/1 142/2 146/2
147/25 148/1 162/8 170/16

**gone [3]** 18/2 106/12 158/21

**good [4]** 4/11 136/19 136/21

137/2

**got [22]** 2/7 15/25 20/2
29/5 65/12 77/12 77/13 77/23
80/11 88/16 106/23 106/23
106/25 107/4 107/6 107/17
111/16 118/13 127/13 133/4
136/24 144/21 147/12 155/1
163/4 163/22

**gotta [1]** 150/25

**gotten [1]** 14/16

**govern [1]** 42/11

**Governing [1]** 161/8

**GOVERNMENT [12]** 3/14 3/15
3/16 3/17 3/18 3/19 3/20
3/21 3/22 3/23 3/24 3/25

**Government's [1]** 25/19

**grab [1]** 113/15

**graduate [3]** 7/24 8/15 9/17

**graduating [2]** 8/12 11/11

**Graham [5]** 60/10 60/11 60/14
63/25 148/19

**grand [4]** 104/2 108/22 114/8
155/1

**grand-total [1]** 108/22

**Gray [5]** 54/7 54/7 131/21
134/25 137/20

**green [1]** 136/18

**ground [1]** 5/6

**group [1]** 154/25

**gtrue [1]** 2/13

**GUARNIERI [26]** 2/11 2/15 3/7
32/2 33/21 35/13 42/25 48/19
50/10 55/22 61/21 61/22
62/20 66/2 66/10 84/20
100/19 101/11 104/12 109/16
116/8 122/23 149/8 149/11
163/3 167/8

**guess [32]** 22/3 34/15 42/4
44/24 45/1 48/2 49/20 50/8
51/11 53/16 55/4 71/19 72/23
75/3 78/7 84/13 88/2 99/6
99/24 101/2 111/24 121/11
122/1 125/8 135/22 137/23
140/11 141/19 149/4 153/21
157/20 168/15

**guideline [4]** 44/25 45/21
46/7 55/24

**guidelines [12]** 44/1 44/16
46/6 54/20 54/24 54/25 55/4
55/7 55/13 55/14 55/18 56/14

**GUTHRIE [2]** 2/11 159/4

**guys [1]** 113/8

**H**

**had [38]** 7/15 10/19 11/16
11/18 15/15 17/1 28/9 28/11
34/7 43/2 47/24 47/25 48/10
53/3 54/10 55/3 57/4 57/14
78/8 81/23 82/9 85/22 91/22
92/14 94/2 99/16 100/11
102/11 104/13 112/8 112/8
112/9 117/13 126/17 129/15
140/3 143/13 152/21

**hadn [1]** 140/4

**Hale [2]** 130/19 130/25

**halfway [2]** 102/25 103/3

**hand [8]** 32/6 60/3 86/17
86/25 127/6 145/5 159/7
172/21

**handed [1]** 127/15

**handing [5]** 27/6 36/15 54/3
58/12 64/9

**handle [2]** 120/22 169/10

**handled [2]** 85/9 133/12

**handwriting [14]** 29/19 29/20
29/22 33/10 36/1 87/15 87/17
88/4 89/6 89/10 89/12 89/17
89/18 89/24

**handwritten [10]** 60/4 63/17
88/24 89/3 89/8 93/11 95/6
95/7 95/11 115/11

**handy [1]** 96/17

**happen [10]** 5/23 7/15 43/6
43/7 43/10 68/25 85/20
110/11 160/20 160/21

**happened [3]** 93/22 110/19
168/20

**happens [5]** 43/5 85/19 110/22
112/12 160/16

**Harbison [2]** 14/15 21/2

**hard [7]** 5/19 7/17 23/8 23/9
23/11 26/13 143/7

**has [61]** 13/12 15/14 15/25
19/3 28/23 34/4 34/5 37/7
37/20 38/12 39/5 39/19 41/18
49/9 57/21 58/19 63/11 68/13
70/2 70/13 70/14 80/1 80/1
85/3 86/15 88/11 88/17 89/3
98/4 98/25 101/6 107/10
110/19 115/1 118/20 119/1
122/9 122/10 127/17 128/20
133/5 134/1 138/3 139/13
142/16 143/9 143/15 143/25
144/4 144/23 145/14 149/14
156/19 163/11 166/18 166/24
167/4 167/19 168/2 170/13
170/18

**have [176]**

**haven't [1]** 52/13

**having [7]** 42/9 47/20 94/4
106/3 137/14 139/11 168/8

**he [93]** 17/6 17/6 17/22
17/23 39/5 39/5 39/9 39/11
39/11 39/12 39/18 40/1 40/4
40/4 41/14 41/17 43/22 47/10
50/21 62/23 66/7 66/7 66/10
66/10 66/11 77/8 77/9 77/10
77/11 77/11 77/13 77/14
77/25 80/1 80/1 84/20 84/24
85/2 85/3 86/15 88/22 97/25
98/1 98/2 98/7 98/8 98/23
98/24 98/25 99/2 99/4 99/4
99/5 99/5 99/12 99/16 99/19
99/20 99/20 99/22 99/22
100/16 100/16 100/25 100/25
107/13 107/13 107/13 107/14
107/14 107/16 108/4 108/5
109/17 109/18 109/20 109/20
119/1 125/25 134/20 139/6
139/7 139/10 139/14 139/18
139/21 139/23 142/18 149/10
149/13 149/14 150/7 167/18

**he'd [1]** 134/12

**he'll [3]** 39/20 41/16 41/17

**he's [19]** 39/6 39/9 39/13
39/17 41/15 41/16 57/9 57/9
57/17 66/8 77/22 84/21 84/22
85/2 86/18 107/2 109/18
139/9 149/6

**head [1]** 5/18

**Headley [1]** 29/18

**Headley-Whitney [1]** 29/18

**health [20]** 1/12 4/15 10/11
10/15 12/4 15/1 27/17 28/5
35/4 37/5 58/16 63/22 64/2

**health... [7]**  96/20 130/7
152/9 165/20 166/20 167/1
167/6
**hear [3]**  9/4 9/6 65/13
**heard [1]**  130/4
**Heart [2]**  89/9 91/8
**held [2]**  10/21 11/6
**Hello [1]**  136/6
**help [24]**  8/24 9/11 44/6
44/11 44/13 45/6 45/19 46/17
46/19 47/13 47/13 50/8 59/25
94/12 94/15 95/2 95/17
107/20 144/5 160/4 164/19
167/5 168/11 170/10
**her [31]**  5/15 5/19 7/13
14/14 14/20 18/5 18/8 18/9
18/20 30/1 30/2 35/20 38/13
41/18 51/3 51/5 51/6 53/4
54/9 90/4 118/2 131/23 132/6
139/2 139/4 148/11 148/14
157/21 165/18 165/19 166/13
**here [53]**  4/13 5/13 6/10
6/25 17/9 32/12 49/10 51/20
57/2 59/1 61/7 62/7 68/19
69/2 70/5 70/19 72/14 73/15
74/11 74/19 76/12 80/14 81/7
88/2 88/18 88/24 89/15 92/3
94/23 95/21 102/17 104/8
107/5 107/6 109/12 111/4
112/17 113/8 114/2 117/6
126/20 127/1 130/12 137/10
140/1 144/17 146/21 151/10
153/16 154/23 159/1 168/9
170/22
**hereto [2]**  172/7 172/18
**hereunto [1]**  172/21
**herself [1]**  5/12
**hesitating [1]**  135/21
**hey [9]**  68/6 77/12 79/10
122/12 134/13 134/19 135/14
143/1 147/12
**hi [1]**  139/4
**high [5]**  7/24 8/4 8/5 8/9
8/13
**Highlands [3]**  8/5 8/7 8/8
**highlighted [3]**  136/18 137/7
137/14
**HILL [1]**  1/6
**him [15]**  17/19 18/2 50/14
66/12 97/22 98/5 99/22 108/4
126/17 126/19 134/19 152/23
155/24 162/7 162/8
**himself [1]**  165/9
**hired [4]**  12/2 67/3 78/17
139/15
**his [32]**  29/24 38/12 39/6
39/12 39/15 39/23 40/7 50/18
68/22 68/23 80/3 86/2 88/12
99/2 101/1 112/13 126/1
126/3 126/16 126/18 126/21
139/13 139/17 139/22 144/18
149/4 149/14 150/4 161/4
162/21 166/25 167/5
**historical [1]**  94/25
**history [19]**  25/14 96/20 97/6
97/18 100/14 101/14 102/12
105/9 105/15 105/21 108/13
109/1 110/17 111/7 111/25
115/8 158/7 158/13 168/6
**hold [1]**  170/16
**holiday [1]**  134/9

**Holly [3]**  163/12 163/15
163/19
**home [21]**  1/12 4/15 4/21
10/11 10/15 12/4 15/1 27/16
28/5 35/3 37/5 58/16 63/21
64/1 96/20 130/7 152/9
165/20 166/20 167/1 167/6
**home-health [1]**  167/1
**honest [1]**  77/7
**honestly [9]**  19/23 52/2 55/15
55/16 77/7 85/11 116/12
122/24 152/20
**hoping [1]**  70/7
**hospital [7]**  49/14 165/8
165/12 166/8 166/9 166/15
167/24
**hotel [2]**  23/4 52/15
**hour [1]**  58/1
**hour's [1]**  143/11
**house [96]**  2/24 4/16 4/16
7/3 7/5 7/11 15/20 16/1 16/3
16/20 16/22 18/14 20/21
22/23 28/25 33/12 33/19
34/18 34/20 34/21 35/16 39/1
39/7 40/1 45/15 45/17 47/8
55/12 57/5 57/15 63/5 64/10
65/6 69/3 69/21 69/24 70/3
70/4 70/22 74/11 74/13 75/21
79/4 79/6 79/25 80/11 84/18
85/21 86/1 86/11 88/17 88/19
88/20 89/13 90/2 90/17 90/22
91/7 92/14 92/16 93/17 94/5
98/16 102/25 106/24 108/8
108/13 109/5 113/25 117/4
117/8 118/7 118/7 118/16
118/20 118/23 134/15 135/12
139/5 139/6 141/21 148/9
148/13 148/16 149/12 150/1
150/23 150/24 152/10 152/23
155/11 155/17 156/6 161/3
162/5 162/18
**House's [4]**  34/3 39/3 79/9
89/17
**how [66]**  8/23 9/11 10/19
11/5 13/5 13/6 13/7 15/25
16/11 19/16 23/18 23/23 29/3
29/8 31/24 32/8 37/16 41/24
44/23 45/21 45/21 46/19 48/6
53/13 57/1 67/2 67/3 67/5
69/7 69/12 69/13 69/13 72/6
75/20 76/19 85/9 90/11 91/15
91/19 92/24 94/20 97/1
100/23 101/25 101/25 111/5
111/5 112/6 116/19 119/7
122/8 123/13 127/3 128/17
130/22 132/23 137/5 142/7
142/13 143/18 146/24 151/12
161/11 161/22 162/16 168/18
**however [2]**  65/18
**huh [14]**  5/18 5/18 14/11
73/7 73/22 74/12 74/14 76/14
82/5 84/2 86/22 96/2 114/21
124/3
**huh-uh [1]**  5/18
**hundred [3]**  77/13 122/13
145/6
**Hyatt [1]**  91/7

**I**

**I'd [5]**  21/24 54/4 56/25
116/11 134/19
**I'll [6]**  22/8 27/20 36/16
90/9 91/3 170/10

**I'm [113]**  4/24 5/5 5/23 5/25
7/10 8/6 8/25 9/11 11/8 12/16
12/24 14/3 14/14 22/6 22/19
24/21 27/6 27/14 27/18 30/20
32/23 33/14 34/7 34/10 35/17
35/22 36/15 43/13 44/24
45/24 46/21 49/18 50/1 50/6
50/18 50/19 52/19 52/24
52/25 54/3 55/2 59/5 61/13
62/25 63/2 63/8 64/9 65/12
65/14 66/2 66/4 68/2 68/3
69/9 73/25 74/5 75/25 76/2
80/2 80/7 82/14 84/20 85/22
90/7 97/8 97/21 99/19 100/2
104/8 105/6 106/3 106/6
107/2 107/7 108/1 109/11
109/22 110/8 111/3 111/4
111/17 113/20 114/2 114/2
117/22 126/8 126/10 130/9
136/22 138/16 138/18 140/15
140/15 140/16 140/17 142/5
142/6 143/6 143/6 144/18
147/24 147/25 149/13 151/14
153/12 153/21 157/3 158/25
159/4 159/6 159/9 159/10
165/2 168/9
**I've [14]**  7/16 16/25 18/2
45/23 57/8 77/12 77/23 86/6
123/3 127/15 130/4 138/17
158/14 163/4
**ID [1]**  172/24
**idea [2]**  161/11 163/17
**identification [12]**  27/3 36/4
43/11 53/23 58/9 64/6 87/11
96/14 124/12 131/13 138/10
147/23
**identify [2]**  27/7 36/16
**II [1]**  2/19
**important [1]**  5/7
**impression [1]**  24/3
**improper [1]**  100/17
**in-house [9]**  7/11 15/20 16/1
16/3 16/20 16/22 22/23
150/23 150/24
**in-service [1]**  144/8
**inappropriate [1]**  53/20
**Inc [2]**  12/3 64/4
**include [2]**  78/2 120/7
**included [1]**  98/3
**including [2]**  50/21 164/13
**income [5]**  19/14 20/17 85/2
120/7 121/18
**incoming [1]**  85/5
**Incorporated [1]**  15/9
**incorrect [4]**  131/1 153/19
168/25 169/9
**incurred [1]**  22/9
**independently [1]**  17/6
**indicate [3]**  30/6 74/6 74/7
**indicated [2]**  38/12 85/1
**indicates [1]**  163/10
**indicating [2]**  38/12 39/3
**individual [6]**  16/14 30/24
31/1 67/20 76/20 165/15
**individuals [2]**  83/21 88/25
**information [22]**  64/22 70/11
72/19 75/6 75/9 98/3 102/8
102/15 102/17 107/17 107/18
115/5 116/15 121/6 125/11
125/17 127/19 134/24 135/4
153/8 166/23 168/9
**infrequent [4]**  40/10 40/11
40/12 132/24

## I

**infrequently [1]**  133/9
**initial [3]**  31/7 38/2 93/25
**initials [7]**  29/25 30/1 30/2
  31/2 37/21 60/9 60/9
**inputted [1]**  95/21
**INS [1]**  130/20
**insert [1]**  100/19
**instance [4]**  91/12 94/24
  141/11 158/22
**instances [1]**  86/23
**instead [3]**  53/4 56/18 57/21
**instruct [1]**  102/1
**instruction [2]**  67/8 149/14
**insurance [4]**  19/2 119/14
  120/12 130/21
**intended [1]**  50/16
**interact [1]**  139/2
**interacts [1]**  139/21
**interest [6]**  86/1 86/3 86/5
  86/11 86/13 172/18
**interested [1]**  49/18
**interpose [2]**  50/11 149/8
**interpret [1]**  50/14
**interpretation [1]**  50/19
**interrupt [1]**  126/10
**interrupting [1]**  22/19
**introduced [2]**  4/11 5/12
**invitation [1]**  29/17
**invoice [58]**  72/23 75/17 76/5
  76/9 76/10 95/18 96/19 96/21
  97/6 101/14 102/12 102/20
  102/20 103/1 103/4 103/5
  103/9 104/14 105/9 105/11
  105/15 108/13 108/14 108/17
  109/1 109/2 109/12 109/14
  110/1 110/11 110/16 110/17
  110/21 110/25 111/7 111/11
  111/25 112/1 112/2 112/9
  112/10 112/16 113/2 116/20
  153/22 153/23 154/3 154/8
  154/19 154/20 157/4 157/7
  157/12 157/20 158/7 158/12
  159/8 168/6
**invoice-history [2]**  110/17
  111/7
**invoices [10]**  12/10 12/11
  26/18 26/19 26/20 97/18
  101/22 111/6 111/7 112/7
**involved [5]**  53/20 53/21
  79/16 98/11 100/6
**involvement [1]**  19/2
**is [389]**
**ish [1]**  132/25
**isn't [4]**  50/4 137/17 154/19
  168/14
**issue [5]**  20/12 57/15 100/4
  135/22 168/10
**issued [2]**  69/22 69/25
**issues [6]**  18/7 20/9 110/20
  112/8 149/25 170/13
**it [423]**
**it's [152]**  5/19 7/17 8/23
  14/15 17/8 17/25 18/17 18/20
  20/20 22/3 22/6 22/17 23/4
  23/9 23/11 23/12 23/19 29/10
  29/11 30/14 33/7 33/17 34/11
  39/1 40/10 41/14 41/14 42/8
  43/8 44/5 44/5 44/6 45/5
  46/17 46/20 48/1 48/11 49/6
  49/20 50/5 51/12 51/14 51/19
  51/20 52/1 53/9 53/14 54/11

56/8 62/1 62/5 62/18 63/14
67/6 67/14 70/3 70/6 70/7
71/10 71/19 72/3 72/14 74/17
79/20 80/2 82/16 84/15 85/6
85/8 87/7 87/20 88/16 89/7
89/18 89/19 91/4 91/13 91/13
92/1 92/2 92/3 92/7 92/17
92/19 92/22 94/24 94/25 95/2
104/6 105/8 106/9 106/25
107/12 107/19 107/22 108/1
108/9 108/17 111/13 112/2
114/3 116/20 117/23 119/17
121/3 123/24 125/4 125/22
126/10 129/7 130/22 131/5
132/17 133/8 134/3 134/17
136/23 136/24 137/4 137/18
138/5 141/25 142/23 144/2
144/6 144/11 145/1 145/11
146/6 146/7 147/9 148/6
149/4 150/13 150/25 151/25
152/7 154/18 154/19 155/1
160/16 160/19 160/20 162/3
163/21 164/25 165/21 168/2
168/5 168/18 170/1 170/10
170/17
**item [11]**  51/17 52/3 52/9
  52/16 53/13 80/17 80/18
  114/20 116/5 144/7 147/10
**items [13]**  13/25 21/4 37/7
  49/3 51/9 51/9 52/5 52/7
  52/8 64/24 80/24 81/1 92/3
  126/23
**its [4]**  4/15 21/25 22/3
  126/23
**itself [1]**  165/1

## J

**Jane [3]**  164/8 164/9 167/4
**January [2]**  150/22 172/20
**JG [1]**  81/8
**Jim [3]**  24/7 24/9 24/19
**job [6]**  10/24 129/2 131/23
  148/11 150/11 165/21
**Joe [1]**  166/8
**John [8]**  125/23 125/24
  126/13 127/22 127/23 130/19
  130/24 161/8
**Join [1]**  61/22
**Joseph [5]**  62/8 165/8 165/11
  166/15 167/24
**journal [21]**  70/10 70/16
  70/17 71/16 81/8 81/9 81/12
  81/18 81/25 82/2 82/17 82/18
  84/6 84/9 85/17 85/20 87/8
  105/24 105/24 117/12 117/17
**journals [1]**  81/21
**judgment [1]**  92/18
**July [6]**  1/17 11/21 11/22
  109/13 112/14 172/22
**June [2]**  79/7 131/20
**just [156]**  5/5 6/4 7/14 7/15
  13/2 13/6 14/20 18/17 20/12
  21/3 22/17 27/9 27/14 27/19
  28/20 30/15 30/18 30/19
  33/23 34/10 35/20 40/4 40/9
  41/14 41/14 44/5 44/6 44/9
  44/24 45/5 45/5 45/18 45/23
  46/23 47/12 47/13 47/15
  47/17 48/2 48/3 48/11 49/6
  49/20 50/19 51/9 52/7 52/13
  52/13 52/19 52/25 53/18 55/2
  56/11 56/11 56/24 59/1 63/14
  64/15 67/5 67/24 67/24 68/21
  69/10 69/15 70/6 71/8 72/23

72/25 73/4 73/18 73/25 75/14
75/20 78/1 79/12 79/20 79/20
80/21 81/5 81/18 85/10 87/1
88/11 88/12 90/21 91/1 91/5
95/1 96/12 97/16 100/19
101/13 102/7 103/6 104/18
104/19 106/3 110/22 111/4
111/13 112/14 112/20 113/1
113/8 113/21 118/18 120/14
122/3 122/12 123/24 124/9
126/6 126/23 126/24 127/2
127/9 128/3 128/13 128/15
128/19 128/21 129/7 129/8
131/11 132/5 132/17 134/12
134/14 137/2 137/16 137/18
137/23 138/12 140/16 142/13
144/7 148/2 149/6 150/11
150/12 150/14 150/16 150/25
150/25 151/9 151/13 151/21
152/7 160/19 162/3 165/11
166/15 168/2 168/5 170/3
170/22
**justify [1]**  141/10
**justifying [1]**  152/6

## K

**Karen [2]**  138/19 139/24
**Katie [3]**  163/23 164/2
  166/25
**keep [17]**  5/7 22/7 22/20
  23/16 23/18 24/21 26/17 27/1
  28/17 68/4 93/9 94/25 96/17
  101/8 120/4 126/4 126/22
**keeps [1]**  119/20
**Kellerhouse [3]**  165/4 165/7
  165/18
**KENTUCKY [19]**  1/2 1/17 1/20
  2/5 2/7 2/12 2/16 2/20 4/23
  8/14 9/25 11/12 49/14 49/15
  49/16 172/2 172/5 172/23
  172/24
**kept [7]**  23/7 23/10 23/12
  23/13 26/13 26/14 26/14
**kickback [1]**  50/14
**Kim [3]**  163/23 164/2 166/25
**kind [27]**  6/14 7/15 7/17
  19/13 22/16 22/20 22/22 23/3
  26/19 32/8 32/21 33/3 38/21
  41/24 45/5 45/5 45/24 51/14
  59/23 59/25 81/11 98/6
  121/15 126/23 132/4 140/2
  140/9
**kinds [2]**  17/18 152/4
**KKC [1]**  1/4
**knew [2]**  68/25 167/18
**know [467]**
**knowing [2]**  51/16 52/16
**knowledge [7]**  66/4 85/4
  100/22 100/22 100/23 150/3
  162/4
**knows [7]**  99/5 99/17 100/16
  100/16 107/13 107/13 118/4

## L

**lab [1]**  144/8
**label [3]**  11/2 18/17 29/16
**labeled [10]**  18/20 27/8 36/17
  37/19 58/14 81/6 131/18
  148/7 163/6 164/25
**lack [1]**  34/15
**laid [7]**  66/3 100/21 100/25
  101/3 101/6 101/7 101/9
**large [4]**  1/17 82/6 172/6

**L**

**large...** [1] 172/24
**last** [10] 4/17 6/11 23/16
60/16 81/5 81/6 117/1 117/4
137/6 147/25
**later** [2] 110/4 172/11
**law** [4] 1/19 2/15 13/8 50/19
**lawyer** [3] 6/10 26/18 26/20
**lawyers** [1] 6/10
**leads** [1] 124/18
**least** [2] 164/1 164/18
**leave** [1] 170/22
**led** [2] 98/6 99/3
**ledger** [50] 6/15 6/19 7/14
13/17 20/14 20/15 21/2 21/6
21/8 21/12 21/15 21/17 22/10
31/9 31/11 31/24 32/1 35/7
37/22 38/1 64/13 64/22 66/8
72/11 76/17 77/18 79/21
81/24 83/9 84/1 95/4 95/9
95/17 95/22 95/24 96/6 97/4
103/14 105/25 106/1 106/2
113/16 116/25 118/8 118/14
121/19 121/21 141/2 156/4
161/17
**ledger-account** [2] 6/19 35/7
**ledgers** [1] 6/20
**left** [4] 60/18 83/9 127/6
159/7
**left-hand** [2] 127/6 159/7
**Lennie** [56] 4/16 18/14 19/20
20/1 28/25 29/6 29/10 29/13
33/5 34/17 34/19 34/21 35/16
39/1 41/13 47/4 47/14 54/20
54/25 55/3 55/8 55/9 55/11
61/11 61/17 63/4 65/21 68/5
68/8 71/17 76/21 88/11 88/17
90/20 92/16 93/2 93/23 98/15
118/16 134/12 134/18 139/6
142/16 143/22 148/9 148/13
149/19 152/10 152/22 155/10
155/11 155/11 155/17 161/3
162/5 162/18
**Lennie's** [1] 39/1
**less** [1] 40/9
**let** [17] 5/24 6/4 30/18
34/13 53/18 62/20 64/15
98/10 113/7 137/11 138/14
145/1 149/8 151/9 153/12
154/18 161/22
**let's** [35] 7/23 10/24 46/1
48/23 53/24 62/20 64/8 72/18
72/25 73/4 75/20 79/6 87/14
88/23 89/1 90/10 96/16
101/13 102/24 107/5 107/9
112/13 126/12 127/14 130/9
131/15 131/18 136/5 138/11
143/23 144/10 153/13 156/3
156/25 163/20
**letters** [1] 29/24
**level** [1] 74/18
**LEXINGTON** [9] 1/3 1/20 2/5
2/7 2/16 2/20 17/9 49/10
93/15
**LG** [1] 74/11
**LGH** [2] 88/8 88/10
**liaison** [3] 128/1 136/7
167/14
**licenses** [1] 9/19
**like** [116] 5/18 8/23 8/24
13/15 13/15 15/14 20/6 20/7
21/24 23/16 27/16 29/12

30/15 37/4 37/20 38/22 39/17
43/8 44/5 45/24 49/21 51/19
52/15 54/4 56/8 58/18 59/23
61/2 61/4 61/16 62/5 62/14
63/25 64/4 64/13 67/24 67/25
67/25 68/1 68/5 69/7 70/13
70/13 71/4 71/10 71/15 71/18
71/22 72/14 72/15 72/21
73/13 74/19 74/23 77/1 81/13
81/19 81/19 83/12 84/5 84/6
85/6 86/4 86/13 89/15 89/21
92/17 94/1 95/9 97/10 97/13
101/21 102/20 103/16 106/12
112/1 112/21 117/19 117/23
120/11 120/13 126/18 126/23
127/21 133/9 134/10 135/1
137/17 141/1 142/17 142/22
142/23 142/23 143/13 143/21
144/4 144/9 145/2 146/4
147/9 149/4 151/24 156/17
158/18 159/12 160/11 160/16
161/6 162/8 168/23 169/1
**likely** [3] 82/20 85/13 94/4
**limitation** [1] 99/2
**limited** [2] 84/9 169/7
**limits** [1] 55/15
**Lindsey** [4] 70/3 70/4 139/5
139/20
**Lindsey's** [1] 139/20
**line** [6] 38/4 38/15 50/12
114/20 116/5 132/9
**Lingo** [1] 166/1
**list** [4] 15/7 32/12 52/5
166/8
**listed** [20] 15/11 15/17 32/14
32/15 34/17 34/19 49/2 51/8
52/10 61/7 65/15 69/2 81/7
108/15 117/6 127/1 130/12
130/13 130/20 168/5
**listing** [1] 65/1
**literature** [2] 34/9 41/24
**little** [11] 6/17 12/25 17/17
18/1 21/16 21/24 44/10 45/21
46/2 79/1 150/10
**live** [3] 106/9 146/6 146/8
**Livingood** [2] 14/20 148/20
**Livingston** [1] 15/18
**ll** [3] 41/23 125/4 141/22
**LLP** [1] 2/11
**loan** [10] 73/6 73/6 75/2
75/2 77/6 78/9 78/14 78/21
161/19 162/15
**loans** [2] 78/12 78/23
**located** [2] 24/23 25/23
**long** [12] 10/19 11/5 15/25
16/11 26/6 57/8 67/11 69/17
115/18 115/21 116/22 138/6
**look** [55] 27/20 36/18 39/11
39/18 39/20 41/16 46/1 48/23
50/25 61/6 70/7 72/18 72/25
73/4 75/20 75/22 81/5 81/6
87/5 87/9 89/1 93/13 96/16
102/7 102/23 105/19 105/22
106/20 106/25 107/22 108/6
108/11 108/20 108/25 111/18
112/13 112/20 115/6 116/15
117/21 117/21 117/25 119/5
124/13 125/12 125/14 125/21
136/5 144/10 156/3 156/17
158/25 159/1 165/3 167/13
**looked** [3] 39/12 51/1 77/5
**looking** [27] 28/2 48/24 79/7

80/9 82/1 82/11 87/14 91/1
112/17 112/22 114/15 115/9
116/5 117/5 127/15 130/8
134/23 136/9 158/12 158/25
159/5 159/6 159/9
**looks** [18] 27/16 37/4 37/20
38/22 58/18 63/25 64/13 71/4
71/15 71/18 72/21 74/23
97/10 97/13 103/16 126/18
159/12 161/6
**lot** [15] 7/17 27/2 34/8 43/7
52/6 71/25 81/25 112/25
114/3 114/3 126/22 132/5
132/8 162/14 168/8
**loud** [1] 46/3
**low** [1] 9/2

**M**

**made** [20] 31/22 32/25 36/20
79/3 79/24 86/16 87/25 88/25
94/7 98/4 100/21 101/3
104/16 106/14 127/9 137/4
140/4 141/18 142/3 145/11
**mail** [2] 34/9 122/15
**Main** [2] 1/19 2/16
**mainly** [6] 14/6 21/15 71/8
72/3 82/14 170/1
**maintain** [3] 23/25 26/24
83/17
**maintained** [4] 20/21 26/3
27/23 71/21
**maintains** [7] 20/13 21/5
21/17 21/18 21/19 21/23
83/19
**majority** [5] 21/8 22/11 23/11
39/13 80/16
**make** [43] 25/14 30/18 32/9
33/7 34/11 52/19 54/22 62/12
68/25 74/1 82/18 84/4 88/13
90/3 90/5 90/8 90/8 90/9
90/9 91/24 92/18 92/24 94/3
95/6 95/8 103/19 104/13
104/15 111/11 112/6 116/17
125/12 128/9 128/10 128/13
129/8 129/10 135/18 137/18
140/5 143/22 147/3 152/7
**makes** [8] 32/18 37/25 62/1
86/2 86/11 90/1 128/24 161/8
**making** [3] 91/2 144/1 144/1
**manage** [4] 12/19 14/7 25/5
119/5
**managed** [6] 14/19 130/2 130/6
131/7 131/15 138/1
**management** [7] 8/20 9/9 12/19
13/4 18/10 20/5 121/16
**manager** [18] 10/18 10/25
12/13 12/18 14/5 24/4 24/6
67/12 67/15 67/17 98/24
120/4 134/18 135/2 138/20
149/22 169/12 169/25
**managers** [8] 134/4 134/5
134/13 169/13 169/16 169/20
170/6 170/14
**manages** [2] 84/12 85/3
**managing** [1] 13/6
**manner** [2] 21/25 84/23
**many** [9] 5/23 23/18 25/14
54/18 72/5 78/9 161/11
161/19 162/15
**March** [4] 73/4 74/24 91/6
93/14
**mark** [10] 27/5 30/23 36/7

**mark... [7]**   43/13 53/24 58/11
87/13 131/16 138/11 148/1
**marked [22]**   27/3 27/6 36/4
36/15 43/11 53/22 54/3 58/8
58/13 64/6 64/9 87/11 96/14
103/7 124/11 129/15 130/24
131/12 138/9 145/12 147/22
156/6
**marriage [1]**   172/17
**married [1]**   14/16
**Mary [3]**   163/12 163/14
166/19
**MASTEN [1]**   2/19
**match [5]**   106/4 111/7 115/16
125/5 151/25
**matches [5]**   109/7 115/22
155/4 157/7 157/10
**matching [1]**   116/11
**matter [4]**   129/5 129/23
135/3 172/19
**may [39]**   29/5 36/21 36/22
49/1 53/3 66/11 69/14 71/18
79/8 85/9 92/9 96/10 96/11
100/1 104/20 106/10 106/11
106/18 110/21 111/13 111/15
118/13 123/18 127/20 132/10
132/12 132/13 133/4 134/23
136/6 143/20 147/11 150/12
152/1 152/2 164/20 169/5
170/8 170/9
**maybe [32]**   18/1 28/22 49/7
66/23 67/13 67/17 67/18
72/23 84/14 86/17 87/7 91/13
93/1 93/23 104/17 105/21
106/4 106/14 108/4 108/5
115/2 115/7 122/1 126/21
134/3 134/11 137/15 141/11
154/16 168/10 168/15 168/17
**McBrayer [2]**   1/19 2/15
**MCCAFFREY [9]**   2/4 4/14 98/10
99/20 100/2 107/12 107/24
108/3 155/16
**MCD [1]**   130/16
**McGahey [4]**   17/5 17/8 17/14
69/14
**me [58]**   1/16 5/24 5/24 6/4
6/8 6/13 12/16 13/4 22/4
30/2 30/18 34/13 40/20 41/1
47/13 47/15 53/18 55/4 59/16
62/20 64/15 70/8 73/19 79/3
79/10 87/2 88/25 90/21 92/8
93/16 97/10 98/10 109/3
109/25 113/7 113/8 113/15
116/14 119/10 121/4 123/15
127/7 127/8 127/12 127/16
132/16 137/11 138/14 144/1
145/1 148/2 149/8 151/9
153/12 153/15 154/18 161/23
172/11
**meals [3]**   89/21 93/20 93/21
**mean [35]**   13/4 13/19 14/18
21/7 21/19 24/3 27/25 38/18
51/19 67/10 68/4 81/16 82/6
84/12 86/25 97/22 99/21
112/20 115/2 116/9 116/10
121/11 123/21 125/1 125/14
126/4 136/11 136/20 137/10
144/23 145/9 149/3 149/12
161/25 168/13
**meanings [1]**   49/9
**means [7]**   5/8 49/8 49/19

87/21 98/22 137/1 149/13
132/4
**MED [2]**   130/13 130/13
**Medicaid [3]**   120/11 120/14
130/18
**Medicare [16]**   54/20 54/25
120/11 120/14 122/13 129/25
130/2 130/5 130/6 130/15
131/7 131/7 137/22 138/1
138/11 138/6
**meet [3]**   20/9 20/11 131/2
**meeting [5]**   20/10 43/2 89/16
143/13 144/8
**meetings [3]**   20/5 20/7 48/11
**memorize [1]**   31/16
**memory [3]**   7/18 27/19 61/5
**mental [1]**   135/22
**mentioned [4]**   20/13 28/3
90/14 133/25
**merely [1]**   117/22
**message [5]**   47/11 55/17 56/15
57/21 148/15
**met [1]**   6/10
**middle [3]**   54/6 131/19 157/4
**might [31]**   17/18 24/16 25/18
26/25 27/13 32/11 33/5 38/22
40/7 51/23 61/17 62/17 72/8
85/19 90/8 92/8 96/12 109/13
110/12 111/16 112/5 112/15
135/14 151/25 160/18 168/22
169/3 169/7 169/25 170/4
170/6
**mileage [4]**   151/24 168/24
169/4 169/8
**million [4]**   82/4 82/12 82/18
84/18
**mind [3]**   5/7 44/25 58/1
**mine [2]**   87/20 89/7
**minute [1]**   157/1
**mislead [2]**   107/5 107/8
**misprints [1]**   82/16
**Miss [1]**   53/3
**mistaken [1]**   100/1
**MMC [3]**   130/1 137/22 138/6
**MMCs [1]**   129/25
**mmlk.com [1]**   2/17
**module [5]**   71/16 84/3 95/5
119/7 121/21
**modules [1]**   83/25
**moment [1]**   153/16
**money [7]**   68/6 68/9 70/24
71/19 77/16 120/10 162/7
**money's [2]**   13/5 13/7
**moneys [2]**   121/24 162/8
**monitor [2]**   161/13 161/14
**month [8]**   21/22 110/13
116/18 118/6 122/2 122/7
138/7 150/23
**month-end [1]**   21/22
**monthly [5]**   19/18 19/22
135/18 135/24 136/2
**months [2]**   26/9 110/13
**more [14]**   6/17 9/12 12/8
21/3 40/9 43/8 56/19 60/18
66/3 79/2 85/13 120/16
123/20 130/19
**morning [1]**   4/11
**most [11]**   5/7 21/5 26/13
62/3 77/21 81/17 93/7 101/4
119/7 138/8 150/14
**move [3]**   145/5 145/8 146/5
**moved [1]**   12/13

**moving [1]**   100/6
**Mr. [58]**   9/6
9/1 13/8 16/11 16/15 17/21
24/8 24/10 32/2 33/21 35/13
35/19 36/8 39/3 39/7 40/1
40/22 42/25 45/2 45/15 46/9
47/8 48/8 48/17 48/19 48/20
50/10 51/24 53/6 53/18 55/12
55/22 56/16 56/22 57/5 57/15
59/5 61/21 61/22 62/20 63/19
64/15 64/20 65/12 66/2 66/10
67/23 69/3 69/21 70/22 74/13
79/4 79/6 79/9 79/25 83/14
84/18 84/20 86/1 86/7 86/11
88/20 90/17 90/22 94/5 96/23
97/21 98/10 98/21 99/6 99/20
99/24 100/2 100/19 101/11
104/12 105/4 106/6 106/23
107/4 107/9 107/12 107/16
107/24 108/1 108/3 108/8
108/11 109/16 113/14 116/8
117/8 118/7 118/15 118/18
118/20 118/23 122/23 134/15
135/12 144/17 144/21 148/15
149/8 149/11 149/12 150/1
151/8 153/1 153/3 153/7
153/11 155/16 156/2 156/24
159/6 159/19 159/11 162/25
163/3 167/8 168/21 169/23
**Mrs [16]**   7/5 33/19 34/3
45/17 69/24 80/10 90/2 90/22
91/7 92/14 92/16 93/16 94/5
117/8 118/7 135/12
**MS [98]**   3/5 3/8 4/10 9/6
14/17 16/10 17/23 18/3 18/4
18/21 19/11 24/12 26/22
30/25 31/22 31/25 32/3 32/13
33/18 34/1 35/14 35/25 36/14
37/12 40/13 40/24 45/9 47/1
48/14 48/22 50/18 50/24
52/11 53/11 53/24 54/2 55/25
56/18 57/3 57/25 58/7 59/7
59/11 61/25 62/25 63/3 64/19
64/21 65/17 66/7 66/13 83/18
84/11 84/22 85/12 86/9 97/3
100/3 101/10 101/12 104/21
105/7 106/17 107/12 107/7
108/10 109/20 109/23 113/6
113/13 116/13 118/2 118/19
123/1 124/16 144/18 144/22
149/10 149/13 149/21 151/2
151/11 152/25 153/5 155/13
155/25 156/22 157/19 159/4
159/8 159/10 162/2 164/22
165/6 166/4 167/11 168/17
170/21
**much [6]**   6/19 13/5 13/6 13/7
121/9 143/18
**multiple [4]**   10/12 15/15
52/24 57/14
**Museum [1]**   29/18
**must [1]**   41/20
**my [40]**   4/12 4/13 6/10 24/3
36/9 44/11 44/11 45/12 45/18
45/19 69/5 82/1 82/17 84/3
84/4 84/8 84/16 86/17 92/8
102/10 111/9 117/20 117/25
121/7 150/3 150/3 150/8
150/12 150/13 150/17 151/17
162/4 164/8 164/16 165/13
165/21 170/1 170/12 172/20
172/21
**myself [2]**   4/12 28/11

**N-A-T-H-A-N [1]** 4/20
**name [16]** 4/12 4/18 14/20
24/8 30/12 34/17 35/11 39/6
39/12 41/18 80/3 88/17 125/5
126/2 126/16 167/24
**name's [1]** 14/15
**named [1]** 172/8
**names [4]** 14/9 34/19 163/11
163/22
**Nathan [10]** 1/15 4/5 4/19
4/19 101/6 101/7 151/9 163/4
167/8 171/1
**near [4]** 23/13 23/17 23/18
24/22
**necessarily [2]** 92/8 105/16
**need [22]** 5/15 5/16 6/3 6/16
13/8 33/19 57/5 68/6 68/8
77/23 100/15 105/19 105/22
106/20 137/21 141/11 141/15
143/21 147/2 147/3 150/8
156/12
**needed [3]** 19/19 20/12
104/15
**needs [8]** 81/20 92/4 101/9
147/7 148/25 149/15 149/17
150/10
**never [5]** 24/22 57/17 78/8
78/23 86/6
**new [3]** 67/4 110/16 112/10
**next [26]** 31/19 34/13 43/13
46/2 53/25 58/11 60/8 61/7
64/8 87/13 89/16 96/17
108/12 108/15 118/6 120/16
130/16 131/16 138/11 145/3
146/19 154/20 154/25 159/20
159/24 163/20
**nine [5]** 77/19 77/20 124/15
143/2 165/25
**ninety [2]** 8/3 77/19
**Ninety-eight [1]** 8/3
**ninety-nine [1]** 77/19
**no [113]** 1/4 1/24 3/14 3/15
3/16 3/17 3/18 3/19 3/20
3/21 3/22 3/23 3/24 3/25 5/2
5/4 6/24 7/2 7/4 7/6 7/22
9/18 9/21 10/3 10/5
11/9 14/14 16/20 19/4 19/10
24/15 27/3 27/18 29/2 36/4
40/8 42/13 42/14 42/18 43/11
44/9 45/12 45/14 45/16 45/18
47/9 53/12 53/22 58/21 58/22
58/22 58/23 59/2 60/13 60/18
69/6 69/7 71/18 77/19 78/7
78/22 79/17 79/19 84/3 85/7
85/22 98/20 99/1 100/21
103/23 104/9 107/12 118/10
118/17 118/22 124/11 127/18
129/13 131/11 131/12 132/3
132/17 133/3 133/8 133/23
138/9 141/14 147/22 149/13
150/22 151/17 153/2 153/6
153/10 157/3 158/17 161/15
162/19 163/16 164/3 164/6
164/11 164/15 165/16 166/6
166/15 166/21 167/2 167/7
170/13 172/14 172/13
**non [3]** 17/20 87/10 144/7
**non-billable [1]** 144/7
**Non-verbal [2]** 17/20 87/10
**none [3]** 28/12 121/7 150/3
**normal [3]** 22/17 82/2 83/15

**normally [3]** 33/2 52/6 158/12
**not [166]** 3/12 3/13 4/3 4/4
12/4 12/24 18/17 18/20 27/18
32/15 32/23 33/2 34/7 34/21
38/15 38/18 39/9 39/13 39/17
39/17 39/20 40/3 40/19 40/19
42/8 42/9 42/17 44/5 44/16
44/22 44/23 46/3 46/4 46/6
46/7 46/15 46/20 46/22 47/2
47/4 47/6 47/25 48/2 48/12
48/12 50/3 50/18 50/23 51/14
51/22 52/12 52/18 52/20
52/24 53/1 53/9 53/9 53/10
54/23 55/21 56/5 56/9 56/10
56/13 56/15 56/19 56/19
56/20 56/21 57/10 58/22
60/24 68/3 69/5 72/5 72/9
78/12 80/24 82/2 84/17 84/21
85/4 85/5 85/6 85/14 86/8
86/13 86/25 90/6 92/7 94/24
98/12 98/21 98/23 99/2 100/2
100/2 100/9 100/10 101/5
103/23 104/6 105/16 105/24
106/9 107/7 107/20 108/6
110/12 111/3 112/15 117/20
117/25 118/18 119/13 121/3
121/8 127/11 128/10 129/11
129/17 129/18 129/22 131/5
131/15 133/8 133/20 138/7
139/18 140/15 141/12 141/18
142/2 142/4 142/12 143/9
143/25 144/2 146/1 146/2
146/6 146/7 146/7 147/19
149/5 150/21 151/14 151/17
160/4 160/6 160/7 160/16
162/20 163/17 163/19 165/17
165/21 165/21 166/7 166/18
167/4 167/18 168/1 170/12
170/14 170/17 172/17
**Notary [4]** 1/17 172/5 172/24
172/24
**notation [8]** 33/9 60/20 63/17
63/18 87/21 88/2 89/3 89/9
**notations [11]** 31/22 37/24
60/4 89/1 89/20 90/1 91/24
93/11 95/6 95/8 95/11
**note [17]** 36/9 64/15 65/22
110/25 140/12 141/19 141/23
142/22 142/23 142/25 142/25
146/15 151/19 151/23 170/7
170/13 170/16
**note's [1]** 109/5
**noted [1]** 157/19
**notes [44]** 65/5 68/14 78/23
88/24 139/24 140/1 140/2
140/3 140/9 140/10 140/11
140/14 141/14 141/17 141/20
142/4 142/10 142/14 143/8
144/2 144/14 144/24 145/7
145/14 145/16 145/25 146/3
146/3 146/11 146/18 146/22
147/2 147/7 147/16 147/20
151/11 168/22 169/3 169/8
169/17 169/20 169/25 170/5
170/6
**nothing [4]** 10/9 98/22 100/17
152/3
**noticed [1]** 82/9
**now [15]** 20/20 28/20 84/8
85/8 92/24 127/9 138/25
142/15 147/24 154/16 156/3
156/10 156/25 157/14 159/10
**NR [7]** 12/3 12/3 12/4 15/9

15/9 54/23 58/14
**NR000027 [1]** 27/8
**NR0000484 [1]** 36/17
**NR0000485 [1]** 163/6
**NR000485 [1]** 166/17
**NR0019975 [1]** 165/22
**NR1389 [1]** 154/18
**NR1390 [2]** 88/19 88/23
**NR1472 [1]** 161/7
**NRESI [1]** 131/18
**NRESI-19897 [1]** 131/18
**NRESI09910 [1]** 148/7
**NRH [1]** 63/17
**number [46]** 24/2 27/10 27/10
30/9 30/13 31/9 31/10 31/11
31/12 31/19 37/22 54/1 60/22
61/3 61/4 61/7 64/10 72/21
72/22 72/23 75/17 76/10
87/22 88/24 97/11 102/20
102/21 103/25 108/23 109/7
109/13 110/25 111/11 112/2
112/10 115/11 115/11 116/2
116/3 116/10 124/9 124/14
151/10 154/17 159/13 161/16
**numbered [1]** 94/9
**numbers [11]** 51/7 60/21 95/20
104/11 112/7 114/4 115/3
115/18 115/22 116/10 156/18
**nurse's [1]** 151/11
**nurses [1]** 151/11
**nurses' [61]** 1/12 4/15 7/7
10/11 10/13 10/13 10/14
10/22 11/7 11/10 11/13 11/20
14/25 15/4 15/14 16/11 16/19
16/23 18/15 19/3 21/25 24/24
27/16 28/5 28/24 35/3 35/10
35/17 37/4 37/13 40/14 42/20
50/4 58/16 58/19 59/17 62/19
63/21 64/3 64/4 85/25 86/11
86/16 88/16 96/20 100/12
119/21 121/1 123/8 138/22
139/7 139/10 152/8 165/7
165/15 165/19 166/5 166/9
166/14 167/20 167/23
**nursing [4]** 168/24 169/2
169/16 169/25

**O**

**oath [3]** 1/15 4/3 5/8
**object [40]** 17/21 17/23 32/2
33/21 35/13 36/13 40/22
42/25 45/2 46/9 48/8 48/17
51/24 53/6 53/18 55/22 56/16
56/22 61/21 63/19 66/2 66/5
67/23 83/14 84/20 86/7 97/21
98/5 104/12 106/6 116/8
122/23 152/25 153/5 155/13
155/25 156/22 162/2 164/22
169/23
**objected [1]** 98/17
**objection [10]** 36/9 48/19
48/20 50/11 62/21 96/24
100/20 100/20 109/17 149/9
**obligation [4]** 65/23 66/1
68/14 68/20
**obtain [1]** 37/8
**obviously [4]** 39/5 52/4
136/11 144/7
**occurring [1]** 110/9
**October [1]** 54/6
**of connections [1]** 36/12
**off [14]** 44/15 86/25 90/4
90/19 93/25 107/9 107/15

## O

**off... [7]**  108/6 128/22
139/13 141/13 141/14 150/10
150/14
**off-track [1]**  150/10
**offer [2]**  46/24 50/13
**offhand [1]**  112/20
**office [26]**  17/7 25/1 25/7
25/23 39/10 39/14 41/15
46/14 46/15 101/16 139/3
144/5 145/17 147/12 163/11
163/21 164/5 164/8 164/13
165/10 166/13 166/22 167/3
170/7 170/8 172/22
**officer [2]**  18/16 18/19
**offices [9]**  1/19 24/24 46/13
49/22 50/8 55/5 123/5 141/22
147/1
**oh [8]**   7/8 16/16 30/2 32/5
85/22 85/24 114/22 152/13
**okay [81]**  6/1 6/2 6/7 7/20
9/8 22/1 22/6 26/21 27/12
31/6 31/11 32/5 38/22 44/23
58/10 69/16 70/16 72/25 76/1
76/12 80/5 84/1 96/9 104/8
105/6 105/8 108/3 112/9
113/4 113/9 114/5 114/6
114/22 120/23 121/24 127/2
127/14 130/3 135/15 138/17
138/18 139/10 140/6 140/21
141/4 141/5 141/6 142/8
144/21 146/24 148/5 149/2
151/2 151/5 151/22 152/16
152/19 153/21 153/25 154/9
154/25 155/23 156/10 158/1
158/11 158/15 158/18 158/20
158/25 159/12 160/9 160/23
161/24 162/14 164/24 165/5
165/13 165/24 166/2 167/17
170/8
**OLDAM [1]**  172/3
**Oldham [1]**  172/23
**once [3]**  24/4 134/10 141/25
**one [52]**  11/16 11/18 17/7
18/1 41/15 46/21 52/4 54/21
54/25 58/18 58/20 58/24 59/7
60/7 61/1 64/3 71/5 75/3
75/5 75/5 75/25 76/15 77/1
79/6 80/9 82/3 82/9 84/8
92/8 98/11 109/18 110/12
113/24 115/21 116/11 116/18
116/23 117/6 118/6 118/6
126/13 128/22 134/15 136/8
136/14 138/7 147/12 147/25
149/19 150/25 159/24 163/20
**one-off [1]**  128/22
**ones [1]**  169/13
**ongoing [1]**  50/11
**online [2]**  87/25 88/2
**only [17]**  5/17 26/16 37/20
43/6 49/18 59/21 77/13
121/10 130/6 131/7 137/25
143/24 144/13 145/1 145/20
160/12 169/2
**open [1]**  99/3
**open-ended [1]**  99/3
**operations [2]**  134/18 135/2
**opposed [1]**  64/3
**order [7]**  9/25 34/15 41/20
64/16 142/11 156/11 164/19
**ordering [1]**  35/11
**orders [1]**  96/24

**organized [1]**  131/14
**original [1]**  141/18
**other [29]**  6/23 7/7 10/2
10/21 15/4 18/23 41/24 42/10
42/22 47/21 64/3 75/4 78/2
79/15 79/23 79/24 83/21
85/17 87/9 89/20 115/5
116/14 119/20 119/22 119/23
119/25 129/21 141/25 157/18
**others [1]**  77/4
**otherwise [1]**  98/21
**Ott [3]**  164/8 164/14 167/4
**Ott's [3]**  164/7 164/13 167/3
**our [63]**  5/13 7/8 14/22
15/20 17/3 18/18 19/7 21/9
23/12 25/13 26/18 27/5 34/25
36/25 37/16 41/9 45/6 50/9
53/24 56/11 58/11 60/7 61/2
63/24 64/8 66/17 67/5 67/5
72/15 72/16 73/15 73/23
75/19 87/13 91/18 93/12
94/13 106/8 113/1 122/15
123/5 124/8 128/19 129/8
138/11 140/1 140/4 140/5
140/8 140/19 140/25 141/4
141/16 141/24 142/13 143/1
144/5 145/3 145/5 145/11
150/15 150/22 158/9
**out [56]**  13/7 20/4 24/5 27/1
27/2 36/20 41/7 41/8 42/21
45/7 46/3 46/12 46/13 46/16
47/17 49/22 49/24 50/8 51/20
52/21 56/9 56/11 56/20 57/5
57/17 70/24 72/13 72/17 73/1
82/11 83/12 83/16 84/16
96/21 105/20 117/11 117/18
121/9 122/3 122/5 126/2
126/20 132/25 141/5 141/20
142/20 143/4 143/18 143/25
145/7 147/1 147/11 151/24
168/24 169/4 169/8
**outcome [1]**  172/19
**outer [1]**  141/22
**outside [10]**  10/6 17/3 17/4
17/11 17/16 20/2 32/25 81/13
134/2 142/16
**over [15]**  5/5 18/1 40/19
41/17 47/12 47/13 47/15
57/10 73/16 80/1 82/4 104/8
139/13 142/15 156/19
**overlapped [1]**  16/18
**overlook [1]**  117/24
**owes [2]**  69/3 121/1
**own [2]**  13/8 152/16
**owns [1]**  152/8

## P

**p.m [1]**  171/2
**P.O [1]**  2/19
**pack [1]**  59/13
**page [55]**  3/2 27/15 28/2
29/16 34/13 36/18 37/3 43/24
49/1 50/25 58/15 59/2 59/12
59/13 65/4 75/21 81/5 87/15
88/23 91/6 94/8 94/9 102/25
103/17 108/8 108/13 113/23
113/25 114/1 114/15 115/21
117/1 117/3 117/4 125/21
125/22 130/8 130/10 131/20
144/10 144/11 154/17 154/19
154/21 156/6 157/2 157/3
157/4 161/7 163/6 164/24
164/25 164/25 165/23 167/15

**paid [34]**  35/23 42/12 52/4
54/18 54/23 60/19 88/5 88/4/18
88/2 90/7 104/19 104/25
105/12 105/17 105/20 106/15
106/15 130/5 131/5 131/6
133/14 133/15 133/22 135/13
135/25 136/2 137/25 142/16
143/10 143/18 146/16 147/15
147/19 154/12
**paper [2]**  113/9 127/6
**paragraph [3]**  46/1 137/7
148/23
**parameters [11]**  67/21 97/24
98/3 98/12 99/9 99/11 99/18
100/9 100/11 101/21 129/21
**parse [1]**  73/1
**part [13]**  14/4 31/7 73/8
74/9 75/12 80/11 93/7 101/4
120/3 138/8 162/20 165/21
168/10
**particular [9]**  32/1 39/25
66/4 97/24 99/23 128/25
158/15 166/20 167/1
**particularly [1]**  150/19
**parties [3]**  172/10 172/15
172/18
**party [1]**  172/14
**pass [3]**  55/7 90/4 117/1
**pass-along [1]**  55/7
**passes [1]**  146/10
**past [7]**  17/1 18/1 25/21
51/18 102/11 134/11 139/14
**patient [30]**  119/15 120/20
120/21 120/24 123/18 126/16
126/17 126/18 128/14 128/20
129/11 129/15 129/17 130/12
130/16 130/24 137/9 137/17
140/11 140/14 140/24 140/24
141/4 141/18 142/17 142/24
143/21 167/16 167/19 167/22
**patient's [5]**  128/17 129/4
165/19 166/4 167/19
**patients [17]**  19/3 126/1
126/2 127/4 130/6 130/19
131/7 136/18 137/7 137/15
141/21 142/3 161/11 166/19
166/25 167/5 167/6
**PATRICIA [1]**  2/24
**PAUL [2]**  2/4 4/14
**pay [30]**  25/10 34/7 34/10
38/16 39/22 41/11 64/2 65/24
80/18 92/12 110/1 123/18
123/25 128/8 129/24 132/19
137/1 137/22 140/19 141/9
141/16 142/1 142/2 142/15
142/18 143/19 143/23 145/5
146/2 146/5
**payable [44]**  11/3 12/3 12/8
13/23 14/2 14/6 21/14 22/12
25/4 25/8 26/16 31/8 32/20
41/3 58/17 63/24 65/5 65/22
68/14 70/13 70/14 72/16
73/14 73/15 75/19 76/15 92/9
93/12 95/5 96/19 96/22 97/6
101/14 102/12 105/9 108/13
109/5 111/10 111/25 119/6
150/24 158/7 158/10 158/12
**payables [7]**  12/20 14/8 18/10
81/14 81/19 82/1 82/14
**payee [2]**  88/6 102/21
**payer [1]**  120/1
**paying [4]**  34/22 62/19 63/10
162/9

# P

**payment [18]** 38/13 65/23 66/1
74/4 74/7 86/11 86/13 87/23
87/24 95/19 98/14 104/13
104/15 104/15 106/14 122/10
140/7 157/11
**payments [6]** 79/3 81/15 83/2
86/1 86/3 86/16
**payor [11]** 120/8 120/11
121/1 121/12 122/10 129/23
130/10 130/13 130/16 130/20
140/23
**payroll [43]** 12/21 14/18
14/21 14/23 21/10 82/15
121/17 139/24 141/9 141/16
141/25 142/1 142/2 142/12
143/5 144/12 144/15 144/25
145/4 145/5 145/13 145/18
145/19 145/20 145/22 145/23
146/2 146/8 146/11 146/19
146/20 147/3 147/17 151/12
169/1 170/1 170/2 170/4
170/9 170/10 170/13 170/16
170/18
**pays [4]** 21/25 22/2 22/3
145/20
**PCT [1]** 127/24
**pen [2]** 89/2 89/21
**pending [1]** 6/6
**people [10]** 34/9 34/10 59/15
92/9 94/2 111/10 127/10
135/15 150/9 150/21
**per [3]** 22/15 40/17 48/13
**percent [1]** 77/20
**performed [1]** 141/8
**perhaps [1]** 101/2
**period [13]** 60/14 70/9 110/12
111/12 116/19 116/22 118/6
144/15 145/3 146/11 146/19
149/20 150/15
**periods [3]** 144/13 145/4
146/21
**person [15]** 27/18 31/2 41/7
67/10 96/10 122/16 126/7
127/13 132/7 141/10 143/2
143/23 147/15 150/11 153/7
**person's [2]** 38/18 152/21
**personal [29]** 61/16 61/23
62/2 62/5 62/6 62/12 62/13
62/14 62/18 63/4 63/9 63/12
65/21 68/1 68/23 80/2 80/4
80/19 80/22 81/3 88/14 88/21
92/17 92/22 92/23 92/25
117/8 149/5 161/3
**personally [3]** 34/22 77/11
128/9
**pertains [1]** 159/20
**peruses [2]** 138/15 148/4
**phone [5]** 79/5 79/9 79/25
87/25 149/5
**phones [1]** 150/2
**phrase [2]** 65/18 83/1
**phraseology [2]** 22/5 50/20
**physical [2]** 25/22 27/15
**physically [2]** 76/4 121/12
**physicians [5]** 49/25 89/10
91/8 164/5 164/13
**Pica [1]** 163/22
**pick [3]** 69/14 79/9 143/4
**picks [1]** 168/2
**piece [1]** 73/1
**pieces [2]** 73/2 75/10

**place [1]** 172/7
**placeholder [1]** 67/25
**places [2]** 87/9 161/19
**PLAINTIFF [1]** 2/3
**PLAINTIFFS [1]** 1/6
**plane [6]** 76/13 76/20 77/1
77/8 77/23 79/8
**playing [1]** 150/1
**please [33]** 4/17 4/21 5/24
6/8 12/16 13/4 27/6 36/19
41/1 46/3 54/16 58/11 58/17
59/12 59/16 75/21 81/5 87/15
102/25 113/15 113/15 113/22
116/24 117/4 123/16 124/14
131/16 131/18 138/12 147/13
148/2 163/5 170/23
**pocket [1]** 88/12
**point [6]** 6/3 28/21 47/10
77/19 107/17 107/18
**pointing [1]** 127/5
**policies [3]** 42/5 42/9 42/10
**policy [18]** 22/14 22/15 22/23
24/13 24/16 40/3 40/15 40/17
40/19 40/21 42/13 42/14 44/6
44/23 44/25 45/4 46/7 47/7
**populate [1]** 75/11
**populated [2]** 75/13 76/3
**position [7]** 10/19 11/5 11/6
12/13 13/25 16/15 54/9
**positions [3]** 10/21 11/7
54/11
**possibility [1]** 106/5
**possible [1]** 121/9
**possibly [4]** 13/1 52/17
109/13 110/9
**post [4]** 84/1 84/4 121/21
122/11
**posted [1]** 71/17
**posting [1]** 70/12
**potential [1]** 136/20
**practice [2]** 28/17 79/9
**practices [1]** 83/16
**predict [1]** 120/15
**preformed [1]** 95/16
**prepare [4]** 6/9 28/10 84/14
135/9
**prepared [1]** 29/4
**prepares [2]** 17/13 28/6
**PRESENT [1]** 2/22
**presupposing [1]** 53/19
**pretty [5]** 6/19 13/2 40/11
40/12 70/9
**previous [6]** 37/23 80/8 83/6
106/24 108/18 136/9
**previously [10]** 5/3 48/24
50/2 71/24 82/10 84/24
109/24 117/5 119/13 137/24
**PRICE [1]** 1/7
**print [3]** 20/4 90/19 95/2
**printed [1]** 127/21
**printing [1]** 89/2
**printout [1]** 152/24
**prior [8]** 11/8 16/3 16/15
36/23 100/20 144/14 146/20
147/17
**private [2]** 120/11 130/21
**probably [17]** 13/14 14/19
23/19 26/11 28/14 35/23 53/8
57/16 67/11 86/25 93/22
104/14 132/17 135/1 137/19
149/19 150/17
**problem [1]** 47/20

**problematic [1]** 150/20
**proceed [1]** 135/9
**PROCEEDINGS [2]** 3/4 4/2
**process [38]** 14/21 22/25
30/12 30/21 31/8 40/18 40/21
41/1 41/2 41/3 41/12 41/22
42/14 44/11 59/17 59/19
59/21 79/3 79/15 81/14 92/5
95/19 96/7 110/9 133/13
136/22 140/7 140/20 140/22
142/22 146/4 151/16 151/17
158/3 158/6 160/11 160/14
160/23
**processed [5]** 90/12 140/3
142/12 144/25 147/5
**processes [2]** 140/5 142/7
**produce [4]** 98/1 98/8 98/18
125/16
**produced [5]** 98/19 99/10
99/15 100/10 111/8
**producing [1]** 99/14
**product [1]** 51/14
**production [2]** 100/5 100/6
**products [1]** 49/7
**professional [1]** 9/19
**prohibitions [2]** 56/1 56/3
**promised [1]** 131/14
**promissory [1]** 78/23
**promotion [1]** 12/14
**proper [4]** 96/7 158/22 160/6
160/25
**properly [2]** 160/24 161/4
**protective [2]** 64/16 96/24
**provide [16]** 12/19 19/24
25/25 46/17 46/22 46/23 47/4
47/5 47/16 47/17 48/1 48/3
52/21 56/15 98/1 152/23
**provided [7]** 20/2 25/20 26/5
97/23 107/11 107/19 143/9
**provides [1]** 49/7
**providing [12]** 46/16 47/2
48/12 48/16 49/24 50/4 50/5
56/10 57/11 57/12 98/17
99/13
**public [4]** 1/17 64/17 172/5
172/24
**pull [11]** 14/22 30/15 74/20
82/13 95/17 142/13 142/15
143/14 145/2 145/18 153/13
**pulled [1]** 112/1
**pulls [3]** 75/14 145/11 158/9
**purchase [2]** 53/13 81/1
**purchased [5]** 37/7 49/3 51/15
53/2 77/22
**purchases [3]** 51/6 80/22
80/24
**purpose [3]** 93/3 107/11
155/23
**purposes [3]** 27/9 162/17
164/18
**pursuant [3]** 1/21 22/13 97/23
**put [38]** 13/15 30/12 30/16
31/8 32/21 32/23 35/16 36/12
39/5 39/12 39/19 41/18 60/1
62/13 62/16 63/15 64/1 64/8
67/6 68/21 68/24 69/15 70/15
76/22 76/23 77/24 78/6 78/18
78/19 78/19 80/18 86/18
111/11 126/12 141/23 142/18
143/3 145/25
**putting [1]** 31/1

**Q**

quarters [1]  114/16
question [29]  5/23 6/1 6/5
  18/1 23/15 24/19 32/4 40/23
  45/3 46/10 48/9 48/18 51/25
  53/7 56/17 56/23 59/5 62/21
  66/5 86/8 99/16 99/23 106/7
  112/16 142/5 152/19 152/20
  164/9 165/13
questioned [1]  9/10
questioning [1]  50/12
questions [26]  13/1 17/18
  53/19 66/12 98/6 98/23 99/4
  99/7 99/25 100/3 100/15
  100/16 100/18 101/8 151/3
  151/10 151/11 151/12 161/17
  161/19 163/1 167/9 167/12
  167/15 168/21 170/21
quick [4]  58/1 113/6 151/9
  167/12
quit [2]  28/19 28/21
quote [1]  148/25

**R**

radar [6]  76/12 76/20 77/1
  77/8 77/23 79/8
raises [1]  150/1
ran [2]  118/14 158/14
random [2]  40/9 41/14
ranges [1]  124/4
rare [6]  33/2 33/3 33/7
  134/3 134/3 134/10
RBW [1]  29/24
re [6]  81/15 83/2 110/6
  128/15 128/17 137/24
re-allocate [1]  110/6
re-class [2]  81/15 83/2
re-statement [1]  137/24
re-verify [2]  128/15 128/17
read [10]  46/3 54/16 137/11
  138/13 138/17 141/13 145/1
  148/2 163/24 168/11
reader [1]  138/16
reading [1]  163/9
reads [1]  73/5
ready [1]  96/13
real [3]  78/7 85/7 143/6
reality [1]  106/4
realize [2]  99/6 99/24
reallocate [1]  160/15
reallocating [2]  157/24 160/6
really [9]  21/3 26/17 84/16
  98/7 111/3 134/12 151/3
  162/10 168/19
realm [1]  84/16
Reardon [2]  14/12 14/13
reason [3]  6/4 133/22 140/16
reasons [8]  168/22 169/2
  169/21 169/24 170/4 170/5
  170/8 170/15
rec [4]  13/13 13/16 13/18
  21/4
recall [12]  16/21 31/16 54/10
  54/12 57/4 57/7 57/20 60/15
  60/24 61/1 61/2 139/17
receipt [18]  41/23 42/6 42/10
  44/14 51/10 51/13 52/8 52/10
  53/13 61/24 62/8 62/11 72/7
  81/20 84/25 85/7 85/13 85/18
receipts [12]  22/22 51/2 51/5
  52/6 52/14 59/24 71/17 72/15
  82/15 87/8 91/3 121/20

receivable [4]  19/9 119/21
receive [5]  12/10 45/22 94/5
  121/6 121/12
received [13]  30/7 71/10
  71/13 71/16 71/20 96/7 122/2
  122/9 122/10 122/12 127/3
  134/1 134/5
receives [1]  30/24
receiving [2]  41/10 79/5
recognize [11]  27/15 29/20
  36/1 37/3 38/23 64/11 64/14
  87/17 89/10 89/24 96/1
recognized [2]  66/7 66/11
recollection [1]  150/19
reconcile [7]  66/17 116/17
  117/25 120/19 120/21 156/14
  156/15
reconciliation [4]  13/10
  13/20 21/4 111/22
reconciliations [3]  12/6
  12/20 13/11
reconciling [1]  117/23
record [40]  4/18 5/17 13/16
  27/4 27/7 36/5 36/16 43/12
  50/11 53/23 58/9 58/10 58/13
  64/7 64/15 64/17 67/25 87/12
  96/15 98/22 101/4 107/9
  107/15 108/6 113/14 120/23
  121/14 121/18 121/20 121/23
  124/12 131/13 131/17 133/18
  138/10 141/3 143/1 147/23
  162/5 172/12
recorded [8]  61/18 70/11
  71/15 72/19 78/5 95/21 103/9
  168/9
recording [2]  94/21 94/23
records [5]  26/12 26/24 98/18
  100/5 143/13
red [2]  137/8 137/15
reduced [1]  172/11
refer [2]  27/9 166/19
reference [13]  23/14 25/15
  27/14 30/15 54/22 55/20
  55/23 59/9 70/15 70/17 150/7
  161/8 161/19
referenced [3]  13/24 47/25
  54/24
referencing [2]  136/8 144/16
referral [19]  46/4 46/8 47/21
  54/23 55/21 56/6 56/10 125/3
  126/17 127/16 128/11 128/24
  129/18 129/22 130/25 132/20
  137/3 167/25 168/1
referrals [14]  123/8 123/17
  124/17 132/15 133/7 136/7
  136/19 136/21 137/8 137/15
  137/25 138/1 164/18 167/14
referred [7]  111/6 126/2
  161/12 165/7 165/14 166/9
  166/13
referring [6]  10/14 55/1
  108/21 150/7 153/12 162/12
reflect [5]  85/17 98/14
  105/11 105/16 141/17
reflected [6]  70/19 110/15
  116/5 158/3 162/11 162/17
reflecting [4]  78/22 84/17
  114/11 114/23
reflection [1]  116/6
reflects [1]  105/13
regard [1]  84/24
regarding [1]  24/14

Regency [1]  91/7
Regency's [1]  91/7
REGISTRY [59]  1/12 4/15 7/7
  10/11 10/13 10/14 10/15
  10/22 11/8 11/11 11/13 11/20
  15/1 15/5 15/14 16/12 16/19
  16/23 18/15 19/3 21/25 27/16
  28/5 28/24 35/3 35/17 37/4
  37/13 40/14 42/21 50/4 58/16
  58/19 59/17 62/19 63/21 64/4
  64/4 85/25 86/12 86/16 88/16
  96/20 100/12 119/21 121/1
  123/8 138/23 139/7 139/11
  152/8 165/7 165/15 165/19
  166/5 166/10 166/14 167/20
  167/23
Registry's [2]  24/24 35/10
regular [3]  20/10 82/13 94/15
regularly [2]  19/21 20/8
reimburse [3]  23/1 44/18
  71/18
reimbursed [5]  38/19 41/21
  41/25 42/17 42/24
reimbursement [27]  22/25 37/5
  38/5 38/8 38/13 38/17 39/4
  39/8 39/20 39/23 40/2 40/7
  41/5 41/6 41/9 42/3 42/23
  43/5 47/22 48/25 49/1 49/11
  51/3 51/8 51/16 55/20 57/22
reimbursements [6]  37/9 39/15
  40/15 42/11 43/6 54/21
reiterated [1]  150/12
reject [8]  147/11 152/2
  169/8 169/20 169/25 170/5
  170/6 170/8
rejected [8]  100/8 147/9
  147/13 147/16 151/23 168/22
  169/3 170/9
rejection [2]  151/21 169/6
rel [1]  1/6
relate [6]  94/20 96/18
  109/13 140/14 159/21 159/25
related [10]  79/8 80/20 91/4
  133/6 159/16 163/18 164/4
  164/12 166/1 172/17
relates [4]  69/12 159/17
  165/3 168/7
relating [1]  40/15
remainder [1]  23/20
remaining [1]  11/18
remember [6]  7/17 17/25 27/17
  86/23 149/18 151/12
remind [1]  87/2
removed [1]  129/18
rendered [1]  19/3
rent [1]  74/4
rents [2]  73/23 74/3
reorganized [1]  113/7
repeat [2]  14/3 69/11
repeating [3]  55/17 56/15
  56/25
rephrase [1]  5/24
report [84]  18/21 18/24 44/15
  64/13 64/23 65/1 65/2 66/21
  67/1 96/20 97/7 97/18 98/13
  101/14 101/21 101/22 102/2
  102/6 102/8 102/10 102/12
  102/16 102/24 103/13 105/9
  105/15 105/21 106/19 108/13
  109/1 110/17 111/7 111/25
  112/4 113/3 113/16 116/25
  118/8 119/9 122/1 124/8
  124/18 124/19 124/23 125/11

**R**

**report...** **[39]** 125/17 125/22
126/6 127/3 127/20 130/9
135/3 135/7 136/7 136/8
136/14 140/5 141/12 143/14
145/10 145/11 146/6 146/20
146/25 147/1 156/5 158/8
158/9 158/11 158/13 158/14
158/16 161/18 162/11 165/1
165/23 167/15 167/25 168/2
168/4 168/6 168/12 168/14
170/15
**report's [2]** 97/1 168/18
**reported [6]** 102/9 102/15
102/17 103/25 110/17 135/5
**reporter [18]** 1/16 4/4 5/13
6/16 9/4 14/13 16/8 26/19
26/21 33/16 37/10 40/11
46/14 54/1 69/10 124/15
170/23 172/4
**REPORTER'S [1]** 3/9
**reporting [4]** 1/23 64/23
96/21 134/23
**reports [9]** 8/24 14/22 19/17
19/22 112/25 127/9 141/9
142/13 158/18
**represent [5]** 4/14 30/10 70/9
73/9 92/15
**representations [1]** 99/8
**represented [1]** 97/25
**represents [1]** 97/25
**request [32]** 22/23 22/24
25/19 29/6 29/7 30/24 36/12
38/17 42/2 42/8 43/8 43/9
46/5 46/6 50/7 51/16 53/5
59/14 59/15 59/18 59/22 64/2
80/10 80/15 98/13 100/11
100/13 118/13 118/15 118/18
122/25 153/8
**requested [3]** 70/2 152/21
172/15
**requesting [1]** 30/22
**requests [8]** 29/8 48/4 54/21
55/19 55/20 59/22 79/24
123/6
**require [4]** 34/3 39/15 40/7
52/9
**required [4]** 38/7 44/14 53/1
55/5
**reservation [1]** 23/5
**respect [1]** 166/22
**respiratory [2]** 12/3 15/9
**respond [1]** 98/10
**responded [1]** 150/8
**responding [1]** 100/7
**response [4]** 17/20 87/10
100/13 137/21
**responsibilities [7]** 12/1
12/17 14/5 15/4 15/10 122/21
139/17
**responsibility [5]** 19/9 118/3
120/3 121/10 124/6
**responsible [11]** 12/7 13/25
14/1 14/6 15/8 19/5 20/24
25/1 25/7 54/14 119/14
**responsive [1]** 25/18
**restaurant [2]** 93/15 93/20
**result [2]** 55/11 85/5
**results [1]** 158/6
**return [1]** 69/8
**returned [1]** 46/6
**returns [4]** 17/13 68/23 68/24

69/13
**revert... [1]** 170/6
**revert [1]** 152/2
**review [12]** 6/12 6/14 6/22
25/10 39/7 39/11 40/1 90/22
92/11 169/7 169/13 169/16
**reviewed [1]** 39/5
**reviewing [2]** 90/25 103/6
**Richard [1]** 148/18
**right [60]** 8/19 12/5 29/19
56/4 57/24 58/3 60/3 71/12
73/25 74/8 74/23 77/3 78/25
79/14 79/22 80/15 81/4 82/3
88/8 90/24 91/17 95/14 95/23
99/21 105/10 107/5 107/6
107/23 108/9 110/5 111/9
112/19 114/18 114/22 116/14
128/13 129/20 133/12 133/17
133/19 134/1 136/4 143/12
146/13 147/18 147/21 147/24
149/24 154/1 154/14 154/23
155/2 155/12 155/18 157/14
158/19 159/1 159/14 162/10
165/18
**road [2]** 25/16 62/16
**ROBINSON [1]** 1/6
**ROBINSON-HILL [1]** 1/6
**role [3]** 128/3 132/6 139/22
**rooms [3]** 149/7 150/2 150/4
**Rossford [1]** 4/22
**routinely [2]** 93/9 135/23
**row [1]** 108/22
**rules [2]** 1/22 5/6
**run [24]** 63/14 66/16 66/16
66/21 67/1 97/2 97/6 101/22
102/12 112/5 113/2 118/8
119/9 135/14 135/16 146/6
146/20 146/25 152/21 152/23
153/4 158/15 158/18 168/18
**running [3]** 9/11 34/10 58/2
**runs [1]** 69/7
**Ryan [6]** 14/12 15/17 25/8
28/11 29/23 37/20

**S**

**Sage [6]** 20/20 31/5 65/11
65/15 74/20 95/5
**said [39]** 4/24 9/14 14/4
14/18 17/23 19/11 24/21
26/12 39/17 42/7 47/4 47/6
49/23 50/2 52/23 56/8 61/13
66/7 66/10 68/14 68/16 69/10
69/19 74/15 84/11 85/6 87/6
102/13 112/2 117/20 143/21
146/4 160/17 172/8 172/10
172/13 172/14 172/14 172/15
**Salary [1]** 123/14
**same [22]** 13/25 27/14 31/23
37/21 50/6 51/7 55/17 74/25
83/5 96/24 96/24 97/11 103/4
103/5 103/8 103/10 116/9
116/11 154/6 159/8 159/24
166/3
**Sandy [5]** 43/15 43/18 45/11
54/7 54/13
**saw [4]** 37/23 80/11 80/17
143/2
**say [47]** 5/14 10/13 12/7
13/18 17/24 19/18 23/3 26/6
30/20 38/22 41/17 44/19
44/20 44/22 56/13 56/20
63/24 68/6 70/22 75/13 77/5
79/10 84/11 97/9 99/20 99/22

99/22 116/19 122/12 126/7
138/6 138/8 139/4 140/22
142/9 143/22 144/12 145/7
145/9 147/1 147/12 152/11
158/2
**saying [8]** 56/4 56/18 57/18
77/12 77/22 99/19 106/5
149/6
**says [20]** 33/10 34/24 49/2
56/7 65/5 65/7 68/8 75/21
81/15 84/21 87/16 88/19 89/9
109/17 113/4 125/23 128/1
149/4 163/22 164/8
**schedule [9]** 123/14 123/15
125/6 126/9 128/7 129/24
131/3 138/2 138/4
**scheduled [1]** 128/21
**school [7]** 7/25 8/4 8/5 8/9
8/13 9/17 170/12
**science [7]** 8/21 8/22 9/9
9/10 9/10 9/15 10/1
**screen [1]** 97/8
**script [1]** 89/9
**se [3]** 22/15 40/17 48/13
**seal [1]** 172/22
**search [5]** 25/18 25/22 26/23
26/25 76/8
**searched [1]** 26/3
**Sears [4]** 92/14 93/16 93/13
95/9
**second [16]** 5/22 29/16 37/2
43/24 49/1 59/13 74/9 75/5
130/9 144/10 144/12 144/14
144/19 148/23 161/7 163/6
**Secondly [1]** 99/8
**section [5]** 78/18 82/14
115/12 115/20 159/1
**see [28]** 19/20 26/25 30/4
37/18 38/22 59/9 60/4 66/17
71/9 71/12 78/23 80/16 81/25
82/2 88/18 88/23 91/18 103/3
111/18 114/21 115/7 123/5
139/4 153/13 156/8 157/5
159/2 161/9
**seeing [1]** 87/3
**seeking [1]** 50/18
**seem [2]** 13/1 112/18
**seemed [1]** 62/14
**seems [1]** 62/5
**seen [10]** 24/13 39/6 66/13
66/24 81/23 86/6 86/10
124/19 124/22 142/17
**sees [1]** 51/13
**selecting [2]** 167/20 167/23
**self [1]** 70/10
**self-explanatory [1]** 70/10
**semester [1]** 11/18
**send [8]** 41/9 55/9 55/11
56/25 57/5 57/17 122/12
147/1
**sent [1]** 6/13
**sentence [5]** 54/17 136/17
137/6 144/12 144/19
**separate [3]** 132/20 133/21
133/24
**sequence [1]** 168/19
**service [10]** 44/15 46/17
46/23 47/5 47/17 48/1 48/3
52/22 57/12 144/8
**services [10]** 19/3 49/24
49/25 50/5 50/6 50/9 56/12
123/5 140/24 143/9

**S**

set [28]  33/24 34/4 34/7
36/6 40/3 54/20 54/24 57/2
59/3 61/11 63/4 67/2 67/3
67/5 72/9 73/14 73/17 78/16
100/9 119/12 127/14 129/24
130/22 140/20 144/13 162/3
162/4 172/21
seven [4]  113/22 113/22
116/21 125/22
several [13]  14/7 49/9 49/15
54/10 57/9 57/16 75/24 92/3
115/2 148/24 149/14 149/16
170/8
Shakes [1]  5/18
shares [1]  116/9
she [67]  5/17 7/11 16/24
16/25 18/18 19/13 19/15
19/16 19/18 19/18 19/21
19/24 20/4 21/7 21/17 21/21
21/21 21/22 21/22 21/23 25/9
25/9 25/9 25/11 31/13 31/23
32/9 33/13 33/23 33/24 33/24
34/4 34/7 36/23 36/24 36/25
41/18 43/19 51/2 54/12 54/15
60/18 70/2 80/18 82/22 82/22
83/3 84/9 84/13 84/13 90/5
118/4 118/4 118/5 132/5
132/6 132/7 132/7 132/13
135/1 138/20 138/22 138/25
148/10 148/12 151/13 167/22
she'll [2]  90/8 90/9
she's [18]  5/12 5/13 14/15
17/2 18/20 20/2 21/3 21/3
33/14 34/6 51/8 51/20 54/10
105/5 118/15 138/20 139/3
139/4
sheet [1]  95/21
sheets [3]  14/21 19/14
142/21
Sherry [3]  166/1 166/9
167/16
short [7]  58/4 113/10 125/23
125/24 126/13 127/22 127/23
shorthand [2]  13/21 13/22
should [17]  32/23 53/5 64/2
78/8 91/2 91/20 93/24 93/25
106/12 127/9 128/11 128/25
130/25 132/18 143/10 143/18
158/22
shouldn [1]  64/17
show [11]  36/10 46/18 46/23
58/2 64/17 70/12 87/3 112/5
127/7 143/1 147/25
showing [6]  82/3 127/16
140/16 154/18 154/19 159/17
shown [2]  66/15 157/20
shows [7]  51/2 71/14 95/13
104/24 105/1 144/7 157/4
sick [1]  141/12
side [2]  127/6 169/14
sign [2]  28/23 38/5
signature [5]  38/7 38/22
38/23 38/23 39/2
signed [6]  28/15 28/18 38/15
44/15 148/8 172/16
signify [1]  64/1
signing [2]  38/11 41/16
silly [1]  13/2
similar [8]  30/22 89/18 89/21
100/20 102/7 102/17 115/1
156/18

since [2]  10/20 11/6 98/10
170/6
single [1]  101/5
sit [4]  113/3 113/8 166/25
167/5
sitting [1]  74/19
six [2]  113/21 116/21
skew [3]  151/24 168/24 169/9
Skipping [2]  136/17 137/6
slow [1]  138/16
small [4]  18/2 86/18 94/11
147/10
so [174]
software [24]  20/18 20/19
97/5 101/15 102/1 106/8
110/20 112/5 128/19 129/9
136/25 137/4 137/18 140/1
140/4 140/13 140/20 141/3
141/24 142/17 143/1 143/3
144/6 168/3
softwares [1]  110/23
some [34]  5/5 5/14 6/13 6/15
6/18 6/21 7/14 13/1 19/20
23/12 25/20 26/13 35/22
37/15 42/19 42/22 47/24 60/4
63/11 68/6 68/9 71/10 72/4
75/10 87/15 97/23 99/9 106/9
139/21 141/15 147/10 157/18
161/18 168/21
somebody [4]  76/4 165/8 165/9
166/12
somehow [4]  53/20 53/20 53/21
53/21
someone [7]  23/1 23/15 38/20
39/19 91/13 94/6 153/8
something [22]  23/1 23/15
28/1 32/10 33/6 34/11 39/10
41/8 44/12 49/21 65/24 71/10
94/25 95/1 98/19 99/16 129/7
133/11 135/23 145/10 160/17
160/21
sometimes [23]  19/19 20/2
33/24 35/16 39/18 40/4 41/13
41/13 52/14 63/11 72/4 76/21
76/23 76/25 78/1 80/1 90/3
90/22 109/25 110/19 111/9
111/14 134/17
somewhere [1]  71/20
son [1]  139/6
sorry [41]  4/19 4/24 6/18
7/8 8/6 11/17 14/3 14/14
22/6 22/19 24/21 47/17 50/1
59/5 61/13 63/2 65/12 65/14
68/2 69/9 74/5 75/25 80/2
85/22 104/8 105/6 107/2
109/22 114/2 126/10 130/9
132/21 140/15 142/5 143/6
151/14 151/14 153/21 157/3
159/4 160/10
sort [6]  44/10 98/14 108/4
125/20 127/10 137/22
sorted [1]  125/17
sounds [1]  15/13
source [11]  54/23 56/6 121/1
122/10 129/23 130/10 140/23
143/24 165/11 167/25 168/1
sources [7]  120/1 120/8
120/11 121/13 148/24 149/15
149/16
spam [1]  34/8
speak [6]  6/16 7/1 7/3 9/1
9/3 65/12
speaking [2]  9/2 15/13

special [1]  64/16
specifically [35]  109/5
51/14 66/13 66/24 77/1 78/7
93/21 99/9 101/13 101/23
102/13 102/24 150/18
specifically [11]  25/6 32/17
62/22 72/2 82/11 86/24 112/1
125/12 133/6 136/12 168/5
speculate [1]  100/25
speculation [1]  149/9
spell [1]  4/17
spending [1]  43/3
spends [2]  23/1 77/25
spent [2]  77/10 77/16
sponsor [3]  34/22 89/9 91/8
sponsoring [1]  35/11
sponsorship [1]  34/16
spread [2]  72/13 72/16
spreadsheet [11]  103/18
103/22 103/23 104/1 108/21
109/8 113/24 114/6 114/14
115/9 122/11
spring [1]  11/19
St [5]  165/8 165/11 166/8
166/15 167/23
Stacy [3]  14/12 15/18 21/2
staff [1]  14/22
stages [1]  140/21
stamp [13]  30/3 30/12 30/23
31/8 60/5 60/5 60/7 91/18
95/25 96/1 96/10 96/13
115/10
stamped [2]  27/11 96/3
stand [4]  88/10 89/4 130/14
130/17
stare [1]  113/8
Stark [1]  50/14
start [8]  7/23 10/24 11/10
11/15 11/22 50/8 87/14
131/18
started [1]  11/13
starting [3]  138/13 144/17
144/18
starts [3]  46/3 131/19
144/19
state [6]  1/17 4/17 109/16
172/2 172/5 172/24
stated [2]  172/6 172/8
statement [21]  17/2 69/8 85/8
88/18 90/16 90/23 92/2 92/6
92/10 93/6 94/22 95/7 103/6
106/22 111/19 111/20 113/18
117/2 137/24 154/22 154/23
statements [13]  16/24 19/12
19/13 19/14 19/25 20/5 69/13
83/4 84/15 90/12 91/25 93/10
168/7
states [4]  1/2 1/6 4/14 49/3
status [3]  129/4 145/12
146/23
statuses [3]  145/18 151/21
170/17
Statute [1]  50/15
statutes [1]  50/17
stay [2]  52/15 121/9
Staying [1]  116/24
stenotype [1]  172/11
step [2]  70/6 90/10
Stephanie [4]  14/20 15/18
148/19 148/20
still [10]  11/14 37/13 44/20
68/3 82/24 111/17 138/22
160/7 160/8 170/14

## S

stop [3]  36/10 57/19 57/21
store [1]  49/6
straight [1]  55/3
strand [2]  115/18 115/21
Street [5]  1/19 2/4 2/7 2/12
2/16
strike [2]  39/2 97/4
structure [10]  128/12 129/12
129/16 129/23 131/1 132/16
132/21 132/21 133/21 138/24
stub [10]  25/12 28/20 44/14
87/16 88/18 115/21 116/1
153/17 153/19 154/9
stuff [23]  6/19 7/14 7/17
34/5 46/13 50/7 55/6 65/20
73/24 80/4 81/22 82/1 83/4
90/7 90/7 92/20 98/9 111/11
132/8 133/10 134/2 134/3
144/9
style [1]  37/17
subject [3]  64/16 96/23 132/9
submit [4]  41/20 41/23 43/3
43/9
submitted [3]  42/22 51/3
100/12
subsequent [2]  117/13 117/17
subsequently [1]  146/15
such [5]  24/16 100/24 102/1
110/16 146/1
sufficient [2]  66/9 85/3
Suite [4]  1/20 2/4 2/7 2/16
sum [1]  112/18
sums [1]  112/21
super [1]  168/14
super-familiar [1]  168/14
supervisor [6]  18/12 38/4
38/7 38/11 38/12 41/10
supplies [8]  49/3 49/8 49/19
49/25 50/6 53/4 163/10
163/20
supply [3]  50/15 53/10 53/15
support [9]  22/8 22/18 27/23
51/3 59/24 62/4 93/4 93/5
100/14
supporting [1]  51/6
suppose [1]  169/13
supposed [1]  169/18
sure [28]  5/23 25/14 27/14
30/18 34/11 35/17 35/22 58/2
62/10 73/3 74/1 80/7 90/13
108/1 110/7 116/17 128/13
129/8 129/10 137/4 137/12
137/18 138/18 140/19 152/7
156/11 160/24 161/2
Sweitzer [1]  17/8
switch [2]  126/20 127/10
sworn [3]  4/6 5/9 172/9
system [23]  31/24 66/9 67/6
76/17 95/9 96/6 101/20
101/20 106/9 106/20 113/1
121/19 142/4 142/10 142/11
142/18 143/8 144/2 144/24
146/1 146/7 146/8 168/23

## T

table [4]  9/7 34/16 34/23
35/12
take [47]  5/19 6/4 9/22
13/12 17/18 32/5 36/18 46/1
46/13 48/23 49/22 50/7 50/7
50/25 58/1 70/6 70/6 71/9

72/18 72/25 75/21 79/6 81/6
81/19 91/9 94/14 98/4 99/17
108/11 108/20 112/13 113/6
120/22 120/23 121/22 121/24
122/5 122/14 124/13 125/21
126/6 136/5 141/20 142/1
142/25 144/10 148/15 167/13
taken [8]  1/16 1/21 10/2
10/7 58/4 113/10 137/3
172/10
takes [5]  25/9 25/11 122/3
122/6 170/7
taking [6]  5/13 30/20 91/5
94/21 95/14 142/9
talk [8]  21/24 46/18 47/18
56/11 80/5 90/10 123/5
146/25
talked [3]  94/1 97/16 151/16
talking [13]  62/22 62/24
62/25 74/24 77/9 105/5
140/18 140/23 141/1 149/6
150/1 150/2 150/4
tallies [1]  135/18
tally [8]  92/4 124/8 124/9
125/5 125/8 125/15 128/4
128/5
tallying [1]  164/18
tax [7]  17/13 69/8 69/13
81/15 83/2 162/17 162/21
taxes [3]  74/5 74/5 74/7
Tea [3]  131/21 131/21 132/11
technical [1]  9/13
technol [1]  8/25
tell [13]  5/9 6/8 35/20
46/18 74/21 99/22 107/14
107/16 108/5 116/14 119/9
127/12 168/19
telling [1]  108/6
tells [1]  76/21
temporary [5]  121/23 121/25
121/25 122/3 122/5
term [3]  49/20 92/16 162/1
terminology [1]  137/3
terms [7]  36/11 99/16 102/8
102/18 129/5 161/25 161/25
territories [8]  126/5 126/11
126/12 126/20 126/23 127/11
127/14 164/19
territory [8]  124/18 125/23
126/3 126/19 126/21 127/10
165/25 167/14
territory's [1]  127/1
test [1]  7/18
testified [19]  5/3 12/12
31/18 40/25 50/2 62/23 63/3
78/10 84/24 85/2 109/24
115/13 119/12 119/17 123/2
126/13 136/15 137/24 156/10
testify [4]  85/4 99/2 107/15
109/19
testifying [3]  99/5 107/3
172/16
testimony [12]  5/6 15/13
50/13 60/24 76/2 155/10
168/13 170/3 172/10 172/12
172/15 172/21
text [1]  76/17
than [5]  33/6 60/18 79/24
121/25 126/5
thank [4]  26/21 151/5 167/8
170/22
Thanks [1]  170/23
that [778]

that'll [1]  144/5
that's [32]  7/6 9/1 10/5
35/7 35/9 79/12 81/10 116/19
119/16 137/2 159/15 162/24
their [18]  31/1 43/3 47/22
63/12 80/19 92/23 100/6
123/18 141/12 142/19 143/14
143/15 144/5 144/24 144/25
150/10 150/11 150/21
them [63]  13/16 17/3 19/20
20/2 21/15 21/16 21/17 23/2
25/16 25/21 32/22 32/24
38/19 39/18 40/5 41/13 44/13
45/8 46/16 46/18 46/18 46/18
46/24 52/7 60/7 61/6 63/14
63/15 66/17 73/17 75/3 78/15
81/3 93/11 94/23 95/17 96/13
98/19 111/14 113/1 117/24
117/25 118/4 118/11 122/11
122/12 122/16 122/25 123/18
128/8 133/13 133/13 134/20
135/14 135/17 135/25 136/24
141/22 143/19 145/14 147/4
147/7 150/25
then [90]  5/5 9/22 12/12
13/13 25/10 25/11 27/20
29/11 30/14 32/6 32/11 35/10
37/7 38/23 40/21 41/8 44/15
44/23 47/10 56/13 69/25 72/6
72/22 72/22 73/6 74/15 74/21
75/15 76/10 78/14 79/13 90/3
90/4 90/8 91/12 92/20 95/11
95/20 95/21 96/3 102/23
104/20 106/11 106/16 109/20
110/4 110/15 110/17 111/6
120/23 121/24 122/2 122/14
122/16 123/18 124/10 125/15
126/13 127/10 127/15 128/6
128/8 131/4 133/4 135/9
135/16 137/5 140/7 141/4
141/21 141/22 141/24 142/24
143/3 143/4 143/4 143/22
145/3 145/17 146/2 146/16
154/25 160/19 162/4 163/11
163/21 166/17 167/12 167/24
170/16
there [148]  5/14 9/5 10/12
16/3 16/14 16/18 16/19 16/21
19/5 22/19 23/4 23/5 24/5
25/6 27/1 27/1 27/2 27/18
29/18 30/3 30/9 30/20 32/23
33/9 33/23 34/2 35/16 38/18
38/21 39/17 39/25 40/6 41/15
41/19 42/10 42/16 46/12
46/16 46/22 46/22 46/23 47/4
47/5 47/17 48/1 48/1 48/3
48/12 52/21 53/10 55/15 56/9
56/11 56/20 60/3 60/8 60/20
61/18 62/8 63/14 63/16 63/18
63/21 64/1 68/21 69/15 70/15
75/24 76/22 76/25 77/24 78/7
78/22 79/15 79/23 80/10
80/16 80/17 82/11 82/23
82/24 85/7 85/17 86/15 87/15
88/23 89/8 90/6 91/12 93/5
93/14 93/20 93/22 94/2 98/13
98/20 99/1 99/9 100/15
100/17 100/21 103/1 104/17
106/5 107/23 108/9 108/22
109/1 110/21 112/4 114/16
115/2 115/10 117/13 119/7
119/23 128/6 129/21 135/5
136/8 137/19 141/4 141/5

there... [25]  141/24 142/14
142/15 143/22 145/8 145/25
146/3 146/11 147/11 155/2
157/4 157/15 157/18 157/21
159/3 162/14 163/7 164/7
165/1 165/2 168/5 169/5
170/4 170/5 170/11
there's [30]  37/18 38/4 40/17
40/18 40/25 42/13 42/14 45/1
49/13 49/14 49/15 71/3 71/12
72/9 78/7 84/3 86/25 92/2
95/25 117/20 121/24 124/4
125/19 126/25 130/10 140/20
141/14 143/20 146/3 147/11
therefore [1]  143/10
these [50]  13/1 15/3 31/22
44/16 45/23 48/4 48/23 49/3
49/22 49/23 56/1 61/5 63/8
68/18 70/8 71/22 72/1 72/13
74/18 75/10 78/9 78/11 78/22
79/3 79/24 86/1 89/16 90/11
91/24 93/10 95/11 95/12
95/20 97/11 97/22 98/6 99/3
100/5 106/4 106/8 109/18
111/5 117/24 135/15 140/9
140/14 149/25 158/20 160/5
161/22
they [96]  6/13 9/4 9/6 21/13
23/15 41/8 41/23 41/23 41/25
42/5 43/3 43/7 43/9 44/20
48/4 48/16 49/20 49/21 50/7
50/7 52/7 56/4 63/20 63/23
69/13 75/16 75/16 75/18 76/5
77/8 81/1 86/5 90/25 92/9
93/2 94/1 96/11 98/19 111/10
111/11 111/13 120/19 120/21
120/23 122/14 122/15 122/16
123/3 123/4 123/4 123/13
123/17 123/17 124/23 125/3
125/4 126/5 126/19 126/20
126/22 126/23 126/24 127/20
129/11 133/4 134/5 135/13
140/12 141/4 141/11 141/15
141/20 141/21 141/21 141/22
142/3 142/22 142/23 142/24
142/25 143/2 143/3 143/4
143/13 143/18 143/20 147/3
147/20 150/9 152/2 152/2
152/16 158/21 164/2 168/1
169/22
They'd [1]  72/13
they're [21]  28/17 37/8 43/2
46/12 46/16 50/20 80/25 90/6
91/1 92/19 96/13 111/12
118/4 123/3 123/9 141/14
159/2 163/18 164/4 164/12
169/18
thing [10]  5/7 5/7 26/17
43/8 44/10 45/5 45/25 59/21
108/4 166/3
things [11]  5/15 8/24 27/19
44/11 45/23 57/2 72/14 132/5
150/25 152/4 169/1
think [37]  17/8 17/14 17/14
23/19 24/16 26/9 36/25 40/17
40/25 43/22 49/8 51/1 57/14
60/16 66/9 68/2 70/4 70/9
78/10 80/8 85/3 96/18 98/7
101/8 107/2 113/20 115/13
118/13 119/1 119/17 123/2
138/5 145/1 147/24 150/4

162/25 168/8
thinking [2]  17/16 67/13
third [7]  50/25 92/13 99/9
136/17 154/16 164/7 166/1
thirds [1]  93/13
this [324]
Thomas [3]  4/22 4/24 8/11
those [69]  5/16 9/14 12/8
13/16 14/9 15/7 15/11 19/16
19/21 23/14 24/1 25/25 26/5
29/8 29/24 32/14 33/4 45/19
46/2 50/17 51/7 51/9 55/12
56/2 56/5 56/7 60/9 66/12
73/1 74/25 75/8 78/2 81/1
82/23 86/23 90/15 95/7 98/17
99/11 104/11 112/23 115/16
117/22 119/12 120/18 122/14
124/25 125/2 126/2 135/10
135/13 136/2 136/19 141/10
145/20 146/18 147/4 147/19
148/20 151/12 152/4 157/23
159/2 162/12 162/16 163/24
167/6 169/2 170/22
though [19]  7/19 27/23 49/23
52/25 68/13 68/18 74/23 78/1
78/21 82/3 83/1 96/17 110/15
118/16 119/18 120/17 121/1
140/9 159/8
thought [2]  85/22 149/11
thousand [2]  37/10 122/12
three [5]  8/18 9/15 60/19
114/16 145/6
three-quarters [1]  114/16
threshold [1]  40/6
through [27]  25/13 27/9 27/18
34/9 36/18 58/14 59/3 63/14
64/11 71/16 72/13 85/20
99/11 113/9 119/6 121/20
128/4 131/18 133/12 136/22
140/4 145/17 153/15 160/15
161/20 162/15 170/17
thrown [1]  156/19
Thursday [1]  6/11
tier [1]  124/4
ties [1]  151/12
time [77]  7/16 12/6 14/21
16/17 16/20 20/11 28/19 29/6
30/17 30/19 31/13 31/23 37/9
39/18 39/21 43/3 43/19 44/10
45/20 47/12 54/9 54/12 54/13
57/8 61/4 62/3 62/14 63/25
66/16 67/1 67/6 67/11 67/12
67/19 69/18 73/15 77/21
82/23 91/18 92/8 96/4 98/11
106/12 116/22 121/2 126/13
127/11 128/8 132/13 135/1
138/6 138/21 139/15 141/7
141/12 141/15 142/19 142/20
142/21 142/23 143/20 143/20
143/21 144/3 144/8 145/4
145/6 146/14 148/22 150/14
150/19 151/4 151/25 152/1
169/4 170/24 172/7
times [15]  5/24 27/13 34/4
39/9 39/13 47/24 52/24 53/1
57/9 66/23 78/3 78/5 78/6
150/9 162/15
title [4]  10/17 18/20 43/24
129/2
titled [3]  68/13 114/7
124/17
today [14]  4/13 5/8 5/14
5/23 6/4 6/9 6/25 10/14

27/13 101/1 101/4 122/14
122/15
Today's [1]  7/18
together [4]  36/12 60/1 142/7
153/14
told [12]  47/2 47/15 55/3
56/25 68/21 69/15 78/17
90/21 123/4 148/24 149/14
149/16
too [7]  9/12 9/2 14/20 85/24
88/17 92/11 110/25
took [4]  9/24 10/6 77/14
168/13
top [12]  29/19 30/4 30/23
43/25 60/3 63/16 65/4 87/16
88/19 125/23 137/20 154/18
TOR [1]  141/12
total [5]  104/2 104/2 108/22
114/8 155/1
totals [1]  122/2
towards [1]  129/22
track [7]  20/16 119/20 120/4
120/10 126/4 150/10 150/16
train [3]  150/10 150/10
151/1
training [1]  144/8
transaction [41]  21/5 21/11
21/14 38/1 38/3 70/20 70/23
71/19 75/22 81/7 82/7 82/12
83/8 84/25 86/10 89/3 91/5
92/13 93/16 93/18 96/5 97/15
104/18 104/22 105/14 106/14
108/12 108/15 108/18 109/12
110/22 112/14 115/4 115/6
115/12 115/17 116/5 116/20
117/6 117/24 168/20
transactions [38]  13/14 20/16
20/24 21/1 21/8 65/2 65/25
67/9 67/21 68/19 69/2 69/19
71/22 72/10 75/24 78/12
78/23 80/13 81/11 81/12
81/13 83/23 84/23 89/16
90/15 94/22 106/10 109/18
111/5 112/23 117/22 119/7
121/15 157/23 157/24 158/9
160/5 162/11
transcripts [1]  6/22
transfer [1]  85/19
transferred [1]  95/11
treated [2]  155/23 162/17
treatment [1]  162/21
tried [1]  130/4
trip [1]  111/3
trouble [2]  106/3 168/8
true [59]  2/11 2/11 3/6 9/1
13/8 17/21 24/8 24/10 35/19
36/8 40/22 45/2 46/9 48/8
48/17 51/24 53/6 53/18 56/16
56/22 59/5 63/19 64/15 64/20
65/12 67/23 83/14 86/7 96/23
97/21 99/6 99/24 105/4 106/6
106/23 107/4 107/9 107/16
108/1 108/8 118/15 118/18
144/17 144/21 151/8 153/1
153/3 153/7 153/11 156/2
156/24 159/6 159/9 159/11
162/25 168/21 169/23 172/7
172/12
truelaw.com [1]  2/13
truth [1]  5/9
try [5]  23/6 113/3 121/9
170/1 170/10
trying [23]  13/2 34/9 38/19

**T**

**trying... [20]** 44/24 50/19 52/24 52/25 54/18 73/25 90/7 97/8 109/11 110/8 111/3 111/4 111/18 127/2 140/15 140/17 142/6 143/6 150/11 150/16

**turn [13]** 21/11 29/16 34/13 37/2 43/4 43/24 101/13 102/24 130/9 163/5 164/24 165/22 166/17

**twenty [1]** 147/2

**twice [1]** 134/11

**two [14]** 16/13 23/19 37/10 46/2 46/2 51/5 60/18 93/13 96/11 96/18 104/11 142/7 145/6 168/23

**two-thirds [1]** 93/13

**type [11]** 27/22 29/14 37/24 42/23 43/8 45/24 76/4 77/5 102/8 136/14 172/11

**types [10]** 5/17 18/7 34/2 42/16 45/23 67/21 69/19 78/2 79/24 149/25

**typical [3]** 160/11 160/14 160/16

**typically [4]** 37/25 39/7 72/19 134/15

**U**

**uh [14]** 5/18 5/18 14/11 73/7 73/22 74/12 74/14 76/14 82/5 84/2 86/22 96/2 114/21 124/3

**uh-huh [13]** 5/18 14/11 73/7 73/22 74/12 74/14 76/14 82/5 84/2 86/22 96/2 114/21 124/3

**UK [9]** 11/14 49/2 49/7 49/8 49/13 53/3 53/4 163/10 163/20

**Ulrich [4]** 43/15 43/21 148/8 148/9

**ultimately [7]** 38/20 99/10 99/12 99/14 99/15 100/8 162/16

**under [10]** 1/15 5/8 49/2 65/5 85/15 104/6 114/7 128/11 159/1 165/25

**underneath [2]** 65/4 108/22

**undersigned [1]** 172/4

**understand [32]** 5/9 5/20 5/22 6/6 7/18 10/12 13/2 30/18 44/24 50/20 52/23 52/25 73/25 74/1 106/21 107/20 107/21 109/11 110/8 111/4 111/10 111/15 111/18 113/21 127/2 140/17 140/18 142/6 143/7 155/10 168/12 170/3

**understanding [10]** 68/3 68/18 69/1 69/6 76/2 78/11 106/3 147/6 164/17 168/8

**understood [1]** 6/1

**undertake [1]** 92/5

**UNITED [3]** 1/2 1/6 4/14

**University [6]** 8/14 9/25 11/11 49/13 49/14 49/16

**unless [3]** 71/9 109/17 146/8

**unpaid [1]** 146/23

**unquote [1]** 149/1

**unsigned [3]** 28/13 36/19 58/15

**unsure [1]** 152/20

**until [5]** 66/2 100/24 101/3

109/17 147/20

**untrue [1]** 151/20

**unverified [3]** 146/12 146/23 151/20

**up [65]** 6/16 9/2 9/3 27/20 29/19 30/3 30/15 33/24 34/4 34/7 36/8 39/11 40/3 57/2 60/3 61/6 61/11 63/4 64/17 65/13 67/2 67/3 67/5 68/5 68/8 69/14 69/21 72/10 73/14 73/17 74/20 77/22 78/16 79/9 82/1 92/4 92/20 92/20 111/3 111/7 112/1 112/24 125/15 125/23 126/22 126/24 129/24 130/22 137/16 137/20 140/20 141/13 143/4 143/14 144/13 146/21 146/22 146/24 147/3 152/5 157/19 161/23 162/4 163/8 170/16

**uphill [1]** 111/13

**upon [1]** 100/10

**us [17]** 23/17 25/4 28/12 34/9 44/6 51/10 59/25 76/21 80/18 92/4 94/12 97/23 107/14 108/5 108/6 168/8 168/11

**use [46]** 5/19 8/23 9/11 20/18 20/19 37/13 37/19 46/3 46/4 46/7 49/20 50/23 50/23 56/1 56/5 56/7 56/19 59/14 75/14 83/25 83/25 88/20 91/3 94/10 95/1 95/1 95/23 97/5 113/1 113/2 125/5 125/8 136/15 141/3 141/7 141/10 141/11 141/15 141/15 141/23 143/6 143/7 143/12 143/21 144/4 164/17

**used [10]** 32/21 37/6 37/8 53/3 80/25 81/1 92/16 132/25 161/23 162/1

**uses [1]** 101/16

**using [14]** 28/20 47/21 48/4 48/16 50/3 50/20 54/19 56/5 57/21 65/18 68/4 69/20 95/15 143/24

**usually [5]** 29/11 33/7 92/17 126/25 134/19

**V**

**vacation [1]** 141/11

**value [6]** 94/25 108/7 123/19 123/24 124/1 124/10

**various [9]** 27/13 51/9 65/5 69/2 72/14 100/7 106/21 112/17 112/17

**ve [30]** 5/9 9/2 9/6 10/7 15/10 15/17 22/4 52/23 57/14 65/12 65/18 78/10 79/5 94/1 95/12 106/23 106/23 107/4 107/6 107/17 109/24 124/19 134/5 155/1 155/1 155/6 158/18 158/21 162/1 163/22

**vendor [20]** 72/22 72/22 73/11 74/9 74/10 74/11 75/13 76/8 97/7 97/10 97/14 97/16 97/18 101/23 102/13 102/21 110/16 110/19 115/3 115/7

**Venture [4]** 24/25 25/23 34/25 139/3

**Venture-Court [1]** 25/23

**venue [1]** 117/20

**verbal [4]** 5/16 17/20 29/11 87/10

**verification [1]** 151/16

**verified [17]** 145/4 145/5 145/10 145/10 145/11 145/12 145/15 145/18 145/21 145/22 145/23 146/1 146/15 147/5 147/8 151/19 152/7 170/15 170/18

**verify [4]** 128/15 128/17 141/7 141/14

**versus [1]** 151/19

**very [21]** 12/25 17/17 17/25 27/11 30/2 33/2 33/7 40/10 65/4 66/11 67/4 72/5 86/17 86/18 87/1 87/1 107/11 132/24 134/3 134/10 159/6

**vested [1]** 167/4

**VICKIE [20]** 2/24 4/16 29/6 29/10 29/13 33/12 34/17 34/19 34/21 35/16 63/5 65/21 89/13 89/17 89/19 90/20 93/1 93/23 98/16 152/10

**Vickie's [1]** 61/12

**viewing [1]** 59/1

**VINE [2]** 2/4 2/7

**Virginia [2]** 165/4 165/18

**virtually [1]** 101/5

**virtue [2]** 99/12 117/12

**visit [6]** 141/18 141/21 142/10 144/1 146/2 152/5

**visits [8]** 128/21 136/19 140/21 141/4 141/7 142/3 145/12 145/20

**visualize [1]** 97/8

**VSH [2]** 33/10 33/11

**W**

**W1272 [1]** 87/16

**W2s [1]** 150/23

**wait [1]** 85/22

**walk [1]** 153/15

**want [21]** 14/19 34/11 36/8 36/9 38/20 39/20 48/4 79/2 80/21 80/21 113/7 115/7 116/15 116/16 123/21 129/8 129/9 134/20 143/19 157/1 166/3

**wanted [3]** 77/11 101/22 119/8

**wanting [3]** 29/6 80/18 92/19

**wants [4]** 19/20 39/11 40/1 100/25

**warehouse [6]** 23/12 23/21 23/23 24/4 24/6 26/3

**Warner [1]** 148/19

**was [160]** 1/16 4/3 4/6 9/10 11/1 11/1 11/14 12/2 12/13 13/7 15/3 16/3 16/6 16/14 16/20 16/21 16/21 23/4 24/8 25/17 26/7 26/9 27/1 28/15 30/16 31/14 31/20 31/23 31/24 35/2 35/21 36/11 36/23 43/19 43/22 43/25 51/10 51/15 51/17 53/13 54/9 54/12 54/13 54/15 55/18 56/8 56/24 57/13 60/16 61/23 62/14 66/15 67/2 67/3 67/3 67/3 67/5 67/11 67/13 70/7 74/9 74/15 76/20 77/8 77/9 77/12 77/16 78/6 78/16 78/17 79/9 80/10 80/17 80/18 82/20 82/22 85/1 85/5 85/7 85/9 85/10 85/13 91/2 91/6 91/10 91/17 92/25 93/5 98/10 98/13

**W**

**was... [70]**   98/19 98/20 99/10
99/14 99/15 100/5 100/5
100/21 100/23 101/15 102/6
102/15 102/15 103/6 103/14
103/19 103/23 104/3 104/3
104/19 104/25 105/3 105/11
105/17 105/20 112/11 117/11
125/25 126/7 126/13 126/19
126/21 127/4 129/17 131/14
131/23 132/7 132/23 133/15
134/16 135/1 135/5 135/23
137/16 138/7 138/20 139/10
139/15 139/18 140/1 141/13
141/18 142/9 142/9 142/17
148/11 148/12 150/5 152/20
156/11 160/13 161/3 161/4
162/4 165/7 166/7 166/12
167/15 172/9 172/10
**wasn't [3]**   80/20 100/3 101/7
**water [1]**   94/13
**Watkins [1]**   148/19
**way [16]**   9/2 9/7 62/16 80/13
81/20 93/14 106/10 106/15
110/2 114/16 123/10 125/18
141/8 143/13 147/14 161/25
**ways [1]**   79/23
**we [270]**
**we'd [6]**   62/16 80/18 135/16
146/25 146/25 147/1
**we'll [10]**   20/11 27/7 29/11
41/11 41/11 80/5 80/15 80/16
90/19 167/12
**we're [37]**   24/25 27/14 30/13
38/19 46/15 46/22 46/22
46/23 47/2 47/4 47/5 47/17
47/25 48/1 48/3 48/12 48/12
52/21 53/9 53/9 53/10 56/9
56/10 56/21 57/10 57/11
58/10 58/12 74/19 74/24 87/3
108/3 113/14 116/5 135/14
140/22 147/25
**we've [28]**   25/14 25/20 27/6
28/1 36/15 37/15 51/1 57/25
63/12 67/6 71/20 71/23 73/16
78/5 80/3 86/19 91/23 92/22
94/13 95/16 109/1 110/13
112/7 112/8 112/8 112/9
136/24 137/3
**website [1]**   9/12
**week [5]**   96/12 120/15 120/16
144/14 144/15
**weird [2]**   22/4 22/4
**well [24]**   15/11 19/19 21/9
26/2 26/24 37/21 52/23 55/10
56/13 66/11 80/2 80/5 82/3
92/11 99/20 107/9 108/1
119/23 126/7 137/13 140/3
149/10 151/2 152/11
**went [1]**   28/20
**were [68]**   11/25 12/1 12/9
12/12 14/1 14/1 14/6 26/3
26/5 26/23 47/20 48/24 49/3
51/5 55/13 64/24 65/2 65/25
66/12 68/21 69/15 72/11
78/17 79/7 80/9 81/1 81/11
86/18 97/23 99/7 99/9 99/11
99/25 103/6 108/21 109/14
109/24 111/8 112/14 112/22
117/5 126/2 127/4 133/21
134/22 134/23 135/13 136/9
137/14 137/25 139/11 139/18

141/1 146/11 146/11 146/21
146/22 149/21 149/22 149/24
149/22 149/25 151/10 152/19
161/16 161/18 162/8 168/1
**WEST [3]**   2/4 2/7 2/12
**what [243]**
**what's [21]**   4/21 8/22 10/17
24/5 46/1 49/4 50/1 52/20
54/3 58/13 61/15 64/9 65/22
93/22 103/25 108/14 124/1
125/1 130/1 142/5 168/20
**whatever [12]**   23/6 49/21
70/23 72/24 77/10 110/19
122/6 141/5 142/14 145/7
147/9 147/10
**whatsoever [1]**   69/6
**when [44]**   12/1 12/7 13/18
13/23 14/1 14/18 16/19 23/13
26/7 30/15 30/21 31/22 37/25
41/18 42/21 46/16 49/16
51/13 54/24 66/16 67/3 67/13
68/8 69/21 76/5 77/9 78/16
78/16 84/11 92/16 95/18 96/7
96/10 96/12 100/4 111/12
111/16 125/3 138/14 139/11
140/22 143/17 145/9 169/8
**where [47]**   8/4 8/10 22/23
23/1 23/10 24/23 31/4 32/14
33/8 47/18 56/14 63/2 63/14
65/20 67/6 68/6 68/24 70/12
72/7 74/24 75/14 86/19 87/2
90/5 91/2 91/23 92/19 104/8
104/23 106/12 108/6 110/11
110/13 111/18 112/8 112/11
126/5 127/7 127/19 141/19
141/20 144/17 150/17 150/25
155/23 158/21 159/4
**WHEREOF [1]**   172/21
**WHEREUPON [16]**   4/3 27/3 36/4
43/11 53/22 58/4 58/8 64/6
87/11 96/14 113/10 124/11
131/12 138/9 147/22 171/1
**whether [22]**   53/14 85/4 98/21
98/23 128/10 129/22 139/18
141/17 143/8 143/25 152/21
160/4 163/17 165/6 165/17
166/4 166/7 166/12 166/17
166/24 167/3 167/18
**which [55]**   5/8 19/5 21/11
21/14 21/25 24/24 26/14 30/6
30/16 32/18 32/21 40/1 42/12
50/23 55/19 58/11 59/17
60/25 61/1 62/8 64/25 68/14
79/3 79/23 83/23 84/23 86/11
86/15 101/15 103/14 108/25
109/7 113/16 113/17 113/23
117/17 123/10 127/4 137/25
154/17 155/4 155/9 155/23
156/3 156/4 157/1 157/2
157/20 159/20 159/24 161/6
161/7 163/6 165/22 167/13
**while [3]**   11/14 24/5 113/8
**Whitney [1]**   29/18
**who [64]**   4/13 7/9 16/6 16/8
16/21 17/4 17/13 18/12 19/24
20/23 24/6 25/1 28/9 28/23
29/4 30/24 32/7 32/17 33/11
36/20 36/22 43/18 47/2 54/7
58/17 59/13 62/1 63/23 67/8
67/19 75/6 75/18 82/21 83/19
88/6 88/10 90/1 90/16 107/14
107/16 107/21 107/24 107/24
118/14 119/20 127/1 127/9

127/16 127/23 128/23 131/21
132/7 137/3 138/7 138/17
148/9 149/16 152/8 163/14
164/2 164/9 165/14 166/9
168/10
**who's [3]**   10/10 43/21 125/15
**Whoever [1]**   94/7
**whole [4]**   43/7 80/18 104/14
143/15
**whom [1]**   127/3
**whose [11]**   28/3 29/22 36/3
38/25 58/24 59/7 59/10 60/9
87/19 89/6 89/12
**why [52]**   28/13 33/19 35/10
35/21 35/23 40/20 44/4 46/7
46/25 48/16 52/12 56/13
56/19 61/19 62/18 63/9 63/13
63/18 78/1 78/7 78/14 83/12
85/21 91/24 94/8 106/4
108/11 109/11 109/19 109/21
109/21 110/10 110/24 112/23
113/4 113/6 116/25 125/21
129/4 131/6 132/10 134/23
135/21 138/12 139/23 150/8
167/23 168/22 169/2 169/24
170/4 170/5
**Wildcats [1]**   49/15
**will [45]**   5/23 21/11 21/14
23/1 25/13 29/13 36/12 37/2
38/8 38/15 39/9 39/11 39/18
39/22 40/4 41/8 41/13 42/8
43/14 46/5 54/23 55/21 68/5
70/12 70/15 80/7 83/25 84/13
84/13 87/2 90/5 90/22 94/12
95/18 100/14 110/1 110/1
138/12 141/12 142/1 142/18
143/22 144/25 165/22 166/16
**Wilson [15]**   7/10 15/21 15/25
16/4 18/4 18/21 19/11 28/25
45/13 82/21 82/24 83/20
84/11 118/2 168/17
**Winchell's [2]**   93/15 93/19
**Winkle [7]**   14/12 15/17 25/9
28/11 30/25 31/22 31/25
**Winkle's [2]**   29/23 37/20
**wire [2]**   85/19 85/23
**wise [1]**   69/8
**within [31]**   20/23 25/1 25/7
28/9 30/21 32/17 60/16 60/20
69/2 72/20 76/16 83/21 91/13
95/9 101/14 101/19 102/24
103/10 113/22 118/2 125/11
127/17 128/23 143/8 145/14
150/20 165/9 166/18 167/4
168/11 168/22
**without [2]**   39/23 51/16
**witness [67]**   4/5 6/18 9/8
14/14 16/9 17/22 17/25 24/9
24/11 26/20 32/5 33/17 33/23
35/15 35/21 36/9 37/11 40/12
43/1 45/4 46/11 46/15 48/10
48/21 50/12 52/1 53/8 55/23
56/24 58/2 59/9 61/23 63/2
63/6 63/20 65/14 66/15 69/12
83/15 85/6 97/1 104/13 105/6
106/8 107/5 107/8 107/21
107/25 109/22 116/9 118/17
122/24 138/15 148/4 149/19
151/5 153/2 153/6 153/10
155/14 155/18 156/1 156/23
170/25 172/8 172/13 172/16
**witness's [2]**   66/3 100/22
**won't [1]**   41/14

**W**

**word [19]** 33/18 34/15 47/21
48/6 48/16 49/18 50/3 53/3
56/19 57/22 60/8 68/4 73/6
78/9 78/14 78/21 125/8
161/23 162/14
**wording [2]** 46/5 46/8
**words [10]** 46/4 46/8 50/23
54/22 55/20 56/2 56/5 56/5
56/7 159/2
**work [17]** 15/19 16/11 17/6
18/9 36/24 43/3 60/14 82/24
138/22 142/7 143/11 143/11
147/4 147/11 147/13 150/9
150/21
**worked [8]** 16/25 17/2 17/3
36/25 57/8 141/10 143/17
143/20
**worker [1]** 20/3
**workflow [1]** 111/4
**working [5]** 11/10 11/13 11/19
47/15 139/15
**works [1]** 91/16
**would [154]** 4/17 16/17 18/18
18/19 19/18 22/20 24/16 25/9
26/6 26/14 27/23 29/3 31/25
32/9 32/14 32/15 33/3 34/11
37/24 38/20 42/1 42/23 43/3
44/19 44/20 44/20 44/22
44/22 46/2 49/11 50/10 50/25
53/8 53/14 54/16 59/12 59/16
59/23 59/25 61/19 62/6 62/11
63/24 64/1 67/9 67/22 69/20
69/21 69/24 70/4 71/21 72/6
72/15 72/16 74/3 74/6 75/8
75/13 76/15 76/19 80/13
80/13 82/7 82/22 83/12 83/15
85/15 85/16 86/20 87/2 87/3
87/5 87/24 89/18 91/19 91/19
92/21 93/6 94/3 96/3 96/24
97/9 98/5 98/14 99/1 100/10
101/25 104/10 105/19 105/22
106/20 107/14 110/15 110/16
111/18 111/21 111/24 112/6
113/4 113/3 115/5 115/7
116/4 116/16 117/17 118/2
118/14 119/9 120/7 121/8
124/21 125/7 126/19 127/3
127/8 127/12 127/19 127/20
127/21 127/23 127/25 128/3
128/6 129/18 131/1 131/4
132/10 133/11 133/16 133/18
134/12 134/15 134/18 134/20
135/7 135/9 136/2 136/15
138/8 139/23 141/17 141/19
146/7 146/24 148/1 153/7
153/8 155/9 156/12 158/11
163/4 164/16 164/24 167/23
**wouldn [4]** 35/10 53/16 82/18
112/24
**write [6]** 75/15 127/23 136/6
136/18 137/7 148/23
**writes [1]** 137/20
**writing [3]** 89/14 172/11
172/15
**written [10]** 22/13 22/24
24/13 40/14 42/13 42/14 45/4
92/14 127/22 127/25
**wrong [2]** 82/16 111/12
**wrote [6]** 33/23 63/20 91/7
93/17 149/10 157/11

**Y**

**Yankey [4]** 1/16 1/23 172/4
172/24
**yeah [52]** 7/12 11/4 13/22
15/22 24/20 26/6 26/6 27/25
29/7 30/8 40/10 56/7 61/9
61/14 62/13 64/5 65/3 67/17
68/10 68/12 71/15 73/13 74/2
74/10 75/1 84/13 85/6 87/7
91/17 92/7 92/21 93/7 93/8
94/7 96/23 107/4 113/21
117/1 119/11 132/1 133/13
137/2 138/5 138/7 138/8
145/24 152/13 157/2 168/18
169/10 169/19 170/25
**year [13]** 8/2 8/15 8/16
11/15 23/16 23/16 25/12
37/16 48/11 54/12 81/22
83/16 150/15
**year-end [2]** 25/12 83/16
**years [21]** 7/16 16/13 18/1
23/13 23/14 23/18 24/2 26/9
26/11 28/22 40/19 47/15
57/10 60/17 60/19 73/16 80/1
116/21 134/11 139/14 142/16
**yes [144]** 4/25 5/11 8/1 9/16
10/16 10/23 11/24 12/15 15/2
15/6 15/12 15/16 16/5 17/10
18/22 18/25 20/15 20/22
22/12 23/22 25/24 26/1 26/4
27/20 28/8 28/19 29/15 29/21
30/5 31/13 38/2 38/6 38/10
38/14 38/24 39/24 41/22
43/17 44/19 44/20 60/23 63/6
64/19 67/1 69/23 71/1 74/14
76/7 76/18 79/14 82/8 82/25
83/7 83/11 87/18 88/3 88/5
88/9 89/11 89/23 89/25 91/11
94/19 94/24 97/13 97/19
101/18 101/24 102/3 102/5
102/13 102/14 102/19 102/22
103/21 108/19 109/4 111/2
114/10 114/14 115/15 117/10
117/15 119/19 123/12 124/20
125/10 126/15 128/2 129/20
130/7 132/22 134/21 135/11
135/20 136/11 136/10 136/10
136/13 136/16 138/24 146/17
148/17 151/14 151/14 151/14
152/7 152/15 152/18 153/24
154/2 154/5 154/11 154/13
154/15 154/22 154/24 155/3
155/5 155/8 155/22 156/1
156/9 156/23 157/6 157/17
157/22 159/19 159/23 160/1
160/3 161/5 161/10 161/21
162/8 162/22 163/8 163/13
163/25 164/23 167/21 169/15
170/19 170/20
**yet [3]** 51/2 137/18 146/1
**you [810]**
**you'd [2]** 116/15 156/20
**you'll [3]** 38/21 106/25
107/22
**you're [26]** 5/8 9/1 9/2 12/7
15/7 41/4 53/19 56/14 56/18
58/2 95/14 95/15 97/22 100/2
106/5 107/1 122/18 127/5
133/20 136/8 137/1 138/14
143/24 144/15 162/11 168/14
**your [64]** 4/17 4/21 7/9 7/23
8/17 9/11 9/25 10/10 10/17

11/25 12/17 13/8 13/24 14/4
14/11 14/20 16/4 22/6 25/1
25/7 27/9 44/25 50/2 53/18
54/5 54/17 57/22 60/21 60/24
68/18 69/1 76/2 78/10 88/2
88/4 89/24 99/8 100/7 101/16
108/1 120/3 121/10 121/11
125/8 128/3 131/19 132/9
133/12 134/23 135/18 136/5
137/21 141/14 144/11 148/18
151/4 152/17 154/9 155/10
162/20 168/13 169/7 170/3
170/23
**yours [1]** 89/22
**yourself [2]** 15/17 148/3

**Z**

**zero [2]** 83/10 83/16
**zeroed [3]** 83/12 117/11
117/18