UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON
CIVIL ACTION NO. 08-145-KKC

UNITED STATES OF AMERICA　　　　　　　　　　　　　　　PLAINTIFFS
ex rel. ALISIA ROBINSON-HILL and
DAVID A. PRICE

v.　　　　　**AFFIDAVIT OF WILLIAM CHILDERS, M.D.**

NURSES' REGISTRY AND HOME　　　　　　　　　　　　　DEFENDANTS
HEALTH CORP., LENNIE G. HOUSE,
VICKI S. HOUSE

---

Comes the Affiant, William Childers, M.D., and after being duly sworn, states as follows:

1. I am more than 18 years of age and am fully competent to make this affidavit.

2. I have been licensed to practice medicine in the Commonwealth of Kentucky for approximately 32 years. I am a primary care physician. I primarily practice in Versailles, Kentucky, although my practice also has an office in Lexington, Kentucky.

3. I am familiar with Nurses' Registry and Home Health Corporation ("NRHH"). For approximately 20-25 years I have served as the Medical Director for NRHH. I continue to serve as the Medical Director for NRHH. I have never been compensated for my position as Medical Director.

4. At times I recommend to my patients that they utilize a home health agency for various health care needs. The patient has the right to choose which home health

agency the patient prefers. It is my practice to allow my patients to choose which home health agency will provide services to them in their home. On occasions when patients ask my advice, I will often suggest that the patient utilize NRHH. I do so because I have found that NRHH responds promptly to my patients and their needs, and provides quality care to my patients.

5. From March 2006 through March 2007, NRHH paid me $13,000, in 13 separate installments of $1,000 each paid generally on a monthly basis. These payments were not for the referral of patients. These payments had nothing to do with the referral of home health patients to NRHH. The payments were in no way based on any volume of referrals from me or my office to NRHH. The payments were in no way based on the value of referrals from me or my office to NRHH.

6. In February or March 2006, I began to have some concerns about the quality of services my patients were receiving from NRHH. At times there was a lack of service (patients not being seen). In that same time period I had dinner with Lennie and Vicki House at the Springs Hotel in Lexington to discuss these issues. I was asked by Lennie House to work with the NRHH staff in order to address the service deficiencies that my patients had experienced. I agreed to do so. Over the 13 months I was paid the $1,000 installments, I met with staff to address these issues. I also worked with the NRHH staff on credentialing issues. In addition, I worked with the NRHH staff concerning programs the company was considering implementing, and I reviewed a substantial number of policies for the company. The time I spent providing services to NRHH during the period March 2006 through March 2007 was substantially more than the amount of time I had previously (or since) dedicated to NRHH as its uncompensated Medical Director.

7. I do not have a recollection as to whether a written contract was entered between NRHH and me for these services. I know that there would be documents which would reflect work performed by me for NRHH during the period of March 2006 through March 2007.

8. I considered the fee of $1,000 per month to be reasonable and appropriate for the work I was performing for NRHH. That fee was not in any way tied to referrals (past, present or future). The fee was not in any way based on the volume or value of referrals (past, present or future). NRHH and I agreed on the fee ($1,000 per month) in advance, we agreed in advance as to the services that would be provided, and we agreed that the arrangement would be for one year, thus the payments and services provided extending from March 2006 through March 2007.

Further the Affiant sayeth not.

_____
William Childers, M.D.

STATE OF KENTUCKY )
                  ) ss
COUNTY OF FAYETTE )

Subscribed, acknowledged and sworn to me by William Childers, M.D., on this 29th day of August, 2014.



_____
NOTARY PUBLIC
My Commission Expires: 12-5-16

3