UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON
CIVIL ACTION NO. 08-145-KKC

UNITED STATES OF AMERICA PLAINTIFFS
ex rel. ALISIA ROBINSON-HILL and
DAVID A. PRICE

v. **AFFIDAVIT OF DAVID KEEDY, M.D.**

NURSES' REGISTRY AND HOME DEFENDANTS
HEALTH CORP., LENNIE G. HOUSE,
VICKI S. HOUSE

---

Comes the Affiant, David Keedy, M.D., and after being duly sworn, states as follows:

1. I am more than 18 years of age and am fully competent to make this affidavit.

2. I am a physician licensed to practice medicine in the Commonwealth of Kentucky. I practice the specialty of cardiology. From approximately 1996 to 2001, I practiced with Commonwealth Cardiology in Lexington. From approximately 2001 to October 31, 2013, I practiced cardiology at the Lexington Clinic. Since November 1, 2013, I have been with Kentucky One Health and practice cardiology in London, Kentucky.

3. I am familiar with Nurses' Registry and Home Health Corporation ("NRHH"). I understand that patients have the right to choose which home health agency they prefer to provide services to them in their home. On occasions when patients have deferred to my judgment for home health care, I have sometime recommended NRHH. It has not been my practice to refer a great many patients to home health. As

a cardiologist, I will generally refer the patient back to the primary care physician and permit the primary care physician to make the arrangements for home health care, if necessary. On the occasions when I have recommended NRHH to patients, I have done so because NRHH has always been easy to contact, would respond promptly, and assures that my patients are seen promptly. I was also impressed with NRHH's heart care program.

4. I only had patients utilize NRHH when I was practicing in Lexington. Since moving my practice to London, Kentucky, I no longer have contact with NRHH because NRHH does not provide service in this area of the state.

5. In March 2006, while I was still practicing at the Lexington Clinic, I was paid $1,000 by NRHH to appear in a commercial for NRHH. I was contacted by an employee of NRHH who was also one of my patients. For patient privacy reasons I will not identify this patient by name. The patient/NRHH employee asked if I would be willing to appear in a commercial for NRHH, and I agreed. The filming for my participation in the commercial took place after my regular work hours. I recall that I spent a few hours on one evening participating in the filming of the commercial. I was paid $1,000 for my time and trouble, which I felt was fair and commercially reasonable. This fee is consistent with what I would require as a minimum fee for giving a deposition.

6. My agreement to participate in the commercial and be paid the fee of $1,000 was a one-time, isolated transaction with NRHH. I felt that the $1,000 fee constituted fair market value for my time and the trouble involved in participating in the commercial. My agreement to participate in the commercial and the fee I received had nothing to do with any referrals I had made or would make to NRHH. The fee that I was paid

was not based in any way on the volume of my referrals or the value of my referrals to NRHH. I had no additional transactions with NRHH for six months after I participated in the filming of the commercial in March of 2006.

7. Sometime after the filming of the commercial (still in 2006, I believe), I was approached by the corporate compliance officer for the Lexington Clinic. I was informed that I should have obtained approval from the Lexington Clinic before agreeing to participate in the commercial for NRHH. I was unaware of any policy that would have required me to obtain any such approval. Regardless, I chose to refund the $1,000 to NRHH and I did so. I believe I refunded the fee in 2006.

Further the Affiant sayeth not.

_____
David Keedy, M.D.

STATE OF KENTUCKY   )
                    ) ss
COUNTY OF Laurel    )

Subscribed, acknowledged and sworn to me by David Keedy, M.D., on this 28th day of August, 2014.

_____
NOTARY PUBLIC
My Commission Expires: 04-05-16

3