UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ALISIA ROBINSON-HILL and DAVID A. PRICE,<br><br>    Plaintiffs,<br><br>V.<br><br>NURSES' REGISTRY AND HOME HEALTH CORP., ESTATE OF LENNIE G. HOUSE, and VICKI S. HOUSE,<br><br>    Defendants. | CIVIL ACTION NO. 5:08-145-KKC<br><br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

At the preliminary pretrial conference held on July 8, 2015, the parties advised the Court that settlement has been reached on all claims against Vicki House in this case. Accordingly, the Court **HEREBY ORDERS** that all claims against Vicki House are **DISMISSED**. The Clerk of the Court is directed to terminate Vicki House as a defendant in this action.

Dated July 10, 2015.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY