UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 08-145-KKC

UNITED STATES OF AMERICA
ex rel. ALISIA ROBINSON-HILL and
DAVID A. PRICE                                                                                  PLAINTIFFS

vs.

**JUDGMENT AND ORDER**

NURSES' REGISTRY AND HOME
HEALTH CORP.; ESTATE OF LENNIE G. HOUSE,
and VICKI S. HOUSE                                                                          DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

WHEREAS, the parties have negotiated a settlement in the above-captioned case, which settlement took effect on September 30, 2015; and

WHEREAS, as part of that negotiated settlement, Defendants Nurses' Registry and Home Health Corporation ("NRHH") and the Estate of Lennie G. House, pursuant to Fed. R. Civ. P. 41 and 54 and by and through counsel, have consented to entry of judgment against them in this proceeding and in favor of the plaintiff, the United States, in the amount of $16,000,000 on Counts I, II, and III of the United States' Complaint in Intervention [R. 46]; and

WHEREAS, as a part of that negotiated settlement, the United States has agreed that upon entry of such judgment, Counts IV, V, and VI asserted against the defendants, NRHH and the Estate of Lennie G. House, in the United States' Complaint in Intervention [R. 46] shall be dismissed with prejudice; and

WHEREAS, NRHH, the Estate of Lennie G. House, and the United States have agreed

that each bear its own costs, attorneys' fees, and expenses; and

WHEREAS, Alisia Robinson-Hill and David Price ("Relators") claim (i) entitlement to an award of their reasonable expenses, attorneys' fees and costs against the Defendants in this action, and (ii) a share of the proceeds of the settlement in accordance with 31 U.S.C. § 3730(d); the parties have agreed that these claims by the Relators have been reserved, but that Relators' Complaint [R. 1] and First Amended Complaint [R. 85] shall be dismissed with prejudice to Relators;

WHEREFORE, the Court finding no just reason for delay, it is hereby ORDERED that

(1) a final judgment in this matter be entered in the amount of $16,000,000 against Defendants NRHH and the Estate of Lennie G. House and in favor of the United States under Counts I, II, and III of the United States' Complaint in Intervention, and

(2) Defendants shall pay to the United States the sum of $16,000,000 pursuant to the terms of the attached Settlement Agreement, and

(3) NRHH, the Estate of Lennie G. House, and the United States shall each bear its own costs, attorneys' fees, and expenses, and

(4) the Court reserves for later determination, as necessary, the issue of Relators' claim to an award of Relators' reasonable expenses, attorneys' fees and costs against Defendants, and the issue of Relators' entitlement to a share of any portion of the settlement proceeds, and

(5) Counts IV, V, and VI asserted in the United States' Complaint in Intervention [R. 46] against the defendants, Nurses' Registry and Home Health Corporation and the Estate of Lennie G. House, shall be and are hereby

DISMISSED WITH PREJUDICE, and

(6) Relators' Complaint [R. 1] and First Amended Complaint [R. 85] shall be and are hereby DISMISSED WITH PREJUDICE as to Relators.

IT IS SO ORDERED.